**ENTORNO LAW, LLP**
Noam Glick (SBN 251582)
Craig M. Nicholas (SBN 178444)
Jake W. Schulte (SBN 293777)
Janani Natarajan (SBN 346770)
225 Broadway, Suite 1900
San Diego, California 92101
Tel: (619) 629-0527
Email: noam@entornolaw.com
Email: craig@entornolaw.com
Email: jake@entornolaw.com
Email: janani@entornolaw.com

Attorneys for Proposed Intervenor-Defendant
ENVIRONMENTAL HEALTH ADVOCATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                    Plaintiff,<br><br>    v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTOREY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                    Defendant. | CASE NO. 2:23-cv-1006-TLN-JDP<br><br>**NOTICE OF MOTION AND MOTION BY ENVIRONMENTAL HEALTH ADVOCATES, INC., TO INTERVENE AS PARTY DEFENDANT**<br><br>**Hearing Date**: October 19, 2023<br>**Hearing Time**: 2:00 p.m.<br>**Courtroom**: 2 (15th Floor)<br><br>**District Judge**: Hon. Troy L. Nunley<br>**Magistrate Judge**: Hon. Jeremy D. Peterson<br><br>**Complaint Filed**: May 26, 2023<br>**Trial Date**:  None Set |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on October 19, 2023, at 2:00 p.m., or as soon thereafter as this
3  matter may be heard in the courtroom of the Honorable Troy L. Nunley, in Courtroom 2 on the 15th
4  Floor of the United States District Court for the Eastern District of California, located at 501 I Street,
5  California 95814, Environmental Health Advocates, Inc. ("EHA"), will move the Court, pursuant to
6  Federal Rule of Civil Procedure 24(a) and 24(b) for leave to intervene in this case as an Intervenor-
7  Defendant.

8  The motion will be made on the following grounds:

9  1.  EHA is an "interested" party to this action because Personal Care Products Council
10 ("PCPC" or "Plaintiff") refers to EHA and EHA's litigation pursuing Listed Titanium Dioxide in
11 cosmetic and personal care products, in paragraph 72 of the Complaint, among other locations.
12 Moreover, the 108 lawsuits that PCPC references in paragraph 73 of the Complaint are all cases in
13 which EHA is the sole citizen enforcer. EHA is the primary private enforcer seeking Proposition 65
14 relief for exposure to Listed Titanium Dioxide in cosmetic and personal products but is not sued in this
15 action, despite PCPC seeking to enjoin EHA from enforcing Proposition 65 pursuant to Paragraph 3 of
16 its Prayer for Relief, which seeks "preliminary and permanent injunction, pursuant to 42 U.S.C. § 1983
17 and other applicable law, prohibiting Defendant or any of its officers, employees, or agents, and all
18 those in privity with and/or acting in concert with those entities or individuals (including private
19 enforcers of Proposition 65 under Cal. Health & Safety Code § 25249.7(d)), from enforcing or
20 threatening to enforce in the future the Proposition 65 warning requirement for cancer with respect to
21 titanium dioxide (airborne, unbound particles of respirable size) in cosmetic and personal care
22 products."

23 2.  EHA is therefore entitled to intervene in this action, as of right pursuant to Federal Rule
24 of Civil Procedure 24(a), as well as permissively pursuant to Federal Rule of Civil Procedure 24(b).

25 EHA's proposed Answer to Plaintiff's complaint is filed contemporaneously with this Motion
26 to Intervene pursuant to Fed. R. Civ. P. 24(c).

27

28

1  This motion will be based upon this Notice, the Memorandum of Points and Authorities, the
2  [Proposed] Answer, the Request for Judicial Notice, and the Declaration of Jake W. Schulte filed
3  herewith, upon the pleadings and papers on file herein, upon all matters of which the Court may
4  properly take judicial notice, and upon such evidence and argument as may be presented at the hearing
5  of this motion.

Respectfully submitted,

Dated: September 12, 2023                **ENTORNO LAW, LLP**

By:   */s/ Jake W. Schulte*
      Noam Glick (SBN 251582)
      Craig M. Nicholas (SBN 178444)
      Jake W. Schulte (SBN 293777)
      Janani Natarajan (SBN 346770)
      225 Broadway, Suite 1900
      San Diego, California 92101
      Tel: (619) 629-0527
      Email: noam@entornolaw.com
      Email: craig@entornolaw.com
      Email: jake@entornolaw.com
      Email: janani@entornolaw.com

      Attorneys for Proposed Intervenor-Defendant
      ENVIRONMENTAL HEALTH ADVOCATES, INC.