# EXHIBIT F

10/3/23, 11:34 AM      60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP    Document 27-8    Filed 10/06/23    Page 2 of 53

 **Subscribe to Our Newsletter**

Enter your emai    Subscribe



# 60-Day Notice Search Results

## Showing 1 to 100 of 411 Notices

## AG Number 2023-02980 (View Details)

**Notice PDF:** 📄 2023-02980.pdf

**Date Filed:** 09/29/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Johnson Publishing Company, LLC; J Publication Company LLC; Fashion Fair, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** FF Set It Loose Powder - Cognac Queen

Complaint (0)    Settlement (0)    Judgment (0)

## AG Number 2023-02771 (View Details)

**Notice PDF:** 📄 2023-02771.pdf

**Date Filed:** 09/12/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Johnny Concert LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Johnny Concert Amplified Palette Love Queen

**Comments:** This notice amends the original notice AG # 2023-02503. This notice corrects the address for Johnny Concert LLC.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02720 (View Details)

**Notice PDF:** 🔲 2023-02720.pdf

**Date Filed:** 09/06/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Mob Beauty Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Mob Beauty M2 Matte Bone Eyeshadow

**Comments:** This notice amends the original notice AG # 2023 - 02496. This amendment lists an additional address for the Manufacturer and Distributor/Retailer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02717 (View Details)

**Notice PDF:** 🔲 2023-02717.pdf

Case 2:23-cy-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 4 of 53

**Date Filed:** 09/06/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Amy - Mary, LLC; Macy's, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Pyt Beauty The Upcycle Eyeshadow Palette Warm Lit Nude

**Comments:** This notice amends the original notice AG # 2023 - 02281. This amendment attaches an additional address for the Manufacturer and Distributor/Retailer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02646 (View Details)

**Notice PDF:** 📄 2023-02646.pdf

**Date Filed:** 08/25/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Surratt Cosmetics, LLC; Surratt Cosmetics, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Artistique Eyeshadow – Ravissante

**Comments:** This notice amends the original notice AG No. 2023-02201. This notice corrects the registered agent address for Surratt Cosmetics, LLC.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02545 (View Details)

**Notice PDF:** 📄 2023-02545.pdf

**Date Filed:** 08/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** F&A Business Group LLC; Nomad Cosmetics

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** NOMAD x Encinitas Surf Shack Intense Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02544 (View Details)

**Notice PDF:** 📄 2023-02544.pdf

**Date Filed:** 08/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Oxygen Development; Handmade Love LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kypris Active Illumination Shimmer Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02543 (View Details)

**Notice PDF:** 📄 2023-02543.pdf

**Date Filed:** 08/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Auraline Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** IBY Beauty City Limits Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02542 (View Details)

**Notice PDF:** 📄 2023-02542.pdf

**Date Filed:** 08/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Tatcha, LLC; Sephora USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Tatcha The Silk Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02541 (View Details)

**Notice PDF:** 📄 2023-02541.pdf

**Date Filed:** 08/17/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  VB Beauty (US) LLC; Victoria Beckham Beauty UK Limited

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Victoria Beckham Beauty Matte Bronzing Brick

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02540 (View Details)

**Notice PDF:**  📄 2023-02540.pdf

**Date Filed:**  08/17/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Max Huber Research Labs, Inc.; Sephora USA, Inc.

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  La Mer The Luminous Lifting Cushion Foundation SPF 20 – Beige Nude

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02508 (View Details)

**Notice PDF:**  📄 2023-02508.pdf

**Date Filed:**  08/15/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:** Midas Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Midas Cosmetics Funk You Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02507 (View Details)

**Notice PDF:** 📄 2023-02507.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** RMS Organics, LLC; RMS Beauty TOPCO, LLC; Highlander Partners, L.P.; RMS Beauty Holdings, LLC; Goop, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Goop Beauty Hydra Powder Blush – Hanky Panky

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02506 (View Details)

**Notice PDF:** 📄 2023-02506.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** BossUp Cosmetics

10/3/23, 11:34 AM
60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 9 of 53

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Boss Up Cosmetics Girl Boss Blush

