TRENTON H. NORRIS (CA Bar No. 164781)
trent.norris@hoganlovells.com
DAVID M. BARNES (CA Bar No. 318547)
david.barnes@hoganlovells.com
ALEXANDER TABLAN (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:     415.374.2499

GREGORY G. SPERLA (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone:     916.930.3200
Facsimile:     916.930.3201

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                    Defendant. | Case No.  2:23-CV-01006-TLN-JDP<br><br>**DECLARATION OF AMY MADL, Ph.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. Troy L. Nunley<br>Date:          November 16, 2023<br>Time:          2:00 p.m.<br>Room:          2 (15th Floor)<br>Action Filed:  May 26, 2023 |

DECLARATION OF AMY MADL, Ph.D.

## DECLARATION OF AMY MADL, Ph.D.

I, Amy Madl, hereby declare and state the following:

**1.** I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters stated herein, and if called to do so, I could and would competently testify to each of the facts and opinions set forth below.

**SUMMARY OF OPINIONS**

**2.** All of the opinions in this declaration are stated to a reasonable degree of scientific certainty and are summarized as follows:

1. The available animal and human evidence does not support that titanium dioxide in any form is a human carcinogen.

2. Tumors have been observed in rats following exposure to titanium dioxide, however these effects are only shown in rats at particle overload dosing conditions and are not observed in other rodent species (mice, hamsters), non-human primates (monkeys), or humans following exposure to poorly soluble low toxicity particles (such as titanium dioxide).

3. The tumorigenic effects of titanium dioxide observed in experimental animal studies are exclusive to rats and are not relevant for determining the lung cancer risks to humans. Differences in particle translocation and clearance and cellular responses explain why tumorigenic effects are observed in rats in overload dosing conditions and not in other species, including humans.

4. Occupational epidemiology studies of titanium dioxide production workers support that exposure to titanium dioxide does not present a risk of lung cancer.

5. Titanium dioxide production workers are not at an increased risk of lung cancer, and thus any exposures to titanium dioxide from the use of powdered cosmetic products would also not pose any increased risk of cancer.

**BASIS OF OPINIONS**

**General Background**

**3.** Titanium dioxide (sometimes abbreviated as $TiO_2$) is a naturally occurring metal that exists primarily in three different crystal structures (anatase, rutile, and brookite). Titanium dioxide has

several unique properties (opacifier, pigment, and ultraviolet blocker) that makes it important for many applications, including cosmetics and personal care products. Generally, cosmetic powders are available as loose or compact (pressed) powders and contain ingredients such as fillers, colors, preservatives, perfumes, and binding agents (Steiling et al. 2018). Mica-based ingredients with titanium dioxide and colors (referred to as pearls) are widely used in cosmetic powders for their coloring and visual effects properties (Steiling et al. 2018). Particle size of the final powder formulation is influenced by milling processes, binder content, compression, and agglomeration (Steiling et al. 2018).

4.   The California Office of Environmental Health Hazard Assessment (OEHHA) designates titanium dioxide under Proposition 65 (Prop 65) as a substance Known to the State of California to Cause Cancer if there is exposure to airborne, unbound titanium dioxide particles of respirable size (OEHHA 2011). The Prop 65 listing does not pertain to titanium dioxide that is bound in a product matrix (OEHHA 2011). OEHHA, however, does not provide any definitions or criteria for classification of 'unbound' versus 'bound' particles or 'respirable' versus 'non-respirable' particles. Prop 65 requires that certain substances identified by the International Agency for Research on Cancer (IARC) or other "authoritative bodies" be listed as known to cause cancer. In 2010, IARC designated titanium dioxide as Group 2B carcinogen, i.e., as *possibly carcinogenic to humans* based on sufficient evidence in experimental animals for the carcinogenicity of titanium dioxide (IARC 2010). At that time, IARC also concluded that there is *inadequate evidence* in humans for the carcinogenicity of titanium dioxide (IARC 2010). However, as described in detail below, a Prop 65 warning for titanium dioxide (airborne, unbound particles of respirable size) as a substance Known to the State of California to Cause Cancer is misleading because the underlying research (both animal and human evidence – including that which IARC relies upon) does not support that titanium dioxide in any form is a carcinogen.

**General Principles of Particle Toxicology**

5.   Particle dose, dimension, and durability (the 3Ds of particle toxicology) are well accepted determinants of the toxicology and potential health effects of inhaled particles. These factors influence the location and extent to which particles are deposited in the lungs, as well as the rate

and pathway of particle clearance from the lungs. These factors are also important when evaluating titanium dioxide.

**6.** Where and how much particles are deposited in the respiratory tract is determined by physical mechanisms of the particles and by the biology of the subject inhaling the particles (Madl et al. 2018). The five most significant mechanisms of particle deposition are sedimentation, impaction, diffusion, interception, and electrostatic precipitation. Deposition of airborne particles by sedimentation and impaction is a function of the inertial aerodynamic particle size characteristics, whereas diffusion is a function of the diffusional properties of the aerosol. Interception occurs when one of the edges of a particle touches the surface of the respiratory tract and is a major determinant of fiber deposition.

**7.** Deposition of particles in the respiratory tract by electrostatic precipitation is usually negligible because suspended particles in air are generally at equilibrium charge distribution. Larger diameter particles (i.e., >2–3 micrometer (µm) diameter) act primarily by inertial mechanisms and will preferentially deposit in the upper respiratory tract, whereas smaller particles (i.e., <100 nanometer (nm) diameter) act by diffusion and will deposit both in the nasopharyngeal and tracheobronchial regions and in the alveolar or gas exchange region of the lungs (Madl et al. 2018). (A nanometer is $1/1000^{th}$ of a micrometer, which is $1/1,000,000^{th}$ of a meter). The biological characteristics of the individual inhaling the particles will also influence deposition; the two major characteristics are the volume of air inhaled, as determined by respiratory rate and tidal volume, and the dimensional characteristics of the respiratory tract. Agglomeration of individual particles can change the size and aerodynamic properties of inhaled particles; therefore, while subunits of airborne particles may have a specific size, agglomeration or aggregation may cause such airborne particles to act similarly to larger sized particles (Madl et al. 2018).

**8.** The inhalable particle size fraction represents the mass fraction of total airborne particles, which is inhaled through the nose and mouth, reaches the thoracic region (including tracheobronchial and alveolar regions), and has a median mass aerodynamic diameter (MMAD) of 10 µm (ACGIH 2005, Brown et al. 2013, CEN 1993). (The term "MMAD" refers to the median distribution of airborne particle mass with respect to aerodynamic diameter and permits comparison of particles

that are not uniformly shaped (e.g., spherical versus not spherical) based on their mass, aerodynamic properties, and density). The respirable particle size fraction reflects the mass fraction of inhaled particles penetrating the gas exchange or alveolar region of the lungs and has a MMAD of 4 µm. The U.S. Environmental Protection Agency (EPA) revised the designation of particulate matter (PM) to fine particles (PM2.5, MMAD ≤2.5 µm) and thoracic coarse particles (PM10, MMAD ≤10 µm) to align with size-selective sampling, delineate atmospheric fine (combustion-derived, aggregates, acid condensates, secondary aerosols) and coarse (crustal, soil-derived) PM, and parallel with epidemiologic studies (Brown et al. 2013, EPA 1997). Thus, PM10 is considered to contain both inhalable and respirable particle size fractions.

9. With respect to particle dynamics that influence patterns of clearance, one of the earliest studies on titanium dioxide acknowledged, "Lung clearance is an important defense mechanism in dust exposure. There are many important factors in determining the lung clearance rate of inhaled particulates: size, shape, cytotoxicity, chemical composition, retention site, exposure concentration, and duration. Each of these factors influences pulmonary reaction to inhaled particles. As long as lung clearance is not overwhelmed, most inhaled particles are eliminated and minimal amounts of particles are retained in the lung. There is an optimal level for clearance of dust particles and beyond this point the lung clearance mechanisms are overwhelmed. Consequently, large amounts of inhaled particles are sequestrated in the respiratory region and provoke adverse lung reactions" (Lee et al. 1986, pg. 145).

