TRENTON H. NORRIS (CA Bar No. 164781)
trent.norris@hoganlovells.com
DAVID M. BARNES (CA Bar No. 318547)
david.barnes@hoganlovells.com
ALEXANDER TABLAN (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:      415.374.2499

GREGORY G. SPERLA (CA Bar No. 278062)
Greg.Sperla@us.dlapiper.com
DLA PIPER LLP (US)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone:     916.930.3200
Facsimile:      916.930.3201

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                Plaintiff,<br><br>        v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                Defendant. | Case No.  2:23-cv-01006-TLN-JDP<br><br>**DECLARATION OF PAOLO BOFFETTA, MD, MPH IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. Troy L. Nunley<br>Date:          November 16, 2023<br>Time:          2:00 p.m.<br>Room:          2 (15th Floor)<br>Action Filed:  May 26, 2023 |

DECLARATION OF PAOLO BOFFETTA, MD, MPH,  Case No. 2:23-cv-01006-TLN-JDP

I, Dr. Paolo Boffetta, hereby declare and state the following:

1.     I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction. I have personal knowledge of the matters stated herein, and if called to do so, I could and would competently testify to each of the facts and opinions set forth below.

## A. <u>QUALIFICATIONS</u>

2.     I am a physician and epidemiologist who has focused for more than 30 years on studying risk factors of cancer.  I am currently a Full Professor in the Department of Family, Population and Preventive Medicine at the Renaissance School of Medicine at Stony Brook University in Stony Brook, NY.  In addition to being a Full Professor, I am the Associate Director for Population Sciences at the Cancer Center.  I also hold adjunct appointments at various Universities, including Harvard and Vanderbilt.  I also have worked at several academic and research organizations, including the University of Turin in Italy, Columbia University in New York City, the German Cancer Research Center in Germany, the International Agency for Research on Cancer (World Health Organization) in Lyon, France, and the Icahn School of Medicine at Mount Sinai in New York City.

3.     I obtained my MD degree at the University of Turin, Italy, and obtained my Master of Public Health degree (Epidemiology) at Columbia University in New York, NY.

4.      I have served as the course director in several cancer epidemiology courses, including Global Cancer Epidemiology at the Harvard T.H. Chan School of Public Health since 2010, Epidemiology of Cancer and Other Chronic Diseases at the Icahn School of Medicine at Mount Sinai since 2014, and Causal Inference in Medicine at the University of Bologna since 2019.

5.     In 2013, I was selected as the Chair of the 44th International Symposium of the Princess Takamatsu Cancer Research Fund in Tokyo, Japan. I have also served as the Founder and Scientific Director of the New York City Epidemiology Forum and the New York City Cancer Prevention Conference. I have chaired the American Association for Cancer Research (AACR) Molecular Epidemiology Group and the AACR Cancer Prevention Awards Committee. I am a Fellow of the European Academy of Cancer Sciences, the New York Academy of Medicine, and the Royal Society of Medicine. I am also a Founding Member and Member of the Executive Committee of the International Lung Cancer Consortium of the World Health Organization's International Agency for

DECLARATION OF PAOLO BOFFETTA, MD, MPH. Case No. 2:23-cv-01006-TLN-JDP

Research on Cancer. Additionally, I am on the editorial board of several academic journals, including Annals of Oncology, the European Journal of Clinical Investigation, and Frontiers in Oncology.

6.      I have received grant funding from the Center for Disease Control, the National Institute for Occupational Safety & Health, the National Institute of Health, and the National Institute of Environmental Health Sciences to study environmental exposure and cancer incidence. These studies include examining cancer rates in World Trade Center responders, and lung cancer biomarkers in patients from Europe, Asia, and the United States. My research has been published in international journals relating to cancer, epidemiology, and environmental health, including, for example, the International Journal of Cancer, Environmental Research, Frontiers in Public Health, and the Scandinavian Journal of Work, Environment & Health. Since 2015, I have been included in the Thomson Reuters List of the World's Most Highly Cited Researchers.

7.      I was the principal investigator of the multicenter European study on cancer risk among workers in the titanium dioxide ($TiO_2$) production industry [Boffetta et al., 2003; 2004], and of the re-analysis of exposure to $TiO_2$ and risk of lung cancer in a Montreal case-control study [Boffetta et al., 2001].[1]  A more detailed description of my experience may be found in my CV, a true and correct copy of which is attached hereto as **Exhibit A.**

B.  **SCOPE OF THE DECLARATION & SUMMARY OF OPINIONS**

8.      The purpose of this declaration is to share my opinions on whether exposure to TiO2 creates an increased risk of cancer in humans.  Those opinion are that the weight of the epidemiological evidence on the potential association between exposure to TiO2 and the risk of lung or other cancers in humans:

> a.   strongly suggests that exposure to TiO2, in any form, does not increase the risk of any cancer in humans; and

---

[1] Paolo Boffetta, Anne Soutar, Elisabete Weiderpass, et al., Karolinska Institute Department of Medical Epidemiology Stockholm Sweden, Historical Cohort Study of Workers Employed in the Titanium Dioxide Production Industry in Europe. Results of mortality follow-up. Final Report. (2003); *see also* Paolo Boffetta, Anne Soutar, John Cherrie, et al., *Mortality among workers employed in the titanium dioxide production industry in Europe,* 15 Cancer Causes Control, 697, 697–706 (2004); *see also* Paolo Boffetta, V. Gaborieau, L. Nadon, et al., *Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montreal*, 27 Scand. J. Work Environ. Health, 227, 227–232 (2001).

1         b.  certainly does not support the hypothesis that exposure to TiO2, in any form, increases

2            the risk of lung or any other cancer in humans.

3        9.    These opinions are based on my experience as principal investigator of the

4    aforementioned studies and my systematic review of epidemiological studies on this topic, including

5    but not limited to the published and peer-reviewed meta-analyses of other scholars in the field, and my

6    experience over several decades as an epidemiologist specifically studying exposures to TiO2 and

7    similar substances.

8        10.   I offer these and the other opinions in this report to a reasonable degree of scientific

9    certainty and reserve the right to supplement or amend my opinions based on any new information or

10   literature that subsequently becomes available.

11   **C.  METHODOLOGY AND BACKGROUND**

12       **A.    What is Epidemiology?**

13       11.   Epidemiology is the scientific study of the distribution and determinants of health

14   effects in human populations.  Put simply, epidemiology investigates how certain exposures may

15   correlate with certain diseases.  It measures the frequency of diseases in populations and provides

16   insights to identify and quantify possible associations between exposures and diseases in given

17   populations over time with the goal of identifying the causes of disease.

18       12.   Although the goal of epidemiology is to identify the causes of disease, individual

19   epidemiological studies do not, by themselves, establish causal relationships between exposures and

20   diseases.  Rather, individual epidemiological studies can identify *associations* between exposures and

21   diseases.   But associations are not necessarily indicative of a causal relationship.  For example, there

22   is a very strong *association* between roosters crowing and the sun coming up soon after, but the sun

23   does not come up *because* roosters crow.

24       13.   Establishing a causal relationship requires multiple studies identifying associations and

25   consideration of other factors.  In contrast, an epidemiological study that finds no association provides

26   evidence of no causal relationship between the exposure and disease being examined.

27       14.   Causality in epidemiology focuses its attention to the increase in the risk of a given

28   disease at the population level. Inference of epidemiological causality cannot identify with certainty

DECLARATION OF PAOLO BOFFETTA, MD, MPH. Case No. 2:23-cv-01006-TLN-JDP

1  what caused a disease in an individual.

2      **B.    Types of Epidemiological Studies.**

3      15.    There are several types of epidemiological study designs which all fall on a hierarchy

4  of scientific evidence.  The study designs near the top of the hierarchy provide the strongest evidence

5  of causation, while study designs near the bottom provide the weakest evidence of causation.

6      16.    **Randomized Controlled Trials.**  At the top of the hierarchy are experimental studies,

7  such as randomized controlled trials (RCTs).  In an RCT, participants are randomly assigned into either

8  an experimental group (i.e., the exposed group) or a control group (e.g., a placebo group). The

9  participants are then followed over time to see if there are any notable differences in outcomes between

10  the two groups (e.g., whether the participants in the experimental group develop any disease at rates

11  higher than the participants in the control group).[1]

12      17.    Following experimental studies are observational studies, such as cohort and case-

13  control studies.  Observational studies provide important evidence of causation and are high on the

14  hierarchy of evidence, although not as high as RCTs.  Because RCTs are often not available when

15  evaluating whether an exposure causes a disease, observational studies are often the only available

16  studies to investigate the causal relationship between exposures and diseases.

