1  Trenton H. Norris (CA Bar No. 164781)
   trent.norris@hoganlovells.com
2  David M. Barnes (CA Bar No. 318547)
   david.barnes@hoganlovells.com
3  Alexander Tablan (CA Bar No. 346309)
4  alexander.tablan@hoganlovells.com
   HOGAN LOVELLS US LLP
5  Four Embarcadero Center, 35th Floor
   San Francisco, CA 94111-4024
6  Telephone:    415.374.2300
7  Facsimile:    415.374.2499

8  Gregory G. Sperla (CA Bar No. 278062)
   greg.sperla@dlapiper.com
9  DLA PIPER LLP
   1415 L Street, Suite 270
10 Sacramento, CA 95814-3976
   Telephone:    916.930.3200
11 Facsimile:    916.930.3201

12
13 Attorneys for Plaintiff
   THE PERSONAL CARE PRODUCTS COUNCIL
14

15                  **UNITED STATES DISTRICT COURT**

16                  **EASTERN DISTRICT OF CALIFORNIA**

17

| 18 | THE PERSONAL CARE PRODUCTS COUNCIL, | No. 2:23-CV-01006-TLN-JDP |
|---|---|---|
| 19 | | **[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |
| 20 | Plaintiff, | |
| 21 | v. | Judge:   Hon. Troy L. Nunley |
| 22 | ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | Date:    November 16, 2023<br>Time:    2:00 p.m.<br>Room:    2 (15th Floor) |
| 23 | | Action Filed: May 26, 2023 |
| 24 | Defendant. | |

25
26
27
28

[PROPOSED] ORDER

Plaintiff's Motion for Preliminary Injunction having come before the Court for consideration; the Court having considered Plaintiff's supporting memorandum, Defendant's opposition thereto, Plaintiff's reply, the oral arguments of counsel, and otherwise being duly advised, it is hereby:

**ORDERED** that a preliminary injunction be and hereby is **GRANTED** against Defendant, his officers, employees, and agents, and all those acting in privity or concert with those individuals, including private citizen enforcers under Section 25249.7(d) of the California Health & Safety Code, from:

1. Filing or prosecuting new lawsuits to enforce the California Proposition 65 warning requirement, California Health & Safety Code Section 25249.6, for cancer as applied to titanium dioxide (airborne, unbound particles of respirable size) in cosmetic and personal care products. This injunction applies to the requirement that any "person in the course of doing business" provide a "clear and reasonable warning" for cancer before "expos[ing] any individual to" titanium dioxide (airborne, unbound particles of respirable size) in cosmetic and personal care products under California Health & Safety Code Section 25249.6. This order does not alter any existing consent decrees, settlements, or other existing agreements related to Proposition 65 warning requirements.

The amount of the security bond for this order shall be $0.

This preliminary injunction shall remain in full force and effect until the final judgment in this action or until further order of the Court, whichever occurs first.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        The Hon. Troy L. Nunley
                                        District Court Judge