Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
david.barnes@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:    415.374.2499

Gregory G. Sperla (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:    415.836.2500
Facsimile:    415.836.2501

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Defendant. | No. 2:23-CV-01006-TLN-JDP<br><br>**PLAINTIFF PERSONAL CARE PRODUCTS COUNCIL'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hearing Date:  None set<br>Judge:         Hon. Troy L. Nunley<br>Action Filed:  May 26, 2023 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 230(m)(2), Plaintiff The Personal Care Products Council ("PCPC") hereby submits this Notice of Supplemental Authority to bring to the Court's attention the finality of the decision in *National Association of Wheat Growers, et al. v. Bonta*, 85 F.4th 1263 (9th Cir. 2023), which has relevance to PCPC's pending Motion for Preliminary Injunction. *See* ECF No. 27. The time for Defendant Rob Bonta, Attorney General for the State of California, to petition the United States Supreme Court for a writ of certiorari expired on February 5, 2024, without any petition having been filed.

Dated: February 6, 2024                    Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris
*Attorneys for Plaintiff*
*Personal Care Products Council*