**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone:   (415) 374-2300
Facsimile:    (415) 374-2499
trent.norris@hoganlovells.com

**DLA PIPER LLP**
Gregory G. Sperla (CA Bar No. 278062)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:    415.836.2500
Facsimile:    415.836.2501
greg.sperla@dlapiper.com

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | No.  2:23-CV-01006-TLN-JDP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:           Hon. Troy L. Nunley<br>Hearing:        November 14, 2024<br>Time/Room:  2:00 p.m. in Courtroom 2<br>Action Filed:  May 26, 2023 |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that on Thursday, November 14, 2024, at 2:00 p.m., or as soon

3  thereafter as counsel may be heard in Courtroom 2 of the above-titled court, located in the United

4  States Courthouse at 501 I Street, Sacramento, California 95814, before the Honorable Troy L.

5  Nunley, Plaintiff The Personal Care Products Council ("PCPC") will and hereby does move for

6  summary judgment in Plaintiff's favor; to declare that the Proposition 65 cancer warning

7  requirement for titanium dioxide (airborne, unbound particles of respirable size) ("Listed Titanium

8  Dioxide") violates the First Amendment; and to make permanent the Court's preliminary injunction

9  entered on June 12, 204 (ECF No. 40), enjoining Defendant, his officers, employees, and agents,

10 and all those acting in privity or concert with those individuals, including private citizen enforcers

11 under California Health & Safety Code § 25249.7(d), from filing or prosecuting new lawsuits to

12 enforce, or otherwise seeking to enforce, Proposition 65's warning requirement, California Health

13 & Safety Code § 25249.6, for cancer as applied to Listed Titanium Dioxide in cosmetic and

14 personal care products.

15 This Motion is made on the grounds stated in the Memorandum of Points and Authorities

16 filed herewith. Proposition 65's warning requirement coerces Plaintiff to provide a cancer warning

17 with which it vehemently disagrees and that is contrary to the scientific consensus that Listed

18 Titanium Dioxide does not pose a risk of cancer to humans. As explained in detail in Plaintiff's

19 Memorandum, the warning requirement violates the protections against compelled speech found in

20 the First Amendment to the United States Constitution.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

In support of this Motion, Plaintiff relies on the accompanying Memorandum of Points and Authorities; the Separate Statement of Undisputed Material Facts; the Declarations of Dr. Stephen Nowlis, Dr. Amy Madl, Dr. Paola Boffetta, and Trenton H. Norris, and the Exhibits attached thereto; such oral argument as may be properly presented at or before the time of the hearing; and upon any other matter the Court deems proper. Plaintiff anticipates that the hearing on this Motion will require one hour. Plaintiff does not anticipate calling live witnesses unless the Court should request.

Dated: September 10, 2024    Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris (CA Bar No. 164781)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111
Tel:  (415) 374-2300
trent.norris@hoganlovells.com

*Attorneys for Plaintiff*
*Personal Care Products Council*