# EXHIBIT  F

# GLYPHOSATE

## 1. Exposure Data

## 1.1 Identification of the agent

### 1.1.1 Nomenclature

*Chem. Abstr. Serv. Reg. No.:* 1071-83-6 (acid); also relevant:
38641-94-0 (glyphosate-isopropylamine salt)
40465-66-5 (monoammonium salt)
69254-40-6 (diammonium salt)
34494-03-6 (glyphosate-sodium)
81591-81-3 (glyphosate-trimesium)

*Chem. Abstr. Serv. Name:* *N*-(phosphono-methyl)glycine

*Preferred IUPAC Name:* *N*-(phosphono-methyl)glycine

*Synonyms:* Gliphosate; glyphosate; glyphosate hydrochloride; glyphosate [calcium, copper (2+), dilithium, disodium, magnesium, monoammonium, monopotassium, monosodium, sodium, or zinc] salt

*Trade names:* Glyphosate products have been sold worldwide under numerous trade names, including: Abundit Extra; Credit; Xtreme; Glifonox; Glyphogan; Ground-Up; Rodeo; Roundup; Touchdown; Tragli; Wipe Out; Yerbimat (Farm Chemicals International, 2015).

### 1.1.2 Structural and molecular formulae and relative molecular mass



Molecular formula: $C_3H_8NO_5P$
Relative molecular mass: 169.07

Additional information on chemical structure is also available in the PubChem Compound database (NCBI, 2015).

### 1.1.3 Chemical and physical properties of the pure substance

*Description:* Glyphosate acid is a colourless, odourless, crystalline solid. It is formulated as a salt consisting of the deprotonated acid of glyphosate and a cation (isopropylamine, ammonium, or sodium), with more than one salt in some formulations.

*Solubility:* The acid is of medium solubility at 11.6 g/L in water (at 25 °C) and insoluble in common organic solvents such as acetone, ethanol, and xylene; the alkali-metal and

amine salts are readily soluble in water (Tomlin, 2000).

*Volatility:* Vapour pressure, $1.31 \times 10^{-2}$ mPa at 25 °C (negligible) (Tomlin, 2000).

*Stability:* Glyphosate is stable to hydrolysis in the range of pH 3 to pH 9, and relatively stable to photodegradation (Tomlin, 2000). Glyphosate is not readily hydrolysed or oxidized in the field (Rueppel *et al.* 1977). It decomposes on heating, producing toxic fumes that include nitrogen oxides and phosphorus oxides (IPCS, 2005).

*Reactivity:* Attacks iron and galvanized steel (IPCS, 2005).

*Octanol/water partition coefficient (P):* log P, < −3.2 (pH 2–5, 20 °C) (OECD method 107) (Tomlin, 2000).

*Henry's law:* $< 2.1 \times 10^{-7}$ Pa m$^3$ mol$^{-1}$ (Tomlin, 2000).

*Conversion factor:* Assuming normal temperature (25 °C) and pressure (101 kPa), mg/m$^3$ = $6.92 \times$ ppm.

### 1.1.4 Technical products and impurities

Glyphosate is formulated as an isopropylamine, ammonium, or sodium salt in water-soluble concentrates and water-soluble granules. The relevant impurities in glyphosate technical concentrates are formaldehyde (maximum, 1.3 g/kg), *N*-nitrosoglyphosate (maximum, 1 mg/kg), and *N*-nitroso-*N*-phosphonomethylglycine (FAO, 2000). Surfactants and sulfuric and phosphoric acids may be added to formulations of glyphosate, with type and concentration differing by formulation (IPCS, 1994).

## 1.2 Production and use

### 1.2.1 Production

#### (a) Manufacturing processes

Glyphosate was first synthesized in 1950 as a potential pharmaceutical compound, but its herbicidal activity was not discovered until it was re-synthesized and tested in 1970 (Székács & Darvas, 2012). The isopropylamine, sodium, and ammonium salts were introduced in 1974, and the trimesium (trimethylsulfonium) salt was introduced in Spain in 1989. The original patent protection expired outside the USA in 1991, and within the USA in 2000. Thereafter, production expanded to other major agrochemical manufacturers in the USA, Europe, Australia, and elsewhere (including large-scale production in China), but the leading preparation producer remained in the USA (Székács & Darvas, 2012).

There are two dominant families of commercial production of glyphosate, the "alkyl ester" pathways, predominant in China, and the "iminodiacetic acid" pathways, with iminodiacetic acid produced from iminodiacetonitrile (produced from hydrogen cyanide), diethanol amine, or chloroacetic acid (Dill *et al.*, 2010; Tian *et al.*, 2012).

To increase the solubility of technical-grade glyphosate acid in water, it is formulated as its isopropylamine, monoammonium, potassium, sodium, or trimesium salts. Most common is the isopropylamine salt, which is formulated as a liquid concentrate (active ingredient, 5.0–62%), ready-to-use liquid (active ingredient, 0.5–20%), pressurized liquid (active ingredient, 0.75–0.96%), solid (active ingredient, 76–94%), or pellet/tablet (active ingredient, 60–83%) (EPA, 1993a).

There are reportedly more than 750 products containing glyphosate for sale in the USA alone (NPIC, 2010). Formulated products contain various non-ionic surfactants, most notably polyethyloxylated tallowamine (POEA), to

**2**

facilitate uptake by plants (Székács & Darvas, 2012). Formulations might contain other active ingredients, such as simasine, 2,4-dichlorophenoxyacetic acid (2,4-D), or 4-chloro-2-methylphenoxyacetic acid (IPCS, 1996), with herbicide resistance driving demand for new herbicide formulations containing multiple active ingredients (Freedonia, 2012).

*(b)    Production volume*

Glyphosate is reported to be manufactured by at least 91 producers in 20 countries, including 53 in China, 9 in India, 5 in the USA, and others in Australia, Canada, Cyprus, Egypt, Germany, Guatemala, Hungary, Israel, Malaysia, Mexico, Singapore, Spain, Taiwan (China), Thailand, Turkey, the United Kingdom, and Venezuela (Farm Chemicals International, 2015). Glyphosate was registered in over 130 countries as of 2010 and is probably the most heavily used herbicide in the world, with an annual global production volume estimated at approximately 600 000 tonnes in 2008, rising to about 650 000 tonnes in 2011, and to 720 000 tonnes in 2012 (Dill *et al.*, 2010; CCM International, 2011; Hilton, 2012; Transparency Market Research, 2014).

Production and use of glyphosate have risen dramatically due to the expiry of patent protection (see above), with increased promotion of non-till agriculture, and with the introduction in 1996 of genetically modified glyphosate-tolerant crop varieties (Székács & Darvas, 2012). In the USA alone, more than 80 000 tonnes of glyphosate were used in 2007 (rising from less than 4000 tonnes in 1987) (EPA, 1997, 2011). This rapid growth rate was also observed in Asia, which accounted for 30% of world demand for glyphosate in 2012 (Transparency Market Research, 2014). In India, production increased from 308 tonnes in 2003–2004, to 2100 tonnes in 2007–2008 (Ministry of Chemicals & Fertilizers, 2008). China currently produces more than 40% of the global supply of glyphosate, exports almost 35% of the global supply (Hilton, 2012),

and reportedly has sufficient production capacity to satisfy total global demand (Yin, 2011).

*1.2.2 Uses*

Glyphosate is a broad-spectrum, post-emergent, non-selective, systemic herbicide, which effectively kills or suppresses all plant types, including grasses, perennials, vines, shrubs, and trees. When applied at lower rates, glyphosate is a plant-growth regulator and desiccant. It has agricultural and non-agricultural uses throughout the world.

*(a)    Agriculture*

Glyphosate is effective against more than 100 annual broadleaf weed and grass species, and more than 60 perennial weed species (Dill *et al.*, 2010). Application rates are about 1.5–2 kg/ha for pre-harvest, post-planting, and pre-emergence use; about 4.3 kg/ha as a directed spray in vines, orchards, pastures, forestry, and industrial weed control; and about 2 kg/ha as an aquatic herbicide (Tomlin, 2000). Common application methods include broadcast, aerial, spot, and directed spray applications (EPA, 1993a).

Due to its broad-spectrum activity, the use of glyphosate in agriculture was formerly limited to post-harvest treatments and weed control between established rows of tree, nut, and vine crops. Widespread adoption of no-till and conservation-till practices (which require chemical weed control while reducing soil erosion and labour and fuel costs) and the introduction of transgenic crop varieties engineered to be resistant to glyphosate have transformed glyphosate to a post-emergent, selective herbicide for use on annual crops (Duke & Powles, 2009; Dill *et al.* 2010). Glyphosate-resistant transgenic varieties have been widely adopted for the production of corn, cotton, canola, and soybean (Duke & Powles, 2009). Production of such crops accounted for 45% of worldwide demand for glyphosate in 2012 (Transparency Market Research, 2014). However, in Europe,

where the planting of genetically modified crops has been largely restricted, post-harvest treatment is still the most common application of glyphosate (Glyphosate Task Force, 2014). Intense and continuous use of glyphosate has led to the emergence of resistant weeds that may reduce its effectiveness (Duke & Powles, 2009).

*(b)   Residential use*

Glyphosate is widely used for household weed control throughout the world. In the USA, glyphosate was consistently ranked as the second most commonly used pesticide (after 2,4-D) in the home and garden market sector between 2001 and 2007, with an annual use of 2000–4000 tonnes (EPA, 2011).

*(c)   Other uses*

Glyphosate was initially used to control perennial weeds on ditch banks and roadsides and under power lines (Dill *et al.*, 2010). It is also used to control invasive species in aquatic or wetland systems (Tu *et al.*, 2001). Approximately 1–2% of total glyphosate use in the USA is in forest management (Mance, 2012).

Glyphosate has been used in a large-scale aerial herbicide-spraying programme begun in 2000 to reduce the production of cocaine in Colombia (Lubick, 2009), and of marijuana in Mexico and South America (Székács & Darvas, 2012).

*(d)   Regulation*

Glyphosate has been registered for use in at least 130 countries (Dill *et al.*, 2010). In the USA, all uses are eligible for registration on the basis of a finding that glyphosate "does not pose unreasonable risks or adverse effects to humans or the environment" (EPA, 1993a). A review conducted in 2001 in connection with the registration process in the European Union reached similar conclusions regarding animal and human safety, although the protection of groundwater during non-crop use was identified as requiring particular attention in the short term (European Commission, 2002).

Nevertheless, as worldwide rates of adoption of herbicide-resistant crops and of glyphosate use have risen in recent years (Duke & Powles, 2009), restriction of glyphosate use has been enacted or proposed in several countries, although documented actions are few. In 2013, the Legislative Assembly of El Salvador voted a ban on the use of pesticides containing glyphosate (República de El Salvador, 2013). Sri Lanka is reported to have instituted a partial ban based on an increasing number of cases of chronic kidney disease among agricultural workers, but the ban was lifted after 2 months (ColomboPage, 2014). The reasons for such actions have included the development of resistance among weed species, as well as health concerns.

No limits for occupational exposure were identified by the Working Group.

## 1.3   Measurement and analysis

Several methods exist for the measurement of glyphosate and its major metabolite aminomethyl phosphonic acid (AMPA) in various media, including air, water, urine, and serum (Table 1.1). The methods largely involve derivatization with 9-fluorenylmethyl chloroformate (FMOC-Cl) to reach sufficient retention in chromatographic columns (Kuang *et al.*, 2011; Botero-Coy *et al.*, 2013). Chromatographic techniques that do not require derivatization and enzyme-linked immunosorbent assays (ELISA) are under development (Sanchís *et al.*, 2012).

**Table 1.1 Methods for the analysis of glyphosate**

| Sample matrix | Assay procedure | Limit of detection | Reference |
|---|---|---|---|
| Water | HPLC/MS (with online solid-phase extraction) | 0.08 µg/L | Lee et al. (2001) |
| | ELISA | 0.05 µg/L | Abraxis (2005) |
| | LC-LC-FD | 0.02 µg/L | Hidalgo et al. (2004) |
| | Post HPLC column derivatization and FD | 6.0 µg/L | EPA (1992) |
| | UV visible spectrophotometer (at 435 ng) | 1.1 µg/L | Jan et al. (2009) |
| Soil | LC–MS/MS with triple quadrupole | 0.02 mg/kg | Botero-Coy et al. (2013) |
| Dust | GC-MS-MID | 0.0007 mg/kg | Curwin et al. (2005) |
| Air | HPLC/MS with online solid-phase extraction | 0.01 ng/m³ | Chang et al. (2011) |
| Fruits and vegetables | HILIC/WAX with ESI-MS/MS | 1.2 µg/kg | Chen et al. (2013) |
| Field crops (rice, maize and soybean) | LC–ESI-MS/MS | 0.007–0.12 mg/kg | Botero-Coy et al. (2013b) |
| Plant vegetation | HPLC with single polymeric amino column | 0.3 mg/kg | Nedelkoska & Low (2004) |
| Serum | LC–MS/MS | 0.03 µg/mL 0.02 µg/mL (aminomethylphosphonic acid) 0.01 µg/mL (3-methylphosphinicopropionic acid) | Yoshioka et al. (2011) |
| Urine | HPLC with post-column reaction and FD | 1 µg/L | Acquavella et al. (2004) |
| | ELISA | 0.9 µg/L | Curwin et al. (2007) |

ELISA, enzyme-linked immunosorbent assay; ESI-MS/MS, electrospray tandem mass spectrometry; FD, fluorescence detection; GC-MS-MID, gas chromatography-mass spectrometry in multiple ion detection mode; HILIC/WAX, hydrophilic interaction/weak anion-exchange liquid chromatography; HPLC/MS, high-performance liquid chromatography with mass spectrometry; HPLC, high-performance liquid chromatography; LC-ESI–MS/MS, liquid chromatography-electrospray–tandem mass spectrometry; LC–LC, coupled-column liquid chromatography; LC–MS/MS, liquid chromatography–tandem mass spectrometry

## 1.4   Occurrence and exposure

### 1.4.1   Exposure

#### (a)   Occupational exposure

Studies related to occupational exposure to glyphosate have included farmers and tree nursery workers in the USA, forestry workers in Canada and Finland, and municipal weed-control workers in the United Kingdom (Centre de Toxicologie du Québec, 1988; Jauhiainen et al., 1991; Lavy et al., 1992; Acquavella et al., 2004; Johnson et al., 2005). Para-occupational exposures to glyphosate have also been measured in

farming families (Acquavella et al., 2004; Curwin et al., 2007). These studies are summarized in Table 1.2.

#### (b)   Community exposure

Glyphosate can be found in soil, air, surface water, and groundwater (EPA, 1993a). Once in the environment, glyphosate is adsorbed to soil and is broken down by soil microbes to AMPA (Borggaard & Gimsing, 2008). In surface water, glyphosate is not readily broken down by water or sunlight (EPA, 1993a). Despite extensive worldwide use, there are relatively few studies

on the environmental occurrence of glyphosate (Kolpin et al., 2006).

*(i)    Air*

Very few studies of glyphosate in air were available to the Working Group. Air and rain-water samples were collected during two growing seasons in agricultural areas in Indiana, Mississippi, and Iowa, USA (Chang et al., 2011). The frequency of glyphosate detection ranged from 60% to 100% in air and rain samples, and concentrations ranged from < 0.01 to 9.1 ng/m³ in air samples and from < 0.1 to 2.5 µg/L in rainwater samples. Atmospheric deposition was measured at three sites in Alberta, Canada. Rainfall and particulate matter were collected as total deposition at 7-day intervals throughout the growing season. Glyphosate deposition rates ranged from < 0.01 to 1.51 µg/m² per day (Humphries et al., 2005).

No data were available to the Working Group regarding glyphosate concentrations in indoor air.

*(ii)    Water*

Glyphosate in the soil can leach into ground-water, although the rate of leaching is believed to be low (Borggaard & Gimsing, 2008; Simonsen et al., 2008). It can also reach surface waters by direct emission, atmospheric deposition, and by adsorption to soil particles suspended in runoff water (EPA, 1993a; Humphries et al., 2005). Table 1.3 summarizes data on concentrations of glyphosate or AMPA in surface water and groundwater.

*(iii)    Residues in food and dietary intake*

Glyphosate residues have been measured in cereals, fruits, and vegetables (Table 1.4). Residues were detected in 0.04% of 74 305 samples of fruits, vegetables, and cereals tested from 27 member states of the European Union, and from Norway, and Iceland in 2007 (EFSA, 2009). In cereals, residues were detected in 50% of samples tested in Denmark in 1998–1999, and

in 9.5% of samples tested from member states of the European Union, and from Norway and Iceland in 2007 (Granby & Vahl, 2001; EFSA, 2009). In the United Kingdom, food sampling for glyphosate residues has concentrated mainly on cereals, including bread and flour. Glyphosate has been detected regularly and usually below the reporting limit (Pesticide Residues Committee, 2007, 2008, 2009, 2010). Six out of eight samples of tofu made from Brazilian soy contained glyphosate, with the highest level registered being 1.1 mg/kg (Pesticide Residues Committee, 2007).

