# EXHIBIT H

⚙ OEHHA Careers   ✉ Contact Us   ⚙ Settings



🔍

Home | Proposition 65
Notice of Intent to List Titanium Dioxide (Airb...

# Notice of Intent to List Titanium Dioxide (Airborne, Unbound Particles of Respirable Size) by The Labor Code Mechanism



*May 27, 2011*

The California Environmental Protection Agency's Office of Environmental Health Hazard Assessment (OEHHA) intends to list the chemical identified in the table below as known to the State to cause cancer under the Safe Drinking Water and Toxic Enforcement Act of 1986.  The Act, commonly known as Proposition 65, is codified in Health and Safety Code section 25249.5 *et seq*.  This action is being taken pursuant to the Labor Code mechanism contained in Health and Safety Code section 25249.8(a).

| **Chemical** | **CAS No.** | **Endpoint** | **Reference** |
|---|---|---|---|
| Titanium dioxide (airborne, unbound particles of respirable size) | –– | Cancer | IARC (2010a; 2010b) |

**Background on listing by the Labor Code mechanism:** Health and Safety Code section 25249.8(a) incorporates California Labor Code Sections 6382(b)(1) and 6382(d) into Proposition 65.  The law requires that certain substances identified by the International Agency for Research on Cancer (IARC) or the National Toxicology Program (NTP) be listed as known to cause cancer under Proposition 65.  Labor Code section 6382(b)(1) refers to substances identified as human or animal carcinogens by IARC.  Labor Code section 6382(d) refers to substances identified as carcinogens or potential carcinogens by IARC or NTP.

As the lead agency for the implementation of Proposition 65, OEHHA evaluates whether listing under Proposition 65 is required.

**OEHHA's determination:**  *Titanium dioxide (airborne, unbound particles of respirable size)* meets the requirements for listing as known to the state to cause cancer for the purposes of Proposition 65.

In 2010, IARC published Volume 93 of its series, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans* (IARC, 2010b).  IARC concluded that (1) there is sufficient evidence in experimental animals for the carcinogenicity of titanium dioxide and (2) titanium dioxide is "possibly carcinogenic to humans" (Group 2B).  Therefore, this substance meets the requirements of both Labor Code sections 6382(b)(1) and (d).

**Opportunity for comment:**  OEHHA is committed to public participation in its implementation of Proposition 65.  OEHHA is providing this opportunity to comment as to whether the chemical identified above meets the requirements for listing as causing cancer specified in Health and Safety Code section 25249.8(a).  Because this is a ministerial listing, comments should be limited to the question whether IARC has identified the specific chemical or substance as a known or potential human or animal carcinogen.

Under this listing mechanism, OEHHA cannot consider scientific arguments concerning the weight or quality of the evidence considered by IARC when identifying a specific chemical or substance and will not respond to such comments if they are submitted.

**OEHHA must receive comments by 5:00 p.m. on Monday, June 27, 2011**. We encourage you to submit comments in electronic form, rather than in paper form. Comments transmitted by e-mail should be addressed to [sam.delson@oehha.ca.gov](mailto:sam.delson@oehha.ca.gov). Comments submitted in paper form may be mailed, faxed, or delivered in person to the address below. A public workshop will be held only upon request. Such request must be made in writing to the address below within 10 days from the publication of this notice:

**Mailing Address:** Sam Delson
Office of Environmental Health Hazard Assessment
P.O. Box 4010, MS-19B
Sacramento, California 95812-4010
Fax: (916) 323-8803
Street Address: 1001 I Street
Sacramento, California 95814
If you have any questions, please contact Sam Delson at (916) 445-6900.

## Chemical Reference

▸ Titanium dioxide (airborne, unbound particles of respirable size)

## Related Notices

▸ Chemical Listed Effective September 2, 2011 as Known to the State of California to Cause Cancer: titanium dioxide (airborne, unbound particles of respirable size)
*Sep 2, 2011*

## Footnotes and References

International Agency for Research on Cancer (IARC, 2010a). Agents Classified by the IARC Monographs, Volumes 1–100. World Health Organization. Lyon, France. Available at URL:

http://monographs.iarc.fr/ENG/Classification/latest_classif.php.

International Agency for Research on Cancer (IARC, 2010b). IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Carbon Black, Titanium Dioxide and Talc. Vol. 93. World Health Organization. Lyon, France.

Cal EPA

- › Air Resources Board
- › Cal Recycle
- › Department of Pesticide Regulation
- › Department of Toxic Substances Control
- › State Water Resources Control Board

Alerts

- › Amber Alert
- › Cal Alerts
- › My Hazards

About

- Governor
- Lt. Governor
- California Data

Campaigns

- Register to Vote
- Save Our Water
- Flex Alert

Select Language ▼



### Gavin Newsom
California Governor

Website



### Yana Garcia
Secretary for Environmental Protection

Website







Conditions of Use/Privacy Policy

Accessibility

Help

Site Map



Copyright ©2024 OEHHA