9/10/24, 12:07 PM    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 1 of 11

 Subscribe to Our Newsletter     Enter your email.    Subscribe



# 60-Day Notice Search Results

Showing 1 to 20 of 572 Notices

## AG Number 2024-03651 (View Details)

**Notice PDF:** 2024-03651.pdf

**Date Filed:** 08/29/2024

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Hous Inc.; Baik Brands, Inc.; Miss A Stores, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** AOA Fly with Me Shimmer Eyeshadows

**Comments:** This notice amends the original notice of violation AG No. 2023-03763. This notice adds Miss A Stores, Inc. as a retailer/distributor.

Complaint (0)   Settlement (0)   Judgment (0)

## AG Number 2024-03421 (View Details)

**Notice PDF:** 2024-03421.pdf

9/10/24, 12:07 PM	60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 2 of 11

**Date Filed:** 08/16/2024

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** The Beauty Crop, Limited; Crop Beauty Group Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Morrocan Sun Travel Tea Palette

**Comments:** This notice amends the original Notice of Violation AG 2022-01377, dated June 28, 2022. This amendment identifies Crop Beauty Group Inc. as a manufacturer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-03418 (View Details)

**Notice PDF:** 2024-03418.pdf

**Date Filed:** 08/16/2024

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Johnson Publishing Company, LLC; J Publication Company LLC; KDC/One Socal Laboratories, LLC; Port Jervis Laboratories, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** FF Set It Loose Powder -- Cognac Queen

**Comments:** This notice amends the original notice of violation AG No. 2024-01355. This notice corrects the entity name for manufacturer Port Jervis Laboratories, Inc.

Complaint (0)   Settlement (0)   Judgment (0)

9/10/24, 12:07 PM                60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 3 of 11

# AG Number 2024-02537 (View Details)

**Notice PDF:** 📄 2024-02537.pdf

**Date Filed:** 06/24/2024

**Noticing Party:** Environmental Health Advocates, Inc.

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** SHEGLAM, Inc; VISHTEC UK CO., Ltd; Ever Fame PTE. LTD; Zoetop Business Co., Limited; A&Y Hello LEF LTD

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** SHEGLAM Glitz Wiz Palette - Ecstasy

**Comments:** This notice amends the original notice of violation AG: 2022-02972 to identify Roadget Business PTE, LTD. as a manufacturer and distributor of the noticed product.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02428 (View Details)

**Notice PDF:** 📄 2024-02428.pdf

**Date Filed:** 06/18/2024

**Noticing Party:** Environmental Health Advocates, Inc,

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Oxygen Development GMBH; Oxygen Development, LLC; Handmade Love LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Kypris Active Illumination Shimmer Palette

9/10/24, 12:07 PM                60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP    Document 43-17    Filed 09/10/24    Page 4 of 11

**Comments:** This notice amends the original notice of violation AG No. 2023-02544. This notice adds Oxygen Development GMBH and Oxygen Development, LLC as manufacturers.

**NOTE:** This notice is withdrawn by the issuer as to Handmade Love LLC in an email to the Office of the Attorney General dated July 23, 2024. All other parties remain noticed.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02296 (View Details)

**Notice PDF:** 2024-02296.pdf

**Date Filed:** 06/08/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** IT Cosmetics, LLC; Inspire Holdings, LLC; Amazon.com Services, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** IT COSMETICS Bye Bye Pores Blush

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02267 (View Details)

**Notice PDF:** 2024-02267.pdf

**Date Filed:** 06/07/2024

**Noticing Party:** Environmental Health Advocates, Inc,

**Plaintiff Attorney:** Entorno Law LLP

9/10/24, 12:07 PM 60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 5 of 11

**Alleged Violators:** Johnson Publishing Company, LLC; J Publication Company LLC; Fashion Fair, LLC; HK Kolmar USA, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** FF Set It Loose Powder –Cognac Queen

**Comments:** This notice amends the original notice of violation AG No. 2024-01355. This notice corrects the name for manufacturer HK Kolmar USA, LLC.