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02505 (View Details)

**Notice PDF:** 📄 2023-02505.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** HLB90067, Inc.; Haus Labs LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Haus Labs Power Sculpt Velvet Bronzer

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02504 (View Details)

**Notice PDF:** 📄 2023-02504.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Makeup by Mario, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Makeup by Mario Four-Play Everyday Eye Quads

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02503 (View Details)

---

**Notice PDF:**  📄 2023-02503.pdf

**Date Filed:**  08/15/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Johnny Concert LLC

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Johnny Concert Amplified Palette Love Queen

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02502 (View Details)

---

**Notice PDF:**  📄 2023-02502.pdf

**Date Filed:**  08/15/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Ofra Cosmetics, LLC

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Signature Palette – Irresistible Smokey

Complaint (0)   Settlement (0)   Judgment (0)

10/3/23, 11:34 AM    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 11 of 53

# AG Number 2023-02501 (View Details)

**Notice PDF:** 📄 2023-02501.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Alamar Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Spanglish Pressed Pigment Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02500 (View Details)

**Notice PDF:** 📄 2023-02500.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Dose of Colors, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Dose of Colors Heart Eyes Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02499 (View Details)

10/3/23, 11:34 AM    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP    Document 27-8    Filed 10/06/23    Page 12 of 53

**Notice PDF:** 📄 2023-02499.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Pogi Beauty LLC; Luxury Brand Partners, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Cheek Clapper 3D Blush Trio Palette – Berry Gay

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02498 (View Details)

**Notice PDF:** 📄 2023-02498.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Uoma Beauty Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Uoma Beauty Black Magic Color Palette – Poise

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02496 (View Details)

**Notice PDF:** 📄 2023-02496.pdf

**Date Filed:** 08/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Mob Beauty Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Mob Beauty M2 Matte Bone Eyeshadow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02430 (View Details)

**Notice PDF:** 🔴 2023-02430.pdf

**Date Filed:** 08/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** CBI Distributing Corp.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Artist Pastel Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02429 (View Details)

**Notice PDF:** 🔴 2023-02429.pdf

**Date Filed:** 08/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** HAS Beauty, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Light Lock Powder – Stay In Bed

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02428 (View Details)

**Notice PDF:** 🔲 2023-02428.pdf

**Date Filed:** 08/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Jones Road Beauty LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Jones Road Just a Sec Bright Eyes – Icy Pink

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02427 (View Details)

**Notice PDF:** 🔲 2023-02427.pdf

**Date Filed:** 08/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Ilia Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Ilia Soft Focus Finishing Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02425 (View Details)

**Notice PDF:** 📄 2023-02425.pdf

**Date Filed:** 08/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Kiko USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kiko Milano Blue Me Maxi Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02382 (View Details)

**Notice PDF:** 📄 2023-02382.pdf

**Date Filed:** 08/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Wax Center Partners Intermediate Holdco LLC; T.J Maxx of CA, LLC; European Wax Center; EWC P&T, LLC; Batallure Beauty, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Browfection Brow Powder Duo

**Comments:** This notice amends the second amended notice of violation AG# 2023-00489. This notice includes Batallure Beauty, LLC as a manufacturer. It also attaches an updated appendix.

Complaint (0)   Settlement (1)   Judgment (0)

# AG Number 2023-02381 (View Details)

**Notice PDF:** 📄 2023-02381.pdf

**Date Filed:** 08/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Pat McGrath Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Skin Fetish Sublime Perfection Setting Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02380 (View Details)

**Notice PDF:** 📄 2023-02380.pdf

**Date Filed:** 08/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** 11247863 Ltd.; HB USA Holdings, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Naughty Nude Eyeshadow Palette

10/3/23, 11:34 AM
60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 17 of 53

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02379 (View Details)

**Notice PDF:** 📄 2023-02379.pdf

**Date Filed:** 08/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Danz Distributors, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Glamora Eyes Palette - Pressed Pigments

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02378 (View Details)

**Notice PDF:** 📄 2023-02378.pdf

**Date Filed:** 08/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** The Honest Company, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Honest Beauty Get It Together Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