10. In general, solid particles are cleared from the lungs through a variety of mechanisms: (1) sneezing, coughing, and removing mucus from the nasopharyngeal region; (2) direct or macrophage-mediated transport along the mucociliary escalator of the bronchioles and subsequent elimination by the gastrointestinal tract; (3) direct or macrophage-mediated transport across the bronchiolar or alveolar epithelium and subsequent clearance by the systemic circulation or interstitial lymphatics; and (4) physicochemical processes, including dissolution, leaching, and physical breakdown of particles (Madl et al. 2018).

11. When evaluating the effects of particles in animal toxicology studies, there are a number of key anatomical and physiological differences between rodents and humans that need to be considered.

First, the anatomical features of the respiratory tract of a rat can limit, to some extent, the delivery, deposition, and clearance of particles in the lungs. Rats have highly convoluted nasal turbinates, are nose breathers, and have an asymmetrical airway branching pattern, which can enhance particle interception deposition patterns in the nasal cavity and upper respiratory tract and limit particle deposition in the lower respiratory tract. Additionally, the surface area of the rat lung (0.41 square meters ($m^2$)) is significantly less than the surface area of the human lung (143 $m^2$) (Morfeld et al. 2015). The greater size and number of pulmonary macrophages in humans (7,000,000,000 alveolar macrophages in the lung, 2500 $\mu m^3$ average volume) versus rodents (26,000,000 alveolar macrophages in the lung, 1000 $\mu m^3$ average volume) also adds to the species differences in the capacity and rate of particle clearance from the lungs. This is important because deposited particles can be "spread out" over a greater surface area, and can be cleared by a greater number and larger sized pulmonary macrophages (e.g., greater capacity to engulf and clear particles) in the human lung compared to rodent lungs. Thus, humans do not have the propensity to experience particle overload dosing conditions (discussed further below) that can be easily achieved in rodent inhalation toxicology studies. In fact, the human lung is about seven times more resistant to attaining lung overload due to the larger size and greater number of pulmonary macrophages involved in the clearing process (Pauluhn 2014). Second, the rodent lifespan is 35-fold less than a human, and rats have a faster rate of aging and developing cancer than humans (Berry 1999). Third, rodents have the propensity to develop spontaneous tumors which can be influenced by strain, species, and age, and may not have relevance to human mode of action or disease outcomes (Lee et al. 1985, Solleveld et al. 1984). As a result, the tumor type, frequency, and mode of action in controls versus treatment groups need to be carefully considered. Fourth, the method and extent of particle exposures in animal toxicology studies may result in "overload" conditions, in which the lung's normal mechanisms of particle clearance are overwhelmed by the sheer volume of material and result in responses that may be an artifact of dose rather than physicochemical properties of the inhaled material. All of these factors add complexity to understanding the physicochemical dynamics of particle toxicology in evaluating effects in rodents and predicting responses in humans.

**Synthesis of Evidence for Causality and Hazard Classification**

**12.** Human health risk assessment is a methodological process to characterize the probability of risk of disease. Originally developed in 1983, risk assessment has been widely accepted and used for decades by regulators and the scientific community to identify, characterize, and manage health risks of agents in a variety of exposure settings (NRC 1983, 1994). The risk assessment process involves four steps: 1) hazard identification, 2) dose-response, 3) exposure-assessment, and 4) risk characterization. Hazard identification involves an evaluation of whether the agent may cause illness or disease, which includes analysis of the nature and strength of the evidence of causation. Dose-response is the process to characterize the relation between the dose of an agent and the incidence of an adverse health effect in the exposed population. Exposure assessment is the estimation of the intensity, frequency, and duration of human exposures to an agent in the scenario of interest. Risk characterization ties together all previous steps in the risk assessment process to estimate the probability and incidence of a health effect under the human exposure scenario of interest (NRC 1983, 1994). This declaration focuses on the first step of the risk assessment process (hazard identification) in evaluating the available animal, human, and mechanistic evidence of whether exposure to titanium dioxide is causally associated lung cancer. Epidemiology is often considered the gold standard for evaluating hazard because it directly addresses the health risk experience in the human population. However, animal toxicology may be informative if there is sufficient evidence for a common mode of action between animals and humans. The strength, consistency, specificity, biological plausibility, and coherence of integrated evidence of animal toxicology, human epidemiology and mechanistic information informs on human hazard (Adami et al. 2011, IOM 2008). To be categorized as a lack of a causal relationship, there should be "human evidence from multiple studies covering the full range of exposures encountered by humans that are consistent in showing no causal association, or there is animal or mechanistic evidence supporting the lack of a causal relationship" (IOM 2008, pg. 192). As discussed further below, the integration of the toxicology, biological plausibility, and human epidemiology evidence inform on the causal inference of titanium dioxide, in that the

1    overall evidence supports no causal relationship between exposure to titanium dioxide and lung

2    cancer.

3 **Why is Particle Overload Important?**

4 **13.** The phenomenon that excessive particle doses to the lungs causes an "overload" scenario was

5    first recognized in 1980s through a series of inhalation toxicology studies of different particles.

6    The hallmark of the particle-overloaded lung is impairment of pulmonary macrophage-mediated

7    lung clearance that leads to accumulation of excessive particle lung burdens (Oberdörster 1995).

8    Dusts, such as titanium dioxide, that were generally regarded as benign were observed to produce

9    pathological effects (e.g., fibrosis) comparable to that induced by highly toxic dusts when

10    excessive amounts of the benign dusts were persistently retained in the lungs (Lee et al. 1985,

11    Morrow et al. 1992). The principal mechanism of particle overload is that retained particles in the

12    lungs at excessive doses accumulates and overwhelms macrophage clearance; macrophages

13    become engorged with particles which in turn inhibits macrophage phagocytosis, mobility, and

14    translocation (and ultimately particle clearance from the lungs) (Morrow 1988). This

15    phenomenon of particle overload was recognized with inhalation toxicology studies of titanium

16    dioxide, but also other particles such as iron oxide, diesel exhaust, carbon black, and toner

17    particles (Muhle et al. 1990). Particle overload specifically applies to poorly soluble particles of

18    low cytotoxicity (Oberdörster 1995). Particle overload is also referred to as volumetric overload

19    because macrophage phagocytosis of particles will comprise a certain volume of the macrophage

20    before macrophage mobility and particle clearance is impaired (Morrow 1988).

21 **14.** Generally, particle overload in rats is achieved at doses of 1-2 milligrams (mg) of dust per gram

22    (g) of lung, which was derived from studies of unit density materials, such as coal, soot, and

23    copolymer particles (Morrow 1988). However, because titanium dioxide has a greater density (4.3

24    compared to the [1] unit density materials), volumetric lung burdens of titanium dioxide requires

25    four times the particulate mass burden to bring about the same volumetric loading of the

26    macrophage, such as 4-8 mg titanium dioxide per g lung instead of 1-2 mg dust per g lung

27    (Morrow 1988). Experimental evidence supports that particle overload is initiated at about 4 mg

28    for titanium dioxide (equivalent to an average macrophage burden of 60 $\mu m^3$ per cell proposed by

DECLARATION OF AMY MADL, Ph.D.

Morrow 1988) (Cullen 2000). However, to avoid the issue of different particle densities, particle overload expressed as a particle volume has been recommended. Morrow suggested that 6 percent of the alveolar macrophage ($60 \, \mu m^3$ per cell) is the beginning of macrophage overload which can be translated to a volumetric lung burden of ~1 microliters ($\mu L$) of particles per g of lung (Morrow 1988, Oberdörster 1995). (A microliter is $1/1,000,000^{th}$ of a liter).