17      18.    **Cohort Studies.**  In a cohort study, a group of people (i.e., cohort) are selected from a

18  population who do not have an outcome of interest (i.e., cancer). Individuals within that group are then

19  grouped by exposure status (i.e., exposed vs. unexposed).  The two groups are then followed over time

20  and the occurrence of the outcome of interest is compared between the exposed and unexposed groups

21  over time to determine the *incidence* of the outcome.  If the outcome occurs more frequently in the

22  exposed group, the cohort study may suggest an association between the exposure and the outcome.

23      19.    **Case-Control Studies.** In a case-control study, a group of individuals who already have

24  the outcome of interest (i.e., lung cancer) are selected (i.e., the "cases") and another group of

25  individuals who do not have the outcome of interest are selected as the comparator group (i.e., the

26  "controls").  The "cases" are then compared with the "controls" to identify differences between the

27  _____

28  [1]  While generally considered the "gold standard" for inferring causality in humans, for ethical
reasons, RCTs generally are not available when evaluating causal relationships between occupational
exposures and disease.  For that reason, there were no RCTs to include in my analysis.

groups that may be associated with the development of that outcome. For example, a case-control study designed to determine the causes of lung cancer would select a group of "cases" with lung cancer and a group of "controls" without lung cancer. The investigators would then compare the characteristics between these groups to see if there were any similarities in the "cases" that might account for their lung cancer. Based on what we now know about smoking and lung cancer, one would expect such a study to reveal significantly more current or former smokers among the cases with lung cancer than the controls without lung cancer. Because of their retrospective design, case-control studies are more subject to bias compared to cohort studies, and in general provide lower-quality evidence.

20.     **Case Reports / Case Series.** At the bottom of the hierarchy of evidence are case reports and case series. Case reports are simply detailed narratives, usually prepared by clinicians, that report on observed clinical outcomes (e.g., cancer) in individual patients. A case series is simply a collection of similar case reports. Case reports and case series are considered anecdotal evidence at the bottom of the hierarchy of evidence. While they are useful for generating hypotheses for further investigation, they are not particularly useful for drawing conclusions about causation. For that reason, I did not consider case reports or case series in my analysis.

21.     **Meta-Analyses.** Meta-analyses combine results from multiple studies on a particular issue to provide a quantitative overview of the available evidence. Meta-analyses can provide very useful information regarding the issue being studied because they provide insights into trends in the overall data.

### i.     *Measures of Association*

22.     There are several ways that studies can measure the association between an exposure and disease.

a.  **Relative Risk (RR)** is a measure of the reported association between an exposure and a particular outcome of interest in a particular epidemiological study (usually cohort studies). It reflects the likelihood of an occurrence (the risk) of a particular outcome (e.g., the disease) in an exposed population when compared to an unexposed population.

b.  **Odds Ratio (OR)** is a measure of the odds of a disease in the group that was exposed to the odds of the disease in the group that was not exposed. Generally, cohort studies

DECLARATION OF PAOLO BOFFETTA, MD, MPH. Case No. 2:23-cv-01006-TLN-JDP

measure Relative Risk whereas case-control studies measure Odds Ratios, but they are subject to similar interpretation.

c. **Standard Mortality Ratio (SMR)** is a measure of an association between a certain exposure and death (or mortality). The Standard Mortality Ratio is the ratio between the observed number of deaths in a study population and the number of deaths that would be expected in a reference (unexposed) population. Commonly used reference population and those of the country as a whole or as part of it, e.g., the State in which the cohort is located. Standard Mortality Ratio provides insight into how the background rate of an outcome (i.e., mortality) compares to the observed rate of that outcome in the population being studied.

23. A Relative Risk, Odds Ratio, or Standard Mortality Rate:

a. **Equal to 1.0** indicates that the exposed group is **just as likely** as the unexposed group to experience the outcome being studied as the unexposed group, indicating no association between the exposure and the outcome;

b. **Greater than 1.0** indicates the exposed group is **more likely** than the unexposed group to experience the outcome in question; and

c. **Less than 1.0** indicates the exposed group is **less likely** than the unexposed group to develop the outcome in question.

24. An epidemiological study typically quantifies the precision of its estimated risk by calculating a Confidence Interval (often referred to as the "CI"), i.e., the margin of error. A Confidence Interval is the estimated range of values where a particular estimate of risk will fall if the study is repeated with a certain level of confidence. For example, a Relative Risk, Odds Ratio, or Standard Mortality Ratio of 3.0 with a 95% CI of 2.0–4.0 would indicate that the exposed group is three times more likely to experience the outcome under study than the unexposed group and that if the study were repeated, the RR, OR, or SMR would fall between 2.0 and 4.0 ninety-five percent of the time.

25. A Confidence Interval not only reflects the precision of the estimated risk, but its stability as well. While a narrow Confidence Interval (e.g., RR 3.0 with a 95% CI of 2.5 – 3.5) may indicate a stable risk estimate, a wide Confidence Interval (e.g., RR 3.0; 95% CI 2.5 – 22.5) indicates

an *un*stable – and therefore less reliable – risk estimate.

26.    An estimated risk is said to be "statistically significant" if its Confidence Interval **does not** include 1.0 (e.g., RR 2.5; CI 1.2–3.6).  Conversely, an estimated risk is not statistically significant if its Confidence Interval **does** include 1.0 (e.g., RR 2.5; CI 0.3 – 3.3). This makes sense because, as described above, a Relative Risk, Odds Ratio, or SMR of 1.0 indicates no association.  Statistically significant results are considered more likely to be reliable and not due to chance (although chance cannot be completely ruled out) and are considered more informative than results that are not statistically significant.

27.    Like a confidence interval, a p-value (the "probability" value) measures the probability of observing a difference in disease occurrence between the exposed and unexposed groups by chance alone where it is assumed that there is no true difference.  In other words, the p-value provides how likely it is that the difference in disease occurrence between the exposed and unexposed group occurred by random chance as opposed to a true difference.  For example, a p-value $< 0.05$ indicates there is less than a 5% probability that the difference observed was the result of random chance.  A reported result that has a p-value less than 0.05 is considered statistically significant. In contrast, a reported result that has a p-value greater than 0.05 is considered not statistically significant.

### ii.    *Evaluating Causation.*

28.    Just because studies find an association between an exposure and an outcome does not mean the exposure *caused* the outcome. Conclusions regarding causation can only be drawn after analysis of all the relevant literature and consideration of certain predetermined causal criteria.  Perhaps the most well-known criteria used by epidemiologists in assessing causation were developed by the British Medical Statistician, Sir Austin Bradford Hill.

29.    However, application of the Hill criteria *presumes* "an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance."[2] Absent studies that find "clear-cut" associations between an exposure and an outcome, application of the Hill criteria – and therefore any consideration about a causal conclusion – is not appropriate.

---

[2] A.B. Hill, *The Environment and Disease: Association or Causation?* Proceedings of the Royal Society of Medicine (1965) ("Hill 1965").

30.     So, even if epidemiological studies find an association between an exposure and an outcome, application of causal criteria, such as the Hill criteria, is still required to determine whether the association is causal.  The most important of those criteria include:

Strength of association.  The higher the risk estimate, the stronger the association.  That is because higher RRs, ORs and SMRs are *generally* less likely to be the result of bias, confounding, or chance (but again, chance cannot be ruled out).  Strong associations (risk estimates > 3.0) more strongly suggest a causal relationship, while it is more difficult to reach conclusions about causation based on weaker associations (risk estimates < 2.0).  As noted in Hill's seminal publication on determining whether an association is causal, the association between smoking and lung cancer is strong because the death rate from lung cancer in cigarette smokers is 9-10 times greater than the rate in non-smokers and the death rate in *heavy* smokers is 20-30 times greater than in non-smokers.[3]

Consistency.  When different studies repeatedly observe similar results, a causal association is more likely.  The likelihood of a causal relationship is greatly increased if studies in different populations using different study designs observe similar findings.  The more consistent the results of studies, the less likely the results are due to confounding, bias, or chance.  For example, as far back as 1965, the association between smoking and lung cancer was considered *consistent* because 36 different studies observed a strong association between smoking and lung cancer.