*(iv)    Household exposure*

In a survey of 246 California households, 14% were found to possess at least one product containing glyphosate (Guha et al., 2013).

*(v)    Biological markers*

Glyphosate concentrations in urine were analysed in urban populations in Europe, and in a rural population living near areas sprayed for drug eradication in Colombia (MLHB, 2013; Varona et al., 2009). Glyphosate concentrations in Colombia were considerably higher than in Europe, with means of 7.6 µg/L and 0.02 µg/L, respectively (Table 1.5). In a study in Canada, glyphosate concentrations in serum ranged from undetectable to 93.6 µg/mL in non-pregnant women ($n = 39$), and were undetectable in serum of pregnant women ($n = 30$) and fetal cord serum (Aris & Leblanc, 2011).

### 1.4.2 Exposure assessment

Exposure assessment methods in epidemio-logical studies on glyphosate and cancer are discussed in Section 2.0 of the *Monograph* on Malathion, in the present volume.

## 2. Cancer in Humans

## 2.0 General discussion of epidemiological studies

A general discussion of the epidemiological studies on agents considered in Volume 112 of the *IARC Monographs* is presented in Section 2.0 of the *Monograph* on Malathion.

## 2.1 Cohort studies

See Table 2.1

The Agricultural Health Study (AHS), a large prospective cohort study conducted in Iowa and North Carolina in the USA, is the only cohort study to date to have published findings on exposure to glyphosate and the risk of cancer at many different sites (Alavanja *et al.*, 1996; NIH, 2015) (see Section 2.0 of the *Monograph* on Malathion, in the present volume, for a detailed description of this study).

The enrolment questionnaire from the AHS sought information on the use of 50 pesticides (ever or never exposure), crops grown and livestock raised, personal protective equipment used, pesticide application methods used, other agricultural activities and exposures, nonfarm occupational exposures, and several lifestyle, medical, and dietary variables. The duration (years) and frequency (days per year) of use was investigated for 22 of the 50 pesticides in the enrolment questionnaire. [Blair *et al.* (2011) assessed the possible impact of misclassification of occupational pesticide exposure on relative risks, demonstrating that nondifferential exposure misclassification biases relative risk estimates towards the null in the AHS and tends to decrease the study power.]

The first report of cancer incidence associated with pesticide use in the AHS cohort considered cancer of the prostate (Alavanja *et al.*, 2003). Risk estimates for exposure to glyphosate were not presented, but no significant exposure–response

association with cancer of the prostate was found. In an updated analysis of the AHS (1993 to 2001), De Roos *et al.* (2005a) (see below) also found no association between exposure to glyphosate and cancer of the prostate (relative risk, RR, 1.1; 95% CI, 0.9–1.3) and no exposure–response trend (*P* value for trend = 0.69).

De Roos *et al.* (2005a) also evaluated associations between exposure to glyphosate and the incidence of cancer at several other sites. The prevalence of ever-use of glyphosate was 75.5% (> 97% of users were men). In this analysis, exposure to glyphosate was defined as: (a) ever personally mixed or applied products containing glyphosate; (b) cumulative lifetime days of use, or "cumulative exposure days" (years of use × days/year); and (c) intensity-weighted cumulative exposure days (years of use × days/year × estimated intensity level). Poisson regression was used to estimate exposure–response relations between exposure to glyphosate and incidence of all cancers combined, and incidence of 12 cancer types: lung, melanoma, multiple myeloma, and non-Hodgkin lymphoma (see Table 2.1) as well as oral cavity, colon, rectum, pancreas, kidney, bladder, prostate, and leukaemia (results not tabulated). Exposure to glyphosate was not associated with all cancers combined (RR, 1.0; 95% CI, 0.9–1.2; 2088 cases). For multiple myeloma, the relative risk was 1.1 (95% CI, 0.5–2.4; 32 cases) when adjusted for age, but was 2.6 (95% CI, 0.7–9.4) when adjusted for multiple confounders (age, smoking, other pesticides, alcohol consumption, family history of cancer, and education); in analyses by cumulative exposure-days and intensity-weighted exposure-days, the relative risks were around 2.0 in the highest tertiles. Furthermore, the association between multiple myeloma and exposure to glyphosate only appeared within the subgroup for which complete data were available on all the covariates; even without any adjustment, the risk of multiple myeloma associated with glyphosate use was increased by twofold among the smaller subgroup with available covariate data

(De Roos *et al.*, 2005b). [The study had limited power for the analysis of multiple myeloma; there were missing data on covariates when multiple adjustments were done, limiting the interpretation of the findings.] A re-analysis of these data conducted by Sorahan (2015) confirmed that the excess risk of multiple myeloma was present only in the subset with no missing information (of 22 cases in the restricted data set). In a subsequent cross-sectional analysis of 678 male participants from the same cohort, Landgren *et al.* (2009) did not find an association between exposure to glyphosate and risk of monoclonal gammopathy of undetermined significance (MGUS), a premalignant plasma disorder that often precedes multiple myeloma (odds ratio, OR, 0.5; 95% CI, 0.2–1.0; 27 exposed cases).

Flower *et al.* (2004) reported the results of the analyses of risk of childhood cancer associated with pesticide application by parents in the AHS. The analyses for glyphosate were conducted among 17 357 children of Iowa pesticide applicators from the AHS. Parents provided data via questionnaires (1993–1997) and the cancer follow-up (retrospectively and prospectively) was done through the state cancer registries. Fifty incident childhood cancers were identified (1975–1998; age, 0–19 years). For all the children of the pesticide applicators, risk was increased for all childhood cancers combined, for all lymphomas combined, and for Hodgkin lymphoma, compared with the general population. The odds ratio for use of glyphosate and risk of childhood cancer was 0.61 (95% CI, 0.32–1.16; 13 exposed cases) for maternal use and 0.84 (95% CI, 0.35–2.34; 6 exposed cases) for paternal use. [The Working Group noted that this analysis had limited power to study a rare disease such as childhood cancer.]

Engel *et al.* (2005) reported on incidence of cancer of the breast among farmers' wives in the AHS cohort, which included 30 454 women with no history of cancer of the breast before enrolment in 1993–1997. Information on pesticide use

and other factors was obtained at enrolment by self-administered questionnaire from the women and their husbands. A total of 309 incident cases of cancer of the breast were identified until 2000. There was no difference in incidence of cancer of the breast for women who reported ever applying pesticides compared with the general population. The relative risk for cancer of the breast among women who had personally used glyphosate was 0.9 (95% CI, 0.7–1.1; 82 cases) and 1.3 (95% CI, 0.8–1.9; 109 cases) among women who never used pesticides but whose husband had used glyphosate. [No information on duration of glyphosate use by the husband was presented.] Results for glyphosate were not further stratified by menopausal status.

Lee *et al.* (2007) investigated the relationship between exposure to agricultural pesticides and incidence of cancer of the colorectum in the AHS. A total of 56 813 pesticide applicators with no prior history of cancer of the colorectum were included in this analysis, and 305 incident cancers of the colorectum (colon, 212; rectum, 93) were diagnosed during the study period, 1993–2002. Most of the 50 pesticides studied were not associated with risk of cancer of the colorectum, and the relative risks with exposure to glyphosate were 1.2 (95% CI, 0.9–1.6), 1.0 (95% CI, 0.7–1.5), and 1.6 (95% CI, 0.9–2.9) for cancers of the colorectum, colon, and rectum, respectively.

Andreotti *et al.* (2009) examined associations between the use of pesticides and cancer of the pancreas using a case–control analysis nested in the AHS. This analysis included 93 incident cases of cancer of the pancreas (64 applicators, 29 spouses) and 82 503 cancer-free controls who completed the enrolment questionnaire. Ever-use of 24 pesticides and intensity-weighted lifetime days [(lifetime exposure days) × (exposure intensity score)] of 13 pesticides were assessed. Risk estimates were calculated controlling for age, smoking, and diabetes. The odds ratio for ever- versus never-exposure to glyphosate was

1.1 (95% CI, 0.6–1.7; 55 exposed cases), while the odds ratio for the highest category of level of intensity-weighted lifetime days was 1.2 (95% CI, 0.6–2.6; 19 exposed cases).

Dennis *et al.* (2010) reported that exposure to glyphosate was not associated with cutaneous melanoma within the AHS. [The authors did not report a risk estimate.]

## 2.2 Case–control studies on non-Hodgkin lymphoma, multiple myeloma, and leukaemia

### 2.2.1 Non-Hodgkin lymphoma

See Table 2.2

#### (a) Case–control studies in the midwest USA

Cantor *et al.* (1992) conducted a case–control study of incident non-Hodgkin lymphoma (NHL) among males in Iowa and Minnesota, USA (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). A total of 622 white men and 1245 population-based controls were interviewed in person. The association with farming occupation and specific agricultural exposures were evaluated. When compared with non-farmers, the odds ratios for NHL were 1.2 (95% CI, 1.0–1.5) for men who had ever farmed, and 1.1 (95% CI, 0.7–1.9; 26 exposed cases; adjusted for vital status, age, state, cigarette smoking status, family history of lymphohaematopoietic cancer, high-risk occupations, and high-risk exposures) for ever handling glyphosate. [There was low power to assess the risk of NHL associated with exposure to glyphosate. There was no adjustment for other pesticides. These data were included in the pooled analysis by De Roos *et al.* (2003).]

Brown *et al.* (1993) reported the results of a study to evaluate the association between multiple myeloma and agricultural risk factors in the midwest USA (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). A population-based case–control study of 173 white men with multiple myeloma and 650 controls was conducted in Iowa, USA, an area with a large farming population. A non-significantly elevated risk of multiple myeloma was seen among farmers compared with never-farmers. The odds ratio related to exposure to glyphosate was 1.7 (95% CI, 0.8–3.6; 11 exposed cases). [This study had limited power to assess the association between multiple myeloma and exposure to glyphosate. Multiple myeloma is now considered to be a subtype of NHL.]

De Roos *et al.* (2003) used pooled data from three case–control studies of NHL conducted in the 1980s in Nebraska (Zahm *et al.*, 1990), Kansas (Hoar *et al.*, 1986), and in Iowa and Minnesota (Cantor *et al.*, 1992) (see the *Monograph* on Malathion, Section 2.0, for a detailed description of these studies) to examine pesticide exposures in farming as risk factors for NHL in men. The study population included 870 cases and 2569 controls; 650 cases and 1933 controls were included for the analysis of 47 pesticides controlling for potential confounding by other pesticides. Both logistic regression and hierarchical regression (adjusted estimates were based on prior distributions for the pesticide effects, which provides more conservative estimates than logistic regression) were used in data analysis, and all models were essentially adjusted for age, study site, and other pesticides. Reported use of glyphosate as well as several individual pesticides was associated with increased incidence of NHL. Based on 36 cases exposed, the odds ratios for the association between exposure to glyphosate and NHL were 2.1 (95% CI, 1.1–4.0) in the logistic regression analyses and 1.6 (95% CI, 0.9–2.8) in the hierarchical regression analysis. [The numbers of cases and controls were lower than those in the pooled analysis by Waddell *et al.* (2001) because only subjects with no missing data on pesticides were included. The strengths of this study when compared with other studies are that it was large,

population-based, and conducted in farming areas. Potential confounding from multiple exposures was accounted for in the analysis.]

Using the data set of the pooled population-based case–control studies in Iowa, Minnesota, and Nebraska, USA, Lee *et al.* (2004a) investigated whether asthma acts as an effect modifier of the association between pesticide exposure and NHL. The study included 872 cases diagnosed with NHL from 1980 to 1986 and 2381 frequency-matched controls. Information on use of pesticides and history of asthma was based on interviews. A total of 177 subjects (45 cases, 132 controls) reported having been told by their doctor that they had asthma. Subjects with a history of asthma had a non-significantly lower risk of NHL than non-asthmatics, and there was no main effect of pesticide exposure. In general, asthmatics tended to have larger odds ratios associated with exposure to pesticides than non-asthmatics. There was no indication of effect modification: the odds ratio associated with glyphosate use was 1.4 (95% CI, 0.98–2.1; 53 exposed cases) among non-asthmatics and 1.2 (95% CI, 0.4–3.3; 6 exposed cases) for asthmatics, when compared with non-asthmatic non-exposed farmers). [This analysis overlapped with that of De Roos *et al.* (2003).]

### (b)   The cross-Canada case–control study

McDuffie *et al.* (2001) studied the associations between exposure to specific pesticides and NHL in a multicentre population-based study with 517 cases and 1506 controls among men of six Canadian provinces (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). Odds ratios of 1.26 (95% CI, 0.87–1.80; 51 exposed cases; adjusted for age and province) and 1.20 (95% CI, 0.83–1.74, adjusted for age, province, high-risk exposures) were observed for exposure to glyphosate. In an analysis by frequency of exposure to glyphosate, participants with > 2 days of exposure per year had an odds ratio of 2.12 (95% CI, 1.20–3.73, 23 exposed cases) compared with those with some, but ≤ 2 days of exposure. [The study was large, but had relatively low participation rates.]

Kachuri *et al.* (2013) investigated the association between lifetime use of pesticides and multiple myeloma in a population-based case–control study among men in six Canadian provinces between 1991 and 1994 (see the *Monograph* on Malathion, Section 2.0, for a detailed description of this study). Data from 342 cases of multiple myeloma and 1357 controls were obtained for ever-use of pesticides, number of pesticides used, and days per year of pesticide use. The odds ratios were adjusted for age, province of residence, type of respondent, smoking and medical history. The odds ratio for ever-use of glyphosate was 1.19 (95% CI, 0.76–1.87; 32 cases). When the analysis was conducted by level of exposure, no association was found for light users (≤ 2 days per year) of glyphosate (OR, 0.72; 95% CI, 0.39–1.32; 15 exposed cases) while the odds ratio in heavier users (> 2 days per year) was 2.04 (95% CI, 0.98–4.23; 12 exposed cases). [The study had relatively low response rates. Multiple myeloma is now considered a subtype of NHL.]

### (c)   Case–control studies in Sweden

Nordström *et al.* (1998) conducted a population case–control study in Sweden on hairy cell leukaemia (considered to be a subgroup of NHL). The study included 121 cases in men and 484 controls matched for age and sex. An age-adjusted odds ratio of 3.1 (95% CI, 0.8–12; 4 exposed cases) was observed for exposure to glyphosate. [This study had limited power to detect an effect, and there was no adjustment for other exposures.]

Hardell & Eriksson (1999) reported the results of a population-based case–control study on the incidence of NHL in men associated with pesticide exposure in four northern counties in Sweden. Exposure data was collected by questionnaire (also supplemented by telephone interviews) from 404 cases (192 deceased) and 741

controls (matched by age, sex, county, and vital status). Increased risks of NHL were found for subjects exposed to herbicides and fungicides. The odds ratio for ever-use of glyphosate was 2.3 (95% CI, 0.4–13; 4 exposed cases) in a univariate analysis, and 5.8 (95% CI, 0.6–54) in a multivariable analysis. [The exposure frequency was low for glyphosate, and the study had limited power to detect an effect. The variables included in the multivariate analysis were not specified. This study may have overlapped partially with those of Hardell *et al.* (2002).]

Hardell *et al.* (2002) conducted a pooled analysis of two case–control studies, one on NHL (already reported in Hardell & Eriksson, 1999) and another on hairy cell leukaemia, a subtype of NHL (already reported by Nordström *et al.*, 1998). The pooled analysis of NHL and hairy cell leukaemia was based on 515 cases and 1141 controls. Increased risk was found for exposure to glyphosate (OR, 3.04; 95% CI, 1.08–8.52; 8 exposed cases) in the univariate analysis, but the odds ratio decreased to 1.85 (95% CI, 0.55–6.20) when study, study area, and vital status were considered in a multivariate analysis. [The exposure frequency was low for glyphosate and the study had limited power. This study partially overlapped with those of Hardell & Eriksson (1999) and Nordström *et al.* (1998).]