**NOTE:** This notice is withdrawn by the issuer as to HK Kolmar USA, LLC. in an email to the Office of the Attorney General dated August 6, 2024. All other partied remain noticed.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02264 (View Details)

**Notice PDF:** 2024-02264.pdf

**Date Filed:** 06/07/2024

**Noticing Party:** Environmental Health Advocates, Inc,

**Plaintiff Attorney:** Entorno Law LLP

**Alleged Violators:** Ulta Salon, Cosmetics & Fragrance, Inc.; Crystal Claire Cosmetics, Inc.

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Ulta Beauty Flushed Blush – Flamingo Flamant Rose

**Comments:** This notice amends the original notice of violation AG No. 2024-00851. This notice names Crystal Claire Cosmetics, Inc. as the manufacturer.

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02256 (View Details)

9/10/24, 12:07 PM                60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 6 of 11

**Notice PDF:** 📄 2024-02256.pdf

**Date Filed:** 06/06/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** IT Cosmetics, LLC; Inspire Holdings, LLC; Amazon.com Services, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Bye Bye Pores Blush

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02132 (View Details)

**Notice PDF:** 📄 2024-02132.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Amorus USA Inc; Marshalls of CA, LLC; The TJX Companies, Inc dba Marshalls

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Golden Fever Contour, Bronzer

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02131 (View Details)

**Notice PDF:** 📄 2024-02131.pdf

9/10/24, 12:07 PM  60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 7 of 11

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Ardell International, Inc.; American International, Inc.; Amazon.com Services, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** ARDELL Metallic & Matte Eyeshadow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02130 (View Details)

**Notice PDF:** 2024-02130.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Amazon.com Services, LLC; Ardell International, Inc; American International, Inc

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** ARDELL Metallic & Matte Eyeshadow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02129 (View Details)

**Notice PDF:** 2024-02129.pdf

**Date Filed:** 05/25/2024

9/10/24, 12:07 PM                    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 8 of 11

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Amazon.com Services, LLC; Farsedakis Beauty Brands, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Blinc Rare Gem Eyeshadow Palette

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02128 (View Details)

**Notice PDF:** 2024-02128.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Amazon.com Services, LLC; Orveon Global US, LLC; Buxom US Buyer, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** BUXOM Eyeshadow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02127 (View Details)

**Notice PDF:** 2024-02127.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

9/10/24, 12:07 PM    60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 9 of 11

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Amazon.com Services, LLC; Style Korean, Inc

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Clio Autumn Breeze Eyeshadow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02126 (View Details)

**Notice PDF:** 2024-02126.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Pinky Rose Cosmetics; Pinky Rose, Inc

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Forever21 Pink Rose Cosmetics

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02125 (View Details)

**Notice PDF:** 2024-02125.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** TNG Worldwide, Inc

9/10/24, 12:07 PM                60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 10 of 11

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** For Pro Advanced Formula Powder

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02124 (View Details)

**Notice PDF:** 2024-02124.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** As Beauty, LLC; Laura Geller Beauty, LLC; Amazon.com Services, LLC

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Julep BEAUTY Eyeshadow

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02123 (View Details)

**Notice PDF:** 2024-02123.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Amazon.com Services, LLC; Lord and Belle; RealHer Products, Inc

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** REALHER Eyeshadow Palette

9/10/24, 12:07 PM                60-Day Notice Search Results | State of California - Department of Justice - Office of the Attorney General

Case 2:23-cv-01006-TLN-JDP   Document 43-17   Filed 09/10/24   Page 11 of 11

Complaint (0)   Settlement (0)   Judgment (0)

# AG Number 2024-02104 (View Details)

**Notice PDF:** 📄 2024-02104.pdf

**Date Filed:** 05/25/2024

**Noticing Party:** Initiative for Safer Cosmetics

**Plaintiff Attorney:** Cliffwood Law Firm, PC

**Alleged Violators:** Artis LLC; Whitney Services LLC; Costco Wholesale Corporation

**Chemical:** Titanium dioxide (airborne, unbound particles of respirable size)

**Source:** Monograph Powder Eyeshadow Quads

Complaint (0)   Settlement (0)   Judgment (0)

1   2   3   4   5   6   7   8   9   …   Next ›   Last »

## Data Export (up to 1,000 records):

⬇ Download Download 60-Day Notices Search Results w/ Segments

Office of the Attorney General     Accessibility     Privacy Policy     Conditions of Use     Disclaimer     © 2024 DOJ