10/3/23, 11:34 AM                    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 18 of 53

# AG Number 2023-02377 (View Details)

**Notice PDF:** 📄 2023-02377.pdf

**Date Filed:** 08/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Natasha Denona Make Up LLC; R.P Natasha Denona Trading Limited

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Natasha Denona - I Need a Nude Glow Highlighter

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02288 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-02288.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** J Publication Company LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** FF Set It Loose Powder - Cognac Queen

Complaint (0)   Settlement (0)   Judgment (0)

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 19 of 53

# AG Number 2023-02287 (View Details)

**Notice PDF:** 📄 2023-02287.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Benefit Cosmetics LLC; Macy's, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Benefit Cosmetics Mini Hoola Matte Bronzer

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02285 (View Details)

**Notice PDF:** 📄 2023-02285.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Warpaint Cosmetics Inc. ; Warpaint Cosmetics Ltd.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** W7 Nudification Pressed Pigment Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02284 (View Details)

**Notice PDF:** 📄 2023-02284.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** JD Glow Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** JD Glow Cosmetics Spicy Illuminating Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02282 (View Details)

**Notice PDF:** 📄 2023-02282.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Hous, Inc. ; Baik Brands, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** AOA Perfect Setting Powder - Warm

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02281 (View Details)

**Notice PDF:** 📄 2023-02281.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Amy - Mary, LLC; Macy's, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Pyt Beauty The Upcycle Eyeshadow Palette Warm Lit Nude

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02280 (View Details)

**Notice PDF:** 📄 2023-02280.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Kosas Cosmetics, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kosas Cosmetics Cloud Setting Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02279 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-02279.pdf

**Date Filed:** 07/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law LLP

**Alleged Violators:**  Fenty Beauty LLC; Sephora USA, Inc.

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Fenty Beauty Killawatt Foil Freestyle Hilighter

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02252 (View Details)

**Notice PDF:**  📄 2023-02252.pdf

**Date Filed:**  07/24/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Intercos America, Inc.; FF Factory Srl; Makeup By Lilit, LLC

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Elcie Multi Dimensional Blushes

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02249 (View Details)

**Notice PDF:**  📄 2023-02249.pdf

**Date Filed:**  07/24/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Amazon.com Inc. ; Amazon.com, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** VaPOUR Natural Blush Powder - Instinct

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02208 (View Details)

**Notice PDF:** 📄 2023-02208.pdf

**Date Filed:** 07/21/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Valentino U.S.A., Inc.; Luxury Products LLC; IT Cosmetics, LLC; Sephora USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Valentino Go-Clutch Finishing Powder Refill Pan

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02207 (View Details)

**Notice PDF:** 📄 2023-02207.pdf

**Date Filed:** 07/21/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Astral Brands, Inc.; Macy's Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** PUR Skin-Perfecting Powder Afterglow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02206 (View Details)

**Notice PDF:** 📄 2023-02206.pdf

**Date Filed:** 07/21/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** KF Beauty LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Wunder2 Go Beyond Foundation – Light Range

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02205 (View Details)

**Notice PDF:** 📄 2023-02205.pdf

**Date Filed:** 07/21/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Wormser Corporation; Sephora USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** LYS Beauty No Limits Matte Bronzer

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02204 (View Details)

**Notice PDF:**  📄 2023-02204.pdf

**Date Filed:**  07/21/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Hermes of Paris, Inc.; Hermes International Inc.; Hermes of Paris, Inc.

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Hermes Plein Air Radiant Glow Powder - Mirage

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-02202 (View Details)

**Notice PDF:**  📄 2023-02202.pdf

**Date Filed:**  07/21/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Innovative Cosmetic Concepts LLC; Macy's, Inc.