**15.** While multiple species have been evaluated in chronic inhalation studies of poorly soluble low toxicity particles, the rat is the more sensitive species to show lung overload-associated chronic adverse effects (Oberdörster 1995). For example, rats are more sensitive than mice, which are more sensitive than hamsters. Under high particle exposure conditions in rats, the sequence of pulmonary effects from particle overload include macrophage activation $\rightarrow$ acute inflammation and impaired clearance $\rightarrow$ particle accumulation $\rightarrow$ chronic inflammation and focal fibrosis $\rightarrow$ epithelial cell proliferation $\rightarrow$ mutations $\rightarrow$ metaplasia $\rightarrow$ lung tumors (Oberdörster 1995). As discussed later, the adverse outcome pathway (AOP) for particle overload leading to tumorigenic responses, is species-specific and exclusive to the rat and is a result of particle retention patterns and cellular response differences between the rat and other species. In any case, there exists a particle lung burden threshold by which these effects occur in rats. As illustrated by Oberdörster (1995) (Figure 1), studies support that if the rate of deposition is less than the rate of clearance in rat inhalation studies then no tumors or fibrosis will occur, which support the particle burden thresholds noted above.

Figure 1. Pathological Lung Response when Particle Deposition Rate is Faster than Particle Clearance and Particle Lung Burden Increases



**Lung Tumors from Titanium Dioxide are Exclusive to Rats Dosed at Particle Overload**

**16.** In the field of inhalation toxicology, it is critically important to consider the dosing conditions in animal toxicology studies and the relevance (exposure-response mode of action) to humans. Several inhalation toxicology studies have evaluated the potential for airborne titanium dioxide to cause cancer in animals. However, these studies consistently show that lung tumors in animals only occur in exposure conditions (particle overload, i.e., particle lung deposition exceeds lung clearance) that lack any relevance to humans from a mode-of-action and hazard prediction standpoint. Further, studies, which utilize non-overload dosing conditions (which are more applicable to predicting effects in humans), show titanium dioxide is not carcinogenic.

**17.** Several animal studies evaluated potential carcinogenicity following chronic inhalation of respirable airborne titanium dioxide (Heinrich et al. 1995, Lee et al. 1985a, 1985b, 1986, Muhle et al. 1989, 1991, 1995, 1998), however, as discussed in greater detail below, several of these studies delivered titanium dioxide in overload dosing conditions which are not informative for evaluating the potential for carcinogenicity in humans. In its evaluation of titanium dioxide, IARC relied on two inhalation toxicology studies of rats reflected in the publications by Lee et al.

(1985a, 1985b, 1986) and Heinrich et al. (1995) to conclude that "there was *sufficient evidence* that titanium dioxide is carcinogenic in experimental animals" (IARC 2010, pg 276).

**18.** Lee and colleagues were one of the first to evaluate the effects from chronic inhalation exposure to titanium dioxide. In this toxicology study, male and female Crl:CD rats (100 per group) were exposed to respirable airborne titanium dioxide (MMAD 1.5-1.7 µm) at concentrations of 0, 10, 50, or 250 mg/m$^3$ for 6 hours per day, 5 days per week for 2 years. Animals were examined at different time points (3, 6, 12, and 24 months) throughout the duration of exposure. Following 24 months exposure to titanium dioxide, the authors noted dose-dependent non-malignant pulmonary responses (lung weight, alveolar proteinosis, inflammatory, dust-laden macrophages). Dose-dependent incidences of tumors were also observed: bronchiolalveolar adenomas (0 mg/m$^3$ – 2/79 males, 50 mg/m$^3$ – 1/75 males, 250 mg/m$^3$ – 12/77 males and 13/74 females), squamous cell carcinomas (250 mg/m$^3$ – 13/74). However, it is important note that all of the inhalation treatment groups were exposed to doses well beyond overload thresholds for retained particulate mass in the lungs. For example, after 24 months inhalation exposure, retained doses of titanium dioxide were 26.5 mg/lung at 10 mg/m$^3$, 124.2 mg/lung at 50 mg/m$^3$, and 665.3 mg/lung at 250 mg/m$^3$, all of which are in excess of the threshold of 4-8 mg/lung for overload conditions for retained particulate matter (Morrow et al. 1988, Muhle et al. 1990).

**19.** Despite the overload conditions delivered in the Lee et al. study (1985a), significant tumor incidence was only observed at 250 mg/m$^3$. In fact, Lee and colleagues acknowledged the overloading conditions and their lack of relevance to humans: "The pulmonary lesions and lung tumors appear to be nonspecific and commonly develop in the lungs when a large quantity of inhaled dust particles is retained in the lungs for a long period of time….there is no evidence suggesting that TiO$_2$ exposure causes lung cancer in TiO$_2$ workers (Uragoda and Pinto, 1972). Therefore, the relevancy of these lung tumors and other TiO$_2$-induced lesions under excessive exposure conditions is questionable relative to the human-use situation" (Lee et al. 1986, pg. 164) and "based on the excessive dust loading and overwhelmed clearance mechanisms in the lungs of rats exposed chronically at 250 mg/m$^3$, the biological relevance of lung tumors to man appears to be negligible" (Lee et al. 1985a, pg. 190).  It is noteworthy that at the lowest dose (10 mg/m$^3$ for

2 years – which exceeds the particle overload threshold) in the Lee et al. study (1985a), pulmonary responses were minimal, transient, or not distinguishable from the controls. Further, there were no tumors observed in rats exposed to 10 mg/m$^3$ titanium dioxide for 2 years. As such, the authors concluded that the "pulmonary response to TiO$_2$ at 10 mg/m$^3$ essentially satisfied these criteria for a nuisance dust. Nuisance dust has been called biologically 'inert' dust but in a strict sense there is no dust which does not provoke some type of tissue reaction when a sufficient amount is deposited in the lung and overwhelm the lung clearance mechanism" (e.g., overload conditions) (Lee et al. 1985, pg. 188).

**20.** The second primary toxicology study of titanium dioxide upon which IARC relied for its determination of carcinogenicity in experimental animals was conducted by Heinrich et al. (1995). In this study, Wistar female rats were exposed to respirable ultrafine titanium dioxide (MMAD 0.8 µm) at airborne concentrations of 10 mg/m$^3$ for 18 hours per day, 5 days per week for up to 2 years. NMRI/C7BL mice were also exposed to the same conditions up to 13.5 months. Following exposure to titanium dioxide for 2 years, retained lung burden of titanium dioxide in rats was 39 mg per lung. Lung clearance was monitored at 3, 12, and 18 months which demonstrated that clearance of titanium dioxide particles was significantly impaired in rats following exposure to 10 mg/m$^3$. At 24 months exposure, lung tumor incidence was 32 percent in rats exposed to 10 mg/m$^3$ titanium dioxide which was statistically significantly different from air controls, whereas in mice the incidence of lung tumors was not significantly different from control animals (Heinrich et al. 1995). In the same study, diesel soot and carbon black were delivered by inhalation to Wistar rats and NMRI/C7BL mice for 13 or 24 months. In rats, lung clearance of diesel soot and carbon black was significantly impaired and lung tumor rates were significantly increased (22 and 39 percent, respectively) following 24 months exposure compared to controls. In contrast, lung tumor rates in mice exposed to diesel soot and carbon black were not significantly different from controls. Heinrich et al. (1995) showed that the tumorigenic effects of poorly soluble low toxicity particles (including titanium dioxide) in overload dosing conditions was observed rats but not in mice.