Temporality.  Temporality considers whether the exposure preceded the outcome.  Indeed, for an exposure to have caused a disease, the exposure *must have* preceded the disease.  The converse, however, is not necessarily true. The fact that an individual develops a disease after an exposure does not mean the exposure *caused* the disease.  Duration of exposure, time since first exposure (latency), and time since last exposure (recency) all can inform conclusions as to whether an

_____

[3] Hill 1965.

exposure caused a disease.  For example, solid tumor cancers generally take years, if not decades, to develop.  For that reason, if an individual is diagnosed with lung cancer just days after his first cigarette, smoking should be ruled out as the *cause* because the timing of the exposure (temporality) is inconsistent with the latency of lung cancer.

Biological Gradient (or Dose-Response effect). An association is more likely to be causal when studies reveal higher exposures carry greater risks.  For example, if a study finds Relative Risks of 1.5 for a dose of 1 mg, 2.5 for a dose of 2mg, and 3.5 for a dose of 3mg, the study would be said to have found a dose-response relationship between exposure and risk.  If the risk of disease increases with increasing exposure, a causal interpretation becomes more plausible.  The presence of dose-risk and duration-risk gradients therefore provide stronger evidence of a causal association. The studies of smoking and lung cancer provide a good example.  As previously noted, those studies generally demonstrate that the death rate from lung cancer in cigarette smokers is 9-10 times greater than the rate in non-smokers, but that the death rate from lung cancer in *heavy* smokers (i.e., higher exposure) is 20-30 times greater than the rate in non-smokers.[4]

31.     The other criteria identified by Hill, though not as important as those identified above, are still useful when attempting to draw causal conclusions:

Specificity.  Specificity considers whether an exposure leads to a single effect.  This criterion, however, should not be overemphasized.  While a finding of specificity can help bolster conclusions regarding a causal association, a lack of specificity does not refute such an effect.  For example, while studies consistently show strong associations between smoking and lung cancer, studies also find consistent associations between smoking and several other negative health outcomes.

---

[4] Hill 1965.

Plausibility.  Plausibility considers whether the association agrees with the current understanding of science.  When the biological pathway by which an exposure can cause a disease is understood, an association is more likely to be causal.  If the biological pathway is not understood, it is less likely that the association is causal, and other possible reasons for the association should be considered (i.e., confounding, bias, and chance).

Coherence.  Coherence considers whether the cause-and-effect interpretation of the data conflicts with what is generally known about the biology and history of the disease in question.  For example, an increase in the incidence of lung cancer in men but not women at a time when men smoked far more than women provides an example of coherence and strengthens the likelihood that the association between smoking and lung cancer is causal.

Experiment.  Do experimental studies, where alteration of exposures resulted in an alteration of disease presentation, support the association?

Analogy. Analogy asks whether the observed association is analogous to other established cause-and-effect relationships.

32.    The more of these criteria that are satisfied, the more likely an association is to be causal.

**iii.  The Role of Confounding, Bias, and Chance.**

33.    Even when an epidemiological study finds an association, the roles of chance, bias, and confounding must be thoroughly assessed before an inference of causality can be made.

34.    Chance will always have some effect on data, including epidemiological data.  To address this, p-values and Confidence Interval (CI) are measured to determine whether an association is more likely to be a true association than due to random error or chance.  Typically, the smaller the study population, the wider the confidence interval and the greater the likelihood an association is the result of chance.

35.    Bias, or systematic error, in the design, conduct, or analysis of a study may lead to flawed estimates of the underlying association between an exposure and a disease.  In other words, bias in a study may mask the existence of a true association or reveal one that does not truly exist.  Selection

-10-

bias involves systematic differences in the exposure under study between those who are selected for inclusion in the study and those who are not. Information bias involves systematic differences in the measure of subjects' exposure between the groups being compared. Studies that take greater care to eliminate bias are generally regarded as higher quality, and their results more reliable.

36.     Confounding refers to external variables that have a distorting effect on the outcome. Confounding occurs when the effect of an exposure being studied is distorted by the effect of another variable that is not the one being studied.  Confounders can be known or unknown.  Only after potential confounding variables have been identified and validly accounted for can confounding be assessed and, accordingly, considered in the statistical analysis. Confounding is of particular concern in studies of occupational agents, since workers are often exposed to multiple agents, any of which could potentially increase the worker's risk of a particular disease.

37.     Although chance, bias, and confounding cannot be eliminated, well-designed studies should take adequate steps to reduce their impact as much as possible.

**C.     Review Of Epidemiological Data Concerning TiO2 Exposure**

38.     I began my analysis of whether exposure to TiO2 increases the risk of cancer by identifying relevant studies. I did this by searching the PubMed database, which includes more than 22 million citations from the biomedical literature. My search identified 11 relevant reports based on different analyses of four study populations, 4 letters to the editor and their replies, and 4 reviews and meta-analyses. I then reviewed these reports, letters, reviews, and meta-analyses.

39.     The published literature contained studies of exposure to TiO2 in two circumstances: (i) employees exposed to TiO2 during its production; and (ii) employees exposed to TiO2 as a result of it being used in the workplace or self-reported exposure to TiO2.

40.     The only forms of cancer I reviewed in detail are lung cancer, because of suggestive evidence from animal studies, and bladder cancer, because of a non-significant association reported in an early study (see below). Results for other cancers were reported from cohort studies of TiO2-exposed workers, but none of these studies reported associations with any other cancers, nor is there any evidence suggesting such associations might exist.  For that reason, I focused my analysis on studies reporting on the incidence of and mortality from lung and bladder cancer.

-11-

Descriptive epidemiology & risk factors for lung cancer

41.     Lung cancer was a rare disease until the beginning of the twentieth century. Since then, its occurrence has increased rapidly, it has become the most common malignant neoplasm among men in most countries, and it represents the most frequent cause of cancer death worldwide.  Lung cancer is the second most common cancer in both men (after prostate cancer) and women (after breast cancer). In 2020 there were an estimated 1,436,000 new cases of lung cancer worldwide, and lung cancer accounted for 1,189,000 deaths each year among men. During that same period, there were 771,000 new cases and 607,000 deaths among women [Ferlay et al., 2020].

42.     228,000 new lung cancer cases were reported in the U.S. in 2020. 116,000 (51%) of those were reported in men and 112,000 (49%) in women.  Lung cancer is the most common cause of cancer death in both men and women.  In 2020, a total of 138,000 lung cancer deaths were reported in the U.S., including 73,000 deaths in men and 65,000 in women. The annual number of lung cancer deaths is comparable to the annual number of deaths from the next three most common cancers combined (colorectal, pancreatic, and breast cancers).  Moreover, survival from lung cancer is poor (5-10% at five years).

43.     Tobacco use (i.e., smoking) is by far the largest contributor to lung cancer incidence. An increase in tobacco consumption is paralleled some decades later by an increase in the incidence of lung cancer; similarly, a decrease in tobacco consumption is followed by a decrease in lung cancer incidence.

44.     There are many known risk factors for lung cancer, which have been identified using cohort and case-control studies. The most common risk factors include involuntary exposure to tobacco smoke, exposure to ionizing radiation and radon, exposure to several occupational agents, non-neoplastic lung disease such as tuberculosis, and air pollution. Smokers have a ten-fold higher (or more) risk of developing lung cancer relative to people who never smoked [Thun et al., 2013]. Atomic bomb survivors and patients treated with radiotherapy for ankylosing spondylitis or breast cancer are at moderately increased risk of lung cancer. Underground miners exposed to radioactive radon and its decay products, which emit α-particles, have been consistently found to be at an increased risk of lung cancer [IARC 2001]. Overall, occupational agents are responsible for an estimated 10% of lung cancers

in industrialized countries [Boffetta et al., 2010].