Eriksson *et al.* (2008) reported the results of a population based case–control study of exposure to pesticides as a risk factor for NHL. Men and women aged 18–74 years living in Sweden were included from 1 December 1999 to 30 April 2002. Incident cases of NHL were enrolled from university hospitals in Lund, Linköping, Örebro, and Umeå. Controls (matched by age and sex) were selected from the national population registry. Exposure to different agents was assessed by questionnaire. In total, 910 (91%) cases and 1016 (92%) controls participated. Multivariable models included agents with statistically significant increased odds ratios (MCPA, 2-methyl-4-chlorophenoxyacetic acid),

or with an odds ratio of > 1.50 and at least 10 exposed subjects (2,4,5-T and/or 2,4-D; mercurial seed dressing, arsenic, creosote, tar), age, sex, year of diagnosis or enrolment. The odds ratio for exposure to glyphosate was 2.02 (95% CI, 1.10–3.71) in a univariate analysis, and 1.51 (95% CI, 0.77–2.94) in a multivariate analysis. When exposure for more than 10 days per year was considered, the odds ratio was 2.36 (95% CI, 1.04–5.37). With a latency period of > 10 years, the odds ratio was 2.26 (95% CI, 1.16–4.40). The associations with exposure to glyphosate were reported also for lymphoma subtypes, and elevated odds ratios were reported for most of the cancer forms, including B-cell lymphoma (OR, 1.87; 95% CI, 0.998–3.51) and the subcategory of small lymphocytic lymphoma/chronic lymphocytic leukaemia (OR, 3.35; 95% CI, 1.42–7.89; [not adjusted for other pesticides]). [This was a large study; there was possible confounding from use of other pesticides including MCPA, but this was considered in the analysis.]

### (d)   Other case–control studies in Europe

Orsi *et al.* (2009) reported the results of a hospital-based case–control study conducted in six centres in France between 2000 and 2004. Incident cases with a diagnosis of lymphoid neoplasm aged 20–75 years and controls of the same age and sex as the cases were recruited in the same hospital, mainly in the orthopaedic and rheumatological departments during the same period. [The Working Group noted that the age of case eligibility was given in the publication as 20–75 years in the materials and methods section, but as 18–75 years in the abstract.] Exposures to pesticides were evaluated through specific interviews and case-by-case expert reviews. The analyses included 491 cases (244 cases of NHL, 87 cases of Hodgkin lymphoma), 104 of lymphoproliferative syndrome, and 56 cases of multiple myeloma), and 456 age- and sex-matched controls. Positive associations between some subtypes and occupational exposure to several pesticides

were noted. The odds ratios associated with any exposure to glyphosate were 1.2 (95% CI, 0.6–2.1; 27 exposed cases) for all lymphoid neoplasms combined, 1.0 (95% CI, 0.5–2.2; 12 exposed cases) for NHL, 0.6 (95% CI, 0.2–2.1; 4 exposed cases) for lymphoproliferative syndrome, 2.4 (95% CI, 0.8–7.3) for multiple myeloma, and 1.7 (95% CI, 0.6–5.0; 6 exposed cases) for Hodgkin lymphoma, after adjusting for age, centre, and socioeconomic category ("blue/white collar").

Cocco et al. (2013) reported the results of a pooled analysis of case–control studies conducted in six European countries in 1998–2004 (EPILYMPH, Czech Republic, France, Germany, Ireland, Italy, and Spain) to investigate the role of occupational exposure to specific groups of chemicals in the etiology of lymphoma overall, B-cell lymphoma, and its most prevalent subtypes. A total of 2348 incident cases of lymphoma and 2462 controls were recruited. Controls from Germany and Italy were randomly selected by sampling from the general population, while the rest of the centres used matched hospital controls. Overall, the participation rate was 88% for cases, 81% for hospital controls, and 52% for population controls. An occupational history was collected with farm work-specific questions on type of crop, farm size, pests being treated, type and schedule of pesticide use. In each study centre, industrial hygienists and occupational experts assessed exposure to specific groups of pesticides and individual compounds with the aid of agronomists. [Therefore any exposure misclassification would be non-differential.] Analyses were conducted for lymphoma and the most prevalent lymphoma subtypes adjusting for age, sex, education, and centre. Lymphoma overall, and B-cell lymphoma were not associated with any class of the investigated pesticides, while the risk of chronic lymphocytic leukaemia was elevated among those ever exposed to inorganic and organic pesticides. Only for a few individual agrochemicals was there a sizeable number of study subjects to conduct a meaningful analysis,

and the odds ratio for exposure to glyphosate and B-cell lymphoma was 3.1 (95% CI, 0.6–17.1; 4 exposed cases and 2 exposed controls). [The study had a very limited power to assess the effects of glyphosate on risk of NHL.]

### 2.2.2 Other haematopoietic cancers

Orsi et al. (2009) also reported results for Hodgkin lymphoma (see Section 2.2.1).

Karunanayake et al. (2012) conducted a case–control study of Hodgkin lymphoma among white men, aged 19 years or older, in six regions of Canada (see the Malathion Monograph, Section 2.0, for a detailed description of this study). The analysis included 316 cases and 1506 age-matched (± 2 years) controls. Based on 38 cases exposed to glyphosate, the odds ratios were 1.14 (95% CI, 0.74–1.76) adjusted for age and province, and 0.99 (95% CI, 0.62–1.56) when additionally adjusted for medical history variables.

Brown et al. (1990) evaluated exposure to carcinogens in an agricultural setting and the relationship with leukaemia in a population-based case–control interview study in Iowa and Minnesota, USA, including 578 white men with leukaemia and 1245 controls. The exposure assessment was done with a personal interview of the living subjects or the next-of-kin. Farmers had a higher risk of all leukaemias compared with non-farmers, and associations were found for exposure to specific animal insecticides, including the organophosphates crotoxyphos, dichlorvos, famphur, pyrethrins, and methoxychlor. The odds ratio for glyphosate was 0.9 (95% CI, 0.5–1.6; 15 exposed cases; adjusted for vital status, age, state, tobacco use, family history of lymphopoietic cancer, high-risk occupations, and high-risk exposures). [This was a large study in an agricultural setting, but had limited power for studying the effects of glyphosate use.]

## 2.3  Case–control studies on other cancer sites

### 2.3.1  Cancer of the oesophagus and stomach

Lee et al. (2004b) evaluated the risk of adenocarcinomas of the oesophagus and stomach associated with farming and agricultural pesticide use. The population-based case–control study was conducted in eastern Nebraska, USA. Subjects of both sexes diagnosed with adenocarcinoma of the stomach ($n = 170$) or oesophagus ($n = 137$) between 1988 and 1993 were enrolled. Controls ($n = 502$) were randomly selected from the population registry of the same geographical area. The response rates were 79% for cancer of the stomach, 88% for cancer of the oesophagus, and 83% for controls. Adjusted odds ratios were estimated for use of individual and chemical classes of insecticides and herbicides, with non-farmers as the reference category. No association was found with farming or ever-use of insecticides or herbicides, or with individual pesticides. For ever-use of glyphosate, the odds ratio was 0.8 (95% CI, 0.4–1.4; 12 exposed cases) for cancer of the stomach, and 0.7 (95% CI, 0.3–1.4; 12 exposed cases) for oesophageal cancer. [The study was conducted in a farming area, but the power to detect an effect of glyphosate use was limited.]

### 2.3.2  Cancer of the brain

Ruder et al. (2004) conducted a case–control study on glioma among nonmetropolitan residents of Iowa, Michigan, Minnesota, and Wisconsin in the Upper Midwest Health Study, USA. The study included 457 cases of glioma and 648 population-based controls, all adult men. Exposure assessment was done with interviews of the subject or the relatives. The response rates were 93% and 70% for cases and controls, respectively. No association were found with any of the pesticides assessed, including glyphosate. [Glyphosate use was assessed, but specific results were not presented.]

Carreón et al. (2005) evaluated the effects of rural exposures to pesticides on risk of glioma among women aged 18–80 years who were nonmetropolitan residents of Iowa, Michigan, Minnesota, and Wisconsin in the Upper Midwest Health Study, USA. A total of 341 cases of glioma and 528 controls were enrolled. A personal interview was carried out for exposure assessment. The response rates were 90% and 72%, respectively. After adjusting for age, age group, education, and farm residence, no association with glioma was observed for exposure to several pesticide classes or individual pesticides. There was a reduced risk for glyphosate (OR, 0.7; 95% CI, 0.4–1.3; 18 exposed cases). These results were not affected by the exclusion of proxy respondents (43% of cases, 2% of controls).

Lee et al. (2005) evaluated the association between farming and agricultural pesticide use and risk of adult glioma in a population-based case–control study in eastern Nebraska, USA. Cases of glioma were in men and women ($n = 251$) and were compared with population controls from a previous study ($n = 498$). A telephone interview was conducted for 89% of the cases and 83% of the controls. Adjusted odds ratios for farming and for use of individual and chemical classes of insecticides and herbicides were calculated using non-farmers as the reference category. Among men, ever living or working on a farm and duration of farming were associated with significantly increased risks of glioma, but the positive findings were limited to proxy respondents. Among women, there were no positive associations with farming activities among self or proxy respondents. Some specific pesticide families and individual pesticides were associated with significantly increased risks among male farmers, but most of the positive associations were limited to proxy respondents. There was a non-significant excess risk with glyphosate use for the overall group (OR, 1.5; 95% CI, 0.7–3.1; 17 exposed cases), but there was inconsistency between observations for self-respondents (OR,

0.4; 95% CI, 0.1–1.6) and observations for proxy respondents (OR, 3.1; 95% CI, 1.2–8.2). [The study had limited power to detect an effect of glyphosate use, and the inconsistencies for self and proxy respondents made the results difficult to interpret.]

### 2.3.3 Soft tissue sarcoma

Pahwa et al. (2011) reported the results of the soft tissue sarcoma component of the cross-Canada study in relation to specific pesticides, including 357 cases of soft tissue sarcoma and 1506 population controls from 1991–1994. The fully adjusted odds ratio for glyphosate use was 0.90 (95% CI, 0.58–1.40).

### 2.3.4 Cancer of the prostate

Band et al. (2011) report results of a case–control study including 1516 patients with cancer of the prostate (ascertained by the cancer registry of British Columbia, Canada, for 1983–90) and 4994 age-matched controls with cancers at all other cancer sites excluding lung and unknown primary site. Agricultural exposures were assessed by job-exposure matrix. A total of 60 cases were exposed to glyphosate (adjusted OR, 1.36; 95% CI, 0.83–2.25).

### 2.3.5 Childhood cancer

Parental exposure to pesticides, including glyphosate, was assessed in a population-based case–control study of childhood leukaemia in Costa Rica (Monge et al., 2007). However, associations of childhood cancer with glyphosate were reported only for an "other pesticides" category that also included paraquat, chlorothalonil, and other chemicals. [Because glyphosate was not specifically assessed, this study was not evaluated by the Working Group.]

## 2.4. Meta-analyses

Schinasi & Leon (2014) conducted a systematic review and meta-analysis of NHL and occupational exposure to agricultural pesticides, including glyphosate. The meta-analysis for glyphosate included six studies (McDuffie et al., 2001; Hardell et al., 2002; De Roos et al., 2003; 2005a; Eriksson et al., 2008; Orsi et al., 2009) and yielded a meta risk-ratio of 1.5 (95% CI, 1.1–2.0). [The Working Group noted that the most fully adjusted risk estimates from the articles by Hardell et al. (2002) and Eriksson et al. (2008) were not used in this analysis. After considering the adjusted estimates of the two Swedish studies in the meta-analysis, the Working Group estimated a meta risk-ratio of 1.3 (95% CI, 1.03–1.65), $I^2 = 0\%$, $P$ for heterogeneity 0.589.]

## 3.   Cancer in Experimental Animals

### 3.1   Mouse

See Table 3.1

### 3.1.1   Dietary administration

Groups of 50 male and 50 female CD-1 mice [age not reported] were given diets containing glyphosate (purity, 99.7%) at a concentration of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 months. There was no treatment-related effect on body weight in male and female mice at the lowest or intermediate dose. There was a consistent decrease in body weight in the male and female mice at the highest dose compared with controls. Survival in all dose groups was similar to that of controls. There was a positive trend ($P = 0.016$, trend test; see EPA, 1985b) in the incidence of renal tubule adenoma in dosed male mice: 0/49, 0/49, 1/50 (2%), 3/50 (6%). [The Working Group noted that renal tubule adenoma is a rare tumour in CD-1 mice.] No data on tumours of the kidney

were provided for female mice. No other tumour sites were identified (EPA, 1985a). Subsequent to its initial report (EPA, 1985a), the United States Environmental Protection Agency (EPA) recommended that additional renal sections be cut and evaluated from all male mice in the control and treated groups. The pathology report for these additional sections (EPA, 1985b) indicated the same incidence of renal tubule adenoma as originally reported, with no significant increase in incidence between the control group and treated groups by pairwise comparison. However, as already reported above, the test for linear trend in proportions resulted in a significance of $P = 0.016$. The EPA (1986) also requested that a pathology working group (PWG) be convened to evaluate the tumours of the kidney observed in male mice treated with glyphosate, including the additional renal sections. In this second evaluation, the PWG reported that the incidence of adenoma of the renal tubule was 1/49 (2%), 0/49, 0/50, 1/50 (2%) [not statistically significant]; the incidence of carcinoma of the renal tubule was 0/49, 0/49, 1/50 (2%), 2/50 (4%) [$P = 0.037$, trend test for carcinoma]; and the incidence of adenoma or carcinoma (combined) of the renal tubule was 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) [$P = 0.034$, trend test for combined]. [The Working Group considered that this second evaluation indicated a significant increase in the incidence of rare tumours, with a dose-related trend, which could be attributed to glyphosate. Chandra & Frith (1994) reported that only 1 out of 725 [0.14%] CD-1 male mice in their historical database had developed renal cell tumours (one carcinoma).]

[The Working Group noted the differences in histopathological diagnosis between pathologists. Proliferative lesions of the renal tubules are typically categorized according to published criteria as hyperplasia, adenoma, or carcinoma. The difference is not trivial, because focal hyperplasia, a potentially preneoplastic lesion, should be carefully differentiated from the regenerative changes of the tubular epithelium. There is a morphological continuum in the development and progression of renal neoplasia. Thus larger masses may exhibit greater heterogeneity in histological growth pattern, and cytologically more pleomorphism and atypia than smaller lesions (Eustis *et al.*, 1994). Of note, a renal tumour confirmed by the PWG after re-evaluation of the original slides (EPA, 1986), had not been seen in the re-sectioned kidney slides (EPA, 1985b). This may be related to the growth of tumour that – in contrast to tumours in other organs – is not spherical but elliptical because of the potential expansion in tubules. In addition, the concept of tubular expansion without compression of adjacent parenchyma may be at the basis of the discrepancy between the first (EPA, 1985a, b) and second evaluation (EPA, 1986).]

In another study reported to the Joint FAO/WHO Meeting on Pesticide Residues (JMPR), groups of 50 male and 50 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 98.6%) at a concentration that was adjusted weekly for the first 13 weeks and every 4 weeks thereafter to give doses of 0, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 weeks (JMPR, 2006). There was no treatment-related effect on body weight or survival in any of the dosed groups. There was an increase in the incidence of haemangiosarcoma in males – 0/50, 0/50, 0/50, 4/50 (8%) [$P < 0.001$, Cochran–Armitage trend test], and in females – 0/50, 2/50 (4%), 0/50, 1/50 (2%) [not statistically significant], and an increase in the incidence of histiocytic sarcoma in the lymphoreticular/haemopoietic tissue in males – 0/50, 2/50 (4%), 0/50, 2/50 (4%), and in females – 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) [not statistically significant for males or females]. [The Working Group considered that this study was adequately reported.]

### 3.1.2 Initiation–promotion

Groups of 20 male Swiss mice [age at start not reported; body weight, 12–15 g] were given a glyphosate-based formulation (glyphosate, 41%; polyethoxylated tallowamine, ~15%) (referred to as glyphosate in the article) that was dissolved in 50% ethanol and applied onto the shaved back skin (George *et al.*, 2010). Treatment groups were identified as follows:

- Group I – untreated control;
- Group II – glyphosate only (25 mg/kg bw), applied topically three times per week for 32 weeks;
- Group III – single topical application of dimethylbenz[*a*]anthracene (DMBA; in ethanol; 52 µg/mouse), followed 1 week later by 12-*O*-tetradecanoylphorbol-13-acetate (TPA; in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group IV – single topical application of glyphosate (25 mg/kg bw) followed 1 week later by TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group V – glyphosate (25 mg/kg bw) applied topically three times per week for 3 weeks (total of nine applications), followed 1 week later by TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group VI – single topical application of DMBA (in ethanol; 52 µg/mouse);
- Group VII –TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks; and
- Group VIII –single topical application of DMBA (in ethanol; 52 µg/mouse), followed 1 week later by glyphosate (25 mg/kg bw), applied topically three times per week for 32 weeks.