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Island Vibes Full-Face Pressed Pigment Palette

Complaint (0)   Settlement (0)   Judgment (0)

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 26 of 53

# AG Number 2023-02201 (View Details)

**Notice PDF:** 📄 2023-02201.pdf

**Date Filed:** 07/21/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Surratt Cosmetics, LLC; Surratt Cosmetics, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Artistique Eyeshadow – Ravissante

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01840 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01840.pdf

**Date Filed:** 06/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Oxygen Development; Handmade Love LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kypris Active Illumination Shimmer Palette

Complaint (0)   Settlement (0)   Judgment (0)

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 27 of 53

# AG Number 2023-01838 (View Details)

**Notice PDF:** 📄 2023-01838.pdf

**Date Filed:** 06/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** DHD Global Inc. ; Intercos America, Inc. ; Sephora USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** YASSS! - Artist Couture Diamond Glow Powder / Artist Couture Diamond Glow Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01837 (View Details)

**Notice PDF:** 📄 2023-01837.pdf

**Date Filed:** 06/27/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** J Publication Company LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** FF Set It Loose Powder – Cognac Queen

Complaint (0)   Settlement (0)   Judgment (0)

10/3/23, 11:34 AM       60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 28 of 53

# AG Number 2023-01732 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01732.pdf

**Date Filed:** 06/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Innovative Cosmetic Concepts LLC; Macy's Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Island Vibes Full-Face Pressed Pigment Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01731 (View Details)

---

**Notice PDF:** 📄 2023-01731.pdf

**Date Filed:** 06/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Glamlite Inc.; Guangzhou Bause Cosmetics Co., Ltd.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Glamlite Street Taco Palette

Complaint (0)   Settlement (0)   Judgment (0)

10/3/23, 11:34 AM                    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 29 of 53

# AG Number 2023-01730 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01730.pdf

**Date Filed:** 06/15/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Midas Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Midas Cosmetics Funk You Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01586 (View Details)

---

**Notice PDF:** 📄 2023-01586.pdf

**Date Filed:** 06/06/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Smashbox Beauty Cosmetics, Inc.; Macy's Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Smashbox Cali Contour - Shape, Bronze & Glow Palette

**Comments:** This notice amends the original notice of violation AG No. 2022-02863. This notice corrects the address for Macy's Inc.

Case 2:23-cv-01006-TLN-JDP    Document 27-8    Filed 10/06/23    Page 30 of 53

Complaint (1)   Settlement (0)   Judgment (0)

# AG Number 2023-01472 (View Details)

---

| THIS 60-DAY NOTICE HAS BEEN WITHDRAWN |
|---|

**Notice PDF:** 📄 2023-01472.pdf

**Date Filed:** 05/25/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** BossUp Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Boss Up Cosmetics Girl Boss Blush

**Comments:** This notice amends the first amended notice of violation AG No. 2023-01144. This notice corrects a typo in the manufacturer's address.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01471 (View Details)

---

| THIS 60-DAY NOTICE HAS BEEN WITHDRAWN |
|---|

**Notice PDF:** 📄 2023-01471.pdf

**Date Filed:** 05/25/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** HLB90067, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

Case 2:23-cv-01006-TLN-JDP    Document 27-8    Filed 10/06/23    Page 31 of 53

**Source:** Haus Labs Power Sculpt Velvet Bronzer

**Comments:** This notice corrects original notice AG No. 2023-00633. This notice corrects a typo in the address for the manufacturer and adds a second address.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01469 (View Details)

---

> **THIS 60-DAY NOTICE HAS BEEN WITHDRAWN**

**Notice PDF:** 📄 2023-01469.pdf

**Date Filed:** 05/25/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Nature's Own - Cosmetic Company Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Seductive Regular Eyeshadow Trio Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01403 (View Details)

---

> **THIS 60-DAY NOTICE HAS BEEN WITHDRAWN**

**Notice PDF:** 📄 2023-01403.pdf

**Date Filed:** 05/19/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Amy - Mary, LLC; Macy's, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Pyt Beauty The Upcycle Eyeshadow Palette Warm lit Nude

**Comments:** This notice amends original notice AG No. 2023-00160. This notice corrects a typo in the address for Amy – Mary, LLC.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01402 (View Details)

**Notice PDF:** 2023-01402.pdf

**Date Filed:** 05/19/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Oxygen Development; Handmade Love LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kypris Active Illumination Shimmer Palette

**Comments:** This notice amends original notice AG No. 2023-00810. This notice removes KYPRIS as a named entity and adds Oxygen Development as a manufacturer.