**21.** Both Lee et al. (1985a, 1985b, 1986) and Heinrich et al. (1995) studies delivered inhalation doses of titanium dioxide to such an excessive extent that it overwhelmed the particle clearance mechanisms in the lungs, and produced pulmonary responses and ultimately tumors. However, numerous research studies have demonstrated that the tumorigenic responses from lung overload conditions is a generic, nonspecific response from the sheer volume of particulate dose and significant impairment of particle clearance. As a result, exposures in particle overload conditions are not reflective of the intrinsic hazard or nature of the particles to induce tumors and has negligible relevance to human exposure conditions (Bevan et al. 2018, Warheit et al. 2016). Further, as discussed in the next sections, the tumorigenic responses from particle overload conditions appear to only be specific to the rat and do not occur in other rodents (mice, hamsters), non-human primates (monkeys), or humans (Bevan et al. 2018, Warheit et al. 2016). Because the Lee et al. (1985a, 1985b, 1986) and Heinrich et al. (1995) studies involve lung overload conditions, these studies are scientifically unreliable for informing the potential carcinogenic nature of titanium dioxide of any form and predicting effects in humans in non-overload conditions. Researchers, international inhalation toxicology experts, European Chemicals Agency (ECHA) Committee for Risk Assessment (RAC), and the Court of Justice of the European Union have come to the same conclusion (Bevan et al. 2018, Driscoll and Borm 2020, Driscoll 2022, ECHA RAC 2017, General Court 2022, Warheit et al. 2016).

**Inhalation Toxicology Studies of Other Species Shows that Titanium Dioxide is Not Tumorigenic**

**22.** Muhle et al. (1989, 1995, 1998) conducted a series of studies evaluating the pulmonary effects from chronic inhalation exposures to different poorly soluble low toxicity particles, including titanium dioxide. These studies are informative because lower doses (non-overload conditions) were delivered to rats and demonstrated that tumor incidence for titanium dioxide was comparable to controls, meaning that titanium dioxide is not tumorigenic. Muhle et al. (1989) exposed SPF F-344 rats by inhalation to respirable titanium dioxide (MMAD 1.1 μm) at a concentration of 5 mg/m$^3$ titanium dioxide for 6 hours per day, 5 days per week for 2 years. Retained titanium dioxide mass in the lungs of rats was 2.72 mg per lung following exposure for

DECLARATION OF AMY MADL, Ph.D.

2 years. The authors noted that the incidence of lung tumors in the controls and titanium dioxide groups were "comparable and in accordance with published spontaneous tumor frequency rates in this strain, age, and sex" of rats (Muhle et al. 1989, pg. 240). Similar findings were reported in Muhle et al. (1995). Additionally, Muhle et al. (1998) conducted a chronic inhalation toxicology study of different particles, including titanium dioxide. Syrian golden hamsters were exposed to respirable titanium dioxide (MMAD 1.1 µm) at a concentration of 40 mg/m$^3$ titanium dioxide for 6 hours per day, 5 days per week for 18 months. Retained titanium dioxide mass in the lungs of hamsters were 19.63 µg per lung following 18 months exposure. Authors reported that there was "no evidence of particle-related tumorigenic effects" and, although there was a single bronchioalveolar adenoma observed in the titanium dioxide group, it was not statistically significant compared to controls (Muhle et al. 1995).

23. Overall, the Muhle et al. (1989) study demonstrates that inhalation doses delivered in non-overload conditions are informative on the intrinsic hazard properties of titanium dioxide rather than the generic non-specific responses observed in overload dosing conditions. Muhle et al. (1989) showed that respirable titanium dioxide is not carcinogenic in rats exposed to non-overload inhalation doses for 2 years. Further, Muhle et al. (1995) and Heinrich et al. (1995) studies showed that particle overload did not result in tumors in hamsters or mice, further supporting that the tumorigenic effects from particle overload of titanium dioxide are specific to rats and are not observed in other rodent species. These findings were corroborated for other poorly soluble low toxicity particles (Mauderly et al. 1987, 1996).

**Rats have a Different Adverse Outcome Pathway than Other Species (Including Humans)**

24. Adverse outcome pathway (AOP) is defined by the Organization for Economic Cooperation and Development (OECD) as a sequential progression of events in an organism from the first contact of a toxicant at a molecular level to a final adverse outcome at the individual or population level (ECETOC 2013). Through the studies of particle overload, including that of titanium dioxide, it is evident that tumorigenic responses from overload dosing conditions of poorly soluble low toxicity particles are specific to rats and have questionable relevance for predicting the carcinogenicity potential in humans. As noted by Oberdörster (1995, pg. 132), "any highly

insoluble particle of low cytotoxicity (e.g., $TiO_2$, carbon black, diesel soot) will cause lung tumors in rats if accumulating chronically at high enough doses in the lung due to an overload response, i.e., such particles have the potential to cause lung tumors in rats as a secondary response…the existence of a carcinogenic *potential* of inhaled particles in rats is not synonymous with their carcinogenicity *potency*." There has been considerable debate over the last three decades about the relevance of particle-overload related lung tumors in rats following chronic inhalation exposures to poorly soluble low toxicity particles for human risk assessment (Warheit et al. 2016). As discussed later, the human epidemiology studies of titanium dioxide manufacturing workers support that titanium dioxide is not a human carcinogen. Based on these observations and that there are key differences between rats and other species on the AOP (e.g., particle clearance and translation, inflammatory and fibrotic responses), the chronic-overload inhalation studies of titanium dioxide in rats have no relevance for determining the lung cancer risks in humans exposed for a lifetime to titanium dioxide in any form.

**25.** There are four central reasons why the rat lung model (tumorigenic responses in rats from particle overload conditions to titanium dioxide) is not a reliable for predicting human lung cancer risk and is unique among all species in developing lung tumors under chronic inhalation overload exposure conditions to poorly soluble low toxicity particles (Bevan et al. 2018, Driscoll and Borm 2020, Driscoll 2022, Morfeld et al. 2015, Warheit et al. 2016). These reasons include (each of which are addressed further below):

1. Particle clearance and translocation pathway differences in rats compared to other rodent and non-rodent species

2. Lung response differences (different AOP) in rats compared to other rodent and non-rodent species

3. Tumor types or lesions observed in rats following particle overload of titanium dioxide have not been observed in humans

4. Human epidemiology of titanium dioxide, and other poorly soluble low toxicity particles, do not show a risk of lung cancer

**26.** Once deposited in the lungs, poorly soluble low toxicity particles are cleared from the lungs differently in rats compared to other species. Comparative studies show that the particle deposition, distribution, and clearance pattern of deposited particles are very different in rats compared to non-human primates and humans. In rats, inhaled poorly soluble low toxicity particles are retained within the alveolar ducts, whereas in monkeys and humans, inhaled particles preferentially translocate across epithelial cells and are retained/sequestered in the interstitium (Mauderly et al. 1987, Nikula et al. 1997, 2001, Warheit et al. 2016). In rats, about 15-18 percent of particles translocate to the interstitium, whereas in humans over 70 percent (on average) of particles translocate to the interstitium (Nikula et al. 1997, 2001, Warheit et al. 2016).

**27.** Further, rats exposed to diesel soot by inhalation show that more than 82 percent of retained particles are within pulmonary macrophages in the alveoli (Nikula et al. 2001). However, humans show a different pattern. Lung pathology sections of nonsmoking human subjects with no work history in coal mines or up to 50 years coal mining experience demonstrated that between 57 to 91 percent of retained particles were within interstitial regions. Monkeys exposed to diesel exhaust and coal dust showed similar particle retention patterns in the interstitium as observed in humans (Nikula et al. 1997).