45.     Familial and genetic factors also play a role.  A positive familial history of lung cancer has been found to be a risk factor in several studies. In a large analysis of 24 studies, the Relative Risk for any first-degree relative with lung cancer was 1.51 (95% CI 1.39-1.63), but it was higher (RR 1.82; 95% CI 1.62-2.05) for history of a sibling with lung cancer [Coté et al., 2012].

46.     Several other studies have identified agents that may have an impact on lung cancer risk, but no final evidence is available for them. For example, there is limited evidence that a diet rich in vegetables and fruits may exert a protective effect against lung cancer [WCRF/AICR, 2017].  There also is some evidence of an increase in the risk of lung cancer from heavy alcohol drinking, independent from tobacco smoking [Boffetta & Hashibe, 2006], and there is some evidence of an association between Body Mass Index and lung cancer risk [WCRF/AICR, 2017], but the evidence of those associations is inadequate to reach any conclusions.

Descriptive epidemiology & risk factors for bladder cancer

47.     Bladder cancer is the fourth most common cancer in men, after prostate, lung, and colorectal cancer, and is the 11th most common cancer in women.  A total of 74,000 new cases of bladder cancer were estimated to occur in the U.S. in 2015, of which approximately 75% were estimated in men and 25% in women.[5]  The estimated number of deaths from bladder cancer in the U.S. in 2015 was 16,000.  In 2012, there were an estimated 577,403 people living with bladder cancer in the U.S. Incidence rates were higher in non-Hispanic Whites than in Blacks, Hispanics, or any other minority groups.

48.     The incidence of and mortality from bladder cancer is very low before age 40 but increases exponentially with age.

49.     The most important risk factor for bladder cancer is tobacco smoking.  Other important risk factors include certain occupational exposures such as exposure to aromatic amines and the presence of arsenic in drinking water.

50.     Suspected causes of bladder cancer include water chlorination by-products, aristolochic acid (a toxin produced by certain herbs of the *Aristolochia* genus), chronic bladder irritation and

---

[5] http://seer.cancer.gov/statfacts/html/urinb.html

infections, phenacetin-containing medications, use of hair dyes, diabetes, history of chemotherapy, radiation therapy, and bladder or other urothelial cancer.

51.     Notably, no scientific or medical organization has identified TiO2 exposure as a risk factor for lung, bladder, or any other cancer in humans.

<u>Studies of TiO2 Exposure</u>

52.     Several well-designed studies have analyzed the effect of TiO2 exposure on production facility workers in various countries.  None has presented results supporting a finding that TiO2 causes cancer in humans.

53.     There are 12 published articles examining the possible association between TiO2 exposure and lung cancer. They report different analyses based on four study populations: a European multi-plant cohort, a U.S. DuPont cohort, a U.S. multi-plant cohort, and a series of case-control studies from Montreal. Of those, 10 show *no* statistically significant association.  One study found a weak, but statistically significant association in men, but those results likely were the result of using an inappropriate reference population and other bias and confounding factors.  The other study failed to find a significant association in the main analysis but did find a statistically significant association in the highest exposed group although that result was based on very small numbers.

54.     Two studies by the same author (*Guseva Canu*) appear to have been specifically designed with the goal of raising questions regarding the lack of any evidence of an association between TiO2 exposure and cancer.  Neither was an independent study.  Rather, both reanalyzed subsets of data from the larger European Cohort Study.  The authors do not explain their decision to reanalyze only subsets of the larger European cohort in their studies.

55.     The authors' first study was limited to an analysis of only the French cohort from the much larger European Cohort Study (see below).  This is particularly notable given the impact smaller data sets have on the reliability of results.  Indeed, the only statistically significant risk estimate the authors found in this study was in a sub-analysis and based on an extremely low number of observed cancer deaths (n=4), and so the confidence interval (i.e., reliability of the risk estimate) was extremely wide.

56.     The authors' second study excluded the Norwegian and German cohorts from their

-14-

analysis.  Moreover, the second study did not appear designed to determine whether exposure to TiO2 increased the risk of lung cancer.  Instead, the authors created a model using numerous assumptions to try and prove that healthy worker survivor bias (HWSB) might explain the lack of any epidemiological evidence of an increased risk of cancer from TiO2 exposure in humans.

57.     Considering the totality of the evidence, it can be said with a reasonable degree of scientific certainty that the weight of the existing literature shows that exposure to TiO2 in any form does not cause cancer in humans, and certainly does not support a conclusion that there is a causal association between TiO2 exposure and the development of lung cancer. My review of the literature is below.

*European multi-plant cohort*

**Boffetta 2004**[6]

58.     In 2004, I co-authored a mortality follow-up study of 15,017 TiO2 production workers (95% male) first employed before 1990 and employed for more than a year in one of eleven (11) plants in six European countries (Finland, France, Germany, Italy, Norway, and the United Kingdom). The objective of the study was to assess the risk of lung cancer mortality related to occupational exposure to TiO2.  Country-specific Standardized Mortality Ratios were calculated using national mortality rates and pooled across countries. Results for women were based on a small number of deaths with no evidence of an exposure effect. Among men, the Standardized Mortality Ratio for all cancers was 0.98 (95%CI: 0.91-1.05), for lung cancer was 1.23 (95% CI: 1.10-1.38), and for bladder cancer was 0.67 (95% CI 0.39-1.04).

59.     Although the SMR of lung cancer in men was statistically significantly increased, mortality from lung cancer did not increase with duration of employment or estimated cumulative exposure to TiO2 dust.  In other words, this study did not find a dose-response effect from exposure to TiO2.  The lack of a dose-response effect suggests the 23% increase in lung cancer mortality – which is a weak association – may be explained by a combination of factors other than exposure to TiO2, including confounding by other occupational exposures or other non-occupational factors (e.g., the possible higher rate of smoking among workers than people in the general population).  Additionally,

---

[6] Boffetta 2004, *supra* note 1.

1   it appears that using regional lung cancer mortality rates as a reference, which were higher than the

2   national rates used in eight of the ten locations where the factories were located and would have resulted

3   in a lower SMR, may have been a more appropriate reference population.  Overall, it is unlikely that

4   the increased SMR of lung cancer in men reflects a carcinogenic effect of TiO2 dust exposure.

5        60.    No results on bladder cancer were reported among women. Smoking information was

6   available for 37% of the cohort, and the prevalence of smoking in the cohort appeared to be higher

7   than, or comparable to, that in the respective national population except for one country. Confounding

8   by smoking or occupational exposures outside the TiO2 industry might explain the small increase in

9   lung cancer mortality observed in the comparison with the external population, but this is not supported

10  by the internal dose-response analysis. In other words, the true rate of smoking was unlikely to skew

11  the analysis because even among study participants that reported smoking, there was no significant

12  relationship between the amount of TiO2 exposure and cancer rates.

13       61.    Overall, the results of this study do not support the hypothesis that exposure to TiO2 is

14  a cause of lung or other cancers.

15  *Reanalyses of European multi-plant cohort data*

16  **Guseva Canu 2020**[7]

17       62.    Guseva Canu et al. re-analyzed the data for only the 833 French workers of the total

18  15,017 workers included in the European cohort. As a result, the authors based their analysis of lung

19  cancer on the small number of observed lung cancer deaths in the French cohort (n=14) as opposed to

20  the significantly more robust number of lung cancer deaths observed in the full European cohort

21  (n=307.6).

22       63.    The overall Relative Risk of lung cancer in Canu's analysis for those exposed to TiO2

23  was 3.77 (95% CI 0.79-17.95). While the relative risk was elevated, it was not statistically significant,

24  and the wide confidence interval indicates a lack of stability and greater uncertainty regarding the

25  estimated risk.

26       64.    These authors reported no association of lung cancer rates with *cumulative* exposure to

27

28  [7] Irina Guseva Canu, Alan Gaillen-Guedy, Pascal Wild, et al., *Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights*, 77 J. Occup. Environ. Med, 795, 795–797 (2020).

-16-

TiO2, but a statistically significant increased risk for *average* exposure above 2.4 mg/m$^3$ [HR 27.33 (95% CI = 4.35 – 171.84)] though not for lower exposure.[8]  That result, however, was based on a very small number of observed lung cancer deaths (n=4), which explains the extremely wide confidence interval (4.35 – 171.84) around the estimated risk for average exposure above 2.4 mg/m$^3$.  Because of the small number of observed lung cancer deaths and the wide confidence interval, the resulting estimate – though statistically significant – is extremely unstable.  Just one additional lung cancer death in the reference group or one fewer in the cohort would almost certainly have a dramatic impact on the result. No results were reported for any specific duration of exposure.