All mice were killed at 32 weeks. Skin tumours were observed only in group III (positive control, DMBA + TPA, 20/20) and group VIII (DMBA + glyphosate, 8/20; $P < 0.05$ versus group VI [DMBA only, 0/20]). No microscopic examination was conducted and tumours were observed "as a minute wart like growth [that the authors called squamous cell papillomas], which progressed during the course of experiment." [The glyphosate formulation tested appeared to be a tumour promoter in this study. The design of the study was poor, with short duration of treatment, no solvent controls, small number of animals, and lack of histopathological examination. The Working Group concluded that this was an inadequate study for the evaluation of glyphosate.]

### 3.1.3 Review articles

Greim *et al.* (2015) have published a review article containing information on five long-term bioassay feeding studies in mice. Of these studies, one had been submitted for review to the EPA (EPA, 1985a, b, 1986, 1991a), and one to the JMPR (JMPR, 2006); these studies are discussed in Section 3.1.1. The review article reported on an additional three long-term bioassay studies in mice that had not been previously available in the open literature, but had been submitted to various organizations for registration purposes. The review article provided a brief summary of each study and referred to an online data supplement containing the original data on tumour incidence from study reports. The three additional long-term bioassay studies in mice are summarized below. [The Working Group was unable to evaluate these studies, which are not included in Table 3.1 and Section 5.3, because the information provided in the review article and its supplement was insufficient (e.g. information was lacking on statistical methods, choice of doses, body-weight gain, survival data, details of histopathological examination, and/or stability of dosed feed mixture).]

In the first study (identified as Study 12, 1997a), groups of 50 male and 50 female CD-1

mice [age at start not reported] were given diets containing glyphosate (purity, 94–96%) at a concentration of 0, 1600, 8000, or 40 000 ppm for 18 months. The increase in the incidence of bronchiolo-alveolar adenoma and carcinoma, and of lymphoma, was reported to be not statistically significant in males and females receiving glyphosate. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In the second study (identified as Study 13, 2001), groups of 50 male and 50 female Swiss albino mice [age at start not reported] were given diets containing glyphosate (purity, > 95%) at a concentration of 0 (control), 100, 1000, or 10 000 ppm for 18 months. The authors reported a statistically significant increase in the incidence of malignant lymphoma (not otherwise specified, NOS) in males at the highest dose: 10/50 (20%), 15/50 (30%), 16/50 (32%), 19/50 (38%; $P < 0.05$; pairwise test); and in females at the highest dose: 18/50 (36%), 20/50 (40%), 19/50 (38%), 25/50 (50%; $P < 0.05$; pairwise test). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In the third study (identified as Study 14, 2009a), groups of 51 male and 51 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 94.6–97.6%) at a concentration of 0, 500, 1500, or 5000 ppm for 18 months. Incidences for bronchiolo-alveolar adenoma and carcinoma, malignant lymphoma (NOS), and hepatocellular adenoma and carcinoma in males, and for bronchiolo-alveolar adenoma and carcinoma, malignant lymphoma (NOS) and pituitary adenoma in females, were included in the article. In males, the authors reported that there was a significant positive trend [statistical test not specified] in the incidence of bronchiolo-alveolar carcinoma (5/51, 5/51, 7/51, 11/51) and of malignant lymphoma (0/51, 1/51, 2/51, 5/51). [The Working Group was unable to

evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

## 3.2 Rat

See Table 3.2

### 3.2.1 Drinking-water

Groups of 10 male and 10 female Sprague-Dawley rats (age, 5 weeks) were given drinking-water containing a glyphosate-based formulation at a dose of 0 (control), $1.1 \times 10^{-8}$ % ($5.0 \times 10^{-5}$ mg/L), 0.09% (400 mg/L) or 0.5% ($2.25 \times 10^{3}$ mg/L), ad libitum, for 24 months (Séralini et al., 2014). [The study reported is a life-long toxicology study on a glyphosate-based formulation and on genetically modified NK603 maize, which the authors stated was designed as a full study of long-term toxicity and not a study of carcinogenicity. No information was provided on the identity or concentration of other chemicals contained in this formulation.] Survival was similar in treated and control rats. [No data on body weight were provided.] In female rats, there was an almost twofold increase in the incidence of tumours of the mammary gland (mainly fibroadenoma and adenocarcinoma) in animals exposed to the glyphosate-based formulation only versus control animals: control, 5/10 (50%); lowest dose, 9/10 (90%); intermediate dose, 10/10 (100%) [$P < 0.05$; Fisher exact test]; highest dose, 9/10 (90%). [The Working Group concluded that this study conducted on a glyphosate-based formulation was inadequate for evaluation because the number of animals per group was small, the histopathological description of tumours was poor, and incidences of tumours for individual animals were not provided.]

In another study with drinking-water, Chruscielska et al. (2000) gave groups of 55 male and 55 female Wistar rats (age, 6–7 weeks) drinking-water containing an ammonium salt

of glyphosate as a 13.85% solution [purity of glyphosate, not reported] that was used to make aqueous solutions of 0 (control), 300, 900, and 2700 mg/L, for 24 months [details on the dosing regimen were not reported]. The authors reported that survival and body-weight gain were similar in treated and control animals. No significant increase in tumour incidence was reported in any of the treated groups. [The Working Group noted the limited information provided on dosing regimen, histopathological examination method, and tumour incidences.]

### 3.2.2 Dietary administration

The JMPR report included information on a 1-year feeding study in which groups of 24 male and 24 female Wistar-Alpk:APfSD rats [age at start not reported] were given diets containing glyphosate (purity, 95.6%) at a concentration of 0, 2000, 8000, or 20 000 ppm, ad libitum, for 1 year (JMPR, 2006). There was a treatment-related decrease in body-weight gain at the two highest doses (significant at 20 000 ppm for both sexes, and at 8000 ppm only in females). There was no treatment-related decrease in survival. No significant increase in tumour incidence was observed in any of the treated groups. [The Working Group noted the short duration of exposure.]

The JMPR report also included information on a 104-week feeding study in which groups of 50 male and 50 female Sprague-Dawley rats [age at start not reported] were given diets containing glyphosate (purity, 98.7–98.9%) at a concentration that was adjusted to provide doses of 0, 10, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 weeks (JMPR, 2006). There was a treatment-related decrease in body-weight gain in males and females at the highest dose. There was no significant treatment-related decrease in survival or increase in tumour incidence in any of the treated groups.

Information was also included in the JMPR report on a 24-month feeding study in which

groups of 52 male and 52 female Wistar-Alpk:APfSD rats [age at start not reported] were given diets containing glyphosate (purity, 97.6%) at a concentration of 0, 2000, 6000, or 20 000 ppm, ad libitum, for 24 months (JMPR, 2006). There was a treatment-related decrease in body-weight gain in males and females at the highest dose, and a corresponding significant increase in survival in males. No significant increase in tumour incidence was observed in any of the treated groups.

The EPA (1991a, b, c, d) provided information on a long-term study in which groups of 60 male and 60 female Sprague-Dawley rats (age, 8 weeks) were given diets containing glyphosate (technical grade; purity, 96.5%) at a concentration of 0 ppm, 2000 ppm, 8000 ppm, or 20 000 ppm, ad libitum, for 24 months. Ten animals per group were killed after 12 months. There was no compound-related effect on survival, and no statistically significant decreases in body-weight gain in male rats. In females at the highest dose, body-weight gain was significantly decreased, starting on day 51. In males at the lowest dose, there was a statistically significant increase in the incidence of pancreatic islet cell adenoma compared with controls: 8/57 (14%) versus 1/58 (2%), $P \leq 0.05$ (Fisher exact test). Additional analyses by the EPA (1991a) (using the Cochran–Armitage trend test and Fisher exact test, and excluding rats that died or were killed before week 55) revealed a statistically significant higher incidence of pancreatic islet cell adenoma in males at the lowest and highest doses compared with controls: lowest dose, 8/45 (18%; $P = 0.018$; pairwise test); intermediate dose, 5/49 (10%); highest dose, 7/48 (15%; $P = 0.042$; pairwise test) versus controls, 1/43 (2%). The range for historical controls for pancreatic islet cell adenoma reported in males at this laboratory was 1.8–8.5%. [The Working Group noted that there was no statistically significant positive trend in the incidence of these tumours, and no apparent progression to carcinoma.] There was also a statistically significant positive trend in the incidence of hepatocellular adenoma in

males ($P = 0.016$) and of thyroid follicular cell adenoma in females ($P = 0.031$). [The Working Group noted that there was no apparent progression to carcinoma for either tumour type.]

The EPA (1991a, b, c, d) provided information on another long-term study in which groups of 50 male and 50 female Sprague-Dawley rats [age at start not reported] were given diets containing glyphosate (purity, 98.7%) at a concentration of 0, 30 (3 mg/kg bw per day), 100 (10 mg/kg bw per day), or 300 ppm (31 mg/kg bw per day), ad libitum, for life (up to 26 months). No information was provided on body weight or survival of the study animals. An increase in the incidence of pancreatic islet cell adenoma was reported in males at the lowest dose: controls, 0/50 (0%); lowest dose, 5/49 (10%) [$P < 0.05$; Fisher exact test]; intermediate dose, 2/50 (4%); highest dose, 2/50 (4%). [The Working Group noted that there was no statistically significant positive dose-related trend in the incidence of these tumours, and no apparent progression to carcinoma.]

### 3.2.3 Review articles

Greim et al. (2015) have published a review article containing information on nine long-term bioassay feeding studies in rats. Of these studies, two had been submitted for review to the EPA (1991a, b, c, d), two to the JMPR (JMPR, 2006), and one had been published in the openly available scientific literature (Chruscielska et al., 2000); these studies are discussed earlier in Section 3.2. The review article reported on an additional four long-term bioassay studies in rats that had not been previously published, but had been submitted to various organizations for registration purposes. The review article provided a brief summary of each study and referred to an online data supplement containing the original data on tumour incidence from study reports. The four additional long-term bioassay studies in rats are summarized below. [The Working Group did not evaluate these studies, which are

not included in Table 3.2 and Section 5.3, because the information provided in the review article and its supplement was insufficient (e.g. information lacking on statistical methods, choice of doses, body-weight gain, survival data, details on histopathological examination and/or stability of dosed feed mixture).]

In one study (identified as Study 4, 1996), groups of 50 male and 50 female Wistar rats [age at start not reported] were given diets containing glyphosate (purity, 96%) at a concentration of 0, 100, 1000, or 10 000 ppm, ad libitum, for 24 months. It was reported that hepatocellular adenomas and hepatocellular carcinomas were found at non-statistically significant incidences in both males and females. There was no significant increase in tumour incidence in the treated groups. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In one study in Sprague-Dawley rats (identified as Study 5, 1997), groups of 50 male and 50 female rats [age at start not reported] were given diets containing glyphosate technical acid [purity not reported] at a concentration of 0, 3000, 15 000, or 25 000 ppm, ad libitum, for 24 months. There was no significant increase in tumour incidence in the treated groups. [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information.]

In a second study in Sprague Dawley rats (identified as Study 6, 1997b), groups of 50 males and 50 females [age at start not reported] were given diets containing glyphosate (purity, 94.6–97.6%) at a concentration of 0, 3000, 10 000, or 30 000 ppm, ad libitum, for 24 months. Non-significant increases in tumour incidences compared with controls were noted for skin keratoacanthoma in males at the highest dose, and for fibroadenoma of the mammary gland in females at the lowest and intermediate doses. [The Working Group was unable to evaluate this

study because of the limited experimental data provided in the review article and supplemental information.]

In another study in male and female Wistar rats (identified as Study 8, 2009b), groups of 51 male and 51 female rats [age at start not reported] were fed diets containing glyphosate (purity, 95.7%) at a concentration of 0, 1500, 5000, or 15 000 ppm, ad libitum, for 24 months. The highest dose was progressively increased to reach 24 000 ppm by week 40. A non-significant increase in tumour incidence was noted for adenocarcinoma of the mammary gland in females at the highest dose (6/51) compared with controls (2/51). [The Working Group was unable to evaluate this study because of the limited experimental data provided in the review article and supplemental information. The Working Group noted that tumours of the mammary gland had been observed in other studies in rats reviewed for the present *Monograph*.]

# 4. Mechanistic and Other Relevant Data

## 4.1 Toxicokinetic data

### 4.1.1 Introduction

The herbicidal activity of glyphosate is attributed to interference with the production of essential aromatic amino acids (EPA, 1993b). In plants, glyphosate competitively inhibits the activity of enolpyruvylshikimate phosphate synthase, an enzyme that is not present in mammalian cells. Glyphosate is degraded by soil microbes to aminomethylphosphonic acid (AMPA) (see Fig. 4.1), a metabolite that can accumulate in the environment. In mammals, glyphosate is not metabolized efficiently, and is mainly excreted unchanged into the urine; however, it has been suggested that glyphosate can undergo gut microbial metabolism in humans (Motojyuku *et al.*, 2008) and rodents (Brewster *et al.*, 1991).

### 4.1.2 Absorption

#### (a) Humans

Data on the absorption of glyphosate via intake of food and water in humans were not available to the Working Group. Inhalation of glyphosate is considered to be a minor route of exposure in humans, because glyphosate is usually formulated as an isopropylamine salt with a very low vapour pressure (Tomlin, 2000).

In the Farm Family Exposure Study, 60% of farmers had detectable levels of glyphosate in 24-hour composite urine samples taken on the day they had applied a glyphosate-based formulation (Acquavella *et al.*, 2004). Farmers who did not use rubber gloves had higher urinary concentrations of glyphosate than those who did use gloves [indicating that dermal absorption is a relevant route of exposure]. In a separate study, detectable levels of glyphosate were found in urine samples from farm families and non-farm families (Curwin *et al.*, 2007).

In accidental and deliberate intoxication cases involving ingestion of glyphosate-based formulations, glyphosate was readily detectable in the blood (Zouaoui *et al.*, 2013). After deliberate or accidental ingestion, one glyphosate-based formulation was found to be more lethal to humans than another (Sørensen & Gregersen, 1999). [Greater lethality was attributed to the presence of trimethylsulfonium counterion, which might facilitate greater absorption after oral exposure.]

Small amounts of glyphosate can be absorbed after dermal exposures in humans in vitro. For example, when an aqueous solution of 1% glyphosate was applied in an in-vitro human skin model, only 1.4% of the applied dose was absorbed through the skin. Glyphosate is typically formulated as an isopropylamine salt, and is dissolved in a water-based vehicle, while the

stratum corneum is a lipid-rich tissue (Wester et al., 1991). In-vitro studies using human skin showed that percutaneous absorption of a glyphosate-based formulation was no more than 2% of the administered dose over a concentration range of 0.5–154 µg/cm$^2$ and a topical volume range of 0.014–0.14 mL/cm$^2$. In addition, very little glyphosate (≤ 0.05% of the administered dose) was sequestered in the stratum corneum after dermal application (Wester et al., 1991).

In the human Caco-2 cell line, an in-vitro model of intestinal enterocytes, glyphosate (> 10 mg/mL) was shown to significantly disrupt barrier properties, leading to an increase in paracellular permeability (transport of substances that pass through the intercellular space between the cells) (Vasiluk et al., 2005).

### (b) Experimental systems

Three studies have been conducted to investigate the absorption of a single oral dose of glyphosate in rats (Brewster et al., 1991; Chan & Mahler, 1992; EPA, 1993b).

In male Sprague-Dawley rats given [$^{14}$C]-labelled glyphosate (10 mg/kg bw), the majority of the radiolabel was associated with the gastrointestinal contents and small intestinal tissue 2 hours after administration (Brewster et al., 1991). Approximately 35–40% of the administered dose was found to be absorbed from the gastrointestinal tract. Urinary and faecal routes of elimination were equally important. [The Working Group concluded that glyphosate is incompletely absorbed from the gastrointestinal tract after oral exposure in rats.]

In a study by the United States National Toxicology Programme (NTP) in Fisher 344 rats, 30% of the administered oral dose (5.6 mg/kg bw) was absorbed, as determined by urinary excretion data (Chan & Mahler, 1992). This finding was in accordance with the previously described study of oral exposure in rats (Brewster et al., 1991).

In a study reviewed by the EPA, Sprague-Dawley rats were given an oral dose of glyphosate (10 mg/kg bw); 30% and 36% of the administered dose was absorbed in males and females, respectively (EPA, 1993b). At a dose that was ~10-fold higher (1000 mg/kg bw), oral absorption of glyphosate by the rats was slightly reduced.