**NOTE:** The issuer is withdrawing this notice as to the entity known as Oxygen Development in an email to the Office of the Attorney General dated June 26, 2023.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01400 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 2023-01400.pdf

**Date Filed:** 05/19/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Vapour Beauty, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** VaPOUR Natural Blush Powder - Instinct

**Comments:** This notice amends original notice AG No. 2023-00634. This notice includes Ancora Investment Holdings LLC as a manufacturer and retailer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01217 (View Details)

**Notice PDF:** 🗋 2023-01217.pdf

**Date Filed:** 05/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Christian Dior Perfumes LLC; LVMH Moet Hennessy Louis Vuitton Inc.; Macy's, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Dior Forever Couture Luminizer Pink Glow

**Comments:** This notice amends original notice AG No. 2022-02908. This notice corrects the manufacturer from Parfums Christian Dior U.S. Corp. to Christian Dior Perfumes LLC and amends the address for LVMH Moet Hennessy Louis Vuitton Inc.

Complaint (0)   Settlement (0)   Judgment (0)

10/3/23, 11:34 AM                60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 34 of 53

# AG Number 2023-01214 (View Details)

**Notice PDF:** 📄 2023-01214.pdf

**Date Filed:** 05/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Handmade Love LLC; Oxygen Development

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kypris Active Illumination Shimmer Palette

**Comments:** This notice amends original notice AG No. 2023-00810. This notice removes KYPRIS as a named entity and adds Oxygen Development as a manufacturer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01212 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01212.pdf

**Date Filed:** 05/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Makeup by Mario, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Makeup by Mario Four-Play Everyday Eye Quads

**Comments:** This notice amends the original notice AG No. 2023-00653. This notice corrects a typo in the manufacturers' address and lists the manufacturer as the retailer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01211 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01211.pdf

**Date Filed:** 05/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Danz Distributors, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Glamora Eyes Palette - Pressed Pigments

**Comments:** This notice amends original notice AG No. 2023-00619. This notice corrects a typo in the manufacturer's address.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01147 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01147.pdf

**Date Filed:** 04/28/2023

**Noticing Party:** Environmental Health Advocates, Inc.

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 36 of 53

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Kosas Cosmetics, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kosas Cosmetics Cloud Setting Powder

**Comments:** This NOV seeks to remedy the previous incorrectly dated notice, which was also not appropriately uploaded and provided to the AG's office.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01146 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01146.pdf

**Date Filed:** 04/28/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Auraline Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** IBY Beauty City Limits Eyeshadow Palette

**Comments:** This notice amends original notice AG No. 2023-00774. This notice adds an additional address for Auraline Inc.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01145 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01145.pdf

**Date Filed:** 04/28/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Pat McGrath Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Skin Fetish Sublime Perfection Setting Powder

**Comments:** This notice amends original notice of violation AG No. 2023-00624. This notice corrects a typo in the manufacturer's address.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01144 (View Details)

**Notice PDF:** 📄 2023-01144.pdf

**Date Filed:** 04/28/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** BossUp Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Boss Up Cosmetics Girl Boss Blush

**Comments:** This notice amends original notice of violation AG No. 2023-00591. This notice corrects the manufacturer to BossUp Cosmetics LLC.

Complaint (0)   Settlement (0)   Judgment (0)

Case 2:23-cv-01006-TLN-JDP    Document 27-8    Filed 10/06/23    Page 38 of 53

# AG Number 2023-01142 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01142.pdf

**Date Filed:** 04/28/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** RMS Organics, LLC; RMS Beauty TOPCO, LLC; Highlander Partners, L.P.; RMS Beauty Holdings, LLC; Goop, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Goop Beauty Hydra Powder Blush - Hanky Panky

**Comments:** This notice amends the original notice AG No. 2023-00635. This notice seeks to add an additional address for RMS Organics, LLC; RMS Beauty Holdings, LLC, RMS Beauty TOPCO, LLC, and Highlander Partners, L.P. as manufacturers and corrects Goop, Inc. as a retailer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01100 (View Details)