**28.** The retention of particles in the alveolar lumen (opposed to translocation to the interstitium) in rats is an initiating sequence in the AOP that ultimately leads to inflammation, fibrosis, and tumor formation following particle overload conditions. Particle overload conditions and impairment of pulmonary particle clearance triggers recruitment of persistent neutrophilic pulmonary inflammation, apoptosis (programmed cell death), generation of reactive oxygen and nitrogen species (ROS/RNS), and increased cell proliferation. With continued progression of these intermediate steps, the final adverse outcome in rats is lung tumor formation. However, in other species, the final outcome is non-neoplastic changes including fibrosis, but not tumors. It is thought that a combination of the lack of particle sequestration to the interstitium and the enhanced and differential inflammatory response influence the AOP in rats compared to other species (Bevan et al. 2018, Warheit et al. 2016). The lack of evidence of lung tumors in coal

miners chronically exposed to high levels of dust additionally support that the rat model dosed in particle overload conditions is not appropriate for predicting risk in humans (Greim et al. 2001).

**29.** In the first chronic study of titanium dioxide, Lee et al. (1985) classified the rat tumors as cystic keratinizing squamous cell carcinomas developed from metaplastic squamous epithelium in the alveoli. However, the authors acknowledged the extreme difficulty in differentiating lung tumors from squamous metaplasia, and noted, "this lung cancer is a unique experimentally induced tumor in rats and has not usually been seen as a spontaneous lung tumor in man or animals" (Lee et al. 1985, pg. 163). A subsequent evaluation of the tumors in the Lee et al. (1985) study by experts in two international pathology workshops concluded that the "cystic keratinizing squamous cell carcinomas" were reclassified by consensus as non-tumorous "proliferative keratin cysts", which is a species-specific lesion that is unique to the rat lung under particle overload exposure conditions (Warheit and Frame 2006, Warheit et al. 2016).

**30.** In summary, the available toxicology demonstrates that the tumorigenic responses in rats from exposure to titanium dioxide in particle overload dosing conditions is unique to this species. AOP differences in the rats compared to other rodent species, non-human primates, and humans demonstrate that the rat model dosed in particle overload conditions is not appropriate for supporting causal inference between exposure to titanium dioxide and lung cancer.

**31.** Epidemiology is often considered the gold standard for evaluating hazard because it directly addresses the health risk experience in the human population. As discussed in the next section, human epidemiology studies of titanium dioxide production workers do not support an increased risk for lung cancer and thus further establish that the rat is not a reliable model for predicting human lung cancer risk of titanium dioxide.

**Human Epidemiology of Titanium Dioxide**

**32.** Human epidemiology studies of titanium dioxide show that respirable unbound titanium dioxide – i.e., the form of titanium dioxide that is listed under Proposition 65 – is not a human carcinogen. The body of epidemiological literature investigating the potential association between occupational exposure to titanium dioxide and risk of lung cancer includes four cohort studies among U.S. production and manufacturing workers, three cohort studies among European

workers, and three population-based case-control studies conducted in Montreal, Canada. One meta-analysis (Le et al. 2018) and one systematic review (Thompson et al. 2016) have also been published addressing the potential relationship between exposure and health risk.

**33.** A total of seven cohort studies evaluated the potential carcinogenicity of respirable titanium dioxide, including four cohort studies involving U.S. production and manufacturing workers (Chen and Fayerweather 1988, Ellis et al. 2010, Ellis et al. 2013, Fyzek et al. 2003) and three cohort studies of European production workers (Boffetta et al. 2004, Canu et al. 2020, Canu et al. 2022). Among the U.S. production and manufacturing worker studies, Chen and Fayerweather (1988) conducted the first retrospective cohort study among 1,576 employees in two Dupont titanium dioxide producing plants to evaluate whether occupational exposures to titanium dioxide increased the risk of lung cancer, chronic respiratory disease, pleural thickening, or pulmonary fibrosis relative to referent populations. Workers did not show an increased risk of lung cancer deaths compared to the referents (8 cases observed, 7.7 expected).

**34.** Ellis et al. (2010) and Ellis et al. (2013) expanded the study from Chen and Fayerweather (1988) to include workers employed at two additional Dupont titanium dioxide production facilities from 1935 to 2006. Ellis et al. (2010) included 5,054 workers employed in the process area for at least six months by 2005 and mortality was compared with the general population of the U.S. There was a slight deficit in lung cancer mortality compared to U.S. population reference rates (SMR 0.90, 95% CI 0.75-1.05) (Ellis et al. 2010). Subsequently, Ellis et al. (2013) expanded the SMR analysis using DuPont company-wide mortality rates as the referent as well as evaluated the relationship between cumulative exposures of titanium dioxide and mortality. The SMR for lung cancer when compared to the general population was similar to Ellis et al. (2010).  When mortality was compared to other DuPont workers, there was a slightly statistically significant increased SMR (SMR 1.35, 95% CI 1.07-1.66).  However, in additional analyses, there were no significant associations for risk of lung cancer with increasing cumulative exposure to titanium dioxide. Overall, the results of the DuPont studies do not support an association between occupational exposure to titanium dioxide and risk of lung cancer (Chen and Fayerweather 1988; Ellis et al. 2010; Ellis et al. 2013).

**35.** Fryzek et al. (2003) conducted a retrospective cohort study of 4,241 workers employed in one of four titanium dioxide manufacturing plants in the U.S. Notably, the plants in this current study were not included in the studies by Chen and Fayerweather (1988) and Ellis et al. (2010, 2013) on the DuPont plant (Ellis et al. 2010). There was not an increased risk of lung cancer for the entire cohort (SMR 1.0, 95% CI 0.8-1.3) or when workers were stratified by their duration of employment and time since hired (latency). Internal analyses were conducted where exposure variables representing average exposure per year, years exposed, and cumulative exposed were created and workers were categorized as having low, medium, and high exposures. When compared to workers classified as having low exposures, there was no increased risk of lung cancer mortality associated with medium (relative risk [RR] 0.9, 95% CI 0.5-1.8) or high (RR 0.6, 95% CI 0.3-1.4) levels of titanium dioxide exposure. (RR refers to the ratio of risk in the exposed group to risk in the unexposed group). The authors concluded, "workers at the United States plants have not experienced increased risks of lung cancer or other significant adverse health effects as a result of their occupational exposures to $TiO_2$" (Fryzek et al. 2003, pg. 409).

**36.** Among the European production worker studies, Boffetta et al. (2004) conducted the largest epidemiological study of titanium dioxide workers to date, which included over 15,000 workers employed in 11 European factories located in Finland, France, Germany, Italy, Norway, and the United Kingdom. Follow-up for the cohort members occurred from the beginning of production or when employment records were available or complete (ranging from 1927 to 1969) until 1995 to 2001. There was a small excess of lung cancer deaths among men (SMR 1.23, 95% CI 1.10-1.38) and a non-significant deficit among women (SMR 0.8, 95% CI 0.02-4.09). When lung cancer was evaluated by country, there were non-significant SMRs in Finland, Italy, and Norway (range: 0.76-0.97), non-significant increases in France and the UK (range: 1.09-1.42), and a significantly significant increased SMR in German (1.51, 95% CI 1.26-1.79). Due to the evidence of heterogeneity in the country-specific SMRs, an overall SMR for lung cancer was calculated based on a random effects model, which was no longer significant (SMR 1.19, 95% CI: 0.96-1.48). Moreover, internal comparisons of lung cancer mortality did not demonstrate any evidence of an exposure-response relationship. The authors concluded, "this is the largest

1  available study of the effects of exposure to TiO₂ dust on mortality in humans. The results do not

2  suggest a carcinogenic effect of TiO₂ dust on the human lung" (Boffetta et al. 2004, pg. 705).

3  **37.** Utilizing the data on French male titanium dioxide workers (n = 2,255) from Boffetta et al.