65.     The results in Guseva Canu et al. showing no statistically significant increase in cancer risk associated with cumulative exposure to TiO2 exposure are broadly consistent with those reported in the analysis of the full European study.[9]  Even Guseva Canu et al. acknowledged the lack of epidemiological evidence (i.e., human studies) supporting the hypothesis that TiO2 exposure causes cancer.

**Guseva Canu 2022**[10]

66.     Guseva Canu et al. later used a subset of data from the European Cohort Study on lung cancer mortality (N=139) among 7,341 male workers from Finland, France, UK, and Italy who were included in the European cohort by Boffetta et al 2004. Again, the authors did not explain why the Norwegian and German cohorts were excluded from this analysis.

67.     The main purpose of the analysis was to determine whether healthy worker survivor bias (HWSB) might have impacted previous epidemiological studies on exposure to TiO2.  HWSB is a particular bias that can, in some instances, impact the reliability of epidemiological studies. Here, Guseva Canu et al. appear to hypothesize that the cohort population (i.e., the population of workers) is healthier than individuals in the reference population used (i.e., the general population) because *un*healthy individuals generally are not likely to working, especially in the TiO2 industry.

---

[8] The measure of mg/m$^3$ means milligrams of TiO2 per cubic meter of air inhaled.

[9] Guseva Canu, *supra* note 18*; see also* Paolo 2003, *supra* note 1.

[10] *Id; see also* Irina Guseva Canu, Alan Gaillen-Guedy, Ahti Antilla, et al., *Lung cancer mortality in the European cohort of titanium dioxide workers: a reanalysis of the exposure-response relationship*, 79 J. Occup. Environ. Med., 637, 637–640 (2022).

68.     While HWSB may impact the results of other outcomes, the hypothesis that it impacted cohort studies of whether exposure to TiO2 causes cancer does not make sense for at least two reasons. *First*, even if TiO2 workers are healthier than the general population, there is no reason to think HWSB would impact studies of lung or bladder cancer.  *Second,* if exposure to TiO2 causes cancer, there is simply no reason to believe "healthy" factory workers, who are exposed to TiO2 more than the reference population, are somehow at *less* risk of lung cancer simply because they are otherwise "healthy."

69.     Moreover, as discussed above, smoking is by far the most significant risk factor for both lung and bladder cancer. The authors of this study, however, failed to adequately adjust for tobacco smoking, and so the study is not well designed.

70.     Nevertheless, the authors did not find an increased risk of lung cancer death associated with lagged cumulative exposure to TiO2 (OR 1.03 (95% CI 0.99-1.07)). The authors then used a g-estimation model approach to determine the estimated number of lung cancer deaths at three *hypothetical* exposures set at 2.4, 0.3 and 0 mg/m$^3$ for 25 and 35 years. They estimated the number of lung cancer deaths expected in the cohort at age 70 after 35-year exposure using, based on the assumptions of the g-estimation model, as (1) 293 for exposure set at 2.4 mg/m$^3$, (2) 235 for exposure set at 0.3 mg/m$^3$, and (3) 211 for exposure set at 0 mg/m$^3$. Given that this analysis was a model created by the authors that was based on several assumptions, it is not particularly useful in reaching conclusions on whether exposure to TiO2 can cause cancer in humans.

71.     Guseva Canu's two analyses of only part of the data from the European multicenter study do not contradict the results and conclusion of the original study and do not support the hypothesis that exposure to TiO2 is a cause of lung or any other cancer.

### *U.S. DuPont cohort*

**Chen and Fayerweather 1988**

72.     [Chen and Fayerweather 1988] examined mortality and cancer incidence in a cohort of 1,576 male workers exposed to TiO2 who were employed for at least a year before 1984 at two DuPont TiO2 production plants in the U.S.  Workers were followed from 1935 to 1983 for mortality, and between 1956 and 1985 for cancer.  The study found that the observed rate of lung cancer deaths in the

study population was significantly **lower** than the expected lung cancer mortality rate in the U.S. (SMR = 0.52; 95% CI: 0.24-0.99). The authors concluded: (1) Their "cohort analyses suggested that the risks of developing lung cancer and other fatal respiratory diseases were no higher for TiO2-exposed employees than for the rest of the DuPont Company or for the overall U.S. white population. In fact, statistically significant deficits of lung cancer deaths were observed for this cohort based on the general population"; and (2) "Nested case-control analyses found no significant associations between TiO2 exposure and risk of lung cancer…." I concur with these conclusions.

**Fayerweather 1992**[11]

73.     [Fayerweather 1992] was a reanalysis of the [Chen and Fayerweather 1988] data. The authors performed a nested case-control analysis of lung cancer on a subgroup of the study cohort in 1992. The analysis included 901 workers not exposed to TiO2 and found no association between TiO2 exposure and risk of lung cancer. A second analysis restricted to the largest plant, which included available data on cigarette smoking, also did not find an association between exposure to TiO2 and lung cancer.

**Ellis 2010N**

74.     [Ellis 2010] examined mortality among 5,054 workers between ages 31 to 60 employed at three TiO2 plants in the U.S, including the two plants included in the analyses above, with an average length of follow-up of 29 years. Fewer lung cancer deaths were observed in the study population compared to the U.S. general population, although the difference was not statistically significant (SMR = 0.90; 95% CI: 0.75-1.05) ("With lung, the target organ of interest, no increases in malignant or nonmalignant respiratory disease were observed"). The authors also noted that "[t]he results are comparable with other titanium dioxide cohort studies." I agree with the conclusions of the authors.

**Ellis 2013**[12]

75.     [Ellis 2013] was a follow-up study of workers at the same three TiO2 production facilities and examined the exposure–response relationship between cumulative exposure to TiO2 and

---

[11] W.E. Fayerweather, M.E. Karns, P.G. Gilby, et al., *Epidemiologic study of lung cancer mortality in workers exposed to titanium tetrachloride*, 34 J Occup. Med., 164, 164–169 (1992).

[12] Elizabeth Ellis, Janice Watkins, William Tankersley, et al., *Occupational exposure and mortality among workers at three titanium dioxide plants*, 56 Am. J. Ind. Med., 282, 282–291 (2013).

TiCl4, and mortality. The study expanded the Standardized Mortality Ratio analysis using company-wide mortality rates as the reference. Workers employed for at least 6 months and exposed to TiO2 or TiCl4 (N=3607, 88% male, 87% white) were followed through 2006. When comparing the observed mortality rates of the exposed workers with the U.S. mortality rates, the authors observed fewer deaths from (1) all causes (SMR 0.84 (95% CI: 0.78-0.90); all cancers (SMR 0.93 (95% CI: 0.82-1.06); and (3) lung cancer (SMR 0.98 (95% CI 0.78-1.21). No results were reported for bladder cancer. The authors concluded that "the results of this study are consistent with those of other studies of TiO2. There is no indication of a positive association between occupational exposure to TiO2 … and death from all causes, all cancer, non-malignant respiratory disease or all heart disease." I concur with the authors' conclusions.

76.     While each of these industry studies had limitations, none support the hypothesis that exposure to TiO2 is a cause of lung or other cancers. On the contrary, most of the reported results support the conclusion that exposure to TiO2 **does not** cause cancer.

### *U.S. multi-plant cohort*

**Fryzek 2003**[13]

77.     Fryzek et al. conducted a retrospective cohort mortality study of 424 workers (90% male, 58% white, and 20% unknown race) employed for more than 6 months after January 1, 1960 at four TiO2 production facilities in the United States and followed the workers through December 31, 2000. The authors used mortality rates from the states where the plants were located as references. The Standardized Mortality Ratio for all cancers was 0.8 (95% CI: 0.7-1.0), for lung cancer was 1.0 (95% CI: 0.8-1.3), and for urinary tract cancer, which comprises mainly bladder cancer, was 0.4 (95% CI 0.1-1.3). Results were similar among workers with the highest TiO2 exposure jobs. The authors concluded that "[t]he data indicate that workers at the United States plants have not experienced risks of lung cancer or other significant adverse health effects as a result of their occupational exposure to TiO2." I agree with these conclusions.