In a 14-day feeding study in Wistar rats given glyphosate at dietary concentrations of up to 100 ppm, only ~15% of the administered dose was found to be absorbed (JMPR, 2006). In New Zealand White rabbits or lactating goats given glyphosate as single oral doses (6–9 mg/kg bw), a large percentage of the administered dose was recovered in the faeces [suggesting very poor gastrointestinal absorption of glyphosate in these animal models] (JMPR, 2006).

In monkeys given glyphosate by dermal application, percutaneous absorption was estimated to be between 1% and 2% of the administered dose (Wester et al., 1991). Most of the administered dose was removed by surface washes of the exposed skin.

### 4.1.3 Distribution

#### (a) Humans

No data in humans on the distribution of glyphosate in systemic tissues other than blood were available to the Working Group. In cases of accidental or deliberate intoxication involving ingestion of glyphosate-based formulations, glyphosate was measured in blood. Mean blood concentrations of glyphosate were 61 mg/L and 4146 mg/L in mild-to-moderate cases of intoxication and in fatal cases, respectively (Zouaoui et al., 2013).

One report, using optical spectroscopy and molecular modelling, indicated that glyphosate could bind to human serum albumin, mainly by hydrogen bonding; however, the fraction of glyphosate that might bind to serum proteins in blood was not actually measured (Yue et al., 2008).

**Fig. 4.1 Microbial metabolism of glyphosate to AMPA**



Glyphosate is degraded to AMPA by microbial metabolism
Compiled by the Working Group

*(b)    Experimental systems*

In Sprague-Dawley rats given a single oral dose of glyphosate (100 mg/kg bw), glyphosate concentrations in plasma reached peak levels, then declined slowly from day 1 to day 5 (Bernal *et al.*, 2010). The plasma data appeared to fit a one-compartment model with an elimination rate constant of $k_{el} = 0.021$ hour$^{-1}$. [The Working Group estimated the elimination half-life of glyphosate to be 33 hours.] Tissue levels of glyphosate were not determined in this study. In a study by Brewster *et al.* (1991), the tissue levels of glyphosate at 2, 6.3, 28, 96, and 168 hours in Sprague-Dawley rats given a single oral dose (10 mg/kg bw) declined rapidly. Tissues with the greatest amounts of detectable radiolabel (> 1% of the administered dose) were the small intestine, colon, kidney, and bone. Peak levels were reached in small intestine tissue and blood by 2 hours, while peak levels in other tissues occurred at 6.3 hours after dosing. After 7 days, the total body burden of [14C]-labelled residues was ~1% of the administered dose, and was primarily associated with the bone (~1 ppm). In every tissue examined after administration of [14C]-labelled glyphosate, essentially 100% of the radiolabel that was present in the tissue was unmetabolized parent glyphosate. Thus, essentially 100% of the body burden was parent compound, with no significant persistence of glyphosate after 7 days (Brewster *et al.*, 1991). In a 14-day feeding study in Wistar rats given diets containing glyphosate at 100 ppm, glyphosate reached steady-state levels

in the blood by day 6 (JMPR, 2006). The tissue concentrations of glyphosate had the following rank order: kidneys > spleen > fat > liver. Tissue levels declined rapidly after cessation of exposure to glyphosate. A second study in rats given glyphosate (10 mg/kg bw per day, 14 days) followed by a single oral dose of [14C]-glyphosate (at 10 mg/kg bw) showed that repeated dosing did not alter the tissue distribution of glyphosate (JMPR, 2006).

In rhesus monkeys, tissues harvested 7 days after dermal exposures to [14C]-labelled glyphosate did not contain radiolabel at detectable levels (Wester *et al.*, 1991).

### 4.1.4   Metabolism and modulation of metabolic enzymes

*(a)    Metabolism*

Glyphosate is degraded in the environment by soil microbes, primarily to AMPA and carbon dioxide (Fig. 4.1; Jacob *et al.*, 1988). A minor pathway for the degradation of glyphosate in bacteria (*Pseudomonas sp.* strain LBr) is via conversion to glycine (Jacob *et al.*, 1988). In a case of deliberate poisoning with a glyphosate-based formulation, small amounts of AMPA (15.1 µg/mL) were detectable in the blood (Motojyuku *et al.*, 2008) [suggesting that this pathway might also operate in humans]. In rats given a single high oral dose of glyphosate (100 mg/kg bw), small amounts of AMPA were detected in the plasma (Bernal *et al.*, 2010). In

male Sprague-Dawley rats given an oral dose of glyphosate (10 mg/kg bw), a very small amount of AMPA (< 0.04% of the administered dose) was detected in the colon 2 hours after dosing; this was attributed to intestinal microbial metabolism (Brewster *et al.*, 1991).

### (b) Modulation of metabolic enzymes

#### (i) Humans

In human hepatic cell lines, treatment with one of four glyphosate-based formulations produced by the same company was shown to enhance CYP3A4 and CYP1A2 levels, while glutathione transferase levels were reduced (Gasnier *et al.*, 2010). [The Working Group noted that it was not clear whether the effects were caused by glyphosate alone or by the adjuvants contained in the formulation.]

#### (ii) Experimental systems

Exposure of Wistar rats to a glyphosate-based formulation significantly altered some hepatic xenobiotic enzyme activities (Larsen *et al.*, 2014). Liver microsomes obtained from male and female rats treated with the formulation exhibited ~50% reductions in cytochrome P450 (CYP450) content compared with control (untreated) rats. However, opposing effects were observed when assessing 7-ethoxycoumarin *O*-deethylase activity (7-ECOD, a non-specific CYP450 substrate). Female rats treated with the glyphosate-based formulation exhibited a 57% increase in hepatic microsomal 7-ECOD activity compared with controls, while male rats treated with the formulation exhibited a 58% decrease in this activity (Larsen *et al.*, 2014). [The Working Group noted that it was not clear whether the effects were caused by glyphosate alone or by adjuvants contained in the formulation.]

### 4.1.5 Excretion

#### (a) Humans

Excretion of glyphosate in humans was documented in several biomonitoring studies. For example, as part of the Farm Family Exposure Study, urinary concentrations of glyphosate were evaluated immediately before, during, and after glyphosate application in 48 farmers and their spouses and children (Acquavella *et al.*, 2004). Dermal contact with glyphosate during mixing, loading, and application was considered to be the main route of exposure in the study. On the day the herbicide was applied, 60% of the farmers had detectable levels of glyphosate in 24-hour composite urine samples, as did 4% of their spouses and 12% of children. For farmers, the geometric mean concentration was 3 μg/L, the maximum value was 233 μg/L, and the highest estimated systemic dose was 0.004 mg/kg bw (Acquavella *et al.*, 2004). In a separate study, detectable levels of glyphosate were excreted in the urine of members of farm families and of non-farm families, with geometric means ranging from 1.2 to 2.7 μg/L (Curwin *et al.*, 2007).

In a study of a rural population living near areas sprayed for drug eradication in Colombia (see Section 1.4.1, Table 1.5), mean urinary glyphosate concentrations were 7.6 μg/L (range, undetectable to 130 μg/L) (Varona *et al.*, 2009). AMPA was detected in 4% of urine samples (arithmetic mean, 1.6 μg/L; range, undetectable to 56 μg/L).

#### (b) Experimental systems

In an NTP study in Fisher 344 rats given a single oral dose of [$^{14}$C]-labelled glyphosate (5.6 or 56 mg/kg bw), it was shown that > 90% of the radiolabel was eliminated in the urine and faeces within 72 hours (Chan & Mahler, 1992). In Sprague-Dawley rats given [$^{14}$C]-labelled glyphosate at an oral dose of 10 or 1000 mg/kg bw, ~60–70% of the administered dose was excreted in the faeces, and the remainder in the urine (EPA,

1993b). By either route, most (98%) of the administered dose was excreted as unchanged parent compound. AMPA was the only metabolite found in the urine (0.2–0.3% of the administered dose) and faeces (0.2–0.4% of the administered dose). [The large amount of glyphosate excreted in the faeces is consistent with its poor oral absorption.] Less than 0.3% of the administered dose was expired as carbon dioxide.

In rhesus monkeys given glyphosate as an intravenous dose (9 or 93 μg), > 95% of the administered dose was excreted in the urine (Wester et al., 1991). Nearly all the administered dose was eliminated within 24 hours. In contrast, in rhesus monkeys given glyphosate by dermal application (5400 μg/20 cm²), only 2.2% of the administered dose was excreted in the urine within 7 days (Wester et al., 1991).

Overall, systemically absorbed glyphosate is not metabolized efficiently, and is mainly excreted unchanged into the urine.

## 4.2 Mechanisms of carcinogenesis

### 4.2.1 Genetic and related effects

Glyphosate has been studied for genotoxic potential in a wide variety of assays. Studies carried out in exposed humans, in human cells in vitro, in other mammals in vivo and in vitro, and in non-mammalian systems in vivo and in vitro, respectively, are summarized in Table 4.1, Table 4.2, Table 4.3, Table 4.4, and Table 4.5. [A review article by Kier & Kirkland (2013) summarized the results of published articles and unpublished reports of studies pertaining to the genotoxicity of glyphosate and glyphosate formulations. A supplement to this report contained information on 66 unpublished regulatory studies. The conclusions and data tables for each individual study were included in the supplement; however, the primary study reports from which these data were extracted were not available to the Working Group. The information

provided in the supplement was insufficient regarding topics such as details of statistical methods, choice of the highest dose tested, and verification of the target tissue exposure. The Working Group determined that the information in the supplement to Kier & Kirkland (2013) did not meet the criteria for data inclusion as laid out in the Preamble to the *IARC Monographs*, being neither "reports that have been published or accepted for publication in the openly available scientific literature" nor "data from governmental reports that are publicly available" (IARC, 2006). The review article and supplement were not considered further in the evaluation.]

### (a) Humans

### (i) Studies in exposed humans

See Table 4.1

In exposed individuals ($n$ = 24) living in northern Ecuador in areas sprayed with a glyphosate-based formulation, a statistically significant increase in DNA damage (DNA strand breaks) was observed in blood cells collected 2 weeks to 2 months after spraying (Paz-y-Miño et al., 2007). The same authors studied blood cells from individuals ($n$ = 92) in 10 communities in Ecuador's northern border, who were sampled 2 years after the last aerial spraying with a herbicide mix containing glyphosate, and showed that their karyotypes were normal compared with those of a control group (Paz-y-Miño et al., 2011).

Bolognesi et al. (2009) studied community residents (137 women of reproductive age and their 137 spouses) from five regions in Colombia. In three regions with exposures to glyphosate-based formulations from aerial spraying, blood samples were taken from the same individuals at three time-points (before spraying (baseline), 5 days after spraying and 4 months after spraying) to determine the frequency of micronucleus formation in lymphocytes. The baseline frequency of binucleated cells with micronuclei was significantly higher in subjects

from the three regions where there had been aerial spraying with glyphosate-formulations and in a fourth region with pesticide exposure (but not through aerial spraying), compared with a reference region (without use of pesticide). The frequency of micronucleus formation in peripheral blood lymphocytes was significantly increased, compared with baseline levels in the same individuals, after aerial spraying with glyphosate-based formulations in each of the three regions (see Table 4.1; Bolognesi et al., 2009). Immediately after spraying, subjects who reported direct contact with the glyphosate-based spray showed a higher frequency of binucleated cells with micronuclei. However, the increase in frequency of micronucleus formation observed immediately after spraying was not consistent with the rates of application used in the regions, and there was no association between self-reported direct contact with pesticide sprays and frequency of binucleated cells with micronuclei. In subjects from one but not other regions, the frequency of binucleated cells with micronuclei was significantly decreased 4 months after spraying, compared with immediately after spraying.

*(ii)    Human cells in vitro*

See Table 4.2

Glyphosate induced DNA strand breaks (as measured by the comet assay) in liver Hep-2 cells (Mañas et al., 2009a), lymphocytes (Mladinic et al., 2009b; Alvarez-Moya et al., 2014), GM38 fibroblasts, the HT1080 fibrosarcoma cell line (Monroy et al., 2005), and the TR146 buccal carcinoma cell line (Koller et al., 2012). DNA strand breaks were induced by AMPA in Hep-2 cells (Mañas et al., 2009b), and by a glyphosate-based formulation in the TR146 buccal carcinoma cell line (Koller et al., 2012).

In human lymphocytes, AMPA (Mañas et al., 2009b), but not glyphosate (Mañas et al., 2009a), produced chromosomal aberrations. Glyphosate did not induce a concentration-related increase in micronucleus formation in human lymphocytes at levels estimated to correspond to occupational and residential exposure (Mladinic et al., 2009a). Sister-chromatid exchange was induced by glyphosate (Bolognesi et al., 1997), and by a glyphosate-based formulation (Vigfusson & Vyse, 1980; Bolognesi et al., 1997) in human lymphocytes exposed in vitro.

*(b)    Experimental systems*

*(i)    Non-human mammals in vivo*

See Table 4.3

The ability of glyphosate or a glyphosate-based formulation to induce DNA adducts was studied in mice given a single intraperitoneal dose. Glyphosate induced DNA adducts (8-hydroxy deoxyguanosine) in the liver, but not in the kidney, while a glyphosate-based formulation caused a slight increase in DNA adducts in the kidney, but not in the liver (Bolognesi et al., 1997). Peluso et al. (1998) showed that a glyphosate-based formulation (glyphosate, 30.4%), but not glyphosate alone, caused DNA adducts (as detected by $^{32}$P-DNA post-labelling) in mouse liver and kidney. Glyphosate and a glyphosate-based formulation produced DNA strand breaks in the liver and kidney after a single intraperitoneal dose (Bolognesi et al., 1997).

In mice given a single dose of glyphosate by gavage, no genotoxic effect was observed by the dominant lethal test (EPA, 1980a).

After a single intraperitoneal dose, no chromosomal aberrations were observed in the bone marrow of rats treated with glyphosate (Li & Long 1988), while chromosomal aberrations were increased in the bone marrow of mice given a glyphosate-based formulation (glyphosate isopropylamine salt, ~41%) (Prasad et al., 2009). A single oral dose of a glyphosate-based formulation did not cause chromosomal aberrations in mice (Dimitrov et al., 2006).

In mice treated by intraperitoneal injection, a single dose of glyphosate did not cause

micronucleus formation in the bone marrow (Rank *et al.*, 1993), although two daily doses did (Bolognesi *et al.*, 1997; Mañas *et al.*, 2009a). AMPA, the main metabolite of glyphosate, also produced micronucleus formation after two daily intraperitoneal doses (Mañas *et al.*, 2009b). Conflicting results for micronucleus induction were obtained in mice exposed intraperitoneally to a glyphosate-based formulation. A single dose of the formulation at up to 200 mg/kg bw did not induce micronucleus formation in the bone marrow in one study (Rank *et al.* 1993), while it did increase micronucleus formation at 25 mg/kg bw in another study (Prasad *et al.*, 2009). After two daily intraperitoneal doses, a glyphosate-based formulation did not induce micronucleus formation at up to 200 mg/kg bw according to Grisolia (2002), while Bolognesi *et al.* (1997) showed that the formulation did induce micronucleus formation at 450 mg/kg bw. In mice given a single oral dose of a glyphosate-based formulation at 1080 mg/kg bw, no induction of micronuclei was observed (Dimitrov *et al.*, 2006).

*(ii)   Non-human mammalian cells in vitro*
       See Table 4.4

Glyphosate did not induce unscheduled DNA synthesis in rat primary hepatocytes, or *Hprt* mutation (with or without metabolic activation) in Chinese hamster ovary cells (Li & Long, 1988).

In bovine lymphocytes, chromosomal aberrations were induced by glyphosate in one study (Lioi *et al.*, 1998), but not by a glyphosate formulation in another study (Siviková & Dianovský, 2006). Roustan *et al.* (2014) demonstrated, in the CHO-K1 ovary cell line, that glyphosate induced micronucleus formation only in the presence of metabolic activation, while AMPA induced micronucleus formation both with and without metabolic activation. Sister-chromatid exchange was observed in bovine lymphocytes exposed to glyphosate (Lioi *et al.*, 1998) or a glyphosate formulation (in the absence but not the presence of metabolic activation) (Siviková & Dianovský, 2006).