---

**Notice PDF:** 📄 2023-01100.pdf

**Date Filed:** 04/24/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Kara Beauty, Inc.; T.J. Maxx of CA, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kara Beauty With You Shadow Palette

**Comments:** This notice amends the original notice AG No. 2022-02007. This notice corrects the product category.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01098 (View Details)

---

**Notice PDF:** 📄 2023-01098.pdf

**Date Filed:** 04/24/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Ffair Acquisition, LLC; J Publication Company LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** FF Set It Loose Powder – Cognac Queen

**Comments:** This notice amends the original notice AG # 2023-00094. This notice adds Ffair Acquisition,LLC as the manufacturer and distributor/retailer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01012 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01012.pdf

**Date Filed:** 04/14/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Uoma Beauty Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Uoma Beauty Black Magic Color Palette - Poise

**Comments:** This notice was originally mailed and filed on March 7, 2023. It is being reuploaded due to a glitch in assigning the AG number.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01010 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01010.pdf

**Date Filed:** 04/14/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Tatcha, LLC; Sephora USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Tatcha The Silk Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-01009 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-01009.pdf

**Date Filed:** 04/14/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** 11247863 Ltd.; HB USA Holdings, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Naughty Nude Eyeshadow Palette

**Comments:** This notice amends original notice AG # 2023-00655. This notice corrects the manufacturer to 11247863 Ltd and adds a registered agent address for HB USA Holdings, Inc.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00935 (View Details)

---

> **THIS 60-DAY NOTICE HAS BEEN WITHDRAWN**

**Notice PDF:** 📄 2023-00935.pdf

**Date Filed:** 04/05/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Intercos America, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Sugarpill Flora Loose Eyeshadow

**Comments:** This notice amends the original notice of violation AG 2022-02421. This notice corrects the manufacturer to Intercos America, Inc.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00934 (View Details)

**Notice PDF:** 📄 2023-00934.pdf

**Date Filed:** 04/05/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** CVS Pharmacy, Inc.; Japonesque, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Pop arazzi Eye Shadow Palette

**Comments:** This notice amends the Original Notice of Violation 2022-02825. This amendment includes Japonesque, LLC as the manufacturer.

Complaint (0)   Settlement (1)  Judgment (0)

# AG Number 2023-00911 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00911.pdf

**Date Filed:** 04/03/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** AS Beauty Group LLC; AS Beauty LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Eyeshadow 101 Pro Powder Palette - Olive You

10/3/23, 11:34 AM                    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 27-8   Filed 10/06/23   Page 43 of 53

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00909 (View Details)

**Notice PDF:**  📄 2023-00909.pdf

**Date Filed:**  04/03/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Innovative Cosmetics Concepts LLC; Macy's, Inc.

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Island Vibes Full-Face Pressed Pigment Palette

**Comments:**  This notice amends the original notice of violation AG 2022-00231. This notice corrects the manufacturer to Innovative Cosmetic Concepts LLC.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00838 (View Details)

**Notice PDF:**  📄 2023-00838.pdf

**Date Filed:**  03/24/2023

**Noticing Party:**  Environmental Health Advocates, Inc.

**Plaintiff Attorney:**  Entorno Law, LLP

**Alleged Violators:**  Petunia Products, Inc. dba Billion Dollar Beauty; Empire Beauty Supply Company, Inc.

**Chemical:**  Titanium dioxide (airborne, unbound particles of respirable size)

**Source:**  Billion Dollar Brows Brow Powder

**Comments:** This notice amends the Original Notice of Violation AG 2022-02315. This amendment corrects the name and address of the manufacturer, Petunia Products, Inc. dba Billion Dollar Beauty.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00836 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00836.pdf

**Date Filed:** 03/24/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** StyleKorean Inc.; YesStyle.com Ltd.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Skinfood Buckwheat Loose Powder

**Comments:** This notice amends the Original Notice of Violation AG# 2023-00589. This notice corrects the manufacturer to StyleKorean Inc.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00817 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00817.pdf

**Date Filed:** 03/22/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Johnny Concert LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Johnny Concert Amplified Palette Love Queen