4  (2004), Canu et al. (2020) reanalyzed a subset of the data on 833 French titanium dioxide workers

5  and used multiple imputation to complete smoking status. Smoking status was ascertained for 512

6  cases (Non-smokers = 317, 38%; Ex-smokers = 152, 18%; Smokers = 43, 5%), while there were

7  324 workers with unknown smoking status. Using existing data on smoking in the cohort along

8  with a multinomial logistic regression imputation model, the study authors ran 1000 smoking

9  status imputations for workers with missing data.  When assessed as a binary variable (exposed

10 vs. non-exposed), titanium dioxide exposed workers exhibited a statistically non-significant risk

11 of lung cancer mortality (hazard rate, HR 3.75, 95% CI 0.79-17.9). When modeled as continuous

12 annual average exposure (mg/m³), an approximately two-fold increased risk of lung cancer

13 mortality per increment of 1 mg/m$^3$ of respirable titanium dioxide exposure was reported.

14 However, exposure duration was negatively related to lung cancer risk. Given the relatively small

15 number of lung cancer deaths among French cohort members, confounding by smoking status

16 cannot be confidently ruled out. The statistical methods used in the re-analysis by Canu et al.

17 (2020) have been subject to criticism (Tomenson 2021), including the validity of the multiple

18 imputation method for smoking data. Regarding smoking, Canu et al. (2020) reported that only

19 5% of workers with known smoking status were current smokers, which is inconsistent with the

20 42% current smoking prevalence reported in the original cohort as well as the 41% current

21 smoking prevalence in France (Tomenson 2021). As the missing data on smoking status was not

22 random, multiple imputations could have biased results (Tomenson 2021).

23 **38.** In a subsequent publication, Canu et al. (2022) conducted a re-analysis of the data reported on by

24 Boffetta et al. (2004) on male workers employed in production facilities in Finland, France, the

25 United Kingdom, and Italy. Specifically, Canu et al. (2022) analyzed the relationship between

26 lung cancer and hypothetical occupational exposures of titanium dioxide of 2.4, 0.3, and 0 mg/m³

27 for 25 and 35 years using the parametric g-formula. While Boffetta et al. (2004) included 9,195

28 male workers from Finland, France, the United Kingdom, and Italy, Canu et al. (2022) reanalysis

only included 7,341 of these workers, although the authors reported using the same inclusion/exclusion criteria. In their hypothetical scenario, Canu et al. (2002) concluded that there was evidence of a healthy worker survival effect. Notably, the authors of the previous cohort studies acknowledged the potential of the healthy worker effect, and included both internal and external analyses to further examine this potential bias (Ellis et al. 2010;  Fryzek et al. 2003; Boffetta et al. 2004). Additionally, healthy worker effect is not likely to have a substantial influence in assessing causal associations, especially for cancer (Fryzek et al. 2003).

**39.** Three case-control studies were conducted in Montreal, Canada, including population-based cases and controls (Boffetta et al. 2001, Ramanakumar et al. 2008, Siemiatycki et al. 1991). Bofetta et al. (2001) recruited 857 histologically confirmed lung cancer cases from 1979 to 1985 among men aged 35 to 70 years. Equal proportions of cases (n = 33, 3.9%) and controls (n = 43, 4%) were classified as having ever been exposed to titanium dioxide (odds ratio [OR] 0.9, 95% CI 0.5-1.5). (OR represents the odds that an outcome will occur given a particular exposure, compared to the odds of the outcome occurring in the absence of the exposure). Moreover, there were no significantly increased odds of lung cancer by frequency, level, or duration of exposure to titanium dioxide.

**40.** Ramanakumar et al. (2008) expanded the study population from the earlier population-based case-control studies (as analyzed in Siemiatycki et al. 1991 and Boffetta et al. 2001) to include both men and women. Odds of lung cancer was not statistically significantly associated with any titanium dioxide exposures for any of the four study populations (Study I and population controls; Study I and cancer controls; Study II and population controls; and Study II and cancer controls). When Study I and II were pooled, there was no statistically significant increased odds of lung cancer for any of the exposure metrics, including those classified as having substantial exposure to titanium dioxide (OR 1.2, 95% CI 0.4-3.6). The authors concluded that "the results of our two community-based studies indicate that workers in our study based with occupational exposure to…titanium dioxide…did not experience any excess risk of lung cancer" (Ramanakumar et al. 2008, pg. 187). It was further noted that the finding of no positive association between titanium

dioxide exposure and risk of lung cancer was consistent with the IARC working group evaluations.

**41.** Overall, integration of the toxicology, epidemiology and mechanistic evidence of titanium dioxide and other low solubility low toxicity particles support that tumorigenic effects of titanium dioxide observed in experimental animal studies are exclusive to rats and are not relevant for determining the lung cancer risks to humans. Further, epidemiology studies of over 20,000 titanium dioxide manufacturing and production workers in the United States and Europe show that exposure to titanium dioxide is not causally associated lung cancer.

**Occupational and Cosmetic Exposures to Titanium Dioxide Do Not Increase the Risk for Cancer**

**42.** Occupational epidemiology studies of titanium dioxide manufacturing and production workers present the highest possible exposures to titanium dioxide (e.g., over 80 mg/m$^3$-year in Dupont production workers as reported by Ellis et al. 2013) and consistently show no increased risk of lung cancer. Consequently, lower exposures to titanium dioxide in non-manufacturing settings would not present a risk of lung cancer. There is no foreseeable scenario that any potential particulate exposures from the use of powdered cosmetic products containing titanium dioxide would present a risk of lung cancer.

**43.** In conclusion, the available animal toxicology, human epidemiology, and mechanistic information support that titanium dioxide in any form is not a human carcinogen and, thus, a Prop 65 warning for titanium dioxide (airborne, unbound particles of respirable size) as a substance Known to the State of California to Cause Cancer would be false and misleading and not reflective of the current and available scientific evidence.

**QUALIFICATIONS AND BACKGROUND**

**44.** I am the President and Senior Principal Health Scientist of Valeo Sciences LLC. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

**45.** I am a toxicologist with 25 years of experience in the sampling and analysis, toxicology, exposure, and human health risk assessment of airborne chemicals. Attached as **Exhibit A** is a

true and accurate copy of my curriculum vitae that describes my education, training, professional experience, and publications.

**46.** I am a board-certified toxicologist as a Diplomate of the American Board of Toxicology (DABT).

**47.** I completed a Bachelor of Sciences (B.S.) in Biochemistry in 1993, Master of Science (M.S.) in Pharmacology and Toxicology in 1997, and a Doctor of Philosophy (Ph.D.) in Pharmacology and Toxicology in 2010, all from the University of California, Davis.

**48.** I have held a research position with the University of California, Davis since 2011, where I have and continue to serve as a co-investigator on several research grants (funded by the National Institute of Health (NIH), National Institute of Environmental Health Sciences NIEHS), Tobacco-Related Disease Research Program (TRDRP), University of California Toxic Substances Research & Teaching Program) involving the respiratory effects of inhaled agents, including engineered nanoparticles and e-cigarette aerosols. I have also taught graduate level courses in inhalation toxicology and risk assessment at the University of California, Davis.

**49.** I am a member of a number of professional societies including, Society of Toxicology (SOT), American Conference of Governmental Industrial Hygienists (ACGIH), American Industrial Hygiene Associated (AIHA), International Society of Exposure Science (ISES), and Society of Risk Analysis (SRA). I have volunteered my time and served in several leadership positions within these professional organizations including, Elected Councilor of the Inhalation and Respiratory Specialty Section and Elected Secretary/Treasurer of the Nanoscience and Advanced Materials Specialty Section within SOT, as well as served as Liaison for Nanotechnology Working Group and Chair of the Toxicology Committee within the AIHA.

**50.** I have also served as a peer reviewer on the NIH NIEHS workshop and report on "*A Science-Based Examination of the Mode of Action of Asbestos and Related Mineral Fibers*", as well as for Health Canada on the "*Guidance on the Assessment of Human Health Risks Posed by Substances Present in Indoor Dust and the Derivation of Dust Screening Concentrations in Residential Environments that may be Impacted by Contaminated Sites*".