### Community-based studies

---

[13] Jon Fryzek, Bandana Chadda, Donald Marano, et al., *A cohort mortality study among titanium dioxide manufacturing workers in the United States,* 45 J Occup. Environ. Med., 400, 400–409 (2003).

78.     This section discusses community-based studies.  As with the cohort studies discussed above, none of the community studies support the hypothesis that TiO2 exposure causes cancer in humans.

*Case-control studies from Montreal*

**Siemiatycki 1991**[14]

79.     Siemiatycki conducted a hypothesis-generating case-control study in Montreal that included 3,726 male cases with 20 different types of cancer (including 857 lung cancer cases) and 533 population-based controls. No excess lung cancers were observed for any exposure to TiO2 (RR 1.0; 90% CI, 0.7–1.5; 38 cases) or for cancer at several other sites, although an increased risk of urinary bladder cancer cases was observed (RR 1.7; 90% CI, 1.1–2.6).  The authors use of a 90% confidence interval is somewhat unusual, as it is standard practice in epidemiology to use a 95% confidence interval.  Indeed, the same author of this study is the lead author of the study below and there, he used a 95% confidence interval.

**Siemiatycki 1994**[15]

80.     Additional results on bladder cancer based on this case-control study were reported by Siemiatycki et al. in 1994.  The analysis included 484 cases of bladder cancer and 2,412 controls. The corresponding fully adjusted Odds Ratio for non-substantial exposure were 1.3 (95% CI 0.8-2.2) and for substantial exposure was 1.8 (95% CI 0.4-7.6). The Odds Ratio was higher for medium/high exposure concentration than for low concentration but was higher for 1-10 years of exposure than it was for exposures greater than 10 years.

**Boffetta 2001**[16]

81.     I also was the lead author of an analysis of the case-control study described above, that assessed the risk of lung cancer from TiO2 exposure. The study included 857 cases of lung cancer and 1,066 controls. The adjusted Odds Ratio was 0.9 (95% CI: 0.5–1.5; 33 cases) for ever exposure to TiO2 and was 1.0 (95% CI: 0.3–2.7; eight cases) for "substantial" exposure. Based on this study, my

---

[14] Jack Siemiatycki, Risk Factors for Cancer in the Workplace (Jack Siemiatycki, 1991).

[15] Jack Siemiatycki, R. Dewar, L. Nadon, et al.., *Occupational risk factors for bladder cancer: results from a case-control study in Montreal, Quebec, Canada*, 140 Am. J. Epi. 1061, 1061–1080 (1994).

[16] Boffetta 2001, *supra* note 1.

colleagues and I concluded that "occupational exposure to titanium dioxide is probably not associated with a substantial increase in lung cancer risk."

**Ramanakumar 2008**[17]

82.    Ramanakumar et al. combined the case-control study described above with another study of similar design conducted in Montreal during 1996-2001. The combined study population consisted of 2093 lung cancer cases and 3394 controls. The adjusted Odds Ratio for ever-exposure to TiO2 was 1.0 (95% CI: 0.6–1.7; 76 cases) and for substantial exposure was 1.2 (95% CI: 0.4–3.6; eight cases).  The authors concluded that "workers in our study base with occupational exposure to carbon black, **titanium dioxide**, industrial talc and cosmetic talc did not experience any excess risk of lung cancer.  These findings are consistent with the evaluations of the IARC working group that reviewed these substances." I concur with the conclusions of the authors.

83.    Overall, the results of these case-control studies do not support the hypothesis that exposure to TiO2 in any form is a cause of lung, bladder, or any other cancer.

<u>Previous reviews</u>

84.    There have been several previous reviews of the data regarding the carcinogenicity (or lack thereof) for TiO2. These are discussed below. None of these reviews supports a finding that any form of TiO2 causes cancer in humans.

*<u>IARC, 2010b</u>*

85.    IARC reviewed the data on carcinogenicity of TiO2 within its Monographs program in 2006.[18]  The IARC Monographs consist of an expert evaluation of available studies from epidemiology and toxicology, without meta-analysis. The conclusion from that Monograph was that the epidemiology data was inadequate to conclude that exposure to TiO2 causes cancer in humans. This is the standard language used by IARC when the evidence is not even suggestive of an association between an agent and cancer.

---

[17] Agnihotram Ramanakumar, Marie-Elise Parent, Benoit Latreille, et al., *Risk of lung cancer following exposure to carbon black, titanium dioxide and talc: results from two case-control studies in Montreal,* 122 Int. J. Cancer, 183, 183–189 (2008).
[18] International Agency for Research on Cancer, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93, Carbon Black, Titanium Dioxide, and Talc (2010).

<u>*Le et al., 2018*</u>

86.     Le et al. conducted a systematic review and meta-analysis of studies on lung cancer risk among workers exposed to TiO2.[19] Their review included all the studies included in section 6 of this declaration, which were published before 2017. They performed a meta-analysis of results on lung cancer mortality of non-overlapping cohort studies, using a random-effects model. Case-control studies were not included in the meta-analysis. The summary Standardized Mortality Ratio was 1.10 (95% CI 0.91-1.32).

87.     The meta-analysis of the dose-response results showed no association between cumulative TiO2 exposure and lung cancer mortality (RR for a 1 mg/m3 year increase in cumulative exposure was 0.999 (95% CI 0.997-1.002). The result of this meta-analysis is similar to that I conducted and reported below, which found a Relative Risk of 1.04 (95% CI 0.87-1.28, p-value of test of heterogeneity 0.045; Figure 2).

<u>*Guseva Canu et al., 2020*</u>

88.     Guseva Canu et al. reviewed essentially the same body of literature Le et al. used in their meta-analysis, but these authors did not perform their own meta-analysis of the underlying data.[20] The review ignored community-based case-control studies and emphasized the limitations of available cohort studies. They also over-emphasized the positive associations identified in some subgroups analyses even though the original authors often cautioned overreliance on those results.[21]  The authors concluded that "updated retrospective and new prospective epidemiological studies with well-characterized TiO2 exposure data are necessary to strengthen the evidence."  This conclusion is at odds with those of the other reviews of the literature on TiO2 exposure and it is not supported by the available evidence.

---

[19] Hien Le, John Tomenson, David Warheit, et al., *A review and meta-analysis of occupational titanium dioxide exposure and lung cancer mortality*, 60 J. Occup. Environ. Med., e356, e356–e367 (2018).

[20] *Id.; see also* Irina Guseva Canu, Sandrine Fraize-Frontier, Cecile Michel, et al., *Weight of epidemiological evidence for titanium dioxide risk assessment: current state and further needs*, 30 J. Exp. Sci. Environ. Epidemiol, 430, 430–435 (2020).

[21] Elizabeth Ellis, Janice Watkins, William Tankersley, et al., *Occupational exposure and mortality among workers at three titanium dioxide plants*, 56 Am. J. Ind. Med., 282, 282–291 (2013); *see also* Fryzek, *supra* note 16; *see also* Boffetta 2004, *supra* note 1.

*Hansa et al., 2023*

89.     Hansa at al. performed a systematic review of studies on cancer risk among TiO2 exposed workers but did not perform a meta-analysis.[22] Their review included the same studies discussed in sections 6 and 7 of this report, with the exception of the paper by Siemiatycki.[23] The authors concluded that the association between occupational TiO2 exposure and cancer was unclear.

**D.     My Meta-analysis Of All the Above Data**

90.     Meta-analysis is an approach to combine the results of separate studies. In general, large studies are weighed more in a meta-analysis than smaller studies. Since the studies included in a meta-analysis have been conducted independently, some degree of heterogeneity in results is expected. The statistical approach that has been developed to overcome this limitation is the use of so-called random-effects models, which take into account the heterogeneity of results.

91.     I performed a meta-analysis of the available data on lung and bladder cancer, and the results of that analysis are described below.

92.     The forest plots of this meta-analysis show that the Relative Risk of individual studies fluctuate below and above the null value of 1.0 (vertical black line). The most important result, however, is the summary Relative Risk, indicated with a diamond: in both cases the summary Relative Risk (vertical corners and red dotted line) are close to the null value of 1.0, and the confidence interval of summary estimate (the values between the horizontal corners) overlap with the null value of 1.0, indicating no statistically significant increased or decreased risk of lung cancer or bladder cancer risk.