*(iii)   Non-mammalian systems in vivo*
       See Table 4.5

*Fish and other species*

In fish, glyphosate produced DNA strand breaks in the comet assay in sábalo (Moreno *et al.*, 2014), European eel (Guilherme *et al.*, 2012b), zebrafish (Lopes *et al.*, 2014), and Nile tilapia (Alvarez-Moya *et al.*, 2014). AMPA also induced DNA strand breaks in the comet assay in European eel (Guilherme *et al.*, 2014b). A glyphosate-based formulation produced DNA strand breaks in numerous fish species, such as European eel (Guilherme *et al.*, 2010, 2012b, 2014a; Marques *et al.*, 2014, 2015), sábalo (Cavalcante *et al.*, 2008; Moreno *et al.*, 2014), guppy (De Souza Filho *et al.*, 2013), bloch (Nwani *et al.*, 2013), neotropical fish *Corydoras paleatus* (de Castilhos Ghisi & Cestari, 2013), carp (Gholami-Seyedkolaei *et al.*, 2013), and goldfish (Cavaş & Könen, 2007).

AMPA, the main metabolite of glyphosate, induced erythrocytic nuclear abnormalities (kidney-shaped and lobed nuclei, binucleate or segmented nuclei and micronuclei) in European eel (Guilherme *et al.*, 2014b). Micronucleus formation was induced by different glyphosate-based formulations in various fish (Grisolia, 2002; Cavaş & Könen, 2007; De Souza Filho *et al.*, 2013; Vera-Candioti *et al.*, 2013).

Glyphosate-based formulations induced DNA strand breaks in other species, including caiman (Poletta *et al.*, 2009), frog (Meza-Joya *et al.*, 2013), tadpoles (Clements *et al.*, 1997), and snail (Mohamed, 2011), but not in oyster (Akcha *et al.*, 2012), clam (dos Santos & Martinez, 2014), and mussel glochidia (Conners & Black, 2004). In earthworms, one glyphosate-based formulation induced DNA strand breaks while two others did not (Piola *et al.*, 2013; Muangphra *et al.*, 2014), highlighting the potential importance of components other than the active ingredient in the formulation.

Micronucleus formation was induced by a glyphosate-based formulation (glyphosate, 36%) in earthworms (Muangphra et al., 2014), and by a different glyphosate-based formulation in caiman (Poletta et al., 2009, 2011), and frog (Yadav et al., 2013).

*Insects*

In standard *Drosophila melanogaster*, glyphosate induced mutation in the test for somatic mutation and recombination, but not in a cross of flies characterized by an increased capacity for CYP450-dependent bioactivation (Kaya et al., 2000). A glyphosate-based formulation also caused sex-linked recessive lethal mutations in *Drosophila* (Kale et al., 1995).

*Plants*

In plants, glyphosate produced DNA damage in *Tradescantia* in the comet assay (Alvarez-Moya et al., 2011). Chromosomal aberration was induced after exposure to glyphosate in fenugreek (Siddiqui et al., 2012), and in onion in one study (Frescura et al., 2013), but not in another (Rank et al., 1993). A glyphosate-based formulation also induced chromosomal aberration in barley roots (Truta et al., 2011) and onion (Rank et al., 1993), but not in *Crepis capillaris* (hawksbeard) (Dimitrov et al., 2006). Micronucleus formation was not induced by glyphosate in *Vicia faba* bean (De Marco et al., 1992) or by a glyphosate-based formulation in *Crepis capillaris* (Dimitrov et al., 2006).

*(iv)    Non-mammalian systems in vitro*

See Table 4.6

Glyphosate induced DNA strand breaks in erythrocytes of tilapia fish, as demonstrated by comet assay (Alvarez-Moya et al., 2014).

Glyphosate did not induce mutation in *Bacillus subtillis, Salmonella typhimurium* strains TA1535, TA1537, TA1538, TA98, and TA100, or in *Escherichia coli* WP2, with or without metabolic activation (Li & Long, 1988). However, Rank et al. (1993) demonstrated that a glyphosate-based formulation was mutagenic in *S. typhimurium* TA98 in the absence of metabolic activation, and in *S. typhimurium* TA100 in the presence of metabolic activation.

### 4.2.2 Receptor-mediated mechanisms

*(a)    Sex-hormone pathway disruption*

*(i)    Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

In hormone-dependent T47D breast cancer cells, the proliferative effects of glyphosate ($10^{-6}$ to 1 μM) (see Section 4.2.4) and those of 17β-estradiol (the positive control) were mitigated by the estrogen receptor antagonist, ICI 182780; the proliferative effect of glyphosate was completely abrogated by the antagonist at a concentration of 10 nM (Thongprakaisang et al., 2013). Glyphosate also induced activation of the estrogen response element (ERE) in T47D breast cancer cells that were stably transfected with a triplet ERE-promoter-luciferase reporter gene construct. Incubation with ICI 182780 at 10 nM eliminated the response. When the transfected cells were incubated with both 17β-estradiol and glyphosate, the effect of 17β-estradiol was reduced and glyphosate behaved as an estrogen antagonist. After 6 hours of incubation, glyphosate increased levels of estrogen receptors ERα and ERβ in a dose-dependent manner in T47D cells; after 24 hours, only ERβ levels were increased and only at the highest dose of glyphosate. [These findings suggested that the proliferative effects of glyphosate on T47D cells are mediated by ER.]

In human hepatocarcinoma HepG2 cells, four glyphosate-based formulations produced by the same company had a marked effect on the activity and transcription of aromatase, while glyphosate alone differed from controls, but not significantly so (Gasnier et al., 2009).

Additionally, although all four glyphosate-based formulations dramatically reduced the transcription of ERα and ERβ in ERE-transfected HepG2 cells, glyphosate alone had no significant effect. Glyphosate and all four formulations reduced androgen-receptor transcription in the breast cancer cell line MDA-MB453-kb2, which has a high level of androgen receptor, with the formulations showing greater activity than glyphosate alone.

In a human placental cell line derived from choriocarcinoma (JEG3 cells), 18 hours of exposure to a glyphosate-based formulation (IC$_{50}$ = 0.04%) decreased aromatase activity (Richard *et al.*, 2005). Glyphosate alone was without effect. The concentrations used did not affect cell viability.

Glyphosate, at non-overtly toxic concentrations, decreased aromatase activity in fresh human placental microsomes and transformed human embryonic kidney cells (293) transfected with human aromatase cDNA (Benachour *et al.*, 2007). A glyphosate-based formulation, at non-overtly toxic concentrations, had the same effect. The formulation was more active at equivalent doses than glyphosate alone.

In human androgen receptor and ERα and ERβ reporter gene assays using the Chinese hamster ovary cell line (CHO-K1), glyphosate had neither agonist nor antagonist activity (Kojima *et al.*, 2004, 2010).

*(ii) Non-human mammalian experimental systems*

*In vivo*

No data were available to the Working Group.

*In vitro*

Benachour *et al.* (2007) and Richard *et al.* (2005) reported that glyphosate and a glyphosate-based formulation inhibited aromatase activity in microsomes derived from equine testis. Richard *et al.* (2005) reported an absorbance spectrum consistent with an interaction between a nitrogen atom of glyphosate and the active site of the purified equine aromatase enzyme.

In the mouse MA-10 Leydig cell tumour cell line, a glyphosate-based formulation (glyphosate, 180 mg/L) markedly reduced [(Bu)$_2$] cAMP-stimulated progesterone production (Walsh *et al.*, 2000). The inhibition was dose-dependent, and occurred in the absence of toxicity or parallel reductions in total protein synthesis. In companion studies, the formulation also disrupted steroidogenic acute regulatory protein expression, which is critical for steroid hormone synthesis. Glyphosate alone did not affect steroidogenesis at any dose tested up to 100 µg/L. Forgacs *et al.* (2012) found that glyphosate (300 µM) had no effect on testosterone production in a novel murine Leydig cell line (BLTK1). Glyphosate did not modulate the effect of recombinant human chorionic gonadotropin, which served as the positive control for testosterone production.

*(iii) Non-mammalian experimental systems*

Gonadal tissue levels of testosterone, 17β-estradiol and total microsomal protein were significantly reduced in adult snails (*Biomphalaria alexandrina*) exposed for 3 weeks to a glyphosate-based formulation (glyphosate, 48%) at the LC$_{10}$ (10% lethal concentration) (Omran & Salama, 2013). These effects persisted after a 2-week recovery period, although the impact on 17β-estradiol was reduced in the recovery animals. The formulation also induced marked degenerative changes in the ovotestis, including absence of almost all the gametogenesis stages. CYP450 1B1, measured by enzyme-linked immunosorbent assay (ELISA), was substantially increased in the treated snails, including after the recovery period.

Glyphosate (0.11 mg/L for 7 days) did not increase plasma vittelogenin levels in juvenile rainbow trout (Xie *et al.*, 2005).

*(b)   Other pathways*

*(i)   Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

Glyphosate did not exhibit agonist activity in an assay for a human pregnane X receptor (PXR) reporter gene in a CHO-K1 cell line (Kojima *et al.*, 2010).

*(ii)   Non-human mammalian experimental systems*

*In vivo*

In rats, glyphosate (300 mg/kg bw, 5 days per week, for 2 weeks) had no effect on the formation of peroxisomes, or the activity of hepatic carnitine acetyltransferase and catalase, and did not cause hypolipidaemia, suggesting that glyphosate does not have peroxisome proliferator-activated receptor activity (Vainio *et al.*, 1983).

*In vitro*

Glyphosate was not an agonist for mouse peroxisome proliferator-activated receptors PPARα or PPARγ in reporter gene assays using CV-1 monkey kidney cells in vitro (Kojima *et al.*, 2010). Glyphosate was also not an agonist for the aryl hydrocarbon receptor in mouse hepatoma Hepa1c1c7 cells stably transfected with a reporter plasmid containing copies of dioxin-responsive element (Takeuchi *et al.*, 2008).

*(iii)   Non-mammalian experimental systems*

As a follow-up to experiments in which injection of glyphosate, or incubation with a glyphosate-based formulation (glyphosate, 48%), caused chick and frog (*Xenopus laevis*) cephalic and neural crest terata characteristic of retinoic acid signalling dysfunction, Paganelli *et al.* (2010) measured retinoic acid activity in tadpoles exposed to a glyphosate-based formulation. Retinoic activity measured by a reporter gene assay was increased by the formulation, and a retinoic acid antagonist blocked the effect. This indicated a possible significant modulation of retinoic acid activity by glyphosate.

### 4.2.3 Oxidative stress, inflammation, and immunosuppression

*(a)   Oxidative stress*

*(i)   Humans*

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

Several studies examined the effects of glyphosate on oxidative stress parameters in the human keratinocyte cell line HaCaT. Gehin *et al.* (2005) found that a glyphosate-based formulation was cytotoxic to HaCaT cells, but that addition of antioxidants reduced cytotoxicity. Elie-Caille *et al.* (2010) showed that incubation of HaCaT cells with glyphosate at 21 mM (the half maximal inhibitory concentration for cytotoxicity, $IC_{50}$) for 18 hours increased production of hydrogen peroxide ($H_2O_2$) as shown by dichlorodihydrofluorescein diacetate assay. Similarly, George & Shukla (2013) exposed HaCaT cells to a glyphosate-based formulation (glyphosate, 41%; concentration, up to 0.1 mM) and evaluated oxidative stress using the dichlorodihydrofluorescein diacetate assay. The formulation (0.1 mM) increased maximum oxidant levels by approximately 90% compared with vehicle, an effect similar to that of $H_2O_2$ (100 mM). Pre-treatment of the cells with the antioxidant *N*-acetylcysteine abrogated generation of oxidants by both the formulation and by $H_2O_2$. *N*-Acetylcysteine also inhibited cell proliferation induced by the glyphosate-based formulation (0.1 mM). [The Working Group noted the recognized limitations of using dichlorodihydrofluorescein diacetate as a marker of oxidative stress (Bonini *et al.*, 2006; Kalyanaraman *et al.*, 2012),

and that the studies that reported this end-point as the sole evidence for oxidative stress should thus be interpreted with caution.]

Chaufan et al. (2014) evaluated the effects of glyphosate, AMPA (the main metabolite of glyphosate), and a glyphosate-based formulation on oxidative stress in HepG2 cells. The formulation, but not glyphosate or AMPA, had adverse effects. Specifically, the formulation increased levels of reactive oxygen species, nitrotyrosine formation, superoxide dismutase activity, and glutathione, but did not have an effect on catalase or glutathione-$S$-transferase activities. Coalova et al. (2014) exposed Hep2 cells to a glyphosate-based formulation (glyphosate as isopropylamine salt, 48%) at the $LC_{20}$ (concentration not otherwise specified) and evaluated various parameters of oxidative stress. Exposure to the formulation for 24 hours increased catalase activity and glutathione levels, but did not have an effect on superoxide dismutase or glutathione-$S$-transferase activity.

Using blood samples from non-smoking male donors, Mladinic et al. (2009b) examined the effects of in-vitro exposure to glyphosate on oxidative DNA damage in primary lymphocyte cultures and on lipid peroxidation in plasma. Both parameters were significantly elevated at glyphosate concentrations of 580 µg/mL (~3.4 mM), but not at lower concentrations. Kwiatkowska et al. (2014) examined the effects of glyphosate, its metabolite AMPA, and $N$-methylglyphosate (among other related compounds) in human erythrocytes isolated from healthy donors. The erythrocytes were exposed at concentrations of 0.01–5 mM for 1, 4, or 24 hours before flow cytometric measurement of the production of reactive oxygen species with dihydrorhodamine 123. Production of reactive oxygen species was increased by glyphosate ($\geq 0.25$ mM), AMPA ($\geq 0.25$ mM), and $N$-methylglyphosate ($\geq 0.5$ mM).

*(ii)*    *Non-human mammalian experimental systems*

Most of the studies of oxidative stress and glyphosate were conducted in rats and mice, and examined a range of exposure durations, doses, preparations (glyphosate and glyphosate-based formulations), administration routes and tissues. In addition, various end-points were evaluated to determine whether oxidative stress is induced by exposure to glyphosate. Specifically, it was found that glyphosate induces production of free radicals and oxidative stress in mouse and rat tissues through alteration of antioxidant enzyme activity, depletion of glutathione, and increases in lipid peroxidation. Increases in biomarkers of oxidative stress upon exposure to glyphosate in vivo have been observed in blood plasma (Astiz et al., 2009b), liver (Bolognesi et al., 1997; Astiz et al., 2009b), skin (George et al., 2010), kidney (Bolognesi et al., 1997; Astiz et al., 2009b), and brain (Astiz et al., 2009b). Several studies demonstrated similar effects with a glyphosate-based formulation in the liver (Bolognesi et al., 1997; Cavuşoğlu et al., 2011; Jasper et al., 2012), kidney (Bolognesi et al., 1997; Cavuşoğlu et al., 2011) and brain (Cattani et al., 2014), or with a pesticide mixture containing glyphosate in the testes (Astiz et al., 2013). Pre-treatment with antioxidants has been shown to mitigate the induction of oxidative stress by a glyphosate-based formulation (Cavuşoğlu et al., 2011) and by a pesticide mixture containing glyphosate (Astiz et al., 2013).

DNA damage associated with oxidative stress after exposure to glyphosate (e.g. as reported in Bolognesi et al., 1997) is reviewed in Section 4.2.1.

*(iii)*    *Non-mammalian experimental systems*

Positive associations between exposure to glyphosate and oxidative stress were reported in various tissues in aquatic organisms (reviewed in Slaninova et al., 2009). Glyphosate and various glyphosate-based formulations have been tested in various fish species for effects on a plethora of end-points (e.g. lipid peroxidation, DNA

damage, expression of antioxidant enzymes, levels of glutathione), consistently presenting evidence that glyphosate can cause oxidative stress in fish (Lushchak *et al.*, 2009; Ferreira *et al.*, 2010; Guilherme *et al.*, 2010, 2012a, b, 2014a, b; Modesto & Martinez, 2010a, b; Cattaneo *et al.*, 2011; Glusczak *et al.*, 2011; de Menezes *et al.*, 2011; Ortiz-Ordoñez *et al.*, 2011; Nwani *et al.*, 2013; Marques *et al.*, 2014, 2015; Sinhorin *et al.*, 2014; Uren Webster *et al.*, 2014). Similar effects were observed in bullfrog tadpoles exposed to a glyphosate-based formulation (Costa *et al.*, 2008), and in the Pacific oyster exposed to a pesticide mixture containing glyphosate (Geret *et al.*, 2013).

### (b)    Inflammation and immunomodulation

#### (i)    Humans

*Studies in exposed humans*

No data were available to the Working Group.

*Human cells in vitro*

Nakashima *et al.* (2002) investigated the effects of glyphosate on cytokine production in human peripheral blood mononuclear cells. Glyphosate (1 mM) had a slight inhibitory effect on cell proliferation, and modestly inhibited the production of IFN-gamma and IL-2. The production of TNF-α and IL-1 β was not affected by glyphosate at concentrations that significantly inhibited proliferative activity and T-cell-derived cytokine production.