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00814 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00814.pdf

**Date Filed:** 03/22/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** VB Beauty (US) LLC; Victoria Beckham Beauty UK Limited

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Victoria Beckham Beauty Matte Bronzing Brick

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00813 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00813.pdf

**Date Filed:** 03/22/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

Case 2:23-cv-01006-TLN-JDP    Document 27-8    Filed 10/06/23    Page 46 of 53

**Alleged Violators:** F&A Business Group LLC; Nomad Cosmetics; Encinitas Surfboards, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** NOMAD x Encinitas Surf Shack Intense Eyeshadow Palette

**NOTE:** The issuer has withdrawn the notice as to Encinitas Surfboards, Inc. in an email to the Office of the Attortney General dated April 3, 2023. All remaining parties remain noticed.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00811 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00811.pdf

**Date Filed:** 03/22/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Max Huber Research Labs, Inc.; Sephora USA, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** La Mer The Luminous Lifting Cushion Foundation SPF 20 – Beige Nude

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00810 (View Details)

**Notice PDF:** 📄 2023-00810.pdf

**Date Filed:** 03/22/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** KYPRIS; Handmade Love LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kypris Active Illumination Shimmer Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00796 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00796.pdf

**Date Filed:** 03/20/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Hermes of Paries, Inc.; Hermes International Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Hermes Plein Air Radiant Glow Powder - Mirage

**Comments:** This notice amends the original notice of violation AG# 2023-00178. This notice includes Hermes of Paris, Inc. as the retailer/manufacturer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00794 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00794.pdf

**Date Filed:** 03/20/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Dominique Cosmetics Inc.; Ross Dress for Less, Inc.; Christen Dominique Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Dominique Coral Blossom Eyeshadow

**Comments:** This notice amends the original notice of violation AG#2022-02811. This notice adds Christen Dominique Inc., as a manufacturer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00775 (View Details)

---

**Notice PDF:** 📄 2023-00775.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Fitglow Beauty LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Fitglow Beauty Soft Illuminating Nude Bronze Blush

Complaint (0)   Settlement (1)   Judgment (0)

# AG Number 2023-00774 (View Details)

---

**Notice PDF:** 📄 2023-00774.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Auraline Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** IBY Beauty City Limits Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00773 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00773.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Ofra Cosmetics, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Signature Palette - Irresistible Smokey

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00772 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00772.pdf

**Date Filed:** 03/17/2023

10/3/23, 11:34 AM 60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP Document 27-8 Filed 10/06/23 Page 50 of 53

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Alamar Cosmetics LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Spanglish Pressed Pigment Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00771 (View Details)

**Notice PDF:** 🗋 2023-00771.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Subtl Beauty, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Subtl Beauty The Smokeshow Set

Complaint (0)   Settlement (1)   Judgment (0)

# AG Number 2023-00770 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 🗋 2023-00770.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Hous, Inc.; Baik Brands, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** AOA Perfect Setting Powder – Warm

**Comments:** This notice amends the first Amended Notice of Violation AG# 2023-00667. This amendment corrects the product name.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00769 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00769.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Dose of Colors, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Dose of Colors Heart Eyes Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00767 (View Details)

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00767.pdf

**Date Filed:** 03/17/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Pogi Beauty LLC; Luxury Brand Partners, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Cheek Clapper 3D Blush Trio Palette – Berry Gay

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2023-00669 (View Details)

---

THIS 60-DAY NOTICE HAS BEEN WITHDRAWN

**Notice PDF:** 📄 2023-00669.pdf

**Date Filed:** 03/08/2023

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law, LLP

**Alleged Violators:** Pinky Rose, Inc. ; Forever 21, Inc.; F21 Opco, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Pinky Rose Pink Paradise Palette

**Comments:** This notice amends the first amended notice of violation AG# 2023-00057. This notice includes an registered agent address for Pinky Rose, Inc.

Complaint (0)   Settlement (0)   Judgment (0)

1     2     3     4     5     Next ›     Last »

# Data Export (up to 1,000 records):

⬇ Download Download 60-Day Notices Search Results w/ Segments

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer

© 2023 DOJ