**51.** I am an expert in inhalation toxicology and application of evaluating hazards, exposures, and human

health risks of inhaled substances in occupational, environmental, consumer product, and medical settings. I have published over 95 abstracts, book chapters and peer-reviewed papers on various toxicology, exposure, and health risk-related topics. Pertinent to the issues related to this case, I have published numerous book chapters and articles on particle toxicology, including general principles, state-of-the-science, and toxicology of different airborne aerosols, particles, and fibers. The topics on which I have published include ambient particulate air pollution, engineered nanoparticles, mineral and synthetic fibers, metals, silica, e-cigarette aerosols, bioaerosols, and titanium dioxide.

**52.** I have testified in areas of toxicology, exposure assessment, and human health risk assessment in state and federal courts across the United States, including California.

**53.** I was retained by outside counsel for the Personal Care Products Council to provide an independent expert opinion regarding the toxicology of titanium dioxide and whether there is a potential for risk of cancer from exposures to respirable unbound titanium dioxide. My time is billed at a rate of $500 per hour.

**54.** I have attached as **Exhibit B** a list of references that I have considered and/or referenced in preparing my opinions in this declaration. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on October 5, 2023, in Ladera Ranch, California.

Dated: October 5, 2023.                           Respectfully submitted,

By: _____
        Amy K. Madl, Ph.D., DABT

DECLARATION OF AMY MADL, Ph.D.

# EXHIBIT B

**REFERENCES**

Adami, H.O., C.L. Berry, C.B. Breckenridge, L.L. Smith, J.A. Swenberg, D. Trichopoulos, N.S. Weiss, and T.P. Pastoor. 2011. Toxicology and epidemiology: Improving the science with a framework for combining toxicological and epidemiological evidence to establish causal inference. Toxicol Sci 122(2):223-234.

ACGIH. 1985. Particle size-selective sampling in the workplace. Report of the American Conference of Governmental Industrial Hygienists (ACGIH) Technical Committee on Air Sampling Procedures. Cincinnati, OH. ISBN 0-936712-57-0.

Bellmann, B., H. Muhle, O. Creutzenberg, C. Dasenbrock, R. Kilpper, J.C. MacKenzie, P. Morrow, R. Mermelstein. 1991. Lung clearance and retention of toner, utilizing a tracer technique, during chronic inhalation exposure in rats. Fund Appl Toxicol 17:300–313.

Berry G. 1999. Models for mesothelioma incidence following exposure to fibers in terms of timing and duration of exposure and the biopersistence of the fibers. Inhal Toxicol. 11(2):111–130.

Bevan, R.J., R. Kreiling, L.S. Levy, D.B. Warheit. 2018. Toxicity testing of poorly soluble particles, lung overload and lung cancer. Reg Toxicol Phamacol 100:80-91.

Boffetta, P., V. Gaborieau, L. Nadon, M.E. Parent, E. Weiderpass, and J. Siemiatycki. 2001. Scand J Work Environ Health 27(4) :227-232.

Boffetta, P., A. Soutar, J.W. Cherrie, F. Granath, A. Andersen, A. Anttila, M. Blettner, V. Gaborieau, S.J. Klug, S. Langard, D. Luce, F. Merletti, B. Miller, D. Mirabelli, E. Pukkala, H.O. Adami, and E. Weiderpass. 2004. Mortality among workers employed in the titanium dioxide production industry in Europe. Cancer Cases Control 15:697-706.

Brown, J.S., T. Gordon, O. Price, and B. Asgharian. 2013. Thoracic and respirable particle definitions for human health risk assessment. Part Fibre Toxicol 10:1-12.

Canu, I.G., A. Gaillen-Guedy, P. Wild, K. Straif, and D. Luce. 2020. Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights. Occup Environ Med 77:795-797.

DECLARATION OF AMY MADL, Ph.D.

Canu, I.G., A. Gaillen-Guedy, A. Antilla, S. Charles, S. Fraize-Frontier, D. Luce, D.M. McElvenny, F. Merletti, C. Michel, E. Pukkala, M.K. Schubauer-Berigan, K. Straif, P. Wild, and D.B. Richardson. 2022. Lung cancer mortality in the European cohort of titanium dioxide workers: a reanalysis of the exposure-response relationship. Occup Environ Med 79:637-640.

CEN. 1993. Workplace atmospheres-size fraction definitions for measurement of airborne particles. Report No. BS EN 481. London, England: European Committee for Standardization (CEN), British Standards Institute. ISBN 0-580-221407.

Chen, J.L. and W.E. Fayerweather. 1988. Epidemiologic study of workers exposed to titanium dioxide. JOEM 30(12):937-942.

Cullen, R.T., C.L. Tran, D. Buchanan, J.M.G. Davis, A. Searl, and A.D. Jones. 2000. Inhal Toxicol 12:1089-1111.

Driscoll, K.E. and P.J.A. Borm. 2020. Expert workshop on the hazards and risks of poorly soluble low toxicity particles. Inhal Toxicol 23(2): 53-62.

Driscoll, K.E. 2022. Review of lung particle overload, rat lung cancer, and the conclusions of the Edinburgh Expert Panel – It's time to revisit cancer hazard classifications for titanium dioxide and carbon black. Frontiers Public Health 10(907318):1-6.

ECETOC. 2013. European Centre for Ecotoxicology and Toxicology of Chemicals. Poorly Soluble Particles/Lung Overload. Technical Report No. 122.

ECHA RAC. 2017. Committee for Risk Assessment (RAC). Opinion proposing harmonized classification and labelling at EU level of Titanium Dioxide. CLH-O-0000001412-86-163/F, September 14, 2017, European Chemicals Agency (ECHA), Helsinki, Finland.

Ellis, E.D., J. Watkins, W. Tankersley, J. Phillips, and D. Girardi. 2010. Mortality among titanium dioxide workers at three DuPont plants. JOEM 52(3):303-309.

Ellis, E.D., J.P. Watkins, W.G. Tankersley, J.A. Phillips, and D.J. Girardi. 2013. Occupational exposure and mortality among workers at three titanium dioxide plants. Am J Ind Med 56:282-291.

EPA. 1997. National ambient air quality standards for particulate matter, final rule. U.S. Environmental Protection Agency (EPA). Fed Reg 62(July 18):38652-38752.

Fyzek, J.P., B. Chadda, D. Marano, K. White, S. Schweitzer, J.K. McLaughlin, and W.J. Blot. 2003. A cohort mortality study among titanium dioxide manufacturing workers in the United States. J Occup Environ Med 45:400-409.

General Court. 2022. Judgment of the General Court (Ninth Chamber, Extended Composition) regarding the Environment and protection of human health – Regulation (EC) No 1272/2008 – Classification, labelling and packaging of substances and mixtures – Delegated Regulation (EU) 2020/2017 – Classification of titanium dioxide in powder form containing 1% or more of particles of a diameter equal or below 10 µm. November 23, 2022.

Greim, H., P. Borm, R. Schins, K. Donaldson, K. Driscoll, A. Hartwig, E. Kuempel, G. Oberdörster, G. Speit. 2001. Toxicity of fibers and particles. Report of the workshop held in Munich, Germany, 26-27 October 2000. Inhal Toxicol 13(9):737-754.

Heinrich, U., R. Fuhst, S. Rittinghausen, O. Creutzenberg, B. Bellmann, W. Koch, and K. Levsen. 1995. Chronic inhalation exposure of Wistar rats and two different strains of mice to diesel engine exhaust, carbon black, and titanium dioxide. Inhal Toxicol 7:533-556.

IARC. 2010. Titanium dioxide. International Agency for Research on Cancer (IARC) Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 93, Carbon black, titanium dioxide, and talc, pg 193-276, World Health Organization (WHO), Lyon, France.