93.     The summary Relative Risk of my meta-analysis on lung cancer, based on five results from four studies, was 1.04 (95% CI 0.87-1.28, p-value of test of heterogeneity 0.045; Figure 2).

/

/

/

/

/

---

[22] Jannis Hansa J, Hiltrud Merzenich, Lorena Cascant Ortolano, et al., *Health risks of titanium dioxide (TiO2) dust exposure in occupational settings – A scoping review*, 252 Int. J. Hyg. Environ. Health, 114212, 114212 (2023).

[23] Siemiatycki*, supra* note 22.

DECLARATION OF PAOLO BOFFETTA, MD, MPH. Case No. 2:23-cv-01006-TLN-JDP

**Figure 2**. Meta-analysis of studies on lung cancer



|  | Relative risk (95% CI) | % Weight |
|---|---|---|
| Study |  |  |
| Ellis et al., 2010 | 0.90 (0.76, 1.06) | 30.77 |
| Fryzek et al., 2003 | 1.00 (0.78, 1.27) | 23.75 |
| Boffetta et al., 2004 M | 1.23 (1.09, 1.38) | 35.82 |
| Boffetta et al., 2004 W | 0.80 (0.06, 11.44) | 0.45 |
| Ramanakumar et al., 2008 | 1.00 (0.59, 1.68) | 9.20 |
| Overall  (I-squared = 58.8%, p = 0.045) | 1.04 (0.87, 1.25) | 100.00 |

94.     The corresponding Relative Risk of the meta-analysis on bladder cancer, based on four studies, was 0.90 (95% CI 0.57-1.40, p-value of test for heterogeneity 0.11; Figure 3).

DECLARATION OF PAOLO BOFFETTA, MD, MPH. Case No. 2:23-cv-01006-TLN-JDP

**Figure 3.** Meta-analysis of studies on bladder cancer



| Study | Relative risk (95% CI) | % Weight |
|---|---|---|
| Ellis et al., 2010 | 1.02 (0.55, 1.90) | 26.22 |
| Fryzek et al., 2003 | 0.40 (0.11, 1.44) | 9.95 |
| Boffetta et al., 2004 M | 0.67 (0.41, 1.09) | 32.30 |
| Siemiatycki et al., 1994 | 1.40 (0.84, 2.32) | 31.53 |
| Overall  (I-squared = 49.8%, p = 0.113) | 0.90 (0.57, 1.40) | 100.00 |

95.     My meta-analysis did not suggest an increased risk of either cancer (lung or bladder) among subjects exposed to TiO2 compared to unexposed subjects.

**E.     Opinions Based On the Above Data**

96.     The totality of the existing literature relevant to the question of whether TiO2 exposure causes cancer is remarkably consistent.  Except for a single study finding of relatively weak association (i.e., a 23% increase in mortality in male TiO2 workers, with no dose-response effect), no study has identified a statistically significant increased risk of lung cancer, bladder cancer, or any other cancer from exposure to TiO2 dust in its main analysis.  Moreover, the 23% increased risk may be the result of using a national, rather than a more local, reference population.  Regional lung cancer mortality rates in that study were higher than corresponding national rates in eight of the ten locations where the factories were located, and therefore in the regions where the workers were more likely to live.  Had regional rates been used, the SMRs would have been lower than those reported in the study, and it is very possible the study would not even have found a statistically significant increased SMR in male workers, a finding that would have been consistent with all other studies.

-26-

97.     The most comprehensive summary of results on lung cancer of cohort studies of workers exposed to TiO2 is by Le et al.[24] and illustrates the lack of evidence of a causal relationship between TiO2 exposure and lung cancer. The authors incorporated a total of 501 lung cancer deaths from the cohort studies into their meta-analysis, which showed no associations between exposure to TiO2 and lung cancer risk and no dose-response from exposure to TiO2. Moreover, the community-based case-control studies, which were not included in Le et al.'s meta-analysis, are consistent with this conclusion. Results for all other cancers and for all cancer combined also do not suggest an association between TiO2 exposure and cancer. The results of my own meta-analysis are consistent with those by Le et al.

98.     As previously discussed, because the literature does not reveal an association between exposure to TiO2 dust and cancer, the application of the Bradford Hill criteria to determine whether exposure to TiO2 *causes* cancer is not appropriate. None of the literature even establishes an association between TiO2 exposure and cancer[25] so there is no need to apply the Hill criteria to conclude the evidence is insufficient to support the hypothesis that TiO2 exposure causes cancer.  Nevertheless, analysis of the literature using the three of the most important Hill criteria (strength of the association, consistency, and dose-response) shows that the weight of the evidence suggests that exposure to TiO2 does not cause cancer, and certainly does not support the hypothesis that exposure to TiO2 causes cancer.

a.  Strength of Association: The only statistically significant finding in a main analysis in the literature was a single Standardized Mortality Ration for lung cancer in men of 1.23 (95% CI: 1.10-1.38) in a mortality study of workers employed in the titanium dioxide production industry in Europe.[26]  Despite the statistical significance of that finding, because the SMR is less than 2.0, it is a weak association, cautioning against drawing causal conclusions from it.

b.  Consistency: The literature is remarkably consistent, but not in a way that supports the hypothesis that TiO2 exposure causes cancer.  Again, except for the single SMR for

---

[24] Le, s*upra* note 27.
[25] Le, s*upra* note 27.
[26] *See* Boffetta 2004.

-27-

lung cancer in men discussed above, the literature consistently *does not* find any increased risk of cancer from TiO2 exposure. Moreover, that single SMR is inconsistent with the other results of the same study, which found no additional deaths in men from all cancer [0.98 (95% CI: 0.91-1.05)], no additional deaths in women from all cancer [0.96 (95% CI: 0.58 – 1.54)], and *fewer* deaths in men from bladder cancer than expected [0.67 (95% CI 0.39-1.04)].  Indeed, the study observed statistically significant *reductions* in death in men from (1) all causes [0.87 (95% CI 0.83-0.90)]; (2) ischemic heart disease [0.87 (95% CI 0.83-0.90)]; (3) liver cirrhosis [0.74 (95% CI 0.57-0.94)]; and (4) external causes [0.77 (95% CI 0.68-0.88)], and yet it would be inappropriate to conclude from these results alone that TiO2 exposure reduces the risk of death from all causes, heart disease, cirrhosis, and external causes.

c. <u>Does Response</u>: None of the studies demonstrated a dose-response effect from exposure to TiO2.

99.    Despite limitations in the individual studies, the overall body of evidence is comparable in magnitude and quality to other studies that have identified occupational carcinogens. Moreover, limitations in studies that *do not* find an association still do not permit the conclusion that better designed studies *would have* resulted in an association being observed.  In other words, if TiO2 were a human carcinogen, the existing literature would have detected a strong signal.

100.    The available evidence from human studies, therefore, cannot be credibly relied on to conclude that exposure to TiO2 causes *any* cancer.  In fact, the epidemiological evidence more strongly suggests that exposure to TiO2 *does not* cause cancer.

**F.    Conclusion**

101.    The individual epidemiology studies do not demonstrate an association between exposure to TiO2 and lung cancer or other cancers and therefore do not support the hypothesis that exposure to TiO2 in any form causes lung or any other cancer.  On the contrary, the weight of that evidence more strongly supports the conclusion that exposure to TiO2 *does not* cause lung or any other cancer.   That conclusion is consistent with IARC's 2006 evaluation of epidemiology.[27]

---

[27] International Agency for Research on Cancer, s*upra* note 26.

102.   The evidence is based on three well-conducted cohort studies (two of them with multiple analyses) and one case-control study. If an association were present between exposure to TiO2 and lung cancer (or any other cancer), it is highly unlikely that it would have been missed by these studies.

103.   Based on my detailed review, it is my opinion that the existing evidence does not support the hypothesis that exposure to TiO2 in any form increases the risk of lung or other cancers in humans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 4th, 2023 in Stony Brook, NY.