#### (ii)    Non-human mammalian experimental systems

Kumar *et al.* (2014) studied the pro-inflammatory effects of glyphosate and farm air samples in wildtype C57BL/6 and TLR4⁻/⁻ mice, evaluating cellular response, humoral response, and lung function. In the bronchoalveolar lavage fluid and lung digests, airway exposure to glyphosate (1 or 100 µg) significantly increased the total cell count, eosinophils, neutrophils, and IgG1 and

IgG2a levels. Airway exposure to glyphosate (100 ng, 1 µg, or 100 µg per day for 7 days) also produced substantial pulmonary inflammation, confirmed by histological examination. In addition, glyphosate-rich farm-air samples significantly increased circulating levels of IL-5, IL-10, IL-13 and IL-4 in wildtype and in TLR4⁻/⁻ mice. Glyphosate was also tested in wildtype mice and significantly increased levels of IL-5, IL-10, IL-13, and IFN-γ (but not IL-4). The glyphosate-induced pro-inflammatory effects were similar to those induced by ovalbumin, and there were no additional or synergistic effects when ovalbumin was co-administered with glyphosate.

Pathological effects of glyphosate on the immune system have been reported in 13-week rat and mouse feeding studies by the NTP (Chan & Mahler, 1992). Relative thymus weight was decreased in male rats exposed for 13 weeks, but increased in male mice. Treatment-related changes in haematological parameters were observed in male rats at 13 weeks and included mild increases in haematocrit [erythrocyte volume fraction] and erythrocytes at 12 500, 25 000, and 50 000 ppm, haemoglobin at 25 000 and 50 000 ppm, and platelets at 50 000 ppm. In female rats, small but significant increases occurred in lymphocyte and platelet counts, leukocytes, mean corpuscular haemoglobin, and mean corpuscular volume at 13 weeks.

Blakley (1997) studied the humoral immune response in female CD-1 mice given drinking-water containing a glyphosate-based formulation at concentrations up to 1.05% for 26 days. The mice were inoculated with sheep erythrocytes to produce a T-lymphocyte, macrophage-dependent antibody response on day 21 of exposure. Antibody production was not affected by the formulation.

#### (iii)    Non-mammalian experimental systems

A positive association between exposure to glyphosate and immunotoxicity in fish has been reported. Kreutz *et al.* (2011) reported alterations

in haematological and immune-system parameters in silver catfish (*Rhamdia quelen*) exposed to sublethal concentrations (10% of the median lethal dose, $LC_{50}$, at 96 hours) of a glyphosate-based herbicide. Numbers of blood erythrocytes, thrombocytes, lymphocytes, and total leukocytes were significantly reduced after 96 hours of exposure, while the number of immature circulating cells was increased. The phagocytic index, serum bacteria agglutination, and total peroxidase activity were significantly reduced after 24 hours of exposure. Significant decreases in serum bacteria agglutination and lysozyme activity were found after 10 days of exposure. No effect on serum bactericidal and complement natural haemolytic activity was seen after 24 hours or 10 days of exposure to glyphosate.

el-Gendy *et al.* (1998) demonstrated effects of a glyphosate-based formulation (glyphosate, 48%) at 1/1000 of the concentration recommended for field application on humoral and cellular immune response in bolti fish (*Tilapia nilotica*). The mitogenic responses of splenocytes to phytohaemagglutinin, concanavalin A, and lipopolysaccharide in fish exposed to glyphosate for 96 hours were gradually decreased and reached maximum depression after 4 weeks. Glyphosate also produced a concentration-dependent suppression of in-vitro plaque-forming cells in response to sheep erythrocytes.

### 4.2.4 Cell proliferation and death

(a)    Humans

(i)    Studies in exposed humans

No data were available to the Working Group.

(ii)    Human cells in vitro

Cell proliferation potential was explored in HaCaT keratinocytes exposed to a glyphosate-based formulation (glyphosate, 41%; concentration, up to 0.1 mM) (George & Shukla, 2013). The formulation increased the number of viable cells, as assessed by the MTT assay (based on reduction of the dye 3-(4,5-dimethylthiazol-2-yl)-2,5-diphenyltetrazolium bromide) at concentrations up to 0.1 mM, while concentration- and incubation-time-dependent reductions were seen at higher concentrations (up to 1 mM). The formulation (0.01 or 0.1 mM for 72 hours) significantly enhanced cell proliferation (measured by staining for either proliferating cell nuclear antigen or 5-bromo-2′-deoxyuridine); at 0.1 mM, the increases exceeded levels for the positive control, tetradecanoyl-phorbol-13-acetate. The proportion of S-phase cells (assessed using flow cytometry) and the expression of G1/S cell-cycle regulatory proteins (cyclins D1 and E, CDK2, CDK4, and CDK6) increased after exposure to the formulation or the positive control.

Li *et al.* (2013) reported that glyphosate and AMPA inhibited cell growth in eight human cancer cell lines, but not in two immortalized normal prostate cell lines. An ovarian (OVCAR-3) and a prostate (C4–2B) cell line showed the greatest loss in viability, with glyphosate or AMPA at 15–50 mM. Further assays were conducted on AMPA, but not glyphosate, in two prostate cancer cell lines (C4–2B and PC-3), and found cell-cycle arrest (decreased entry of cells into S-phase) and increased apoptosis. [The Working Group noted that the findings from these assays with AMPA are of unclear relevance to the effects of glyphosate.]

Glyphosate ($10^{-6}$ to 1 µM) increased growth by 15–30% relative to controls in hormone-dependent T47D breast cancer cells, but only when endogenous estrogen was minimized in the culture medium (by substitution with 10% dextran-charcoal treated fetal bovine serum). Glyphosate did not affect the growth of hormone-independent MDA-MB231 breast cancer cells cultured in either medium (Thongprakaisang *et al.*, 2013).

Glyphosate (up to 30 µM) did not show cell proliferation potential (5-bromo-2′-deoxyuridine) and did not activate caspase 3 or TP53 in human neuroprogenitor ReN CX cells (Culbreth *et al.*, 2012).

IARC MONOGRAPHS – 112

Several studies evaluated the impact of glyphosate or glyphosate-based formulations on apoptotic cell death in the HepG2 human hepatoma cell line. Glyphosate-based formulations induced apoptosis in HepG2 cells, while glyphosate alone was generally without effect or showed effects at considerably higher concentrations (Gasnier et al., 2009, 2010; Mesnage et al., 2013; Chaufan et al., 2014; Coalova et al., 2014). For example, 23.5% of the nuclei of HepG2 cells exposed to a glyphosate-based formulation showed condensed and fragmented chromatin ($P < 0.01$), and caspases 3 and 7 were significantly activated, both effects being indicative of apoptosis (Chaufan et al., 2014). Caspases were unaffected by glyphosate or AMPA alone. Glyphosate and AMPA did not affect cell viability at concentrations up to 1000 mg/L, a concentration that increased rather than decreased cell viability after 48 and 72 hours of incubation. In contrast, cells exposed to glyphosate-based formulation at lower concentrations were not viable. Similarly, Coalova et al. (2014) reported that a glyphosate-based formulation (glyphosate, 48%) induced apoptotic cell death in HepG2 cells. Apoptosis was indicated by activation of caspases 3 and 7, and the significant fraction (17.7%) of nuclei with condensed and fragmented chromatin ($P < 0.001$).

In studies with glyphosate and nine different glyphosate-based formulations in three cell lines, glyphosate alone did not increase the activity of adenylate kinase (Mesnage et al., 2013). The activity of caspases 3 and 7 was significantly increased by glyphosate in HepG2 and embryonic kidney HEK293 cells, and elevated (although not significantly) about 1.8 times above control levels in placental choriocarcinoma JEG-3 cells. Two formulations containing an ethoxylated adjuvant induced adenylate kinase activity to a greater extent than caspase activity. All formulations were reported to be more cytotoxic than glyphosate. [In concentration–response curves, glyphosate showed an effect on mitochondrial succinate dehydrogenase activity, a measure of cell viability, that was similar to that shown by one formulation. The calculated 50% lethal concentration in JEG3 cells for mitochondrial succinate dehydrogenase activity was greater for three formulations, although the values appeared inconsistent with the concentration–response curves.]

In HUVEC primary neonate umbilical cord vein cells, and 293 embryonic kidney and JEG3 placental cell lines, Benachour & Séralini (2009) found that glyphosate at relatively high concentrations induced apoptosis, as indicated by induction of caspases 3 and 7, and DNA staining and microscopy. At comparable or lower concentrations, four glyphosate-based formulations all caused primarily necrotic cell death. The umbilical cord HUVEC cells were the most sensitive (by about 100-fold) to the apoptotic effects of glyphosate.

Heu et al. (2012) evaluated apoptosis in immortalized human keratinocytes (HaCaT) exposed to glyphosate (5–70 mM). Based on annexin V, propidium iodide and mitochondrial staining, exposures leading to 15% cytotoxicity gave evidence of early apoptosis, while increases in late apoptosis and necrosis were observed at higher levels of cytotoxicity.

(b)    Non-human mammalian experimental systems

(i)    In vivo

In male Wistar rats, glyphosate (10 mg/kg bw, injected intraperitoneally three times per week for 5 weeks) reduced, but not significantly, the inner mitochondrial membrane integrity of the substantia nigra and cerebral cortex (Astiz et al. 2009a). Caspase 3 activity was unaltered in these tissues. Mitochondrial cardiolipin content was significantly reduced, particularly in the substantia nigra, where calpain activity was substantially higher. Glyphosate induced DNA fragmentation in the brain and liver.

*(ii)    In vitro*

In adult Sprague Dawley rat testicular cells exposed in vitro, glyphosate (up to 1%; for 24 or 48 hours) did not provoke cell-membrane alterations (Clair *et al.*, 2012). However, caspase 3 and 7 activity increased with exposure in Sertoli cells alone, and in Sertoli and germ cell mixtures. On the other hand, a glyphosate-based formulation (a 0.1% solution, containing 0.36 g/L of glyphosate) induced membrane alterations and decreased the activity of caspase 3 and 7 in Leydig cells, and in Sertoli and germ cell mixtures. In a separate study, glyphosate increased apoptosis in primary Sertoli cell cultures from mice (Zhao *et al.*, 2013).

Glyphosate (5–40 mM, for 12, 24, 48, or 72 hours) significantly increased cell death in a time- and concentration-dependent manner in differentiated rat pheochromocytoma PC12 (neuronal) cells Gui *et al.* (2012). Apoptotic changes included cell shrinkage, DNA fragmentation, decreased Bcl2 expression, and increased Bax expression. Both autophagy and apoptosis were implicated, as pre-treatment with the pan-caspase inhibitor Z-VAD or the autophagy inhibitor 3-MA inhibited cell loss.

Induction of apoptosis by glyphosate or glyphosate-based formulations was also studied in other cell lines. Glyphosate (10 μM) induced apoptosis in rat heart H9c2 cells, the effect being enhanced when glyphosate was given in combination with the adjuvant TN-20 (5 μM), (Kim *et al.*, 2013). A glyphosate-based formulation induced apoptosis in mouse 3T3-L1 fibroblasts, and inhibited their transformation to adipocytes (Martini *et al.*, 2012). A glyphosate-based formulation (10 mM) did not increase rat hepatoma HTC cell death, but did affect mitochondrial membrane potential (Malatesta *et al.*, 2008).

Glyphosate (up to 30 μM) did not activate caspase 3 or show cell proliferation potential (5-bromo-2′-deoxyuridine) in a mouse neuroprogenitor cell line, but did activate Tp53 at the highest concentration tested (Culbreth *et al.*, 2012).

### 4.2.5 Other mechanisms

No data on immortalization, epigenetic alterations, altered DNA repair, or genomic instability after exposure to glyphosate were available to the Working Group.

## 4.3   Data relevant to comparisons across agents and end-points

No data on high-throughput screening or other relevant data were available to the Working Group. Glyphosate was not tested by the Tox21 and ToxCast research programmes of the government of the USA (Kavlock *et al.* 2012; Tice *et al.*, 2013).

## 4.4   Cancer susceptibility data

No studies that examined genetic, life-stage, or other susceptibility factors with respect to adverse health outcomes that could be associated with exposure to glyphosate were identified by the Working Group.

## 4.5   Other adverse effects

### 4.5.1 Humans

In the USA in the past decade, poison-control centres have reported more than 4000 exposures to glyphosate-containing herbicides, of which several hundred were evaluated in a health-care facility, and fatalities were rare (Rumack, 2015). In a pesticide surveillance study carried out by the National Poisons Information Service of the United Kingdom, glyphosate was among the most common pesticide exposure implicated in severe or fatal poisoning cases between 2004 and 2013 (Perry *et al.*, 2014). Deliberate poisonings with glyphosate resulting in toxicity and fatality

have been reported in many countries, including Australia (Stella & Ryan, 2004), Denmark (Mortensen *et al.*, 2000), India (Mahendrakar *et al.*, 2014), Japan (Motojyuku *et al.*, 2008), Republic of Korea (Park *et al.*, 2013), New Zealand (Temple & Smith, 1992), Sri Lanka (Roberts *et al.*, 2010), Taiwan, China (Chen *et al.*, 2009), and Thailand (Sribanditmongkol *et al.*, 2012).

Glyphosate demonstrated no potential for photo-irritation or photo-sensitization in 346 volunteers exposed dermally on normal or abraded skin (Hayes & Laws, 1991). On the other hand, Mariager *et al.* (2013) reported severe burns after prolonged accidental dermal exposure to a glyphosate-based formulation.

### 4.5.2 Experimental systems

Glyphosate was tested in nine regulatory submissions included in the Toxicity Reference Database (ToxRefDB) and reviewed by the EPA (EPA, 2015). Specifically, study design, treatment group, and treatment-related effect information were captured for four long-term studies and/or carcinogenicity studies, one short-term study, two multigeneration studies of reproductivity, and two studies of developmental toxicity. The NTP also tested glyphosate in a 13-week study in rats and mice (Chan & Mahler, 1992).

In a long-term combined study of toxicity and carcinogenicity in rats given glyphosate at nominal doses of 100, 400, and 1000 mg/kg bw per day, inflammation was observed in the stomach mucosa of females at the intermediate and highest doses (EPA, 1990, 1991b). In males at the highest dose, liver weight, cataracts and lens degeneration in the eyes, and urine specific gravity were increased, while body weight, body-weight gain, and urinary pH were decreased. Pancreatic acinar cell atrophy was observed in males at the highest dose. Pancreatic inflammation was also observed in male rats at the highest dose in a short-term study (nominal doses of 50, 250, and 1000 mg/kg bw per day) (EPA, 1987).

In the study by the NTP, cytoplasmic alteration was observed in the parotid and submandibular salivary glands of rats (Chan & Mahler, 1992).

In a study of carcinogenicity in mice given glyphosate at doses of 150, 1500, or 4500 mg/kg bw per day, liver hypertrophy and necrosis were observed in males at the highest dose (EPA, 1983). Other effects in males at the highest dose included increased testes weight, interstitial nephritis, and decreased body weight. In females at the highest dose, ovary weights were increased, proximal tubule epithelial basophilia and hypertrophy was observed, and body weights were decreased. In the study by the NTP, cytoplasmic alteration was observed in the parotid salivary glands in mice (Chan & Mahler, 1992).

*Developmental and reproductive toxicity*

In a study of developmental toxicity in rats given glyphosate at a dose of 300, 1000, or 3500 mg/kg bw per day, reduced implantation rates and fewer live fetuses were observed in dams at the highest dose (EPA, 1980b). In fetuses at the highest dose, unossified sternebra were observed and fetal weight was reduced.

## 5. Summary of Data Reported

## 5.1 Exposure data

Glyphosate is a broad-spectrum herbicide that is effective at killing or suppressing all plant types, including grasses, perennials, and woody plants. The herbicidal activity of glyphosate was discovered in 1970 and since then its use has increased to a point where it is now the most heavily used herbicide in the world, with an annual global production volume in 2012 of more than 700 000 tonnes used in more than 750 different products. Changes in farming practice and the development of genetically modified crops that are resistant to glyphosate have contributed to the increase in use.

There is little information available on occupational or community exposure to glyphosate. Glyphosate can be found in soil, air, surface water and groundwater, as well as in food. It has been detected in air during agricultural herbicide-spraying operations. Glyphosate was detected in urine in two studies of farmers in the USA, in urban populations in Europe, and in a rural population living near areas sprayed for drug eradication in Columbia. However, urinary concentrations were mostly below the limit of detection in several earlier studies of forestry workers who sprayed glyphosate. Exposure of the general population occurs mainly through diet.