IOM. 2008. Improving the presumptive disability decision-making process for veterans. Institute of Medicine (IOM). The National Academies Press, Washington, DC.

Le, H.Q., J.A. Tomenson, D.B. Warheit, J.P. Fryzek, A.P. Golden, E.D. Ellis. 2018. A review and meta-analysis of occupational titanium dioxide exposure and lung cancer mortality. J Occup Environ Med 60(7):e356-e367.

Lee, K.P., H.J. Trochimowicz, and C.F. Reinhardt. 1985a. Pulmonary response of rats exposed to titanium dioxide ($TiO_2$) by inhalation for two years. Toxicol Appl Pharmacol 79:179-192.

Lee, K.P., H.J. Trochimowicz, and C.F. Reinhardt. 1985b. Transmigration of titanium dioxide ($TiO_2$) particles in rats after inhalation exposure. Exp Mol Pathol 42:331-343.

DECLARATION OF AMY MADL, Ph.D.

Lee, K.P., N.W. Henry III, H.J. Trochimowicz, and C.F. Reinhardt. 1986. Pulmonary response to impaired lung clearance in rats following excessive $TiO_2$ dust deposition. Environ Res 41:144-167.

Madl AK, Sun RM, Silva T, Kadir, Pinkerton KE. 2018. Particle toxicities. Chapter 15. In: Charlene A. McQueen, editor. Comprehensive Toxicology. 3rd Edition. Oxford: Elsevier. p. 263–301.

Mauderly, J.L., R.K. Jones, W.C. Griffith, R.F. Henderson, and R.O. McClellan. 1987. Diesel exhaust is a pulmonary carcinogen in rats exposed chronically by inhalation. Fund Appl Toxicol 9:208-221.

Mauderly, J.L., D.A. Banas, W.C. Griffith, F.F Hahn, R.F. Henderson, R.O. McClellan. 1996. Diesel exhaust is not a pulmonary carcinogen in CD-1 mice exposed under conditions carcinogenic to F344 rats. Fund Appl Toxicol 30:233-242.

Morfeld, P., J. Bruch, L. Levy, Y. Ngiewih, I. Chaudhuri, H. Muranko, R. Myerson, and R. McCunney. 2015. Tranlational toxicology in setting occupational exposure limits for dusts and hazard classification – a critical evaluation of a recent approach to translate dust overload findings from rats to humans. Part Fibre Toxicol 12(3):1-34.

Morrow, P.E. 1988. Possible mechanisms to explain dust overloading of the lungs. Fund Appl Toxicol 10:369-384.

Morrow, P.E. 1992. Dust overloading of the lungs: Update and appraisal. Toxicol Appl Pharma 113:1-12.

Muhle, H., R. Mermelstein, C. Dasenbrock, S. Takenaka, U. Mohr, R. Kilpper, J. MacKenzie, and P. Morrow. 1989. Lung response to test toner upon 2-year inhalation exposure in rats. Exp. Pathol. 37:239-242.

Muhle, H., O. Creutzenberg, B. Bellmann, U. Heinrich, and R. Mermelstein. 1990. Dust overloading of lungs: Investigations of various materials, species differences, and irreversibility of effects. J Aerosol Med 3(Suppl 1): S-111-128.

Muhle, H., B. Bellmann, O. Creutzenberg, C. Dasenbrock, H. Ernst, R. Kilpper, J.C. MacKenzie, P. Morrow, U. Mohr, S. Takenaka, R. Mermelstein. 1991. Pulmonary response to toner upon chronic inhalation exposure in rats. Fund Appl Toxicol 17:280–299.

DECLARATION OF AMY MADL, Ph.D.

Muhle, H., B. Bellmann, and O. Creutzenberg. 1994. Toxicokinetics of solid particles in chronic rat studies using diesel soot, carbon black, toner, titanium dioxide, and quartz. In: Dungworth D.L., J.L. Mauderly, G. Oberdörster, eds. Toxic and carcinogenic effects of solid particles in the respiratory tract. ILSI Monographs. Washington, DC: International Life Sciences Institute/ILSI Press, pp. 29–41.

Muhle, H., B. Kittel, H. Ernest, U. Mohr, and R. Mermelstein. 1995. Neoplastic lung lesions in rat after chronic exposure to crystalline silica. Scand J Work Environ Health 21(Suppl 2):27-29.

Muhle, H., B. Bellmann, O. Creutzenberg, W. Koch, C. Dasenbrock, H. Ernst, and U. Mohr. 1998. Pulmonary response to toner, TiO2, and crystalline silica upon chronic inhalation exposure in Syrian golden hamsters. Inhalation Toxicol 10:699-729.

NRC. 1983. Risk assessment in the federal government. Managing the process. National Research Council (NRC). National Academy Press, Washington, DC.

NRC. 1994. Science and judgment in risk assessment. National Research Council (NRC). National Academy Press, Washington, DC.

Nikula, K.J., K.J. Avila, W.C. Griffith, and J.L. Mauderly. 1997. Lung tissue responses and sites of particle retention differ between rats and cynomolgus monkeys exposed chronically to diesel exhaust and coal dust. Fund Appl Toxicol 37(1):37-53.

Nikula, K.J. V. Vallyathan, F.H. Green, and F.F. Hahn. 2001. Influence of exposure concentrations or dose on the distribution of particular material in rat and human lungs. Environ Health Perspect 109:311-318.

Oberdörster, G. 1995. Lung particle overload: Implications for occupational exposures to particles. Reg Toxicol Pharmacol 27:123-135.

OEHHA. 2011. Titanium dioxide (airborne, unbound particles of respirable size). https://oehha.ca.gov/proposition-65/chemicals/titanium-dioxide-airborne-unbound-particles-respirable-size

Pauluhn, J. 2014. Derivation of occupational exposure levels (OELs) of low-toxicity isometric biopersistent particles: How can the kinetic lung overload paradigm be used to improve inhalation toxicity study design and OEL-derivation? Part Fibre Toxicol 11(72):1-14.

DECLARATION OF AMY MADL, Ph.D.

Ramanakumar, A.V., M.E. Parent, B. Latreille, and J. Siemiatycki. 2008. Risk of lung cancer following exposure to carbon black, titanium dioxide and talc : Results from two case-control studies in Montreal. Int J Cancer 122:183-189.

Siemiatycki, J., L. Nadon, R. Lakhani, D. Begin, and M. Gerin. 1991. Exposure assessment. In: Siemiatycki, J., editor. Risk factors for cancer in the workplace. Boca Raton: CRC Press. Chapter 4:29-44.

Solleveld, H.A., J.K. Haseman, and E.E. McConnell. 1984. Natural history of body weight gain, survival and neoplasms in the F-344 rat JNCI 72:929-940.

Steiling, W., J.F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A.M. Bowden. 2018. Principles for the safety evaluation of cosmetic powders. Toxicol Lett 297:8-18.

Tomenson, J.A., 2021. Letter commentary on: Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights. *Occupational and Environmental Medicine*.

Thompson, C.M., M. Suh, L. Mittal, D.S. Wikoff, B. Welsh, and D.M. Proctor. 2016. Development of linear and threshold no significant risk levels for inhalation exposure to titanium dioxide using systematic review and mode of action considerations. Reg Toxicol Pharmacol 80:60-70.

Uragoda, C.G. and R.M.M. Pinto. 1972. An investigation into the health of workers in an ilmenite extracting plant. Med J Aust 59:167-169.

Warheit, D.B., and S.R. Frame. 2006. Characterization and reclassification of titanium dioxide-related pulmonary lesions. J Occup Environ Med 48:1308-1313.

Warheit, D.B., R. Kreiling, and L.S. Levy. 2016. Relevance of the rat tumor response to particle overload for human risk assessment – Update and interpretation of new data sine ILSI 2000. Toxicol 374:42-59.

DECLARATION OF AMY MADL, Ph.D.