Paolo Boffetta, MD, MPH
Associate Director for Population Sciences
Stony Brook Cancer Center
Stony Brook University

## References

Bailey-Wilson JE, Amos CI, Pinney SM, et al. (2004). A major lung cancer susceptibility locus maps to chromosome 6q23-25. Am J Hum Genet. 75:460-74.

Beaumont JJ, Sandy MS, Sherman CD. (2004). Titanium dioxide and lung cancer. J Occup Environ Med. 46:759.

Boffetta P, Sali D, Kolstad H, et al. (1998). Mortality of short-term workers in two international cohorts. J Occup Environ Med. 40:1120-6.

Boffetta P, Gaborieau V, Nadon L, et al. (2001). Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montreal. Scand J Work Environ Health 27:227–232.

Boffetta P, Soutar A, Weiderpass E, et al. (2003). Historical Cohort Study of Workers Employed in the Titanium Dioxide Production Industry in Europe. Results of mortality follow-up. Final Report. Stockholm, Sweden: Department of Medical Epidemiology, Karolinska Institute.

Boffetta P, Soutar A, Cherrie JW, et al. (2004). Mortality among workers employed in the titanium dioxide production industry in Europe. Cancer Causes Control 15:697–706.

Boffetta P, Hashibe M. (2006). Alcohol and cancer. Lancet Oncol.7:149-56.

Boffetta P. (2008). Tobacco smoking and risk of bladder cancer. Scand J Urol Nephrol Suppl 218:45-54.

Boffetta P, Autier P, Boniol M, et al. (2010). An estimate of cancers attributable to occupational exposures in France J. Occup. Environ. Med. 52; 399-406.

Checkoway H, Pearce N, Kriebel D. (2004). Research Methods in Occupational Epidemiology, Second Edition. New York, NY: Oxford University Press.

Chen JL, Fayerweather WE. (1988). Epidemiology study of workers exposed to titanium dioxide. J Occup Med. 30:937–942.

Coté ML, Liu M, Bonassi S, et al. (2012). Increased risk of lung cancer in individuals with a family history of the disease: a pooled analysis from the International Lung Cancer Consortium. Eur J Cancer. 48:1957-68.

Darby S, Hill D, Auvinen A, et al. (2005). Radon in homes and risk of lung cancer: collaborative analysis of individual data from 13 European case-control studies. BMJ. 330:223.

DerSimonian R, Laird N. (1986). Meta-analysis in clinical trials. Control Clin Trials.7:177–188

Egger M, Davey Smith G, Schneider M, et al. (1997). Bias in meta-analysis detected by a simple, graphical test. BMJ 315:629-34.

Ellis ED, Watkins J, Tankersley W, et al. (2010). Mortality among titanium dioxide workers at three DuPont plants. J Occup Environ Med 52:303–309

Ellis ED, Watkins JP, Tankersley WG, et al. (2013). Occupational exposure and mortality among workers at three titanium dioxide plants. Am J Ind Med. 56:282–291.

Fayerweather WE, Karns ME, Gilby PG, et al. (1992). Epidemiologic study of lung cancer mortality in workers exposed to titanium tetrachloride. J Occup Med. 34:164–169

Ferlay, J, Colombet, M, Soerjomataram, I, et al. (2021). Cancer statistics for the year 2020: An overview. Int. J. Cancer. 149: 778– 789.

Fryzek JP, Chadda B, Marano D, et al. (2003) A cohort mortality study among titanium dioxide manufacturing workers in the United States. J Occup Environ Med. 45:400–409.

Gandini S, Botteri E, Iodice S, et al. (2008). Tobacco smoking and cancer: a meta-analysis. Int J Cancer 122:155-64.

Guseva Canu, I., Gaillen-Guedy, A., Wild, P., et al (2020a). Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights. J Occup Environ Med 77:795–797.

Guseva Canu I, Fraize-Frontier S, Michel C, et al (2020b). Weight of epidemiological evidence for titanium dioxide risk assessment: current state and further needs. J Exp Sci Environ Epidemiol 30:430–435.

Guseva Canu I, Luce D, Straif K. (2021). Response to Tomenson's letter on 'Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights'. J Occup Environ Med. 78:304.

Guseva Canu I, Gaillen-Guedy A, Antilla A, et al. (2022). Lung cancer mortality in the European cohort of titanium dioxide workers: a reanalysis of the exposure-response relationship. J Occup Environ Med. 79:637–640.

Hansa J, Merzenich H, Cascant Ortolano L, et al (2023). Health risks of titanium dioxide (TiO2) dust exposure in occupational settings - A scoping review. Int J Hyg Environ Health. 252:114212.

Hill AB. (1965). The environment and disease: association or causation? Proc Royal Soc Med 58:295–300.

International Agency for Research on Cancer (2000). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 75. Ionizing radiation, Part I, X- and gamma ($\gamma$)- radiation and neutrons. Lyon, IARC.

International Agency for Research on Cancer (2001). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 78. Ionizing radiation, Part 2, Some Internally Deposited Radionuclides. Lyon, IARC.

International Agency for Research on Cancer (2004). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 83. Tobacco smoke and involuntary smoking. Lyon, IARC.

International Agency for Research on Cancer (2006). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 87. Inorganic and organic lead compounds. Lyon, IARC.

International Agency for Research on Cancer (2010a). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 95. Household use of solid fuels and high-temperature frying. Lyon, IARC.

International Agency for Research on Cancer (2010b). Titanium dioxide. In: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93. Carbon Black, Titanium Dioxide, and Talc. Lyon, IARC, pp. 193-276.

International Agency for Research on Cancer (2016). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 109. Outdoor Air Pollution. Lyon, IARC.

-31-

Kogevinas M, Garcia-Closas M, Trichopoulos D. (2008). Urinary bladder cancer. In: Adami HO, Hunter D, Trichopoulos D. Textbook of Cancer Epidemiology. Second Edition. New York, Oxford University Press, p. 573-96.

Le HQ, Tomenson JA, Warheit DB, et al. (2018). A review and meta-analysis of occupational titanium dioxide exposure and lung cancer mortality. J Occup Environ Med. 60:e356–e367.

MacMahon B, Trichopoulos D. (1996). Epidemiology: Principles and Methods. Boston, MA: Little Brown & Co.

Office of Environmental Health Hazard Assessment. (2004). Public Health Goal for Arsenic in Drinking Water; Sacramento, CA: California Environmental Protection Agency.

Pesch B, Kendzia B, Gustavsson P, et al. (2012). Cigarette smoking and lung cancer-relative risk estimates for the major histological types from a pooled analysis of case-control studies. Int J Cancer. 131:1210-9.

Raaschou-Nielsen O, Andersen ZJ, Beelen R, et al. (2013). Air pollution and lung cancer incidence in 17 European cohorts: prospective analyses from the European Study of Cohorts for Air Pollution Effects (ESCAPE). Lancet Oncol. 14:813-22.

Ramanakumar AV, Parent M-E, Latreille B, et al. (2008). Risk of lung cancer following exposure to carbon black, titanium dioxide and talc: results from two case-control studies in Montreal. Int. J Cancer 122:183–189.

Siemiatycki J, Richardson L, Straif K, et al. (2004). Listing occupational carcinogens. Environ Health Perspect. 112:1447-59.

Siemiatycki J, Dewar R, Nadon L, et al. (1994). Occupational risk factors for bladder cancer: results from a case-control study in montreal, quebec, Canada. Am J Epidemiol 140:1061–1080.

Siemiatycki J. (1991). Risk Factors for Cancer in the Workplace. Boca Raton, FL: CRC Press.

Thun MJ, Carter BD, Feskanich D, et al. (2013). 50-year trends in smoking-related mortality in the United States. N Engl J Med. 368:351-64.

Tomenson, JA (2021). Letter commentary on: lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights. J Occup Environ Med 78:303.

Truong T, Sauter W, McKay JD, et al. (2010). International Lung Cancer Consortium: coordinated association study of 10 potential lung cancer susceptibility variants. Carcinogenesis. 31:625-33.

World Cancer Research Fund / American Institute of Cancer Research. (2017) Diet, nutrition, physical activity and lung cancer. Washington DC: WCRF/IACR.https://www.wcrf.org/wp-content/uploads/2021/02/lung-cancer-report.pdf

DECLARATION OF PAOLO BOFFETTA, MD, MPH. Case No. 2:23-cv-01006-TLN-JDP