## 5.2  Human carcinogenicity data

In its evaluation of the epidemiological studies reporting on cancer risks associated with exposure to glyphosate, the Working Group identified seven reports from the Agricultural Health Study (AHS) cohort and several reports from case–control studies. The AHS cohort, the pooled analyses of the case–control studies in the midwest USA, and the cross-Canada study were considered key investigations because of their relatively large size. Reports from two or more independent studies were available for non-Hodgkin lymphoma (NHL), multiple myeloma, Hodgkin lymphoma, glioma, and prostate. For the other cancer sites, results from only one study were available for evaluation.

### 5.2.1  NHL and other haematopoietic cancers

Two large case–control studies of NHL from Canada and the USA, and two case–control studies from Sweden reported statistically significant increased risks of NHL in association with exposure to glyphosate. For the study in Canada, the association was seen among those with more than 2 days/year of exposure, but no adjustment for other pesticides was done. The other three

studies reported excesses for NHL associated with exposure to glyphosate, after adjustment for other pesticides (reported odds ratio were 2.1 (95% CI, 1.1–4.0); 1.85 (95% CI, 0.55–6.2); and 1.51 (95% CI, 0.77–2.94). Subtype-specific analyses in a Swedish case–control study indicated positive associations for total NHL, as well as all subtypes, but this association was statistically significant only for the subgroup of lymphocytic lymphoma/chronic lymphocytic leukaemia (OR, 3.35; 95% CI, 1.42–7.89). An elevated risk (OR, 3.1; 95% CI, 0.6–17.1) was also found for B-cell lymphoma in an European study based on few cases. One hospital-based case–control study from France did not find an association between exposure to glyphosate and NHL (OR, 1.0; 95% CI, 0.5–2.2) based on few exposed cases.

A roughly twofold excess of multiple myeloma, a subtype of NHL, was reported in three studies: only among the highest category of glyphosate use (> 2 days/year) in the large Canadian case–control study, in a case–control study from Iowa, USA, and in a French case–control study (all not statistically significant). These three studies did not adjust for the effect of other pesticides. In the AHS, there was no association with NHL (OR, 1.1; 0.7–1.9). For multiple myeloma, relative risk was 1.1 (95% CI, 0.5–2.4) when adjusted for age only; but was 2.6 (95% CI, 0.7–9.4) when adjusted for multiple confounders. No excess in leukaemia was observed in a case–control study in Iowa and Minnesota, USA, or in the AHS.

In summary, case–control studies in the USA, Canada, and Sweden reported increased risks for NHL associated with exposure to glyphosate. The increased risk persisted in the studies that adjusted for exposure to other pesticides. The AHS cohort did not show an excess of NHL. The Working Group noted that there were excesses reported for multiple myeloma in three studies; however, they did not weight this evidence as strongly as that of NHL because of the possibility that chance could not be excluded; none of the

risk estimates were statistically significant nor were they adjusted for other pesticide exposures.

### 5.2.2 Other cancer sites

No association of glyphosate with cancer of the brain in adults was found in the Upper Midwest Health case–control study. No associations in single case–control studies were found for cancers of the oesophagus and stomach, prostate, and soft-tissue sarcoma. For all other cancer sites (lung, oral cavity, colorectal, pancreas, kidney, bladder, breast, prostate, melanoma) investigated in the large AHS, no association with exposure to glyphosate was found.

## 5.3   Animal carcinogenicity data

Glyphosate was tested for carcinogenicity in male and female mice by dietary administration in two studies, and in male and female rats by dietary administration in five studies and in drinking-water in one study. A glyphosate-based formulation was also tested in drinking-water in one study in male and female rats, and by skin application in one initiation–promotion study in male mice.

There was a positive trend in the incidence of renal tubule carcinoma and of renal tubule adenoma or carcinoma (combined) in males in one feeding study in CD-1 mice. Renal tubule carcinoma is a rare tumour in this strain of mice. No significant increase in tumour incidence was seen in female mice in this study. In the second feeding study, there was a significant positive trend in the incidence of haemangiosarcoma in male CD-1 mice. No significant increase in tumour incidence was seen in female mice in this study.

For the five feeding studies in rats, two studies in the Sprague-Dawley strain showed a significant increase in the incidence of pancreatic islet cell adenoma in males – one of these two studies also showed a significant positive trend

in the incidences of hepatocellular adenoma in males and of thyroid C-cell adenoma in females. Two studies (one in Sprague-Dawley rats, one in Wistar rats) found no significant increase in tumour incidence at any site. One study in Wistar rats was inadequate for the evaluation because of the short duration of exposure.

In the study in Wistar rats given drinking-water containing glyphosate, there was no significant increase in tumour incidence.

A glyphosate-based formulation was found to be a skin-tumour promoter in the initiation–promotion study in male Swiss mice. The study of a glyphosate-based formulation in drinking-water in Sprague-Dawley rats was inadequate for the evaluation because of the small number of animals per group, and the limited information provided on tumour histopathology and incidence in individual animals. These studies of a chemical mixture containing glyphosate were considered inadequate to evaluate the carcinogenicity of glyphosate alone.

## 5.4.   Other relevant data

Direct data on absorption of glyphosate in humans were not available to the Working Group. Glyphosate was detected in the urine of agricultural workers in several studies, and in the blood of poisoning cases, indicative of absorption. Some evidence for absorption through human skin (~2%) was reported in studies in vitro. The minor role of dermal absorption was also shown in a study in non-human primate model in vivo. However, no study examined the rates of absorption in humans. In rodents, several studies showed up to 40% absorption after oral administration of a single or repeated dose.

Glyphosate was measured in human blood. No data on parenchymal tissue distribution for glyphosate in humans were available to the Working Group. In rats given glyphosate by oral administration, concentrations in tissues had the following rank order: kidneys > spleen > fat > liver. Repeated administration had no effect

on the distribution of glyphosate. In a study in rats, the half-life of glyphosate in plasma was estimated to be more than 1 day, indicating that glyphosate is not rapidly eliminated.

In the environment, glyphosate is degraded by soil microbes, primarily to aminomethylphosphonic acid (AMPA) and carbon dioxide. Glyphosate is not efficiently metabolized in humans or other mammals. In rats, small amounts of AMPA were detected in the plasma and in the colon, with the latter being attributed to intestinal microbial metabolism. In humans, small amounts of AMPA are detectable in blood in cases of deliberate glyphosate poisoning. Few studies examined the possible effects of glyphosate-based formulations on metabolizing enzymes, but no firm conclusions could be drawn from these studies.

Studies in rodents showed that systemically absorbed glyphosate is excreted unchanged into the urine, and that the greatest amount is excreted in the faeces, indicating poor absorption. Glyphosate was detected in the urine of humans who were exposed occupationally to glyphosate. AMPA has also been detected in human urine.

Glyphosate is not electrophilic.

A large number of studies examined a wide range of end-points relevant to genotoxicity with glyphosate alone, glyphosate-based formulations, and AMPA.

There is strong evidence that glyphosate causes genotoxicity. The evidence base includes studies that gave largely positive results in human cells in vitro, in mammalian model systems in vivo and in vitro, and studies in other non-mammalian organisms. In-vivo studies in mammals gave generally positive results in the liver, with mixed results for the kidney and bone marrow. The end-points that have been evaluated in these studies comprise biomarkers of DNA adducts and various types of chromosomal damage. Tests in bacterial assays gave consistently negative results.

The evidence for genotoxicity caused by glyphosate-based formulations is strong. There were three studies of genotoxicity end-points in community residents exposed to glyphosate-based formulations, two of which reported positive associations. One of these studies examined chromosomal damage (micronucleus formation) in circulating blood cells before and after aerial spraying with glyphosate-based formulations and found a significant increase in micronucleus formation after exposure in three out of four different geographical areas. Additional evidence came from studies that gave largely positive results in human cells in vitro, in mammalian model systems in vivo and in vitro, and studies in other non-mammalian organisms. The end-points that were evaluated in these studies comprised biomarkers of DNA adducts and various types of chromosomal damage. The pattern of tissue specificity of genotoxicity end-points observed with glyphosate-based formulations is similar to that observed with glyphosate alone. Tests in bacterial assays gave generally negative results.

For AMPA, the evidence for genotoxicity is moderate. While the number of studies that examined the effects of AMPA was not large, all of the studies gave positive results. Specifically, genotoxicity was reported in a study in humans in vitro, a study in mammals in vivo, a study in mammals in vitro, and one study in eels in vivo.

Strong evidence exists that glyphosate, AMPA, and glyphosate-based formulations can induce oxidative stress. Evidence came from studies in many rodent tissues in vivo, and human cells in vitro. In some of these studies, the mechanism was challenged by co-administration of antioxidants and observed amelioration of the effects. Similar findings have been reported in fish and other aquatic species. Various end-points (e.g. lipid peroxidation markers, oxidative DNA adducts, dysregulation of antioxidant enzymes) have been evaluated in numerous studies. This

increased the confidence of the Working Group in the overall database.

There is weak evidence that glyphosate or glyphosate-based formulations induce receptor-mediated effects. In multiple experiments, glyphosate-based formulations affected aromatase activity; glyphosate was active in a few of these studies. Some activity in other nuclear receptor-mediated pathways has been observed for glyphosate or glyphosate-based formulations. In one series of experiments, glyphosate was not found to be a ligand to several receptors and related proteins (aryl hydrocarbon receptor, peroxisome proliferator-activated receptors, pregnane X receptor).

There is weak evidence that glyphosate may affect cell proliferation or death. Several studies in human and rodent cell lines have reported cytotoxicity and cell death, the latter attributed to the apoptosis pathway. Studies that examined the effects of glyphosate alone or a glyphosate-based formulation found that glyphosate alone had no effect, or a weaker effect than the formulation.

There is weak evidence that glyphosate may affect the immune system, both the humoral and cellular response, upon long-term treatment in rodents. Several studies in fish, with glyphosate or its formulations, also reported immunosuppressive effects.

With regard to the other key characteristics of human carcinogens (IARC, 2014), the Working Group considered that the data were too few for an evaluation to be made.

Severe or fatal human poisoning cases have been documented worldwide. In rodents, organ and systemic toxicity from exposures to glyphosate are demonstrated by liver-weight effects and necrosis in animals at high doses. Additionally, effects on the pancreas, testes, kidney and ovaries, as well as reduced implantations and unossified sternebra were seen at similar doses.

No data on cancer-related susceptibility after exposure to glyphosate were available to the Working Group.

Overall, the mechanistic data provide strong evidence for genotoxicity and oxidative stress. There is evidence that these effects can operate in humans.

# 6. Evaluation

## 6.1 Cancer in humans

There is *limited evidence* in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin lymphoma.

## 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of glyphosate.

## 6.3 Overall evaluation

Glyphosate is *probably carcinogenic to humans (Group 2A)*.

## 6.4 Rationale

In making this overall evaluation, the Working Group noted that the mechanistic and other relevant data support the classification of glyphosate in Group 2A.

In addition to limited evidence for the carcinogenicity of glyphosate in humans and sufficient evidence for the carcinogenicity of glyphosate in experimental animals, there is strong evidence that glyphosate can operate through two key characteristics of known human carcinogens, and that these can be operative in humans. Specifically:

- There is strong evidence that exposure to glyphosate or glyphosate-based formulations is genotoxic based on studies in humans in vitro and studies in experimental animals.

One study in several communities in individuals exposed to glyphosate-based formulations also found chromosomal damage in blood cells; in this study, markers of chromosomal damage (micronucleus formation) were significantly greater after exposure than before exposure in the same individuals.

- There is strong evidence that glyphosate, glyphosate-based formulations, and aminomethylphosphonic acid can act to induce oxidative stress based on studies in experimental animals, and in studies in humans in vitro. This mechanism has been challenged experimentally by administering antioxidants, which abrogated the effects of glyphosate on oxidative stress. Studies in aquatic species provide additional evidence for glyphosate-induced oxidative stress.

## References

Abraxis (2005). Glyphosate Plate Kit Part No. 500086. Warminster (PA): Abraxis, LLC. Available from: http://www.abraxiskits.com/uploads/products/docfiles/184_PN500086USER.pdf, accessed 28 July 2015.

Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P et al. (2004). Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect*, 112(3):321–6. doi:10.1289/ehp.6667 PMID:14998747

Akcha F, Spagnol C, Rouxel J (2012). Genotoxicity of diuron and glyphosate in oyster spermatozoa and embryos. *Aquat Toxicol*, 106–107:104–13. doi:10.1016/j.aquatox.2011.10.018 PMID:22115909

Alavanja MC, Samanic C, Dosemeci M, Lubin J, Tarone R, Lynch CF et al. (2003). Use of agricultural pesticides and prostate cancer risk in the Agricultural Health Study cohort. *Am J Epidemiol*, 157(9):800–14. doi:10.1093/aje/kwg040 PMID:12727674

Alavanja MC, Sandler DP, McMaster SB, Zahm SH, McDonnell CJ, Lynch CF et al. (1996). The Agricultural Health Study. *Environ Health Perspect*, 104(4):362–9. doi:10.1289/ehp.96104362 PMID:8732939

Alvarez-Moya C, Silva MR, Arámbula AR, Sandoval AI, Vasquez HC, González Montes RM (2011). Evaluation of genetic damage induced by glyphosate isopropylamine salt using *Tradescantia* bioassays. *Genet Mol Biol*, 34(1):127–30. doi:10.1590/S1415-47572010005000108 PMID:21637555

Alvarez-Moya C, Silva MR, Ramírez CV, Gallardo DG, Sánchez RL, Aguirre AC et al. (2014). Comparison of the *in vivo* and *in vitro* genotoxicity of glyphosate isopropylamine salt in three different organisms. *Genet Mol Biol*, 37(1):105–10. doi:10.1590/S1415-47572014000100016 PMID:24688297

Andreotti G, Freeman LE, Hou L, Coble J, Rusiecki J, Hoppin JA et al. (2009). Agricultural pesticide use and pancreatic cancer risk in the Agricultural Health Study Cohort. *Int J Cancer*, 124(10):2495–500. doi:10.1002/ijc.24185 PMID:19142867

Aris A, Leblanc S (2011). Maternal and fetal exposure to pesticides associated to genetically modified foods in Eastern Townships of Quebec, Canada. *Reprod Toxicol*, 31(4):528–33. doi:10.1016/j.reprotox.2011.02.004 PMID:21338670

Astiz M, de Alaniz MJ, Marra CA (2009a). Effect of pesticides on cell survival in liver and brain rat tissues. *Ecotoxicol Environ Saf*, 72(7):2025–32. doi:10.1016/j.ecoenv.2009.05.001 PMID:19493570

Astiz M, de Alaniz MJ, Marra CA (2009b). Antioxidant defense system in rats simultaneously intoxicated with agrochemicals. *Environ Toxicol Pharmacol*, 28(3):465–73. doi:10.1016/j.etap.2009.07.009 PMID:21784044

Astiz M, Hurtado de Catalfo GE, García MN, Galletti SM, Errecalde AL, de Alaniz MJ et al. (2013). Pesticide-induced decrease in rat testicular steroidogenesis is differentially prevented by lipoate and tocopherol. *Ecotoxicol Environ Saf*, 91:129–38. doi:10.1016/j.ecoenv.2013.01.022 PMID:23465731

Band PR, Abanto Z, Bert J, Lang B, Fang R, Gallagher RP et al. (2011). Prostate cancer risk and exposure to pesticides in British Columbia farmers. *Prostate*, 71(2):168–83. doi:10.1002/pros.21232 PMID:20799287

Battaglin WA, Kolpin DW, Scribner EA, Kuivila KM, Sandstrom MW (2005). Glyphosate, other herbicides, and transformation products in midwestern streams, 20021. *J Am Water Resour Assoc*, 41(2):323–32. doi:10.1111/j.1752-1688.2005.tb03738.x

Benachour N, Séralini GE (2009). Glyphosate formulations induce apoptosis and necrosis in human umbilical, embryonic, and placental cells. *Chem Res Toxicol*, 22(1):97–105. doi:10.1021/tx800218n PMID:19105591

Benachour N, Sipahutar H, Moslemi S, Gasnier C, Travert C, Séralini GE (2007). Time- and dose-dependent effects of Roundup on human embryonic and placental cells. *Arch Environ Contam Toxicol*, 53(1):126–33. doi:10.1007/s00244-006-0154-8 PMID:17486286

Bernal J, Bernal JL, Martin MT, Nozal MJ, Anadón A, Martínez-Larrañaga MR et al. (2010). Development and validation of a liquid chromatography-fluorescence-mass spectrometry method to measure glyphosate and aminomethylphosphonic acid in rat plasma. *J Chromatogr B Analyt Technol Biomed Life*