1

2

3  **HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
4  David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)
5  4 Embarcadero Center, Suite 3500
San Francisco, California 94111
6  Telephone: (415) 374-2300
Facsimile: (415) 374-2499
7  trent.norris@hoganlovells.com

8  **DLA PIPER LLP**
Gregory G. Sperla (CA Bar No. 278062)
9  555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
10  Telephone: 415.836.2500
Facsimile: 415.836.2501
11  greg.sperla@dlapiper.com

12
Attorneys for Plaintiff
13  THE PERSONAL CARE PRODUCTS COUNCIL

14

15              **UNITED STATES DISTRICT COURT**

16              **EASTERN DISTRICT OF CALIFORNIA**

17

18  THE PERSONAL CARE PRODUCTS          Case No. 2:23-CV-01006-TLN-JDP
    COUNCIL,
19                                       **DECLARATION OF DR. PAOLO
                                         BOFFETTA, MD, MPH IN SUPPORT
20              Plaintiff,               OF PLAINTIFF'S MOTION FOR
                                         SUMMARY JUDGMENT**
21  v.

22  ROB BONTA, in his official capacity as   Hearing Date: November 14, 2024
    Attorney General of the State of California,   Judge:        Hon. Troy L. Nunley
23                                          Action Filed: May 26, 2023

24              Defendant.

25

26

27

28

―――――――――――――――――――――――――――――――
                    DECLARATION OF DR. PAOLO BOFFETTA

## DECLARATION OF DR. PAOLO BOFFETTA, MD, MPH

I, Dr. Paolo Boffetta, declare as follows in support of the Motion for Summary Judgment filed by Plaintiff the Personal Care Products Council ("PCPC") in the above captioned action:

1.     I submit this declaration in support of Plaintiffs Motion for Summary Judgment.  I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would competently testify to each of the facts and opinions set forth below.

### Qualifications and Background

2.     I am a physician and epidemiologist who has focused for more than 30 years on studying risk factors of cancer.  I am currently a Full Professor in the Department of Family, Population and Preventive Medicine at the Renaissance School of Medicine at Stony Brook University in Stony Brook, NY.  In addition to being a Full Professor, I am the Associate Director for Population Sciences at the Cancer Center.  I also hold adjunct appointments at various Universities, including Harvard and Vanderbilt.  I also have worked at several academic and research organizations, including the University of Turin in Italy, Columbia University in New York City, the German Cancer Research Center in Germany, the International Agency for Research on Cancer (World Health Organization) in Lyon, France, and the Icahn School of Medicine at Mount Sinai in New York City.

3.     I obtained my MD degree at the University of Turin, Italy, and obtained my Master of Public Health degree (Epidemiology) at Columbia University in New York, NY.

4.     I have served as the course director in several cancer epidemiology courses, including Global Cancer Epidemiology at the Harvard T.H. Chan School of Public Health since 2010, Epidemiology of Cancer and Other Chronic Diseases at the Icahn School of Medicine at Mount Sinai since 2014, and Causal Inference in Medicine at the University of Bologna since 2019.

5.     In 2013, I was selected as the Chair of the 44th International Symposium of the Princess Takamatsu Cancer Research Fund in Tokyo, Japan. I have also served as the Founder and Scientific Director of the New York City Epidemiology Forum and the New York City Cancer Prevention Conference. I have chaired the American Association for Cancer Research (AACR) Molecular Epidemiology Group and the AACR Cancer Prevention Awards Committee. I am a

1

Fellow of the European Academy of Cancer Sciences, the New York Academy of Medicine, and the Royal Society of Medicine. I am also a Founding Member and Member of the Executive Committee of the International Lung Cancer Consortium of the World Health Organization's International Agency for Research on Cancer. Additionally, I am on the editorial board of several academic journals, including Annals of Oncology, the European Journal of Clinical Investigation, and Frontiers in Oncology.

6.    I have received grant funding from the Center for Disease Control, the National Institute for Occupational Safety & Health, the National Institute of Health, and the National Institute of Environmental Health Sciences to study environmental exposure and cancer incidence. These studies include examining cancer rates in World Trade Center responders, and lung cancer biomarkers in patients from Europe, Asia, and the United States. My research has been published in international journals relating to cancer, epidemiology, and environmental health, including, for example, the International Journal of Cancer, Environmental Research, Frontiers in Public Health, and the Scandinavian Journal of Work, Environment & Health. Since 2015, I have been included in the Thomson Reuters List of the World's Most Highly Cited Researchers.

7.    I was the principal investigator of the multicenter European study on cancer risk among workers in the titanium dioxide (TiO2) production industry [Boffetta et al., 2003; 2004], and of the re-analysis of exposure to TiO2 and risk of lung cancer in a Montreal case-control study [Boffetta et al., 2001].[1]   A more detailed description of my experience may be found in my CV, a true and correct copy of which is attached hereto as **Exhibit A**.

<u>**Summary of Opinions**</u>

8.    The purpose of this declaration is to share my opinions on whether exposure to TiO2 creates an increased risk of cancer in humans.   Those opinion are that the weight of the epidemiological evidence on the potential association between exposure to TiO2 and the risk of

---

[1] Paolo Boffetta, Anne Soutar, Elisabete Weiderpass, et al.*,* Karolinska Institute Department of Medical Epidemiology Stockholm Sweden, Historical Cohort Study of Workers Employed in the Titanium Dioxide Production Industry in Europe. Results of mortality follow-up. Final Report. (2003); *see also* Paolo Boffetta, Anne Soutar, John Cherrie, et al., *Mortality among workers employed in the titanium dioxide production industry in Europe,* Cancer Causes Control, 697, 697–706 (2004); *see also* Paolo Boffetta, V. Gaborieau, L. Nadon, et al., *Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montreal*, 27 Scand. J. Work Environ. Health, 227, 227–232 (2001).

2

lung or other cancers in humans:

    a.   strongly suggests that exposure to TiO2, in any form, does not increase the risk of any cancer in humans; and

    b.   certainly does not support the hypothesis that exposure to TiO2, in any form, increases the risk of lung or any other cancer in humans.

9.    These opinions are based on my experience as principal investigator of the aforementioned studies and my systematic review of epidemiological studies on this topic, including but not limited to the published and peer-reviewed meta-analyses of other scholars in the field, and my experience over several decades as an epidemiologist specifically studying exposures to TiO2 and similar substances.

10.    I offer these and the other opinions in this report to a reasonable degree of scientific certainty and reserve the right to supplement or amend my opinions based on any new information or literature that subsequently becomes available.

## Methodology and Background

### What is Epidemiology?

11.    Epidemiology is the scientific study of the distribution and determinants of health effects in human populations. Put simply, epidemiology investigates how certain exposures may correlate with certain diseases. It measures the frequency of diseases in populations and provides insights to identify and quantify possible associations between exposures and diseases in given populations over time with the goal of identifying the causes of disease.

12.    Although the goal of epidemiology is to identify the causes of disease, individual epidemiological studies do not, by themselves, establish causal relationships between exposures and diseases. Rather, individual epidemiological studies can identify *associations* between exposures and diseases. But associations are not necessarily indicative of a causal relationship. For example, there is a very strong *association* between roosters crowing and the sun coming up soon after, but the sun does not come up *because* roosters crow.

13.    Establishing a causal relationship requires multiple studies identifying associations and consideration of other factors. In contrast, an epidemiological study that finds no association

provides evidence of no causal relationship between the exposure and disease being examined.

14.     Causality in epidemiology focuses its attention to the increase in the risk of a given disease at the population level. Inference of epidemiological causality cannot identify with certainty what caused a disease in an individual.

### Types of Epidemiological Studies.

15.     There are several types of epidemiological study designs which all fall on a hierarchy of scientific evidence.  The study designs near the top of the hierarchy provide the strongest evidence of causation, while study designs near the bottom provide the weakest evidence of causation.

16.     **Randomized Controlled Trials.**  At the top of the hierarchy are experimental studies, such as randomized controlled trials (RCTs).  In an RCT, participants are randomly assigned into either an experimental group (i.e., the exposed group) or a control group (e.g., a placebo group). The participants are then followed over time to see if there are any notable differences in outcomes between the two groups (e.g., whether the participants in the experimental group develop any disease at rates higher than the participants in the control group).[1]

17.     Following experimental studies are observational studies, such as cohort and case-control studies.  Observational studies provide important evidence of causation and are high on the hierarchy of evidence, although not as high as RCTs.  Because RCTs are often not available when evaluating whether an exposure causes a disease, observational studies are often the only available studies to investigate the causal relationship between exposures and diseases.

18.     **Cohort Studies.**  In a cohort study, a group of people (i.e., cohort) are selected from a population who do not have an outcome of interest (i.e., cancer). Individuals within that group are then grouped by exposure status (i.e., exposed vs. unexposed).  The two groups are then followed over time and the occurrence of the outcome of interest is compared between the exposed and unexposed groups over time to determine the *incidence* of the outcome.  If the outcome occurs

---

[1] While generally considered the "gold standard" for inferring causality in humans, for ethical reasons, RCTs generally are not available when evaluating causal relationships between occupational exposures and disease. For that reason, there were no RCTs to include in my analysis.

more frequently in the exposed group, the cohort study may suggest an association between the exposure and the outcome.

19.    **Case-Control Studies.** In a case-control study, a group of individuals who already have the outcome of interest (i.e., lung cancer) are selected (i.e., the "cases") and another group of individuals who do not have the outcome of interest are selected as the comparator group (i.e., the "controls"). The "cases" are then compared with the "controls" to identify differences between the groups that may be associated with the development of that outcome. For example, a case-control study designed to determine the causes of lung cancer would select a group of "cases" with lung cancer and a group of "controls" without lung cancer. The investigators would then compare the characteristics between these groups to see if there were any similarities in the "cases" that might account for their lung cancer. Based on what we now know about smoking and lung cancer, one would expect such a study to reveal significantly more current or former smokers among the cases with lung cancer than the controls without lung cancer. Because of their retrospective design, case-control studies are more subject to bias compared to cohort studies, and in general provide lower-quality evidence.

20.    **Case Reports / Case Series.** At the bottom of the hierarchy of evidence are case reports and case series. Case reports are simply detailed narratives, usually prepared by clinicians, that report on observed clinical outcomes (e.g., cancer) in individual patients. A case series is simply a collection of similar case reports. Case reports and case series are considered anecdotal evidence at the bottom of the hierarchy of evidence. While they are useful for generating hypotheses for further investigation, they are not particularly useful for drawing conclusions about causation. For that reason, I did not consider case reports or case series in my analysis.

21.    **Meta-Analyses.** Meta-analyses combine results from multiple studies on a particular issue to provide a quantitative overview of the available evidence. Meta-analyses can provide very useful information regarding the issue being studied because they provide insights into trends in the overall data.

*Measures of Association*

22.    There are several ways that studies can measure the association between an exposure

DECLARATION OF DR. PAOLO BOFFETTA

1    and disease.

2        a.  **Relative Risk (RR)** is a measure of the reported association between an exposure and

3            a particular outcome of interest in a particular epidemiological study (usually cohort

4            studies).  It reflects the likelihood of an occurrence (the risk) of a particular outcome

5            (e.g., the disease) in an exposed population when compared to an unexposed population.

6        b.  **Odds Ratio (OR)** is a measure of the odds of a disease in the group that was exposed

7            to the odds of the disease in the group that was not exposed.  Generally, cohort studies

8            measure Relative Risk whereas case-control studies measure Odds Ratios, but they are

9            subject to similar interpretation.

10       c.  **Standard Mortality Ratio (SMR)** is a measure of an association between a certain

11           exposure and death (or mortality).  The Standard Mortality Ratio is the ratio between

12           the observed number of deaths in a study population and the number of deaths that

13           would be expected in a reference (unexposed) population. Commonly used reference

14           population and those of the country as a whole or as part of it, e.g., the State in which

15           the cohort is located. Standard Mortality Ratio provides insight into how the background

16           rate of an outcome (i.e., mortality) compares to the observed rate of that outcome in the

17           population being studied.

18   23.     A Relative Risk, Odds Ratio, or Standard Mortality Rate:

19       a.  **Equal to 1.0** indicates that the exposed group is **just as likely** as the unexposed group

20           to experience the outcome being studied as the unexposed group, indicating no

21           association between the exposure and the outcome;

22       b.  **Greater than 1.0** indicates the exposed group is **more likely** than the unexposed group

23           to experience the outcome in question; and

24       c.  **Less than 1.0** indicates the exposed group is **less likely** than the unexposed group to

25           develop the outcome in question.

26   24.     An epidemiological study typically quantifies the precision of its estimated risk by

27   calculating a Confidence Interval (often referred to as the "CI"), i.e., the margin of error.  A

28   Confidence Interval is the estimated range of values where a particular estimate of risk will fall if

4

the study is repeated with a certain level of confidence. For example, a Relative Risk, Odds Ratio, or Standard Mortality Ratio of 3.0 with a 95% CI of 2.0–4.0 would indicate that the exposed group is three times more likely to experience the outcome under study than the unexposed group and that if the study were repeated, the RR, OR, or SMR would fall between 2.0 and 4.0 ninety-five percent of the time.

25.    A Confidence Interval not only reflects the precision of the estimated risk, but its stability as well. While a narrow Confidence Interval (e.g., RR 3.0 with a 95% CI of 2.5 – 3.5) may indicate a stable risk estimate, a wide Confidence Interval (e.g., RR 3.0; 95% CI 2.5 – 22.5) indicates an *un*stable – and therefore less reliable – risk estimate.

26.    An estimated risk is said to be "statistically significant" if its Confidence Interval **does not** include 1.0 (e.g., RR 2.5; CI 1.2–3.6). Conversely, an estimated risk is not statistically significant if its Confidence Interval **does** include 1.0 (e.g., RR 2.5; CI 0.3 – 3.3). This makes sense because, as described above, a Relative Risk, Odds Ratio, or SMR of 1.0 indicates no association. Statistically significant results are considered more likely to be reliable and not due to chance (although chance cannot be completely ruled out) and are considered more informative than results that are not statistically significant.

27.    Like a confidence interval, a p-value (the "probability" value) measures the probability of observing a difference in disease occurrence between the exposed and unexposed groups by chance alone where it is assumed that there is no true difference. In other words, the p-value provides how likely it is that the difference in disease occurrence between the exposed and unexposed group occurred by random chance as opposed to a true difference. For example, a p-value < 0.05 indicates there is less than a 5% probability that the difference observed was the result of random chance. A reported result that has a p-value less than 0.05 is considered statistically significant. In contrast, a reported result that has a p-value greater than 0.05 is considered not statistically significant.

### *Evaluating Causation.*

28.    Just because studies find an association between an exposure and an outcome does not mean the exposure *caused* the outcome. Conclusions regarding causation can only be drawn

after analysis of all the relevant literature and consideration of certain predetermined causal criteria. Perhaps the most well-known criteria used by epidemiologists in assessing causation were developed by the British Medical Statistician, Sir Austin Bradford Hill.

29.     However, application of the Hill criteria *presumes* "an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance."[2] Absent studies that find "clear-cut" associations between an exposure and an outcome, application of the Hill criteria – and therefore any consideration about a causal conclusion – is not appropriate.

30.     So, even if epidemiological studies find an association between an exposure and an outcome, application of causal criteria, such as the Hill criteria, is still required to determine whether the association is causal.  The most important of those criteria include:

Strength of association.  The higher the risk estimate, the stronger the association.  That is because higher RRs, ORs and SMRs are *generally* less likely to be the result of bias, confounding, or chance (but again, chance cannot be ruled out).  Strong associations (risk estimates > 3.0) more strongly suggest a causal relationship, while it is more difficult to reach conclusions about causation based on weaker associations (risk estimates < 2.0).  As noted in Hill's seminal publication on determining whether an association is causal, the association between smoking and lung cancer is strong because the death rate from lung cancer in cigarette smokers is 9-10 times greater than the rate in non-smokers and the death rate in *heavy* smokers is 20-30 times greater than in non-smokers.[3]

Consistency.  When different studies repeatedly observe similar results, a causal association is more likely.  The likelihood of a causal relationship is greatly increased if studies in different populations using different study designs observe similar findings.  The more consistent the results of studies, the less likely the results are due to confounding, bias, or chance.  For example, as far

---

[2] A.B. Hill, *The Environment and Disease: Association or Causation?* Proceedings of the Royal Society of Medicine (1965) ("Hill 1965").

[3] Hill 1965.

DECLARATION OF DR. PAOLO BOFFETTA

back as 1965, the association between smoking and lung cancer was considered *consistent* because 36 different studies observed a strong association between smoking and lung cancer.

Temporality.  Temporality considers whether the exposure preceded the outcome.  Indeed, for an exposure to have caused a disease, the exposure *must have* preceded the disease.  The converse, however, is not necessarily true. The fact that an individual develops a disease after an exposure does not mean the exposure *caused* the disease.  Duration of exposure, time since first exposure (latency), and time since last exposure (recency) all can inform conclusions as to whether an exposure caused a disease.  For example, solid tumor cancers generally take years, if not decades, to develop.  For that reason, if an individual is diagnosed with lung cancer just days after his first cigarette, smoking should be ruled out as the *cause* because the timing of the exposure (temporality) is inconsistent with the latency of lung cancer.

Biological Gradient (or Dose-Response effect). An association is more likely to be causal when studies reveal higher exposures carry greater risks.  For example, if a study finds Relative Risks of 1.5 for a dose of 1 mg, 2.5 for a dose of 2mg, and 3.5 for a dose of 3mg, the study would be said to have found a dose-response relationship between exposure and risk.  If the risk of disease increases with increasing exposure, a causal interpretation becomes more plausible.  The presence of dose-risk and duration-risk gradients therefore provide stronger evidence of a causal association. The studies of smoking and lung cancer provide a good example.  As previously noted, those studies generally demonstrate that the death rate from lung cancer in cigarette smokers is 9-10 times greater than the rate in non-smokers, but that the death rate from lung cancer in *heavy* smokers (i.e., higher exposure) is 20-30 times greater than the rate in non-smokers.[4]

---

[4] Hill 1965.

7

31.     The other criteria identified by Hill, though not as important as those identified above, are still useful when attempting to draw causal conclusions:

Specificity.  Specificity considers whether an exposure leads to a single effect.  This criterion, however, should not be overemphasized.  While a finding of specificity can help bolster conclusions regarding a causal association, a lack of specificity does not refute such an effect.  For example, while studies consistently show strong associations between smoking and lung cancer, studies also find consistent associations between smoking and several other negative health outcomes.

Plausibility.  Plausibility considers whether the association agrees with the current understanding of science.  When the biological pathway by which an exposure can cause a disease is understood, an association is more likely to be causal.  If the biological pathway is not understood, it is less likely that the association is causal, and other possible reasons for the association should be considered (i.e., confounding, bias, and chance).

Coherence.  Coherence considers whether the cause-and-effect interpretation of the data conflicts with what is generally known about the biology and history of the disease in question.  For example, an increase in the incidence of lung cancer in men but not women at a time when men smoked far more than women provides an example of coherence and strengthens the likelihood that the association between smoking and lung cancer is causal.

Experiment.  Do experimental studies, where alteration of exposures resulted in an alteration of disease presentation, support the association?

Analogy. Analogy asks whether the observed association is analogous to other established cause-and-effect relationships.

32.     The more of these criteria that are satisfied, the more likely an association is to be causal.

***The Role of Confounding, Bias, and Chance.***

8

33. Even when an epidemiological study finds an association, the roles of chance, bias, and confounding must be thoroughly assessed before an inference of causality can be made.

34. Chance will always have some effect on data, including epidemiological data. To address this, p-values and Confidence Interval (CI) are measured to determine whether an association is more likely to be a true association than due to random error or chance. Typically, the smaller the study population, the wider the confidence interval and the greater the likelihood an association is the result of chance.

35. Bias, or systematic error, in the design, conduct, or analysis of a study may lead to flawed estimates of the underlying association between an exposure and a disease. In other words, bias in a study may mask the existence of a true association or reveal one that does not truly exist. Selection bias involves systematic differences in the exposure under study between those who are selected for inclusion in the study and those who are not. Information bias involves systematic differences in the measure of subjects' exposure between the groups being compared. Studies that take greater care to eliminate bias are generally regarded as higher quality, and their results more reliable.

36. Confounding refers to external variables that have a distorting effect on the outcome. Confounding occurs when the effect of an exposure being studied is distorted by the effect of another variable that is not the one being studied. Confounders can be known or unknown. Only after potential confounding variables have been identified and validly accounted for can confounding be assessed and, accordingly, considered in the statistical analysis. Confounding is of particular concern in studies of occupational agents, since workers are often exposed to multiple agents, any of which could potentially increase the worker's risk of a particular disease.

37. Although chance, bias, and confounding cannot be eliminated, well-designed studies should take adequate steps to reduce their impact as much as possible.

### Review Of Epidemiological Data Concerning TiO2 Exposure

38. I began my analysis of whether exposure to TiO2 increases the risk of cancer by identifying relevant studies. I did this by searching the PubMed database, which includes more than 22 million citations from the biomedical literature. My search identified 12 relevant reports based

on different analyses of four study populations, 4 letters to the editor and their replies, and 4 reviews and meta-analyses. I then reviewed these reports, letters, reviews, and meta-analyses.

39.     The published literature contained studies of exposure to TiO2 in two circumstances: (i) employees exposed to TiO2 during its production; and (ii) employees exposed to TiO2 as a result of it being used in the workplace or self-reported exposure to TiO2.

40.     The only forms of cancer I reviewed in detail are lung cancer, because of suggestive evidence from animal studies, and bladder cancer, because of a non-significant association reported in an early study (see below). Results for other cancers were reported from cohort studies of TiO2-exposed workers, but none of these studies reported associations with any other cancers, nor is there any evidence suggesting such associations might exist.  For that reason, I focused my analysis on studies reporting on the incidence of and mortality from lung and bladder cancer.

**Descriptive epidemiology & risk factors for lung cancer**

41.     Lung cancer was a rare disease until the beginning of the twentieth century. Since then, its occurrence has increased rapidly, it has become the most common malignant neoplasm among men in most countries, and it represents the most frequent cause of cancer death worldwide. Lung cancer is the second most common cancer in both men (after prostate cancer) and women (after breast cancer). In 2020 there were an estimated 1,436,000 new cases of lung cancer worldwide, and lung cancer accounted for 1,189,000 deaths each year among men. During that same period, there were 771,000 new cases and 607,000 deaths among women [Ferlay et al., 2021][5].

42.     228,000 new lung cancer cases were reported in the U.S. in 2020. 116,000 (51%) of those were reported in men and 112,000 (49%) in women.  Lung cancer is the most common cause of cancer death in both men and women.  In 2020, a total of 138,000 lung cancer deaths were reported in the U.S., including 73,000 deaths in men and 65,000 in women. The annual number of lung cancer deaths is comparable to the annual number of deaths from the next three most common cancers combined (colorectal, pancreatic, and breast cancers).  Moreover, survival from lung cancer

---

[5] Jacques Ferlay, Murielle Colombet, Isabelle Soerjomataram, et al., *Cancer statistics for the year 2020: An overview*, 149 Int. J. Cancer., 149, 778– 789 (2021).

is poor (5-10% at five years).

43.     Tobacco use (i.e., smoking) is by far the largest contributor to lung cancer incidence. An increase in tobacco consumption is paralleled some decades later by an increase in the incidence of lung cancer; similarly, a decrease in tobacco consumption is followed by a decrease in lung cancer incidence.

44.     There are many known risk factors for lung cancer, which have been identified using cohort and case-control studies. The most common risk factors include involuntary exposure to tobacco smoke, exposure to ionizing radiation and radon, exposure to several occupational agents, non-neoplastic lung disease such as tuberculosis, and air pollution. Smokers have a ten-fold higher (or more) risk of developing lung cancer relative to people who never smoked [Thun et al., 2013][6]. Atomic bomb survivors and patients treated with radiotherapy for ankylosing spondylitis or breast cancer are at moderately increased risk of lung cancer. Underground miners exposed to radioactive radon and its decay products, which emit α-particles, have been consistently found to be at an increased risk of lung cancer [IARC 2001][7]. Overall, occupational agents are responsible for an estimated 10% of lung cancers in industrialized countries [Boffetta et al., 2010][8].

45.     Familial and genetic factors also play a role.  A positive familial history of lung cancer has been found to be a risk factor in several studies. In a large analysis of 24 studies, the Relative Risk for any first-degree relative with lung cancer was 1.51 (95% CI 1.39-1.63), but it was higher (RR 1.82; 95% CI 1.62-2.05) for history of a sibling with lung cancer [Coté et al., 2012][9].

46.     Several other studies have identified agents that may have an impact on lung cancer risk, but no final evidence is available for them. For example, there is limited evidence that a diet rich in vegetables and fruits may exert a protective effect against lung cancer [WCRF/AICR,

---

[6] M.J. Thun, B.D. Carter, D. Feskanich D, et al., *50-year trends in smoking-related mortality in the United States*, 368 N. Engl. J. Med. 351, 351-64 (2013).

[7] International Agency for Research on Cancer, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 78, Ionizing radiation, Part 2, Some Internally Deposited Radionuclides (2010).

[8] Paolo Boffetta, Philippe Autier, Mathieu Boniol, et al., *An estimate of cancers attributable to occupational exposures in France,* 52 J. Occup. Environ. Med., 399, 399-406 (2010).

[9] Michele Coté, Mei Liu, Stefano Bonassi, et al., *Increased risk of lung cancer in individuals with a family history of the disease: a pooled analysis from the International Lung Cancer Consortium,* 48 Eur. J. Cancer. 1957, 1957-68 (2012).

11

2017][10].  There also is some evidence of an increase in the risk of lung cancer from heavy alcohol drinking, independent from tobacco smoking [Boffetta & Hashibe, 2006][11], and there is some evidence of an association between Body Mass Index and lung cancer risk [WCRF/AICR, 2017][12], but the evidence of those associations is inadequate to reach any conclusions.

### Descriptive epidemiology & risk factors for bladder cancer

47.     Bladder cancer is the fourth most common cancer in men, after prostate, lung, and colorectal cancer, and is the 11th most common cancer in women.  A total of 74,000 new cases of bladder cancer were estimated to occur in the U.S. in 2015, of which approximately 75% were estimated in men and 25% in women.[13]  The estimated number of deaths from bladder cancer in the U.S. in 2015 was 16,000.  In 2012, there were an estimated 577,403 people living with bladder cancer in the U.S. Incidence rates were higher in non-Hispanic Whites than in Blacks, Hispanics, or any other minority groups.

48.     The incidence of and mortality from bladder cancer is very low before age 40 but increases exponentially with age.

49.     The most important risk factor for bladder cancer is tobacco smoking.   Other important risk factors include certain occupational exposures such as exposure to aromatic amines and the presence of arsenic in drinking water.

50.     Suspected causes of bladder cancer include water chlorination by-products, aristolochic acid (a toxin produced by certain herbs of the *Aristolochia* genus), chronic bladder irritation and infections, phenacetin-containing medications, use of hair dyes, diabetes, history of chemotherapy, radiation therapy, and bladder or other urothelial cancer.

51.     Notably, no scientific or medical organization has identified TiO2 exposure as a risk factor for lung, bladder, or any other cancer in humans.

### Studies of TiO2 Exposure

---

[10] World Cancer Research Fund / American Institute of Cancer Research, Diet, nutrition, physical activity and lung cancer (2017), https://www.wcrf.org/wp-content/uploads/2021/02/lung-cancer-report.pdf.
[11] Paolo Boffetta, Mia Hashibe, *Alcohol and cancer*, 7 Lancet Oncol. 149, 149-56 (2006).
[12] World Cancer Research Fund 2017, *supra* note 10.
[13] http://seer.cancer.gov/statfacts/html/urinb.html.

12

52.     Several well-designed studies have analyzed the effect of TiO2 exposure on production facility workers in various countries.  None has presented results supporting a finding that TiO2 causes cancer in humans.

53.     There are 12 published articles examining the possible association between TiO2 exposure and lung cancer. They report different analyses based on four study populations: a European multi-plant cohort, a U.S. DuPont cohort, a U.S. multi-plant cohort, and a series of case-control studies from Montreal. Of those, 10 show *no* statistically significant association.  One study found a weak, but statistically significant association in men, but those results likely were the result of using an inappropriate reference population and other bias and confounding factors.  The other study failed to find a significant association in the main analysis but did find a statistically significant association in the highest exposed group although that result was based on very small numbers.

54.     Two studies by the same author (*Guseva Canu*) appear to have been specifically designed with the goal of raising questions regarding the lack of any evidence of an association between TiO2 exposure and cancer.  Neither was an independent study.  Rather, both reanalyzed subsets of data from the larger European Cohort Study.  The authors do not explain their decision to reanalyze only subsets of the larger European cohort in their studies.

55.     The authors' first study was limited to an analysis of only the French cohort from the much larger European Cohort Study (see below).  This is particularly notable given the impact smaller data sets have on the reliability of results.  Indeed, the only statistically significant risk estimate the authors found in this study was in a sub-analysis and based on an extremely low number of observed cancer deaths (n=4), and so the confidence interval (i.e., reliability of the risk estimate) was extremely wide.

56.     The authors' second study excluded the Norwegian and German cohorts from their analysis.  Moreover, the second study did not appear designed to determine whether exposure to TiO2 increased the risk of lung cancer.  Instead, the authors created a model using numerous assumptions to try and prove that healthy worker survivor bias (HWSB) might explain the lack of any epidemiological evidence of an increased risk of cancer from TiO2 exposure in humans.

13

57.     Considering the totality of the evidence, it can be said with a reasonable degree of scientific certainty that the weight of the existing literature shows that exposure to TiO2 in any form does not cause cancer in humans, and certainly does not support a conclusion that there is a causal association between TiO2 exposure and the development of lung cancer. My review of the literature is below.

***European multi-plant cohort***

**Boffetta 2004**[14]

58.     In 2004, I co-authored a mortality follow-up study of 15,017 TiO2 production workers (95% male) first employed before 1990 and employed for more than a year in one of eleven (11) plants in six European countries (Finland, France, Germany, Italy, Norway, and the United Kingdom). The objective of the study was to assess the risk of lung cancer mortality related to occupational exposure to TiO2.  Country-specific Standardized Mortality Ratios were calculated using national mortality rates and pooled across countries. Results for women were based on a small number of deaths with no evidence of an exposure effect. Among men, the Standardized Mortality Ratio for all cancers was 0.98 (95%CI: 0.91-1.05), for lung cancer was 1.23 (95% CI: 1.10-1.38), and for bladder cancer was 0.67 (95% CI 0.39-1.04).

59.     Although the SMR of lung cancer in men was statistically significantly increased, mortality from lung cancer did not increase with duration of employment or estimated cumulative exposure to TiO2 dust.  In other words, this study did not find a dose-response effect from exposure to TiO2.  The lack of a dose-response effect suggests the 23% increase in lung cancer mortality – which is a weak association – may be explained by a combination of factors other than exposure to TiO2, including confounding by other occupational exposures or other non-occupational factors (e.g., the possible higher rate of smoking among workers than people in the general population). Additionally, it appears that using regional lung cancer mortality rates as a reference, which were higher than the national rates used in eight of the ten locations where the factories were located and would have resulted in a lower SMR, may have been a more appropriate reference population. Overall, it is unlikely that the increased SMR of lung cancer in men reflects a carcinogenic effect

---

[14] Boffetta 2004, *supra* note 1.

of TiO2 dust exposure.

60.     No results on bladder cancer were reported among women. Smoking information was available for 37% of the cohort, and the prevalence of smoking in the cohort appeared to be higher than, or comparable to, that in the respective national population except for one country. Confounding by smoking or occupational exposures outside the TiO2 industry might explain the small increase in lung cancer mortality observed in the comparison with the external population, but this is not supported by the internal dose-response analysis. In other words, the true rate of smoking was unlikely to skew the analysis because even among study participants that reported smoking, there was no significant relationship between the amount of TiO2 exposure and cancer rates.

61.     Overall, the results of this study do not support the hypothesis that exposure to TiO2 is a cause of lung or other cancers.

***Reanalyses of European multi-plant cohort data***

**Guseva Canu 2020**[15]

62.     Guseva Canu et al. re-analyzed the data for only the 833 French workers of the total 15,017 workers included in the European cohort. As a result, the authors based their analysis of lung cancer on the small number of observed lung cancer deaths in the French cohort (n=14) as opposed to the significantly more robust number of lung cancer deaths observed in the full European cohort (n=307.6).

63.     The overall Relative Risk of lung cancer in Canu's analysis for those exposed to TiO2 was 3.77 (95% CI 0.79-17.95). While the relative risk was elevated, it was not statistically significant, and the wide confidence interval indicates a lack of stability and greater uncertainty regarding the estimated risk.

64.     These authors reported no association of lung cancer rates with *cumulative* exposure to TiO2, but a statistically significant increased risk for *average* exposure above 2.4 mg/m$^3$ [HR

---

[15] Irina Guseva Canu, Alan Gaillen-Guedy, Pascal Wild, et al., *Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights*, 77 J. Occup. Environ. Med., 795, 795–797 (2020).

DECLARATION OF DR. PAOLO BOFFETTA

27.33 (95% CI = 4.35 – 171.84)] though not for lower exposure.[16]  That result, however, was based on a very small number of observed lung cancer deaths (n=4), which explains the extremely wide confidence interval (4.35 – 171.84) around the estimated risk for average exposure above 2.4 mg/m$^3$.  Because of the small number of observed lung cancer deaths and the wide confidence interval, the resulting estimate – though statistically significant – is extremely unstable.  Just one additional lung cancer death in the reference group or one fewer in the cohort would almost certainly have a dramatic impact on the result. No results were reported for any specific duration of exposure.

65.     The results in Guseva Canu et al. showing no statistically significant increase in cancer risk associated with cumulative exposure to TiO2 exposure are broadly consistent with those reported in the analysis of the full European study.[17] Even Guseva Canu et al. acknowledged the lack of epidemiological evidence (i.e., human studies) supporting the hypothesis that TiO2 exposure causes cancer.

**Guseva Canu 2022**[18]

66.     Guseva Canu et al. later used a subset of data from the European Cohort Study on lung cancer mortality (N=139) among 7,341 male workers from Finland, France, UK, and Italy who were included in the European cohort by Boffetta et al 2004. Again, the authors did not explain why the Norwegian and German cohorts were excluded from this analysis.

67.     The main purpose of the analysis was to determine whether healthy worker survivor bias (HWSB) might have impacted previous epidemiological studies on exposure to TiO2.  HWSB is a particular bias that can, in some instances, impact the reliability of epidemiological studies. Here, Guseva Canu et al. appear to hypothesize that the cohort population (i.e., the population of workers) is healthier than individuals in the reference population used (i.e., the general population) because *un*healthy individuals generally are not likely to working, especially in the TiO2 industry.

---

[16] The measure of mg/m$^3$ means milligrams of TiO2 per cubic meter of air inhaled.

[17] Guseva Canu, *supra* note 7*; see also* Boffetta 2004, *supra* note 1.

[18] *Id; see also* Irina Guseva Canu, Alan Gaillen-Guedy, Ahti Antilla, et al., *Lung cancer mortality in the European cohort of titanium dioxide workers: a reanalysis of the exposure-response relationship*, 79 J. Occup. Environ. Med., 637, 637–640 (2022).

16

68.     While HWSB may impact the results of other outcomes, the hypothesis that it impacted cohort studies of whether exposure to TiO2 causes cancer does not make sense for at least two reasons.  *First*, even if TiO2 workers are healthier than the general population, there is no reason to think HWSB would impact studies of lung or bladder cancer.  *Second,* if exposure to TiO2 causes cancer, there is simply no reason to believe "healthy" factory workers, who are exposed to TiO2 more than the reference population, are somehow at *less* risk of lung cancer simply because they are otherwise "healthy."

69.     Moreover, as discussed above, smoking is by far the most significant risk factor for both lung and bladder cancer. The authors of this study, however, failed to adequately adjust for tobacco smoking, and so the study is not well designed.

70.     Nevertheless, the authors did not find an increased risk of lung cancer death associated with lagged cumulative exposure to TiO2 (OR 1.03 (95% CI 0.99-1.07)). The authors then used a g-estimation model approach to determine the estimated number of lung cancer deaths at three *hypothetical* exposures set at 2.4, 0.3 and 0 mg/m$^3$ for 25 and 35 years. They estimated the number of lung cancer deaths expected in the cohort at age 70 after 35-year exposure using, based on the assumptions of the g-estimation model, as (1) 293 for exposure set at 2.4 mg/m$^3$, (2) 235 for exposure set at 0.3 mg/m$^3$, and (3) 211 for exposure set at 0 mg/m$^3$. Given that this analysis was a model created by the authors that was based on several assumptions, it is not particularly useful in reaching conclusions on whether exposure to TiO2 can cause cancer in humans.

71.     Guseva Canu's two analyses of only part of the data from the European multicenter study do not contradict the results and conclusion of the original study and do not support the hypothesis that exposure to TiO2 is a cause of lung or any other cancer.

### *U.S. DuPont cohort*

### Chen and Fayerweather 1988[19]

72.     [Chen and Fayerweather 1988] examined mortality and cancer incidence in a cohort of 1,576 male workers exposed to TiO2 who were employed for at least a year before 1984 at two

---

[19] J.L. Chen JL, W.E. Fayerweather, *Epidemiology study of workers exposed to titanium dioxide*, 30 J. Occup. Med., 937, 937–942. (1988)

DuPont TiO2 production plants in the U.S.  Workers were followed from 1935 to 1983 for mortality, and between 1956 and 1985 for cancer.  The study found that the observed rate of lung cancer deaths in the study population was significantly ***lower*** than the expected lung cancer mortality rate in the U.S.  (SMR = 0.52; 95% CI: 0.24-0.99).  The authors concluded: (1) Their "cohort analyses suggested that the risks of developing lung cancer and other fatal respiratory diseases were no higher for TiO2-exposed employees than for the rest of the DuPont Company or for the overall U.S. white population.  In fact, statistically significant deficits of lung cancer deaths were observed for this cohort based on the general population"; and (2) "Nested case-control analyses found no significant associations between TiO2 exposure and risk of lung cancer…." I concur with these conclusions.

**Fayerweather 1992**[20]

73.     [Fayerweather 1992] was a reanalysis of the [Chen and Fayerweather 1988] data. The authors performed a nested case-control analysis of lung cancer on a subgroup of the study cohort in 1992. The analysis included 901 workers not exposed to TiO2 and found no association between TiO2 exposure and risk of lung cancer. A second analysis restricted to the largest plant, which included available data on cigarette smoking, also did not find an association between exposure to TiO2 and lung cancer.

**Ellis 2010**[21]

74.     [Ellis 2010] examined mortality among 5,054 workers between ages 31 to 60 employed at three TiO2 plants in the U.S, including the two plants included in the analyses above, with an average length of follow-up of 29 years.  Fewer lung cancer deaths were observed in the study population compared to the U.S. general population, although the difference was not statistically significant (SMR = 0.90; 95% CI: 0.75-1.05) ("With lung, the target organ of interest, no increases in malignant or nonmalignant respiratory disease were observed"). The authors also noted that "[t]he results are comparable with other titanium dioxide cohort studies." I agree with the conclusions of the authors.

---

[20] W.E. Fayerweather, M.E. Karns, P.G. Gilby, et al., *Epidemiologic study of lung cancer mortality in workers exposed to titanium tetrachloride*, 34 J Occup. Med., 164, 164–169 (1992).

[21] Elizabeth Ellis, Janice Watkins, William Tankersley, et al., *Mortality among titanium dioxide workers at three DuPont plants,* 52 J. Occup. Environ. Med., 303, 303–309 (2010).

18

**Ellis 2013**[22]

75.     [Ellis 2013] was a follow-up study of workers at the same three TiO2 production facilities and examined the exposure–response relationship between cumulative exposure to TiO2 and TiCl4, and mortality.  The study expanded the Standardized Mortality Ratio analysis using company-wide mortality rates as the reference. Workers employed for at least 6 months and exposed to TiO2 or TiCl4 (N=3607, 88% male, 87% white) were followed through 2006. When comparing the observed mortality rates of the exposed workers with the U.S. mortality rates, the authors observed fewer deaths from (1) all causes (SMR 0.84 (95% CI: 0.78-0.90); all cancers (SMR 0.93 (95% CI: 0.82-1.06); and (3) lung cancer (SMR 0.98 (95% CI 0.78-1.21). No results were reported for bladder cancer. The authors concluded that "the results of this study are consistent with those of other studies of TiO2. There is no indication of a positive association between occupational exposure to TiO2 … and death from all causes, all cancer, non-malignant respiratory disease or all heart disease." I concur with the authors' conclusions.

76.     While each of these industry studies had limitations, none supports the hypothesis that exposure to TiO2 is a cause of lung or other cancers.  On the contrary, most of the reported results support the conclusion that exposure to TiO2 **does not** cause cancer.

### *U.S. multi-plant cohort*

**Fryzek 2003**[23]

77.     Fryzek et al. conducted a retrospective cohort mortality study of 4,241 workers (90% male, 58% white, and 20% unknown race) employed for more than 6 months after January 1, 1960 at four TiO2 production facilities in the United States and followed the workers through December 31, 2000. The authors used mortality rates from the states where the plants were located as references. The Standardized Mortality Ratio for all cancers was 0.8 (95% CI: 0.7-1.0), for lung cancer was 1.0 (95% CI: 0.8-1.3), and for urinary tract cancer, which comprises mainly bladder

---

[22] Elizabeth Ellis, Janice Watkins, William Tankersley, et al., *Occupational exposure and mortality among workers at three titanium dioxide plants*, 56 Am. J. Ind. Med., 282, 282–291 (2013).

[23] Jon Fryzek, Bandana Chadda, Donald Marano, et al., *A cohort mortality study among titanium dioxide manufacturing workers in the United States,* 45 J Occup. Environ. Med., 400, 400–409 (2003).

DECLARATION OF DR. PAOLO BOFFETTA

cancer, was 0.4 (95% CI 0.1-1.3). Results were similar among workers with the highest TiO2 exposure jobs. The authors concluded that "[t]he data indicate that workers at the United States plants have not experienced risks of lung cancer or other significant adverse health effects as a result of their occupational exposure to TiO2." I agree with these conclusions.

### Community-based studies

78.    This section discusses community-based studies.  As with the cohort studies discussed above, none of the community studies support the hypothesis that TiO2 exposure causes cancer in humans.

### Case-control studies from Montreal

**Siemiatycki 1991**[24]

79.    Siemiatycki conducted a hypothesis-generating case-control study in Montreal that included 3,726 male cases with 20 different types of cancer (including 857 lung cancer cases) and 533 population-based controls. No excess lung cancers were observed for any exposure to TiO2 (RR 1.0; 90% CI, 0.7–1.5; 38 cases) or for cancer at several other sites, although an increased risk of urinary bladder cancer cases was observed (RR 1.7; 90% CI, 1.1–2.6).  The authors use of a 90% confidence interval is somewhat unusual, as it is standard practice in epidemiology to use a 95% confidence interval.  Indeed, the same author of this study is the lead author of the study below and there, he used a 95% confidence interval.

**Siemiatycki 1994**[25]

80.    Additional results on bladder cancer based on this case-control study were reported by Siemiatycki et al. in 1994.  The analysis included 484 cases of bladder cancer and 2,412 controls. The corresponding fully adjusted Odds Ratio for non-substantial exposure were 1.3 (95% CI 0.8-2.2) and for substantial  exposure  was  1.8 (95% CI 0.4-7.6). The Odds Ratio was higher for medium/high exposure concentration than for low concentration but was higher for 1-10 years of

---

[24] Jack Siemiatycki, Risk Factors for Cancer in the Workplace, Boca Raton, FL, CRC Press ( 1991).

[25] Jack Siemiatycki, R. Dewar, L. Nadon, et al.., *Occupational risk factors for bladder cancer: results from a case-control study in Montreal, Quebec, Canada*, 140 Am. J. Epi. 1061, 1061–1080 (1994).

DECLARATION OF DR. PAOLO BOFFETTA

exposure than it was for exposures greater than 10 years.

**Boffetta 2001**[26]

81.     I also was the lead author of an analysis of the case-control study described above, that assessed the risk of lung cancer from TiO2 exposure. The study included 857 cases of lung cancer and 1,066 controls. The adjusted Odds Ratio was 0.9 (95% CI: 0.5–1.5; 33 cases) for ever exposure to TiO2 and was 1.0 (95% CI: 0.3–2.7; eight cases) for "substantial" exposure. Based on this study, my colleagues and I concluded that "occupational exposure to titanium dioxide is probably not associated with a substantial increase in lung cancer risk."

**Ramanakumar 2008**[27]

82.     Ramanakumar et al. combined the case-control study described above with another study of similar design conducted in Montreal during 1996-2001. The combined study population consisted of 2093 lung cancer cases and 3394 controls. The adjusted Odds Ratio for ever-exposure to TiO2 was 1.0 (95% CI: 0.6–1.7; 76 cases) and for substantial exposure was 1.2 (95% CI: 0.4–3.6; eight cases).   The authors concluded that "workers in our study base with occupational exposure to carbon black, **titanium dioxide**, industrial talc and cosmetic talc did not experience any excess risk of lung cancer.  These findings are consistent with the evaluations of the IARC working group that reviewed these substances." I concur with the conclusions of the authors.

83.     Overall, the results of these case-control studies do not support the hypothesis that exposure to TiO2 in any form is a cause of lung, bladder, or any other cancer.

***Previous reviews***

84.     There have been several previous reviews of the data regarding the carcinogenicity (or lack thereof) for TiO2. These are discussed below. None of these reviews supports a finding that any form of TiO2 causes cancer in humans.

***IARC, 2010***

85.     IARC reviewed the data on carcinogenicity of TiO2 within its Monographs program

---

[26] Boffetta 2001, *supra* note 1.
[27] Agnihotram Ramanakumar, Marie-Elise Parent, Benoit Latreille, et al., *Risk of lung cancer following exposure to carbon black, titanium dioxide and talc: results from two case-control studies in Montreal,* 122 Int. J. Cancer, 183, 183–189 (2008).

DECLARATION OF DR. PAOLO BOFFETTA

in 2006.[28]   The IARC Monographs consist of an expert evaluation of available studies from epidemiology and toxicology, without meta-analysis. The conclusion from that Monograph was that the epidemiology data was inadequate to conclude that exposure to TiO2 causes cancer in humans. This is the standard language used by IARC when the evidence is not even suggestive of an association between an agent and cancer.

### Le et al., 2018

86.     Le et al. conducted a systematic review and meta-analysis of studies on lung cancer risk among workers exposed to TiO2.[29] Their review included all the studies included in this declaration, which were published before 2017. They performed a meta-analysis of results on lung cancer mortality of non-overlapping cohort studies, using a random-effects model. Case-control studies were not included in the meta-analysis. The summary Standardized Mortality Ratio was 1.10 (95% CI 0.91-1.32).

87.     The meta-analysis of the dose-response results showed no association between cumulative TiO2 exposure and lung cancer mortality (RR for a 1 mg/m3 year increase in cumulative exposure was 0.999 (95% CI 0.997-1.002). The result of this meta-analysis is similar to that I conducted and reported below, which found a Relative Risk of 1.04 (95% CI 0.87-1.28, p-value of test of heterogeneity 0.045; Figure 2).

### Guseva Canu et al., 2020

88.     Guseva Canu et al. reviewed essentially the same body of literature Le et al. used in their meta-analysis, but these authors did not perform their own meta-analysis of the underlying data.[30] The review ignored community-based case-control studies and emphasized the limitations of available cohort studies. They also over-emphasized the positive associations identified in some

---

[28] International Agency for Research on Cancer, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93, Carbon Black, Titanium Dioxide, and Talc (2010).

[29] Hien Le, John Tomenson, David Warheit, et al., *A review and meta-analysis of occupational titanium dioxide exposure and lung cancer mortality*, 60 J. Occup. Environ. Med., e356, e356–e367 (2018).

[30] *Id.; see also* Irina Guseva Canu, Sandrine Fraize-Frontier, Cecile Michel, et al., *Weight of epidemiological evidence for titanium dioxide risk assessment: current state and further needs*, 30 J. Exp. Sci. Environ. Epidemiol, 430, 430–435 (2020).

DECLARATION OF DR. PAOLO BOFFETTA

subgroups analyses even though the original authors often cautioned overreliance on those results.[31] The authors concluded that "updated retrospective and new prospective epidemiological studies with well-characterized TiO2 exposure data are necessary to strengthen the evidence." This conclusion is at odds with those of the other reviews of the literature on TiO2 exposure and it is not supported by the available evidence.

**Hansa et al., 2023**

89.     Hansa at al. performed a systematic review of studies on cancer risk among TiO2 exposed workers but did not perform a meta-analysis.[32] Their review included the same studies discussed in the community-based studies and meta-analysis sections of this report, with the exception of the paper by Siemiatycki.[33] The authors concluded that the association between occupational TiO2 exposure and cancer was unclear.

## My Meta-analysis Of All the Above Data

90.     Meta-analysis is an approach to combine the results of separate studies. In general, large studies are weighed more in a meta-analysis than smaller studies. Since the studies included in a meta-analysis have been conducted independently, some degree of heterogeneity in results is expected. The statistical approach that has been developed to overcome this limitation is the use of so-called random-effects models, which take into account the heterogeneity of results.

91.     I performed a meta-analysis of the available data on lung and bladder cancer, and the results of that analysis are described below.

92.     The forest plots of this meta-analysis show that the Relative Risk of individual studies fluctuate below and above the null value of 1.0 (vertical black line). The most important result, however, is the summary Relative Risk, indicated with a diamond: in both cases the summary Relative Risk (vertical corners and red dotted line) are close to the null value of 1.0, and the

---

[31] Elizabeth Ellis, Janice Watkins, William Tankersley, et al., *Occupational exposure and mortality among workers at three titanium dioxide plants*, 56 Am. J. Ind. Med., 282, 282–291 (2013); *see also* Fryzek, *supra* note 13; *see also* Boffetta 2004, *supra* note 1.

[32] Jannis Hansa J, Hiltrud Merzenich, Lorena Cascant Ortolano, et al., *Health risks of titanium dioxide (TiO2) dust exposure in occupational settings – A scoping review*, 252 Int. J. Hyg. Environ. Health, 114212, 114212 (2023).

[33] Siemiatycki, *supra* note 24.

1  confidence interval of summary estimate (the values between the horizontal corners) overlap with

2  the null value of 1.0, indicating no statistically significant increased or decreased risk of lung cancer

3  or bladder cancer risk.

4       93.    The summary Relative Risk of my meta-analysis on lung cancer, based on five

5  results from four studies, was 1.04 (95% CI 0.87-1.28, p-value of test of heterogeneity 0.045; Figure

6  2).

**Figure 2**. Meta-analysis of studies on lung cancer



19      94.    The corresponding Relative Risk of the meta-analysis on bladder cancer, based on

20  four studies, was 0.90 (95% CI 0.57-1.40, p-value of test for heterogeneity 0.11; Figure 3).

**Figure 3.** Meta-analysis of studies on bladder cancer

24

DECLARATION OF DR. PAOLO BOFFETTA



95.     My meta-analysis did not suggest an increased risk of either cancer (lung or bladder) among subjects exposed to TiO2 compared to unexposed subjects.

**Opinions Based On the Above Data**

96.     The totality of the existing literature relevant to the question of whether TiO2 exposure causes cancer is remarkably consistent.  Except for a single study finding of relatively weak association (i.e., a 23% increase in mortality in male TiO2 workers, with no dose-response effect), no study has identified a statistically significant increased risk of lung cancer, bladder cancer, or any other cancer from exposure to TiO2 dust in its main analysis.  Moreover, the 23% increased risk may be the result of using a national, rather than a more local, reference population. Regional lung cancer mortality rates in that study were higher than corresponding national rates in eight of the ten locations where the factories were located, and therefore in the regions where the workers were more likely to live.  Had regional rates been used, the SMRs would have been lower than those reported in the study, and it is very possible the study would not even have found a statistically significant increased SMR in male workers, a finding that would have been consistent

1   with all other studies.

2     97. The most comprehensive summary of results on lung cancer of cohort studies of

3   workers exposed to TiO2 is by Le et al.[34] and illustrates the lack of evidence of a causal relationship

4   between TiO2 exposure and lung cancer. The authors incorporated a total of 501 lung cancer deaths

5   from the cohort studies into their meta-analysis, which showed no associations between exposure

6   to TiO2 and lung cancer risk and no dose-response from exposure to TiO2. Moreover, the

7   community-based case-control studies, which were not included in Le et al.'s meta-analysis, are

8   consistent with this conclusion. Results for all other cancers and for all cancer combined also do

9   not suggest an association between TiO2 exposure and cancer. The results of my own meta-analysis

10   are consistent with those by Le et al.

11     98. As previously discussed, because the literature does not reveal an association

12   between exposure to TiO2 dust and cancer, the application of the Bradford Hill criteria to determine

13   whether exposure to TiO2 *causes* cancer is not appropriate. None of the literature even establishes

14   an association between TiO2 exposure and cancer[35] so there is no need to apply the Hill criteria to

15   conclude the evidence is insufficient to support the hypothesis that TiO2 exposure causes cancer.

16   Nevertheless, analysis of the literature using the three of the most important Hill criteria (strength

17   of the association, consistency, and dose-response) shows that the weight of the evidence suggests

18   that exposure to TiO2 does not cause cancer, and certainly does not support the hypothesis that

19   exposure to TiO2 causes cancer.

20     a. <u>Strength of Association</u>: The only statistically significant finding in a main analysis in

21      the literature was a single Standardized Mortality Ration for lung cancer in men of 1.23

22      (95% CI: 1.10-1.38) in a mortality study of workers employed in the titanium dioxide

23      production industry in Europe.[36] Despite the statistical significance of that finding,

24      because the SMR is less than 2.0, it is a weak association, cautioning against drawing

25      causal conclusions from it.

26     b. <u>Consistency</u>: The literature is remarkably consistent, but not in a way that supports the

27   _____

28   [34] Le, *supra* note 29.
  [35] Le, *supra* note 29.
  [36] *See* Boffetta 2004.

26

hypothesis that TiO2 exposure causes cancer.  Again, except for the single SMR for lung cancer in men discussed above, the literature consistently *does not* find any increased risk of cancer from TiO2 exposure. Moreover, that single SMR is inconsistent with the other results of the same study, which found no additional deaths in men from all cancer [0.98 (95% CI: 0.91-1.05)], no additional deaths in women from all cancer [0.96 (95% CI: 0.58 – 1.54)], and *fewer* deaths in men from bladder cancer than expected [0.67 (95% CI 0.39-1.04)].  Indeed, the study observed statistically significant *reductions* in death in men from (1) all causes [0.87 (95% CI 0.83-0.90)]; (2) ischemic heart disease [0.87 (95% CI 0.83-0.90)]; (3) liver cirrhosis [0.74 (95% CI 0.57-0.94)]; and (4) external causes [0.77 (95% CI 0.68-0.88)], and yet it would be inappropriate to conclude from these results alone that TiO2 exposure reduces the risk of death from all causes, heart disease, cirrhosis, and external causes.

c.   Does Response: None of the studies demonstrated a dose-response effect from exposure to TiO2.

99.   Despite limitations in the individual studies, the overall body of evidence is comparable in magnitude and quality to other studies that have identified occupational carcinogens. Moreover, limitations in studies that *do not* find an association still do not permit the conclusion that better designed studies *would have* resulted in an association being observed.  In other words, if TiO2 were a human carcinogen, the existing literature would have detected a strong signal.

100.   The available evidence from human studies, therefore, cannot be credibly relied on to conclude that exposure to TiO2 causes *any* cancer.  In fact, the epidemiological evidence more strongly suggests that exposure to TiO2 *does not* cause cancer.

### F. Conclusion

101.   The individual epidemiology studies do not demonstrate an association between exposure to TiO2 and lung cancer or other cancers and therefore do not support the hypothesis that exposure to TiO2 in any form causes lung or any other cancer.  On the contrary, the weight of that evidence more strongly supports the conclusion that exposure to TiO2 *does not* cause lung or any

27

other cancer.   That conclusion is consistent with IARC's 2006 evaluation of epidemiology.[37]

102.    The evidence is based on three well-conducted cohort studies (two of them with multiple analyses) and one case-control study. If an association were present between exposure to TiO2 and lung cancer (or any other cancer), it is highly unlikely that it would have been missed by these studies.

103.    Based on my detailed review, it is my opinion that the existing evidence does not support the hypothesis that exposure to TiO2 in any form increases the risk of lung or other cancers in humans.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: 9/10/2024                     By: _____
                                     Dr. Paolo Boffetta

---

[37] International Agency for Research on Cancer, *supra* note 28.

28

# EXHIBIT  A

**Paolo Boffetta, MD, MPH**

**CURRICULUM VITAE**

9 May 2024

<u>ACADEMIC AFFILIATIONS</u>

|  |  |
|---|---|
|  | Professor, Department of Family, Population & Preventive Medicine |
|  | Associate Director for Population Sciences |
|  | Stony Brook Cancer Center |
|  | Stony Brook University |
|  | Stony Brook, NY 11794 USA |
| Telephone | +1-646-401-1292 |
| e-mail | <u>paolo.boffetta@stonybrook.edu</u> |
|  |  |
|  | Full Professor, Department of Medical and Chirurgical Sciences |
|  | University of Bologna |
|  | Policlinico Sant'Orsola Malpighi |
|  | Via Palagi 9 |
|  | 40138 Bologna Italy |
| Telephone | +39-333-478-3944 |
| e-mail | paolo.boffetta@unibo.it |
|  |  |
| Personal e-mail | paolo.boffetta@gmail.com |

<u>EDUCATION</u>

| | |
|---|---|
| Medical School | University of Turin, 1984 |
| Internship | University Hospital Turin, 1982-1984 |
|  | Licensed MD, Italy, 1985 |
| Graduate | Columbia University, New York, NY |
|  | M.P.H. 1988 |
|  | University of Turin, Italy |
|  | Specialization in Public Health, 1988 |

1

PROFESSIONAL BACKGROUND

Resident at the Second Division of Internal Medicine of the University of Turin, Italy (1983-85).

Research Fellow and Research Assistant at the Cancer Epidemiology Unit of the University of Turin, Italy (1985-86; 1989-90).

Research Assistant at the Department of Statistics and Epidemiology of the American Cancer Society, New York, NY, USA (1986-88).

Research Assistant at the Division of Epidemiology of the American Health Foundation in New York, NY, USA (1988).

Graduate Research Assistant at the Division of Environmental Sciences and Post-Doctoral Associate at the Division of Health Policy and Management of Columbia Univ. School of Public Health in New York, NY, USA (1988-89).

Medical Officer (Epidemiologist) at the Unit of Analytical Epidemiology of the International Agency for Research on Cancer/World Health Organization in Lyon, France (1990-1994).

Chief of the Unit of Environmental Cancer Epidemiology of the International Agency for Research on Cancer/World Health Organization in Lyon, France (1995-2003).

Visiting Scientist at the Division of Cancer Epidemiology and Genetics, US National Cancer Institute, Washington, DC, USA (1998-99).

Chief of the Division of Clinical Epidemiology, German Cancer Research Centre (DKFZ), Heidelberg, Germany (2003-2004).

Coordinator of the Genetics and Epidemiology Cluster, International Agency for Research on Cancer/World Health Organization, Lyon, France (2004-09).

Director of the Training Programme (Fellowships and Courses), International Agency for Research on Cancer/World Health Organization, Lyon, France (2004-09).

Vice-President Research, International Prevention Research Institute, Lyon, France (2009-13).

Associate Director for Population Science and Professor, The Tisch Cancer Institute, Icahn School of Medicine at Mount Sinai, New York, NY, USA (2010-2017).

Director, Institute for Translational Epidemiology, Icahn School of Medicine at Mount Sinai, New York, NY (2010-2015).

Professor of Medicine, Preventive Medicine, Oncological Sciences and Global Health, Icahn School of Medicine at Mount Sinai, New York, NY, USA (2010-2020).

Leader, Cancer Prevention and Control Program, The Tisch Cancer Institute, Icahn School of Medicine at Mount Sinai, New York, NY, USA (2012-2017).

Division Director, Cancer Prevention and Control, Department of Oncological Sciences, Icahn School of Medicine at Mount Sinai, New York, NY (2012-2017).

Associate Director for Global Oncology, The Tisch Cancer Institute, Icahn School of Medicine at Mount

2

Sinai, New York, NY, USA (2017-2020)

**Full Professor, Department of Medical and Chirurgical Sciences, University of Bologna, Italy (October 2018 – present).**

**Professor, Department of Family, Population & Preventive Medicine, and Associate Director for Population Sciences, Stony Brook Cancer Center, Stony Brook University, Stony Brook, NY, USA (April 2020 – present).**

Additional academic appointments

Foreign Adjunct Professor, Department of Medical Epidemiology and Microbiology and Tumour Biology Centre, Karolinska Institutet, Stockholm, Sweden (2000-2006)

Visiting Professor, Department of Biomedical Sciences and Human Oncology, University of Turin, Italy (2001-2009)

**Adjunct Professor, Department of Medicine, Vanderbilt University, Nashville, TN, USA (2002-present)**

Professor of Clinical Epidemiology, University of Heidelberg, Heidelberg, Germany (2003-2004)

Affiliate, R. Samuel McLaughlin Centre for Population Health Risk Assessment, University of Ottawa, Canada (2009-2019)

Senior fellow, Hellenic Health Foundation, Athens, Greece (2009-2019)

Honorary Professor, College of Medicine, Dentistry and Nursing, University of Dundee, United Kingdom (2009-2012)

**Adjunct Professor, Department of Epidemiology, Harvard T.H. Chan School of Public Health, Boston, MA,  USA (2009-present)**

Professor of Global Public Health, University of Strathclyde, Glasgow, UK (2012-2013)

**Adjunct Professor, Department of Public Health, Catholic University of Sacred Heart, Rome, Italy (2014-present)**

Visiting Professor, Department of Public Health and Pediatric Sciences, University of Turin, Italy (2016-2017)

Adjunct Professor, Arnold School of Public Health, University of South Carolina, Columbia, SC (2016-2018)

Adjunct Professor, Department of Medical and Surgical Sciences, University of Bologna, Italy (2017-2018)

**Senior Advisor for Research, Vinmec Health System, Hanoi, Vietnam (2017-present)**

**Adjunct Professor, Tisch Cancer Institute, Icahn School of Medicine at Mount Sinai, New York, NY, USA (2020-present)**

Honors, other relevant activities

Commander of the Order of Merit of the Italian Republic for Scientific Merit (December 2023)

Fellow of the European Academyof Cancer Sciences (2013-present)
Fellow of the New York Academy of Medicine (2015-present)
Fellow of the Royal Society or Medicine (2018-present)
Fellow of the Medical Academy of Bologna (2021-present)

Membership of Scientific Societies
- American Association for Cancer Research
- American Society of Preventive Oncology
- Society for Epidemiologic Research
- Italian Society of Public Health
- Italian Society of Occupational Medicine
- Italian Society of Medical Oncology
- European Society of Medical Oncology

Bluhdorn Professor of International Community Medicine, Icahn School of Medicine at Mount Sinai, New York, NY (2010-2018)

ACOEM's 2017 Kammer Merit in Authorship Award

Included in the top 20 Italian scientists, all disciplines; and top 15 scientists in biomedical disciplines (http://www.topitalianscientists.org/Top_italian_scientists_VIA-Academy.aspx; 2015-present)

Clarivate Highly Cited Researcher 2021 – present

Founder and scientific director, New York City Epidemiology Forum (2013-present) and New York City Cancer Prevention Conference (2019-present)

Member of the Steering Committee of the European Prospective Study into Nutrition and Cancer  (EPIC; 23 centers in Norway, Sweden, Denmark, UK, Netherlands, Germany, France, Italy,  Spain, Greece; epic.iarc.fr; 2004-2009)

Member of the NCI Cohort Consortium (epi.grants.cancer.gov/Consortia/cohort.html) (2010-present)

Chair of the Molecular Epidemiology Group (MEG) of AACR (2008-2009)

Member (2010-2014; 2016-present) and Chair (2013-2014) of the Committee of AACR Cancer Prevention Awards

Chair of the 44th International Symposium of the Princess Takamatsu Cancer Research Fund (Tokyo, Japan, October 2013)

Founding member and member of the executive committee of the following consortia:
-   Interlymph (epi.grants.cancer.gov/InterLymph/) – Non-Hodgkin's Lymphoma(2001-08; 34 members)
-   ILCCO (ilcco.iarc.fr) – Lung cancer (2003-; 76 members)
-   INHANCE (www.inhance.utah.edu/about.php) – Head and neck cancer (2004-; 95 members)
-   PANC4 (panc4.org) – Pancreatic cancer (2006-11; 2013-15; 26 members)
-   ACC – Asia Cohort Consortium (asiacohort.org) (2006-; 44 members)
-   StoP – Stomach cancer (2012-; 33 members)

4

INVITED LECTURES
(since 2015)

- New York City Epidemiology Forum, New York, NY, February 2015
- European Lung Cancer Conference (ELCC 2015), Geneva, Switzerland, April 2015
- National Cancer Institute, Milan, June 2015
- American Chemical Society Annual Conference, Boston, MA, August 2015
- 16th World Conference of Lung Cancer, Denver, CO, September 2015
- Association for Environmental Health and Sciences Foundation, Amherst, MA, October 2015
- National Cancer Research Institute Annual Conference, Liverpool, UK, November 2015
- Weinman Symposium, University of Hawaii Cancer Center, Honolulu, HA, November 2015
- Cutter Lecture, Harvard School of Public Health, Boston, MA, December 2015
- Sidney Kimmel Cancer Center, Thomas Jefferson University, Philadelphia, PA, January 2016
- University of California at Los Angeles School of Public Health, Los Angeles, CA, February 2016
- Harvard Project for Asian and International Relations, 2016 Conference, Cambridge, MA, February 2016
- Institute of Public Health, University of Pavia, Italy, April 2016
- iCOMOS Conference, University of Minnesota, Minneapolis, MN, April 2016
- Conference on Human Relevance of Rodent Liver Tumors, Arlington VA, October 2016
- 2016 World Life Science Conference, Beijing, China, November 2016
- Workshop on Risk Assessment of Tobacco Products, Hyattsville, MD, November 2016
- IASLC 17th World Conference on Lung Cancer, Vienna, Austria, December 2016
- Harvard School of Public Health, Boston, MA, January 2017
- University of Turin, Italy, February 2017
- International Workshop on Cancer Epidemiology, Catania, Italy, February 2017
- International Symposium "Frontiers in Epidemiology", Tata Memorial Center, Mumbai, India, March 2017
- European Lung Cancer Conference (ELCC 2017), Geneva, Switzerland, April 2017
- International Symposium on Cancer Prevention, VinMec International Hospital, Hanoi, May 2017
- International Conference on Prospective Cohort Studies, Tehran University of Medical Sciences, Tehran, Iran, July 2017
- Italian Society of Occupational Medicine, Padua, Italy, September 2017
- Medichem (ICOH) Conference, Vienna September 2017
- International Workshop on Elongated Mineral Particles, Monticello, VA, October 2017
- Italian Association of Medical Oncology, Rome, October 2017
- International Conference on Cancer Control, National Cancer Institute, Hanoi, November 2017
- International Conference on Environmental Factors and Breast Cancer, Turin, Italy, November 2017
- Frontiers in Oncology University of Maryland Greenebaum Cancer Center, Baltimore, MD, January 2018
- Department of Epidemiology, Rutgers University and Cancer Institute of New Jersey, Rutgers, NJ, January 2018
- International Workshop on Asbestos and Cancer, Bologna, Italy, January 2018
- European Risk Forum Conference, Brussels, Belgium, February 2018
- Department of Epidemiology, Brown University, Providence, RI, March 2018
- International Commission of Occupational Health Conference, Dublin, April 2018
- Asia Cohort Consortium Annual Meeting, Nagoya, September 2018
- International Workshop on Cancer Epidemiology, Catania, Italy, February 2019
- Global Health Symposium, University of Buffalo, NY, March 2019 (keynote speaker)
- International Conference on Advances in Mesothelioma, University of Turin, Italy, May 2019
- Cancer Center, Stony Brook Medicine, Stony Brook, NY, May 2019

5

- Conference on Environmental Risk Assessment, ENI, Milan, Italy, July 2019
- Italian Society of Occupational Medicine, Trieste, Italy, September 2019
- Department of Epidemiology, Brown University, Providence, RI, November 2019
- CLI Epidemiology Workshop, Brussels, December 2019
- Harvard School of Public Health, Boston, MA, January 2020
- Italian Society of Diabetology, Bologna, Italy, September 2021
- Italian Society of Occupational Medicine, Parma, Italy, October 2021
- Health and Environmental Sciences Institute (HESI), Washington, DC, May 2022
- Italian Society of Hygiene (SItI), Padua, Italy, September 2022
- CDC/NIOSH WTC Lecture Series, Web-based lecture, February 2023
- Italian Society of Occupational Medicine, Web-based lecture,, May 2023
- Italian Society of Occupational Medicine,Turin, Italy, September 2023
-

## TEACHING ACTIVITIES
(since 2010)

Director, IPRI- Dundee University Summer School, Dundee, UK (2010-12)
Coordinator, PhD Track in Molecular and Genetic Epidemiology, Icahn School of Medicine at Mount
 Sinai, USA (2012-2016)

## Course Director

- Summer School of Epidemiology and Global Health, Dundee, UK, June 2010, July 2011, July 2012
- Global Cancer Epidemiology, Harvard University School of Public Health, Boston, MA, USA,
  Winter 2010; Winter 2011; Winter 2012; Winter 2013, Winter 2014; Winter 2015; Winter 2016;
  Winter 2017; Winter 2018; Winter 2019; Winter 2020; Winter 2021; Winter 2022; Winter 2023;
  Winter 2024
- Advanced Epidemiology Methods (Epidemiology-IV), Icahn School of Medicine at Mount Sinai,
  New York, NY, USA, Spring 2014; Spring 2015; Spring 2016; Spring 2017; Fall 2017; Fall 2018;
  Fall 2019; Fall 2020; Fall 2021, Fall 2022, Fall 2023
- Master in Public Health, Catholic University of Sacred Heart, Rome, Italy, Spring 2014, Spring 2015,
  Spring 2016; Spring 2017; Spring 2018; Spring 2019
- Epidemiology of Cancer and Other Chronic Diseases, Icahn School of Medicine at Moutn Sinai, New
  York, NY, USA, Fall 2014; Fall 2015; Fall 2016; Fall 2017; Fall 2018; Fall 2019; Fall 2021, Fall
  2022, Fall 2023
- Prevention of Environmental and Occupational Diseases, University of Turin, Italy, Fall 2016
- Epidemiology and Biostatistics, Catholic University of Sacred Heart, Rome, Italy, Spring 2017
- Summer School in Advanced Epidemiology Methods, University of Bologna, Bologna, Italy, June
  2018; June 2019
- Summer School in Epidemiology of Infection Diseases, University of Bologna, Bologna, Italy, July
  2020; July 2021
- Causal inference in medicine, University of Bologna, Bologna, Italy, Spring 2019; Fall 2019; Spring
  2020; Fall 2020
- Introduction to epidemiology and biostatistics, University of Bologna, Bologna, Italy, Spring 2021,
  Spring 2022; Spring 2023
- Statistical Methods in Clinical Outcomes and Health Services Research (Co-Director). Stony Brook
  University, Stony Brook, NY, USA, Spring 2022
- Epidemiology of Cancer and Other Chronic Diseases, Stony Brook University, Stony Brook, NY,
  USA, Fall 2022

<u>MENTORSHIP ACTIVITIES</u>

<u>PhD supervisor</u>  (since 2006)

Manuela Marron, King's College London (2006-2010)
Farhad Islami, King's College London (2006-2010)
Clarisse Hery, University of Paris V (2006-2010)
Chaya Levovitz, Mount Sinai School of Medicine (2010-2014)
Emanuele Rizzello, University of Bologna (2018-2021)
Michele Sassano, University of Bologna (2021-present)
Rafael Carretero, University of Bologna (2021-present)
Giulia Collatuzzo, University of Bologna (2022-present)
Monireh Seyyedsalehi, University of Bologna (2022-present)

<u>Mentor of post-doctoral, K- and comparable fellows </u>(since 2014)

Katherine Ornstein, NIH K-7, Icahn School of Medicine at Mount Sinai (2014-2020)
Delphine Praud, IACR Fellow, University of Milan, Italy (2014-2015)
Marta Manczuk, Fullbright Fellow, National Cancer Center, Warsaw, Poland (2014-2015)
Emanuele Leoncini, EC FP7 Fellow, Catholic University of Rome (2015-2016)
Jyoti Malhotra, ASCO Junior Investigator, Icahn School of Medicine at Mount Sinai (2015-2016)
Adriana Iglesias Gonzales, EC FP7 Fellow, Erasmus University, Rotterdam, The Netherlands (2016)
Luca Giraldi, EC FP7 Fellow, Catholic University of Rome (2016)
Aimee Lucas, ACS Junior Investigator, Icahn School of Medicine at Mount Sinai (2016-2020)
Alessia Vecchioni, EC FP7 Fellow, Catholic University of Rome (2017)
Leuconoe Sisti, EC-FP7 Fellow, Catholic University of Rome (2017-2018)
Greta Carioli, EC Fellow, University of Milan (2018)
Francesca Donato, Fellow, University of Turin (2018-2019)
Ilaria Denti-Pompiani, Fellow, University of Bologna (2019-2020)
Valeria Vilardi, Fellow, University of Bologna (2019-2021)
Qian Wang, Resident, Icahn School of Medicine at Mount Sinai (2019-2022)
Carlotta Zunarelli, University of Bologna, (2019-2022)
Giulia Di Felice, University of Bologna, (2020-2022)
Giovanni Visci, University of Bologna, (2019-2022)
Giulia Collatuzzo, University of Bologna, (2020-2022)
Malak Khalifeh, Stony Brook University (2021-2023)
Mahsa Abedini, University of Bologna (2021-present)
Giorgia Ditano, University of Bologna (2021-2024)
Antonio De Vincenzo, University of Bari (2023)

<u>Host of Senior Visiting Scientists</u>  (since 2011)

Elisabete Weiderpass Vainio, Karolinska Institute, Stockholm, Sweden
Kristina Kjaerheim, Norwegian Cancer Registry, Oslo, Norway
Nazir A. Dar, University of Kashmir, Srinagar, India
Georgeta Vaidean, Touro College of Pharmacy, New York, NY
Akram Pourshams, Tehran University of Medical Sciences, Tehran, Iran
Cornelia van Djin, Erasmus University, Rotterdam, The Netherlands
Harvey Checkoway, University of California at San Diego, CA
Kazem Zedehndel, Tehran University of Medical Sciences, Tehran, Iran

<u>EDITORIAL ACTIVITIES</u>

Member of Editorial Boards (active)

Current Opinion in Epidemiology and Public Health (Editor in Chief)
Epidemiology, Biostatistics and Public Health
Frontiers in Oncology (Specialty Chief Editor)
International Archives of Occupational and Environmental Health
International Journal of Molecular Epidemiology and Genetics
La Medicina del Lavoro

Review for Research Grants (since 2005)

Austrian Medical Research Council**
Cancer Research UK*
Dutch Medical Research Council**
European Commission 6th Framework Research Programme*
European Commission 7th Framework Research Programme*
Finnish Academy of Sciences*
Federal Ministry of Education and Training, Germany*
French Association for Cancer Research*
French League Against Cancer**
French Medical Research Institute (INSERM)**
French National Cancer Institute*
French National Research Council**
German Cancer Research Fund**
Iceland Cancer Society**
International Association for Cancer Research**
Italian Association for Cancer Research**
Italian Ministry of Health*
Italian Ministry of Education and Research*†
Swiss Cancer League*
Swiss National Research Program*
U.S. National Cancer Institute*†, **
U.S. National Institute of Environmental Health Sciences**
Wellcome Trust**
World Cancer Research Fund**

* Review Committee member († active)
** External reviewer

CURRENT AND PAST RESEARCH SUPPORT

Active and pending

*Title: *Mortality risk from exposure to beryllium: exposure assessment and co-morbidities*
*Status of Support: PENDING
Project Number: TX220306
Name of PD/PI: P. Boffetta, T. Fordyce, C. Dumas
*Source of Support: Department of Defense (CDMRP)
Project/Proposal Start and End Date: 9/30/2023 – 9/29/2026
* Total Award Amount (including Indirect Costs): $ 787,890
* Person Months per budget period

*Title: *Cancer survival in WTC first responders vs. comparable occupational cohorts*

8

*Status of Support: PENDING
Project Number: 1 U01 OH012612-01
Name of PD/PI: Rachel Zeig-Owens
Role: Co-Investigator
*Source of Support: A. Einstein College of Medicine (prime sponsor: CDC/NIOSH)
Project/Proposal Start and End Date: 7/2023 – 6/2026
* Total Award Amount (including Indirect Costs): $ 191,328

*Title: *Mortality among WTC rescue and recovery workers*
*Status of Support: ACTIVE
Project Number: U01 OH0122350100
Name of PD/PI: P. Boffetta, C. Hall
*Source of Support: CDC/NIOSH
Project/Proposal Start and End Date: 07/2017 - 06/2023
* Total Award Amount (including Indirect Costs): $ 930,509

*Title: *Clonal Hematopoiesis of Indeterminate Potential (CHIP)Among WTC Responders*
*Status of Support: ACTIVE
Project Number: OH0121870101
Name of PD/PI: P.Boffetta, J. Mascarenhas
*Source of Support: CDC/NIOSH
Project/Proposal Start and End Date: 08/2020 -  06/2023
* Total Award Amount (including Indirect Costs): $ 499,631

*Title: *Assessing the Relative and Absolute Risk for Site-Specific Cancer Mortality Attributed to Household Air Pollution*
*Status of Support: ACTIVE
Project Number: U01OH0CA242740
Name of PD/PI: D. Hosgood
Role: Co-Investigator
Project/Proposal Start and End Date: 9/2022 – 8/2023
* Total Award Amount (including Indirect Costs): 15,776

*Title: *Connecting European Cohorts to Increase Common and Effective Response to SARS-CoV-2 Pandemic. (ORCHESTRA)*
*Status of Support: ACTIVE
Project Number: 101016167
Name of PD/PI: Paolo Boffetta
*Source of Support: European Commission
Project/Proposal Start and End Date:12/2020 – 9/2024
* Total Award Amount (including Indirect Costs) : 2,308,996.25 euros

*Title: Digital Lifelong Prevention (DARE)
*Status of Support: ACTIVE
Project Number:
Name of PD/PI: Paolo Boffetta
*Source of Support: Italian Ministry of University and Research (MUR)
Project/Proposal Start and End Date: 12/2022 - 11/2025
* Total Award Amount: 1.5M euro

*Title: Cancer Prevention at Work (CPW)
*Status of Support: ACTIVE
Project Number: 101104716

Name of PD/PI: Paolo Boffetta
*Source of Support:  European Commission
Project/Proposal Start and End Date: 05/2023-04/2027
* Total Award Amount Euro 900 448.75

*Title: Risk of cancer from waterpipe smoking
*Status of Support: ACTIVE
Project Number: IG-24706
Name of PD/PI: Paolo Boffetta
*Source of Support: Italian Association for Research on Cancer (AIRC)
Project/Proposal Start and End Date: 04/2020-03/2026
* Total Award Amount Euro 1.35M

Completed

U01OH011315-01 (PI: Hall, Boffetta)                    07/01/2016 - 06/30/2022
CDC/NIOSH                                                          1.68 Cal Mths
*Incidence, Latency, and Survival of Cancer Following World Trade Center Exposure*         $ 1,841,389
The major goal of this project is to increase understanding of the latency period between environmental
exposure and cancer incidence in the WTC population

1 U01 OH011681-01 (PI: Zeig-Owens)                    07/01/2018 - 06/30/2022
CDC/NIOSH                                                          0.7 Cal Mths
*Detection and Incidence of Thyroid Cancer among Three Cohorts of WTC-exposed Rescue and Recovery
Workers*                                                           $ 19,867
The overarching goal is to quantify the extent to which the observed association between WTC exposure
and thyroid cancer is influenced by increased medical surveillance among WTC-exposed rescue/recovery
workers.

1U01OH011307-01(PI: Factor, Boffetta)                  09/01/2016-08/31/2020
CDC/NIOSH                                                          1.8 Cal Mths
*Hepatitis C virus infection in WTC responders*                    $ 318,634
The major goal of this project is to determine if the WTCHP cohort is at increased risk of HCV infection,
determine if human exposure to human remains, blood, and/or bodily fluids during the WTC recover
activities is associated with an increased risk of HCV infection.

U01 OH010987-01 (PI: Boffetta)                         07/01/2015-06/30/2017
CDC/NIOSH                                                          1.20 Cal Mths
Enhanced assessment of WTC exposure and global DNA methylation                         499,585
The objective of the project is to understand the possible role of DNA methylation as marker of exposure
to carcinogenic exposure among WTC responders.

1U01OH010396-1A1 (PI: Taioli)                          07/01/2014-06/30/2017
CDC/NIOSH                                                          0.60 Cal Mths
Prostate Cancer Risk and Outcome in WTC Respondents                         $450,734

The objectives of this project are to elucidate the reasons for the increased incidence of prostate cancer
among WTCHP participants and to explore the behavior of these cancers.
Role: Co-PI

1P30ES023515-01 (PI: Wright)                           06/18/2014-03/31/2018
NIH/NIEHS                                                          0.48 Cal Mths
Environmental Epidemiology, Statistics and Informatics Facility Core                         $75,182

This project will establish three Research Groups: Endocrine and Metabolic Disruption, Neuro - Immunomodulation, and Oxidant - Antioxidant Imbalance. These Research Groups will bring together basic scientists, clinicians and population scientists committed to developing new, transdisciplinary research in environmental health.
Role: Co-investigator

U01-OH010512-01A1 (PI: Taioli)                                    07/01/2015-06/30/2017
CDC/NIOSH                                                               1.2 Cal Mths
Biorepository of cancer tissue samples from WTC responders            $ 446,750
The objective of the project is to establish a biorepository of tumor samples among WTCHP participants
Role: Co-investigator

FAMRI Center of Excellence (PI: Henschke)                        01/01/2013-12/31/2017
FAMRI                                                                   4.8 Cal Mths
FAMRI-IELCAP Collaborative Network                                  $ 7,500,000
The objective is to investigate the effectiveness of lung cancer screening based low-dose CT scan among non smokers exposed to second-hand tobacco smoke and to assess the ability of CT scan to detect other diseases associated with second-hand tobacco smoke
Role: Co-investigator

UH2 CA169111-01A1 (PI: Boffetta)                                09/03/2013-09/02/2015
NIH/NCI                                                                $ 250,000
Biomarkers of polyoma virus infection and lung cancer among non-smokers
The objective of the project is to analyze the presence and level of antibodies against polyoma viruses in series of non-smoking cases of lung cancer and matched controls from Europe, US and Asia.

242244 (PI: Boffetta)                                          02/01/2010-01/31/2015
European Commission, FP7                                          € 12,000,000
Consortium on Health and Ageing: Network of Cohorts in Europe and the United States (CHANCES)
To provide a better understanding of the determinants of major morbidities and healthy ageing in European populations through the establishment of a large network of cohort studies

200-2011 41815 (PI: Boffetta)                                  10/01/2011-09/30/2014
CDC/NIOSH                                                            $ 1,500,000
Cancer among WTC responders: enhanced surveillance, exposure assessment, and cancer specific risk.
The overarching objective of the project is to define whether or not WTC responders included in the WTCHP experienced an increased risk of cancer and whether or not such increase can be associated with WTC-related exposures.

PUBLICATIONS

Included in the Reuter Thomson List of World's Most Highly Cited Researchers (2015 – current)

H-Index
Web of Science         137
Scopus                 153
Google Scholar         199

Books

1.   Anttila S, **Boffetta P**, eds. Occupational Cancers, 2nd Edition. Springer, New York, 2020
2.   **Boffetta P**, Hainaut P, eds. Encyclopedia of Cancer, 3rd Edition. London, Elsevier, 2018.
3.   Anttila S, **Boffetta P**, eds. Occupational Cancers. Springer, New York, 2014.

4.   **Boffetta P**, Boccia S, La Vecchia C. A Quick Guide to Cancer Epidemiology. Springer, New York, 2014.

5.   Soliman A, Schottenfeld D, **Boffetta P**, eds. Cancer Epidemiology: Low- and Middle-Income Countries and Special Populations. Oxford University Press, New York, 2013.

6.   Boyle P, **Boffetta P**, Lowenfels AB, Burns H, Brawley O, Zatonski W, Rehm J, eds. Alcohol: Science, Policy and Public Health. Oxford University Press, New York, 2013.

7.   Rothman N, Hainaut P, Schulte P, Smith M, **Boffetta P**, Perera F, eds. Molecular Epidemiology: Principles and Practices (IARC Scientific Publications No. 163), IARC, Lyon, 2012.

8.   Zheng TZ, **Boffetta P**, Boyle P, eds. Epidemiology and Biostatistics. IPRI, Lyon, 2011.

9.   Buffler P, Rice J, Baan R, Bird M, **Boffetta P**, eds, Mechanisms of Carcinogenesis: Considerations of Molecular Epidemiology (IARC Scientific Publications No 157). IARC, Lyon, 2004.

10.  Miller AB, Bartsch H, **Boffetta P**, Dragsted L, Vainio H, eds. Biomarkers in Cancer Chemoprevention (IARC Scientific Publications No 154). IARC, Lyon, 2001.

11.  Vineis P, Malats N, Lang M, d'Errico A, Caporaso N, Cuzick J, **Boffetta P**, eds. Metabolic Polymorphisms and Susceptibility to Cancer (IARC Scientific Publications No 148). IARC, Lyon, 1999.

12.  Kogevinas M, Pearce N, Susser M, **Boffetta P**, eds. Social Inequalities and Cancer (IARC Scientific Publications No 138). IARC, Lyon, 1997.

13.  Toniolo P, **Boffetta P**, Shuker DEG, Rothman N, Hulka B, Pearce N, eds. Application of Biomarkers in Cancer Epidemiology (IARC Scientific Publications No 142). IARC, Lyon, 1997.

14.  Kane AB, **Boffetta P**, Saracci R, Wilbourn JD, eds. Mechanisms of Fibre Carcinogenesis (IARC Scientific Publications No 140). IARC, Lyon, 1996.

15.  Pearce N, Matos E, Vainio H, **Boffetta P**, Kogevinas M, eds. Occupational Cancer in Developing Countries (IARC Scientific Publications No 129). IARC, Lyon, 1994.

Journal supplements, book sections and and technical reports

1.   Collatuzzo G, Zunarelli C, Teglia F, **Boffetta P**. Occupational cancer. Cancers, 2023.

2.   **Boffetta P**, Islami F, eds. A Global Perspective on Cancer Burden. Ann Global Health 2014;80:345-426.

3.   Li D, Petersen G, **Boffetta P**. Epidemiology and Etiological Mechanisms in Pancreatic Cancer. Mol Carcinog 2012;51:1-137.

4.   **Boffetta P**. Epidemiology. In: Magrath IT, ed. The Lymphoid Neoplasms. Third Edition. Hodder Arnold, London, 2010, p. 15-140.

5.   **Boffetta P**, Burstyn I, eds. Cancer Mortality among European Asphalt Workers: Selected Papers from a Study of Cancer Risk in the European Asphalt Industry Coordinated by the International Agency for Research on Cancer. Am J Ind Med 2003;43: 1-108.

6.   Apostoli P, **Boffetta P**, Landrigan PJ, eds. International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, June 7-9, 1999. Am J Ind Med 2000;38: 229-367.

7.   **Boffetta P**, Merler E, eds. Occupational Cancer in Europe. Environ Health Persp 1999;107, Suppl 2: 225-303.

8.   **Boffetta P**, ed. Cancer. In: Stellman JM, ed. Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 2.1-2.18.

9.   **Boffetta P**, Agudo A, Ahrens W, Benhamou E, Benhamou S, Darby SC, Ferro G, Fortes C, Gonzalez CA, Jöckel KH, Krauss M, Kreienbrock L, Kreuzer M, Mendes A, Merletti F, Nyberg F, Pershagen G, Pohlabeln H, Riboli E, Schmid G, Simonato L, Trédaniel J, Whitley C, Wichmann HE, Winck C, Zambon P, Saracci R. European Multicentre Case-Control Study of Lung Cancer in Non-smokers: Detailed Results on Exposure to Environmental Tobacco Smoke (IARC Technical Report No 33). IARC, Lyon, 1998.

10.  Demers PA, **Boffetta P**. Cancer Risk from Occupational Exposure to Wood Dust: a Pooled Analysis of Epidemiological Studies (IARC Technical Report No 30). IARC, Lyon, 1998.

11.  Wang Q, **Boffetta P**, Kogevinas M, Parkin DM. Cancer Incidence by Occupation and Industry in Tianjin, China, 1981-1987 (IARC Technical Report No 22). IARC, Lyon, 1994, p. 1-95.

Editorials

1. Hainaut P, **Boffetta P**. Editorial: Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV2), COVID-19 and cancer: three research questions casting a long shadow. Curr Opin Oncol 2021;33:146-148. PMID: 33481428; PMCID: PMC7924917.

2. **Boffetta P**, Malhotra J. Impact of heart failure on cancer incidence: A complicated question. J Am Coll Cardiol 2018;71:1511-2.

3. Malhotra J, **Boffetta P**. Association of increased cancer risk with heart failure. J Am Coll Cardiol 2016;68:272-3.  PMID: 27417005.

4. **Boffetta P**, La Vecchia C. Setting new standards for epidemiological research on mesothelioma. Occup Environ Med 2016;73:289. PMID: 26884050.

5. **Boffetta P**. Reflections on nutritional cancer epidemiology. Am J Clin Nutr 2016;103:3-4. PMID: 26675769.

6. Swanton C, **Boffetta P**, Peston R, Soria JC. Environmental emissions, public health and lung cancer risk. Ann Oncol. 2016;27:211-2. PMID: 26598543.

7. Baber U, **Boffetta P**. Improving fitness to achieve health: shifting the focus from theory to practice. J Am Coll Cardiol 2015;65:2101-3. PMID: 25975473

8. Boccia S, **Boffetta P**, Villari P. Screening for complex diseases and personalized health care. Biomed Res Int 2015;2015:135931. PMID: 25654083

9. **Boffetta P**, Islami F. Cancer in low- and medium-income countries. Ann Glob Health 2014;80:345. PMID: 25512149

10. Petersen GM, **Boffetta P**. Carcinogenesis of pancreatic cancer: Challenges, collaborations, progress. Mol Carcinog 2012;51:1-2. PMID: 22162226

11. **Boffetta P**, Autier P. Is breast cancer associated with tobacco smoking? BMJ 2011;342:d1093. PMID: 21363865

12. Gazdar AF, **Boffetta P.** A risky business--identifying susceptibility loci for lung cancer. J Natl Cancer Inst 2010;102:920-3 PMID: 20548020

13. Jenab M, **Boffetta P**. Glycemic index and glycemic load: application in observational studies and association with hepatocellular carcinoma risk. Meaningful or error prone? Ann Oncol 2010;21:437-9.

14. **Boffetta P**. Exploring a cancer biomarker: the example of C-reactive protein. J Natl Cancer Inst 2010;102:142-3.

15. Sim MR, **Boffetta P**. Occupational cancer: an emerging problem in newly industrializing countries. Asia Pac J Public Health 2009;21:241-3.

16. Plymoth A, Chemin I, **Boffetta P**, Hainaut P. Editorial foreword special issue "Hepatocellular Carcinoma - A Worldwide Translational Approach" Cancer Lett 2009;286:3-4.

17. Boyle P, **Boffetta P**, Autier P. Diet, nutrition and cancer: public, media and scientific confusion. Ann Oncol 2008;19:1665-7.

18. **Boffetta P**. Endotoxins in lung cancer prevention. J Natl Cancer Inst 2007;99:339.

19. **Boffetta P**. Molecular cancer epidemiology: a tale of >3,842 publications. Carcinogenesis 2007;28:1621.

20. **Boffetta P**. Alcohol and lung cancer: do we have the answers? Am J Clin Nutr 2005;82:495- 6.

21. **Boffetta P**. Alcohol and cancer: benefits in addition to risks? Lancet Oncol 2005;6:443-4.

22. **Boffetta P**, Burstyn I. Studies of carcinogenicity of bitumen fume in humans. Am J Ind Med 2003;43:1-2.

23. Garte S, **Boffetta P**, Caporaso N, Vineis P. Metabolic gene allele nomenclature. Cancer Epidemiol Biomarkers Prev 2001;10:1305-6.

24. **Boffetta P**, Kogevinas M. Occupational cancer in Europe. Environ Health Perspect 1999;107(Suppl 2):227.

25. Siemiatycki J, **Boffetta P**. Invited commentary: Is it possible to investigate the quantitative relation between asbestos and mesothelioma in a community-based study? Am J Epidemiol 1998;148:143-7.

13

26.     Jones S, **Boffetta P**. AACR/IARC meeting on carcinogenesis from environmental pollution: assessment of human risk and strategies for prevention. 6-9 October 1996, Budapest, Hungary. Ann Oncol 1997;8:137-8.

Original scientific publications (in English)

1.  Rashidian H, Hadji M, Ansari-Moghaddam A, Bakhshi M, Nejatizadeh A, Marzban M, Rezaianzadeh A, Seyyedsalehi MS, Moradi A, Gholipour M, Alizadeh-Navaei R, Freedman ND, Malekzadeh R, Etemadi A, Kamangar F, Weiderpass E, Pukkala E, **Boffetta P**, Zendehdel K. Association between waterpipe smoking and lung cancer: a multicentre case-control study in Iran. Public Health. 2024 2;231:166-172. PMID: 38701659.
2.  Collatuzzo G, Cortez Lainez J, Pelucchi C, Negri E, Bonzi R, Palli D, Ferraroni M, Zhang ZF, Yu GP, Lunet N, Morais S, López-Carrillo L, Zaridze D, Maximovitch D, Guevara M, Santos-Sanchez V, Vioque J, Garcia de la Hera M, Ward MH, Malekzadeh R, Pakseresht M, Hernández-Ramírez RU, Turati F, Rabkin CS, Liao LM, Sinha R, López-Cervantes M, Tsugane S, Hidaka A, Camargo MC, Curado MP, Zubair N, Kristjansson D, Shah S, La Vecchia C, **Boffetta P**. The association between dietary fiber intake and gastric cancer: a pooled analysis of 11 case-control studies. Eur J Nutr. 2024 Apr 30. Epub ahead of print. PMID: 38687390.
3.  Collatuzzo G, Seyyedsalehi MS, Rashidian H, Hadji M, Safari-Faramani R, Rezaianzadeh A, Malekzadeh R, Zendehdel K, **Boffetta P**. Determinants of early-onset colorectal cancer: a multicenter case-control study in Iran. Eur J Cancer Prev. 2024 Apr 29. Epub ahead of print. PMID: 38687254.
4.  D'Agostini M, Collatuzzo G, Teglia F, **Boffetta P**. Risk of Skin Cancer in Workers Exposed to Diesel Exhaust: A Systematic Review and Meta-Analysis of Cohort Studies. Med Lav. 2024 Apr 24;115:e2024010. PMID: 38686576.
5.  Sassano M, Collatuzzo G, Seyyedsalehi MS, Pelucchi C, Bonzi R, Palli D, Ferraroni M, Lunet N, Morais S, López-Carrillo L, Malekzadeh R, Pakseresht M, López-Cervantes M, Ward MH, Camargo MC, Curado MP, Vioque J, Zhang ZF, Boccia S, Negri E, La Vecchia C, **Boffetta P**. Dietary intake of copper and gastric cancer: a pooled analysis within the Stomach cancer Pooling (StoP) Project. Int J Epidemiol. 2024 Apr 11;53:dyae059. PMID: 38670544.
6.  Ho NT, Abe SK, Rahman MS, Islam R, Saito E, Gupta PC, Pednekar MS, Sawada N, Tsugane S, Tamakoshi A, Kimura T, Shu XO, Gao YT, Koh WP, Cai H, Wen W, Sakata R, Tsuji I, Malekzadeh R, Poursham A, Kanemura S, Kim J, Chen Y, Ito H, Oze I, Nagata C, Wada K, Sugawara Y, Park SK, Shin A, Yuan JM, Wang R, Kweon SS, Shin MH, Poustchi H, Vardanjani HM, Ahsan H, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D, **Boffetta P**. Diabetes is associated with increased liver cancer incidence and mortality in adults: A report from Asia Cohort Consortium. Int J Cancer. 2024 Apr 25. Epub ahead of print. PMID: 38661292.
7.  Huang D, Song M, Abe SK, Rahman MS, Islam MR, Saito E, De la Torre K, Sawada N, Tamakoshi A, Shu XO, Cai H, Hozawa A, Kanemura S, Kim J, Chen Y, Ito H, Sugawara Y, Park SK, Shin MH, Hirabayashi M, Kimura T, Gao YT, Wen W, Oze I, Shin A, Ahn YO, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D. Family history and gastric cancer incidence and mortality in Asia: a pooled analysis of more than half a million participants. Gastric Cancer. 2024 Apr 22. Epub ahead of print. PMID: 38649672.
8.  **Boffetta P**, Sambati L, Sassano M. Systematic review of studies on exposure to arsenic in drinking water and cognitive and neurobehavioral effects. Crit Rev Toxicol. 2024;54:174-193. PMID: 38533692.
9.  Seyyedsalehi MS, Collatuzzo G, Teglia F, **Boffetta P**. Occupational exposure to diesel exhaust and head and neck cancer: a systematic review and meta-analysis of cohort studies. Eur J Cancer Prev. 2024 Mar 15. Epub ahead of print. PMID: 38502528.
10. Shin A, Cho S, Abe SK, Islam MR, Rahman MS, Saito E, Kazmi SZ, Katagiri R, Merritt M, Choi JY, Shu XO, Sawada N, Tamakoshi A, Koh WP, Sakata R, Hozawa A, Kim J, Park SK, Kweon SS, Wen W, Tsugane S, Kimura T, Yuan JM, Kanemura S, Sugawara Y, Shin MH, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D. Association

14

of female reproductive and hormonal factors with gallbladder cancer risk in Asia: A pooled analysis of the Asia Cohort Consortium. Int J Cancer. 2024 Mar 13. Epub ahead of print. PMID: 38478921.

11. Sassano M, Seyyedsalehi MS, Collatuzzo G, Pelucchi C, Bonzi R, Ferraroni M, Palli D, Yu GP, Zhang ZF, López-Carrillo L, Lunet N, Morais S, Zaridze D, Maximovich D, Martín V, Castano-Vinyals G, Vioque J, González-Palacios S, Ward MH, Malekzadeh R, Pakseresht M, Hernández-Ramirez RU, López-Cervantes M, Negri E, Turati F, Rabkin CS, Tsugane S, Hidaka A, Lagiou A, Lagiou P, Camargo MC, Curado MP, Boccia S, La Vecchia C, **Boffetta P**. Dietary intake of vitamin C and gastric cancer: a pooled analysis within the Stomach cancer Pooling (StoP) Project. Gastric Cancer. 2024;27:461-472. Epub 2024 Mar 4. PMID: 38436761; PMCID: PMC11016516.

12. De Vito R, Menzio M, Laqua P, Castellari S, Colognese A, Collatuzzo G, Russignaga D, **Boffetta P**. Determinants of COVID-19 Infection Among Employees of an Italian Financial Institution. Med Lav. 2024;115:e2024007. PMID: 38411980; PMCID: PMC10915679.

13. Zhang M, Chen C, Li G, Koric A, Lee YA, Morgenstern H, Schwartz SM, Sturgis EM, **Boffetta P**, Hashibe M, Zhang ZF. Cocaine use and head and neck cancer risk: A pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. Cancer Med. 2024;13:e7019. PMID: 38400665; PMCID: PMC10891447.

14. Krishna C, Tervi A, Saffern M, Wilson EA, Yoo SK, Mars N, Roudko V, Cho BA, Jones SE, Vaninov N, Selvan ME, Gümüş ZH; FinnGen§; Lenz TL, Merad M, **Boffetta P**, Martínez-Jiménez F, Ollila HM, Samstein RM, Chowell D. An immunogenetic basis for lung cancer risk. Science. 2024;383:eadi3808. PMID: 38386728.

15. Yin X, Kishida R, Abe SK, Islam MR, Rahman MS, Saito E, Lan Q, Blechter B, Merritt M, Choi JY, Shin A, Katagiri R, Shu XO, Sawada N, Tamakoshi A, Koh WP, Tsuji I, Nagata C, Park SK, Kweon SS, Gao YT, Tsugane S, Kimura T, Yuan JM, Lu Y, Kanemura S, Sugawara Y, Wada K, Shin MH, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D, Seow WJ. Association between reproductive factors with lung cancer incidence and mortality: A pooled analysis of over 308,000 females in the Asia cohort consortium. Int J Cancer. 2024;154:2090-2105. PMID: 38375919.

16. Pelucchi C, La Vecchia C, Bonzi R, Negri E, Corso G, Boccia S, **Boffetta P**, Camargo MC, Curado MP, Lunet N, Vioque J, Zhang ZF; StoP Project Working Group. The global gastric cancer consortium: an update from the Stomach cancer Pooling (StoP) project. Eur J Cancer Prev. 2024 Feb 20. Epub ahead of print. PMID: 38373049.

17. Seyyedsalehi MS, **Boffetta P**. Occupational asbestos exposure and risk of esophageal cancer: A systematic review and meta-analysis. Int J Cancer. 2024;154(11):1920-1929. PMID: 38339891.

18. Yazdanpanah MH, Sharafkhah M, Poustchi H, Etemadi A, Sheikh M, Kamangar F, Pourshams A, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R, Hashemian M. Mineral Intake and Cardiovascular Disease, Cancer, and All-Cause Mortality: Findings from the Golestan Cohort Study. Nutrients. 2024;16:344. PMID: 38337629; PMCID: PMC10857363.

19. Spiteri G, D'Agostini M, Abedini M, Ditano G, Collatuzzo G, **Boffetta P,** Vimercati L, Sansone E, De Palma G, Modenese A, Gobba F, Liviero F, Moretto A, dell'Omo M, Fiordi T, Larese Filon F, Mauro M, Violán C, Mates D, Oravec Bérešová J, Monaco MGL, Carta A, Verlato G, Porru S. Protective role of SARS-CoV-2 anti-S IgG against breakthrough infections among European healthcare workers during pre and post-Omicron surge-ORCHESTRA project. Infection. 2024 Feb 7. Epub ahead of print. PMID: 38326526.

20. Namaki M, Hashemian M, Arj a, Poustchi H, Roshandel G, Loghman AH, Sepanlou SG, Pourshams A, Khoshnia M, Gharavi A, Abdolahi N, Besharat S, Hekmatdoost A, Brennan P, Dawsey SM, Kamangar F, **Boffetta P**, Abnet CC, Malekzadeh R, Sheikh M. Diet Quality and Subsequent Incidence of Upper Gastrointestinal Cancers: Results from the Golestan Cohort Study. Arch Iran Med. 2023;26:489-498. PMID: 38310404; PMCID: PMC10862059.

21. Sassano M, Collatuzzo G, Teglia F, **Boffetta P**. Occupational exposure to diesel exhausts and liver and pancreatic cancers: a systematic review and meta-analysis. Eur J Epidemiol. 2024;39:241-255. PMID: 38289519; PMCID: PMC10995068.

22. Seyyedsalehi MS, Hadji M, Collatuzzo G, Rashidian H, Sasanfar B, Huybrechts I, Chajes V,

**Boffetta P**, Zendehdel K. Role of dietary intake of specific polyunsaturated fatty acids (PUFAs) on colorectal cancer risk in Iran. Lipids. 2024;59:41-53. PMID: 38287648.

23. Santucci C, Mignozzi S, Malvezzi M, **Boffetta P**, Collatuzzo G, Levi F, La Vecchia C, Negri E. European cancer mortality predictions for the year 2024 with focus on colorectal cancer. Ann Oncol. 2024;35:308-316. PMID: 38286716.

24. Nabila S, Choi JY, Abe SK, Islam MR, Rahman MS, Saito E, Shin A, Merritt MA, Katagiri R, Shu XO, Sawada N, Tamakoshi A, Sakata R, Hozawa A, Kim J, Nagata C, Park SK, Kweon SS, Cai H, Tsugane S, Kimura T, Kanemura S, Sugawara Y, Wada K, Shin MH, Ahsan H, **Boffetta P,** Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D. Differential patterns of reproductive and lifestyle risk factors for breast cancer according to birth cohorts among women in China, Japan and Korea. Breast Cancer Res. 2024;26:15. PMID: 38254178; PMCID: PMC10801993.

25. Olsson A, Bouaoun L, Schüz J, Vermeulen R, Behrens T, Ge C, Kromhout H, Siemiatycki J, Gustavsson P, **Boffetta P**, Kendzia B, Radoi L, Barul C, Karrasch S, Wichmann HE, Consonni D, Landi MT, Caporaso NE, Merletti F, Migliore E, Richiardi L, Jöckel KH, Ahrens W, Pohlabeln H, Fernández-Tardón G, Zaridze D, Field JK, Lissowska J, Świątkowska B, McLaughlin JR, Demers PA, Schejbalova M, Foretova L, Janout V, Pándics T, Fabianova E, Mates D, Forastiere F, Straif K, Brüning T, Vlaanderen J, Peters S. Lung Cancer Risks Associated with Occupational Exposure to Pairs of Five Lung Carcinogens: Results from a Pooled Analysis of Case-Control Studies (SYNERGY). Environ Health Perspect. 2024;132:17005. PMID: 38236172; PMCID: PMC10795675.

26. Collatuzzo G, Hamdani M, **Boffetta P**. Risk of bladder, kidney and prostate cancer from occupational exposure to welding fumes: a systematic review and meta-analysis. Int Arch Occup Environ Health. 2024;97:221-230. PMID: 38231405.

27. Sassano M, Taborelli M, Boccia S, Cadoni G, La Vecchia C, Garavello W, Lazarus P, Lee YA, Hashibe M, **Boffetta P**. Aspirin intake and head and neck cancer: A pooled analysis within the INHANCE consortium. Head Neck. 2024;46:926-935. PMID: 38229229.

28. Yano Y, Abnet CC, Roshandel G, Graf A, Poustchi H, Khoshnia M, Pourshams A, Kamangar F, **Boffetta P**, Brennan P, Dawsey SM, Vogtmann E, Malekzadeh R, Etemadi A. Dental health and lung cancer risk in the Golestan Cohort Study. BMC Cancer. 2024;24:74. PMID: 38218793; PMCID: PMC10787979.

29. Hadji M, Rashidian H, Marzban M, Rezaianzadeh A, Ansari-Moghaddam A, Bakhshi M, Nejatizadeh A, Seyyedsalehi MS, Naghibzadeh-Tahami A, Haghdoost A, Mohebbi E, Freedman ND, Malekzadeh R, Etemadi A, Kamangar F, Weiderpass E, Pukkala E, **Boffetta P**, Zendehdel K. Unveiling an Association between Waterpipe Smoking and Bladder Cancer Risk: A Multicenter Case-Control Study in Iran. Cancer Epidemiol Biomarkers Prev. 2024;33:509-515. PMID: 38180357; PMCID: PMC10988205.

30. Seyyedsalehi MS, Shah A, Rashidian H, Hadji M, Marzban M, Ansari-Moghaddam A, Nejatizadeh A, **Boffetta P**, Zendehdel K. Determinants of waterpipe smoking in Iranian adults: results from the IROPICAN study. Front Psychiatry. 2023;14:1292503. PMID: 38146282; PMCID: PMC10749298.

31. Shah D, DeStefano V, Collatuzzo G, Teglia F**, Boffetta P**. Occupational-related exposure to diesel exhaust and risk of leukemia: systematic review and meta-analysis of cohort studies. Int Arch Occup Environ Health. 2024;97:165-177. PMID: 38142415.

32. Song M, Jayasekara H, Pelucchi C, Rabkin CS, Johnson KC, Hu J, Palli D, Ferraroni M, Liao LM, Bonzi R, Zaridze D, Maximovitch D, Aragonés N, Martin V, Castaño-Vinyals G, Guevara M, Tsugane S, Hamada GS, Hidaka A, Negri E, Ward MH, Sinha R, Lagiou A, Lagiou P, **Boffetta P,** Curado MP, Lunet N, Vioque J, Zhang ZF, La Vecchia C, Camargo MC. Reproductive factors, hormonal interventions, and gastric cancer risk in the Stomach cancer Pooling (StoP) Project. Cancer Causes Control. 2024;35:727-737. PMID: 38123742.

33. Caraballo-Arias Y, Roccuzzo F, Graziosi F, Danilevskaia N, Rota S, Zunarellli C, Caffaro P, **Boffetta P**, Bonetti M, Violante FS. Quantitative Assessment of Asbestos Fibers in Abdominal Organs: A Scoping Review. Med Lav. 2023;114:e2023048. PMID: 38060208; PMCID:

PMC10731569.

34. Oze I, Ito H, Koyanagi YN, Abe SK, Rahman MS, Islam MR, Saito E, Gupta PC, Sawada N, Tamakoshi A, Shu XO, Sakata R, Malekzadeh R, Tsuji I, Kim J, Nagata C, You SL, Park SK, Yuan JM, Shin MH, Kweon SS, Pednekar MS, Tsugane S, Kimura T, Gao YT, Cai H, Poursharms A, Lu Y, Kanemura S, Wada K, Sugawara Y, Chen CJ, Chen Y, Shin A, Wang R, Ahn YO, Shin MH, Ahsan H, **Boffetta P**, Chia KS, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D, Matsuo K. Obesity is associated with biliary tract cancer mortality and incidence: A pooled analysis of 21 cohort studies in the Asia Cohort Consortium. Int J Cancer. 2024;154:1174-1190. PMID: 37966009; PMCID: PMC10873020.

35. De Maria L, Delvecchio G, Sponselli S, Cafaro F, Caputi A, Giannelli G, Stefanizzi P, Bianchi FP, Stufano A, Tafuri S, Lovreglio P, **Boffetta P**, Vimercati L. SARS-CoV-2 Infections, Re-Infections and Clinical Characteristics: A Two-Year Retrospective Study in a Large University Hospital Cohort of Vaccinated Healthcare Workers. J Clin Med. 2023;12:6800. PMID: 37959268; PMCID: PMC10647276.

36. Graziosi F, Caffaro P, Bonetti M, Roccuzzo F, Rota S, **Boffetta P**, Caraballo-Arias YA, Zunarelli C, Danilevskaia N, Violante FS. Quantitative assessment of asbestos fibers in some normal and pathological extra-abdominal tissues-a scoping review. J Occup Med Toxicol. 2023 Nov 9;18(1):24. PMID: 37946239.

37. Yang JJ, Wen W, Zahed H, Zheng W, Lan Q, Abe SK, Rahman MS, Islam MR, Saito E, Gupta PC, Tamakoshi A, Koh WP, Gao YT, Sakata R, Tsuji I, Malekzadeh R, Sugawara Y, Kim J, Ito H, Nagata C, You SL, Park SK, Yuan JM, Shin MH, Kweon SS, Yi SW, Pednekar MS, Kimura T, Cai H, Lu Y, Etemadi A, Kanemura S, Wada K, Chen CJ, Shin A, Wang R, Ahn YO, Shin MH, Ohrr H, Sheikh M, Blechter B, Ahsan H, Boffetta P, Chia KS, Matsuo K, Qiao YL, Rothman N, Inoue M, Kang D, Robbins HA, Shu XO. Lung Cancer Risk Prediction Models for Asian Ever-Smokers. J Thorac Oncol. 2023 Nov 7:S1556-0864(23)02352-3. PMID: 37944700.

38. Hadji M, Marzban M, Rashidian H, Naghibzadeh-Tahami A, Gholipour M, Mohebbi E, Safari-Faramani R, Seyyedsalehi MS, Hosseini B, Alizadeh-Navaei R, Rezaianzadeh A, Moradi A, ShahidSales S, Najafi F, Moazed V, Haghdoost AA, Rahimi-Movaghar A, Etemadi A, Malekzadeh R, **Boffetta P**, Weiderpass E, Kamangar F, Zendehdel K, Pukkala E. Opium use and risk of colorectal cancer: a multi-center case-referent study in Iran. Acta Oncol. 2023 Nov 7:1-8. PMID: 37934078.

39. Leomanni L, Collatuzzo G, Sansone E, Sala E, De Palma G, Porru S, Spiteri G, Monaco MGL, Basso D, Pavanello S, Scapellato ML, Larese Filon F, Cegolon L, Mauro M, Lodi V, Lazzarotto T, Noreña I, Reinkemeyer C, Giang LTT, Fabiánová E, Strhársky J, Dell'Omo M, Murgia N, Carrasco-Ribelles LA, Violán C, Mates D, Rascu A, Vimercati L, De Maria L, Asafo SS, Ditano G, Abedini M, **Boffetta P**. Determinants of Anti-S Immune Response at 12 Months after SARS-CoV-2 Vaccination in a Multicentric European Cohort of Healthcare Workers-ORCHESTRA Project. Vaccines (Basel). 2023 Sep 26;11(10):1527. PMID: 37896931; PMCID: PMC10610704.

40. Bhandari D, Zhu Y, Zhang C, Zhu W, Alexandridis A, Etemadi A, Freedman ND, Chang C, Abnet CC, Dawsey SM, Inoue-Choi M, Poustchi H, Poursharms A, **Boffetta P**, Malekzadeh R, Blount B. Smoke exposure associated with higher urinary benzene biomarker muconic acid (MUCA) in Golestan Cohort Study participants. Biomarkers. 2023 Oct 25:1-6. PMID: 37878492.

41. Seyyedsalehi MS, **Boffetta P**. Per- and Poly-fluoroalkyl Substances (PFAS) Exposure and Risk of Kidney, Liver, and Testicular Cancers: A Systematic Review and Meta-Analysis. Med Lav. 2023 Oct 24;114(5):e2023040. PMID: 37878255; PMCID: PMC10627102.

42. Etemadi A, Poustchi H, Chang CM, Calafat AM, Blount BC, Bhandari D, Wang L, Roshandel G, Alexandridis A, Botelho JC, Xia B, Wang Y, Sosnoff CS, Feng J, Nalini M, Khoshnia M, Poursharms A, Sotoudeh M, Gail MH, Dawsey SM, Kamangar F, **Boffetta P**, Brennan P, Abnet CC, Malekzadeh R, Freedman ND. Exposure to polycyclic aromatic hydrocarbons, volatile organic compounds, and tobacco-specific nitrosamines and incidence of esophageal cancer. J Natl Cancer Inst. 2023 Oct 19:djad218. PMID: 37856326.

43. Godono A, Ciocan C, Clari M, Mansour I, Curoso G, Franceschi A, Carena E, De Pasquale V, Dimonte V, Pira E, Dallapiccola B, Normanno N, **Boffetta P**. Association between exposure to

wind turbines and sleep disorders: A systematic review and meta-analysis. Int J Hyg Environ Health. 2023 Sep;254:114273. PMID: 37844409.

44. Di Maso M, Pelucchi C, Collatuzzo G, Alicandro G, Malvezzi M, Parazzini F, Negri E, **Boffetta P,** La Vecchia C, Turati F. Cancers attributable to overweight and obesity in Italy. Cancer Epidemiol. 2023 Oct 11;87:102468. PMID: 37832242.

45. Wan W, Peters S, Portengen L, Olsson A, Schüz J, Ahrens W, Schejbalova M, **Boffetta P,** Behrens T, Brüning T, Kendzia B, Consonni D, Demers PA, Fabiánová E, Fernández-Tardón G, Field JK, Forastiere F, Foretova L, Guénel P, Gustavsson P, Jöckel KH, Karrasch S, Landi MT, Lissowska J, Barul C, Mates D, McLaughlin JR, Merletti F, Migliore E, Richiardi L, Pándics T, Pohlabeln H, Siemiatycki J, Świątkowska B, Wichmann HE, Zaridze D, Ge C, Straif K, Kromhout H, Vermeulen R. Occupational Benzene Exposure and Lung Cancer Risk: A Pooled Analysis of 14 Case-Control Studies. Am J Respir Crit Care Med. 2023 Oct 9. PMID: 37812782.

46. Alcala K, Poustchi H, Viallon V, Islami F, Pourshams A, Sadjadi A, Nemati S, Khoshnia M, Gharavi A, Roshandel G, Hashemian M, Dawsey SM, Abnet CC, Brennan P, **Boffetta P,** Zendehdel K, Kamangar F, Malekzadeh R, Sheikh M. Incident cancers attributable to using opium and smoking cigarettes in the Golestan cohort study. EClinicalMedicine. 2023 Sep 22;64:102229. PMID: 37781157; PMCID: PMC10541463.

47. Khalifeh M, Goldfarb DG, Zeig-Owens R, Todd AC, Shapiro MZ, Carwile M, Dasaro CR, Li J, Yung J, Farfel MR, Brackbill RM, Cone JE, Qiao B, Schymura MJ, Prezant DJ, Hall C, **Boffetta P**. Cancer incidence in World Trade Center rescue and recovery workers by race and ethnicity. Am J Ind Med. 2023 Dec;66(12):1048-1055. PMID: 37746817.

48. Tasoulas J, Farquhar DR, Sheth S, Hackman T, Yarbrough WG, Agala CB, Koric A, Giraldi L, Fabianova E, Lissowska J, Świątkowska B, Vilensky M, Wünsch-Filho V, de Carvalho MB, López RVM, Holcátová I, Serraino D, Polesel J, Canova C, Richiardi L, Zevallos JP, Ness A, Pring M, Thomas SJ, Dudding T, Lee YA, Hashibe M, **Boffetta P**, Olshan AF, Divaris K, Amelio AL. Poor oral health influences head and neck cancer patient survival: an International Head and Neck Cancer Epidemiology Consortium pooled analysis. J Natl Cancer Inst. 2023 Sep 19:djad156. PMID: 37725515.

49. Collatuzzo G, Pelucchi C, Negri E, Kogevinas M, Huerta JM, Vioque J, de la Hera MG, Tsugane S, Shigueaki Hamada G, Hidaka A, Zhang ZF, Camargo MC, Curado MP, Lunet N, La Vecchia C, **Boffetta P**. Sleep Duration and Stress Level in the Risk of Gastric Cancer: A Pooled Analysis of Case-Control Studies in the Stomach Cancer Pooling (StoP) Project. Cancers (Basel). 2023 Aug 29;15(17):4319. PMID: 37686594; PMCID: PMC10486543.

50. Pizzato M, di Maso M, Collatuzzo G, Pelucchi C, Turati F, Negri E, La Vecchia C, **Boffetta P**, Alicandro G. Cancer mortality associated with low education in Italy. J Public Health (Oxf). 2023 Sep 7:fdad164. PMID: 37681283.

51. Katagiri R, Iwasaki M, Abe SK, Islam MR, Rahman MS, Saito E, Merritt MA, Choi JY, Shin A, Sawada N, Tamakoshi A, Koh WP, Sakata R, Tsuji I, Kim J, Nagata C, Park SK, Kweon SS, Shu XO, Gao YT, Tsugane S, Kimura T, Yuan JM, Kanemura S, Lu Y, Sugawara Y, Wada K, Shin MH, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D. Reproductive Factors and Endometrial Cancer Risk Among Women. JAMA Netw Open. 2023 Sep 5;6(9):e2332296. PMID: 37669051; PMCID: PMC10481237.

52. Azzini AM, Canziani LM, Davis RJ, Mirandola M, Hoelscher M, Meyer L, Laouénan C, Giannella M, Rodríguez-Baño J, **Boffetta P**, Mates D, Malhotra-Kumar S, Scipione G, Stellmach C, Rinaldi E, Hasenauer J, Tacconelli E. How European Research Projects Can Support Vaccination Strategies: The Case of the ORCHESTRA Project for SARS-CoV-2. Vaccines (Basel). 2023 Aug 14;11(8):1361. PMID: 37631929; PMCID: PMC10459328.

53. Violán C, Carrasco-Ribelles LA, Collatuzzo G, Ditano G, Abedini M, Janke C, Reinkemeyer C, Giang LTT, Liviero F, Scapellato ML, Mauro M, Rui F, Porru S, Spiteri G, Monaco MGL, Carta A, Otelea M, Rascu A, Fabiánová E, Klöslová Z, **Boffetta P**, Torán-Monserrat P. Multimorbidity and Serological Response to SARS-CoV-2 Nine Months after 1st Vaccine Dose: European Cohort of Healthcare Workers - Orchestra Project. Vaccines (Basel). 2023 Aug 8;11(8):1340. PMID: 37631908; PMCID: PMC10459685.

18

54. Lynch HN, Lauer DJ, Leleck OM, Freid RD, Collins J, Chen K, Thompson WJ, Ierardi AM, Urban A, **Boffetta P**, Mundt KA. Systematic review of the association between talc and female reproductive tract cancers. Front Toxicol. 2023 Aug 7;5:1157761. PMID: 37608907; PMCID: PMC10442069.

55. Porru S, Monaco MGL, Spiteri G, Carta A, Caliskan G, Violán C, Torán-Monserrat P, Vimercati L, Tafuri S, **Boffetta P**, Violante FS, Sala E, Sansone E, Gobba F, Casolari L, Wieser A, Janke C, Tardon A, Rodriguez-Suarez MM, Liviero F, Scapellato ML, dell'Omo M, Murgia N, Mates D, Calota VC, Strhársky J, Mrázová M, Pira E, Godono A, Magnano GC, Negro C, Verlato G; Orchestra WP5 Working Group. Incidence and Determinants of Symptomatic and Asymptomatic SARS-CoV-2 Breakthrough Infections After Booster Dose in a Large European Multicentric Cohort of Health Workers-ORCHESTRA Project. J Epidemiol Glob Health. 2023;13(3):577-588. PMID:37480426.

56. Nalini M, Poustchi H, Roshandel G, Kamangar F, Khoshnia M, Gharavi A, Brennan P, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R, Etemadi A. Association Between Incident Diabetes and Opium Use: Mediation by Body Mass and Adiposity. Am J Epidemiol. 2023 Aug 8. Epub ahead of print. PMID: 37552966.

57. Rossi M, Khalifeh M, Fiori F, Parpinel M, Serraino D, Pelucchi C, Negri E, Giacosa A, Crispo A, Collatuzzo G, Hannun Y, Luberto C, La Vecchia C, **Boffetta P**. Dietary choline and sphingomyelin choline moiety intake and risk of colorectal cancer: a case-control study. Eur J Clin Nutr. 2023;77(9):905-910. PMID: 37479807.

58. Luu HN, Tran CT, Wang R, Nguyen MV, Tran MT, Tuong TT, Tran QH, Le LC, Pham HT, Vu HH, Bui NC, Ha HT, Trinh DT, Thomas CE, Adams-Haduch J, Velikokhatnaya L, Schoen RE, Xie G, Jia W, **Boffetta P**, Clemente JC, Yuan JM. Associations between Ileal Juice Bile Acids and Colorectal Advanced Adenoma. Nutrients. 2023 Jun 28;15(13):2930. PMID: 37447256; PMCID: PMC10346326.

59. Collatuzzo G, Ferrante M, Ippolito A, Di Prima A, Colarossi C, Scarpulla S, **Boffetta P**, Sciacca S. Cancer in Migrants: A Population-Based Study in Italy. Cancers (Basel). 2023 Jun 8;15(12):3103. PMID: 37370713; PMCID: PMC10295978.

60. Angelini M, Teglia F, Casolari G, Astolfi L, **Boffetta P**. Decrease of visits and hospital admissions for cancer patients during the COVID-19 pandemic. A systematic review and meta-analysis. Z Gesundh Wiss. 2023 Mar 16:1-7. Epub ahead of print. PMID: 37361300; PMCID: PMC10018603.

61. Tran CT, Paragomi P, Tran MT, Nguyen MV, Tuong TT, Tran QH, Le LC, Pham HT, Ha HT, Bui NC, Vu HH, Ta PQ, Shrubsole MJ, Cai Q, Ye F, Le SH, Vu KV, Tran HT, Tran TV, **Boffetta P**, Shu XO, Luu HN. Association Between Sleep Duration and Colorectal Adenomas: Findings from a Case-Control Study in Vietnam. Cancer Epidemiol Biomarkers Prev. 2023;32(9):1160-1168. PMID: 37314746.

62. Austin-Datta RJ, La Vecchia C, George TJ, Mohamed F, **Boffetta P**, Dineen SP, Huang DQ, Vu TT, Nguyen TC, Permuth JB, Luu HN. A call for standardized reporting of early-onset colorectal peritoneal metastases. Eur J Cancer Prev. 2023;32(6):548-556. PMID: 37310397.

63. Mansour I, Godono A, Sansone E, Visci G, Spiteri G, Lourdes Monaco MG, Mates D, Rascu A, Duval X, Pira E, Ciocan C, Violante F, Lodi V, De Palma G, Sala E, Dell'Olmo M, Negro C, Casolari L, Abedini M, Ditano G, Asafo S, **Boffetta P**, Working Group OW. Factors Associated with SARS-CoV-2 Infection before Vaccination among European Health Care Workers. Med Lav. 2023 Jun 12;114(3):e2023022. PMID: 37309880; PMCID: PMC10281074.

64. Berg CD, Schiller JH, **Boffetta P**, Cai J, Connolly C, Kerpel-Fronius A, Kitts AB, Lam DCL, Mohan A, Myers R, Suri T, Tammemagi MC, Yang D, Lam S; International Association for the Study of Lung Cancer (IASLC) Early Detection and Screening Committee. Air Pollution and Lung Cancer: A Review by International Association for the Study of Lung Cancer Early Detection and Screening Committee. J Thorac Oncol. 2023 Jun 3:S1556-0864(23)00601-9. PMID: 37277094.

65. Sassano M, Seyyedsalehi MS, Siea AC, **Boffetta P**. Occupational arsenic exposure and genitourinary cancer: systematic review and meta-analysis. Occup Med (Lond). 2023 Jun

26;73(5):275-284. PMID: 37262320.

66. Collatuzzo G, Turati F, Malvezzi M, Negri E, La Vecchia C, **Boffetta P**. Attributable Fraction of Cancer Related to Occupational Exposure in Italy. Cancers (Basel). 2023 Apr 10;15(8):2234. PMID: 37190163; PMCID: PMC10136839.

67. Seyyedsalehi MS, Rossi M, Hadji M, Rashidian H, Marzban M, Parpinel M, Fiori F, Naghibzadeh-Tahami A, Hannun YA, Luberto C, Zendehdel K, **Boffetta P**. Dietary Choline and Betaine Intake and Risk of Colorectal Cancer in an Iranian Population. Cancers (Basel). 2023 Apr 29;15(9):2557. PMID: 37174024; PMCID: PMC10177422.

68. Sansone E, Collatuzzo G, Renzetti S, Ditano G, Bonfanti C, Sala E, Terlenghi L, Matteelli A, Abedini M, Asafo SS, **Boffetta P**, De Palma G. The Effect of the Immunization Schedule and Antibody Levels (Anti-S) on the Risk of SARS-CoV-2 Infection in a Large Cohort of Healthcare Workers in Northern Italy. Vaccines (Basel). 2023 Mar 28;11(4):746. PMID: 37112658; PMCID: PMC10144408.

69. Collatuzzo G, Negri E, Pelucchi C, Bonzi R, Turati F, Rabkin CS, Liao LM, Sinha R, Palli D, Ferraroni M, López-Carrillo L, Lunet N, Morais S, Albanes D, Weinstein SJ, Parisi D, Zaridze D, Maximovitch D, Dierssen-Sotos T, Jiménez-Moleón JJ, Vioque J, Garcia de la Hera M, Curado MP, Dias-Neto E, Hernández-Ramírez RU, López-Cervantes M, Ward MH, Tsugane S, Hidaka A, Lagiou A, Lagiou P, Zhang ZF, Trichopoulou A, Karakatsani A, Camargo MC, La Vecchia C, **Boffetta P**. Yoghurt Intake and Gastric Cancer: A Pooled Analysis of 16 Studies of the StoP Consortium. Nutrients. 2023 Apr 13;15(8):1877. PMID: 37111097; PMCID: PMC10147010.

70. Factor S, Desai V, Crane M, Dieterich D, **Boffetta P**. Prevalence of and Risk Factors for Hepatitis C Virus Infection in World Trade Center Responders. Med Lav. 2023 Apr 13;114(2):e2023016. PMID: 37057350; PMCID: PMC10133777.

71. Santucci C, Malvezzi M, Levi F, Camargo MC, **Boffetta P**, La Vecchia C, Negri E. Cancer mortality predictions for 2023 in Latin America with focus on stomach cancer. Eur J Cancer Prev. 2023;32(4):310-321. PMID: 37038996.

72. Singh A, Zeig-Owens R, Cannon M, Webber MP, Goldfarb DG, Daniels RD, Prezant DJ, **Boffetta P**, Hall CB. All-cause and cause-specific mortality in a cohort of WTC-exposed and non-WTC-exposed firefighters. Occup Environ Med. 2023;80(6):297-303. PMID: 36972975.

73. Ba DM, Ssentongo P, Pelucchi C, Negri E, Palli D, Ferraroni M, Zhang ZF, Yu GP, Tsugane S, Hidaka A, Hamada GS, Zaridze D, Maximovich D, Obón-Santacana M, Álvarez-Álvarez L, Vioque J, Garcia de la Hera M, López-Carrillo L, López-Cervantes M, Mu L, Lagiou A, Lagiou P, **Boffetta P**, Camargo MC, Curado MP, Lunet N, La Vecchia C, Muscat J. Mushroom consumption and risk of gastric cancer: a pooled analysis within the stomach cancer pooling project and a combined meta-analysis with other observational studies. Eur J Cancer Prev. 2023;32:222-228. PMID: 36912187; PMCID: PMC10073218.

74. Hosseini E, Mokhtari Z, Poustchi H, Khoshnia M, Dawsey SM, **Boffetta P**, Abnet CC, Kamangar F, Etemadi A, Pourshams A, Sharafkhah M, Brennan P, Malekzadeh R, Hekmatdoost A. Dietary Advanced Glycation End Products and Risk of Overall and Cause-Specific Mortality: Results from the Golestan Cohort Study. Int J Environ Res Public Health. 2023;20:3788. PMID: 36900799; PMCID: PMC10001649.

75. Malvezzi M, Santucci C, **Boffetta P,** Collatuzzo G, Levi F, La Vecchia C, Negri E. European Cancer Mortality Predictions for the Year 2023 with Focus on Lung Cancer. Ann Oncol. 2023;34(4):410-419. PMID: 36882139.

76. Seyyedsalehi MS, Mohebbi E, Tourang F, Sasanfar B, **Boffetta P**, Zendehdel K. Association of Dietary Nitrate, Nitrite, and N-Nitroso Compounds Intake and Gastrointestinal Cancers: A Systematic Review and Meta-Analysis. Toxics. 2023;11:190. PMID: 36851064; PMCID: PMC9962651.

77. Franco N, Godono A, Clari M, Ciocan C, Zunarelli C, Pira E, **Boffetta P**. Occupational asbestos exposure and urinary bladder cancer: a systematic review and meta-analysis. World J Urol. 2023;41(4):1005-1015. PMID: 36847813.

78. Teglia F, Collatuzzo G, **Boffetta P**. Occupational Cancers among Employed Women: A Narrative Review. Cancers (Basel). 2023;15:1334. PMID: 36831675; PMCID: PMC9954144.

79.   Collatuzzo G, Santucci C, Malvezzi M, La Vecchia C, **Boffetta P**, Negri E. Trends in gastric cancer mortality 1990-2019 in 36 countries worldwide, with predictions to 2025, and incidence, overall and by subtype. Cancer Med. 2023;12(8):9912-9925. PMID: 36815614.

80.   Collatuzzo G, La Vecchia C, Parazzini F, Alicandro G, Turati F, Di Maso M, Malvezzi M, Pelucchi C, Negri E, **Boffetta P**. Cancers attributable to infectious agents in Italy. Eur J Cancer. 2023;183:69-78. PMID: 36801622.

81.   Collatuzzo G, De Palma G, Violante FS, Porru S, Larese Filon F, Fabianova E, Violán C, Vimercati L, Leustean M, Rodriguez-Suarez MM, Sansone E, Sala E, Zunarelli C, Lodi V, Monaco MGL, Spiteri G, Negro C, Beresova J, Carrasco-Ribelles LA, Tafuri S, Asafo SS, Ditano G, Abedini M, **Boffetta P**. Temporal trends of COVID-19 antibodies in vaccinated healthcare workers undergoing repeated serological sampling: An individual-level analysis within 13 months in the ORCHESTRA cohort. Front Immunol. 2023;13:1079884. PMID: 36713452; PMCID: PMC9875291. Erratum in: Front Immunol. 2023 Apr 14;14:1197923.

82.   De Maria L, Sponselli S, Caputi A, Stefanizzi P, Pipoli A, Giannelli G, Delvecchio G, Tafuri S, Inchingolo F, Migliore G, Bianchi FP, **Boffetta P**, Vimercati L. SARS-CoV-2 Breakthrough Infections in Health Care Workers: An Italian Retrospective Cohort Study on Characteristics, Clinical Course and Outcomes. J Clin Med. 2023;12:628.PMID: 36675555; PMCID: PMC9864312.

83.   Angelini M, Teglia F, Astolfi L, Casolari G, **Boffetta P**. Decrease of cancer diagnosis during COVID-19 pandemic: a systematic review and meta-analysis. Eur J Epidemiol. 2023;38:31-38. PMID: 36593334; PMCID: PMC9807424.

84.   Collatuzzo G, Lodi V, Feola D, De Palma G, Sansone E, Sala E, Janke C, Castelletti N, Porru S, Spiteri G, Monaco MGL, Larese Filon F, Negro C, Cegolon L, Beresova J, Fabianova E, Carrasco-Ribelles LA, Toràn-Monserrat P, Rodriguez-Suarez MM, Fernandez-Tardon G, Asafo SS, Ditano G, Abedini M, **Boffetta P**. Determinants of Anti-S Immune Response at 9 Months after COVID-19 Vaccination in a Multicentric European Cohort of Healthcare Workers-ORCHESTRA Project. Viruses. 2022;14:2657. PMID: 36560660; PMCID: PMC9781450.

85.   Caraballo-Arias Y, Zunarelli C, Caffaro P, Roccuzzo F, Nocilla MR, Imperiale MC, Romano C, **Boffetta P**, Violante FS. Quantitative Assessment of Asbestos Fibers in Normal and Pathological Peritoneal Tissue-A Scoping Review. Life (Basel). 2022;12:1969. PMID: 36556334; PMCID: PMC9784698.

86.   Li J, Hall CB, Yung J, Kehm RD, Zeig-Owens R, Singh A, Cone JE, Brackbill RM, Farfel MR, Qiao B, Schymura MJ, Shapiro MZ, Dasaro CR, Todd AC, Prezant DJ, **Boffetta P**. A 15-year follow-up study of mortality in a pooled cohort of World Trade Center rescue and recovery workers. Environ Res. 2023;219:115116. PMID: 36549491.

87.   Collatuzzo G, **Boffetta P**. Cancers Attributable to Modifiable Risk Factors: A Road Map for Prevention. Annu Rev Public Health. 2023;44:279-300. PMID: 36516461.

88.   De Palma G, Carrasco-Avino G, Gilberti E, Cadei M, Pedrazzi T, Gallegos Mendez IM, Roman A, Demartines N, **Boffetta P**, Labgaa I. Arsenic may be a carcinogenic determinant of a subset of gallbladder cancer: A pilot study. Environ Res. 2022 Dec 9:115030. PMID: 36509118.

89.   Collatuzzo G, Mansour I, Ciocan C, Ditano G, Godono A, Rossello P, Coggiola M, Pira E, **Boffetta P**, Working Group On Sars-Cov-Prevention. Effectiveness of prevention of SARS-CoV-2 transmission among unvaccinated Italian healthcare workers. Med Lav. 2022;113:e2022050. PMID: 36475504.

90.   Angelini M, Collatuzzo G, Teglia F, Sassano M, Siea AC, **Boffetta P**. The role of chance in cancer causation. Med Lav. 2022;113:e2022056. PMID: 36475502.

91.   Seyyedsalehi MS, Collatuzzo G, Huybrechts I, Hadji M, Rashidian H, Safari-Faramani R, Alizadeh-Navaei R, Kamangar F, Etemadi A, Pukkala E, Gunter MJ, Chajes V, **Boffetta P**, Zendehdel K. Association between dietary fat intake and colorectal cancer: A multicenter case-control study in Iran. Front Nutr. 2022;9:1017720. PMID: 36466398; PMCID: PMC9709886.

92.   Seyyedsalehi MS, Collatuzzo G, Rashidian H, Hadji M, Gholipour M, Mohebbi E, Kamangar F, Pukkala E, Huybrechts I, Gunter MJ, Chajes V, **Boffetta P**, Zendehdel K. Dietary Ruminant and Industrial Trans-Fatty Acids Intake and Colorectal Cancer Risk. Nutrients. 2022;14:4912. PMID:

36432598; PMCID: PMC9699189.

93.   Teglia F, Angelini M, Casolari G, Astolfi L, **Boffetta P**. Global Association of COVID-19 Pandemic Measures with Cancer Treatment: A Systematic Review and Meta-Analysis. Cancers 2022;14:5490. PMID: 36428583; PMCID: PMC9688091.

94.   Hosseini B, Olsson A, Bouaoun L, Hall A, Hadji M, Rashidian H, Naghibzadeh-Tahami A, Marzban M, Najafi F, Haghdoost AA, **Boffetta P**, Kamangar F, Pukkala E, Etemadi A, Weiderpass E, Schüz J, Zendehdel K. Lung cancer risk in relation to jobs held in a nationwide case-control study in Iran. Occup Environ Med. 2022;79:831-838. PMID: 36379677; PMCID: PMC9685687.

95.   Collatuzzo G, **Boffetta P**, Dika E, Visci G, Zunarelli C, Mastroeni S, Antonelli G, Fortes C. Occupational exposure to arsenic, mercury and UV radiation and risk of melanoma: a case-control study from Italy. Int Arch Occup Environ Health. 2023;96(3):443-449. PMID: 36378322.

96.   Mansour I, Collatuzzo G, De Pasquale V, Mirra I, Ciocan C, Godono A, Pira E, **Boffetta P**. Vaccination Confidence among Healthcare Workers: Results from Two Anamnestic Questionnaires Adopted in the COVID-19 and Influenza Campaign. Vaccines 2022;10:1835. PMID: 36366344; PMCID: PMC9697632.

97.   Collatuzzo G, Ferrante M, Ippolito A, Di Prima A, Colarossi C, Scarpulla S, **Boffetta P**, Sciacca S. Second Primary Cancers following Colorectal Cancer in Sicily, Italy. Cancers 2022;14:5204. PMID: 36358623; PMCID: PMC9657763.

98.   Pizzato M, Collatuzzo G, Santucci C, Malvezzi M, **Boffetta P**, Comandone A, Levi F, La Vecchia C, Bertuccio P, Negri E. Mortality patterns of soft-tissue sarcomas worldwide up to 2018, with predictions for 2025. Eur J Cancer Prev. 2023;32:71-80. PMID: 36346699.

99.   Lynch HN, Lauer DJ, Thompson WJ, Leleck O, Freid RD, Collins J, Chen K, Ierardi AM, Urban AM, Cappello MA, **Boffetta P**, Mundt KA. Systematic review of the scientific evidence of the pulmonary carcinogenicity of talc. Front Public Health. 2022;10:989111. MID: 36304243; PMCID: PMC9593030.

100.  Ciocan C, Godono A, Stefanin S, **Boffetta P**, Pira E, Clari M. Risk of Mortality from Respiratory Malignant and Non-Malignant Diseases among Talc Miners and Millers: A Systematic Review and Meta-Analysis. Toxics. 2022;10:589. PMID: 36287869; PMCID: PMC9612112.

101.  Berndt SI, Vijai J, Benavente Y, Camp NJ, Nieters A, Wang Z, Smedby KE, Kleinstern G, Hjalgrim H, Besson C, Skibola CF, Morton LM, Brooks-Wilson AR, Teras LR, Breeze C, Arias J, Adami HO, Albanes D, Anderson KC, Ansell SM, Bassig B, Becker N, Bhatti P, Birmann BM, **Boffetta P**, Bracci PM, Brennan P, Brown EE, Burdett L, Cannon-Albright LA, Chang ET, Chiu BCH, Chung CC, Clavel J, Cocco P, Colditz G, Conde L, Conti DV, Cox DG, Curtin K, Casabonne D, De Vivo I, Diver WR, Dogan A, Edlund CK, Foretova L, Fraumeni JF Jr, Gabbas A, Ghesquières H, Giles GG, Glaser S, Glenn M, Glimelius B, Gu Y, Habermann TM, Haiman CA, Haioun C, Hofmann JN, Holford TR, Holly EA, Hutchinson A, Izhar A, Jackson RD, Jarrett RF, Kaaks R, Kane E, Kolonel LN, Kong Y, Kraft P, Kricker A, Lake A, Lan Q, Lawrence C, Li D, Liebow M, Link BK, Magnani C, Maynadie M, McKay J, Melbye M, Miligi L, Milne RL, Molina TJ, Monnereau A, Montalvan R, North KE, Novak AJ, Onel K, Purdue MP, Rand KA, Riboli E, Riby J, Roman E, Salles G, Sborov DW, Severson RK, Shanafelt TD, Smith MT, Smith A, Song KW, Song L, Southey MC, Spinelli JJ, Staines A, Stephens D, Sutherland HJ, Tkachuk K, Thompson CA, Tilly H, Tinker LF, Travis RC, Turner J, Vachon CM, Vajdic CM, Van Den Berg A, Van Den Berg DJ, Vermeulen RCH, Vineis P, Wang SS, Weiderpass E, Weiner GJ, Weinstein S, Doo NW, Ye Y, Yeager M, Yu K, Zeleniuch-Jacquotte A, Zhang Y, Zheng T, Ziv E, Sampson J, Chatterjee N, Offit K, Cozen W, Wu X, Cerhan JR, Chanock SJ, Slager SL, Rothman N. Distinct germline genetic susceptibility profiles identified for common non-Hodgkin lymphoma subtypes. Leukemia. 2022;36:2835-2844. PMID: 36273105. Erratum in: Leukemia. 2023 Oct;37(10):2142.

102.  Collatuzzo G, Visci G, Violante FS, Porru S, Spiteri G, Monaco MGL, Larese Fillon F, Negro C, Janke C, Castelletti N, De Palma G, Sansone E, Mates D, Teodorescu S, Fabiánová E, Bérešová J, Vimercati L, Tafuri S, Abedini M, Ditano G, Asafo SS, **Boffetta P**; Orchestra WP5 Working Group. Determinants of anti-S immune response at 6 months after COVID-19 vaccination in a

multicentric European cohort of healthcare workers - ORCHESTRA project. Front Immunol. 2022;13:986085. PMID: 36248889; PMCID: PMC9559243.

103. Wang Q, Gümüş ZH, Colarossi C, Memeo L, Wang X, Kong CY, **Boffetta P**. SCLC: Epidemiology, Risk Factors, Genetic Susceptibility, Molecular Pathology, Screening, and Early Detection. J Thorac Oncol. 2023;18:31-46. PMID: 36243387.

104. Paragomi P, Dabo B, Pelucchi C, Bonzi R, Bako AT, Sanusi NM, Nguyen QH, Zhang ZF, Palli D, Ferraroni M, Vu KT, Yu GP, Turati F, Zaridze D, Maximovitch D, Hu J, Mu L, Boccia S, Pastorino R, Tsugane S, Hidaka A, Kurtz RC, Lagiou A, Lagiou P, Camargo MC, Curado MP, Lunet N, Vioque J, **Boffetta P**, Negri E, La Vecchia C, Luu HN. The Association between Peptic Ulcer Disease and Gastric Cancer: Results from the Stomach Cancer Pooling (StoP) Project Consortium. Cancers 2022;14:4905. PMID: 36230828; PMCID: PMC9563899.

105. Soroush A, Malekzadeh R, Roshandel G, Khoshnia M, Poustchi H, Kamangar F, Brennan P, **Boffetta P**, Dawsey SM, Abnet CC, Abrams JA, Etemadi A. Sex and smoking differences in the association between gastroesophageal reflux and risk of esophageal squamous cell carcinoma in a high-incidence area: Golestan Cohort Study. Int J Cancer. 2023;152(6):1137-1149. PMID: 36214797.

106. Collatuzzo G, **Boffetta P**, Radaelli F, Cadoni S, Hassan C, Frazzoni L, Anderloni A, Laterza L, La Marca M, Rogai F, Binda C, Montale A, Soriani P, Fabbri C, Sacco M, Gallittu P, Mura D, Trovato C, Vitale G, Mussetto A, Musso A, Conti CB, Manno M, Repici A, Zagari RM, Farioli A, Fuccio L. Incidence, risk and protective factors of symptoms after colonoscopy. Dig Liver Dis. 2022;54:1698-1705. PMID: 36154988.

107. Pastorino R, Sassano M, Danilo Tiziano F, Giraldi L, Amore R, Arzani D, Abiusi E, Ahrens W, Vilches LA, Canova C, Healy CM, Holcatova I, Lagiou P, Polesel J, Popovic M, Nygård S, Cadoni G, Znaor A, **Boffetta P**, Matsuo K, Oze I, Brennan P, Boccia S. Plasma miR-151-3p as a Candidate Diagnostic Biomarker for Head and Neck Cancer: A Cross-sectional Study within the INHANCE Consortium. Cancer Epidemiol Biomarkers Prev. 2022;31:2237-2243. PMID: 36126276.

108. Collatuzzo G, Teglia F, **Boffetta P**. Role of Occupation in Shaping Cancer Disparities. Cancers 2022;14:4259. PMID: 36077790; PMCID: PMC9454748.

109. Behrens T, Ge C, Vermeulen R, Kendzia B, Olsson A, Schüz J, Kromhout H, Pesch B, Peters S, Portengen L, Gustavsson P, Mirabelli D, Guénel P, Luce D, Consonni D, Caporaso NE, Landi MT, Field JK, Karrasch S, Wichmann HE, Siemiatycki J, Parent ME, Richiardi L, Simonato L, Jöckel KH, Ahrens W, Pohlabeln H, Fernández-Tardón G, Zaridze D, McLaughlin JR, Demers PA, Świątkowska B, Lissowska J, Pándics T, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, **Boffetta P**, Bueno-de-Mesquita B, Forastiere F, Straif K, Brüning T. Occupational exposure to nickel and hexavalent chromium and the risk of lung cancer in a pooled analysis of case-control studies (SYNERGY). Int J Cancer. 2023;152(4):645-660. PMID: 36054442.

110. Rashidian H, Hadji M, Gholipour M, Naghibzadeh-Tahami A, Marzban M, Mohebbi E, Safari-Faramani R, Bakhshi M, Sadat Seyyedsalehi M, Hosseini B, Alizadeh-Navaei R, Emami H, Haghdoost AA, Rezaianzadeh A, Moradi A, Ansari-Moghaddam A, Nejatizadeh A, ShahidSales S, Rezvani A, Larizadeh MH, Najafi F, Poustchi H, Mohagheghi MA, Brennan P, Weiderpass E, Schüz J, Pukkala E, Freedman ND, **Boffetta P**, Malekzadeh R, Etemadi A, Rahimi-Movaghar A, Kamangar F, Zendehdel K. Opium use and risk of lung cancer: A multicenter case-control study in Iran. Int J Cancer. 2023;152:203-213. PMID: 36043555.

111. Porru S, Monaco MGL, Spiteri G, Carta A, Pezzani MD, Lippi G, Gibellini D, Tacconelli E, Dalla Vecchia I, Sala E, Sansone E, De Palma G, Bonfanti C, Lombardo M, Terlenghi L, Pira E, Mansour I, Coggiola M, Ciocan C, Godono A, Tardon A, Rodriguez-Suarez MM, Fernandez-Tardon G, Jimeno-Demuth FJ, Castro-Delgado RV, Iglesias Cabo T, Scapellato ML, Liviero F, Moretto A, Mason P, Pavanello S, Volpin A, Vimercati L, Tafuri S, De Maria L, Sponselli S, Stefanizzi P, Caputi A, Gobba F, Modenese A, Casolari L, Garavini D, D'Elia C, Mariani S, Filon FL, Cegolon L, Negro C, Ronchese F, Rui F, De Michieli P, Murgia N, Dell'Omo M, Muzi G, Fiordi T, Gambelunghe A, Folletti I, Mates D, Calota VC, Neamtu A, Perseca O, Staicu CA, Voinoiu A, Fabiánová E, Béreśová J, Adamčáková ZK, Nedela R, Lesňáková A, Holčíková J,

**Boffetta P**, Abedini M, Ditano G, Asafo SS, Visci G, Violante FS, Zunarelli C, Verlato G. SARS-CoV-2 Breakthrough Infections: Incidence and Risk Factors in a Large European Multicentric Cohort of Health Workers. Vaccines 2022;10:1193. PMID: 36016081; PMCID: PMC9415790.

112. Girma B, Farkas DK, Laugesen K, Skajaa N, Henderson VW, **Boffetta P**, Sørensen HT. Cancer Diagnosis and Prognosis After Guillain-Barré Syndrome: A Population-Based Cohort Study. Clin Epidemiol. 2022;14:871-878. PMID: 35898330; PMCID: PMC9309322.

113. Teglia F, **Boffetta P**. Association between trends of mortality and incidence, survival and stage at diagnosis for six digestive and respiratory cancers in United States (2009-2013). Eur J Cancer Prev. 2023;32(2):195-202. PMID: 35881938.

114. Mei F, Dalmartello M, Bonifazi M, Bertuccio P, Levi F, **Boffetta P**, Negri E, La Vecchia C, Malvezzi M. Chronic obstructive pulmonary disease (COPD) mortality trends worldwide: An update to 2019. Respiratory. 2022;27:941-950. PMID: 35831204.

115. Collatuzzo G, Alicandro G, Bertuccio P, Pelucchi C, Bonzi R, Palli D, Ferraroni M, Ye W, Plymoth A, Zaridze D, Maximovich D, Aragones N, Castaño-Vinyals G, Vioque J, Garcia de la Hera M, Zhang ZF, Hu J, Lopez-Carrillo L, López-Cervantes M, Dalmartello M, Mu L, Ward MH, Rabkin C, Yu GP, Camargo MC, Curado MP, Lunet N, Negri E, La Vecchia C, **Boffetta P**. Peptic ulcer as mediator of the association between risk of gastric cancer and socioeconomic status, tobacco smoking, alcohol drinking and salt intake. J Epidemiol Community Health. 2022 Jul 13. Epub ahead of print. PMID: 35831132.

116. Pizzato M, La Vecchia C, Malvezzi M, Levi F, **Boffetta P**, Negri E, Dalmartello M. Cancer mortality and predictions for 2022 in selected Australasian countries, Russia, and Ukraine with a focus on colorectal cancer. Eur J Cancer Prev. 2023;32:18-29. PMID: 35822596.

117. Teglia F, Angelini M, Astolfi L, Casolari G, **Boffetta P**. Global Association of COVID-19 Pandemic Measures With Cancer Screening: A Systematic Review and Meta-analysis. JAMA Oncol. 2022;8:1287-1293. PMID: 35797056; PMCID: PMC9264214.

118. Jang J, Lee S, Ko KP, Abe SK, Rahman MS, Saito E, Islam MR, Sawada N, Shu XO, Koh WP, Sadakane A, Tsuji I, Kim J, Oze I, Nagata C, Tsugane S, Cai H, Yuan JM, Gao YT, Ozasa K, Matsuyama S, Kanemura S, Shin A, Ito H, Wada K, Sugawara Y, Chen Y, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D, Park SK. Association between Body Mass Index and Risk of Gastric Cancer by Anatomic and Histologic Subtypes in Over 500,000 East and Southeast Asian Cohort Participants. Cancer Epidemiol Biomarkers Prev. 2022;31:1727-1734. PMID: 35793701; PMCID: PMC9489277.

119. Collatuzzo G, Fuccio L, Frazzoni L, Radaelli F, Hassan C, Fabbri C, Cadoni S, Laterza L, Anderloni A, Binda C, La Marca M, Montale A, Soriani P, Sacco M, Gallittu P, Mura D, Manno M, Mussetto A, Rogai F, Trovato C, Vitale G, Musso A, Conti CB, Repici A, Farioli A, Zagari RM, **Boffetta P**. Determinants of symptom burden related to bowel preparation for colonoscopy. Dig Liver Dis. 2022;54:1554-1560. PMID: 35778229.

120. Hadley MB, Nalini M, Adhikari S, Szymonifka J, Etemadi A, Kamangar F, Khoshnia M, McChane T, Pourshams A, Poustchi H, Sepanlou SG, Abnet C, Freedman ND, **Boffetta P**, Malekzadeh R, Vedanthan R. Spatial environmental factors predict cardiovascular and all-cause mortality: Results of the SPACE study. PLoS One. 2022;17:e0269650. PMID: 35749347; PMCID: PMC9231727.

121. Collatuzzo G, Teglia F, Pelucchi C, Negri E, Rabkin CS, Liao LM, Sinha R, López-Carrillo L, Lunet N, Morais S, Aragonés N, Moreno V, Vioque J, Garcia de la Hera M, Ward MH, Malekzadeh R, Pakseresht M, Hernández-Ramírez RU, López-Cervantes M, Bonzi R, Dalmartello M, Tsugane S, Hidaka A, Camargo MC, Curado MP, Zhang ZF, Zubair N, La Vecchia C, Shah S, **Boffetta P**. Inverse Association between Dietary Iron Intake and Gastric Cancer: A Pooled Analysis of Case-Control Studies of the Stop Consortium. Nutrients. 2022;14:2555. PMID: 35745285.

122. Collatuzzo G, Seyyedsalehi MS, Rezaeianzadeh A, Marzban M, Rashidian H, Hadji M, Kamangar F, Etemadi A, Pukkala E, Zendehdel K, **Boffetta P**. Consumption of Yoghurt and Other Dairy Products and Risk of Colorectal Cancer in Iran: The IROPICAN Study. Nutrients. 2022;14:2506. PMID: 35745234.

24

123. La Vecchia C, Pelucchi C, Negri E, Bonzi R, **Boffetta P**, Camargo MC, Paula Curado M, Lunet N, Vioque J, Zhang ZF; StoP Project. The stomach cancer pooling (STOP) project: a global consortium of epidemiological studies of gastric cancer, updated to 2021. Eur J Cancer Prev. 2021;31(Suppl 1):S4-S5.PMID: 35703995.

124. Wang Q, Xie H, Li Y, Theodoropoulos N, Zhang Y, Jiang C, Wen C, Rozek LS, **Boffetta P**. Racial and ethnic disparities in nasopharyngeal cancer with an emphasis among Asian Americans. Int J Cancer. 2022;151(8):1291-1303. PMID: 35666524.

125. Leung CY, Huang HL, Abe SK, Saito E, Islam MR, Rahman MS, Ikeda A, Sawada N, Tamakoshi A, Gao YT, Koh WP, Shu XO, Sakata R, Tsuji I, Kim J, Park SK, Nagata C, You SL, Yuan JM, Shin MH, Pan WH, Tsugane S, Kimura T, Wen W, Cai H, Ozasa K, Matsuyama S, Kanemura S, Sugawara Y, Shin A, Wada K, Chen CJ, Wang R, Ahn YO, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Kang D, Inoue M. Association of Marital Status With Total and Cause-Specific Mortality in Asia. JAMA Netw Open. 2022;5:e2214181. PMID: 35639382; PMCID: PMC9157263.

126. Giannella M, Righi E, Pascale R, Rinaldi M, Caroccia N, Gamberini C, Palacios-Baena ZR, Caponcello G, Morelli MC, Tamè M, Busutti M, Comai G, Potena L, Salvaterra E, Feltrin G, Cillo U, Gerosa G, Cananzi M, Piano S, Benetti E, Burra P, Loy M, Furian L, Zaza G, Onorati F, Carraro A, Gastaldon F, Nordio M, Kumar-Singh S, Abedini M, **Boffetta P**, Rodríguez-Baño J, Lazzarotto T, Viale P, Tacconelli E, On Behalf Of The Orchestra Study Group Workpackage. Evaluation of the Kinetics of Antibody Response to COVID-19 Vaccine in Solid Organ Transplant Recipients: The Prospective Multicenter ORCHESTRA Cohort. Microorganisms. 2022;10:1021. PMID: 35630462; PMCID: PMC9147204.

127. Alicandro G, Bertuccio P, Collatuzzo G, Pelucchi C, Bonzi R, Liao LM, Rabkin CS, Sinha R, Negri E, Dalmartello M, Zaridze D, Maximovich D, Vioque J, Garcia de la Hera M, Tsugane S, Hidaka A, Hamada GS, López-Carrillo L, Hernández-Ramírez RU, Malekzadeh R, Pourfarzi F, Zhang ZF, Kurtz RC, Camargo MC, Curado MP, Lunet N, **Boffetta P**, La Vecchia C. The mediating role of combined lifestyle factors on the relationship between education and gastric cancer in the Stomach cancer Pooling (StoP) Project. Br J Cancer. 2022;127(5):855-862. PMID: 35624300.

128. Martimianaki G, Alicandro G, Pelucchi C, Bonzi R, Rota M, Hu J, Johnson KC, Rabkin CS, Liao LM, Sinha R, Zhang ZF, Dalmartello M, Lunet N, Morais S, Palli D, Ferraroni M, Yu GP, Tsugane S, Hidaka A, Curado MP, Dias-Neto E, Zaridze D, Maximovitch D, Vioque J, Garcia de la Hera M, López-Carrillo L, Hernández-Ramírez RU, Hamada GS, Ward MH, Mu L, Malekzadeh R, Pourfarzi F, Trichopoulou A, Karakatsani A, Kurtz RC, Lagiou A, Lagiou P, Boccia S, **Boffetta P**, Camargo MC, Negri E, La Vecchia C. Tea consumption and gastric cancer: a pooled analysis from the Stomach cancer Pooling (StoP) Project consortium. Br J Cancer. 2022;127(4):726-734. PMID: 35610368.

129. Collatuzzo G, Etemadi A, Sotoudeh M, Nikmanesh A, Poustchi H, Khoshnia M, Pourshams A, Hashemian M, Roshandel G, Dawsey SM, Abnet CC, Kamangar F, Brennan P, **Boffetta P**, Malekzadeh R. Meat consumption and risk of esophageal and gastric cancer in the Golestan Cohort Study, Iran. Int J Cancer. 2022 Apr 30. Epub ahead of print. PMID: 35489023.

130. Ciocan C, Godono A, Franco N, La Vecchia C, Negri E, **Boffetta P**, Pira E. Mortality from bladder cancer in dyestuff workers exposed to aromatic amines: A 73-year follow-up. Med Lav. 2022;113:e2022017. PMID: 35481579; PMCID: PMC9073764.

131. Visci G, Zunarelli C, Mansour I, Porru S, De Palma G, Duval X, Monaco MGL, Spiteri G, Carta A, Lippi G, Verlato G, Sansone E, Sala E, Lombardo M, Abedini M, Violante F, **Boffetta P**. Serological response after SARS-CoV2 vaccination in healthcare workers: a multicenter study. Med Lav. 2022;113:e2022022. PMID: 35481576; PMCID: PMC9073755.

132. Etemadi A, Hariri S, Hassanian-Moghaddam H, Poustchi H, Roshandel G, Shayanrad A, Kamangar F, **Boffetta P**, Brennan P, Dargan PI, Dawsey SM, Jones RL, Freedman ND, Malekzadeh R, Abnet CC. Lead poisoning among asymptomatic individuals with a long-term history of opiate use in Golestan Cohort Study. Int J Drug Policy. 2022;104:103695. PMID: 35472727; PMCID: PMC9133202.

133. Olsson A, Guha N, Bouaoun L, Kromhout H, Peters S, Siemiatycki J, Ho V, Gustavsson P, **Boffetta P**, Vermeulen R, Behrens T, Bruning T, Kendzia B, Guénel P, Luce D, Karrasch S, Wichmann HE, Consonni D, Landi MT, Caporaso NE, Merletti F, Mirabelli D, Richiardi L, Jöckel KH, Ahrens W, Pohlabeln H, Tardon A, Zaridze D, Field JK, Lissowska J, Świątkowska B, McLaughlin JR, Demers PA, Bencko V, Foretova L, Janout V, Pandics T, Fabianova E, Mates D, Forastiere F, Bueno-de-Mesquita B, Schüz J, Straif K. Occupational exposure to polycyclic aromatic hydrocarbons and lung cancer risk: results from a pooled analysis of case-control studies (SYNERGY). Cancer Epidemiol Biomarkers Prev. 2022;31(7):1433-1441. PMID: 35437574.

134. Tran CT, Nguyen MV, Tran MT, Tuong TT, Tran QH, Le LC, Pham HT, Bui NC, Vu HH, Nguyen TT, Ta PQ, Ha HT, Trinh DT, Bui HT, Trinh DQ, Van Nguyen K, Le SH, Van Vu K, Van Tran T, Tran HT, Shrubsole MJ, Ye F, Cai Q, Zheng W, **Boffetta P**, Shu XO, Luu HN. Findings from the first colorectal cancer screening among 103 542 individuals in Vietnam with systematic review of colorectal cancer screening programs in Asia-Pacific region. Jpn J Clin Oncol. 2022;52(7):707-715. PMID: 35383373.

135. **Boffetta P**, Hall CB, Todd AC, Goldfarb DG, Schymura MJ, Li J, Cone JE, Zeig-Owens R. Cancer risk among World Trade Center rescue and recovery workers: A review. CA Cancer J Clin. 2022;72(4):308-314. PMID: 35325473.

136. Goyal N, Hennessy M, Lehman E, Lin W, Agudo A, Ahrens W, Boccia S, Brennan P, Brenner H, Cadoni G, Canova C, Chen C, Conway D, Curado MP, Dal Maso L, Daudt AW, Edefonti V, Fabianova E, Fernandez L, Franceschi S, Garavello W, Gillison M, Hayes RB, Healy C, Herrero R, Holcatova I, Kanda JL, Kelsey K, Hansen BT, Koifman R, Lagiou P, La Vecchia C, Levi F, Li G, Lissowska J, Mendoza López R, Luce D, Macfarlane G, Mates D, Matsuo K, McClean M, Menezes A, Menvielle G, Morgenstern H, Moysich K, Negri E, Olshan AF, Pandics T, Polesel J, Purdue M, Radoi L, Ramroth H, Richiardi L, Schantz S, Schwartz SM, Serraino D, Shangina O, Smith E, Sturgis EM, Świątkowska B, Thomson P, Vaughan TL, Vilensky M, Winn DM, Wunsch-Filho V, Yu GP, Zevallos JP, Zhang ZF, Zheng T, Znaor A, **Boffetta P**, Hashibe M, Lee YA, Muscat JE. Risk factors for head and neck cancer in more and less developed countries: Analysis from the INHANCE consortium. Oral Dis. 2023;29(4):1565-1578. PMID: 35322907.

137. Morais S, Costa A, Albuquerque G, Araújo N, Pelucchi C, Rabkin CS, Liao LM, Sinha R, Zhang ZF, Hu J, Johnson KC, Palli D, Ferraroni M, Bonzi R, Yu GP, López-Carrillo L, Malekzadeh R, Tsugane S, Hidaka A, Hamada GS, Zaridze D, Maximovitch D, Vioque J, de la Hera MG, Moreno V, Vanaclocha-Espi M, Ward MH, Pakseresht M, Hernández-Ramirez RU, López-Cervantes M, Pourfarzi F, Mu L, Kurtz RC, Boccia S, Pastorino R, Lagiou A, Lagiou P, **Boffetta P**, Camargo MC, Curado MP, Negri E, La Vecchia C, Lunet N. Salt intake and gastric cancer: a pooled analysis within the Stomach cancer Pooling (StoP) Project. Cancer Causes Control. 2022;33:779-91. PMID: 35304655.

138. Collatuzzo G, Etienne M, Factor SH, Maso LD, Polesel J, Crispo A, Levi F, Parazzini F, Negri E, La Vecchia C, **Boffetta P**. Effect modification of body mass index on the association between ovarian cysts and endometrial cancer. Cancer Epidemiol. 2022;78:102129. PMID: 35272258.

139. Hadji M, Rashidian H, Marzban M, Naghibzadeh-Tahami A, Gholipour M, Mohebbi E, Safari-Faramani R, Seyyedsalehi MS, Hosseini B, Bakhshi M, Alizadeh-Navaei R, Ahmadi L, Rezaianzadeh A, Moradi A, Ansari-Moghaddam A, Nejatizadeh A, ShahidSales S, Zohrabi F, Mohammadi R, Nowroozi MR, Poustchi H, Nasrollahzadeh D, Najafi F, Haghdoost AA, Rahimi-Movaghar A, Etemadi A, Mohagheghi MA, Malekzadeh R, Brennan P, Schüz J, **Boffetta P**, Weiderpass E, Kamangar F, Zendehdel K, Pukkala E. Opium use and risk of bladder cancer: a multi-centre case-referent study in Iran. Int J Epidemiol. 2022;51:830-8. PMID: 35244716; PMCID: PMC9189939.

140. Wang SS, Vajdic CM, Linet MS, Slager SL, Voutsinas J, Nieters A, Casabonne D, Cerhan JR, Cozen W, Alarcón G, Martínez-Maza O, Brown EE, Bracci PM, Turner J, Hjalgrim H, Bhatti P, Zhang Y, Birmann BM, Flowers CR, Paltiel O, Holly EA, Kane E, Weisenburger DD, Maynadié M, Cocco P, Foretova L, Breen EC, Lan Q, Brooks-Wilson A, De Roos AJ, Smith MT, Roman E, **Boffetta P**, Kricker A, Zheng T, Skibola CF, Clavel J, Monnereau A, Chanock SJ, Rothman N, Benavente Y, Hartge P, Smedby KE. B-Cell NHL Subtype Risk Associated with Autoimmune

Conditions and PRS. Cancer Epidemiol Biomarkers Prev. 2022;31:1103-10. PMID: 35244686; PMCID: PMC9081255.

141. Morais S, Costa A, Albuquerque G, Araújo N, Tsugane S, Hidaka A, Hamada GS, Ye W, Plymoth A, Leja M, Gasenko E, Zaridze D, Maximovich D, Malekzadeh R, Derakhshan MH, Pelucchi C, Negri E, Camargo MC, Curado MP, Vioque J, Zhang ZF, La Vecchia C, **Boffetta P**, Lunet N. "True" Helicobacter pylori infection and non-cardia gastric cancer: A pooled analysis within the Stomach Cancer Pooling (StoP) Project. Helicobacter. 2022;27:e12883. PMID: 35235224.

142. Lee S, Jang J, Abe SK, Rahman S, Saito E, Islam R, Gupta PC, Sawada N, Tamakoshi A, Shu XO, Koh WP, Sadakane A, Tsuji I, Kim J, Oze I, Nagata C, You SL, Shin MH, Pednekar MS, Tsugane S, Cai H, Yuan JM, Wen W, Ozasa K, Matsuyama S, Kanemura S, Shin A, Ito H, Wada K, Sugawara Y, Chen CJ, Ahn YO, Chen Y, Ahsan H, **Boffetta P**, Chia KS, Matsuo K, Qiao YL, Rothman N, Zheng W, Inoue M, Kang D, Park SK. Association between body mass index and oesophageal cancer mortality: a pooled analysis of prospective cohort studies with >800000 individuals in the Asia Cohort Consortium. Int J Epidemiol. 2022;51(4):1190-1203. PMID: 35229874.

143. **Boffetta P**, Collatuzzo G. Application of P4 (Predictive, Preventive, Personalized, Participatory) Approach to Occupational Medicine. Med Lav. 2022;113:e2022009. PMID: 35226650; PMCID: PMC8902745.

144. Dalmartello M, Turati F, Zhang ZF, Lunet N, Rota M, Bonzi R, Galeone C, Martimianaki G, Palli D, Ferraroni M, Yu GP, Morais S, Malekzadeh R, López-Carrillo L, Zaridze D, Maximovitch D, Aragonés N, Fernández-Tardón G, Martin V, Vioque J, Garcia de la Hera M, Curado MP, Coimbra FJF, Assumpcao P, Pakseresht, M, Hu J, Hernández-Ramírez RU, Ward MH, Pourfarzi F, Mu L, Tsugane S, Hidaka A, Lagiou P, Lagiou A, Trichopoulou A, Karakatsani A, **Boffetta P**, Camargo MC, Negri E, La Vecchia C, Pelucchi C. Allium vegetables intake and the risk of gastric cancer in the Stomach cancer Pooling (StoP) Project. Br J Cancer. 2022;126:1755-1764. PMID: 35210588.

145. Caraballo-Arias Y, Caffaro P, **Boffetta P**, Violante FS. Quantitative Assessment of Asbestos Fibers in Normal and Pathological Pleural Tissue-A Scoping Review. Life (Basel). 2022;12:296. PMID: 35207583.

146. Di Felice G, Visci G, Teglia F, Angelini M, **Boffetta P**. Effect of cancer on outcome of COVID-19 patients: a systematic review and meta-analysis of studies of unvaccinated patients. Elife. 202211:e74634. PMID: 35171096.

147. **Boffetta P**, Goldfarb DG, Zeig-Owens R, Kristjansson D, Li J, Brackbill RM, Farfel MR, Cone JE, Yung J, Kahn AR, Qiao B, Schymura MJ, Webber MP, Prezant DJ, Dasaro CR, Todd AC, Hall CB. Temporal Aspects of the Association between Exposure to the World Trade Center Disaster and Risk of Cutaneous Melanoma. JID Innov. 2021;2:100063. PMID: 35146479; PMCID: PMC8801528.

148. Dalmartello M, La Vecchia C, Bertuccio P, **Boffetta P**, Levi F, Negri E, Malvezzi M. European cancer mortality predictions for the year 2022 with focus on ovarian cancer. Ann Oncol. 2022;33:330-339. PMID: 35090748.

149. Reyes D, Ganesan N, **Boffetta P**, Labgaa I. Arsenic-contaminated drinking water and cholangiocarcinoma. Eur J Cancer Prev. 2023;32(1):10-17. PMID: 35044987.

150. Visci G, Rizzello E, Zunarelli C, Violante FS, **Boffetta P**. Relationship between exposure to ionizing radiation and mesothelioma risk: A systematic review of the scientific literature and meta-analysis. Cancer Med. 2022;11:778-789. PMID: 35029060; PMCID: PMC8817084.

151. Collatuzzo G, Fiorini G, Vaira B, Violante FS, Farioli A, **Boffetta P**. The role of the occupational physician in controlling gastric cancer attributable to Helicobacter pylori infection: A review. Prev Med Rep. 2021;24:101527. PMID: 34976604; PMCID: PMC8683938.

152. Visci G, Zunarelli C, Violante F, **Boffetta P**. One year of SARS-CoV-2 pandemic: comparison of infection between health care workers and general population before and after vaccination. Med Lav. 2021;112:436-43. PMID: 34939619.

153. Shin A, Cho S, Jang D, Abe SK, Saito E, Rahman MS, Islam MR, Sawada N, Shu XO, Koh WP, Sadakane A, Tsuji I, Sugawara Y, Ito H, Nagata C, Park SK, Yuan JM, Kim J, Tsugane S, Cai H, Wen W, Ozasa K, Matsuyama S, Kanemura S, Oze I, Wada K, Wang R, Yoo KY, Potter J, Ahsan H, **Boffetta P**, Chia KS, Qiao YL, Matsuo K, Rothman N, Zheng W, Inoue M, Kang D. Body mass index and thyroid cancer risk – A pooled analysis of half a million men and women in the Asia Cohort Consortium. Thyroid 2021;32:306-314. PMID: 34915752.

154. Fuccio L, Collatuzzo G, Frazzoni L, Cadoni S, Anderloni A, Laterza L, Rogai F, Sambati V, Trovato C, Conti CB, Binda C, Vitale G, Montale A, Soriani P, Musso A, Mussetto A, La Marca M, Gallittu P, Marinelli F, Mura D, Fabbri C, Manno M, Zagari RM, Radaelli F, Hassan C, Repici A, Itzkowitz S, Farioli A, **Boffetta P**. Impact of colonoscopy on working productivity: a prospective multicenter observational study. Gastrointest Endosc. 2022;95:550-61. PMID: 34896099.

155. Collatuzzo G, Melloni R, Zanotti C, de Simone G, Pilastro D, Lodi V, **Boffetta P**. Comparing the Attitude toward the COVID-19 and the 2020/21 and 2019/20 Flu Vaccination Campaigns among Italian Healthcare Workers. Vaccines. 2021;9:1312. PMID: 34835242; PMCID: PMC8618503.

156. Vilardi V, **Boffetta P**. Diesel exhaust exposure and risk of non-Hodgkin lymphoma: a meta-analysis. Eur J Cancer Prev. 2022;31(5):467-472. PMID: 34750336.

157. Visci G, Zunarelli C, Violante F, **Boffetta P**. Application of SARS-CoV-2 Antigenic Test in asymptomatic workers: sensitivity and specificity of the test. Med Lav. 2021;112:340-5. PMID: 34726662; PMCID: PMC8600576.

158. Moore A, Machiela MJ, Machado M, Wang SS, Kane E, Slager SL, Zhou W, Carrington M, Lan Q, Milne RL, Birmann BM, Adami HO, Albanes D, Arslan AA, Becker N, Benavente Y, Bisanzi S, **Boffetta P**, Bracci PM, Brennan P, Brooks-Wilson AR, Canzian F, Caporaso N, Clavel J, Cocco P, Conde L, Cox DG, Cozen W, Curtin K, De Vivo I, de Sanjose S, Foretova L, Gapstur SM, Ghesquières H, Giles GG, Glenn M, Glimelius B, Gao C, Habermann TM, Hjalgrim H, Jackson RD, Liebow M, Link BK, Maynadie M, McKay J, Melbye M, Miligi L, Molina TJ, Monnereau A, Nieters A, North KE, Offit K, Patel AV, Piro S, Ravichandran V, Riboli E, Salles G, Severson RK, Skibola CF, Smedby KE, Southey MC, Spinelli JJ, Staines A, Stewart C, Teras LR, Tinker LF, Travis RC, Vajdic CM, Vermeulen RCH, Vijai J, Weiderpass E, Weinstein S, Doo NW, Zhang Y, Zheng T, Chanock SJ, Rothman N, Cerhan JR, Dean M, Camp NJ, Yeager M, Berndt SI. Genome-wide homozygosity and risk of four non-Hodgkin lymphoma subtypes. J Transl Genom.2021;5:200-17. PMID: 34622145; PMCID: PMC8494431.

159. Martimianaki G, Bertuccio P, Alicandro G, Pelucchi C, Bravi F, Carioli G, Bonzi R, Rabkin CS, Liao LM, Sinha R, Johnson K, Hu J, Palli D, Ferraroni M, Lunet N, Morais S, Tsugane S, Hidaka A, Hamada GS, López-Carrillo L, Hernández-Ramírez RU, Zaridze D, Maximovitch D, Aragonés N, Martin V, Ward MH, Vioque J, Garcia de la Hera M, Zhang ZF, Kurtz RC, Lagiou P, Lagiou A, Trichopoulou A, Karakatsani A, Malekzadeh R, Camargo MC, Curado MP, Boccia S, **Boffetta P**, Negri E, La Vecchia C. Coffee consumption and gastric cancer: a pooled analysis from the Stomach cancer Pooling Project consortium. Eur J Cancer Prev. 2022;31:117-27. PMID: 34545022.

160. Rizzello E, Denti Pompiani I, Violante F, **Boffetta P**. Interaction between occupational exposure to diesel exhaust and tobacco smoking in determining lung cancer risk: a meta-analysis. Eur J Cancer Prev. 2022;31: 1-6. PMID: 34545021.

161. Giraldi L, Collatuzzo G, Hashim D, Franceschi S, Herrero R, Chen C, Schwartz SM, Smith E, Kelsey K, McClean M, Gillison M, Boccia S, Hashibe M, Amy Lee YC, **Boffetta P**. Infection with Human Papilloma Virus (HPV) and risk of subsites within the oral cancer. Cancer Epidemiol. 2021;75:102020. PMID: 34509873.

162. Goldfarb DG, Zeig-Owens R, Kristjansson D, Li J, Brackbill RM, Farfel MR, Cone JE, Yung J, Kahn AR, Qiao B, Schymura MJ, Webber MP, Dasaro CR, Shapiro M, Todd AC, Prezant DJ, **Boffetta P**, Hall CB. Temporal association of prostate cancer incidence with World Trade Center

rescue/recovery work. Occup Environ Med. 2021;78:699-706. PMID: 34507966; PMCID: PMC8458078.

163. Li J, Yung J, Qiao B, Takemoto E, Goldfarb DG, Zeig-Owens R, Cone JE, Brackbill RM, Farfel MR, Kahn AR, Schymura MJ, Shapiro MZ, Dasaro CR, Todd AC, Kristjansson D, Prezant DJ, **Boffetta P**, Hall CB. Cancer Incidence in World Trade Center Rescue and Recovery Workers: 14 Years of Follow-Up. J Natl Cancer Inst. 2021;djab165. PMID: 34498043.

164. Svensson T, Saito E, Svensson AK, Melander O, Orho-Melander M, Mimura M, Rahman S, Sawada N, Koh WP, Shu XO, Tsuji I, Kanemura S, Park SK, Nagata C, Tsugane S, Cai H, Yuan JM, Matsuyama S, Sugawara Y, Wada K, Yoo KY, Chia KS, **Boffetta P**, Ahsan H, Zheng W, Kang D, Potter JD, Inoue M. Association of Sleep Duration With All- and Major-Cause Mortality Among Adults in Japan, China, Singapore, and Korea. JAMA Netw Open. 2021;4:e2122837. PMID: 34477853; PMCID: PMC8417759.

165. Shin S, Lee JE, Loftfield E, Shu XO, Abe SK, Rahman MS, Saito E, Islam MR, Tsugane S, Sawada N, Tsuji I, Kanemura S, Sugawara Y, Tomata Y, Sadakane A, Ozasa K, Oze I, Ito H, Shin MH, Ahn YO, Park SK, Shin A, Xiang YB, Cai H, Koh WP, Yuan JM, Yoo KY, Chia KS, **Boffetta P**, Ahsan H, Zheng W, Inoue M, Kang D, Potter JD, Matsuo K, Qiao YL, Rothman N, Sinha R. Coffee and tea consumption and mortality from all causes, cardiovascular disease and cancer: a pooled analysis of prospective studies from the Asia Cohort Consortium. Int J Epidemiol. 2021;dyab161. PMID: 34468722.

166. Godono A, Clari M, Franco N, Ciocan C, Mansour I, Zunarelli C, Pira E, **Boffetta P**. The association between occupational asbestos exposure with the risk of incidence and mortality from prostate cancer: a systematic review and meta-analysis. Prostate Cancer Prostatic Dis. 2022;25(4):604-614. PMID: 34413482.

167. Hejazi E, Emamat H, Sharafkhah M, Saidpour A, Poustchi H, Sepanlou SG, Sotoudeh M, Dawsey SM, **Boffetta P**, Abnet CC, Kamangar F, Etemadi A, Pourshams A, Fazeltabar-Malekshah A, Brennan P, Malekzadeh R, Hekmatdoost A. Dietary Acid Load and Mortality from All Causes, Cardiovascular Disease, and Cancer: results from the Golestan Cohort Study. Br J Nutr. 2022;128(2):237-243. PMID: 34392847.

168. Ciocan C, Pira E, Coggiola M, Franco N, Godono A, La Vecchia C, Negri E, **Boffetta P**. Mortality in the cohort of talc miners and millers from Val Chisone, Northern Italy: 74 years of follow-up. Environ Res. 2022;203:111865. PMID: 34390717.

169. Wang Q, Ru M, Zhang Y, Kurbanova T, **Boffetta P**. Dietary phytoestrogen intake and lung cancer risk: an analysis of the Prostate, Lung, Colorectal, and Ovarian (PLCO) cancer screening trial. Carcinogenesis. 2021;42:1250-9. PMID: 34370838.

170. Luu HN, Tran MT, Nguyen MV, Tuong TT, Tran QH, Le LC, Pham HT, Ha HT, Shrubsole MJ, Cai Q, Ye F, **Boffetta P**, Shu XO, Tran CT. Association Between Body Mass Index and Colorectal Adenomas: Findings from a Case-Control Study in Vietnam. Int J Cancer. 2021;149:1898-909. PMID: 34346504.

171. Rostron BL, Wang J, Etemadi A, Thakur S, Chang JT, Bhandari D, Botelho JC, De Jesús VR, Feng J, Gail MH, Inoue-Choi M, Malekzadeh R, Pourshams A, Poustchi H, Roshandel G, Shiels MS, Wang Q, Wang Y, Xia B, **Boffetta P**, Brennan P, Abnet CC, Calafat AM, Wang L, Blount BC, Freedman ND, Chang CM. Associations between Biomarkers of Exposure and Lung Cancer Risk among Exclusive Cigarette Smokers in the Golestan Cohort Study. Int J Environ Res Public Health. 2021;18:7349. PMID: 34299799; PMCID: PMC8306295.

172. Goldfarb DG, Zeig-Owens R, Kristjansson D, Li J, Brackbill RM, Farfel MR, Cone JE, Kahn AR, Qiao B, Schymura MJ, Webber MP, Dasaro CR, Lucchini RG, Todd AC, Prezant DJ, Hall CB, **Boffetta P**. Cancer survival among World Trade Center rescue and recovery workers: A collaborative cohort study. Am J Ind Med. 2021;64(10):815-826. PMID: 34288025.

173. Hernandez-Meza G, Violi NV, Said D, Novogrodsky E, Villavisanis D, Maron SZ, Frere J, Schiano TD, Friedman S, **Boffetta P**, Branch A, Taouli B. MRI is the most commonly used imaging modality for HCC screening at a tertiary care transplant center. Abdom Radiol (NY). 2021;46:5142-51. PMID: 34283266.

174. Goldfarb DG, Colbeth HL, Skerker M, Webber MP, Prezant DJ, Dasaro CR, Todd AC,

Kristjansson D, Li J, Brackbill RM, Farfel MR, Cone JE, Yung J, Kahn AR, Qiao B, Schymura MJ, **Boffetta P**, Hall CB, Zeig-Owens R. Impact of healthcare services on thyroid cancer incidence among World Trade Center-exposed rescue and recovery workers. Am J Ind Med. 2021;64:815-26. PMID: 34275137.

175. Carioli G, Bertuccio P, Malvezzi M, **Boffetta P**, Levi F, Negri E, La Vecchia C. Cancer mortality predictions for 2021 in Latin America. Eur J Cancer Prev. 2022;31(3):217-227. PMID: 34267112.

176. Zunarelli C, Godono A, Visci G, Violante FS, **Boffetta P**. Occupational exposure to asbestos and risk of kidney cancer: an updated meta-analysis. Eur J Epidemiol. 2021;36:927-36. PMID: 34195879.

177. Dabo B, Pelucchi C, Rota M, Jain H, Bertuccio P, Bonzi R, Palli D, Ferraroni M, Zhang ZF, Sanchez-Anguiano A, Thi-Hai Pham Y, Thi-Du Tran C, Gia Pham A, Yu GP, Nguyen TC, Muscat J, Tsugane S, Hidaka A, Hamada GS, Zaridze D, Maximovitch D, Kogevinas M, Fernàndez de Larrea N, Boccia S, Pastorino R, Kurtz RC, Lagiou A, Lagiou P, Vioque J, Camargo MC, Paula Curado M, Lunet N, **Boffetta P**, Negri E, La Vecchia C, Luu HN. The association between diabetes and gastric cancer: results from the Stomach Cancer Pooling Project Consortium. Eur J Cancer Prev. 2022;31(3):260-269. PMID: 34183534.

178. **Boffetta P**, Ciocan C, Zunarelli C, Pira E. Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis. Med Lav. 2021;112:194-9. PMID: 34142676; PMCID: PMC8223940.

179. Malvezzi M, Santucci C, Alicandro G, Carioli G, **Boffetta P**, Ribeiro KB, Levi F, La Vecchia C, Negri E, Bertuccio P. Childhood cancer mortality trends in the Americas and Australasia: An update to 2017. Cancer. 2021;127:3445-56. PMID: 34043810.

180. Pinyol R, Torrecilla S, Wang H, Montironi C, Piqué-Gili M, Torres-Martin M, Wei-Qiang L, Willoughby CE, Ramadori P, Andreu-Oller C, Taik P, Lee YA, Moeini A, Peix J, Faure-Dupuy S, Riedl T, Schuehle S, Oliveira CP, Alves VA, **Boffetta P**, Lachenmayer A, Roessler S, Minguez B, Schirmacher P, Dufour JF, Thung SN, Reeves HL, Carrilho FJ, Chang C, Uzilov AV, Heikenwalder M, Sanyal A, Friedman SL, Sia D, Llovet JM. Molecular characterisation of hepatocellular carcinoma in patients with non-alcoholic steatohepatitis. J Hepatol. 202113:S0168-8278(21)00326-3. PMID: 33992698. Erratum in: J Hepatol. 2021;75:1515.

181. Collatuzzo G, Pelucchi C, Negri E, López-Carrillo L, Tsugane S, Hidaka A, Shigueaki Hamada G, Hernández-Ramírez RU, López-Cervantes M, Malekzadeh R, Pourfarzi F, Mu L, Zhang ZF, Lunet N, La Vecchia C, **Boffetta P**. Exploring the interactions between Helicobacter pylori (Hp) infection and other risk factors of gastric cancer: A pooled analysis in the Stomach cancer Pooling (StoP) Project. Int J Cancer. 2021;149:1228-38. PMID: 33990950.

182. Hovanec J, Siemiatycki J, Conway DI, Olsson A, Guenel P, Luce D, Jöckel KH, Pohlabeln H, Ahrens W, Karrasch S, Wichmann HE, Gustavsson P, Consonni D, Merletti F, Richiardi L, Lorenzo S, Fortes C, Parent MÉ, McLaughlin JR, Demers P, Landi MT, Caporaso N, Fernández-Tardón G, Zaridze D, Świątkowska B, Pándics T, Lissowska J, Fabianova E, Field JK, Mates D, Bencko V, Foretova L, Janout V, Kromhout H, Vermeulen R, **Boffetta P**, Straif K, Schüz J, Casjens S, Pesch B, Brüning T, Behrens T. Application of two job indices for general occupational demands in a pooled analysis of case-control studies on lung cancer. Scand J Work Environ Health. 2021;47:475-81. PMID: 33942106.

183. Novelli M, Baldi Antognini A, **Boffetta P**, Ioannidis JP, Spatari G, Violante FS. Reporting only relative effect measures was potentially misleading: some good practices for improving the soundness of epidemiological results. J Clin Epidemiol. 2021;137:195-9. PMID: 33894329.

184. Hadji M, Rashidian H, Marzban M, Gholipour M, Naghibzadeh-Tahami A, Mohebbi E, Ebrahimi E, Hosseini B, Haghdoost AA, Rezaianzadeh A, Rahimi-Movaghar A, Moradi A, Seyyedsalehi MS, Shirkoohi R, Poustchi H, Eghtesad S, Najafi F, Safari-Faramani R, Alizadeh-Navaei R, Ansari Moghadam AR, Bakhshi M, Nejatizadeh A, Mahmudi M, Shahid-Sales S, Ahmadi-Simab S, Nabavian O, **Boffetta P**, Pukkala E, Weiderpass E, Kamangar F, Zendehdel K. The Iranian Study of Opium and Cancer (IROPICAN): Rationale, Design, and Initial Findings. Arch Iran Med. 2021;24:167-76. PMID: 33878874.

185. Amadou A, Freisling H, Jenab M, Tsilidis KK, Trichopoulou A, **Boffetta P**, Van Guelpen B,

30

Mokoroa O, Wilsgaard T, Kee F, Schöttker B, Ordóñez-Mena JM, Männistö S, Söderberg S, Vermeulen RCH, Quirós JR, Liao LM, Sinha R, Kuulasmaa K, Brenner H, Romieu I. Prevalent diabetes and risk of total, colorectal, prostate and breast cancers in an ageing population: meta-analysis of individual participant data from cohorts of the CHANCES consortium. Br J Cancer. 2021;124:1882-90. PMID: 33772152; PMCID: PMC8144608.

186. Hashemian M, Merat S, Poustchi H, Jafari E, Radmard AR, Kamangar F, Freedman N, Hekmatdoost A, Sheikh M, **Boffetta P**, Sinha R, Dawsey SM, Abnet CC, Malekzadeh R, Etemadi A. Red Meat Consumption and Risk of Nonalcoholic Fatty Liver Disease in a Population With Low Meat Consumption: The Golestan Cohort Study. Am J Gastroenterol. 2021;116:1667-75. PMID: 33767101.

187. Yano Y, Abnet CC, Poustchi H, Roshandel G, Pourshams A, Islami F, Khoshnia M, Amiriani T, Norouzi A, Kamangar F, **Boffetta P**, Brennan P, Dawsey SM, Vogtmann E, Malekzadeh R, Etemadi A. Oral health and risk of upper gastrointestinal cancers in a large prospective study from a high-risk region: Golestan Cohort Study. Cancer Prev Res 2021;14:709-18. PMID: 33731409.

188. **Boffetta P**, Violante F, Durando P, De Palma G, Pira E, Vimercati L, Cristaudo A, Icardi G, Sala E, Coggiola M, Tafuri S, Gattini V, Apostoli P, Spatari G; Working Group on SARS-CoV-2 Infection in Italian Healthcare Workers. Determinants of SARS-CoV-2 infection in Italian healthcare workers: a multicenter study. Sci Rep 2021;11:5788. PMID: 33707646; PMCID: PMC7970984.

189. Wang Q, Hashemian M, Sepanlou SG, Sharafkhah M, Poustchi H, Khoshnia M, Gharavi A, Pourshams A, Malekshah AF, Kamangar F, Etemadi A, Abnet CC, Dawsey SM, Malekzadeh R, **Boffetta P**. Dietary quality using four dietary indices and lung cancer risk: the Golestan Cohort Study (GCS). Cancer Causes Control 2021;32:493-503. PMID: 33611724.

190. Conway DI, Hovanec J, Ahrens W, Ross A, Holcatova I, Lagiou P, Serraino D, Canova C, Richiardi L, Healy C, Kjaerheim K, Macfarlane GJ, Thomson P, Agudo A, Znaor A, Brennan P, Luce D, Menvielle G, Stucker I, Benhamou S, Ramroth H, **Boffetta P**, Vilensky M, Fernandez L, Curado MP, Menezes A, Daudt A, Koifman R, Wunsch-Filho V, Yuan-Chin AL, Hashibe M, Behrens T, McMahon AD. Occupational socioeconomic risk associations for head and neck cancer in Europe and South America: individual participant data analysis of pooled case-control studies within the INHANCE Consortium. J Epidemiol Community Health 2021;75:779-87. PMID: 33622804.

191. Nalini M, Shakeri R, Poustchi H, Pourshams A, Etemadi A, Islami F, Khoshnia M, Gharavi A, Roshandel G, Khademi H, Zahedi M, Abedi-Ardakani B, Vedanthan R, **Boffetta P**, Dawsey SM, Pharaoh PD, Sotoudeh M, Abnet CC, Day NE, Brennan P, Kamangar F, Malekzadeh R. Long-term opiate use and risk of cardiovascular mortality: results from the Golestan Cohort Study. Eur J Prev Cardiol. 2021;28:98-106. PMID: 33624066.

192. Carioli G, Malvezzi M, Bertuccio P, **Boffetta P**, Levi F, La Vecchia C, Negri E. European cancer mortality predictions for the year 2021 with focus on pancreatic and female lung cancer. Ann Oncol 2021;32:478-487. PMID: 33626377.

193. **Boffetta P**, Zunarelli C, Borron C. Dose-Response Analysis of Exposure to Arsenic in Drinking Water and Risk of Skin Lesions: A Systematic Review of the Literature. Dose Response 2020;18:1559325820957823. PMID: 33633510; PMCID: PMC7887677.

194. Ciocan C, Franco N, Pira E, Mansour I, Godono A, **Boffetta P**. Methodological issues in descriptive environmental epidemiology. The example of study Sentieri. Med Lav 2021112:15-33. PMID: 33635292.

195. Mundt KA, Dell LD, **Boffetta P**, Beckett EM, Lynch HN, Desai VJ, Lin CK, Thompson WJ. The importance of evaluating specific myeloid malignancies in epidemiological studies of environmental carcinogens. BMC Cancer 2021;21:227. PMID: 33676443; PMCID: PMC7936449.

196. Di Maso M, **Boffetta P**, Negri E, La Vecchia C, Bravi F. Caffeinated Coffee Consumption and Health Outcomes in the US Population: A Dose-Response Meta-Analysis and Estimation of Disease Cases and Deaths Avoided. Adv Nutr. 2021 Feb 11. PMID: 33570108.

197. Brackbill RM, Kahn AR, Li J, Zeig-Owens R, Goldfarb DG, Skerker M, Farfel MR, Cone JE, Yung J, Walker DJ, Solomon A, Qiao B, Schymura MJ, Dasaro CR, Kristjansson D, Webber MP,

31

Luccini RG, Todd AC, Prezant DJ, **Boffetta P**, Hall CB. Combining Three Cohorts of World Trade Center Rescue/Recovery Workers for Assessing Cancer Incidence and Mortality. Int J Environ Res Public Health 2021;18:1386. PMID: 33546187; PMCID: PMC7913216.

198. Pizzato M, Carioli G, Bertuccio P, Malvezzi M, Levi F, **Boffetta P**, Negri E, La Vecchia C. Trends in male breast cancer mortality: a global overview. Eur J Cancer Prev 2021;30:472-9. PMID: 33470692.

199. Yang A, Zylberberg HM, Rustgi SD, Amin SP, Bar-Mashiah A, **Boffetta P**, Lucas AL. Beta-blockers have no impact on survival in pancreatic ductal adenocarcinoma prior to cancer diagnosis. Sci Rep 2021;11:1038. PMID: 33441781; PMCID: PMC7807087.

200. Santucci C, **Boffetta P**, Levi F, La Vecchia C, Negri E, Malvezzi M. Colorectal Cancer Mortality in Young Adults Is Rising in the United States, Canada, United Kingdom, and Australia but Not in Europe and Asia. Gastroenterology 2021;160:1860-2. PMID: 33417934.

201. Pizzato M, Carioli G, Bertuccio P, Malvezzi M, Levi F, **Boffetta P**, Negri E, La Vecchia C. Cancer mortality and predictions for 2020 in selected Australasian countries, Russia and Ukraine. Eur J Cancer Prev 2021;30:1-14. PMID: 33273205.

202. Ciabattini M, Rizzello E, Lucaroni F, Palombi L, **Boffetta P**. Systematic review and meta-analysis of recent high-quality studies on exposure to particulate matter and risk of lung cancer. Environ Res 2021;196:110440. PMID: 33181136.

203. Guha N, Bouaoun L, Kromhout H, Vermeulen R, Brüning T, Behrens T, Peters S, Luzon V, Siemiatycki J, Xu M, Kendzia B, Guenel P, Luce D, Karrasch S, Wichmann HE, Consonni D, Landi MT, Caporaso NE, Gustavsson P, Plato N, Merletti F, Mirabelli D, Richiardi L, Jöckel KH, Ahrens W, Pohlabeln H, Tse LA, Yu IT, Tardón A, **Boffetta P**, Zaridze D, 't Mannetje A, Pearce N, Davies MPA, Lissowska J, Świątkowska B, McLaughlin J, Demers PA, Bencko V, Foretova L, Janout V, Pándics T, Fabianova E, Mates D, Forastiere F, Bueno-de-Mesquita B, Schüz J, Straif K, Olsson A. Lung cancer risk in painters: results from the SYNERGY pooled case-control study consortium. Occup Environ Med 2021;78:269-278. PMID: 33115922.

204. Vitelli-Storelli F, Rossi M, Pelucchi C, Rota M, Palli D, Ferraroni M, Lunet N, Morais S, López-Carrillo L, Zaridze DG, Maximovich D, Rubín García M, Castaño-Vinyals G, Aragonés N, Garcia de la Hera M, Hernández-Ramírez RU, Negri E, Bonzi R, Ward MH, Lagiou A, Lagiou P, López-Cervantes M, **Boffetta P**, Camargo MC, Curado MP, Zhang ZF, Vioque J, La Vecchia C, Martín Sánchez V. Polyphenol Intake and Gastric Cancer Risk: Findings from the Stomach Cancer Pooling Project (StoP). Cancers 2020;12:3064. PMID: 33092262; PMCID: PMC7588964.

205. Prueitt RL, Li W, Chang YC, **Boffetta P**, Goodman JE. Systematic review of the potential respiratory carcinogenicity of metallic nickel in humans. Crit Rev Toxicol 2020;50:605-639. PMID: 33021439.

206. Hejazi J, Ghanavati M, Hejazi E, Poustchi H, Sepanlou SG, Khoshnia M, Gharavi A, Sohrabpour AA, Sotoudeh M, Dawsey SM, **Boffetta P**, Abnet CC, Kamangar F, Etemadi A, Pourshams A, FazeltabarMalekshah A, Brennan P, Malekzadeh R, Hekmatdoost A. Habitual dietary intake of flavonoids and all-cause and cause-specific mortality: Golestan cohort study. Nutr J. 2020;19:108. PMID: 32988395; PMCID: PMC7523365.

207. **Boffetta P**, Memeo L, Giuffrida D, Ferrante M, Sciacca S. Exposure to emissions from Mount Etna (Sicily, Italy) and incidence of thyroid cancer: a geographic analysis. Sci Rep 2020;10:21298. PMID: 33277509; PMCID:PMC7718918.

208. Pham YTH, Utuama O, Thomas CE, Park JA, La Vecchia C, Risch HA, Tran CT, Le TV,**Boffetta P**, Raskin L, Luu HN. High mobility group A protein-2 as a tumor cancer diagnostic and prognostic marker: a systematic review and meta-analysis. Eur J Cancer Prev 2020;29:565-81. PMID:32898013

209. Mohebbi E, Hadji M, Rashidian H, Rezaianzadeh A, Marzban M, Haghdoost AA, Tahami AN, Moradi A, Gholipour M, Najafi F, Safari-Faramani R, Alizadeh-Navaei R, Ansari-Moghaddam A, Bakhshi M, Nejatizadeh A, Mahmoudi M, Shahidsales S, Ahmadi-Simab S, Mianroodi AAA, Seyyedsalehi MS, Hosseini B, Peyghambari V , Shirkhoda M, Shirkoohi R, Ebrahimi E, Manifar S, Mohagheghi MA, Rozek L, Brennan P , Poustchi H, Etemadi A, Pukkala E, Schüz J, Malekzadeh R,Weiderpass E, Rahimi-Movaghar A, **Boffetta P**, Kamanagar F, Zendehdel K.

Opium Use and the Risk of Head and Neck Squamous Cell Carcinoma. Int J Cancer 2021;148:1066-76. PMID: 32895947.

210. Hashim D, Carioli G, Malvezzi M, Bertuccio P, Waxman S, Negri E, Vecchia C, **Boffetta P**. Cancer mortality in the oldest old: a global overview. Aging 2020;12:16744-16758. PMID: 32882684.

211. Rosato V, Negri E, Bosetti C, Malats N, Gomez-Rubio P, Consortium P, Maisonneuve P, Miller AB, Bueno-de-Mesquita HB, Baghurst PA, Zatonski W, Petersen GM, Scelo G, Holcatova I, Fabianova E, Serraino D, Olson SH, Vioque J, Lagiou P, Duell EJ, Boffetta P, La Vecchia C. Gallbladder disease, cholecystectomy, and pancreatic cancer risk in the International Pancreatic Cancer Case-Control Consortium (PanC4). Eur J Cancer Prev 2020;29:408-15. PMID: 32740166.

212. Santucci C, Carioli G, Bertuccio P, Malvezzi M, Pastorino U, **Boffetta P**, Negri E, Bosetti C, La Vecchia C. Progress in cancer mortality, incidence, and survival: a global overview. Eur J Cancer Prev 2020;29:367-81. PMID: 32740162.

213. Di Credico G, Polesel J, Dal Maso L, Pauli F, Torelli N, Luce D, Radoï L, Matsuo K, Serraino D, Brennan P, Holcatova I, Ahrens W, Lagiou P, Canova C, Richiardi L, Healy CM, Kjaerheim K, Conway DI, Macfarlane GJ, Thomson P, Agudo A, Znaor A, Franceschi S, Herrero R, Toporcov TN, Moyses RA, Muscat J, Negri E, Vilensky M, Fernandez L, Curado MP, Menezes A, Daudt AW, Koifman R, Wunsch-Filho V, Olshan AF, Zevallos JP, Sturgis EM, Li G, Levi F, Zhang ZF, Morgenstern H, Smith E, Lazarus P, La Vecchia C, Garavello W, Chen C, Schwartz SM, Zheng T, Vaughan TL, Kelsey K, McClean M, Benhamou S, Hayes RB, Purdue MP, Gillison M, Schantz S, Yu GP, Chuang SC, **Boffetta P**, Hashibe M, Yuan-Chin AL, Edefonti V. Alcohol drinking and head and neck cancer risk: the joint effect of intensity and duration. Br J Cancer 2020;123:1456-1463. PMID: 32830199.

214. Nalini M, Khoshnia M, Kamangar F, Sharafkhah A, Poustchi H, Pourshams A, Roshandel G, Gharavi S, Zahedi M, Norouzi A, Sotoudeh M, Nikmanesh A, Brennan P, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R, Etemadi A. Joint effect of diabetes and opiate use on all-cause and cause-specific mortality: the Golestan cohort study. Int J Epidemiol 2020;50:314-324. PMID: 32810213. Corrigendum in: Int J Epidemiol. 2021;50:353. PMID: 33367601; PMCID: PMC7953952.

215. Carioli G, Bertuccio P, Levi F, **Boffetta P**, Negri E, Vecchia C, Malvezzi M. Cohort Analysis of Epithelial Cancer Mortality Male-to-Female Sex Ratios in the European Union, USA, and Japan. Int J Environ Res Public Health 2020 Jul;17:5311. PMID: 32718003; PMCID: PMC7432705.

216. Sarebanhassanabadi M, Shahriari Kalantari M, **Boffetta P**, Beiki O, Pakseresht M, Sarrafzadegan N, Mirzaei M, Kraemer A, Seyedhosseini S, Mali S, Namayandeh SM, Razavi SK, Alipour MR, Emami M, Ahmad Abad MS, Hosseini HA, Salehi-Abargouei A. Dietary habits and the 10-year risk of overweight and obesity in urban adult population: A cohort study predicated on Yazd Healthy Heart Project. Diabetes Metab Syndr 2020 Jul 17;14:1391-7. PMID: 32755840.

217. Goodman JE, Prueitt RL, **Boffetta P**, Halsall C, Sweetman A. "Good Epidemiology Practice" Guidelines for Pesticide Exposure Assessment. Int J Environ Res Public Health 2020 Jul 15;17:5114. PMID: 32679916; PMCID: PMC7400458.

218. Pasqual E, Turner MC, Gracia-Lavedan E, Casabonne D, Benavente Y, Chef IT, Maynadié M, Cocco P, Staines A, Foretova L, Nieters A, **Boffetta P**, Brennan P, Cardis E, de Sanjose S. Association of ionizing radiation dose from common medical diagnostic procedures and lymphoma risk in the Epilymph case-control study. PLoS One 2020 Jul 10;15:e0235658. PMID: 32649712; PMCID: PMC7351167. Corrigendum in: PLoS One 2020;15:e0243396. PMID: 33259535; PMCID: PMC7707534.

219. Bertuccio P, Alicandro G, Malvezzi M, Carioli G, **Boffetta P**, Levi F, La Vecchia C, Negri E. Childhood cancer mortality trends in Europe, 1990-2017, with focus on geographic differences. Cancer Epidemiol 2020 Aug;67:101768. PMID: 32593162.

220. Bravi F, Lee YA, Hashibe M, **Boffetta P**, Conway DI, Ferraroni M, La Vecchia C, Edefonti V; INHANCE Consortium investigators. Lessons learned from the INHANCE consortium: An overview of recent results on head and neck cancer. Oral Dis 2021;27:73-93. PMID: 32569410.

221. Yang JJ, Yu D, Shu XO, Freedman ND, Wen W, Rahman S, Abe SK, Saito E, Gupta PC, He J,

Tsugane S, Gao YT, Xiang YB, Yuan JM, Tomata Y, Tsuji I, Sugawara Y, Matsuo K, Ahn YO, Park SK, Chen Y, Pan WH, Pednekar M, Gu D, Sawada N, Cai H, Li HL, Koh WP, Wang R, Zhang S, Kanemura S, Ito H, Shin MH, Wu PE, Yoo KY, Ahsan H, Chia KS, **Boffetta P**, Inoue M, Kang D, Potter JD, Zheng W. Quantifying the association of low-intensity and late initiation of tobacco smoking with total and cause-specific mortality in Asia. Tob Control 2021;30:328-35. PMID: 32546664.

222. Ferro A, Costa AR, Morais S, Bertuccio P, Rota M, Pelucchi C, Hu J, Johnson KC, Zhang ZF, Palli D, Ferraroni M, Yu GP, Bonzi R, Peleteiro B, López-Carrillo L, Tsugane S, Hamada GS, Hidaka A, Malekzadeh R, Zaridze D, Maximovich D, Vioque J, Navarrete-Muñoz EM, Alguacil J, Castaño-Vinyals G, Wolk A, Håkansson N, Hernández-Ramírez RU, Pakseresht M, Ward MH, Pourfarzi F, Mu L, López-Cervantes M, Persiani R, Kurtz RC, Lagiou A, Lagiou P, **Boffetta P**, Boccia S, Negri E, Camargo MC, Curado MP, La Vecchia C, Lunet N. Fruits and vegetables intake and gastric cancer risk: A pooled analysis within the Stomach cancer Pooling Project. Int J Cancer 2020;147:3090-3101. PMID: 32525569.

223. Sheikh M, Poustchi H, Pourshams A, Khoshnia M, Gharavi A, Zahedi M, Roshandel G, Sepanlou SG, Fazel A, Hashemian M, Abaei B, Sotoudeh M, Nikmanesh A, Merat S, Etemadi A, Moghaddam SN, Islami F, Kamangar F, Pharoah PD, Dawsey SM, Abnet CC, **Boffetta P**, Brennan P, Malekzadeh R. Household Fuel Use and the Risk of Gastrointestinal Cancers: The Golestan Cohort Study. Environ Health Perspect 2020;128:67002. PMID: 32609005; PMCID: PMC7299082.

224. Santucci C, Carioli G, Bertuccio P, Malvezzi M, Pastorino U, **Boffetta P**, Negri E, Bosetti C, La Vecchia C. Progress in cancer mortality, incidence, and survival: a global overview. Eur J Cancer Prev 2020;29:367-81. PMID: 32452946.

225. Sheikh M, Shakeri R, Poustchi H, Pourshams A, Etemadi A, Islami F, Khoshnia M, Gharavi A, Roshandel G, Khademi H, Sepanlou SG, Hashemian M, Fazel A, Zahedi M, Abedi-Ardekani B, **Boffetta P**, Dawsey SM, Pharoah PD, Sotoudeh M, Freedman ND, Abnet CC, Day NE, Brennan P, Kamangar F, Malekzadeh R. Opium use and subsequent incidence of cancer: results from the Golestan Cohort Study. Lancet Glob Health 2020;8:e649-e60. PMID: 32353313; PMCID: PMC7196888.

226. Ge C, Peters S, Olsson A, Portengen L, Schüz J, Almansa J, Ahrens W, Bencko V, Benhamou S, **Boffetta P**, Bueno-de-Mesquita B, Caporaso N, Consonni D, Demers P, Fabiánová E, Fernández-Tardón G, Field J, Forastiere F, Foretova L, Guénel P, Gustavsson P, Janout V, Jöckel KH, Karrasch S, Landi MT, Lissowska J, Luce D, Mates D, McLaughlin J, Merletti F, Mirabelli D, Pándics T, Parent MÉ, Plato N, Pohlabeln H, Richiardi L, Siemiatycki J, Świątkowska B, Tardón A, Wichmann HE, Zaridze D, Straif K, Kromhout H, Vermeulen R. Diesel Engine Exhaust Exposure, Smoking, and Lung Cancer Subtype Risks: A Pooled Exposure-response Analysis of 14 Case-control Studies. Am J Respir Crit Care Med 2020;202:402-11. PMID: 32330395.

227. Ge C, Peters S, Olsson A, Portengen L, Schüz J, Almansa J, Behrens T, Pesch B, Kendzia B, Ahrens W, Bencko V, Benhamou S, **Boffetta P**, Bueno-de-Mesquita B, Caporaso N, Consonni D, Demers P, Fabiánová E, Fernández-Tardón G, Field J, Forastiere F, Foretova L, Guénel P, Gustavsson P, Ho V, Janout V, Jöckel KH, Karrasch S, Landi MT, Lissowska J, Luce D, Mates D, McLaughlin J, Merletti F, Mirabelli D, Plato N, Pohlabeln H, Richiardi L, Rudnai P, Siemiatycki J, Świątkowska B, Tardón A, Wichmann HE, Zaridze D, Brüning T, Straif K, Kromhout H, Vermeulen R. Respirable Crystalline Silica Exposure, Smoking, and Lung Cancer Subtype Risks: A Pooled Analysis of Case-control Studies. Am J Respir Crit Care Med 2020;202:412-21. PMID: 32330394.

228. Rosato V, Negri E, Bosetti C, Malats N, Gomez-Rubio P, Consortium P, Maisonneuve P, Miller AB, Bueno-de-Mesquita HB, Baghurst PA, Zatonski W, Petersen GM, Scelo G, Holcatova I, Fabianova E, Serraino D, Olson SH, Vioque J, Lagiou P, Duell EJ, **Boffetta P**, La Vecchia C. Gallbladder disease, cholecystectomy, and pancreatic cancer risk in the International Pancreatic Cancer Case-Control Consortium (PanC4). Eur J Cancer Prev 2020;29:408-15. PMID: 32324646.

229. Carioli G, Bertuccio P, **Boffetta P**, Levi F, La Vecchia C, Negri E, Malvezzi M. European cancer mortality predictions for the year 2020 with a focus on prostate cancer. Ann Oncol 2020;31:650-8.

34

PMID: 32321669.

230. Hassani Zadeh S, **Boffetta P**, Hosseinzadeh M. Dietary patterns and risk of gestational diabetes mellitus: A systematic review and meta-analysis of cohort studies. Clin Nutr ESPEN 2020;36:1-9. PMID: 32220350.

231. Thanh Huong P, Gurshaney S, Thanh Binh N, Gia Pham A, Hoang Nguyen H, Thanh Nguyen X, Pham-The H, Tran PT, Truong Vu K, Xuan Duong N, Pelucchi C, La Vecchia C, **Boffetta P**, Nguyen HD, Luu HN. Emerging Role of Circulating Tumor Cells in Gastric Cancer. Cancers 2020;12:695. PMID: 32183503; PMCID: PMC7140068.

232. Donato F, Pira E, Ciocan C, **Boffetta P**. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav 2020;111:63-73. PMID: 32096774.

233. **Boffetta P**, Farioli A, Rizzello E. Application of epidemiological findings to individuals. Med Lav 2020;111:10-21. PMID: 32096769.

234. Hosen MI, Sheikh M, Zvereva M, Scelo G, Forey N, Durand G, Voegele C, Poustchi H, Khoshnia M, Roshandel G, Sotoudeh M, Nikmanesh A, Etemadi A, Avogbe PH, Chopard P, Delhomme TM, Foll M, Manel A, Vian E, Weiderpass E, Kamangar F, **Boffetta P**, Pharaoh PD, Dawsey SM, Abnet CC, Brennan P, McKay J, Malekzadeh R, Calves-Kelm FL. Urinary TERT promoter mutations are detectable up to 10 years prior to clinical diagnosis of bladder cancer: Evidence from the Golestan Cohort Study. EBioMedicine 2020 Mar;53:102643. PMID: 32081602; PMCID: PMC7118568.

235. Sareban Hassanabadi M, Mirhosseini SJ, Mirzaei M, Namayandeh SM, Beinki O, Gannar F, **Boffetta P**, Pakseresht M, Tabesh M, Ahmadi N, Kazeminasab M, Salehi-Abargouei A. The Most Important Predictors of Metabolic Syndrome Persistence after 10-year Follow-Up: YHHP Study. Int J Prev Med.2020 Feb 27;11:33. Doi:10.4103/ijpvm.IJPVM_215_18. PMID: 32363020;PMCID:PMC7187548.

236. Moore A, Kane E, Wang Z, Panagiotou OA, Teras LR, Monnereau A, Wong Doo N, Machiela MJ, Skibola CF, Slager SL, Salles G, Camp NJ, Bracci PM, Nieters A, Vermeulen RCH, Vijai J, Smedby KE, Zhang Y, Vajdic CM, Cozen W, Spinelli JJ, Hjalgrim H, Giles GG, Link BK, Clavel J, Arslan AA, Purdue MP, Tinker LF, Albanes D, Ferri GM, Habermann TM, Adami HO, Becker N, Benavente Y, Bisanzi S, **Boffetta P**, Brennan P, Brooks-Wilson AR, Canzian F, Conde L, Cox DG, Curtin K, Foretova L, Gapstur SM, Ghesquières H, Glenn M, Glimelius B, Jackson RD, Lan Q, Liebow M, Maynadie M, McKay J, Melbye M, Miligi L, Milne RL, Molina TJ, Morton LM, North KE, Offit K, Padoan M, Patel AV, Piro S, Ravichandran V, Riboli E, de sanjose S, Severson RK, Southey MC, Staines A, Stewart C, Travis RC, Weiderpass E, Weinstein S, Zheng T, Chanock SJ, Chatterjee N, Rothman N, Birmann BM, Cerhan JR, Berndt SI. Genetically Determined Height and Risk of Non-hodgkin Lymphoma. Front Oncol 2020 Jan 28;9:1539. PMID: 32064237; PMCID: PMC6999122.

237. Puigvehì M, Hashim D, Haber PK, Dinani A, Schiano TD, Asgharpour A, Kushner T, Kakked G, Tabrizian P, Schwartz M, Gurakar A, Dieterich D, **Boffetta P**, Friedman SL, Llovet JM, Saberi B.Liver transplant for hepatocellular carcinoma in the United States: Evolving trends over the last three decades. Am J Transplant. 2020(1):220-30. PMID:31437349; PMCID: PMC6940543.

238. Hosgood HD 3rd, Klugman M, Matsuo K, White AJ, Sadakane A, Shu XO, Lopez-Ridaura R, Shin A, Tsuji I, Malekzadeh R, Noisel N, Bhatti P, Yang G, Saito E, Rahman S, Hu W, Bassig B, Downward G, Vermeulen R, Xue X, Rohan T, Abe SK, Broët P, Grant EJ, Dummer TJB, Rothman N, Inoue M, Lajous M, Yoo KY, Ito H, Sandler DP, Ashan H, Zheng W, **Boffetta P**, Lan Q. The establishment of the Household Air Pollution Consortium (HAPCO). Atmosphere 2019;10:10. PMID: 32064123; PMCID: PMC7021252.

239. Nguyen TP, Luu HN, Nguyen MVT, Tran MT, Tuong TTV, Tran CTD, **Boffetta P**. Attributable Causes of Cancer in Vietnam. JCO Glob Oncol 2020;6:195-204. PMID: 32045545.

240. Shah SC, **Boffetta P**, Johnson KC, Hu J, Palli D, Ferraroni M, Tsugane S, Hamada GS, Hidaka A, Zaridze D, Maximovich D, Vioque J, Navarrete-Munoz EM, Zhang ZF, Mu L, Boccia S, Pastorino R, Kurtz RC, Rota M, Bonzi R, Negri E, La Vecchia C, Pelucchi C, Hashim D. Occupational exposures and odds of gastric cancer: a StoP project consortium pooled analysis. Int

J Epidemiol 2020;49:422-434. PubMed PMID: 31965145.

241. Chang CP, La Vecchia C, Serraino D, Olshan AF, Zevallos JP, Morgenstern H, Levi F, Garavello W, Kelsey K, McClean M, Chen C, Schwartz SM, Schantz S, Yu GP, **Boffetta P**, Hashibe M, Lee YA, Parpinel M, Augustin LSA, Turati F, Zhang ZF, Edefonti V. Dietary glycaemic index, glycaemic load and head and neck cancer risk: a pooled analysis in an international consortium. Br J Cancer 2020;122:745-748. PubMed PMID: 31929514.

242. Etemadi A, Poustchi H, Calafat AM, Blount BC, De Jesús VR, Wang L, Poursams A, Shakeri R, Inoue-Choi M, Shiels MS, Roshandel G, Murphy G, Sosnoff CS, Bhandari D, Feng J, Xia B, Wang Y, Meng L, Kamangar F, Brennan P, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R, Freedman ND. Opiate and Tobacco Use and Exposure to Carcinogens and Toxicants in the Golestan Cohort Study. Cancer Epidemiol Biomarkers Prev 2020;29:650-658. PubMed PMID: 31915141.

243. Catalani S, Donato F, Madeo E, Apostoli P, De Palma G, Pira E, Mundt KA, **Boffetta P**. Occupational exposure to formaldehyde and risk of non Hodgkin lymphoma: a meta-analysis. BMC Cancer 2019;19:1245. PubMed PMID: 31870335; PubMed Central PMCID: PMC6929467.

244. Apostoli P, **Boffetta P**, Bovenzi M, Cocco PL, Consonni D, Cristaudo A, Discalzi G, Farioli A, Manno M, Mattioli S, Pira E, Soleo L, Taino G, Violante FS, Zocchetti C. Position Paper on Asbestos of the Italian Society of Occupational Medicine. Med Lav 2019;110:459-485. PubMed PMID: 31846450.

245. Boccia S, Pastorino R, Ricciardi W, Ádány R, Barnhoorn F, **Boffetta P**, Cornel MC, De Vito C, Gray M, Jani A, Lang M, Roldan J, Rosso A, Sánchez JM, Van Dujin CM, Van El CG, Villari P, Zawati MH. How to Integrate Personalized Medicine into Prevention? Recommendations from the Personalized Prevention of Chronic Diseases (PRECeDI) Consortium. Public Health Genomics 2019;22:208-214. PubMed PMID: 31805565.

246. Lee YA, Al-Temimi M, Ying J, Muscat J, Olshan AF, Zevallos JP, Winn DM, Li G, Sturgis EM, Morgenstern H, Zhang ZF, Smith E, Kelsey K, McClean M, Vaughan TL, Lazarus P, Chen C, Schwartz SM, Gillison M, Schantz S, Yu GP, D'Souza G, Gross N, Monroe M, Kim J, **Boffetta P**, Hashibe M. Head and Neck Cancer Risk Prediction Models for the US Population from the INHANCE Consortium. Am J Epidemiol 2020;189:330-342. PubMed PMID: 31781743.

247. Guercio V, Donato F, Pelucchi C, Verga F, Passini V, Galeone C, Negri E, Garzaro G, **Boffetta P**, La Vecchia C, Tavani A, Pira E. Plasma levels of polychlorinated biphenyls (PCB) and the risk of soft tissue sarcoma. Med Lav 2019;110:342-352. PubMed PMID: 31659991.

248. Carioli G, Bertuccio P, Malvezzi M, Rodriguez T, Levi F, **Boffetta P**, La Vecchia C, Negri E. Cancer mortality predictions for 2019 in Latin America. Int J Cancer 2020;147:619-632. PubMed PMID: 31637709.

249. Chang CP, Chang SC, Chuang SC, Berthiller J, Ferro G, Matsuo K, Wünsch-Filho V, Toporcov TN, de Carvalho MB, La Vecchia C, Olshan AF, Zevallos JP, Serraino D, Muscat J, Sturgis EM, Li G, Morgenstern H, Levi F, Dal Maso L, Smith E, Kelsey K, McClean M, Vaughan TL, Lazarus P, Ramroth H, Chen C, Schwartz SM, Winn DM, Bosetti C, Edefonti V, Garavello W, Negri E, Hayes RB, Purdue MP, Boccia S, Cadoni G, Shangina O, Koifman R, Curado MP, Vilensky M, Swiatkowska B, Herrero R, Franceschi S, Benhamou S, Fernandez L, Menezes AMB, Daudt AW, Mates D, Schantz S, Yu GP, Lissowska J, Brenner H, Fabianova E, Rudnai P, Brennan P, **Boffetta P**, Zhang ZF, Hashibe M, Lee YA. Age at start of using tobacco on the risk of head and neck cancer: Pooled analysis in the International Head and Neck Cancer Epidemiology Consortium (INHANCE). Cancer Epidemiol 2019;63:101615. PubMed PMID: 31586822.

250. Ferro A, Rosato V, Rota M, Costa AR, Morais S, Pelucchi C, Johnson KC, Hu J, Palli D, Ferraroni M, Zhang ZF, Bonzi R, Yu GP, Peleteiro B, López-Carrillo L, Tsugane S, Hamada GS, Hidaka A, Zaridze D, Maximovitch D, Vioque J, Navarrete-Munoz EM, Aragonés N, Martín V, Hernández-Ramírez RU, Bertuccio P, Ward MH, Malekzadeh R, Pourfarzi F, Mu L, López-Cervantes M, Persiani R, Kurtz RC, Lagiou A, Lagiou P, **Boffetta P**, Boccia S, Negri E, Camargo MC, Curado MP, La Vecchia C, Lunet N. Meat intake and risk of gastric cancer in the Stomach cancer Pooling (StoP) project. Int J Cancer 2020;147:45-55. PubMed PMID: 31584199.

251. Hall AL, Kromhout H, Schüz J, Peters S, Portengen L, Vermeulen R, Agudo A, Ahrens W,

**Boffetta P**, Brennan P, Canova C, Conway DI, Curado MP, Daudt AW, Fernandez L, Hashibe M, Healy CM, Holcatova I, Kjaerheim K, Koifman R, Lagiou P, Luce D, Macfarlane GJ, Menezes A, Menvielle G, Polesel J, Ramroth H, Richiardi L, Stücker I, Thomson P, Vilensky M, Wunsch-Filho V, Yuan-Chin AL, Znaor A, Straif K, Olsson A. Laryngeal Cancer Risks in Workers Exposed to Lung Carcinogens: Exposure-Effect Analyses Using a Quantitative Job Exposure Matrix. Epidemiology 2020;31:145-154. PubMed PMID: 31577634.

252.  Roshandel G, Khoshnia M, Poustchi H, Hemming K, Kamangar F, Gharavi A, Ostovaneh MR, Nateghi A, Majed M, Navabakhsh B, Merat S, Poorshams A, Nalini M, Malekzadeh F, Sadeghi M, Mohammadifard N, Sarrafzadegan N, Naemi-Tabiei M, Fazel A, Brennan P, Etemadi A, **Boffetta P**, Thomas N, Marshall T, Cheng KK, Malekzadeh R. Effectiveness of polypill for primary and secondary prevention of cardiovascular diseases (PolyIran): a pragmatic, cluster-randomised trial. Lancet 2019;394:672-83. PubMed PMID: 31448738.

253.  Yang K, Zhang Y, Saito E, Rahman MS, Gupta PC, Sawada N, Tamakoshi A, Gao YT, Koh WP, Shu XO, Tsuji I, Sadakane A, Nagata C, You SL, Yuan JM, Shin MH, Chen Y, Pan WH, Pednekar MS, Tsugane S, Cai H, Xiang YB, Ozasa K, Tomata Y, Kanemura S, Sugawara Y, Wada K, Wang R, Ahn YO, Yoo KY, Ahsan H, Chia KS, **Boffetta P**, Kang D, Potter JD, Inoue M, Zheng W, Nan H. Association between educational level and total and cause-specific mortality: a pooled analysis of over 694 000 individuals in the Asia Cohort Consortium. BMJ Open 2019;9:e026225. PubMed PMID: 31444178; PubMed Central PMCID: PMC6707688.

254.  Utuama O, Mukhtar F, Pham YT, Dabo B, Manani P, Moser J, Michael-Asalu A, Tran CT, Le LC, Le TV, Vu KT, Park JY, **Boffetta P**, Zheng W, Shu XO, Luu HN. Racial/ethnic, age and sex disparities in leukemia survival among adults in the United States during 1973-2014 period. PLoS One 2019;14:e0220864. PubMed PMID: 31425527; PubMed Central PMCID: PMC6699686.

255.  **Boffetta P**, Fordyce T, Leonhard M. Evaluation of recent evidence on the solubility of beryllium compounds and cancer risk. Eur J Cancer Prev 2020;29:186-190. PubMed PMID: 31425313.

256.  Din L, Sheikh M, Kosaraju N, Smedby KE, Bernatsky S, Berndt SI, Skibola CF, Nieters A, Wang S, McKay JD, Cocco P, Maynadié M, Foretová L, Staines A, Mack TM, de Sanjosé S, Vyse TJ, Padyukov L, Monnereau A, Arslan AA, Moore A, Brooks-Wilson AR, Novak AJ, Glimelius B, Birmann BM, Link BK, Stewart C, Vajdic CM, Haioun C, Magnani C, Conti DV, Cox DG, Casabonne D, Albanes D, Kane E, Roman E, Muzi G, Salles G, Giles GG, Adami HO, Ghesquières H, De Vivo I, Clavel J, Cerhan JR, Spinelli JJ, Hofmann J, Vijai J, Curtin K, Costenbader KH, Onel K, Offit K, Teras LR, Morton L, Conde L, Miligi L, Melbye M, Ennas MG, Liebow M, Purdue MP, Glenn M, Southey MC, Din M, Rothman N, Camp NJ, Wong Doo N, Becker N, Pradhan N, Bracci PM, **Boffetta P**, Vineis P, Brennan P, Kraft P, Lan Q, Severson RK, Vermeulen RCH, Milne RL, Kaaks R, Travis RC, Weinstein SJ, Chanock SJ, Ansell SM, Slager SL, Zheng T, Zhang Y, Benavente Y, Taub Z, Madireddy L, Gourraud PA, Oksenberg JR, Cozen W, Hjalgrim H, Khankhanian P. Genetic overlap between autoimmune diseases and non-Hodgkin lymphoma subtypes. Genet Epidemiol 2019;43:844-63. PubMed PMID: 31407831; PubMed Central PMCID: PMC6763347.

257.  Ugai T, Ito H, Oze I, Saito E, Rahman MS, **Boffetta P**, Gupta PC, Sawada N, Tamakoshi A, Shu XO, Koh WP, Gao YT, Sadakane A, Tsuji I, Park SK, Nagata C, You SL, Pednekar MS, Tsugane S, Cai H, Yuan JM, Xiang YB, Ozasa K, Tomata Y, Kanemura S, Sugawara Y, Wada K, Chen CJ, Yoo KY, Chia KS, Ahsan H, Zheng W, Inoue M, Kang D, Potter J, Matsuo K. Association of BMI, Smoking, and Alcohol with Multiple Myeloma Mortality in Asians: A Pooled Analysis of More than 800,000 Participants in the Asia Cohort Consortium. Cancer Epidemiol Biomarkers Prev 2019;28:1861-7. PubMed PMID: 31399476.

258.  Lyons K, Le LC, Pham YT, Borron C, Park JY, Tran CTD, Tran TV, Tran HT, Vu KT, Do CD, Pelucchi C, La Vecchia C, Zgibor J, **Boffetta P**, Luu HN. Gastric cancer: epidemiology, biology, and prevention: a mini review. Eur J Cancer Prev 2019;28:397-412. PubMed PMID: 31386635.

259.  **Boffetta P**, Borron C. Low-Level Exposure to Arsenic in Drinking Water and Risk of Lung and Bladder Cancer: A Systematic Review and Dose-Response Meta-Analysis. Dose Response 2019;17:1559325819863634. PubMed PMID: 31384239; PubMed Central PMCID: PMC6651682.

260. Nalini M, Sharafkhah M, Poustchi H, Sepanlou SG, Pourshams A, Radmard AR, Khoshnia M, Gharavi A, Dawsey SM, Abnet CC, **Boffetta P**, Brennan P, Sotoudeh M, Nikmanesh A, Merat S, Etemadi A, Shakeri R, Malekzadeh R, Kamangar F. Comparing Anthropometric Indicators of Visceral and General Adiposity as Determinants of Overall and Cardiovascular Mortality. Arch Iran Med 2019;22:301-9. PubMed PMID: 31356096.

261. Duggento A, Toschi N, Pietrouisti A, Musmeci L, Buonomo E, Moramarco S, Lucaroni F, **Boffetta P**, Palombi L. A novel approach for geographical risk mapping of morbidity and mortality rates: the case of Val D'Agri, Italy. Sci Rep 2019;9:10348. PubMed PMID: 31316084; PubMed Central PMCID: PMC6637145.

262. Khetan P, **Boffetta P**, Luce D, Stucker I, Curado MP, Menezes A, Wunsch-Filho V, Ahrens W, Lagiou P, Serraino D, Richiardi L, Kjaerheim K, Conway D, Thomson P, Muscat J, Mates D, Ramroth H, Menvielle G, Vaughan TL, Brenner H, Lee YA, La Vecchia C, Hashibe M, Hashim D. Occupations and the Risk of Head and Neck Cancer: A Pooled Analysis of the International Head and Neck Cancer Epidemiology (INHANCE) Consortium. J Occup Environ Med 2019;61:397-404. PubMed PMID: 31268937; PubMed Central PMCID: PMC6613803.

263. Di Credico G, Edefonti V, Polesel J, Pauli F, Torelli N, Serraino D, Negri E, Luce D, Stucker I, Matsuo K, Brennan P, Vilensky M, Fernandez L, Curado MP, Menezes A, Daudt AW, Koifman R, Wunsch-Filho V, Holcatova I, Ahrens W, Lagiou P, Simonato L, Richiardi L, Healy C, Kjaerheim K, Conway DI, Macfarlane TV, Thomson P, Agudo A, Znaor A, Boaventura Rios LF, Toporcov TN, Franceschi S, Herrero R, Muscat J, Olshan AF, Zevallos JP, La Vecchia C, Winn DM, Sturgis EM, Li G, Fabianova E, Lissowska J, Mates D, Rudnai P, Shangina O, Swiatkowska B, Moysich K, Zhang ZF, Morgenstern H, Levi F, Smith E, Lazarus P, Bosetti C, Garavello W, Kelsey K, McClean M, Ramroth H, Chen C, Schwartz SM, Vaughan TL, Zheng T, Menvielle G, Boccia S, Cadoni G, Hayes RB, Purdue M, Gillison M, Schantz S, Yu GP, Brenner H, D'Souza G, Gross ND, Chuang SC, **Boffetta P**, Hashibe M, Lee YA, Dal Maso L. Joint effects of intensity and duration of cigarette smoking on the risk of head and neck cancer: A bivariate spline model approach. Oral Oncol 2019;94:47-57. PubMed PMID: 31178212.

264. Bertuccio P, Alicandro G, Malvezzi M, Carioli G, **Boffetta P**, Levi F, La Vecchia C, Negri E. Cancer mortality in Europe in 2015, and an overview of trends since 1990. Ann Oncol 2019;30:1356-69. PubMed PMID: 31147719.

265. Carioli G, Malvezzi M, Bertuccio P, Hashim D, Waxman S, Negri E, **Boffetta P**, La Vecchia C. Cancer mortality in the elderly in 11 countries worldwide, 1970-2015. Ann Oncol 2019;30:1344-55. PubMed PMID: 31147682.

266. Ganesan N, Bambino K, **Boffetta P**, Labgaa I. Exploring the potential carcinogenic role of arsenic in gallbladder cancer. Eur J Cancer Prev 2019;29:100-9. PubMed PMID: 31145133.

267. Chen Y, Lee YA, Li S, Li Q, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, Kawakita D, **Boffetta P**, Zhang ZF, Dai M, Hashibe M. Body mass index and the risk of head and neck cancer in the Chinese population. Cancer Epidemiol 2019;60:208-15. PubMed PMID: 31071526.

268. Mokhtari Z, Sharafkhah M, Poustchi H, Sepanlou SG, Khoshnia M, Gharavi A, Sohrabpour AA, Sotoudeh M, Dawsey SM, **Boffetta P**, Abnet CC, Kamangar F, Etemadi A, Pourshams A, FazeltabarMalekshah A, Islami F, Brennan P, Malekzadeh R, Hekmatdoost A. Adherence to the Dietary Approaches to Stop Hypertension (DASH) diet and risk of total and cause-specific mortality: results from the Golestan Cohort Study. Int J Epidemiol 2019;48:1824-38. PubMed PMID: 31056682.

269. Rota M, Pizzato M, La Vecchia C, **Boffetta P**. Efficacy of lung cancer screening appears to increase with prolonged intervention: results from the MILD trial and a meta-analysis. Ann Oncol 2019;30:1040-3. PubMed PMID: 31046087.

270. Yang JJ, Yu D, Wen W, Saito E, Rahman S, Shu XO, Chen Y, Gupta PC, Gu D, Tsugane S, Xiang YB, Gao YT, Yuan JM, Tamakoshi A, Irie F, Sadakane A, Tomata Y, Kanemura S, Tsuji I, Matsuo K, Nagata C, Chen CJ, Koh WP, Shin MH, Park SK, Wu PE, Qiao YL, Pednekar MS, He J, Sawada N, Li HL, Gao J, Cai H, Wang R, Sairenchi T, Grant E, Sugawara Y, Zhang S, Ito H, Wada K, Shen CY, Pan WH, Ahn YO, You SL, Fan JH, Yoo KY, Ashan H, Chia KS, **Boffetta P**,

Inoue M, Kang D, Potter JD, Zheng W. Association of Diabetes With All-Cause and Cause-Specific Mortality in Asia: A Pooled Analysis of More Than 1 Million Participants. JAMA Netw Open 2019;2:e192696. PubMed PMID: 31002328.

271. **Boffetta P**, Donato F, Pira E, Luu HN, La Vecchia C. Risk of mesothelioma after cessation of asbestos exposure: a systematic review and meta-regression. Int Arch Occup Environ Health 2019;92:949-57. PubMed PMID: 30993422.

272. Tsuji JS, Chang ET, Gentry PR, Clewell HJ, **Boffetta P**, Cohen SM. Dose-response for assessing the cancer risk of inorganic arsenic in drinking water: the scientific basis for use of a threshold approach. Crit Rev Toxicol 2019;49:46-84. PubMed PMID: 30932726.

273. Yang JJ, Yu D, Wen W, Shu XO, Saito E, Rahman S, Gupta PC, He J, Tsugane S, Xiang YB, Gao YT, Koh WP, Tamakoshi A, Irie F, Sadakane A, Tsuji I, Kanemura S, Matsuo K, Nagata C, Chen CJ, Yuan JM, Shin MH, Park SK, Pan WH, Qiao YL, Pednekar MS, Gu D, Sawada N, Li HL, Gao J, Cai H, Grant E, Tomata Y, Sugawara Y, Ito H, Wada K, Shen CY, Wang R, Ahn YO, You SL, Yoo KY, Ashan H, Chia KS, **Boffetta P**, Inoue M, Kang D, Potter JD, Zheng W. Tobacco Smoking and Mortality in Asia: A Pooled Meta-analysis. JAMA Netw Open 2019;2:e191474. PubMed PMID: 30924901.

274. Rota M, Alicandro G, Pelucchi C, Bonzi R, Bertuccio P, Hu J, Zhang ZF, Johnson KC, Palli D, Ferraroni M, Yu GP, Galeone C, López-Carrillo L, Muscat J, Lunet N, Ferro A, Ye W, Plymoth A, Malekzadeh R, Zaridze D, Maximovitch D, Kogevinas M, Fernández de Larrea N, Vioque J, Navarrete-Muñoz EM, Tsugane S, Hamada GS, Hidaka A, Pakseresht M, Wolk A, Håkansson N, Hernández-Ramírez RU, López-Cervantes M, Ward M, Pourfarzi F, Mu L, Kurtz RC, Lagiou A, Lagiou P, **Boffetta P**, Boccia S, Negri E, La Vecchia C. Education and gastric cancer risk-An individual participant data meta-analysis in the StoP project consortium. Int J Cancer 2020;146:671-81. PubMed PMID: 30919464.

275. Bertuccio P, Malvezzi M, Carioli G, Hashim D, **Boffetta P,** El-Serag HB, La Vecchia C, Negri E. Global trends in mortality from intrahepatic and extrahepatic cholangiocarcinoma. J Hepatol 2019;71:104-14. PubMed PMID: 30910538.

276. Whittaker Brown SA, Dobelle M, Padilla M, Agovino M, Wisnivesky JP, Hashim D, **Boffetta P**. Idiopathic Pulmonary Fibrosis and Lung Cancer: A Systematic Review and Meta-Analysis. Ann Am Thorac Soc. 2019;16:1041-51. PubMed PMID: 30892054.

277. Islami F, Poustchi H, Pourshams A, Khoshnia M, Gharavi A, Kamangar F, Dawsey SM, Abnet CC, Brennan P, Sheikh M, Sotoudeh M, Nikmanesh A, Merat S, Etemadi A, Nasseri Moghaddam S, Pharoah PD, Ponder BA, Day NE, Jemal A, **Boffetta P**, Malekzadeh R. A prospective study of tea drinking temperature and risk of esophageal squamous cell carcinoma. Int J Cancer. 2019;49:36-84. PubMed PMID: 30891750.

278. Hashemian M, Farvid MS, Poustchi H, Murphy G, Etemadi A, Hekmatdoost A, Kamangar F, Sheikh M, Pourshams A, Sepanlou SG, Fazeltabar Malekshah A, Khoshnia M, Gharavi A, Brennan PJ, Dawsey SM, Reedy J, Subar AF, Abnet CC, Malekzadeh R. The application of six dietary scores to a Middle Eastern population: a comparative analysis of mortality in a prospective study. Eur J Epidemiol. 2019;34:371-82. PubMed PMID: 30887377.

279. Malvezzi M, Carioli G, Bertuccio P, **Boffetta P**, Levi F, La Vecchia C, Negri E. European cancer mortality predictions for the year 2019 with focus on breast cancer. Ann Oncol 2019;30:781-7. PubMed PMID: 30887043.

280. Hashim D, Genden E, Posner M, Hashibe M, **Boffetta P**. Head and neck cancer prevention: from primary prevention to impact of clinicians on reducing burden. Ann Oncol. 2019;30:744-56. PubMed PMID: 30840052.

281. Rustgi SD, Amin SP, Kim MK, Nagula S, Kumta NA, DiMaio CJ, **Boffetta P**, Lucas AL. Age, socioeconomic features, and clinical factors predict receipt of endoscopic retrograde cholangiopancreatography in pancreatic cancer. World J Gastrointest Endosc. 2019;11:133-144. PubMed PMID: 30788032; PubMed Central PMCID: PMC6379750.

282. Hashibe M, Li Q, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, **Boffetta P**, Zhang ZF, Dai M, Lee YA. Involuntary smoking and the risk of head and neck cancer in an East Asian population. Cancer Epidemiol 2019;59:173-

39

177. PubMed PMID: 30785070.

283. Etemadi A, Poustchi H, Chang CM, Blount BC, Calafat AM, Wang L, De Jesus VR, Poursharns A, Shakeri R, Shiels MS, Inoue-Choi M, Ambrose BK, Christensen CH, Wang B, Murphy G, Ye X, Bhandari D, Feng J, Xia B, Sosnoff CS, Kamangar F, Brennan P, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R, Freedman ND. Urinary Biomarkers of Carcinogenic Exposure Among Cigarette, Waterpipe and Smokeless Tobacco Users and Never Users of Tobacco in the Golestan Cohort Study. Cancer Epidemiol Biomarkers Prev 2019;28:337-47. PubMed PMID: 30622099.

284. Sheikh M, Poustchi H, Pourshams A, Etemadi A, Islami F, Khoshnia M, Gharavi A, Hashemian M, Roshandel G, Khademi H, Zahedi M, Abedi-Ardekani B, **Boffetta P**, Kamangar F, Dawsey SM, Pharaoh PD, Abnet CC, Day NE, Brennan P, Malekzadeh R. Individual and Combined Effects of Environmental Risk Factors for Esophageal Cancer Based on Results from the Golestan Cohort Study. Gastroenterology 2019;156:1416-27. PubMed PMID: 30611753.

285. Swaen GMH, **Boffetta P**, Zeegers M. Impact of changes in human reproduction on the incidence of endocrine-related diseases. Crit Rev Toxicol 2018;48:789-95. PubMed PMID: 30590970.

286. Lee YA, Li S, Chen Y, Li Q, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, **Boffetta P**, Zhang ZF, Dai M, Hashibe M. Tobacco smoking, alcohol drinking, betel quid chewing, and the risk of head and neck cancer in an East Asian population. Head Neck 2019;41:92-102. PubMed PMID: 30552826.

287. Carioli G, Malvezzi M, Bertuccio P, Levi F, **Boffetta P**, Negri E, La Vecchia C. Cancer mortality and predictions for 2018 in selected Australasian countries and Russia. Ann Oncol 2019;30:132-42. PubMed PMID: 30535287.

288. Rustgi SD, Amin S, Yang A, Kim MK, Nagula S, Kumta NA, DiMaio CJ, **Boffetta P**, Lucas AL. Preoperative Endoscopic Retrograde Cholangiopancreatography is not Associated With Increased Pancreatic Cancer Mortality. Clin Gastroenterol Hepatol 2019;17:1580-6. PubMed PMID: 30529734.

289. Bertuccio P, Alicandro G, Rota M, Pelucchi C, Bonzi R, Galeone C, Bravi F, Johnson KC, Hu J, Palli D, Ferraroni M, López-Carrillo L, Lunet N, Ferro A, Malekzadeh R, Zaridze D, Maximovitch D, Vioque J, Navarrete-Munoz EM, Pakseresht M, Hernández-Ramírez RU, López-Cervantes M, Ward M, Pourfarzi F, Tsugane S, Hidaka A, Zhang ZF, Kurtz AC, Lagiou P, Lagiou A, **Boffetta P**, Boccia S, Negri E, La Vecchia C. Citrus fruit intake and gastric cancer: the Stomach cancer Pooling (StoP) project consortium. Int J Cancer 2019;144:2936-44. PubMed PMID: 30521095.

290. Aune D, Keum N, Giovannucci E, Fadnes LT, **Boffetta P**, Greenwood DC, Tonstad S, Vatten LJ, Riboli E, Norat T. Dietary intake and blood concentrations of antioxidants and the risk of cardiovascular disease, total cancer, and all-cause mortality: a systematic review and dose-response meta-analysis of prospectivestudies. Am J Clin Nutr.2018 Nov; 108(5):1069-1091.doi: 10. 1093/ajcn/nqy097. PMID:30475962; PMCID:PMC6250988.

291. Brenner DR, Fehringer G, Zhang ZF, Lee YA, Meyers T, Matsuo K, Ito H, Vineis P, Stucker I, **Boffetta P**, Brennan P, Christiani DC, Diao N, Hong YC, Landi MT, Morgenstern H, Schwartz AG, Rennert G, Saliba W, McLaughlin JR, Harris CC, Orlow I, Barros Dios JM, Ruano Raviña A, Siemiatycki J, Koushik A, Cote M, Lazarus P, Fernandez-Tardon G, Tardon A, Le Marchand L, Brenner H, Saum KU, Duell EJ, Andrew AS, Consonni D, Olsson A, Hung RJ, Straif K. Alcohol consumption and lung cancer risk: A pooled analysis from the International Lung Cancer Consortium and the SYNERGY study. Cancer Epidemiol 2018 Nov 13;58:25-32. PubMed PMID: 30445228.

292. Nguyen MV, Tran MT, Tran CT, Tran QH, Tuong TT, Phung LN, Vu HX, Le LC, **Boffetta P**, Luu HN. The association between birth order and childhood brain tumors: a systematic review and meta-analysis. Eur J Cancer Prev 2019;28:551-61. PubMed PMID: 30399044.

293. Dankner R, Boker LK, **Boffetta P**, Balicer RD, Murad H, Berlin A, Olmer L, Agai N, Freedman LS. A historical cohort study on glycemic-control and cancer-risk among patients with diabetes. Cancer Epidemiol 2018;57:104-109. PubMed PMID: 30388485.

294. McMaster ML, Berndt SI, Zhang J, Slager SL, Li SA, Vajdic CM, Smedby KE, Yan H, Birmann BM, Brown EE, Smith A, Kleinstern G, Fansler MM, Mayr C, Zhu B, Chung CC, Park JH,

40

Burdette L, Hicks BD, Hutchinson A, Teras LR, Adami HO, Bracci PM, McKay J, Monnereau A, Link BK, Vermeulen RCH, Ansell SM, Maria A, Diver WR, Melbye M, Ojesina AI, Kraft P, **Boffetta P**, Clavel J, Giovannucci E, Besson CM, Canzian F, Travis RC, Vineis P, Weiderpass E, Montalvan R, Wang Z, Yeager M, Becker N, Benavente Y, Brennan P, Foretova L, Maynadie M, Nieters A, de Sanjose S, Staines A, Conde L, Riby J, Glimelius B, Hjalgrim H, Pradhan N, Feldman AL, Novak AJ, Lawrence C, Bassig BA, Lan Q, Zheng T, North KE, Tinker LF, Cozen W, Severson RK, Hofmann JN, Zhang Y, Jackson RD, Morton LM, Purdue MP, Chatterjee N, Offit K, Cerhan JR, Chanock SJ, Rothman N, Vijai J, Goldin LR, Skibola CF, Caporaso NE. Two high-risk susceptibility loci at 6p25.3 and 14q32.13 for Waldenström macroglobulinemia. Nat Commun 2018 Oct 10;9:4182. PubMed PMID: 30305637; PubMed Central PMCID: PMC6180091.

295. **Boffetta P**, Malvezzi M, Pira E, Negri E, La Vecchia C. International Analysis of Age-Specific Mortality Rates from Mesothelioma on the Basis of the International Classification of Diseases, 10th Revision. J Glob Oncol 2018 Sep;(4):1-15. PubMed PMID: 30241199.

296. **Boffetta P**, Mundt KA, Thompson WJ. The epidemiologic evidence for elongate mineral particle (EMP)-related human cancer risk. Toxicol Appl Pharmacol 2018 sept;361:100-6. PubMed PMID: 30240694.

297. Catalani S, Donato F, Tomasi C, Pira E, Apostoli P, **Boffetta P**. Occupational and environmental exposure to polychlorinated biphenyls and risk of non-Hodgkin lymphoma: a systematic review and meta-analysis of epidemiology studies. Eur J Cancer Prev 2019;28:441-50. PubMed PMID: 30234686.

298. De Vito R, Lee YCA, Parpinel M, Serraino D, Olshan AF, Zevallos JP, Levi F, Zhang ZF, Morgenstern H, Garavello W, Kelsey K, McClean M, Schantz S, Yu GP, **Boffetta P**, Chuang SC, Hashibe M, La Vecchia C, Parmigiani G, Edefonti V. Shared and study-specific dietary patterns and head and neck cancer risk in an international consortium. Epidemiology 2018;30:93-102. PubMed PMID: 30063539.

299. Nalini M, Oranuba E, Poustchi H, Sepanlou SG, Pourshams A, Khoshnia M, Gharavi A, Dawsey SM, Abnet CC, **Boffetta P**, Brennan P, Sotoudeh M, Nikmanesh A, Merat S, Etemadi A, Shakeri R, Sohrabpour AA, Nasseri-Moghaddam S, Kamangar F, Malekzadeh R. Causes of premature death and their associated risk factors in the Golestan Cohort Study, Iran. BMJ Open 2018;8:e021479. PubMed PMID: 30021753; PubMed Central PMCID: PMC6059279.

300. Kuan PF, Mi Z, Georgopoulos P, Hashim D, Luft BJ, **Boffetta P**. Enhanced exposure assessment and genome-wide DNA methylation in World Trade Center disaster responders. Eur J Cancer Prev 2019;28:225-33. PubMed PMID: 30001286.

301. Mukhtar F, **Boffetta P**, Dabo B, Park JY, Tran CTD, Tran TV, Tran HT, Whitney M, Risch HA, Le LC, Zheng W, Shu XO, Luu HN. Disparities by race, age, and sex in the improvement of survival for lymphoma: Findings from a population-based study. PLoS One 2018;13:e0199745. PubMed PMID: 29995909; PubMed Central PMCID: PMC6040734.

302. Hashemian M, Murphy G, Etemadi A, Poustchi H, Sharafkhah M, Kamangar F, Pourshams A, Malekshah AF, Khoshnia M, Gharavi A, Hekmatdoost A, Brennan PJ, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R. Nut consumption and the risk of oesophageal squamous cell carcinoma in the Golestan Cohort Study. Br J Cancer 2018;119:176-181. PubMed PMID: 29950612; PubMed Central PMCID: PMC6048068.

303. Alimirzaie S, Mohamadkhani A, Masoudi S, Sellars E, **Boffetta P**, Malekzadeh R, Akbari MR, Pourshams A. Mutations in Known and Novel cancer Susceptibility Genes in Young Patients with Pancreatic Cancer. Arch Iran Med 2018;21:228-233. PubMed PMID: 29940740.

304. Leoncini E, Vukovic V, Cadoni G, Giraldi L, Pastorino R, Arzani D, Petrelli L, Wünsch-Filho V, Toporcov TN, Moyses RA, Matsuo K, Bosetti C, La Vecchia C, Serraino D, Simonato L, Merletti F, **Boffetta P**, Hashibe M, Lee YA, Boccia S. Tumour stage and gender predict recurrence and second primary malignancies in head and neck cancer: a multicentre study within the INHANCE consortium. Eur J Epidemiol 2018;33:1205-18. PubMed PMID: 29779202.

305. Voltzke KJ, Lee YA, Zhang ZF, Zevallos JP, Yu GP, Winn DM, Vaughan TL, Sturgis EM, Smith E, Schwartz SM, Schantz S, Muscat J, Morgenstern H, McClean M, Li G, Lazarus P, Kelsey K,

41

Gillison M, Chen C, **Boffetta P**, Hashibe M, Olshan AF. Racial differences in the relationship between tobacco, alcohol, and the risk of head and neck cancer: pooled analysis of US studies in the INHANCE Consortium. Cancer Causes Control 2018;29:619-30. PubMed PMID: 29761303.

306.    Wang SS, Carrington M, Berndt SI, Slager SL, Bracci PM, Voutsinas J, Cerhan JR, Ekström Smedby K, Hjalgrim H, Vijai J, Morton LM, Vermeulen R, Paltiel O, Vajdic CM, Linet MS, Nieters A, de Sanjosé S, Cozen W, Brown EE, Turner J, Spinelli JJ, Zheng T, Birmann BM, Flowers CR, Becker N, Holly EA, Kane E, Weisenburger D, Maynadie M, Cocco P, Albanes D, Weinstein SJ, Teras LR, Diver WR, Lax SJ, Travis RC, Kaaks R, Riboli E, Benavente Y, Brennan P, McKay JD, Delfau-Larue MH, Link BK, Magnani C, Ennas MG, Latte G, Feldman AL, Wong Doo N, Giles GG, Southey MC, Milne RL, Offit K, Muskinsky J, Arslan AA, Purdue MP, Adami HO, Melbye M, Glimelius B, Conde L, Camp NJ, Glenn M, Curtin K, Clavel J, Monnereau A, Cox DG, Ghesquières H, Salles G, **Boffetta P**, Foretova L, Staines A, Davis S, Severson RK, Lan Q, Brooks-Wilson A, Smith MT, Roman E, Kricker A, Zhang Y, Kraft P, Chanock SJ, Rothman N, Hartge P, Skibola CF. HLA class I and II diversity contributes to the etiologic heterogeneity of non-Hodgkin lymphoma subtypes. Cancer Res 2018;78:4086-96. PubMed PMID: 29735552; PubMed Central PMCID: PMC6065509.

307.    Ferro A, Morais S, Rota M, Pelucchi C, Bertuccio P, Bonzi R, Galeone C, Zhang ZF, Matsuo K, Ito H, Hu J, Johnson KC, Yu GP, Palli D, Ferraroni M, Muscat J, Malekzadeh R, Ye W, Song H, Zaridze D, Maximovitch D, Fernández de Larrea N, Kogevinas M, Vioque J, Navarrete-Muñoz EM, Pakseresht M, Pourfarzi F, Wolk A, Orsini N, Bellavia A, Håkansson N, Mu L, Pastorino R, Kurtz RC, Derakhshan MH, Lagiou A, Lagiou P, **Boffetta P**, Boccia S, Negri E, La Vecchia C, Peleteiro B, Lunet N. Alcohol intake and gastric cancer: Meta-analyses of published data versus individual participant data pooled analyses (StoP Project). Cancer Epidemiol 2018;54:125-32. PubMed PMID: 29727805.

308.    **Boffetta P**, Desai V. Exposure to permethrin and cancer risk: a systematic review. Crit Rev Toxicol 2018;48:433-442. PubMed PMID: 29687728.

309.    Kleinstern G, Camp NJ, Goldin LR, Vachon CM, Vajdic CM, de Sanjose S, Weinberg JB, Benavente Y, Casabonne D, Liebow M, Hjalgrim H, Melbye M, Glimelius B, Adami HO, **Boffetta P**, Brennan P, Maynadie M, McKay J, Cocco PL, Shanafelt TD, Call TG, Norman A, Hanson C, Robinson D, Chaffee KG, Brooks-Wilson AR, Monnereau A, Clavel J, Glenn M, Curtin K, Conde L, Bracci PM, Morton LM, Cozen W, Severson RK, Chanock SJ, Spinelli JJ, Johnston JB, Rothman N, Skibola CF, Leis JF, Kay NE, Smedby KE, Berndt SI, Cerhan JR, Caporaso N, Slager SL. Association of polygenic risk score with the risk of chronic lymphocytic leukemia and monoclonal B-cell lymphocytosis. Blood 2018;131:2541-51. PubMed PMID: 29674426.

310.    Benetou V, Orfanos P, Feskanich D, Michaëlsson K, Pettersson-Kymmer U, Byberg L, Eriksson S, Grodstein F, Wolk A, Jankovic N, de Groot LCPGM, **Boffetta P**, Trichopoulou A. Mediterranean diet and hip fracture incidence among older adults: the CHANCES project. Osteoporos Int 2018;29:1591-9.

311.    Tao MH, Chen S, Freudenheim JL, Cauley JA, Johnson KC, Mai X, Sarto GE, Wakelee H, **Boffetta P**, Wactawski-Wende J. Oral bisphosphonate use and lung cancer incidence among postmenopausal women. Ann Oncol 2018;29:1476-85. PubMed PMID: 29617712.

312.    Ferro A, Morais S, Rota M, Pelucchi C, Bertuccio P, Bonzi R, Galeone C, Zhang ZF, Matsuo K, Ito H, Hu J, Johnson KC, Yu GP, Palli D, Ferraroni M, Muscat J, Malekzadeh R, Ye W, Song H, Zaridze D, Maximovitch D, Aragonés N, Castaño-Vinyals G, Vioque J, Navarrete-Muñoz EM, Pakseresht M, Pourfarzi F, Wolk A, Orsini N, Bellavia A, Håkansson N, Mu L, Pastorino R, Kurtz RC, Derakhshan MH, Lagiou A, Lagiou P, **Boffetta P**, Boccia S, Negri E, La Vecchia C, Peleteiro B, Lunet N. Tobacco smoking and gastric cancer: meta-analyses of published data versus pooled analyses of individual participant data (StoP Project). Eur J Cancer Prev 2018;27:197-204. PubMed PMID: 29595756.

313.    Dovell F, **Boffetta P**. Serum uric acid and cancer mortality and incidence: a systematic review and meta-analysis. Eur J Cancer Prev 2018;27:399-405. PubMed PMID: 29570104.

314.    Raina P, Gilsing A, Freisling H, van den Heuvel E, Sohel N, Jenab M, Ferrari P, Tjønneland A,

Benetou V, Picavet S, Eriksson S, Schöttker B, Brenner H, Saum KU, Perna L, Wilsgaard T, Trichopoulou A, **Boffetta P**, Griffith LE. The Combined Effect of Cancer and Cardio-Metabolic Conditions on the Mortality Burden in Older Adults. J Gerontol A Biol Sci Med Sci 2019;74:366-372. PubMed PMID: 29562321.

315.    Malvezzi M, Carioli G, Bertuccio P, **Boffetta P**, Levi F, La Vecchia C, Negri E. European cancer mortality predictions for the year 2018 with focus on colorectal cancer. Ann Oncol 2018;29:1016-22. PubMed PMID: 29562308.

316.    Liu Y, Shu XO, Wen W, Saito E, Rahman MS, Tsugane S, Tamakoshi A, Xiang YB, Yuan JM, Gao YT, Tsuji I, Kanemura S, Nagata C, Shin MH, Pan WH, Koh WP, Sawada N, Cai H, Li HL, Tomata Y, Sugawara Y, Wada K, Ahn YO, Yoo KY, Ashan H, Chia KS, **Boffetta P**, Inoue M, Kang D, Potter JD, Zheng W. Association of leisure-time physical activity with total and cause-specific mortality: a pooled analysis of nearly a half million adults in the Asia Cohort Consortium. Int J Epidemiol 2018;47:771-9. PubMed PMID: 29490039.

317.    Hovanec J, Siemiatycki J, Conway DI, Olsson A, Stücker I, Guida F, Jöckel KH, Pohlabeln H, Ahrens W, Brüske I, Wichmann HE, Gustavsson P, Consonni D, Merletti F, Richiardi L, Simonato L, Fortes C, Parent ME, McLaughlin J, Demers P, Landi MT, Caporaso N, Tardón A, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Field J, Dumitru RS, Bencko V, Foretova L, Janout V, Kromhout H, Vermeulen R, **Boffetta P**, Straif K, Schüz J, Kendzia B, Pesch B, Brüning T, Behrens T. Lung cancer and socioeconomic status in a pooled analysis of case-control studies. PLoS One 2018;13:e0192999. PubMed PMID: 29462211; PubMed Central PMCID: PMC5819792.

318.    Manczuk M, Lobaszewski J, Sulkowska U, Hashim D, **Boffetta P**. A cross-sectional analysis of ex-smokers and characteristics associated with quitting smoking: The Polish Norwegian Study (PONS). Eur J Cancer Prev 2019;28:115-23. PubMed PMID: 29360649.

319.    Farioli A, Violante FS, La Vecchia C, Negri E, Pelucchi C, Spatari G, **Boffetta P**, Pira E. Temporal Patterns of Exposure to Asbestos and Risk of Asbestosis: An Analysis of a Cohort of Asbestos Textile Workers. J Occup Environ Med 2018;60:536-41. PubMed PMID: 29334525.

320.    Moossavi S, Mohamadnejad M, Pourshams A, Poustchi H, Islami F, Sharafkhah M,  Mirminachi B, Nasseri-Moghaddam S, Semnani S, Shakeri R, Etemadi A, Merat S, Khoshnia M, Dawsey SM, Pharaoh PD, Brennan P, Abnet CC, **Boffetta P**, Kamangar F, Malekzadeh R. Opium Use and Risk of Pancreatic Cancer: A Prospective Cohort Study. Cancer Epidemiol Biomarkers Prev 2018;27:268-73. PubMed PMID: 29263189.

321.    Papadimitriou N, Tsilidis KK, Orfanos P, Benetou V, Ntzani EE, Soerjomataram I, Künn-Nelen A, Pettersson-Kymmer U, Eriksson S, Brenner H, Schöttker B, Saum KU, Holleczek B, Grodstein FD, Feskanich D, Orsini N, Wolk A, Bellavia A, Wilsgaard T, Jørgensen L, **Boffetta P**, Trichopoulos D, Trichopoulou A. Burden of hip fracture using disability-adjusted life-years: a pooled analysis of prospective cohorts in the CHANCES consortium. Lancet Public Health 2017;2:e239-46. PubMed PMID: 29253489.

322.    Ordóñez-Me JM, Walter V, Schöttker B, Jenab M, O'Doherty MG, Kee F, Bueno-de-Mesquita B, Peeters PHM, Stricker BH, Ruiter R, Hofman A, Söderberg S, Jousilahti P, Kuulasmaa K, Freedman ND, Wilsgaard T, Wolk A, Nilsson LM, Tjønneland A, Quirós JR, van Duijnhoven FJB, Siersema PD, **Boffetta P**, Trichopoulou A, Brenner H. Impact of prediagnostic smoking and smoking cessation on colorectal cancer prognosis: a meta-analysis of individual patient data from cohorts within the CHANCES consortium. Ann Oncol 2018;29:472-83. PubMed PMID: 29244072.

323.    Bernatsky S, Velásquez García HA, Spinelli JJ, Gaffney P, Smedby KE, Ramsey-Goldman R, Wang SS, Adami HO, Albanes D, Angelucci E, Ansell SM, Asmann YW, Becker N, Benavente Y, Berndt SI, Bertrand KA, Birmann BM, Boeing H, **Boffetta P**, Bracci PM, Brennan P, Brooks-Wilson AR, Cerhan JR, Chanock SJ, Clavel J, Conde L, Cotenbader KH, Cox DG, Cozen W, Crouch S, De Roos AJ, de sanjose S, Di Lollo S, Diver WR, Dogan A, Foretova L, Ghesquières H, Giles GG, Glimelius B, Habermann TM, Haioun C, Hartge P, Hjalgrim H, Holford TR, Holly EA, Jackson RD, Kaaks R, Kane E, Kelly RS, Klein RJ, Kraft P, Kricker A, Lan Q, Lawrence C, Liebow M, Lightfoot T, Link BK, Maynadie M, McKay J, Melbye M, Molina TJ, Monnereau A,

43

Morton LM, Nieters A, North KE, Novak AJ, Offit K, Purdue MP, Rais M, Riby J, Roman E, Rothman N, Salles G, Severi G, Severson RK, Skibola CF, Slager SL, Smith A, Smith MT, Southey MC, Staines A, Teras LR, Thompson CA, Tilly H, Tinker LF, Tjonneland A, Turner J, Vajdic CM, Vermeulen RCH, Vijai J, Vineis P, Virtamo J, Wang Z, Weinstein S, Witzig TE, Zelenetz A, Zeleniuch-Jacquotte A, Zhang Y, Zheng T, Zucca M, Clarke AE. Lupus-related single nucleotide polymorphisms and risk of diffuse large B-cell lymphoma. Lupus Sci Med 2017;4:e000187. PubMed PMID: 29214033; PubMed Central PMCID: PMC5715504.

324.   **Boffetta P**, Righi L, Ciocan C, Pelucchi C, La Vecchia C, Romano C, Papotti M, Pira E. Validation of the diagnosis of mesothelioma and BAP1 protein expression in a cohort of asbestos textile workers from Northern Italy. Ann Oncol 2018;29:484-9. PubMed PMID: 29206890.

325.   Mundt KA, Gentry PR, Dell LD, Rodricks JV, **Boffetta P**. Six years after the NRC review of EPA's Draft IRIS Toxicological Review of Formaldehyde: Regulatory implications of new science in evaluating formaldehyde leukemogenicity. Regul Toxicol Pharmacol 2018;92:472-90. PubMed PMID: 29158043.

326.   Poustchi H, Eghtesad S, Kamangar F, Etemadi A, Keshtkar AA, Hekmatdoost A, Mohammadi Z, Mahmoudi Z, Shayanrad A, Roozafzai F, Sheikh M, Jalaeikhoo H, Hossein Somi M, Mansour-Ghanaei F, Najafi F, Bahramali E, Mehrparvar A, Ansari-Moghaddam A, Ali Enayati A, Esmaeili Nadimi A, Rezaianzadeh A, Saki N, Alipour F, Kelishadi R, Rahimi-Movaghar A, Aminisani N, **Boffetta P**, Malekzadeh R. Prospective Epidemiological Research Studies in IrAN (The PERSIAN Cohort): Rationale, Objectives and Design. Am J Epidemiol 2018;187:647-55. PubMed PMID: 29145581.

327.   Hashemian M, Murphy G, Etemadi A, Poustchi H, Brockman JD, Kamangar F, Pourshams A, Khoshnia M, Gharavi A, Dawsey SM, Brennan PJ, **Boffetta P**, Hekmatdoost A, Malekzadeh R, Abnet CC. Toenail mineral concentration and risk of esophageal squamous cell carcinoma, results from the Golestan Cohort Study. Cancer Med 2017;6:3052-9. PubMed PMID: 29125237; PubMed Central PMCID: PMC5727321.

328.   Mundt KA, Dell LD, Crawford L, Sax SN, **Boffetta P**. Cancer Risk Associated With Exposure to Bitumen and Bitumen Fumes: An Updated Systematic Review and Meta-Analysis. J Occup Environ Med 2018;60:e6-e54. PubMed PMID: 29111990.

329.   Etemadi A, Gandomkar A, Freedman ND, Moghadami M, Fattahi MR, Poustchi H, Islami F, **Boffetta P**, Dawsey SM, Abnet CC, Malekzadeh R. The association between  waterpipe smoking and gastroesophageal reflux disease. Int J Epidemiol. 2017;46:1968-77. PubMed PMID: 29025018.

330.   Alicandro G, Frova L, Sebastiani G, **Boffetta P**, La Vecchia C. Differences in education and premature mortality: a record linkage study of over 35 million Italians. Eur J Public Health 2018 Apr ;28:231-7. PubMed PMID: 29020376.

331.   Besa C, Lewis S, Pandharipande PV, Chhatwal J, Kamath A, Cooper N, Knight-Greenfiled A, Babb JS, **Boffetta P**, Padron N, Sirlin CB, Taouli B. Erratum to: Hepatocellular carcinoma detection:diagnostic performance of a simulated abbreviated MRI protocol combining diffusion weighted and T1-weighted imaging at the delayed phase post gadoxetic acid.Abdom. Radiol(NY). 2018 Mar;43(3):760. Doi:10.1007/s00261-017-1256-7. Erratum for: Abdom Radiol (NY).2017 jan;42(1):179-190.PMID:28755071.

332.   Malhotra J, Borron C, Freedman ND, Abnet CC, van den Brandt PA, White E, Milne RL, Giles GG, **Boffetta P**. Association between Cigar or Pipe Smoking and Cancer risk in Men: A Pooled Analysis of Five Cohort Studies. Cancer Prev Res 2017;10:704-9. PubMed PMID: 28972007.

333.   Kawakita D, Lee YA, Li Q, Chen Y, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, **Boffetta P**, Zhang ZF, Dai M, Hashibe M. Impact of oral hygiene on head and neck cancer risk in a Chinese population. Head Neck 2017;39:2549-57. PubMed PMID: 28960766.

334.   Giraldi L, Leoncini E, Pastorino R, Wünsch-Filho V, de Carvalho M, Lopez R, Cadoni G, Arzani D, Petrelli L, Matsuo K, Bosetti C, La Vecchia C, Garavello W, Polesel J, Serraino D, Simonato L, Canova C, Richiardi L, **Boffetta P**, Hashibe M, Lee CAY, Boccia S. Alcohol and cigarette consumption as predictors of mortality in patients with head and neck cancer: a pooled analysis

within the International Head and Neck Cancer Epidemiology (INHANCE) Consortium. Ann Oncol 2017;28:2843-51. PubMed PMID: 28945835.

335. Carioli G, La Vecchia C, Bertuccio P, Rodriguez T, Levi F, **Boffetta P**, Negri E, Malvezzi M. Cancer mortality predictions for 2017 in Latin America. Ann Oncol 2017;28:2286-2297. PubMed PMID: 28911064.

336. Grosso G, Micek A, Godos J, Pajak A, Sciacca S, Galvano F, **Boffetta P**. Health risk factors associated with meat, fruit and vegetable consumption in cohort studies: A comprehensive meta-analysis. PLoS One 2017;12:e0183787. PubMed PMID: 28850610; PubMed Central PMCID: PMC5574618.

337. Alicandro G, Frova L, Sebastiani G, El Sayed I, **Boffetta P**, La Vecchia C. Educational inequality in cancer mortality: a record linkage study of over 35 million Italians. Cancer Causes Control 2017;28:997-1006. PubMed PMID: 28748345.

338. Bamia C, Orfanos P, Juerges H, Schöttker B, Brenner H, Lorbeer R, Aadahl M, Matthews CE, Klinaki E, Katsoulis M, Lagiou P, Bueno-de-Mesquita HBA, Eriksson S, Mons U, Saum KU, Kubinova R, Pajak A, Tamosiunas A, Malyutina S, Gardiner J, Peasey A, de Groot LC, Wilsgaard T, **Boffetta P**, Trichopoulou A, Trichopoulos D. Self-rated health and all-cause and cause-specific mortality of older adults: Individual data meta-analysis of prospective cohort studies in the CHANCES Consortium. Maturitas 2017;103:37-44. PubMed PMID: 28778331.

339. Rota M, Pelucchi C, Bertuccio P, Matsuo K, Zhang ZF, Ito H, Hu J, Johnson KC, Palli D, Ferraroni M, Yu GP, Muscat J, Lunet N, Peleteiro B, Ye W, Song H, Zaridze D, Maximovitch D, Guevara M, Fernández-Villa T, Vioque J, Navarrete-Muñoz EM, Wolk A, Orsini N, Bellavia A, Håkansson N, Mu L, Persiani R, Kurtz RC, Lagiou A, Lagiou P, Galeone C, Bonzi R, **Boffetta P**, Boccia S, Negri E, La Vecchia C. Alcohol consumption and gastric cancer risk - A pooled analysis within the StoP Project Consortium. Int J Cancer 2017;141:1950-62. PubMed PMID: 28718913.

340. Kawakita D, Lee YA, Turati F, Parpinel M, Decarli A, Serraino D, Matsuo K, Olshan AF, Zevallos JP, Winn DM, Moysich K, Zhang ZF, Morgenstern H, Levi F, Kelsey K, McClean M, Bosetti C, Garavello W, Schantz S, Yu GP, **Boffetta P**, Chuang SC, Hashibe M, Ferraroni M, La Vecchia C, Edefonti V. Dietary fiber intake and head and neck cancer risk: A pooled analysis in the International Head and Neck Cancer Epidemiology consortium. Int J Cancer. 2017;141:1811-1182. PubMed PMID: 28710831.

341. Hashim D, Sartori S, Vecchia C, Serraino D, Maso LD, Negri E, Smith E, Levi F, Boccia S, Cadoni G, Luu HN, Lee YA, Hashibe M, **Boffetta P**. Hormone factors play a favorable role in female head and neck cancer risk. Cancer Med. 2017;6:1998-2007. PubMed PMID: 28707400.

342. Pira E, Coggiola M, Ciocan C, Romano C, La Vecchia C, Pelucchi C, **Boffetta P**. Mortality of talc miners and millers from Val Chisone, Northern Italy: An updated cohort study. J Occup Environ Med 2017;59:659-664. PubMed PMID: 28691999.

343. Mohamadkhani A, Pourshams A, Viti J, Cellai F, Mortazavi K, Sharafkhah M, Sotoudeh M, Malekzadeh R, **Boffetta P**, Peluso M. Pancreatic Cancer is associated with peripheral leukocyte oxidative DNA damage. Asian Pac J Cancer Prev. 2017;18:1349-1355. PubMed PMID: 28612585.

344. Alimohammadian M, Majidi A, Yaseri M, Ahmadi B, Islami F, Derakhshan A, Delavari A, Amani M, Feyz-Sani A, Poustchi H, Pourshams A, Sadjadi AM, Khoshnia M, Qaravi S, Abnet CC, Dawsey S, Brennan P, Kamangar F, **Boffetta P**, Sadjadi A, Malekzadeh R. Multimorbidity as an important issue among women: results of a gender difference investigation in a large population-based cross-sectional study in West Asia. BMJ Open 2017;7:e013548. PubMed PMID: 28490550.

345. Mundt KA, Gallagher AE, Dell LD, Natelson EA, **Boffetta P**, Gentry PR. Does occupational exposure to formaldehyde cause hematotoxicity and leukemia-specific chromosome changes in cultured myeloid progenitor cells? Crit Rev Toxicol 2017;47:592-602. PubMed PMID: 28462599.

346. Mons U, Müezzinler A, Schöttker B, Dieffenbach AK, Butterbach K, Schick M, Peasey A, De Vivo I, Trichopoulou A, **Boffetta P**, Brenner H. Leukocyte Telomere Length and All-Cause, Cardiovascular Disease, and Cancer Mortality: Results from individual-participant-data meta-analysis of 2 large prospective cohort studies. Am J Epidemiol 2017;185:1317-1326. PubMed

45

PMID: 28459963.

347. Vogtmann E, Etemadi A, Kamangar F, Islami F, Roshandel G, Poustchi H, Pourshams A, Khoshnia M, Gharravi A, Brennan PJ, **Boffetta P**, Dawsey SM, Malekzadeh R, Abnet CC. Oral health and mortality in the Golestan Cohort Study. Int J Epidemiol 2017;46:2028-35. PubMed PMID: 28449082.

348. Freisling H, Arnold M, Soerjomataram I, O'Doherty MG, Ordóñez-Mena JM, Bamia C, Kampman E, Leitzmann M, Romieu I, Kee F, Tsilidis K, Tjønneland A, **Boffetta P**, Benetou V, Bueno-de-Mesquita HBA, Huerta JM, Brenner H, Wilsgaard T, Jenab M. Comparison of general obesity and measures of body fat distribution in older adults in relation to cancer risk: meta-analysis of individual participant data of seven prospective cohorts in Europe. Br J Cancer 2017;116:1486-1497. PubMed PMID: 28441380.

349. Pira E, Romano C, Donato F, Pelucchi C, Vecchia C, **Boffetta P**. Mortality from cancer and other causes among Italian chrysotile asbestos miners. Occup Environ Med 2017;74:558-563. PubMed PMID: 28438787.

350. Steele CJ, Schöttker B, Marshall AH, Kouvonen A, O'Doherty MG, Mons U, Saum KU, **Boffetta P**, Trichopoulou A, Brenner H, Kee F. Education achievement and type 2 diabetes-what mediates the relationship in older adults? Data from the ESTHER study: a population-based cohort study. BMJ Open 2017;7:e013569. PubMed PMID: 28420660.

351. Farvid MS, Malekshah AF, Pourshams A, Poustchi H, Sepanlou SG, Sharafkhah M, Khoshnia M, Farvid M, Abnet CC, Kamangar F, Dawsey SM, Brennan P, Pharoah PD, **Boffetta P**, Willett WC, Malekzadeh R. Dairy food intake and all-cause, cardiovascular disease, and cancer mortality: The Golestan Cohort Study. Am J Epidemiol 2017;185:697-711. PubMed PMID: 28369205.

352. Aune D, Giovannucci E, **Boffetta P**, Fadnes LT, Keum N, Norat T, Greenwood DC, Riboli E, Vatten LJ, Tonstad S. Fruit and vegetable intake and the risk of cardiovascular disease, total cancer and all-cause mortality-a systematic review and dose-response meta-analysis of prospective studies. Int J Epidemiol 2017;46:1029-56. PubMed PMID: 28338704.

353. Malvezzi M, Carioli G, Bertuccio P, **Boffetta P**, Levi F, La Vecchia C, Negri E. European cancer mortality predictions for the year 2017, with focus on lung cancer. Ann Oncol 2017;281117-1123. PubMed PMID: 28327906.

354. Berendsen AA, Kang JH, van de Rest O, Jankovic N, Kampman E, Kiefte-de Jong JC, Franco OH, Ikram MA, Pikhart H, Nilsson LM, Brenner H, **Boffetta P**, Rafnsson SB, Gustafson D, Kyrozis A, Trichopoulou A, Feskens EJ, Grodstein F, de Groot LC. Association of adherence to a healthy diet with cognitive decline in European and American older adults: A meta-analysis within the CHANCES Consortium. Dement Geriatr Cogn Disord 2017;43:215-227. PubMed PMID: 28324877.

355. Leoncini E, **Boffetta P**, Shafir M, Aleksovska K, Boccia S, Rindi G. Increased incidence trend of low-grade and high-grade neuroendocrine neoplasms. Endocrine 2017;58:368-79. PubMed PMID: 28303513.

356. Chen Y, Wu F, Saito E, Lin Y, Song M, Luu HN, Gupta PC, Sawada N, Tamakoshi A, Shu XO, Koh WP, Xiang YB, Tomata Y, Sugiyama K, Park SK, Matsuo K, Nagata C, Sugawara Y, Qiao YL, You SL, Wang R, Shin MH, Pan WH, Pednekar MS, Tsugane S, Cai H, Yuan JM, Gao YT, Tsuji I, Kanemura S, Ito H, Wada K, Ahn YO, Yoo KY, Ahsan H, Chia KS, **Boffetta P**, Zheng W, Inoue M, Kang D, Potter JD. Association between type 2 diabetes and risk of cancer mortality: a pooled analysis of over 771,000 individuals in the Asia Cohort Consortium. Diabetologia 2017;60:1022-1032. PubMed PMID: 28265721.

357. Sluik D, Jankovic N, Hughes M, O'Doherty MG, Schöttker B, Drygas W, Rolandsson O, Männistö S, Ordóñez-Mena JM, Ferrieres J, Bamia C, de Gaetano G, Kiefte-De Jong JC, Franco OH, Sluijs I, Spijkerman AM, Sans S, Eriksson J, Kromhout D, Trichopoulou A, Wilsgaard T, Brenner H, Kuulasmaa K, Laatikainen T, Söderberg S, Iacoviello L, **Boffetta P**, Kee F, Feskens EJ. Alcoholic beverage preference and diabetes incidence across Europe: the Consortium on Health and Ageing Network of Cohorts in Europe and the United States (CHANCES) project. Eur J Clin Nutr. 2017;71:659-668. PubMed PMID: 28225055.

358. Birmann BM, Andreotti G, De Roos AJ, Camp NJ, Chiu BC, Spinelli JJ, Becker N, Benhaim-Luzon V, Bhatti P, **Boffetta P**, Brennan P, Brown EE, Cocco P, Costas L, Cozen W, de Sanjosé S, Foretová L, Giles GG, Maynadié M, Moysich KB, Nieters A, Staines A, Tricot G, Weisenburger

46

D, Zhang Y, Baris D, Purdue MP. Young adult and usual adult body mass index and multiple myeloma risk: a pooled analysis in the International Multiple Myeloma Consortium (IMMC). Cancer Epidemiol Biomarkers Prev 2017;26:876-885. PubMed PMID: 28223430.

359.   Kleinstern G, Abu Seir R, Perlman R, Khatib A, Abdeen Z, Elyan H, Nirel R, Amir G, Ramlawi A, Sabatin F, **Boffetta P**, Dann EJ, Kedmi M, Ellis M, Nagler A, Ben Yehuda D, Paltiel O. Ethnic variation in medical and lifestyle risk factors for B cell non-Hodgkin lymphoma: A case-control study among Israelis and Palestinians. PLoS One 2017;12:e0171709. PubMed PMID: 28196110; PubMed Central PMCID: PMC5308607.

360.   Law PJ, Berndt SI, Speedy HE, Camp NJ, Sava GP, Skibola CF, Holroyd A, Joseph V, Sunter NJ, Nieters A, Bea S, Monnereau A, Martin-Garcia D, Goldin LR, Clot G, Teras LR, Quintela I, Birmann BM, Jayne S, Cozen W, Majid A, Smedby KE, Lan Q, Dearden C, Brooks-Wilson AR, Hall AG, Purdue MP, Mainou-Fowler T, Vajdic CM, Jackson GH, Cocco P, Marr H, Zhang Y, Zheng T, Giles GG, Lawrence C, Call TG, Liebow M, Melbye M, Glimelius B, Mansouri L, Glenn M, Curtin K, Diver WR, Link BK, Conde L, Bracci PM, Holly EA, Jackson RD, Tinker LF, Benavente Y, **Boffetta P**, Brennan P, Maynadie M, McKay J, Albanes D, Weinstein S, Wang Z, Caporaso NE, Morton LM, Severson RK, Riboli E, Vineis P, Vermeulen RC, Southey MC, Milne RL, Clavel J, Topka S, Spinelli JJ, Kraft P, Ennas MG, Summerfield G, Ferri GM, Harris RJ, Miligi L, Pettitt AR, North KE, Allsup DJ, Fraumeni JF, Bailey JR, Offit K, Pratt G, Hjalgrim H, Pepper C, Chanock SJ, Fegan C, Rosenquist R, de Sanjose S, Carracedo A, Dyer MJ, Catovsky D, Campo E, Cerhan JR, Allan JM, Rothman N, Houlston R, Slager S. Genome-wide association analysis implicates dysregulation of immunity genes in chronic lymphocytic leukaemia. Nat Commun 2017;8:14175. PubMed PMID: 28165464.

361.   Olsson AC, Vermeulen R, Schüz J, Kromhout H, Pesch B, Peters S, Behrens T, Portengen L, Mirabelli D, Gustavsson P, Kendzia B, Almansa J, Luzon V, Vlaanderen J, Stücker I, Guida F, Consonni D, Caporaso N, Landi MT, Field J, Brüske I, Wichmann HE, Siemiatycki J, Parent ME, Richiardi L, Merletti F, Jöckel KH, Ahrens W, Pohlabeln H, Plato N, Tardón A, Zaridze D, McLaughlin J, Demers P, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Stanescu Dumitru R, Bencko V, Foretova L, Janout V, **Boffetta P**, Bueno-de-Mesquita B, Forastiere F, Brüning T, Straif K. Exposure-Response Analyses of Asbestos and Lung Cancer Subtypes in a Pooled Analysis of Case-Control Studies. Epidemiology 2017;28:288-99. PubMed PMID: 28141674.

362.   Golozar A, Khalili D, Etemadi A, Poustchi H, Fazeltabar A, Hosseini F, Kamangar F, Khoshnia M, Islami F, Hadaegh F, Brennan P, **Boffetta P**, Abnet CC, Dawsey SM, Azizi F, Malekzadeh R, Danaei G. White rice intake and incidence of type-2 diabetes: analysis of two prospective cohort studies from Iran. BMC Public Health 2017;17:133. PubMed PMID: 28137245; PubMed Central PMCID: PMC5282785.

363.   Fehringer G, Brenner DR, Zhang ZF, Lee YA, Matsuo K, Ito H, Lan Q, Vineis P, Johansson M, Overvad K, Riboli E, Trichopoulou A, Sacerdote C, Stucker I, **Boffetta P**, Brennan P, Christiani DC, Hong YC, Landi MT, Morgenstern H, Schwartz AG, Wenzlaff AS, Rennert G, McLaughlin JR, Harris CC, Olivo-Marston S, Orlow I, Park BJ, Zauderer M, Barros Dios JM, Ruano Raviña A, Siemiatycki J, Koushik A, Lazarus P, Fernández-Somoano A, Tardon A, Le Marchand L, Brenner H, Saum KU, Duell EJ, Andrew AS, Szeszenia-Dabrowska N, Lissowska J, Zaridze D, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Holcatova I, Pesatori AC, Consonni D, Olsson A, Straif K, Hung RJ. Alcohol and Lung Cancer Risk Among Never Smokers: A Pooled Analysis from the International Lung Cancer Consortium and the SYNERGY Study. Int J Cancer 2017;140:1976-84 PubMed PMID: 28120396.

364.   Farvid MS, Malekshah AF, Pourshams A, Poustchi H, Sepanlou SG, Sharafkhah M, Khoshnia M, Farvid M, Abnet CC, Kamangar F, Dawsey SM, Brennan P, Pharoah PD, **Boffetta P**, Willett WC, Malekzadeh R. Dietary Protein Sources and All-Cause and Cause-Specific Mortality: The Golestan Cohort Study in Iran. Am J Prev Med 2017;52:237-48. PubMed PMID: 28109460.

365.   Nagrani R, Mhatre S, Rajaraman P, Chatterjee N, Akbari MR, **Boffetta P**, Brennan P, Badwe R, Gupta S, Dikshit R. Association of Genome-Wide Association Study (GWAS) Identified SNPs and Risk of Breast Cancer in an Indian Population. Sci Rep 2017;7:40963. PubMed PMID: 28098224; PubMed Central PMCID: PMC5241870.

366.   Katsoulis M, Benetou V, Karapetyan T, Feskanich D, Grodstein F, Pettersson-Kymmer U,

47

Eriksson S, Wilsgaard T, Jørgensen L, Ahmed LA, Schöttker B, Brenner H, Bellavia A, Wolk A, Kubinova R, Stegeman B, Bobak M, **Boffetta P**, Trichopoulou A. Excess mortality after hip fracture in elderly persons from Europe and the USA: the CHANCES project. J Intern Med. 2017;281:300-10. PubMed PMID: 28093824.

367.  Berge W, Mundt K, Luu H, **Boffetta P**. Genital use of talc and risk of ovarian cancer: a meta-analysis. Eur J Cancer Prev 2018;27:248-57. PubMed PMID: 28079603.

368.  Mindlis I, **Boffetta P**. Mood disorders in first- and second-generation immigrants: systematic review and meta-analysis. Br J Psychiatry. 2017;210:182-9. PubMed PMID: 28069564.

369.  Manczuk M, Vaidean G, Dehghan M, Vedanthan R, **Boffetta P,** Zatonski WA. Ideal cardiovascular health is associated with self-rated health status. The Polish Norwegian Study (PONS). Int J Cardiol 2017;230:549-55. PubMed PMID: 28043659.

370.  Mukhtar F, **Boffetta P**, Risch HA, Park JY, Bubu OM, Womack L, Tran TV, Zgibor JC, Luu HN. Survival predictors of Burkitt's lymphoma in children, adults and elderly in the United States during 2000-2013. Int J Cancer 2017;140:1494-502. PubMed PMID: 28006853.

371.  Butler C, Lee YA, Li S, Li Q, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, **Boffetta P**, Zhang ZF, Dai M, Hashibe M. Diet and the risk of head-and-neck cancer among never-smokers and smokers in a Chinese population. Cancer Epidemiol 2017;46:20-6. PubMed PMID: 27918906.

372.  Aune D, Keum N, Giovannucci E, Fadnes LT, **Boffetta P**, Greenwood DC, Tonstad S, Vatten LJ, Riboli E, Norat T. Nut consumption and risk of cardiovascular disease, total cancer, all-cause and cause-specific mortality: a systematic review and dose-response meta-analysis of prospective studies. BMC Med 2016;14:207. PubMed PMID: 27916000; PubMed Central PMCID: PMC5137221.

373.  Halec G, Schmitt M, Egger S, Abnet CC, Babb C, Dawsey SM, Flechtenmacher C, Gheit T, Hale M, Holzinger D, Malekzadeh R, Taylor PR, Tommasino M, Urban MI, Waterboer T, Pawlita M, Sitas F; interSCOPE Collaboration. Mucosal alpha-papillomaviruses are not associated with esophageal squamous cell carcinomas: Lack of mechanistic evidence from South Africa, China and Iran and from a world-wide meta-analysis. Int J Cancer. 2016 Jul1; 139(1):85-98. PMID: 26529033; PMCID:PMC5772872.

374.  Hashim D, **Boffetta P**, Galsky M, Oh W, Lucchini R, Crane M, Luft B, Moline J, Udasin I, Harrison D, Taioli E. Prostate cancer characteristics in the World Trade Center cohort, 2002-2013. Eur J Cancer Prev 2018;60:536-41. PubMed PMID: 27898584.

375.  Rahmati A, Shakeri R, Khademi H, Poutschi H, Pourshams A, Etemadi A, Khoshnia M, Sohrabpour AA, Aliasgari A, Jafari E, Islami F, Semnani S, Gharravi A, Abnet CC, Pharoah PD, Brennan P, **Boffetta P**, Dawsey SM, Malekzadeh R, Kamangar F. Mortality from respiratory diseases associated with opium use: a population-based cohort study. Thorax 2017;72:1028-34. PMID: 27885167.

376.  Etemadi A, Khademi H, Kamangar F, Freedman ND, Abnet CC, Brennan P, Malekzadeh R; **Golestan Cohort Study Team**.. Hazards of cigarettes, smokeless tobacco and waterpipe in a Middle Eastern Population: a Cohort Study of 50 000 individuals from Iran. Tob Control 2017;26:674-82. PMID: 27872345.

377.  Fazel-Tabar Malekshah A, Zaroudi M, Etemadi A, Islami F, Sepanlou S, Sharafkhah M, Keshtkar AA, Khademi H, Poustchi H, Hekmatdoost A, Pourshams A, Feiz Sani A, Jafari E, Kamangar F, Dawsey SM, Abnet CC, Pharoah PD, Brennan PJ, **Boffetta P**, Esmaillzadeh A, Malekzadeh R. The Combined Effects of Healthy Lifestyle Behaviors on All-Cause Mortality: The Golestan Cohort Study. Arch Iran Med 2016;19:752-61. PMID: 27845543.

378.  Pelucchi C, Rosato V, Bracci PM, Li D, Neale RE, Lucenteforte E, Serraino D, Anderson KE, Fontham E, Holly EA, Hassan MM, Polesel J, Bosetti C, Strayer L, Su J, **Boffetta P**, Duell EJ, La Vecchia C. Dietary Acrylamide and the Risk of Pancreatic Cancer in the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol 2017;28:408-414 PMID: 27836886.

379.  Bigert C, Gustavsson P, Straif K, Taeger D, Pesch B, Kendzia B, Schüz J, Stücker I, Guida F, Brüske I, Wichmann HE, Pesatori AC, Landi MT, Caporaso N, Tse LA, Yu IT, Siemiatycki J, Lavoué J, Richiardi L, Mirabelli D, Simonato L, Jöckel KH, Ahrens W, Pohlabeln H, Tardón A, Zaridze D, Field JK, 't Mannetje A, Pearce N, McLaughlin J, Demers P, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Stanescu Dumitru R, Bencko V, Foretova L, Janout V,

**Boffetta P**, Peters S, Vermeulen R, Kromhout H, Brüning T, Olsson AC. Lung Cancer Among Firefighters: Smoking-Adjusted Risk Estimates in a Pooled Analysis of Case-Control Studies. J Occup Environ Med 2016;58:1137-43. PMID: 27820764.

380. Jankovic N, Geelen A, Winkels RM, Mwungura B, Fedirko V, Jenab M, Illner AK, Brenner H, Ordonez-Mena JM, Kiefte-de Jong JC, Franco OH, Orfanos P, Trichopoulou A, **Boffetta P**, Agudo A, Peeters PH, Tjonneland A, Hallmans G, Bueno-de-Mesquita HB, Park Y, Feskens EJ, de Groot LC, Kampman E. Adherence to the WCRF/AICR Dietary Recommendations for Cancer Prevention and Risk of Cancer in Elderly from Europe and the United States: A Meta-Analysis within the CHANCES Project. Cancer Epidemiol Biomarkers Prev 2017;26:136-44. PMID: 27793797.

381. Malhotra J, Waterboer T, Pawlita M, Michel A, Cai Q, Zheng W, Gao YT, Lan Q, Rothman N, Langseth H, Grimsrud TK, Yuan JM, Koh WP, Wang R, Arslan AA, Zeleniuch-Jacquotte A, **Boffetta P**. Serum biomarkers of polyomavirus infection and risk of lung cancer in never smokers. Br J Cancer 2016;115:1131-9. PMID: 27632373.

382. **Boffetta P**, Fordyce TA, Mandel JS. A mortality study of beryllium workers. Cancer Med 2016;5:3596-605. PMID: 27766788.

383. Wang JB, Fan YG, Jiang Y, Li P, Xiao HJ, Chen WQ, Wei WQ, Zhou QH, Qiao YL, **Boffetta P**. Attributable causes of lung cancer incidence and mortality in China.  Thorac Cancer 2011;2:156-63. PMID: 27755858.

384. Khankari NK, Shu XO, Wen W, Kraft P, Lindström S, Peters U, Schildkraut J, Schumacher F, **Boffetta P**, Risch A, Bickeböller H, Amos CI, Easton D, Eeles RA, Gruber SB, Haiman CA, Hunter DJ, Chanock SJ, Pierce BL, Zheng W; Colorectal Transdisciplinary Study (CORECT); Discovery, Biology, and Risk of Inherited Variants in Breast Cancer (DRIVE); Elucidating Loci Involved in Prostate Cancer Susceptibility (ELLIPSE); Transdisciplinary Research in Cancer of the Lung (TRICL). Association between adult height and risk of colorectal, lung, and prostate cancer: Results from meta-analyses of prospective studies and Mendelian randomization analyses. PLoS Med 2016;13:e1002118. PMID: 27598322; PMCID: PMC5012582.

385. Lesseur C, Diergaarde B, Olshan AF, Wünsch-Filho V, Ness AR, Liu G, Lacko M, Eluf-Neto J, Franceschi S, Lagiou P, Macfarlane GJ, Richiardi L, Boccia S, Polesel J, Kjaerheim K, Zaridze D, Johansson M, Menezes AM, Curado MP, Robinson M, Ahrens W, Canova C, Znaor A, Castellsagué X, Conway DI, Holcátová I, Mates D, Vilensky M, Healy CM, Szeszenia-Dąbrowska N, Fabiánová E, Lissowska J, Grandis JR, Weissler MC, Tajara EH, Nunes FD, de Carvalho MB, Thomas S, Hung RJ, Peters WH, Herrero R, Cadoni G, Bueno-de-Mesquita HB, Steffen A, Agudo A, Shangina O, Xiao X, Gaborieau V, Chabrier A, Anantharaman D, **Boffetta P**, Amos CI, McKay JD, Brennan P. Genome-wide association analyses identify new susceptibility loci for oral cavity and pharyngeal cancer. Nat Genet 2016;48:1544-5. PMID: 27749845.

386. **Boffetta P**, Catalani S, Tomasi C, Pira E, Apostoli P. Occupational exposure to polychlorinated biphenyls and risk of cutaneous melanoma: a meta-analysis. Eur J Cancer Prev 2018;27:62-9. PMID: 27749494.

387. Wyss AB, Hashibe M, Lee YA, Chuang SC, Muscat J, Chen C, Schwartz SM, Smith E, Zhang ZF, Morgenstern H, Wei Q, Li G, Kelsey KT, McClean M, Winn DM, Schantz S, Yu GP, Gillison ML, Zevallos JP, **Boffetta P**, Olshan AF. Smokeless tobacco use and the risk of head and neck cancer: Pooled analysis of US studies in the INHANCE Consortium. Am J Epidemiol 2016;184:703-16. PMID: 27744388.

388. **Boffetta P**, Hashim D. Exposure to silicon carbide and cancer risk: a systematic review. Int Arch Occup Environ Health 2017;90:1-12. PMID: 27628329.

389. Donato F, Garzaro G, Pira E, **Boffetta P**. Mortality and cancer morbidity among cement production workers: a meta-analysis. Int Arch Occup Environ Health 2016;89:1155-68. PMID: 27604876.

390. Nagrani R, Mhatre S, Rajaraman P, Soerjomataram I, **Boffetta P**, Gupta S, Parmar V, Badwe R, Dikshit R. Central obesity increases risk of breast cancer irrespective of menopausal and hormonal receptor status in women of South Asian Ethnicity. Eur J Cancer 2016;66:153-61. PMID:

27573429; PMCID: PMC5040194.

391. Amin S, **Boffetta P**, Lucas AL. The role of common pharmaceutical agents on the prevention and treatment of pancreatic cancer. Gut Liver 2016;10:665-71. PMID: 27563018; PMCID: PMC5003188.

392. Praud D, Rota M, Pelucchi C, Bertuccio P, Rosso T, Galeone C, Zhang ZF, Matsuo K, Ito H, Hu J, Johnson KC, Yu GP, Palli D, Ferraroni M, Muscat J, Lunet N, Peleteiro B, Malekzadeh R, Ye W, Song H, Zaridze D, Maximovitch D, Aragonés N, Castaño-Vinyals G, Vioque J, Navarrete-Muñoz EM, Pakseresht M, Pourfarzi F, Wolk A, Orsini N, Bellavia A, Håkansson N, Mu L, Pastorino R, Kurtz RC, Derakhshan MH, Lagiou A, Lagiou P, **Boffetta P**, Boccia S, Negri E, La Vecchia C. Cigarette smoking and gastric cancer in the Stomach Cancer Pooling (StoP) Project. Eur J Cancer Prev 2018;27:124-33. PMID: 27560662.

393. Sluik D, Jankovic N, O'Doherty MG, Geelen A, Schöttker B, Rolandsson O, Kiefte-de Jong JC, Ferrieres J, Bamia C, Fransen HP, Boer JM, Eriksson S, Martínez B, Huerta JM, Kromhout D, de Groot LC, Franco OH, Trichopoulou A, **Boffetta P**, Kee F, Feskens EJ. Alcoholic beverage preference and dietary habits in elderly across Europe: Analyses within the Consortium on Health and Ageing: Network of Cohorts in Europe and the United States (CHANCES) Project. PLoS One 2016;11:e0161603. PMID: 27548323; PMCID: PMC4993358.

394. Alicandro G, Rota M, **Boffetta P**, La Vecchia C. Occupational exposure to polycyclic aromatic hydrocarbons and lymphatic and hematopoietic neoplasms: a systematic review and meta-analysis of cohort studies. Arch Toxicol 2016;90:2643-56. PubMed PMID: 27530719.

395. Mamluk L, O'Doherty MG, Orfanos P, Saitakis G, Woodside JV, Liao LM, Sinha R, **Boffetta P**, Trichopoulou A, Kee F. Fruit and vegetable intake and risk of incident of type 2 diabetes: results from the consortium on health and ageing network of cohorts in Europe and the United States (CHANCES). Eur J Clin Nutr 2017;71:83-91. PubMed PMID: 27530474.

396. Fortes C, Mastroeni S, Bottà G, **Boffetta P**, Antonelli G, Venanzetti F. Glutathione S-transferase M1 null genotype, household pesticides exposure and cutaneous melanoma. Melanoma Res 2016;26:625-30. PMID: 27540835.

397. Pira E, Romano C, Violante FS, Farioli A, Spatari G, La Vecchia C, **Boffetta P**. Updated mortality study of a cohort of asbestos textile workers. Cancer Med 2016;5:2623-8.  PMID: 27457053.

398. Carbone M, Kanodia S, Chao A, Miller A, Wali A, Weissman D, Adjei A, Baumann F, **Boffetta P**, Buck B, de Perrot M, Dogan AU, Gavett S, Gualtieri A, Hassan R, Hesdorffer M, Hirsch FR, Larson D, Mao W, Masten S, Pass HI, Peto J, Pira E, Steele I, Tsao A, Woodard GA, Yang H, Malik S. Consensus Report of the 2015 Weinman International Conference on Mesothelioma. J Thorac Oncol 2016;11:1246-62.  PMID: 27453164.

399. Besa C, Lewis S, Pandharipande PV, Chhatwal J, Kamath A, Cooper N, Knight-Greenfield A, Babb JS, **Boffetta P**, Padron N, Sirlin CB, Taouli B. Hepatocellular carcinoma detection: diagnostic performance of a simulated abbreviated MRI protocol combining diffusion-weighted and T1-weighted imaging at the delayed phase post gadoxetic acid. Abdom Radiol 2016;42:179-90. PMID: 27448609.

400. Amin S, Mhango G, Lin J, Aronson A, Wisnivesky J, **Boffetta P**, Lucas AL. Metformin improves survival in patients with pancreatic ductal adenocarcinoma and pre-existing diabetes: A propensity score analysis. Am J Gastroenterol 2016;111:1350-7.  PMID: 27430290.

401. Shakeri R, Kamangar F, Mohamadnejad M, Tabrizi R, Zamani F, Mohamadkhani A, Nikfam S, Nikmanesh A, Sotoudeh M, Sotoudehmanesh R, Shahbazkhani B, Ostovaneh MR, Islami F, Poustchi H, **Boffetta P**, Malekzadeh R, Pourshams A. Opium use, cigarette smoking, and alcohol consumption in relation to pancreatic cancer. Medicine 2016;95:e3922. PMID: 27428185.

402. Gao C, Patel CJ, Michailidou K, Peters U, Gong J, Schildkraut J, Schumacher FR, Zheng W, **Boffetta P**, Stucker I, Willett W, Gruber S, Easton DF, Hunter DJ, Sellers TA, Haiman C, Henderson BE, Hung RJ, Amos C, Pierce BL, Lindström S, Kraft P; on behalf of: the Colorectal Transdisciplinary Study (CORECT); Discovery, Biology and Risk of Inherited Variants in Breast Cancer (DRIVE); Elucidating Loci Involved in Prostate Cancer Susceptibility (ELLIPSE); Follow-up of Ovarian Cancer Genetic Association and Interaction Studies (FOCI); and

Transdisciplinary Research in Cancer of the Lung (TRICL). Mendelian randomization study of adiposity-related traits and risk of breast, ovarian, prostate, lung and colorectal cancer. Int J Epidemiol 2016;45:896-908.  PMID: 27427428.

403. Behrens T, Groß I, Siemiatycki J, Conway DI, Olsson A, Stücker I, Guida F, Jöckel KH, Pohlabeln H, Ahrens W, Brüske I, Wichmann HE, Gustavsson P, Consonni D, Merletti F, Richiardi L, Simonato L, Fortes C, Parent ME, McLaughlin J, Demers P, Landi MT, Caporaso N, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Tardón A, Field JK, Dumitru RS, Bencko V, Foretova L, Janout V, Kromhout H, Vermeulen R, **Boffetta P**, Straif K, Schüz J, Hovanec J, Kendzia B, Pesch B, Brüning T. Occupational prestige, social mobility and the association with lung cancer in men. BMC Cancer 2016;16:395. PMID: 27388894; PMCID: PMC4936282.

404. Aune D, Keum N, Giovannucci E, Fadnes LT, **Boffetta P**, Greenwood DC, Tonstad S, Vatten LJ, Riboli E, Norat T. Whole grain consumption and risk of cardiovascular disease, cancer, and all cause and cause specific mortality: systematic review and dose-response meta-analysis of prospective studies. BMJ 2016;353:i2716. PMID: 27301975.

405. Arnold M, Freisling H, Stolzenberg-Solomon R, Kee F, O'Doherty MG, Ordóñez-Mena JM, Wilsgaard T, May AM, Bueno-de-Mesquita HB, Tjønneland A, Orfanos P, Trichopoulou A, **Boffetta P**, Bray F, Jenab M, Soerjomataram I; CHANCES consortium. Overweight duration in older adults and cancer risk: a study of cohorts in Europe and the United States. Eur J Epidemiol 2016;31:893-904. PMID: 27300353.

406. Mitter SS, Vedanthan R, Islami F, Pourshams A, Khademi H, Kamangar F, Abnet CC, Dawsey SM, Pharoah PD, Brennan P, Fuster V, **Boffetta P**, Malekzadeh R. Household fuel use and cardiovascular disease mortality: Golestan Cohort Study. Circulation 2016;133:2360-9.  PMID: 27297340; PMCID: PMC4910632.

407. Galsky MD, Stensland K, Sfakianos JP, Mehrazin R, Diefenbach M, Mohamed N, Tsao CK, **Boffetta P**, Wiklund P, Oh WK, Mazumdar M, Ferket B. Comparative effectiveness of treatment strategies for bladder cancer with clinical evidence of regional lymph node Iinvolvement. J Clin Oncol 2016;34:2627-35. PMID: 27269939.

408. Lucas AL, Malvezzi M, Carioli G, Negri E, La Vecchia C, **Boffetta P**, Bosetti C. Global trends in pancreatic cancer mortality from 1980 through 2013 and predictions for 2017. Clin Gastroenterol Hepatol 2016;14:1452-62. PMID: 27266982.

409. Dankner R, **Boffetta P**, Balicer RD, Boker LK, Sadeh M, Berlin A, Olmer L, Goldfracht M, Freedman LS. Time-dependent risk of cancer after a diabetes diagnosis in a cohort of 2.3 million adults. Am J Epidemiol 2016;183:1098-106. PMID: 27257115.

410. Hashim D, Sartori S, Brennan P, Curado MP, Wünsch-Filho V, Divaris K, Olshan AF, Zevallos JP, Winn DM, Franceschi S, Castellsagué X, Lissowska J, Rudnai P, Matsuo K, Morgenstern H, Chen C, Vaughan TL, Hofmann JN, D'Souza G, Haddad RI, Wu H, Lee YC, Hashibe M, La Vecchia C, **Boffetta P**. The role of oral hygiene in head and neck cancer: Results from International Head and Neck Cancer Epidemiology (INHANCE) Consortium. Ann Oncol 2016;27:1619-25. PMID: 27234641.

411. Brenner DR, Brennan P, **Boffetta P**, Amos CI, Spitz MR, Chen C, Goodman G, Heinrich J, Bickebölier H, Rosenberg A, Risch A,Muley T, McLaughlin JR, Benhamou S, Bouchardy C, Lewinger JP, Witte JS, Chen G, Bull S, Hung RJ. Erratum to:Hierarchical modeling identifies novel lung cancer susceptibility variants in inflammation pathways among 10, 140 cases and 11,012 controls. Hum Genet.2016 Aug;135(8):963. Doi:10.1007/s00439-016-1692-4. Erratum for:Hum Genet.2013 May;132(5):579-89. PMID: 27264937.

412. De Stefani E, **Boffetta P**, Ronco A, Deneo-Pellegrini H. Meat consumption, related nutrients, obesity and risk of prostate cancer: a case-control study in Uruguay. Asian Pac J Cancer Prev 2016;17:1937-45. PMID: 27221879.

413. Dankner R, **Boffetta P**, Keinan-Boker L, Balicer RD, Berlin A, Olmer L, Murad H, Silverman B, Hoshen M, Freedman LS. Diabetes, prostate cancer screening and risk of low- and high-grade prostate cancer: an 11 year historical population follow-up study of more than 1 million men. Diabetologia 2016;59:1683-91. PMID: 27189066.

414.    Malhotra J, Malvezzi M, Negri E, La Vecchia C, **Boffetta P**. Risk factors for lung cancer worldwide. Eur Respir J 2016;48:889-902. PMID: 27174888.

415.    Lucas AL, Bosetti C, **Boffetta P**, Negri E, Tavani A, Serafini M, Polesel J, Serraino D, La Vecchia C, Rossi M. Dietary total antioxidant capacity and pancreatic cancer risk: an Italian case-control study. Br J Cancer 2016;115:102-7. PMID: 27172251.

416.    Tsilidis KK, Papadimitriou N, Capothanassi D, Bamia C, Benetou V, Jenab M, Freisling H, Kee F, Nelen A, O'Doherty MG, Scott A, Soerjomataram I, Tjønneland A, May AM, Ramón Quirós J, Pettersson-Kymmer U, Brenner H, Schöttker B, Ordóñez-Mena JM, Karina Dieffenbach A, Eriksson S, Bøgeberg Mathiesen E, Njølstad I, Siganos G, Wilsgaard T, **Boffetta P**, Trichopoulos D, Trichopoulou A. Burden of  cancer in a large consortium of prospective cohorts in Europe. J Natl Cancer Inst 2016;108:djw127. PMID: 27154917.

417.    Bravi F, Tavani A, Bosetti C, **Boffetta P**, La Vecchia C. Coffee and the risk of hepatocellular carcinoma and chronic liver disease: a systematic review and meta-analysis of prospective studies. Eur J Cancer Prev 2017;26:368-377. PMID: 27111112.

418.    Hashim D, Manczuk M, Holcombe R, Lucchini R, **Boffetta P**. Cancer mortality disparities among New York City's Upper Manhattan neighborhoods. Eur J Cancer Prev 2017;26:453-460. PMID: 27104595.

419.    Benetou V, Orfanos P, Feskanich D, Michaëlsson K, Pettersson-Kymmer U, Eriksson S, Grodstein F, Wolk A, Bellavia A, Ahmed LA, **Boffetta P**, Trichopoulou A. Fruit and vegetable intake and hip fracture incidence in older men and women: The CHANCES Project. J Bone Miner Res 2016;31:1743-52. PMID: 27061845.

420.    Leon ME, Lugo A, **Boffetta P**, Gilmore A, Ross H, Schüz J, La Vecchia C, Gallus S. Smokeless tobacco use in Sweden and other 17 European countries. Eur J Public Health 2016 ;26:817-21. PMID: 27048433.

421.    Davis A, Tao MH, Chen J, Scelo G, Bencko V, Fabianova E, Foretova L, Janout V, Lissowska J, Mates D, Mates IN, Rudnai P, Zaridze D, **Boffetta P**. No association between global DNA methylation in peripheral blood and lung cancer risk in nonsmoking women: results from a multicenter study in Eastern and Central Europe. Eur J Cancer Prev 2018;27:1-5. PMID: 27045934.

422.    Ordóñez-Mena JM, Schöttker B, Mons U, Jenab M, Freisling H, Bueno-de-Mesquita  B, O'Doherty MG, Scott A, Kee F, Stricker BH, Hofman A, de Keyser CE, Ruiter R, Söderberg S, Jousilahti P, Kuulasmaa K, Freedman ND, Wilsgaard T, de Groot LC, Kampman E, Håkansson N, Orsini N, Wolk A, Nilsson LM, Tjønneland A, Pająk A, Malyutina S, Kubínová R, Tamosiunas A, Bobak M, Katsoulis M, Orfanos P, **Boffetta P**, Trichopoulou A, Brenner H; Consortium on Health and Ageing: Network of Cohorts in Europe and the United States (CHANCES). Quantification of the smoking-associated cancer risk with rate advancement periods: meta-analysis of individual participant data from cohorts of the CHANCES consortium. BMC Med 2016;14:62. PMID: 27044418; PMCID: PMC4820956.

423.    Galarraga V, **Boffetta** P. Coffee drinking and risk of lung cancer – A meta-Analysis. Cancer Epidemiol Biomarkers Prev 2016;25:951-7. PMID: 27021045.

424.    Machiela MJ, Lan Q, Slager SL, Vermeulen RC, Teras LR, Camp NJ, Cerhan JR, Spinelli JJ, Wang SS, Nieters A, Vijai J, Yeager M, Wang Z, Ghesquières H, McKay J, Conde L, de Bakker PI, Cox DG, Burdett L, Monnereau A, Flowers CR, De Roos AJ, Brooks-Wilson AR, Giles GG, Melbye M, Gu J, Jackson RD, Kane E, Purdue MP, Vajdic CM, Albanes D, Kelly RS, Zucca M, Bertrand KA, Zeleniuch-Jacquotte A, Lawrence C, Hutchinson A, Zhi D, Habermann TM, Link BK, Novak AJ, Dogan A, Asmann YW, Liebow M, Thompson CA, Ansell SM, Witzig TE, Tilly H, Haioun C, Molina TJ, Hjalgrim H, Glimelius B, Adami HO, Roos G, Bracci PM, Riby J, Smith MT, Holly EA, Cozen W, Hartge P, Morton LM, Severson RK, Tinker LF, North KE, Becker N, Benavente Y, **Boffetta P**, Brennan P, Foretova L, Maynadie M, Staines A, Lightfoot T, Crouch S, Smith A, Roman E, Diver WR, Offit K, Zelenetz A, Klein RJ, Villano DJ, Zheng T, Zhang Y, Holford TR, Turner J, Southey MC, Clavel J, Virtamo J, Weinstein S, Riboli E, Vineis P, Kaaks R, Boeing H, Tjønneland A, Angelucci E, Di Lollo S, Rais M, De Vivo I, Giovannucci E, Kraft P, Huang J, Ma B, Ye Y, Chiu BC, Liang L, Park JH, Chung CC, Weisenburger DD, Fraumeni JF Jr,

52

Salles G, Glenn M, Cannon-Albright L, Curtin K, Wu X, Smedby KE, de Sanjose S, Skibola CF, Berndt SI, Birmann BM, Chanock SJ, Rothman N. Genetically predicted longer telomere length is associated with increased risk of B-cell lymphoma subtypes. Hum Mol Genet 2016;25:1663-76. MID: 27008888.

425. Berndt SI, Camp NJ, Skibola CF, Vijai J, Wang Z, Gu J, Nieters A, Kelly RS, Smedby KE, Monnereau A, Cozen W, Cox A, Wang SS, Lan Q, Teras LR, Machado M, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Vajdic CM, Cocco P, Zhang Y, Giles GG, Zeleniuch-Jacquotte A, Lawrence C, Montalvan R, Burdett L, Hutchinson A, Ye Y, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Cunningham JM, Allmer C, Hjalgrim H, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Arnett DK, Zhi D, Leach JM, Holly EA, Jackson RD, Tinker LF, Benavente Y, Sala N, Casabonne D, Becker N, **Boffetta P**, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Chaffee KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Leis JF, Weinberg JB, Caporaso NE, Norman AD, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Southey MC, Milne RL, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Villano DJ, Maria A, Spinelli JJ, Gascoyne RD, Connors JM, Bertrand KA, Giovannucci E, Kraft P, Kricker A, Turner J, Ennas MG, Ferri GM, Miligi L, Liang L, Ma B, Huang J, Crouch S, Park JH, Chatterjee N, North KE, Snowden JA, Wright J, Fraumeni JF, Offit K, Wu X, de Sanjose S, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Meta-analysis of genome-wide association studies discovers multiple loci for chronic lymphocytic leukemia. Nat Commun 2016;7:10933. PMID: 26956414; PMCID: PMC4786871.

426. Eslamparast T, Sharafkhah M, Poustchi H, Hashemian M, Dawsey SM, Freedman ND, **Boffetta P**, Abnet CC, Etemadi A, Pourshams A, Malekshah AF, Islami F, Kamangar F, Merat S, Brennan P, Hekmatdoost A, Malekzadeh R. Nut consumption and total and cause-specific mortality: results from the Golestan Cohort Study. Int J Epidemiol 2017;46(:75-85 PMID: 26946539.

427. Aune D, Vatten LJ, **Boffetta P**. Tobacco smoking and the risk of gallbladder disease. Eur J Epidemiol 2016;31:643-53. PMID: 26898907.

428. Ahmadi B, Alimohammadian M, Yaseri M, Majidi A, Boreiri M, Islami F, Poustchi H, Derakhshan MH, Feizesani A, Pourshams A, Abnet CC, Brennan P, Dawsey SM, Kamangar F, **Boffetta P**, Sadjadi A, Malekzadeh R. Multimorbidity: Epidemiology and risk Factors in the Golestan Cohort Study, Iran: A cross-sectional analysis. Medicine 2016;95:e2756. PMID: 26886618.

429. Boniol M, Koechlin A, Świątkowska B, Sorahan T, Wellmann J, Taeger D, Jakobsson K, Pira E, **Boffetta P**, La Vecchia C, Pizot C, Boyle P. Cancer mortality in cohorts of workers in the European rubber manufacturing industry first employed since 1975. Ann Oncol 2016;27:933-41. PMID: 26884594.

430. Schöttker B, Rathmann W, Herder C, Thorand B, Wilsgaard T, Njølstad I, Siganos G, Mathiesen EB, Saum KU, Peasey A, Feskens E, **Boffetta P**, Trichopoulou A, Kuulasmaa K, Kee F, Brenner H; CHANCES group. HbA1c levels in non-diabetic older adults - No J-shaped associations with primary cardiovascular events, cardiovascular and all-cause mortality after adjustment for confounders in a meta-analysis of individual participant data from six cohort studies. BMC Med 2016;14:26. PMID: 26867584; PMCID: PMC4751667.

431. Azevedo E Silva G, de Moura L, Curado MP, Gomes Fda S, Otero U, Rezende LF, Daumas RP, Guimarães RM, Meira KC, Leite Ida C, Valente JG, Moreira RI, Koifman R, Malta DC, Mello MS, Guedes TW, **Boffetta P**. The fraction of cancer attributable to ways of fife, infections, occupation, and environmental agents in Brazil in 2020. PLoS One 2016;11:e0148761. PMID: 26863517.

432. Modabbernia A, Mollon J, **Boffetta P**, Reichenberg A. Impaired gas exchange at birth and risk of intellectual disability and autism: A meta-analysis. J Autism Dev Disord 2016;46:1847-59. PMID: 26820632.

433. Malvezzi M, Carioli G, Bertuccio P, Rosso T, **Boffetta P**, Levi F, La Vecchia C, Negri E. European cancer mortality predictions for the year 2016 with focus on leukemias. Ann Oncol

2016;27:725-31. PMID: 26812903.

434. Hashim D, **Boffetta P**, La Vecchia C, Rota M, Bertuccio P, Malvezzi M, Negri E. The global decrease in cancer mortality: trends and disparities. Ann Oncol 2016;27:926-33. PMID: 26802157.

435. Galsky MD, Stensland KD, Moshier E, Sfakianos JP, McBride RB, Tsao CK, Casey M, **Boffetta P**, Oh WK, Mazumdar M, Wisnivesky JP. Effectiveness of adjuvant chemotherapy for locally advanced bladder cancer. J Clin Oncol 2016;34:825-32. PMID: 26786930.

436. O'Doherty MG, Cairns K, O'Neill V, Lamrock F, Jørgensen T, Brenner H, Schöttker B, Wilsgaard T, Siganos G, Kuulasmaa K, **Boffetta P**, Trichopoulou A, Kee F. Effect of major lifestyle risk factors, independent and jointly, on life expectancy with and without cardiovascular disease: results from the Consortium on Health and Ageing Network of Cohorts in Europe and the United States (CHANCES). Eur J Epidemiol 2016;31:455-68. PMID: 26781655.

437. Chang ET, Adami HO, **Boffetta P**, Wedner HJ, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and immunological health conditions in humans. Crit Rev Toxicol 2016:1-53.PMID: 26761418.

438. Rafiq R, Shah IA, Bhat GA, Lone MM, Islami F, **Boffetta P,** Dar NA. Secondhand smoking and the risk of esophageal squamous cell carcinoma in a high incidence region, Kashmir, India: A case-control-observational study. Medicine 2016;95:e2340. PMID: 26735535.

439. **Boffetta P**, Zeig-Owens R, Wallenstein S, Li J, Brackbill R, Cone J, Farfel M,  Holden W, Lucchini R, Webber MP, Prezant D, Stellman SD. Cancer in World Trade Center responders: Findings from multiple cohorts and options for future study. Am J Ind Med 2016 Jan;59:96-105. PMID: 26725936.

440. Huang YH, Lee YC, Li Q, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, **Boffetta P**, Zhang ZF, Dai M, Hashibe M. Family history of cancer and head and neck cancer risk in a Chinese population. Asian Pac J Cancer Prev 2015;16:8003-8. PMID: 26625833.

441. Lucas AL, Bravi F, **Boffetta P**, Polesel J, Serraino D, Vecchia C, Bosetti C. Adherence to World Cancer Research Fund/American Institute for Cancer Research recommendations and pancreatic cancer risk. Cancer Epidemiol 2015;40:15-21. PMID: 26605429.

442. Nagrani R, Mhatre S, **Boffetta P**, Rajaraman P, Badwe R, Gupta S, Romieu I, Parmar V, Dikshit R. Understanding rural-urban differences in risk factors for breast cancer in an Indian population. Cancer Causes Control 2015; 27:199-208. PMID: 26589416.

443. Li S, Lee YA, Li Q, Chen CJ, Hsu WL, Lou PJ, Zhu C, Pan J, Shen H, Ma H, Cai L, He B, Wang Y, Zhou X, Ji Q, Zhou B, Wu W, Ma J, **Boffetta P**, Zhang ZF, Dai M, Hashibe M. Oral lesions, chronic diseases and the risk of head and neck cancer. Oral Oncol 2015 ;51:1082-7. PMID: 26526128

444. Islami F, Liu Y, Jemal A, Zhou J, Weiderpass E, Colditz G, **Boffetta P**, Weiss M. Breastfeeding and breast cancer risk by receptor status-a systematic review and meta-analysis. Ann Oncol 2015; 26:2398-407. PMID: 26504151

445. Kim CH, Lee YA, Hung RJ, **Boffetta P**, Xie D, Wampfler JA, Cote ML, Chang SC, Ugolini D, Neri M, Le Marchand L, Schwartz AG, Morgenstern H, Christiani DC, Yang P, Zhang ZF. Secondhand tobacco smoke exposure and lung adenocarcinoma in situ/minimally invasive adenocarcinoma (AIS/MIA). Cancer Epidemiol Biomarkers Prev 2015;24:1902-6. PMID: 26503035

446. Costas L, Lambert BH, Birmann BM, Moysich KB, De Roos AJ, Hofmann JN, Baris D, Wang SS, Camp NJ, Tricot G, Atanackovic D, Brennan P, Cocco P, Nieters A, Becker N, Maynadie M, Foretova L, **Boffetta P**, Staines A, Brown EE, de Sanjose S. A pooled analysis of reproductive factors, exogenous hormone use and risk of multiple myeloma among women in the International Multiple Myeloma Consortium. Cancer Epidemiol Biomarkers Prev 2016;25:217-21. PMID: 26464426

447. Sampson JN, Wheeler WA, Yeager M, Panagiotou O, Wang Z, Berndt SI, Lan Q, Abnet CC, Amundadottir LT, Figueroa JD, Landi MT, Mirabello L, Savage SA, Taylor PR, Vivo ID, McGlynn KA, Purdue MP, Rajaraman P, Adami HO, Ahlbom A, Albanes D, Amary MF, An SJ,

Andersson U, Andriole G Jr, Andrulis IL, Angelucci E, Ansell SM, Arici C, Armstrong BK, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Becker N, Benavente Y, Benhamou S, Berg C, Van Den Berg D, Bernstein L, Bertrand KA, Birmann BM, Black A, Boeing H, **Boffetta P**, Boutron-Ruault MC, Bracci PM, Brinton L, Brooks-Wilson AR, Bueno-de-Mesquita HB, Burdett L, Buring J, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Carrato A, Carreon T, Carta A, Chan JK, Chang ET, Chang GC, Chang IS, Chang J, Chang-Claude J, Chen CJ, Chen CY, Chen C, Chen CH, Chen C, Chen H, Chen K, Chen KY, Chen KC, Chen Y, Chen YH, Chen YS, Chen YM, Chien LH, Chirlaque MD, Choi JE, Choi YY, Chow WH, Chung CC, Clavel J, Clavel-Chapelon F, Cocco P, Colt JS, Comperat E, Conde L, Connors JM, Conti D, Cortessis VK, Cotterchio M, Cozen W, Crouch S, Crous-Bou M, Cussenot O, Davis FG, Ding T, Diver WR, Dorronsoro M, Dossus L, Duell EJ, Ennas MG, Erickson RL, Feychting M, Flanagan AM, Foretova L, Fraumeni JF Jr, Freedman ND, Beane Freeman LE, Fuchs C, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M, García-Closas R, Gascoyne RD, Gastier-Foster J, Gaudet MM, Gaziano JM, Giffen C, Giles GG, Giovannucci E, Glimelius B, Goggins M, Gokgoz N, Goldstein AM, Gorlick R, Gross M, Grubb R 3rd, Gu J, Guan P, Gunter M, Guo H, Habermann TM, Haiman CA, Halai D, Hallmans G, Hassan M, Hattinger C, He Q, He X, Helzlsouer K, Henderson B, Henriksson R, Hjalgrim H, Hoffman-Bolton J, Hohensee C, Holford TR, Holly EA, Hong YC, Hoover RN, Horn-Ross PL, Hosain GM, Hosgood HD 3rd, Hsiao CF, Hu N, Hu W, Hu Z, Huang MS, Huerta JM, Hung JY, Hutchinson A, Inskip PD, Jackson RD, Jacobs EJ, Jenab M, Jeon HS, Ji BT, Jin G, Jin L, Johansen C, Johnson A, Jung YJ, Kaaks R, Kamineni A, Kane E, Kang CH, Karagas MR, Kelly RS, Khaw KT, Kim C, Kim HN, Kim JH, Kim JS, Kim YH, Kim YT, Kim YC, Kitahara CM, Klein AP, Klein RJ, Kogevinas M, Kohno T, Kolonel LN, Kooperberg C, Kricker A, Krogh V, Kunitoh H, Kurtz RC, Kweon SS, LaCroix A, Lawrence C, Lecanda F, Lee VH, Li D, Li H, Li J, Li YJ, Li Y, Liao LM, Liebow M, Lightfoot T, Lim WY, Lin CC, Lin D, Lindstrom S, Linet MS, Link BK, Liu C, Liu J, Liu L, Liu L, Ljungberg B, Lloreta J, Lollo SD, Lu D, Lund E, Malats N, Mannisto S, Marchand LL, Marina N, Masala G, Mastrangelo G, Matsuo K, Maynadie M, McKay J, McKean-Cowdin R, Melbye M, Melin BS, Michaud DS, Mitsudomi T, Monnereau A, Montalvan R, Moore LE, Mortensen LM, Nieters A, North KE, Novak AJ, Oberg AL, Offit K, Oh IJ, Olson SH, Palli D, Pao W, Park IK, Park JY, Park KH, Patiño-Garcia A, Pavanello S, Peeters PH, Perng RP, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Prokunina-Olsson L, Qian B, Qiao YL, Rais M, Riboli E, Riby J, Risch HA, Rizzato C, Rodabough R, Roman E, Roupret M, Ruder AM, Sanjose Sd, Scelo G, Schned A, Schumacher F, Schwartz K, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Setiawan VW, Severi G, Severson RK, Shanafelt TD, Shen H, Shen W, Shin MH, Shiraishi K, Shu XO, Siddiq A, Sierrasesúmaga L, Sihoe AD, Skibola CF, Smith A, Smith MT, Southey MC, Spinelli JJ, Staines A, Stampfer M, Stern MC, Stevens VL, Stolzenberg-Solomon RS, Su J, Su WC, Sund M, Sung JS, Sung SW, Tan W, Tang W, Tardón A, Thomas D, Thompson CA, Tinker LF, Tirabosco R, Tjønneland A, Travis RC, Trichopoulos D, Tsai FY, Tsai YH, Tucker M, Turner J, Vajdic CM, Vermeulen RC, Villano DJ, Vineis P, Virtamo J, Visvanathan K, Wactawski-Wende J, Wang C, Wang CL, Wang JC, Wang J, Wei F, Weiderpass E, Weiner GJ, Weinstein S, Wentzensen N, White E, Witzig TE, Wolpin BM, Wong MP, Wu C, Wu G, Wu J, Wu T, Wu W, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Xu P, Yang PC, Yang TY, Ye Y, Yin Z, Yokota J, Yoon HI, Yu CJ, Yu H, Yu K, Yuan JM, Zelenetz A, Zeleniuch-Jacquotte A, Zhang XC, Zhang Y, Zhao X, Zhao Z, Zheng H, Zheng T, Zheng W, Zhou B, Zhu M, Zucca M, Boca SM, Cerhan JR, Ferri GM, Hartge P, Hsiung CA, Magnani C, Miligi L, Morton LM, Smedby KE, Teras LR, Vijai J, Wang SS, Brennan P, Caporaso NE, Hunter DJ, Kraft P, Rothman N, Silverman DT, Slager SL, Chanock SJ, Chatterjee N. Analysis of heritability and shared heritability based on genome-wide association studies for thirteen cancer types. J Natl Cancer Inst 2015;107:djv279. PMID: 26464424

448.   Praud D, Rota M, Rehm J, Shield K, Zatoński W, Hashibe M, La Vecchia C, **Boffetta P**. Cancer incidence and mortality attributable to alcohol consumption. Int J Cancer 2016;138:1380-7. PMID: 26455822

449.   Boccia S, Rothman KJ, Panic N, Flacco ME, Rosso A, Pastorino R, Manzoli L, La Vecchia C, Villari P, **Boffetta P**, Ricciardi W, Ioannidis JP. Registration practices for observational studies on clinicaltrials.gov indicated low adherence. J Clin Epidemiol 2016 Feb;70:176-82. PMID: 26386325

450.   Shakeri R, Malekzadeh R, Nasrollahzadeh D, Pawlita M, Murphy G, Islami F, Sotoudeh M, Michel A, Etemadi A, Waterboer T, Poustchi H, Brennan P, **Boffetta P**, Dawsey SM, Kamangar F, Abnet CC. Multiplex H. pylori serology and risk of gastric cardia and non-cardia adenocarcinomas. Cancer Res 2015;75:4876-83. PMID: 26383162

451.   Brenner DR, Amos CI, Brhane Y, Timofeeva MN, Caporaso N, Wang Y, Christiani DC, Bickeböller H, Yang P, Albanes D, Stevens VL, Gapstur S, McKay J, **Boffetta P**, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Krokan HE, Skorpen F, Gabrielsen ME, Vatten L, Njølstad I, Chen C, Goodman G, Lathrop M, Vooder T, Välk K, Nelis M, Metspalu A, Broderick P, Eisen T, Wu X, Zhang D, Chen W, Spitz MR, Wei Y, Su L, Xie D, She J, Matsuo K, Matsuda T, Ito H, Risch A, Heinrich J, Rosenberger A, Muley T, Dienemann H, Field JK, Raji O, Chen Y, Gosney J, Liloglou T, Davies MP, Marcus M, McLaughlin J, Orlow I, Han Y, Li Y, Zong X, Johansson M; EPIC Investigators, Liu G, Tworoger SS, Le Marchand L, Henderson BE, Wilkens LR, Dai J, Shen H, Houlston RS, Landi MT, Brennan P, Hung RJ. Identification of lung cancer histology-specific variants applying Bayesian framework variant prioritization approaches within the TRICL and ILCCO consortia. Carcinogenesis 2015;36:1314-26. PMID: 26363033

452.   Jankovic N, Geelen A, Streppel MT, de Groot LC, Kiefte-de Jong JC, Orfanos P, Bamia C, Trichopoulou A, **Boffetta P**, Bobak M, Pikhart H, Kee F, O'Doherty MG, Buckland G, Woodside J, Franco OH, Ikram MA, Struijk EA, Pajak A, Malyutina S, Kubinova R, Wennberg M, Park Y, Bueno-de-Mesquita HB, Kampman E, Feskens EJ. WHO guidelines for a healthy diet and mortality from cardiovascular disease in European and American elderly: the CHANCES project. Am J Clin Nutr 2015;102:745-56. PMID: 26354545

453.   't Mannetje A, De Roos AJ, **Boffetta P**, Vermeulen R, Benke G, Fritschi L, Brennan P, Foretova L, Maynadié M, Becker N, Nieters A, Staines A, Campagna M, Chiu B, Clavel J, de Sanjose S, Hartge P, Holly EA, Bracci P, Linet MS, Monnereau A, Orsi L, Purdue MP, Rothman N, Lan Q, Kane E, Seniori Costantini A, Miligi L, Spinelli JJ, Zheng T, Cocco P, Kricker A. Occupation and risk of non-Hodgkin lymphoma and its subtypes: A pooled analysis from the InterLymph Consortium. Environ Health Perspect 2016;124:396-405. PMID: 26340796

454.   Hung RJ, Ulrich CM, Goode EL, Brhane Y, Muir K, Chan AT, Marchand LL, Schildkraut J, Witte JS, Eeles R, **Boffetta P**, Spitz MR, Poirier JG, Rider DN, Fridley BL, Chen Z, Haiman C, Schumacher F, Easton DF, Landi MT, Brennan P, Houlston R, Christiani DC, Field JK, Bickeböller H, Risch A, Kote-Jarai Z, Wiklund F, Grönberg H, Chanock S, Berndt SI, Kraft P, Lindström S, Al Olama AA, Song H, Phelan C, Wentzensen N, Peters U, Slattery ML; for GECCO, Sellers TA; for FOCI, Casey G, Gruber SB; for CORECT, Hunter DJ; for DRIVE, Amos CI, Henderson B; GAME-ON Network. Cross cancer genomic investigation of inflammation pathway for five common cancers: lung, ovary, prostate, breast, and colorectal cancer. J Natl Cancer Inst 2015;107:djv246. PMID: 26319099

455.   Garabrant DH, Alexander DD, Miller PE, Fryzek JP, **Boffetta P**, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Mesothelioma among motor vehicle mechanics: An updated review and meta-analysis. Ann Occup Hyg 2016;60:8-26. PMID: 26318158

456.   Hashibe M, Galeone C, Buys SS, Gren L, **Boffetta P**, Zhang ZF, La Vecchia C. Coffee, tea, caffeine intake, and the risk of cancer in the PLCO cohort. Br J Cancer 2015;113:809-16. PMID: 26291054

457.   **Boffetta P**, Hayes RB, Sartori S, Lee YA, Muscat J, Olshan A, Winn DM, Castellsagué X, Zhang ZF, Morgenstern H, Chen C, Schwartz SM, Vaughan TL, Wunsch-Filho V, Purdue M, Koifman S, Curado MP, Vilensky M, Gillison M, Fernandez L, Menezes A, Daudt AW, Schantz S, Yu G, D'Souza G, Haddad RI, La Vecchia C, Hashibe M. Mouthwash use and cancer of the head and neck: a pooled analysis from the International Head and Neck Cancer Epidemiology Consortium. Eur J Cancer Prev 2016;25:344-8. PMID: 26275006

458. Fowke JH, McLerran DF, Gupta PC, He J, Shu XO, Ramadas K, Tsugane S, Inoue M, Tamakoshi A, Koh WP, Nishino Y, Tsuji I, Ozasa K, Yuan JM, Tanaka H, Ahn YO, Chen CJ, Sugawara Y, Yoo KY, Ahsan H, Pan WH, Pednekar M, Gu D, Xiang YB, Sauvaget C, Sawada N, Wang R, Kakizaki M, Tomata Y, Ohishi W, Butler LM, Oze I, Kim DH, You SL, Park SK, Parvez F, Chuang SY, Chen Y, Lee JE, Grant E, Rolland B, Thornquist M, Feng Z, Zheng W, **Boffetta P**, Sinha R, Kang D, Potter JD. Associations of body mass index, smoking, and alcohol consumption with prostate cancer mortality in the Asia Cohort Consortium. Am J Epidemiol 2015;182:381-9. PMID: 26243736

459. Berthiller J, Straif K, Agudo A, Ahrens W, Bezerra Dos Santos A, Boccia S, Cadoni G, Canova C, Castellsague X, Chen C, Conway D, Curado MP, Dal Maso L, Daudt AW, Fabianova E, Fernandez L, Franceschi S, Fukuyama EE, Hayes RB, Healy C, Herrero R, Holcatova I, Kelsey K, Kjaerheim K, Koifman S, Lagiou P, La Vecchia C, Lazarus P, Levi F, Lissowska J, Macfarlane T, Mates D, McClean M, Menezes A, Merletti F, Morgenstern H, Muscat J, Olshan AF, Purdue M, Ramroth H, Rudnai P, Schwartz SM, Serraino D, Shangina O, Smith E, Sturgis EM, Szeszenia-Dabrowska N, Thomson P, Vaughan TL, Vilensky M, Wei Q, Winn DM, Wünsch-Filho V, Zhang ZF, Znaor A, Ferro G, Brennan P, **Boffetta P**, Hashibe M, Lee YA. Low frequency of cigarette smoking and the risk of head and neck cancer in the INHANCE consortium pooled analysis. Int J Epidemiol 2016;45:835-45. PMID: 26228584

460. Müezzinler A, Mons U, Gellert C, Schöttker B, Jansen E, Kee F, O'Doherty MG, Kuulasmaa K, Freedman ND, Abnet CC, Wolk A, Håkansson N, Orsini N, Wilsgaard T, Bueno-de-Mesquita B, van der Schouw YT, Peeters PH, de Groot LC, Peeters A, Orfanos P, Linneberg A, Pisinger C, Tamosiunas A, Baceviciene M, Luksiene D, Bernotiene G, Jousilahti P, Petterson-Kymmer U, Jansson JH, Söderberg S, Eriksson S, Jankovic N, Sánchez MJ, Veronesi G, Sans S, Drygas W, Trichopoulou A, **Boffetta P**, Brenner H. Smoking and All-cause Mortality in Older Adults: Results From the CHANCES Consortium. Am J Prev Med 2015;49:e53-63. PMID: 26188685

461. Hashim D, Farhat Z, Wallenstein S, Manczuk M, Holcombe RF, Thorpe L, Schymura MJ, Lucchini RG, **Boffetta P**. Standardized cancer incidence disparities in Upper Manhattan New York City neighborhoods: the role of race/ethnicity, socioeconomic status, and known risk factors. Eur J Cancer Prev 2016;25:349-56. PMID: 26186470

462. Malhotra J, Praud D, **Boffetta P**. Changes in Trends of Alcohol-Related Cancers: Perspectives on Statistical Trends. Chem Res Toxicol 2015;28:1661-5. PMID: 26178266

463. Checkoway H, Dell LD, **Boffetta P**, Gallagher AE, Crawford L, Lees PS, Mundt KA. Formaldehyde exposure and mortality risks from acute myeloid leukemia and other lymphohematopoietic malignancies in the US National Cancer Institute cohort study of workers in formaldehyde industries. J Occup Environ Med 2015;57:785-94. PMID: 26147546

464. Bhat GA, Shah IA, Rafiq R, Nabi S, Iqbal B, Lone MM, Islami F, **Boffetta P**, Dar NA. Family history of cancer and the risk of squamous cell carcinoma of oesophagus: a case-control study in Kashmir, India. Br J Cancer 2015;113:524-32. PMID: 26125444

465. Sepanlou SG, Sharafkhah M, Poustchi H, Malekzadeh MM, Etemadi A, Khademi H, Islami F, Pourshams A, Pharoah PD, Abnet CC, Brennan P, **Boffetta P**, Dawsey SM, Esteghamati A, Kamangar F, Malekzadeh R. Hypertension and mortality in the Golestan Cohort Study: A prospective study of 50 000 adults in Iran. J Hum Hypertens 2016;30:260-7. PMID: 26063561

466. Ekpanyaskul C, Sangrajrang S, Ekburanawat W, Brennan P, Mannetje A, Thetkathuek A, Saejiw N, Ruangsuwan T, **Boffetta P**. Semi-quantitative exposure assessment of occupational exposure to wood dust and nasopharyngeal cancer risk. Asian Pac J Cancer Prev 2015;16:4339-45. PMID: 26028096

467. Galeone C, Turati F, Zhang ZF, Guercio V, Tavani A, Serraino D, Brennan P, Fabianova E, Lissowska J, Mates D, Rudnai P, Shangina O, Szeszenia-Dabrowska N, Vaughan TL, Kelsey K, McClean M, Levi F, Hayes RB, Purdue MP, Bosetti C, Brenner H, Pelucchi C, Lee YA, Hashibe M, **Boffetta P**, La Vecchia C. Relation of allium vegetables intake with head and neck cancers: Evidence from the INHANCE consortium. Mol Nutr Food Res 2015;59:1641-50. PMID: 26018663

57

468.    Hashemian M, Poustchi H, Abnet CC, **Boffetta P**, Dawsey SM, Brennan PJ, Pharoah P, Etemadi A, Kamangar F, Sharafkhah M, Hekmatdoost A, Malekzadeh R. Dietary intake of minerals and risk of esophageal squamous cell carcinoma: results from the Golestan Cohort Study. Am J Clin Nutr 2015;102:102-8. PMID: 26016858

469.    Garg VP, Vedanthan R, Islami F, Poursams A, Poutschi H, Khademi H, Naeimi M, Fazel-Tabar Malekshah A, Jafari E, Salahi R, Kamangar F, Etemadi A, Pharoah PD, Abnet CC, Brennan P, Dawsey SM, Fuster V, **Boffetta P**, Malekzadeh R. Heart disease is associated with anthropometric indices and change in body size perception over the life course: The Golestan Cohort Study. Glob Heart 2015;10:e0126779. PMID: 26014653

470.    Sepanlou SG, Malekzadeh R, Poustchi H, Sharafkhah M, Ghodsi S, Malekzadeh F, Etemadi A, Pourshams A, Pharoah PD, Abnet CC, Brennan P, **Boffetta P**, Dawsey SM, Kamangar F. The clinical performance of an office-based risk scoring system for fatal cardiovascular diseases in North-East of Iran. PLoS One 2015;10:e0126779. PMID: 26011607

471.    Sepanlou SG, Newson RB, Poustchi H, Malekzadeh MM, Rezanejad Asl P, Etemadi A, Khademi H, Islami F, Pourshams A, Pharoah PD, Abnet CC, Brennan P, **Boffetta P**, Dawsey SM, Kamangar F, Malekzadeh R. Cardiovascular disease mortality and years of life lost attributable to non-optimal systolic blood pressure and hypertension in northeastern Iran. Arch Iran Med 2015;18:144-52. PMID: 25773687

472.    Ordóñez-Mena JM, Schöttker B, Fedirko V, Jenab M, Olsen A, Halkjær J, Kampman E, de Groot L, Jansen E, Bueno-de-Mesquita HB, Peeters PH, Siganos G, Wilsgaard T, Perna L, Holleczek B, Pettersson-Kymmer U, Orfanos P, Trichopoulou A, **Boffetta P**, Brenner H. Pre-diagnostic vitamin D concentrations and cancer risks in older individuals: an analysis of cohorts participating in the CHANCES consortium. Eur J Epidemiol 2016; 31:311-23. PMID: 25977096

473.    Manczuk M, **Boffetta P**, Sartori S, Hashim D, Vatten LJ, Zatonski WA. Cohort Profile: The Polish-Norwegian Study (PONS) cohort. Int J Epidemiol 2017;46:e5. PMID: 25948663

474.    Leoncini E, Edefonti V, Hashibe M, Parpinel M, Cadoni G, Ferraroni M, Serraino D, Matsuo K, Olshan AF, Zevallos JP, Winn DM, Moysich K, Zhang ZF, Morgenstern H, Levi F, Kelsey K, McClean M, Bosetti C, Schantz S, Yu GP, **Boffetta P**, Lee YC, Chuang SC, Decarli A, La Vecchia C, Boccia S. Carotenoid intake and head and neck cancer: a pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. Eur J Epidemiol 2016;31:369-83. PMID: 25930054

475.    Henschke CI, **Boffetta P**, Yankelevitz DF, Altorki N. Computed tomography screening: The International Early Lung Cancer Action Program experience. Thorac Surg Clin 2015;25:129-143. PMID: 25901557

476.    Mons U, Müezzinler A, Gellert C, Schöttker B, Abnet CC, Bobak M, de Groot L, Freedman ND, Jansen E, Kee F, Kromhout D, Kuulasmaa K, Laatikainen T, O'Doherty MG, Bueno-de-Mesquita B, Orfanos P, Peters A, van der Schouw YT, Wilsgaard T, Wolk A, Trichopoulou A, **Boffetta P**, Brenner H; CHANCES consortium. Impact of smoking and smoking cessation on cardiovascular events and mortality among older adults: meta-analysis of individual participant data from prospective cohort studies of the CHANCES consortium. BMJ 2015;350:h1551. PMID: 25896935

477.    Rossen S, Hansen-Nord NS, Kayser L, Borre M, Borre M, Larsen RG, Trichopoulou A, **Boffetta P**, Tjønneland A, Hansen RD. The impact of husbands' prostate cancer diagnosis and participation in a behavioral lifestyle intervention on spouses' lives and relationships with their partners. Cancer Nurs 2016;39:E1-9. PMID: 25881805

478.    Golozar A, Etemadi A, Kamangar F, Fazeltabar Malekshah A, Islami F, Nasrollahzadeh D, Abedi-Ardekani B, Khoshnia M, Pourshams A, Semnani S, Marjani HA, Shakeri R, Sotoudeh M, Brennan P, Taylor P, **Boffetta P**, Abnet C, Dawsey S, Malekzadeh R. Food preparation methods, drinking water source, and esophageal squamous cell carcinoma in the high-risk area of Golestan, Northeast Iran. Eur J Cancer Prev 2016;25:123-9. PMID: 25851181

479.    Delahaye-Sourdeix M, Anantharaman D, Timofeeva MN, Gaborieau V, Chabrier A, Vallée MP, Lagiou P, Holcátová I, Richiardi L, Kjaerheim K, Agudo A, Castellsagué X, Macfarlane TV, Barzan L, Canova C, Thakker NS, Conway DI, Znaor A, Healy CM, Ahrens W, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Fabianova E, Mates IN, Bencko V, Foretova L, Janout V,

Curado MP, Koifman S, Menezes A, Wünsch-Filho V, Eluf-Neto J, **Boffetta P**, Fernández Garrote L, Polesel J, Lener M, Jaworowska E, Lubiński J, Boccia S, Rajkumar T, Samant TA, Mahimkar MB, Matsuo K, Franceschi S, Byrnes G, Brennan P, McKay JD. A rare truncating BRCA2 variant and genetic susceptibility to upper aerodigestive tract cancer. J Natl Cancer Inst 2015;107:djv037. PMID: 25838448

480.  Benetou V, Orfanos P, Feskanich D, Michaëlsson K, Pettersson-Kymmer U, Ahmed LA, Peasey A, Wolk A, Brenner H, Bobak M, Wilsgaard T, Schöttker B, Saum KU, Bellavia A, Grodstein F, Klinaki E, Valanou E, Papatesta EM, **Boffetta P**, Trichopoulou A. Education, marital status, and risk of hip fractures in older men and women: the CHANCES project. Osteoporos Int 2015;26:1733-46. PMID: 25820745

481.  Winn DM, Lee YC, Hashibe M, **Boffetta P**; INHANCE consortium. The INHANCE consortium: toward a better understanding of the causes and mechanisms of head and neck cancer. Oral Dis 2015;21:685-93. PMID: 25809224

482.  Chang ET, **Boffetta P**, Adami HO, Mandel JS. A critical review of the     epidemiology of Agent Orange or 2,3,7,8-tetrachlorodibenzo-p-dioxin and lymphoid  malignancies. Ann Epidemiol 2015;25:275-292. PMID: 25794766.

483.  Delahaye-Sourdeix M, Oliver J, Timofeeva MN, Gaborieau V, Johansson M, Chabrier A, Wozniak MB, Brenner DR, Vallée MP, Anantharaman D, Lagiou P, Holcátová I, Richiardi L, Kjaerheim K, Agudo A, Castellsagué X, Macfarlane TV, Barzan L, Canova C, Thakker NS, Conway DI, Znaor A, Healy CM, Ahrens W, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Fabianova E, Mates IN, Bencko V, Foretova L, Janout V, Curado MP, Koifman S, Menezes A, Wünsch-Filho V, Eluf-Neto J, **Boffetta P**, Garrote LF, Serraino D, Lener M, Jaworowska E, Lubiński J, Boccia S,  Rajkumar T, Samant TA, Mahimkar MB, Matsuo K, Franceschi S, Byrnes G, Brennan P,  McKay JD. The 12p13.33/RAD52 locus and genetic susceptibility to squamous cell cancers of upper aerodigestive tract. PLoS One 2015;10:e0117639. PMID: 25793373.

484.  Ording AG, **Boffetta P**, Garne JP, Nyström PM, Cronin-Fenton D, Frøslev T, Silliman R, Sørensen HT, Lash TL. Relative mortality rates from incident chronic  diseases among breast cancer survivors - a 14year follow-up of five-year survivors diagnosed in Denmark between 1994 and 2007. Eur J Cancer 2015;51:767-75. PMID: 25765753.

485.  Nasrollahzadeh D, Malekzadeh R, Ploner A, Shakeri R, Sotoudeh M, Fahimi S, Nasseri-Moghaddam S, Kamangar F, Abnet CC, Winckler B, Islami F, **Boffetta P**, Brennan P, Dawsey SM, Ye W. Variations of gastric corpus microbiota are associated with early esophageal squamous cell carcinoma and squamous dysplasia.  Sci Rep 2015;5:8820. PMID: 25743945; PMCID: PMC4351546.

486.  Costas L, Infante-Rivard C, Zock JP, Van Tongeren M, **Boffetta P**, Cusson A, Robles C, Casabonne D, Benavente Y, Becker N, Brennan P, Foretova L, Maynadié M, Staines A, Nieters A, Cocco P, de Sanjosé S. Occupational exposure to endocrine disruptors and lymphoma risk in a multi-centric European study. Br J Cancer 2015;112 Suppl:1251-6. PMID: 25742473.

487.  Goodman M, Narayan KM, Flanders D, Chang ET, Adami HO, **Boffetta P**, Mandel JS. Dose-response relationship between serum 2,3,7,8-tetrachlorodibenzo-p-dioxin and diabetes mellitus: A meta-analysis. Am J Epidemiol 2015;181:374-84. PMID: 25731889.

488.  Wang SS, Vajdic CM, Linet MS, Slager SL, Voutsinas J, Nieters A, de Sanjose S, Cozen W, Alarcón GS, Martinez-Maza O, Brown EE, Bracci PM, Lightfoot T, Turner J, Hjalgrim H, Spinelli JJ, Zheng T, Morton LM, Birmann BM, Flowers CR, Paltiel O, Becker N, Holly EA, Kane E, Weisenburger D, Maynadie M, Cocco P, Foretova L, Staines A, Davis S, Severson R, Cerhan JR, Breen EC, Lan Q, Brooks-Wilson A, De Roos AJ, Smith MT, Roman E, **Boffetta P**, Kricker A, Zhang Y, Skibola C, Chanock SJ, Rothman N, Benavente Y, Hartge P, Smedby KE. Associations of non-Hodgkin lymphoma (NHL) risk with autoimmune conditions according to putative NHL loci. Am J Epidemiol 2015;181:406-21.PMID: 25713336.

489.  Henschke CI, Yip R, **Boffetta P**, Markowitz S, Miller A, Hanaoka T, Wu N, Zulueta JJ, Yankelevitz DF; I-ELCAP Investigators. CT screening for lung cancer:  Importance of emphysema for never smokers and smokers. Lung Cancer 2015;88:42-7. PMID: 25698134.

490.  Moolgavkar SH, Chang ET, Luebeck G, Lau EC, Watson HN, Crump KS, **Boffetta P**, McClellan

R. Diesel engine exhaust and lung cancer mortality: Time-related factors in exposure and risk. Risk Anal 2015;35:663-75. PMID: 25683254.

491. **Boffetta P**, La Vecchia C, Moolgavkar S. Chronic effects of air pollution are probably overestimated. Risk Anal 2015;35:766-9. PMID: 25676287.

492. Bigert C, Gustavsson P, Straif K, Pesch B, Brüning T, Kendzia B, Schüz J, Stücker I, Guida F, Brüske I, Wichmann HE, Pesatori AC, Landi MT, Caporaso N, Tse LA, Yu IT, Siemiatycki J, Pintos J, Merletti F, Mirabelli D, Simonato L, Jöckel KH, Ahrens W, Pohlabeln H, Tardón A, Zaridze D, Field J, 't Mannetje A, Pearce N, McLaughlin J, Demers P, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Stanescu Dumitru R, Bencko V, Foretova L, Janout V, **Boffetta P**, Forastiere F, Bueno-de-Mesquita B, Peters S, Vermeulen R, Kromhout H, Olsson AC. Lung cancer risk among cooks when accounting for tobacco smoking: a pooled analysis of case-control studies from Europe, Canada, New Zealand, and China. J Occup Environ Med 2015;57:202-9. PMID: 25654522.

493. Edefonti V, Hashibe M, Parpinel M, Turati F, Serraino D, Matsuo K, Olshan AF, Zevallos JP, Winn DM, Moysich K, Zhang ZF, Morgenstern H, Levi F, Kelsey K, McClean M, Bosetti C, Galeone C, Schantz S, Yu GP, **Boffetta P**, Amy Lee YC, Chuang SC, La Vecchia C, Decarli A. Natural vitamin C intake and the risk of head and neck cancer: A pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. Int J Cancer 2014;137:448-62. PMID: 25627906

494. Chen D, Gaborieau V, Zhao Y, Chabrier A, Wang H, Waterboer T, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Bencko V, Janout V, Foretova L, Mates IN, Szeszenia-Dabrowska N, **Boffetta P**, Pawlita M, Lathrop M, Gyllensten U, Brennan P, Mckay JD. A systematic investigation of the contribution of genetic variation within the MHC region to HPV seropositivity in Hum Mol Genet 2015;24:2681-8. PMID: 25616963

495. Toporcov TN, Znaor A, Zhang ZF, Yu GP, Winn DM, Wei Q, Vilensky M, Vaughan T, Thomson P, Talamini R, Szeszenia-Dabrowska N, Sturgis EM, Smith E, Shangina O, Schwartz SM, Schantz S, Rudnai P, Richiardi L, Ramroth H, Purdue MP, Olshan AF, Eluf-Neto J, Muscat J, Moyses RA, Morgenstern H, Menezes A, McClean M, Matsuo K, Mates D, Macfarlane TV, Lissowska J, Levi F, Lazarus P, Vecchia C, Lagiou P, Koifman S, Kjaerheim K, Kelsey K, Holcatova I, Herrero R, Healy C, Hayes RB, Franceschi S, Fernandez L, Fabianova E, Daudt AW, Curioni OA, Maso LD, Curado MP, Conway DI, Chen C, Castellsague X, Canova C, Cadoni G, Brennan P, Boccia S, Antunes JL, Ahrens W, Agudo C, **Boffetta P**, Hashibe M, Lee YC, Wunsch Filho V. Risk factors for head and neck cancer in young adults: a pooled analysis in the INHANCE consortium. Int J Epidemiol 2015;44:169-85. PMID: 25613428

496. Etemadi A, Kamangar F, Islami F, Poustchi H, Pourshams A, Brennan P, **Boffetta P**, Malekzadeh R, Dawsey SM, Abnet CC, Emadi A. Mortality and cancer in relation to ABO blood group phenotypes in the Golestan Cohort Study. BMC Med 2015;13:8. PMID: 25592833

497. Malhotra J, Sartori S, Brennan P, Zaridze D, Szeszenia-Dabrowska N, Swiatkowska B, Rudnai P, Lissowska J, Fabinova E, Mates D, Bencko V, Gaborieau V, Stucker I, Foretova L, Janout V, **Boffetta P**. Effect of occupational exposures on lung cancer susceptibility: A study of gene-environment interaction analysis. Cancer Epidemiol Biomarkers Prev 2015;24:570-9. PMID: 25583949

498. Vijai J, Wang Z, Berndt SI, Skibola CF, Slager SL, de Sanjose S, Melbye M, Glimelius B, Bracci PM, Conde L, Birmann BM, Wang SS, Brooks-Wilson AR, Lan Q, de Bakker PI, Vermeulen RC, Portlock C, Ansell SM, Link BK, Riby J, North KE, Gu J, Hjalgrim H, Cozen W, Becker N, Teras LR, Spinelli JJ, Turner J, Zhang Y, Purdue MP, Giles GG, Kelly RS, Zeleniuch-Jacquotte A, Ennas MG, Monnereau A, Bertrand KA, Albanes D, Lightfoot T, Yeager M, Chung CC, Burdett L, Hutchinson A, Lawrence C, Montalvan R, Liang L, Huang J, Ma B, Villano DJ, Maria A, Corines M, Thomas T, Novak AJ, Dogan M, Liebow M, Thompson CA, Witzig TE, Habermann TM, Weiner GJ, Smith MT, Holly EA, Jackson RD, Tinker LF, Ye Y, Adami HO, Smedby KE, De Roos AJ, Hartge P, Morton LM, Severson RK, Benavente Y, **Boffetta P**, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Diver WR, Vajdic CM, Armstrong BK, Kricker A, Zheng T, Holford TR, Severi G, Vineis P, Ferri GM, Ricco R, Miligi L, Clavel J, Giovannucci E, Kraft P,

Virtamo J, Smith A, Kane E, Roman E, Chiu BC, Fraumeni JF, Wu X, Cerhan JR, Offit K, Chanock SJ, Rothman N, Nieters A. A genome-wide association study of marginal zone lymphoma shows association to the HLA region. Nat Commun 2015;6:5751. PMID: 25569183

499.   Hashim D, Gaughan D, **Boffetta P**, Lucchini RG. Baseline serum β-carotene concentration and mortality among long-term asbestos-exposed insulators. Cancer Epidemiol Biomarkers Prev 2014;24:555-60. PMID: 25542826

500.   Andreotti G, Birmann BM, Cozen W, DeRoos A, Chiu BC, Costas L, DE Sanjose S, Moysich KB, Camp NJ, Spinelli JJ, Pahwa P, Dosman J, McLaughlin JR, **Boffetta P**, Staines A, Weisenburger DD, Benhaim-Luzon V, Brennan P, Seniori Constantini A, Miligi L, Campagna M, Nieters A, Becker N, Maynadie M, Foretova L, Zheng T, Tricot G, Milliken K, Krzystan J, Steplowski E, Baris D, Purdue MP. A pooled analysis of cigarette smoking and risk of multiple myeloma from the International Multiple Myeloma Consortium. Cancer Epidemiol Biomarkers Prev 2014;24:631-4. PMID: 25538226

501.   Hashim D, **Boffetta P**. Occupational and environmental exposures and cancers in developing countries. Ann Glob Health 2014;80:393-411.PMID: 25512155

502.   **Boffetta P**, Bobak M, Borsch-Supan A, Brenner H, Eriksson S, Grodstein F, Jansen E, Jenab M, Juerges H, Kampman E, Kee F, Kuulasmaa K, Park Y, Tjonneland A, van Duijn C, Wilsgaard T, Wolk A, Trichopoulos D, Bamia C, Trichopoulou A. The Consortium on Health and Ageing: Network of Cohorts in Europe and the United States (CHANCES) project-design, population and data harmonization of a large-scale, international study. Eur J Epidemiol 2014;29:929-36. PMID: 25504016

503.   Bagnardi V, Rota M, Botteri E, Tramacere I, Islami F, Fedirko V, Scotti L, Jenab M, Turati F, Pasquali E, Pelucchi C, Galeone C, Bellocco R, Negri E, Corrao G, **Boffetta P**, La Vecchia C. Alcohol consumption and site-specific cancer risk: a comprehensive dose-response meta-analysis. Br J Cancer 2014;112:580-93. PMID: 25422909

504.   O'Doherty MG, Jørgensen T, Borglykke A, Brenner H, Schöttker B, Wilsgaard T, Siganos G, Kavousi M, Hughes M, Müezzinler A, Holleczek B, Franco OH, Hofman A, **Boffetta P**, Trichopoulou A, Kee F. Repeated measures of body mass index and C-reactive protein in relation to all-cause mortality and cardiovascular disease: results from the consortium on health and ageing network of cohorts in Europe and the United States (CHANCES). Eur J Epidemiol 2014;29:887-97. PMID: 25421782

505.   Vidal AC, Williams CD, Allott EH, Howard LE, Grant DJ, McPhail M, Sourbeer KN, Hwa LP, **Boffetta P**, Hoyo C, Freedland SJ. Carbohydrate intake, glycemic index and prostate cancer risk. Prostate2015;75:430-9. PMID: 25417840

506.   Ye F, Wang L, Castillo-Martin M, McBride R, Galsky MD, Zhu J, **Boffetta P**, Zhang DY, Cordon-Cardo C. Biomarkers for bladder cancer management: present and future. Am J Clin Exp Urol 2014;2:1-14. PMID: 25374904; PMCID: PMC4219291

507.   Ferketich AK, Lugo A, La Vecchia C, Fernandez E, **Boffetta P**, Clancy L, Gallus S. Relation between national-level tobacco control policies and individual-level voluntary home smoking bans in Europe. Tob Control 2016;25:60-5. PMID: 25335901

508.   Jankovic N, Geelen A, Streppel MT, de Groot LC, Orfanos P, van den Hooven EH, Pikhart H, **Boffetta P**, Trichopoulou A, Bobak M, Bueno-de-Mesquita HB, Kee F, Franco OH, Park Y, Hallmans G, Tjønneland A, May AM, Pajak A, Malyutina S, Kubinova R, Amiano P, Kampman E, Feskens EJ. Adherence to a Healthy Diet According to the World Health Organization Guidelines and All-Cause Mortality in Elderly Adults From Europe and the United States. Am J Epidemiol 2014;180:978-88. PMID: 25318818; PMCID: PMC4224363

509.   Skibola CF, Berndt SI, Vijai J, Conde L, Wang Z, Yeager M, de Bakker PI, Birmann BM, Vajdic CM, Foo JN, Bracci PM, Vermeulen RC, Slager SL, de Sanjose S, Wang SS, Linet MS, Salles G, Lan Q, Severi G, Hjalgrim H, Lightfoot T, Melbye M, Gu J, Ghesquières H, Link BK, Morton LM, Holly EA, Smith A, Tinker LF, Teras LR, Kricker A, Becker N, Purdue MP, Spinelli JJ, Zhang Y, Giles GG, Vineis P, Monnereau A, Bertrand KA, Albanes D, Zeleniuch-Jacquotte A, Gabbas A, Chung CC, Burdett L, Hutchinson A, Lawrence C, Montalvan R, Liang L, Huang J, Ma B, Liu J, Adami HO, Glimelius B, Ye Y, Nowakowski GS, Dogan A, Thompson CA,

Habermann TM, Novak AJ, Liebow M, Witzig TE, Weiner GJ, Schenk M, Hartge P, De Roos AJ, Cozen W, Zhi D, Akers NK, Riby J, Smith MT, Lacher M, Villano DJ, Maria A, Roman E, Kane E, Jackson RD, North KE, Diver WR, Turner J, Armstrong BK, Benavente Y, **Boffetta P**, Brennan P, Foretova L, Maynadie M, Staines A, McKay J, Brooks-Wilson AR, Zheng T, Holford TR, Chamosa S, Kaaks R, Kelly RS, Ohlsson B, Travis RC, Weiderpass E, Clavel J, Giovannucci E, Kraft P, Virtamo J, Mazza P, Cocco P, Ennas MG, Chiu BC, Fraumeni JF Jr, Nieters A, Offit K, Wu X, Cerhan JR, Smedby KE, Chanock SJ, Rothman N. Genome-wide Association Study Identifies Five Susceptibility Loci for Follicular Lymphoma outside the HLA Region. Am J Hum Genet 2014;95:462-71. PMID: 25279986

510. Levovitz C, Chen D, Ivansson E, Gyllensten U, Finnigan J, Alshawish S, Zhang W, Schadt EE, Posner MR, Genden EM, **Boffetta P**, Sikora AG. TGFß receptor 1: an immune susceptibility gene in HPV-associated cancer. Cancer Res 2014;74:6833-44. PMID: 25273091

511. Thies F, Masson LF, **Boffetta P**, Kris-Etherton P. Oats and bowel disease: a systematic literature review. Br J Nutr 2014;112 Suppl 2:S31-43. PMID: 25267242

512. Thies F, Masson LF, **Boffetta P**, Kris-Etherton P. Oats and CVD risk markers: a systematic literature review. Br J Nutr 2014 Oct;112 Suppl 2:S19-30. PMID: 25267241

513. **Boffetta P**, Thies F, Kris-Etherton P. Epidemiological studies of oats consumption and risk of cancer and overall mortality. Br J Nutr 2014;112 Suppl 2:S14-8. PMID: 25267240

514. Gaye A, Marcon Y, Isaeva J, LaFlamme P, Turner A, Jones EM, Minion J, Boyd AW, Newby CJ, Nuotio ML, Wilson R, Butters O, Murtagh B, Demir I, Doiron D, Giepmans L, Wallace SE, Budin-Ljøsne I, Oliver Schmidt C, **Boffetta P**, Boniol M, Bota M, Carter KW, deKlerk N, Dibben C, Francis RW, Hiekkalinna T, Hveem K, Kvaløy K, Millar S, Perry IJ, Peters A, Phillips CM, Popham F, Raab G, Reischl E, Sheehan N, Waldenberger M, Perola M, van den Heuvel E, Macleod J, Knoppers BM, Stolk RP, Fortier I, Harris JR, Woffenbuttel BH, Murtagh MJ, Ferretti V, Burton PR. DataSHIELD: taking the analysis to the data, not the data to the analysis. Int J Epidemiol 2014;43:1929-44. PMID: 25261970

515. Cerhan JR, Berndt SI, Vijai J, Ghesquières H, McKay J, Wang SS, Wang Z, Yeager M, Conde L, de Bakker PI, Nieters A, Cox D, Burdett L, Monnereau A, Flowers CR, De Roos AJ, Brooks-Wilson AR, Lan Q, Severi G, Melbye M, Gu J, Jackson RD, Kane E, Teras LR, Purdue MP, Vajdic CM, Spinelli JJ, Giles GG, Albanes D, Kelly RS, Zucca M, Bertrand KA, Zeleniuch-Jacquotte A, Lawrence C, Hutchinson A, Zhi D, Habermann TM, Link BK, Novak AJ, Dogan A, Asmann YW, Liebow M, Thompson CA, Ansell SM, Witzig TE, Weiner GJ, Veron AS, Zelenika D, Tilly H, Haioun C, Molina TJ, Hjalgrim H, Glimelius B, Adami HO, Bracci PM, Riby J, Smith MT, Holly EA, Cozen W, Hartge P, Morton LM, Severson RK, Tinker LF, North KE, Becker N, Benavente Y, **Boffetta P**, Brennan P, Foretova L, Maynadie M, Staines A, Lightfoot T, Crouch S, Smith A, Roman E, Diver WR, Offit K, Zelenetz A, Klein RJ, Villano DJ, Zheng T, Zhang Y, Holford TR, Kricker A, Turner J, Southey MC, Clavel J, Virtamo J, Weinstein S, Riboli E, Vineis P, Kaaks R, Trichopoulos D, Vermeulen RC, Boeing H, Tjonneland A, Angelucci E, Di Lollo S, Rais M, Birmann BM, Laden F, Giovannucci E, Kraft P, Huang J, Ma B, Ye Y, Chiu BC, Sampson J, Liang L, Park JH, Chung CC, Weisenburger DD, Chatterjee N, Fraumeni JF Jr, Slager SL, Wu X, de Sanjose S, Smedby KE, Salles G, Skibola CF, Rothman N, Chanock SJ. Genome-wide association study identifies multiple susceptibility loci for diffuse large B cell lymphoma. Nat Genet 2014;46:1233-8. PMID: 25261932; PMCID: PMC4185120

516. Islami F, Moreira DM, **Boffetta P**, Freedland SJ. A Systematic review and meta-analysis of tobacco use and prostate cancer mortality and incidence in prospective cohort studies. Eur Urol. 2014;66:1054-64. PMID: 25242554

517. Dar NA, Bhat GA, Shah IA, Iqbal B, Rafiq R, Nabi S, Lone MM, Islami F, **Boffetta P**. Salt tea consumption and esophageal cancer, a possible role of alkaline beverages in esophageal carcinogenesis. Int J Cancer 2015;136:E704-10. PMID: 25209106

518. Tao MH, Zhou J, Rialdi AP, Martinez R, Dabek J, Scelo G, Lissowska J, Chen J, **Boffetta P**. Indoor air pollution from solid fuels and peripheral blood DNA methylation: Findings from a population study in Warsaw, Poland. Environ Res 2014;134C:325-330. PMID: 25199973

519.    Stensland KD, McBride RB, Latif A, Wisnivesky J, Hendricks R, Roper N, **Boffetta P**, Hall SJ, Oh WK, Galsky MD. Adult cancer clinical trials that fail to complete: an epidemic? J Natl Cancer Inst 2014;106:dju229. PMID: 25190726

520.    Morton LM, Slager SL, Cerhan JR, Wang SS, Vajdic CM, Skibola CF, Bracci PM, de Sanjosé S, Smedby KE, Chiu BC, Zhang Y, Mbulaiteye SM, Monnereau A, Turner JJ, Clavel J, Adami HO, Chang ET, Glimelius B, Hjalgrim H, Melbye M, Crosignani P, di Lollo S, Miligi L, Nanni O, Ramazzotti V, Rodella S, Costantini AS, Stagnaro E, Tumino R, Vindigni C, Vineis P, Becker N, Benavente Y, **Boffetta P**, Brennan P, Cocco P, Foretova L, Maynadié M, Nieters A, Staines A, Colt JS, Cozen W, Davis S, de Roos AJ, Hartge P, Rothman N, Severson RK, Holly EA, Call TG, Feldman AL, Habermann TM, Liebow M, Blair A, Cantor KP, Kane EV, Lightfoot T, Roman E, Smith A, Brooks-Wilson A, Connors JM, Gascoyne RD, Spinelli JJ, Armstrong BK, Kricker A, Holford TR, Lan Q, Zheng T, Orsi L, Dal Maso L, Franceschi S, La Vecchia C, Negri E, Serraino D, Bernstein L, Levine A, Friedberg JW, Kelly JL, Berndt SI, Birmann BM, Clarke CA, Flowers CR, Foran JM, Kadin ME, Paltiel O, Weisenburger DD, Linet MS, Sampson JN. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014;48:130-44. PMID: 25174034; PMCID: PMC4155467

521.    Wang SS, Flowers CR, Kadin ME, Chang ET, Hughes AM, Ansell SM, Feldman AL, Lightfoot T, **Boffetta P**, Melbye M, Lan Q, Sampson JN, Morton LM, Zhang Y, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for peripheral T-cell lymphomas: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014;48:66-75. PMID: 25174027; PMCID: PMC4155466

522.    Linet MS, Vajdic CM, Morton LM, de Roos AJ, Skibola CF, **Boffetta P**, Cerhan JR, Flowers CR, de Sanjosé S, Monnereau A, Cocco P, Kelly JL, Smith AG, Weisenburger DD, Clarke CA, Blair A, Bernstein L, Zheng T, Miligi L, Clavel J, Benavente Y, Chiu BC. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014;48:26-40. PMID: 25174024; PMCID: PMC4155461

523.    Morton LM, Sampson JN, Cerhan JR, Turner JJ, Vajdic CM, Wang SS, Smedby KE, de Sanjosé S, Monnereau A, Benavente Y, Bracci PM, Chiu BC, Skibola CF, Zhang Y, Mbulaiteye SM, Spriggs M, Robinson D, Norman AD, Kane EV, Spinelli JJ, Kelly JL, La Vecchia C, Dal Maso L, Maynadié M, Kadin ME, Cocco P, Costantini AS, Clarke CA, Roman E, Miligi L, Colt JS, Berndt SI, Mannetje A, de Roos AJ, Kricker A, Nieters A, Franceschi S, Melbye M, **Boffetta P**, Clavel J, Linet MS, Weisenburger DD, Slager SL. Rationale and design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014;48:1-14. PMID: 25174022; PMCID: PMC3928289

524.    Boccia S, Mc Kee M, Adany R, **Boffetta P**, Burton H, Cambon-Thomsen A, Cornel MC, Gray M, Jani A, Maria Knoppers B, Khoury MJ, Meslin EM, Van Duijn CM, Villari P, Zimmern R, Cesario A, Puggina A, Colotto M, Ricciardi W. Beyond public health genomics: proposals from an international working group. Eur J Public Health 2014;24:877-9. PMID: 25168910; PMCID" PMC4245010

525.    Gallus S, Lugo A, Murisic B, Bosetti C, **Boffetta P**, La Vecchia C. Overweight and obesity in 16 European countries. Eur J Nutr. 2015;54:679-89. PMID: 25091048

526.    Yip R, Henschke CI, Yankelevitz DF, **Boffetta P**, Smith JP; The International Early Lung Cancer Investigators. The impact of the regimen of screening on lung cancer cure: a comparison of I-ELCAP and NLST. Eur J Cancer Prev. 2015;24:201-8. PMID: 25089376

527.    Nasrollahzadeh D, Ye W, Shakeri R, Sotoudeh M, Merat S, Kamangar F, Abnet CC, Islami F, **Boffetta P**, Dawsey SM, Brennan P, Malekzadeh R. Short Report: Contact with ruminants is associated with esophageal squamous cell carcinoma risk. Int J Cancer 2015;136:1468-74. PMID: 25082448

528.    De Stefani E, **Boffetta P**, Ronco AL, Deneo-Pellegrini H, Correa P, Acosta G, Mendilaharsu M. Processed meat consumption and squamous cell carcinoma of the oesophagus in a large case-control study in Uruguay. Asian Pac J Cancer Prev 2014;15:5829-33. PMID: 25081709

529.   Ronco AL, Mendilaharsu M, **Boffetta P**, Deneo-Pellegrini H, De Stefani E. Meat consumption, animal products, and the risk of bladder cancer: a case-control study in Uruguayan men. Asian Pac J Cancer Prev 2014;15:5805-9. PMID: 25081704

530.   Schöttker B, Saum KU, Jansen EH, **Boffetta P**, Trichopoulou A, Holleczek B, Dieffenbach AK, Brenner H. Oxidative Stress Markers and All-Cause Mortality at Older Age: A Population-Based Cohort Study. J Gerontol A Biol Sci Med Sci 2015;70:518-24. PMID: 25070660

531.   Chang ET, **Boffetta P**, Adami HO, Cole P, Mandel JS. A critical review of the epidemiology of Agent Orange/TCDD and prostate cancer. Eur J Epidemiol 2014;29:667-723. PMID: 25064616; PMCID: PMC4197347

532.   Bosetti C, Rosato V, Li D, Silverman D, Petersen GM, Bracci PM, Neale RE, Muscat J, Anderson K, Gallinger S, Olson SH, Miller AB, Bueno-de-Mesquita HB, Scelo G, Janout V, Holcatova I, Lagiou P, Serraino D, Lucenteforte E, Fabianova E, Ghadirian P, Baghurst PA, Zatonski W, Foretova L, Fontham E, Bamlet WR, Holly EA, Negri E, Hassan M, Prizment A, Cotterchio M, Cleary S, Kurtz RC, Maisonneuve P, Trichopoulos D, Polesel J, Duell EJ, **Boffetta P**, La Vecchia C. Diabetes, antidiabetic medications and pancreatic cancer risk: an analysis from the international pancreatic cancer case-control consortium. Ann Oncol 2014;25:2065-72. PMID: 25057164; PMCID: PMC4176453

533.   Denholm R, Schüz J, Straif K, Stücker I, Jöckel KH, Brenner DR, De Matteis S, **Boffetta P**, Guida F, Brüske I, Wichmann HE, Landi MT, Caporaso N, Siemiatycki J, Ahrens W, Pohlabeln H, Zaridze D, Field JK, McLaughlin J, Demers P, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Dumitru RS, Bencko V, Foretova L, Janout V, Kendzia B, Peters S, Behrens T, Vermeulen R, Brüning T, Kromhout H, Olsson A. Is Previous Respiratory Disease a Risk Factor for Lung Cancer? Am J Respir Crit Care Med 2014;190:549-59. PMID: 25054566; PMCID: PMC4214084

534.   Keeley BR, Islami F, Pourshams A, Poustchi H, Pak JS, Brennan P, Khademi H, Genden EM, Abnet CC, Dawsey SM, **Boffetta P**, Malekzadeh R, Sikora AG. Prediagnostic serum levels of inflammatory biomarkers are correlated with future development of lung and esophageal cancer. Cancer Sci 2014;105:1205-11. PMID: 25040886

535.   Wang Z, Zhu B, Zhang M, Parikh H, Jia J, Chung CC, Sampson JN, Hoskins JW, Hutchinson A, Burdette L, Ibrahim A, Hautman C, Raj PS, Abnet CC, Adjei AA, Ahlbom A, Albanes D, Allen NE, Ambrosone CB, Aldrich M, Amiano P, Amos C, Andersson U, Andriole G Jr, Andrulis IL, Arici C, Arslan AA, Austin MA, Baris D, Barkauskas DA, Bassig BA, Beane Freeman LE, Berg CD, Berndt SI, Bertazzi PA, Biritwum RB, Black A, Blot W, Boeing H, **Boffetta P**, Bolton K, Boutron-Ruault MC, Bracci PM, Brennan P, Brinton LA, Brotzman M, Bueno-de-Mesquita HB, Buring JE, Butler MA, Cai Q, Cancel-Tassin G, Canzian F, Cao G, Caporaso NE, Carrato A, Carreon T, Carta A, Chang GC, Chang IS, Chang-Claude J, Che X, Chen CJ, Chen CY, Chen CH, Chen C, Chen KY, Chen YM, Chokkalingam AP, Chu LW, Clavel-Chapelon F, Colditz GA, Colt JS, Conti D, Cook MB, Cortessis VK, Crawford ED, Cussenot O, Davis FG, De Vivo I, Deng X, Ding T, Dinney CP, Di Stefano AL, Diver WR, Duell EJ, Elena JW, Fan JH, Feigelson HS, Feychting M, Figueroa JD, Flanagan AM, Fraumeni JF Jr, Freedman ND, Fridley BL, Fuchs CS, Gago-Dominguez M, Gallinger S, Gao YT, Gapstur SM, Garcia-Closas M, Garcia-Closas R, Gastier-Foster JM, Gaziano JM, Gerhard DS, Giffen CA, Giles GG, Gillanders EM, Giovannucci EL, Goggins M, Gokgoz N, Goldstein AM, Gonzalez C, Gorlick R, Greene MH, Gross M, Grossman HB, Grubb R 3rd, Gu J, Guan P, Haiman CA, Hallmans G, Hankinson SE, Harris CC, Hartge P, Hattinger C, Hayes RB, He Q, Helman L, Henderson BE, Henriksson R, Hoffman-Bolton J, Hohensee C, Holly EA, Hong YC, Hoover RN, Hosgood HD 3rd, Hsiao CF, Hsing AW, Hsiung CA, Hu N, Hu W, Hu Z, Huang MS, Hunter DJ, Inskip PD, Ito H, Jacobs EJ, Jacobs KB, Jenab M, Ji BT, Johansen C, Johansson M, Johnson A, Kaaks R, Kamat AM, Kamineni A, Karagas M, Khanna C, Khaw KT, Kim C, Kim IS, Kim YH, Kim YC, Kim YT, Kang CH, Jung YJ, Kitahara CM, Klein AP, Klein R, Kogevinas M, Koh WP, Kohno T, Kolonel LN, Kooperberg C, Kratz CP, Krogh V, Kunitoh H, Kurtz RC, Kurucu N, Lan Q, Lathrop M, Lau CC, Lecanda F, Lee KM, Lee MP, Le Marchand L, Lerner SP, Li D, Liao LM, Lim WY, Lin D, Lin J, Lindstrom S, Linet MS, Lissowska J, Liu J, Ljungberg B, Lloreta J, Lu D, Ma J, Malats N, Mannisto S,

Marina N, Mastrangelo G, Matsuo K, McGlynn KA, McKean-Cowdin R, McNeill LH, McWilliams RR, Melin BS, Meltzer PS, Mensah JE, Miao X, Michaud DS, Mondul AM, Moore LE, Muir K, Niwa S, Olson SH, Orr N, Panico S, Park JY, Patel AV, Patino-Garcia A, Pavanello S, Peeters PH, Peplonska B, Peters U, Petersen GM, Picci P, Pike MC, Porru S, Prescott J, Pu X, Purdue MP, Qiao YL, Rajaraman P, Riboli E, Risch HA, Rodabough RJ, Rothman N, Ruder AM, Ryu JS, Sanson M, Schned A, Schumacher FR, Schwartz AG, Schwartz KL, Schwenn M, Scotlandi K, Seow A, Serra C, Serra M, Sesso HD, Severi G, Shen H, Shen M, Shete S, Shiraishi K, Shu XO, Siddiq A, Sierrasesumaga L, Sierri S, Sihoe AD, Silverman DT, Simon M, Southey MC, Spector L, Spitz M, Stampfer M, Stattin P, Stern MC, Stevens VL, Stolzenberg-Solomon RZ, Stram DO, Strom SS, Su WC, Sund M, Sung SW, Swerdlow A, Tan W, Tanaka H, Tang W, Tang ZZ, Tardon A, Tay E, Taylor PR, Tettey Y, Thomas DM, Tirabosco R, Tjonneland A, Tobias GS, Toro JR, Travis RC, Trichopoulos D, Troisi R, Truelove J, Tsai YH, Tucker MA, Tumino R, Van Den Berg D, Van Den Eeden SK, Vermeulen R, Vineis P, Visvanathan K, Vogel U, Wang C, Wang C, Wang J, Wang SS, Weiderpass E, Weinstein SJ, Wentzensen N, Wheeler W, White E, Wiencke JK, Wolk A, Wolpin BM, Wong MP, Wrensch M, Wu C, Wu T, Wu X, Wu YL, Wunder JS, Xiang YB, Xu J, Yang HP, Yang PC, Yatabe Y, Ye Y, Yeboah ED, Yin Z, Ying C, Yu CJ, Yu K, Yuan JM, Zanetti KA, Zeleniuch-Jacquotte A, Zheng W, Zhou B, Mirabello L, Savage SA, Kraft P, Chanock SJ, Yeager M, Landi MT, Shi J, Chatterjee N, Amundadottir LT. Imputation and subset based association analysis across different cancer types identifies multiple independent risk loci in the TERT-CLPTM1L region on chromosome 5p15.33. Hum Mol Genet 2014;23:6616-33. PMID: 25027329; PMCID: PMC4240198

536.    Conway DI, Brenner DR, McMahon AD, Macpherson LM, Agudo A, Ahrens W, Bosetti C, Brenner H, Castellsague X, Chen C, Curado MP, Curioni OA, Maso LD, Daudt AW, de Gois Filho JF, D'Souza G, Edefonti V, Fabianova E, Fernandez L, Franceschi S, Gillison M, Hayes RB, Healy CM, Herrero R, Holcatova I, Jayaprakash V, Kelsey K, Kjaerheim K, Koifman S, Vecchia CL, Lagiou P, Lazarus P, Levi F, Lissowska J, Luce D, Macfarlane TV, Mates D, Matos E, McClean M, Menezes AM, Menvielle G, Merletti F, Morgenstern H, Moysich K, Müller H, Muscat J, Olshan AF, Purdue MP, Ramroth H, Richiardi L, Rudnai P, Schantz S, Schwartz SM, Shangina O, Simonato L, Smith E, Stucker I, Sturgis EM, Szeszenia-Dabrowska N, Talamini R, Thomson P, Vaughan TL, Wei Q, Winn DM, Wunsch-Filho V, Yu GP, Zhang ZF, Zheng T, Znaor A, **Boffetta P**, Chuang SC, Amy Lee YC, Hashibe M, Brennan P. Estimating and explaining the effect of education and income on head and neck cancer risk: INHANCE consortium pooled analysis of 31 case-control studies from 27 countries. Int J Cancer 2015;136:1125-39. PMID: 24996155

537.    Rota M, Porta L, Pelucchi C, Negri E, Bagnardi V, Bellocco R, Corrao G, **Boffetta P**, La Vecchia C. Alcohol drinking and risk of leukemia-A systematic review and meta-analysis of the dose-risk relation. Cancer Epidemiol 2014;38:339-345. PMID: 24986108

538.    Galeone C, Edefonti V, Parpinel M, Leoncini E, Matsuo K, Talamini R, Olshan AF, Zevallos JP, Winn DM, Jayaprakash V, Moysich K, Zhang ZF, Morgenstern H, Levi F, Bosetti C, Kelsey K, McClean M, Schantz S, Yu GP, **Boffetta P**, Lee YC, Hashibe M, La Vecchia C, Boccia S. Folate intake and the risk of oral cavity and pharyngeal cancer: A pooled analysis within the International Head and Neck Cancer Epidemiology Consortium. Int J Cancer 2015;136:904-14. PMID: 24974959; PMCID: PMC4262536

539.    Brenner DR, Scherer D, Muir K, Schildkraut J, **Boffetta P**, Spitz MR, Le Marchand L, Chan AT, Goode EL, Ulrich CM, Hung RJ. A review of the application of inflammatory biomarkers in epidemiologic cancer research. Cancer Epidemiol Biomarkers Prev 2014;23:1729-51. PMID: 24962838; PMCID: PMC4155060

540.    Schöttker B, Jorde R, Peasey A, Thorand B, Jansen EH, Groot Ld, Streppel M, Gardiner J, Ordóñez-Mena JM, Perna L, Wilsgaard T, Rathmann W, Feskens E, Kampman E, Siganos G, Njølstad I, Mathiesen EB, Kubínová R, Pająk A, Topor-Madry R, Tamosiunas A, Hughes M, Kee F, Bobak M, Trichopoulou A, **Boffetta P**, Brenner H; Consortium on Health and Ageing: Network of Cohorts in Europe and the United States. Vitamin D and mortality: meta-analysis of

individual participant data from a large consortium of cohort studies from Europe and the United States. BMJ 2014 Jun 17;348:g3656. PMID: 24938302; PMCID: PMC4061380

541. Rota M, Bosetti C, Boccia S, **Boffetta P**, La Vecchia C. Occupational exposures to polycyclic aromatic hydrocarbons and respiratory and urinary tract cancers: an updated systematic review and a meta-analysis to 2014. Arch Toxicol 2014;88:1479-90. PMID: 24935254

542. Cozen W, Timofeeva MN, Li D, Diepstra A, Hazelett D, Delahaye-Sourdeix M, Edlund CK, Franke L, Rostgaard K, Van Den Berg DJ, Cortessis VK, Smedby KE, Glaser SL, Westra HJ, Robison LL, Mack TM, Ghesquieres H, Hwang AE, Nieters A, de Sanjose S, Lightfoot T, Becker N, Maynadie M, Foretova L, Roman E, Benavente Y, Rand KA, Nathwani BN, Glimelius B, Staines A, **Boffetta P**, Link BK, Kiemeney L, Ansell SM, Bhatia S, Strong LC, Galan P, Vatten L, Habermann TM, Duell EJ, Lake A, Veenstra RN, Visser L, Liu Y, Urayama KY, Montgomery D, Gaborieau V, Weiss LM, Byrnes G, Lathrop M, Cocco P, Best T, Skol AD, Adami HO, Melbye M, Cerhan JR, Gallagher A, Taylor GM, Slager SL, Brennan P, Coetzee GA, Conti DV, Onel K, Jarrett RF, Hjalgrim H, van den Berg A, McKay JD. A meta-analysis of Hodgkin lymphoma reveals 19p13.3 TCF3 as a novel susceptibility locus. Nat Commun 2014;5:3856. PMID: 24920014; PMCID: PMC4055950

543. Park S, Jee SH, Shin HR, Park EH, Shin A, Jung KW, Hwang SS, Cha ES, Yun YH, Park SK, Boniol M, **Boffetta P**. Attributable fraction of tobacco smoking on cancer using population-based nationwide cancer incidence and mortality data in Korea. BMC Cancer 2014;14:406. PMID: 24902960; PMCID: PMC4090397

544. Islami F, Pourshams A, Nasseri-Moghaddam S, Khademi H, Poutschi H, Khoshnia M, Norouzi A, Amiriani T, Sohrabpour AA, Aliasgari A, Jafari E, Semnani S, Abnet CC, Pharoah PD, Brennan P, Kamangar F, Dawsey SM, **Boffetta P**, Malekzadeh R. Gastroesophageal reflux disease and overall and cause-specific mortality: A prospective study of 50000 individuals. Middle East J Dig Dis 2014;6:65-80. PMID: 24872865; PMCID: PMC: 4034667

545. Consonni D, Matteis SD, Pesatori AC, Bertazzi PA, Olsson AC, Kromhout H, Peters S, Vermeulen RC, Pesch B, Brüning T, Kendzia B, Behrens T, Stücker I, Guida F, Wichmann HE, Brüske I, Landi MT, Caporaso NE, Gustavsson P, Plato N, Tse LA, Yu IT, Jöckel KH, Ahrens W, Pohlabeln H, Merletti F, Richiardi L, Simonato L, Forastiere F, Siemiatycki J, Parent ME, Tardón A, **Boffetta P**, Zaridze D, Chen Y, Field JK, 't Mannetje A, Pearce N, McLaughlin J, Demers P, Lissowska J, Szeszenia-Dabrowska N, Bencko V, Foretova L, Janout V, Rudnai P, Fabiánová E, Stanescu Dumitru R, Bueno-de-Mesquita B, Schüz J, Straif K. Lung cancer risk among bricklayers in a pooled analysis of case-control studies. Int J Cancer 2014;36:360-71. PMID: 24861979

546. Cheng TH, Gorman M, Martin L, Barclay E, Casey G; Colon Cancer Family Registry; **CGEMS**, Saunders B, Thomas H, Clark S, Tomlinson I. Common colorectal cancer risk alleles contribute to the multiple colorectal adenoma phenotype, but do not influence colonic polyposis in FAP. Eur J Hum Genet 2015;23:260-3. PMID: 24801760; PMCID: PMC4140766

547. Chang ET, Adami HO, **Boffetta P**, Cole P, Starr TB, Mandel JS. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Crit Rev Toxicol 2014;44 Suppl 1:1-81. PMID: 24793953

548. Taylor-Black SA, Mehta H, Weiderpass E, **Boffetta P**, Sicherer SH, Wang J. Prevalence of food allergy in New York City school children. Ann Allergy Asthma Immunol 2014;112:554-556. PMID: 24768412; PMCID: PMC4079076

549. Corbex M, Bouzbid S, **Boffetta P**. Features of breast cancer in developing countries, examples from North-Africa. Eur J Cancer 2014;50:1808-1818. PMID: 24767469

550. Chang ET, Adami HO, Bailey WH, **Boffetta P**, Krieger RI, Moolgavkar SH, Mandel JS. Validity of geographically modeled environmental exposure estimates. Crit Rev Toxicol 2014;44:450-66. PMID: 24766059

551. **Boffetta P**, Donaldson K, Moolgavkar S, Mandel JS. A systematic review of occupational exposure to synthetic vitreous fibers and mesothelioma. Crit Rev Toxicol 2014;44:436-49. PMID: 24766058

552. De Stefani E, Deneo-Pellegrini H, Ronco AL, **Boffetta P**, Correa P, Mendilaharsu M, Acosta G,

Quarneti A, Silva C. Diet patterns and risk of squamous cell oesophageal carcinoma: a case-control study in Uruguay. Asian Pac J Cancer Prev 2014;15:2765-9. PMID: 24761898

553. Zheng W, McLerran DF, Rolland BA, Fu Z, **Boffetta P**, He J, Gupta PC, Ramadas K, Tsugane S, Irie F, Tamakoshi A, Gao YT, Koh WP, Shu XO, Ozasa K, Nishino Y, Tsuji I, Tanaka H, Chen CJ, Yuan JM, Ahn YO, Yoo KY, Ahsan H, Pan WH, Qiao YL, Gu D, Pednekar MS, Sauvaget C, Sawada N, Sairenchi T, Yang G, Wang R, Xiang YB, Ohishi W, Kakizaki M, Watanabe T, Oze I, You SL, Sugawara Y, Butler LM, Kim DH, Park SK, Parvez F, Chuang SY, Fan JH, Shen CY, Chen Y, Grant EJ, Lee JE, Sinha R, Matsuo K, Thornquist M, Inoue M, Feng Z, Kang D, Potter JD. Burden of total and cause-specific mortality related to tobacco smoking among adults aged ≥ 45 years in Asia: a pooled analysis of 21 cohorts. PLoS Med 2014;11:e1001631. PMID: 24756146; PMCID: PMC3995657

554. Park S, Kim Y, Shin HR, Lee B, Shin A, Jung KW, Jee SH, Kim DH, Yun YH, Park SK, Boniol M, **Boffetta P**. Population-attributable causes of cancer in Korea: obesity and physical inactivity. PLoS One 2014;9:e90871. PMID: 24722008; PMCID: PMC3982956

555. Turati F, Galeone C, Rota M, Pelucchi C, Negri E, Bagnardi V, Corrao G, **Boffetta P**, La Vecchia C. Alcohol and liver cancer: a systematic review and meta-analysis of prospective studies. Ann Oncol 2014;25:1526-35. PMID: 24631946

556. Kim CH, Amy Lee YC, Hung RJ, McNallan SR, Cote ML, Lim WY, Chang SC, Kim JH, Ugolini D, Chen Y, Liloglou T, Andrew AS, Onega T, Duell EJ, Field JK, Lazarus P, Marchand LL, Neri M, Vineis P, Kiyohara C, Hong YC, Morgenstern H, Matsuo K, Tajima K, Christiani DC, McLaughlin JR, Bencko V, Holcatova I, **Boffetta P**, Brennan P, Fabianova E, Foretova L, Janout V, Lissowska J, Mates D, Rudnai P, Szeszenia-Dabrowska N, Mukeria A, Zaridze D, Seow A, Schwartz AG, Yang P, Zhang ZF. Exposure to secondhand tobacco smoke and lung cancer by histological type: a pooled analysis of the International Lung Cancer Consortium (ILCCO). Int J Cancer 2014;135:1918-30. PMID: 24615328; PMCID: PMC4126868

557. Duarte-Salles T, Fedirko V, Stepien M, Trichopoulou A, Bamia C, Lagiou P, Lukanova A, Trepo E, Overvad K, Tjønneland A, Halkjaer J, Boutron-Ruault MC, Racine A, Cadeau C, Kühn T, Aleksandrova K, Trichopoulos D, Tsiotas K, **Boffetta P**, Palli D, Pala V, Tumino R, Sacerdote C, Panico S, Bueno-de-Mesquita HB, Dik VK, Peeters PH, Weiderpass E, Gram IT, Hjartåker A, Quirós JR, Fonseca-Nunes A, Molina-Montes E, Dorronsoro M, Navarro Sanchez C, Barricarte A, Lindkvist B, Sonestedt E, Johansson I, Wennberg M, Khaw KT, Wareham N, Travis RC, Romieu I, Riboli E, Jenab M. Dairy products and risk of hepatocellular carcinoma: The European Prospective Investigation into Cancer and Nutrition (EPIC). Int J Cancer 2014;135:1662-72. PMID: 24615266

558. **Boffetta P**, Fordyce T, Mandel JS. A mortality study of workers exposed to insoluble forms of beryllium. Eur J Cancer Prev 2014;23:587-93. PMID: 24589746

559. Islami F, Nasseri-Moghaddam S, Pourshams A, Poustchi H, Semnani S, Kamangar F, Etemadi A, Merat S, Khoshnia M, Dawsey SM, Pharoah PD, Brennan P, Abnet CC, **Boffetta P**, Malekzadeh R. Determinants of gastroesophageal reflux disease, including hookah smoking and opium use- a cross-sectional analysis of 50,000 individuals. PLoS One 2014;9:e89256. PMID: 24586635; PMCID: PMC3931722

560. Pelucchi C, Lunet N, Boccia S, Zhang ZF, Praud D, **Boffetta P**, Levi F, Matsuo K, Ito H, Hu J, Johnson KC, Ferraroni M, Yu GP, Peleteiro B, Malekzadeh R, Derakhshan MH, Ye W, Zaridze D, Maximovitch D, Aragonés N, Martín V, Pakseresht M, Pourfarzi F, Bellavia A, Orsini N, Wolk A, Mu L, Arzani D, Kurtz RC, Lagiou P, Trichopoulos D, Muscat J, La Vecchia C, Negri E. The stomach cancer pooling (StoP) project: study design and presentation. Eur J Cancer Prev 2015;24:16-23. PMID: 24566154

561. Etemadi A, Abnet CC, Kamangar F, Islami F, Khademi H, Pourshams A, Poustchi H, Bagheri M, Sohrabpour AA, Aliasgar A, Khoshnia M, Wacholder S, Matthews CC, Pharoah PD, Brennan P, **Boffetta P**, Malekzadeh R, Dawsey SM. Impact of body size and physical activity during adolescence and adult life on overall and cause-specific mortality in a large cohort study from Iran. Eur J Epidemiol 2014;29:95-109. PMID: 24557643

562. Lamb JC 4th, **Boffetta P**, Foster WG, Goodman JE, Hentz KL, Rhomberg LR, Staveley J, Swaen

G, Van Der Kraak G, Williams AL. Critical comments on the WHO-UNEP State of the Science of Endocrine Disrupting Chemicals - 2012. Regul Toxicol Pharmacol 2014;69:22-40. PMID: 24530840

563. Rota M, Pasquali E, Bellocco R, Bagnardi V, Scotti L, Islami F, Negri E, **Boffetta P**, Pelucchi C, Corrao G, La Vecchia C. Alcohol drinking and cutaneous melanoma risk - A systematic review and dose-risk meta-analysis. Br J Dermatol 2014;170:1021-8. PMID: 24495200

564. Zaridze D, Lewington S, Boroda A, Scélo G, Karpov R, Lazarev A, Konobeevskaya I, Igitov V, Terechova T, **Boffetta P**, Sherliker P, Kong X, Whitlock G, Boreham J, Brennan P, Peto R. Alcohol and mortality in Russia: prospective observational study of 151 000 adults. Lancet 2014;383:1465-73. PMID: 24486187; PMCID: PMC4007591

565. López RV, Levi JE, Eluf-Neto J, Koifman RJ, Koifman S, Curado MP, Michaluart-Junior P, Figueiredo DL, Saggioro FP, de Carvalho MB, Kowalski LP, Abrahão M, de Góis-Filho F, Tajara EH, Waterboer T, **Boffetta P**, Brennan P, Wünsch-Filho V. Human papillomavirus (HPV) 16 and the prognosis of head and neck cancer in a geographical region with a low prevalence of HPV infection. Cancer Causes Control 2014;25:461-71. PMID: 24474236

566. Chen Y, Copeland WK, Vedanthan R, Grant E, Lee JE, Gu D, Gupta PC, Ramadas K, Inoue M, Tsugane S, Tamakoshi A, Gao YT, Yuan JM, Shu XO, Ozasa K, Tsuji I, Kakizaki M, Tanaka H, Nishino Y, Chen CJ, Wang R, Yoo KY, Ahn YO, Ahsan H, Pan WH, Chen CS, Pednekar MS, Sauvaget C, Sasazuki S, Yang G, Koh WP, Xiang YB, Ohishi W, Watanabe T, Sugawara Y, Matsuo K, You SL, Park SK, Kim DH, Parvez F, Chuang SY, Ge W, Rolland B, McLerran D, Sinha R, Thornquist M, Kang D, Feng Z, **Boffetta P**, Zheng W, He J, Potter JD. Association between body mass index and cardiovascular disease mortality in east Asians and south Asians: pooled analysis of prospective data from the Asia Cohort Consortium. BMJ 2013 Oct 1;347:f5446. PMID: 24473060; PMCID: PMC3788174

567. Rota M, Porta L, Pelucchi C, Negri E, Bagnardi V, Bellocco R, Corrao G, **Boffetta P**, La Vecchia C. Alcohol drinking and multiple myeloma risk - a systematic review and meta-analysis of the dose-risk relationship. Eur J Cancer Prev 2014;23:113-21. PMID: 24469244

568. Fan JH, Wang JB, Jiang Y, Xiang W, Liang H, Wei WQ, Qiao YL, **Boffetta P**. Attributable causes of liver cancer mortality and incidence in China. Asian Pac J Cancer Prev 2013;14:7251-6. PMID: 24460283

569. Aleksandrova K, Boeing H, Nöthlings U, Jenab M, Fedirko V, Kaaks R, Lukanova A, Trichopoulou A, Trichopoulos D, **Boffetta P**, Trepo E, Westhpal S, Duarte-Salles T, Stepien M, Overvad K, Tjønneland A, Halkjaer J, Boutron-Ruault MC, Dossus L, Racine A, Lagiou P, Bamia C, Benetou V, Agnoli C, Palli D, Panico S, Tumino R, Vineis P, Bueno-de-Mesquita B, Peeters PH, Gram IT, Lund E, Weiderpass E, Quirós JR, Agudo A, Sánchez MJ, Gavrila D, Barricarte A, Dorronsoro M, Ohlsson B, Lindkvist B, Johansson A, Sund M, Khaw KT, Wareham N, Travis RC, Riboli E, Pischon T. Inflammatory and metabolic biomarkers and risk of liver and biliary tract cancer. Hepatol 2014;60:858-71. PMID: 24443059; PMCID: PMC4231978

570. Gallus S, Lugo A, La Vecchia C, **Boffetta P**, Chaloupka FJ, Colombo P, Currie L, Fernandez E, Fischbacher C, Gilmore A, Godfrey F, Joossens L, Leon ME, Levy DT, Nguyen L, Rosenqvist G, Ross H, Townsend J, Clancy L. Pricing Policies And Control of Tobacco in Europe (PPACTE) project: cross-national comparison of smoking prevalence in 18 European countries. Eur J Cancer Prev 2014;23:177-85. PMID: 24441832

571. Agodi A, Barchitta M, Quattrocchi A, Marchese AE, **Boffetta P**. Folate deficiency is not associated with increased mitochondrial genomic instability: results from dietary intake and lymphocytic mtDNA 4977-bp deletion in healthy young women in Italy. Mutagenesis 2014;29:101-6. PMID: 24419225

572. Dar NA, Islami F, Bhat GA, Shah IA, Makhdoomi MA, Iqbal B, Rafiq R, Lone MM, **Boffetta P**. Contact with animals and risk of oesophageal squamous cell carcinoma: outcome of a case-control study from Kashmir, a high-risk region. Occup Environ Med 2014;71:208-14. PMID: 24406322

573. Vlaanderen J, Portengen L, Schüz J, Olsson A, Pesch B, Kendzia B, Stücker I, Guida F, Brüske I, Wichmann HE, Consonni D, Landi MT, Caporaso N, Siemiatycki J, Merletti F, Mirabelli D, Richiardi L, Gustavsson P, Plato N, Jöckel KH, Ahrens W, Pohlabeln H, Tardón A, Zaridze D,

Field JK, 't Mannetje A, Pearce N, McLaughlin J, Demers P, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Stanescu Dumitru R, Bencko V, Foretova L, Janout V, **Boffetta P**, Forastiere F, Bueno-de-Mesquita B, Peters S, Brüning T, Kromhout H, Straif K, Vermeulen R. Effect modification of the association of cumulative exposure and cancer risk by intensity of exposure and time since exposure cessation: A flexible method applied to cigarette smoking and lung cancer in the SYNERGY Study. Am J Epidemiol 2014;179:290-8. PMID: 24355332; PMCID: PMC3895097

574. Marks MA, Chaturvedi AK, Kelsey K, Straif K, Berthiller J, Schwartz SM, Smith E, Wyss A, Brennan P, Olshan AF, Wei Q, Sturgis EM, Zhang ZF, Morgenstern H, Muscat J, Lazarus P, McClean M, Chen C, Vaughan TL, Wunsch-Filho V, Curado MP, Koifman S, Matos E, Menezes A, Daudt AW, Fernandez L, Posner M, **Boffetta P**, Lee YC, Hashibe M, D'Souza G. Association of marijuana smoking with oropharyngeal and oral tongue cancers: Pooled analysis from the INHANCE Consortium. Cancer Epidemiol Biomarkers Prev 2014;23:160-71. PMID: 24351902; PMCID: PMC3947141

575. Long MD, Hutfless S, Kappelman MD, Khalili H, Kaplan GG, Bernstein CN, Colombel JF, Gower-Rousseau C, Herrinton L, Velayos F, Loftus EV Jr, Nguyen GC, Ananthakrishnan AN, Sonnenberg A, Chan A, Sandler RS, Atreja A, Shah SA, Rothman KJ, Leleiko NS, Bright R, **Boffetta P**, Myers KD, Sands BE. Challenges in designing a national surveillance program for inflammatory bowel disease in the United States. Inflamm Bowel Dis 2014;20:398-415. PMID: 24280882

576. Leoncini E, Ricciardi W, Cadoni G, Arzani D, Petrelli L, Paludetti G, Brennan P, Luce D, Stucker I, Matsuo K, Talamini R, La Vecchia C, Olshan AF, Winn DM, Herrero R, Franceschi S, Castellsague X, Muscat J, Morgenstern H, Zhang ZF, Levi F, Dal Maso L, Kelsey K, McClean M, Vaughan TL, Lazarus P, Purdue MP, Hayes RB, Chen C, Schwartz SM, Shangina O, Koifman S, Ahrens W, Matos E, Lagiou P, Lissowska J, Szeszenia-Dabrowska N, Fernandez L, Menezes A, Agudo A, Daudt AW, Richiardi L, Kjaerheim K, Mates D, Betka J, Yu GP, Schantz S, Simonato L, Brenner H, Conway DI, Macfarlane TV, Thomson P, Fabianova E, Znaor A, Rudnai P, Healy C, **Boffetta P**, Chuang SC, Lee YC, Hashibe M, Boccia S. Adult height and head and neck cancer: a pooled analysis within the INHANCE Consortium. Eur J Epidemiol 2014;29:35-48 PMID: 24271556; PMCID: PMC4122122

577. Céspedes J, Briceño G, Farkouh ME, Vedanthan R, Baxter J, Leal M, **Boffetta P**, Hunn M, Dennis R, Fuster V. Promotion of cardiovascular health in preschool children: 36-month cohort follow-up. Am J Med 2013;126:1122-6. PMID: 24262725; PMCID: PMC4106297

578. Vila PM, Stucken CL, Morris LG, Posner MR, Genden EM, **Boffetta P**, Sikora AG. Reduced impact of nodal metastases as a prognostic factor for tonsil cancer in the HPV era. Eur Arch Otorhinolaryngol 2014;271:2523-9. PMID: 24190760; PMCID: PMC4010562

579. Peluso ME, Munnia A, Bollati V, Srivatanakul P, Jedpiyawongse A, Sangrajrang S, Ceppi M, Giese RW, **Boffetta P**, Baccarelli AA. Aberrant methylation of hypermethylated-in- cancer-1 and exocyclic DNA adducts in tobacco smokers. Toxicol Sci 2014;137:47-54. PMID: 24154486; PMCID: PMC3871933.

580. Malekzadeh MM, Khademi H, Pourshams A, Etemadi A, Poustchi H, Bagheri M, Khoshnia M, Sohrabpour AA, Aliasgari A, Jafari E, Islami F, Semnani S, Abnet CC, Pharoah PD, Brennan P, **Boffetta P**, Dawsey SM, Malekzadeh R, Kamangar F. Opium use and risk of mortality from digestive diseases: A prospective cohort study. Am J Gastroenterol 2013;108:1757-65. PMID: 24145676

581. Lubin JH, De Stefani E, Abnet CC, Acosta G, **Boffetta P**, Victora CG, Graubard BI, Munoz N, Deneo-Pellegrini H, Franceschi S, Castellsagué X, Ronco AL, Dawsey SM. Mate drinking and esophageal squamous cell carcinoma in South America: pooled results from two large multi-center case-control studies. Cancer Epidemiol Biomarkers Prev 2014;23:107-16. PMID: 24130226; PMCID: PMC3947123

582. Moreira DM, Aronson WJ, Terris MK, Kane CJ, Amling CL, Cooperberg MR, **Boffetta P**, Freedland SJ. Cigarette smoking is associated with an increased risk of biochemical disease recurrence, metastasis, castration-resistant prostate cancer, and mortality after radical

prostatectomy: Results from the SEARCH database. Cancer 2014;120:197-204. PMID: 24127391; PMCID: PMC4149056

583.     Olsson AC, Xu Y, Schüz J, Vlaanderen J, Kromhout H, Vermeulen R, Peters S, Stücker I, Guida F, Brüske I, Wichmann HE, Consonni D, Landi MT, Caporaso N, Tse LA, Yu IT, Siemiatycki J, Richardson L, Mirabelli D, Richiardi L, Simonato L, Gustavsson P, Plato N, Jöckel KH, Ahrens W, Pohlabeln H, Tardón A, Zaridze D, Marcus MW, 't Mannetje A, Pearce N, McLaughlin J, Demers P, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Dumitru RS, Bencko V, Foretova L, Janout V, **Boffetta P**, Fortes C, Bueno- de-Mesquita B, Kendzia B, Behrens T, Pesch B, Brüning T, Straif K. Lung cancer risk among hairdressers: a pooled analysis of case-control studies conducted between 1985 and 2010. Am J Epidemiol 2013;178:1355-65. PMID: 24068200; PMCID: PMC3813309

584.     Hutter CM, Mechanic LE, Chatterjee N, Kraft P, Gillanders EM; **NCI Gene-Environment Think Tank**. Gene-environment interactions in cancer epidemiology: a National Cancer Institute Think Tank report.Genet Epidemiol 2013;37:643-57. PMID: 24123198; PMCID: PMC4143122

585.     Kendzia B, Behrens T, Jöckel KH, Siemiatycki J, Kromhout H, Vermeulen R, Peters S, Van Gelder R, Olsson A, Brüske I, Wichmann HE, Stücker I, Guida F, Tardón A, Merletti F, Mirabelli D, Richiardi L, Pohlabeln H, Ahrens W, Landi MT, Caporaso N, Consonni D, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Gustavsson P, Marcus M, Fabianova E, 't Mannetje A, Pearce N, Tse LA, Yu IT, Rudnai P, Bencko V, Janout V, Mates D, Foretova L, Forastiere F, McLaughlin J, Demers P, Bueno-de-Mesquita B, **Boffetta P**, Schüz J, Straif K, Pesch B, Brüning T. Welding and lung cancer in a pooled analysis of case-control studies. Am J Epidemiol 2013;178:1513-25. PMID: 24052544; PMCID: PMC3888276

586.     Hakami R, Etemadi A, Kamangar F, Pourshams A, Mohtadinia J, Firoozi MS, Birkett N, **Boffetta P**, Dawsey SM, Malekzadeh R. Cooking methods and esophageal squamous cell carcinoma in high-risk areas of Iran. Nutr Cancer 2014;66:500-5. PMID: 24033341.

587.     Monnereau A, Glaser SL, Schupp CW, Ekström Smedby K, de Sanjosé S, Kane E, Melbye M, Forétva L, Maynadié M, Staines A, Becker N, Nieters A, Brennan P, **Boffetta P**, Cocco P, Glimelius I, Clavel J, Hjalgrim H, Chang ET. Exposure to ultraviolet radiation and risk of Hodgkin lymphoma: a pooled analysis. Blood 2013;122:3492-9. PMID: 24016459; PMCID: PMC3829118

588.     Gamarra F, **Boffetta P**, De Ruysscher D, Felip E, Gaga M, Grigoriu B, Huber RM, Janes SM, Marquette CH, Massard G, Noel JL, Sculier JP, Meert AP. Thoracic Oncology HERMES syllabus: setting the basis for thoracic oncology training in Europe. Eur Respir J 2013;42:568-71. PMID: 24000247.

589.     Bosetti C, Lucenteforte E, Bracci PM, Negri E, Neale RE, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham E, Holly EA, Gao YT, Yu H, Kurtz RC, Cotterchio M, Maisonneuve P, Zeegers MP, Duell EJ, **Boffetta P**, La Vecchia C. Ulcer, gastric surgery and pancreatic cancer risk: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol 2013;24:2903-10.  PMID: 23970016; PMCID: PMC3811904

590.     Andreotti G, Birmann B, De Roos AJ, Spinelli J, Cozen W, Camp NJ, Moysich K, Chiu B, Steplowski E, Krzystan J, **Boffetta P**, Benhaim-Luzon V, Brennan P, de Sanjosé S, Costas L, Costantini AS, Miligi L, Cocco P, Becker N, Foretová L, Maynadié M, Nieters A, Staines A, Tricot G, Milliken K, Weisenburger D, Zheng T, Baris D, Purdue MP. A pooled analysis of alcohol consumption and risk of multiple myeloma in the International Multiple Myeloma Consortium. Cancer Epidemiol Biomarkers Prev 2013;22:1620-7. PMID: 23964064; PMCID: PMC3769449

591.     Behrens T, Kendzia B, Treppmann T, Olsson A, Jöckel KH, Gustavsson P, Pohlabeln H, Ahrens W, Brüske I, Wichmann HE, Merletti F, Mirabelli D, Richiardi L, Simonato L, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Tardón A, Field J, Stanescu Dumitru R, Bencko V, Foretova L, Janout V, Siemiatycki J, Parent ME, McLaughlin J, Demers P, Landi MT, Caporaso N, Kromhout H, Vermeulen R, Peters S, Benhamou S, Stücker I, Guida F, Consonni D, Bueno-de-Mesquita B, 't Mannetje A, Pearce N, Tse LA, Yu IT, Plato N, **Boffetta P**, Straif K, Schüz J, Pesch B, Brüning T. Lung cancer risk among bakers, pastry cooks and confectionary makers: the SYNERGY study. Occup Environ Med 2013;70:810-4. PMID:

23911873

592. Lee JE, McLerran DF, Rolland B, Chen Y, Grant EJ, Vedanthan R, Inoue M, Tsugane S, Gao YT, Tsuji I, Kakizaki M, Ahsan H, Ahn YO, Pan WH, Ozasa K, Yoo KY, Sasazuki S, Yang G, Watanabe T, Sugawara Y, Parvez F, Kim DH, Chuang SY, Ohishi W, Park SK, Feng Z, Thornquist M, **Boffetta P**, Zheng W, Kang D, Potter J, Sinha R. Meat intake and cause- specific mortality: a pooled analysis of Asian prospective cohort studies. Am J Clin Nutr 2013;98:1032-41. PMID: 23902788; PMCID: PMC3778858.

593. Dar NA, Islami F, Bhat GA, Shah IA, Makhdoomi MA, Iqbal B, Rafiq R, Lone MM, Abnet CC, **Boffetta P**. Poor oral hygiene and risk of esophageal squamous cell carcinoma in Kashmir. Br J Cancer 2013;109:1367-72. PMID: 23900216; PMCID: PMC3778293

594. Cocco P, Vermeulen R, Flore V, Nonne T, Campagna M, Purdue M, Blair A, Monnereau A, Orsi L, Clavel J, Becker N, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Miligi L, 't Mannetje A, Kricker A, Brennan P, **Boffetta P**, Lan Q, Rothman N. Occupational exposure to trichloroethylene and risk of non-Hodgkin lymphoma and its major subtypes: a pooled InterLymph analysis. Occup Environ Med 2013;70:795-802. PMID: 23881218.

595. Fortes C, Mastroeni S, **Boffetta P**, Antonelli G, Pilla MA, Bottà G, Anzidei P, Venanzetti F. The protective effect of coffee consumption on cutaneous melanoma risk and the role of GSTM1 and GSTT1 polymorphisms. Cancer Causes Control 2013;24:1779-87. PMID: 23860951.

596. **Boffetta P**. Lack of association between occupational exposure to diesel exhaust and risk of pancreatic cancer: a systematic evaluation of available data. Int Arch Occup Environ Health 2014;87:455-62. PMID: 23851578

597. Wyss A, Hashibe M, Chuang SC, Amy Lee YC, Zhang ZF, Yu GP, Winn DM, Wei Q, Talamini R, Szeszenia-Dabrowska N, Sturgis EM, Smith E, Shangina O, Schwartz SM, Schantz S, Rudnai P, Purdue MP, Eluf-Neto J, Muscat J, Morgenstern H, Michaluart P Jr, Menezes A, Matos E, Mates IN, Lissowska J, Levi F, Lazarus P, La Vecchia C, Koifman S, Herrero R, Hayes RB, Franceschi S, Wünsch-Filho V, Fernandez L, Fabianova E, Daudt AW, Dal Maso L, Curado MP, Chen C, Castellsague X, de Carvalho MB, Cadoni G, Boccia S, Brennan P, **Boffetta P**, Olshan AF. Cigarette, cigar, and pipe smoking and the risk of head and neck cancers: Pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. Am J Epidemiol 2013;178:679-90. PMID: 23817919; PMCID: PMC3755640

598. Peluso ME, Munnia A, Srivatanakul P, Jedpiyawongse A, Sangrajrang S, Ceppi M, Godschalk RW, van Schooten FJ, **Boffetta P**. DNA adducts and combinations of multiple lung cancer at-risk alleles in environmentally exposed and smoking subjects. Environ Mol Mutagen 2013;54:375-83. PMID: 23797975

599. Kamper-Jørgensen M, Rostgaard K, Glaser SL, Zahm SH, Cozen W, Smedby KE, Sanjosé S, Chang ET, Zheng T, La Vecchia C, Serraino D, Monnereau A, Kane EV, Miligi L, Vineis P, Spinelli JJ, McLaughlin JR, Pahwa P, Dosman JA, Vornanen M, Foretova L, Maynadie M, Staines A, Becker N, Nieters A, Brennan P, **Boffetta P**, Cocco P, Hjalgrim H. Cigarette smoking and risk of Hodgkin lymphoma and its subtypes: a pooled analysis from the International Lymphoma Epidemiology Consortium (InterLymph). Ann Oncol 2013;24:2245- 55. PMID: 23788758; PMCID: PMC3755332

600. Berndt SI, Skibola CF, Joseph V, Camp NJ, Nieters A, Wang Z, Cozen W, Monnereau A, Wang SS, Kelly RS, Lan Q, Teras LR, Chatterjee N, Chung CC, Yeager M, Brooks-Wilson AR, Hartge P, Purdue MP, Birmann BM, Armstrong BK, Cocco P, Zhang Y, Severi G, Zelenuch-Jacquotte A, Lawrence C, Burdette L, Yuenger J, Hutchinson A, Jacobs KB, Call TG, Shanafelt TD, Novak AJ, Kay NE, Liebow M, Wang AH, Smedby KE, Adami HO, Melbye M, Glimelius B, Chang ET, Glenn M, Curtin K, Cannon-Albright LA, Jones B, Diver WR, Link BK, Weiner GJ, Conde L, Bracci PM, Riby J, Holly EA, Smith MT, Jackson RD, Tinker LF, Benavente Y, Becker N, **Boffetta P**, Brennan P, Foretova L, Maynadie M, McKay J, Staines A, Rabe KG, Achenbach SJ, Vachon CM, Goldin LR, Strom SS, Lanasa MC, Spector LG, Leis JF, Cunningham JM, Weinberg JB, Morrison VA, Caporaso NE, Norman AD, Linet MS, De Roos AJ, Morton LM, Severson RK, Riboli E, Vineis P, Kaaks R, Trichopoulos D, Masala G, Weiderpass E, Chirlaque MD, Vermeulen RC, Travis RC, Giles GG, Albanes D, Virtamo J, Weinstein S, Clavel J, Zheng T, Holford TR, Offit K, Zelenetz A, Klein RJ, Spinelli JJ, Bertrand KA, Laden F, Giovannucci E, Kraft P, Kricker A, Turner J, Vajdic CM, Ennas MG, Ferri GM, Miligi L, Liang L, Sampson J,

71

Crouch S, Park JH, North KE, Cox A, Snowden JA, Wright J, Carracedo A, Lopez-Otin C, Bea S, Salaverria I, Martin- Garcia D, Campo E, Fraumeni JF Jr, de Sanjose S, Hjalgrim H, Cerhan JR, Chanock SJ, Rothman N, Slager SL. Genome-wide association study identifies multiple risk loci for chronic lymphocytic leukemia. Nat Genet 2013;45:868-76. PMID: 23770605; PMCID: PMC3729927

601. Dar NA, Shah IA, Bhat GA, Makhdoomi MA, Iqbal B, Rafiq R, Nisar I, Bhat AB, Nabi S, Masood A, Shah SA, Lone MM, Zargar SA, Islami F, **Boffetta P**. Socioeconomic status and esophageal squamous cell carcinoma risk in Kashmir, India. Cancer Sci 2013;104:1231-6. PMID: 23721087.

602. Lee YC, Zugna D, Richiardi L, Merletti F, Marron M, Ahrens W, Pohlabeln H, Lagiou P, Trichopoulos D, Agudo A, Castellsague X, Betka J, Holcatova I, Kjaerheim K, Macfarlane GJ, Macfarlane TV, Talamini R, Barzan L, Canova C, Simonato L, Conway DI, McKinney PA, Thomson P, Znaor A, Healy CM, McCartan BE, **Boffetta P**, Brennan P, Hashibe M. Smoking addiction and the risk of upper-aerodigestive-tract cancer in a multicenter case- control study. Int J Cancer 2013;133:2688-95. PMID: 23719996.

603. Yip R, Islami F, Zhao S, Tao M, Yankelevitz DF, **Boffetta P**. Errors in systematic reviews: an example of computed tomography screening for lung cancer. Eur J Cancer Prev 2014;23:43-8. PMID: 23715405

604. Malekzadeh MM, Etemadi A, Kamangar F, Khademi H, Golozar A, Islami F, Pourshams A, Poustchi H, Navabakhsh B, Naemi M, Pharoah PD, Abnet CC, Brennan P, **Boffetta P**, Dawsey SM, Esteghamati A, Malekzadeh R. Prevalence, awareness and risk factors of hypertension in a large cohort of Iranian adult population. J Hypertens 2013;31:1364-71. PMID: 23673348; PMCID: PMC3766446

605. Fedirko V, Trichopolou A, Bamia C, Duarte-Salles T, Trepo E, Aleksandrova K, Nöthlings U, Lukanova A, Lagiou P, **Boffetta P**, Trichopoulos D, Katzke VA, Overvad K, Tjønneland A, Hansen L, Boutron-Ruault MC, Fagherazzi G, Bastide N, Panico S, Grioni S, Vineis P, Palli D, Tumino R, Bueno-de-Mesquita HB, Peeters PH, Skeie G, Engeset D, Parr CL, Jakszyn P, Sánchez MJ, Barricarte A, Amiano P, Chirlaque M, Quirós JR, Sund M, Werner M, Sonestedt E, Ericson U, Key TJ, Khaw KT, Ferrari P, Romieu I, Riboli E, Jenab M. Consumption of fish and meats and risk of hepatocellular carcinoma: the European Prospective Investigation into Cancer and Nutrition (EPIC). Ann Oncol 2013;24:2166-73. PMID: 23670094; PMCID: PMC3718509

606. Solan S, Wallenstein S, Shapiro M, Teitelbaum SL, Stevenson L, Kochman A, Kaplan J, Dellenbaugh C, Kahn A, Biro FN, Crane M, Crowley L, Gabrilove J, Gonsalves L, Harrison D, Herbert R, Luft B, Markowitz SB, Moline J, Niu X, Sacks H, Shukla G, Udasin I, Lucchini RG, **Boffetta P**, Landrigan PJ. Cancer incidence in World Trade Center rescue and recovery workers, 2001-2008. Environ Health Perspect 2013;121:699-704. PMID: 23613120; PMCID: PMC3672914

607. **Boffetta P**, Islami F, Vedanthan R, Pourshams A, Kamangar F, Khademi H, Etemadi A, Salahi R, Semnani S, Emadi A, Abnet CC, Brennan P, Pharoah PD, Dawsey SM, Malekzadeh R. A U-shaped relationship between haematocrit and mortality in a large prospective cohort study. Int J Epidemiol 2013;42:601-615. PMID: 23569195; PMCID: PMC3619954

608. Deneo-Pellegrini H, **Boffetta P**, De Stefani E, Correa P, Ronco AL, Acosta G, Mendilaharsu M, Silva C, Luaces ME. Nutrient-based dietary patterns of head and neck squamous cell cancer: a factor analysis in Uruguay. Cancer Causes Control 2013;24:1167-74. PMID: 23532561.

609. De Stefani E, **Boffetta P**, Correa P, Deneo-Pellegrini H, Ronco AL, Acosta G, Mendilaharsu M. Dietary patterns and risk of cancers of the upper aerodigestive tract: a factor analysis in Uruguay. Nutr Cancer 2013;65:384-9. PMID: 23530637.

610. De Stefani E, Ronco AL, Deneo-Pellegrini H, **Boffetta P**, Correa P, Barrios E, Acosta G, Mendilaharsu M. Meat, milk and risk of lymphoid malignancies: a case-control study in Uruguay. Nutr Cancer 2013;65:375-83. PMID: 23530636.

611. Espinosa A, Zock JP, Benavente Y, **Boffetta P**, Becker N, Brennan P, Cocco P, Foretova L, Maynadié M, Staines A, Nieters A, Kogevinas M, de Sanjose S. Occupational exposure to immunologically active agents and risk for lymphoma: The European Epilymph case-control study. Cancer Epidemiol 2013;37:378-84. PMID: 23522435.

612. Islami F, Kahn AR, Bickell NA, Schymura MJ, **Boffetta P**. Disentangling the effects of

72

race/ethnicity and socioeconomic status of neighborhood in cancer stage distribution in New York City. Cancer Causes Control 2013;24:1069-78. PMID: 23504151.

613. Shakeri R, Malekzadeh R, Etemadi A, Nasrollahzadeh D, Abedi-Ardakani B, Khoshnia M, Islami F, Pourshams A, Pawlita M, **Boffetta P**, Dawsey SM, Kamangar F, Abnet CC. Association of tooth loss and oral hygiene with risk of gastric adenocarcinoma. Cancer Prev Res 2013;6:477-82. PMID: 23503651; PMCID: PMC3644330

614. Yankelevitz DF, Henschke CI, Yip R, **Boffetta P**, Shemesh J, Cham MD, Narula J, Hecht HS; FAMRI-IELCAP Investigators. Second-hand tobacco smoke in never smokers is a significant risk factor for coronary artery calcification. JACC Cardiovasc Imaging 2013;6:651-7. PMID: 23490845.

615. Lucchini RG, Crane MA, Crowley L, Globina Y, Milek DJ, **Boffetta P**, Landrigan PJ. The World Trade Center health surveillance program: results of the first 10 years and implications for prevention. G Ital Med Lav Ergon 2012;34:529-33. PMID: 23405708.

616. Brenner DR, Brennan P, **Boffetta P**, Amos CI, Spitz MR, Chen C, Goodman G, Heinrich J, Bickeböller H, Rosenberger A, Risch A, Muley T, McLaughlin JR, Benhamou S, Bouchardy C, Lewinger JP, Witte JS, Chen G, Bull S, Hung RJ. Hierarchical modeling identifies novel lung cancer susceptibility variants in inflammation pathways among 10,140 cases and 11,012 controls. Hum Genet 2013;132:579-89. PMID: 23370545; PMCID: PMC3628758

617. Borges CR, Rehder DS, **Boffetta P**. Multiplexed surrogate analysis of glycotransferase activity in whole biospecimens. Anal Chem 2013;85:2927-36. PMID: 23368525; PMCID: PMC3650733.

618. Li L, Ji J, Wang JB, Niyazi M, Qiao YL, **Boffetta P**. Attributable causes of breast cancer and ovarian cancer in China: reproductive factors, oral contraceptives and hormone replacement therapy. Chin J Cancer Res 2012;24:9-17. PMID: 23359757; PMCID: PMC3555252

619. Agostini M, Ferro G, Burstyn I, de Vocht F, Portengen L, Olsson A, **Boffetta P**, Kromhout H; on behalf of the IARC European Asphalt Workers Study consortium. Does a more refined assessment of exposure to bitumen fume and confounders alter risk estimates from a nested case-control study of lung cancer among European asphalt workers? Occup Environ Med 2013;70:195-202. PMID: 23322919

620. Shakeri R, Malekzadeh R, Etemadi A, Nasrollahzadeh D, Aghcheli K, Sotoudeh M, Islami F, Pourshams A, Pawlita M, **Boffetta P**, Dawsey SM, Abnet CC, Kamangar F. Opium; an emerging risk factor for gastric adenocarcinoma. Int J Cancer 2013;133:455-61. PMID: 23319416; PMCID: PMC3644384

621. Sepanlou SG, Etemadi A, Kamangar F, Sepehr A, Pourshams A, Poustchi H, Islami F, Sadjadi A, Nasrollahzadeh D, Semnani S, Saidi F, Abnet CC, Ponder B, Pharoah PD, Day NE, Brennan P, **Boffetta P**, Dawsey SM, Malekzadeh R. The gastro-esophageal malignancies in Northern Iran research project: impact on the health research and health care systems in Iran. Arch Iran Med 2013;16:46-53. PMID: 23273237; PMCID: PMC3659328

622. Santos SS, Koifman RJ, Ferreira RM, Diniz LF, Brennan P, **Boffetta P**, Koifman S. SULT1A1 genetic polymorphisms and the association between smoking and oral cancer in a case-control study in Brazil. Front Oncol 2012;2:183. PMID: 23264952; PMCID: PMC3524504

623. Islami F, Pourshams A, Vedanthan R, Poustchi H, Kamangar F, Golozar A, Etemadi A, Khademi H, Freedman ND, Merat S, Garg V, Fuster V, Wakefield J, Dawsey SM, Pharoah P, Brennan P, Abnet CC, Malekzadeh R, **Boffetta P**. Smoking water-pipe, chewing nass and prevalence of heart disease: a cross-sectional analysis of baseline data from the Golestan Cohort Study, Iran. Heart 2013;99:272-8. PMID: 23257174; PMCID: PMC3671096

624. Perrotta C, Staines A, Codd M, Kleefeld S, Crowley D, T' Mannetje A, Becker N, Brennan P, De Sanjosé S, Foretova L, Maynadié M, Nieters A, **Boffetta P**, Cocco P. Multiple myeloma and lifetime occupation: results from the EPILYMPH study. J Occup Med Toxicol 2012;7:25. PMID: 23241100; PMCID: PMC3557218

625. Islami F, Cao Y, Kamangar F, Nasrollahzadeh D, Marjani HA, Shakeri R, Fahimi S, Sotoudeh M, Dawsey SM, Abnet CC, **Boffetta P**, Malekzadeh R. Reproductive factors and risk of esophageal squamous cell carcinoma in northern Iran: a case-control study in a high- risk area and literature review. Eur J Cancer Prev 2013;22:461-6. PMID: 23238586; PMCID: PMC3731403

626. de Souza DL, Curado MP, Bernal MM, Jerez-Roig J, **Boffetta P**. Mortality trends and prediction of HPV-related cancers in Brazil. Eur J Cancer Prev 2013;22:380-7. PMID: 23238584

627. **Boffetta P**. A review of cancer risk in the trucking industry, with emphasis on exposure to diesel exhaust. G Ital Med Lav Ergon 2012;34:365-70. PMID: 23213817

628. Etemadi A, Islami F, Phillips DH, Godschalk R, Golozar A, Kamangar F, Malekshah AF, Pourshams A, Elahi S, Ghojaghi F, Strickland PT, Taylor PR, **Boffetta P**, Abnet CC, Dawsey SM, Malekzadeh R, van Schooten FJ. Variation in PAH-related DNA adduct levels among non-smokers: The role of multiple genetic polymorphisms and nucleotide excision repair phenotype. Int J Cancer 2013;132:2738-47. PMID: 23175176; PMCID: PMC3597757

629. Agudo A, Bonet C, Travier N, González CA, Vineis P, Bueno-de-Mesquita HB, Trichopoulos D, **Boffetta P**, Clavel-Chapelon F, Boutron-Ruault MC, Kaaks R, Lukanova A, Schütze M, Boeing H, Tjonneland A, Halkjaer J, Overvad K, Dahm CC, Quirós JR, Sánchez MJ, Larrañaga N, Navarro C, Ardanaz E, Khaw KT, Wareham NJ, Key TJ, Allen NE, Trichopoulou A, Lagiou P, Palli D, Sieri S, Tumino R, Panico S, Boshuizen H, Büchner FL, Peeters PH, Borgquist S, Almquist M, Hallmans G, Johansson I, Gram IT, Lund E, Weiderpass E, Romieu I, Riboli E. Impact of cigarette smoking on cancer risk in the European prospective investigation into cancer and nutrition study. J Clin Oncol 2012;30:4550-7. PMID: 23169508

630. Turati F, Talamini R, Pelucchi C, Polesel J, Franceschi S, Crispo A, Izzo F, La Vecchia C, **Boffetta P**, Montella M. Metabolic syndrome and hepatocellular carcinoma risk. Br J Cancer 2013;108:222-8. PMID: 23169288; PMCID: PMC3553509

631. Purdue MP, Moore LE, Merino MJ, **Boffetta P**, Colt JS, Schwartz KL, Bencko V, Davis FG, Graubard BI, Janout V, Ruterbusch JJ, Beebe-Dimmer J, Cote ML, Shuch B, Mates D, Hofmann JN, Foretova L, Rothman N, Szeszenia-Dabrowska N, Matveev V, Wacholder S, Zaridze D, Linehan WM, Brennan P, Chow WH. An investigation of risk factors for renal cell carcinoma by histologic subtype in two case-control studies. Int J Cancer 2013;132:2640- 7. PMID: 23150424; PMCID: PMC3717609

632. Ferrari P, McKay JD, Jenab M, Brennan P, Canzian F, Vogel U, Tjønneland A, Overvad K, Tolstrup JS, Boutron-Ruault MC, Clavel-Chapelon F, Morois S, Kaaks R, Boeing H, Bergmann M, Trichopoulou A, Katsoulis M, Trichopoulos D, Krogh V, Panico S, Sacerdote C, Palli D, Tumino R, Peeters PH, van Gils CH, Bueno-de-Mesquita B, Vrieling A, Lund E, Hjartåker A, Agudo A, Suarez LR, Arriola L, Chirlaque MD, Ardanaz E, Sánchez MJ, Manjer J, Lindkvist B, Hallmans G, Palmqvist R, Allen N, Key T, Khaw KT, Slimani N, Rinaldi S, Romieu I, **Boffetta P**, Romaguera D, Norat T, Riboli E. Alcohol dehydrogenase and aldehyde dehydrogenase gene polymorphisms, alcohol intake and the risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition study. Eur J Clin Nutr 2012;66:1303-8. PMID: 23149980

633. **Boffetta P**, Islami F. The contribution of molecular epidemiology to the identification of human carcinogens: current status and future perspectives. Ann Oncol 2013;24:901-8. PMID: 23136234

634. Fedirko V, Lukanova A, Bamia C, Trichopolou A, Trepo E, Nöthlings U, Schlesinger S, Aleksandrova K, **Boffetta P**, Tjønneland A, Johnsen NF, Overvad K, Fagherazzi G, Racine A, Boutron-Ruault MC, Grote V, Kaaks R, Boeing H, Naska A, Adarakis G, Valanou E, Palli D, Sieri S, Tumino R, Vineis P, Panico S, Bueno-de-Mesquita HB, Siersema PD, Peeters PH, Weiderpass E, Skeie G, Engeset D, Quirós JR, Zamora-Ros R, Sánchez MJ, Amiano P, Huerta JM, Barricarte A, Johansen D, Lindkvist B, Sund M, Werner M, Crowe F, Khaw KT, Ferrari P, Romieu I, Chuang SC, Riboli E, Jenab M. Glycemic index, glycemic load, dietary carbohydrate, and dietary fiber intake and risk of liver and biliary tract cancers in Western Europeans. Ann Oncol 2013;24:543-53. PMID: 23123507; PMCID: PMC3551485

635. Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, **Boffetta P**. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med 2013;70:91-8. PMID: 23117219

636. Sapkota A, Zaridze D, Szeszenia-Dabrowska N, Mates D, Fabiánová E, Rudnai P, Janout V, Holcatova I, Brennan P, **Boffetta P**, Hashibe M. Indoor air pollution from solid fuels and risk of upper aerodigestive tract cancers in Central and Eastern Europe. Environ Res 2013;120:90-5. PMID: 23092716.

637. Cocco P, Satta G, D'Andrea I, Nonne T, Udas G, Zucca M, Mannetje AT, Becker N, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Ennas MG, **Boffetta P**. Lymphoma risk in livestock farmers: Results of the Epilymph study. Int J Cancer. 2013;132:2613-8. PMID:

23065666.

638. Peluso M, Bollati V, Munnia A, Srivatanakul P, Jedpiyawongse A, Sangrajrang S, Piro S, Ceppi M, Bertazzi PA, **Boffetta P**, Baccarelli AA. DNA methylation differences in exposed workers and nearby residents of the Ma Ta Phut industrial estate, Rayong, Thailand. Int J Epidemiol 2012;41:1753-60. PMID: 23064502; PMCID: PMC3535756

639. Céspedes J, Briceño G, Farkouh ME, Vedanthan R, Baxter J, Leal M, **Boffetta P**, Woodward M, Hunn M, Dennis R, Fuster V. Targeting preschool children to promote cardiovascular health: cluster randomized trial. Am J Med 2013;126:27-35. PMID: 23062403.

640. Nieters A, Conde L, Slager SL, Brooks-Wilson A, Morton L, Skibola DR, Novak AJ, Riby J, Ansell SM, Halperin E, Shanafelt TD, Agana L, Wang AH, De Roos AJ, Severson RK, Cozen W, Spinelli J, Butterbach K, Becker N, de Sanjose S, Benavente Y, Cocco P, Staines A, Maynadié M, Foretova L, **Boffetta P**, Brennan P, Lan Q, Zhang Y, Zheng T, Purdue M, Armstrong B, Kricker A, Vajdic CM, Grulich A, Smith MT, Bracci PM, Chanock SJ, Hartge P, Cerhan JR, Wang SS, Rothman N, Skibola CF. PRRC2A and BCL2L11 gene variants influence risk of non-Hodgkin lymphoma: results from the InterLymph consortium. Blood. 2012;120:4645-8. PMID: 23047821; PMCID: PMC3512239

641. Lin Y, Fu R, Grant E, Chen Y, Eun Lee J, Gupta PC, Ramadas K, Inoue M, Tsugane S, Gao YT, Tamakoshi A, Shu XO, Ozasa K, Tsuji I, Kakizaki M, Tanaka H, Chen CJ, Yoo KY, Ahn YO, Ahsan H, Pednekar MS, Sauvaget C, Sasazuki S, Yang G, Xiang YB, Ohishi W, Watanabe T, Nishino Y, Matsuo K, You SL, Park SK, Kim DH, Parvez F, Rolland B, McLerran D, Sinha R, **Boffetta P**, Zheng W, Thornquist M, Feng Z, Kang D, Potter JD. Association of body mass index and risk of death from pancreas cancer in Asians: findings from the Asia Cohort Consortium. Eur J Cancer Prev 2013;22:244-50. PMID: 23044748; PMCID: PMC3838869

642. Galeone C, Malerba S, Rota M, Bagnardi V, Negri E, Scotti L, Bellocco R, Corrao G, **Boffetta P**, La Vecchia C, Pelucchi C. A meta-analysis of alcohol consumption and the risk of brain tumours. Ann Oncol 2013;24:514-23. PMID: 23041590

643. Dar NA, Bhat GA, Shah IA, Iqbal B, Kakhdoomi MA, Nisar I, Rafiq R, Iqbal ST, Bhat AB, Nabi S, Shah SA, Shafi R, Masood A, Lone MM, Zargar SA, Najar MS, Islami F, **Boffetta P**. Hookah smoking, nass chewing, and oesophageal squamous cell carcinoma in Kashmir, India. Br J Cancer 2012;107:1618-23. PMID: 23033008. [Erratum: Br J Cancer 2013;108:1552. PMID: 23591269]; PMCID: PMC3493783

644. De Stefani E, **Boffetta P**, Ronco AL, Deneo-Pellegrini H, Correa P, Acosta G, Mendilaharsu M, Luaces ME, Silva C. Processed meat consumption and risk of cancer: a multisite case- control study in Uruguay. Br J Cancer 2012;107:1584-8. PMID: 23011480; PMCID: PMC3493769

645. Peluso M, Srivatanakul P, Jedpiyawongse A, Sangrajrang S, Munnia A, Piro S, Ceppi M, **Boffetta P**, Godschalk RW, van Schooten FJ. Aromatic DNA adducts and number of lung cancer risk alleles in Map-Ta-Phut Industrial Estate workers and nearby residents. Mutagenesis 2013;28:57-63. PMID: 22987024

646. Brenner DR, **Boffetta P**, Duell EJ, Bickeböller H, Rosenberger A, McCormack V, Muscat JE, Yang P, Wichmann HE, Brueske-Hohlfeld I, Schwartz AG, Cote ML, Tjønneland A, Friis S, Le Marchand L, Zhang ZF, Morgenstern H, Szeszenia-Dabrowska N, Lissowska J, Zaridze D, Rudnai P, Fabianova E, Foretova L, Janout V, Bencko V, Schejbalova M, Brennan P, Mates IN, Lazarus P, Field JK, Raji O, McLaughlin JR, Liu G, Wiencke J, Neri M, Ugolini D, Andrew AS, Lan Q, Hu W, Orlow I, Park BJ, Hung RJ. Previous lung diseases and lung cancer risk: a pooled analysis from the International Lung Cancer Consortium. Am J Epidemiol 2012;176:573-85. PMID: 22986146; PMCID: PMC3530374

647. Checkoway H, **Boffetta P**, Mundt DJ, Mundt KA. Critical review and synthesis of the epidemiologic evidence on formaldehyde exposure and risk of leukemia and other lymphohematopoietic malignancies. Cancer Causes Control 2012;23:1747-66. PMID: 22983399; PMCID: PMC3465649

648. Turati F, Garavello W, Tramacere I, Pelucchi C, Galeone C, Bagnardi V, Corrao G, Islami F, Fedirko V, **Boffetta P**, La Vecchia C, Negri E. A meta-analysis of alcohol drinking and oral and pharyngeal cancers: Results from subgroup analyses. Alcohol Alcohol 2013;48:107-18. PMID: 22949102.

649. Dankner R, Balicer R, **Boffetta P**, Keinan Boker L, Wallenstein S, Freedman L, Goldfracht M,

Roth J, Tamler R, Leroith D. Diabetes, glucose control, glucose lowering medications, and cancer risk: A 10-year population-based historical cohort. BMC Cancer 2012;12:364. PMID: 22917080; PMCID: PMC3488338.

650. Deneo-Pellegrini H, De Stefani E, **Boffetta P**, Ronco AL, Acosta G, Correa P, Mendilaharsu M. Maté consumption and risk of oral cancer: Case-control study in Uruguay. Head Neck 2013;35:1091-5. PMID: 22915329.

651. **Boffetta P**, Adami HO, Berry SC, Mandel JS. Atrazine and cancer: a review of the epidemiologic evidence. Eur J Cancer Prev 2013;22:169-80. PMID: 22914097.

652. Bagnardi V, Rota M, Botteri E, Tramacere I, Islami F, Fedirko V, Scotti L, Jenab M, Turati F, Pasquali E, Pelucchi C, Bellocco R, Negri E, Corrao G, Rehm J, **Boffetta P**, La Vecchia C. Light alcohol drinking and cancer: a meta-analysis. Ann Oncol 2013;24:301-8. PMID: 22910838.

653. Bryan NS, Alexander DD, Coughlin JR, Milkowski AL, **Boffetta P**. Ingested nitrate and nitrite and stomach cancer risk: An updated review. Food Chem Toxicol 2012;50:3646-65. PMID: 22889895.

654. Wang JB, Fan JH, Liang H, Li J, Xiao HJ, Wei WQ, Dawsey SM, Qiao YL, **Boffetta P**. Attributable causes of esophageal cancer incidence and mortality in China. PLoS One 2012;7:e42281. PMID: 22876312, PMCID: PMC3410925

655. Braithwaite D, **Boffetta P**, Rebbeck TR, Meyskens F. Cancer prevention for global health: A report from the ASPO International Cancer Prevention Interest Group.  Cancer Epidemiol Biomarkers Prev 2012;21:1606-10. PMID: 22850804.

656. Nasrollahzadeh D, Malekzadeh R, Aghcheli K, Sotoudeh M, Merat S, Islami F, Kamangar F, Abnet CC, Shakeri R, Pourshams A, Semnani S, **Boffetta P**, Dawsey SM, Ye W. Gastric atrophy and oesophageal squamous cell carcinoma: possible interaction with dental health and oral hygiene habit. Br J Cancer 2012;107:888-94. PMID: 22814581; PMCID: PMC3425966

657. Kane EV, Roman E, Becker N, Bernstein L, **Boffetta P**, Bracci PM, Cerhan JR, Chiu BC, Cocco P, Costas L, Foretova L, Holly EA, La Vecchia C, Matsuo K, Maynadie M, Sanjose S, Spinelli JJ, Staines A, Talamini R, Wang SS, Zhang Y, Zheng T, Kricker A; for the InterLymph Consortium. Menstrual and reproductive factors, and hormonal contraception use: associations with non-Hodgkin lymphoma in a pooled analysis of InterLymph case- control studies. Ann Oncol 2012;23:2362-74. PMID: 22786757; PMCID: PMC3425371

658. Duell EJ, Lucenteforte E, Olson SH, Bracci PM, Li D, Risch HA, Silverman DT, Ji BT, Gallinger S, Holly EA, Fontham EH, Maisonneuve P, Bueno-de-Mesquita HB, Ghadirian P, Kurtz RC, Ludwig E, Yu H, Lowenfels AB, Seminara D, Petersen GM, La Vecchia C, **Boffetta P**. Pancreatitis and pancreatic cancer risk: a pooled analysis in the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol 2012;23:2964-70. PMID: 22767586; PMCID: PMC3477881

659.  Becker N, Schnitzler P, **Boffetta P**, Brennan P, Foretova L, Maynadié M, Nieters A, Staines A, Benavente Y, Cocco P, de Sanjose S. Hepatitis B virus infection and risk of lymphoma: results of a serological analysis within the European case-control study Epilymph. J Cancer Res Clin Oncol 2012;138:1993-2001. PMID: 22767316.

660. Gandini S, Negri E, **Boffetta P**, La Vecchia C, Boyle P. Mouthwash and oral cancer risk Quantitative meta-analysis of epidemiologic studies. Ann Agric Environ Med 2012;19:173- 80. PMID: 22742785.

661. Murtagh MJ, Demir I, Jenkings KN, Wallace SE, Murtagh B, Boniol M, Bota M, Laflamme P, **Boffetta P**, Ferretti V, Burton PR.Securing the Data Economy: Translating Privacy and Enacting Security in the Development of DataSHIELD. Public Health Genomics 2012;15:243-53. PMID: 22722688.

662. Marron M, **Boffetta P**, Møller H, Ahrens W, Pohlabeln H, Benhamou S, Bouchardy C, Lagiou P, Lagiou A, Slámová A, Schejbalová M, Merletti F, Richiardi L, Kjaerheim K, Agudo A, Castellsague X, Macfarlane TV, Macfarlane GJ, Talamini R, Barzan L, Canova C, Simonato L, Biggs AM, Thomson P, Conway DI, McKinney PA, Znaor A, Healy CM, McCartan BE, Brennan P, Hashibe M. Risk of upper aerodigestive tract cancer and type of alcoholic beverage: a European multicenter case-control study. Eur J Epidemiol 2012;27:499-517. PMID: 22692594.

663. Wang JB, Jiang Y, Liang H, Li P, Xiao HJ, Ji J, Xiang W, Shi JF, Fan YG, Li L, Wang D, Deng SS, Chen WQ, Wei WQ, Qiao YL, **Boffetta P**. Attributable causes of cancer in China. Ann Oncol

2012;23:2983-9. PMID: 22689178.

664.  Johansson M, Roberts A, Chen D, Li Y, Delahaye-Sourdeix M, Aswani N, Greenwood MA, Benhamou S, Lagiou P, Holcátová I, Richiardi L, Kjaerheim K, Agudo A, Castellsagué X, Macfarlane TV, Barzan L, Canova C, Thakker NS, Conway DI, Znaor A, Healy CM, Ahrens W, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Fabiánová E, Mates IN, Bencko V, Foretova L, Janout V, Curado MP, Koifman S, Menezes A, Wünsch-Filho V, Eluf-Neto J, **Boffetta P**, Franceschi S, Herrero R, Fernandez Garrote L, Talamini R, Boccia S, Galan P, Vatten L, Thomson P, Zelenika D, Lathrop M, Byrnes G, Cunningham H, Brennan P, Wakefield J, McKay JD. Using prior information from the medical literature in GWAS of oral cancer identifies novel susceptibility variant on chromosome 4--the AdAPT method. PLoS One 2012;7:e36888. PMID: 22662130; PMCID: PMC3360735

665.  Gamble JF, Nicolich MJ, **Boffetta P**. Lung cancer and diesel exhaust: an updated critical review of the occupational epidemiology literature. Crit Rev Toxicol 2012;42:549-98. PMID: 22656672; PMCID: PMC3441149.

666.  Islami F, **Boffetta P**, van Schooten FJ, Strickland P, Phillips DH, Pourshams A, Fazel-Tabar Malekshah A, Godschalk R, Jafari E, Etemadi A, Abubaker S, Kamangar F, Straif K, Møller H, Schüz J, Malekzadeh R. Exposure to Polycyclic Aromatic Hydrocarbons Among Never Smokers in Golestan Province, Iran, an Area of High Incidence of Esophageal Cancer - a Cross-Sectional Study with Repeated Measurement of Urinary 1-OHPG in Two Seasons. Front Oncol 2012;2:14. PMID: 22655262; PMCID: PMC3356003

667.  Heck JE, Moore LE, Lee YC, McKay JD, Hung RJ, Karami S, Gaborieau V, Szeszenia-Dabrowska N, Zaridze DG, Mukeriya A, Mates D, Foretova L, Janout V, Kollárová H, Bencko V, Rothman N, Brennan P, Chow WH, **Boffetta P**. Xenobiotic metabolizing gene variants and renal cell cancer: a multicenter study. Front Oncol 2012;2:16. PMID: 22645715; PMCID: PMC3355831.

668.  Gallus S, Muttarak R, Franchi M, Pacifici R, Colombo P, **Boffetta P**, Leon ME, La Vecchia C. Why do smokers quit? Eur J Cancer Prev 2013;22:96-101. PMID: 22644233.

669.  Schlesinger S, Aleksandrova K, Pischon T, Fedirko V, Jenab M, Trepo E, **Boffetta P**, Dahm CC, Overvad K, Tjønneland A, Halkjaer J, Fagherazzi G, Boutron-Ruault MC, Carbonnel F, Kaaks R, Lukanova A, Boeing H, Trichopoulou A, Bamia C, Lagiou P, Palli D, Grioni S, Panico S, Tumino R, Vineis P, Hb BD, van den Berg S, Peeters PH, Braaten T, Weiderpass E, Quirós JR, Travier N, Sánchez MJ, Navarro C, Barricarte A, Dorronsoro M, Lindkvist B, Regner S, Werner M, Sund M, Khaw KT, Wareham N, Travis RC, Norat T, Wark PA, Riboli E, Nöthlings U. Abdominal obesity, weight gain during adulthood and risk of liver and biliary tract cancer in a European cohort. Int J Cancer 2013;132:645-57. PMID: 22618881.

670.  **Boffetta P**, Winn DM, Ioannidis JP, Thomas DC, Little J, Davey Smith G, Cogliano VJ, Hecht SS, Seminara D, Vineis P, Khoury MJ. Recommendations and proposed guidelines for assessing the cumulative evidence on joint effects of genes and environments on cancer occurrence in humans. Int J Epidemiol 2012;41:686-704. PMID: 2596931; PMCID: PMC3481885.

671.  Deneo-Pellegrini H, Ronco AL, De Stefani E, **Boffetta P**, Correa P, Mendilaharsu M, Acosta G. Food groups and risk of prostate cancer: a case-control study in Uruguay. Cancer Causes Control 2012;23:1031-8. PMID: 22544454.

672.  Khademi H, Malekzadeh R, Pourshams A, Jafari E, Salahi R, Semnani S, Abaie B, Islami F, Nasseri-Moghaddam S, Etemadi A, Byrnes G, Abnet CC, Dawsey SM, Day NE, Pharoah PD, **Boffetta P**, Brennan P, Kamangar F. Opium use and mortality in Golestan Cohort Study: prospective cohort study of 50 000 adults in Iran. BMJ 2012 Apr 17;344:e2502. PMID: 22511302; PMCID: PMC3328545.

673.  De Stefani E, Ronco AL, **Boffetta P**, Deneo-Pellegrini H, Correa P, Acosta G, Mendilaharsu M. Nutrient-derived Dietary Patterns and Risk of Colorectal Cancer: a Factor Analysis in Uruguay. Asian Pac J Cancer Prev 2012;13:231-5. PMID: 22502675.

674.  Tramacere I, Pelucchi C, Bonifazi M, Bagnardi V, Rota M, Bellocco R, Scotti L, Islami F, Corrao G, **Boffetta P**, La Vecchia C, Negri E. A meta-analysis on alcohol drinking and the risk of Hodgkin lymphoma. Eur J Cancer Prev 2012;21:268-73. PMID: 22465910.

675.  Rota M, Pasquali E, Scotti L, Pelucchi C, Tramacere I, Islami F, Negri E, **Boffetta P**, Bellocco R, Corrao G, La Vecchia C, Bagnardi V. Alcohol drinking and epithelial ovarian cancer risk. A

systematic review and meta-analysis. Gynecol Oncol 2012;125:758-63. PMID: 22449732.

676. Frullanti E, La Vecchia C, **Boffetta P**, Zocchetti C. Vinyl chloride exposure and cirrhosis: A systematic review and meta-analysis. Dig Liver Dis 2012;44:775-9. PMID: 22440240.

677. Coté ML, Liu M, Bonassi S, Neri M, Schwartz AG, Christiani DC, Spitz MR, Muscat JE, Rennert G, Aben KK, Andrew AS, Bencko V, Bickeböller H, **Boffetta P**, Brennan P, Brenner H, Duell EJ, Fabianova E, Field JK, Foretova L, Friis S, Harris CC, Holcatova I, Hong YC, Isla D, Janout V, Kiemeney LA, Kiyohara C, Lan Q, Lazarus P, Lissowska J, Le Marchand L, Mates D, Matsuo K, Mayordomo JI, McLaughlin JR, Morgenstern H, Müeller H, Orlow I, Park BJ, Pinchev M, Raji OY, Rennert HS, Rudnai P, Seow A, Stucker I, Szeszenia-Dabrowska N, Dawn Teare M, Tjønnelan A, Ugolini D, van der Heijden HF, Wichmann E, Wiencke JK, Woll PJ, Yang P, Zaridze D, Zhang ZF, Etzel CJ, Hung RJ. Increased risk of lung cancer in individuals with a family history of the disease: A pooled analysis from the International Lung Cancer Consortium. Eur J Cancer 2012;48:1957-68. PMID: 22436981; PMCID: PMC3445438

678. Mani S, Szymańska K, Cuenin C, Zaridze D, Balassiano K, Lima SC, Matos E, Daudt A, Koifman S, Filho VW, Menezes AM, Curado MP, Ferro G, Vaissière T, Sylla BS, Tommasino M, Pinto LF, **Boffetta P**, Hainaut P, Brennan P, Herceg Z. DNA methylation changes associated with risk factors in tumors of the upper aerodigestive tract. Epigenetics 2012;7:270-7. PMID: 22430803; PMCID: PMC3335950

679. Li P, Deng SS, Wang JB, Iwata A, Qiao YL, Dai XB, **Boffetta P**. Occupational and environmental cancer incidence and mortality in China. Occup Med 2012;62:281-7. PMID: 22411970.

680. Bellocco R, Pasquali E, Rota M, Bagnardi V, Tramacere I, Scotti L, Pelucchi C, **Boffetta P**, Corrao G, La Vecchia C. Alcohol drinking and risk of renal cell carcinoma: results of a meta-analysis. Ann Oncol 2012;23:2235-44. PMID: 22398178.

681. Shakeri R, Kamangar F, Nasrollahzadeh D, Nouraie M, Khademi H, Etemadi A, Islami F, Marjani H, Fahimi S, Sepehr A, Rahmati A, Abnet CC, Dawsey SM, Brennan **P, Boffetta P**, Malekzadeh R, Majdzadeh R. Is opium a real risk factor for esophageal cancer or just a methodological artifact? Hospital and neighborhood controls in case-control studies. PLoS One 2012;7:e32711. PMID: 22396792; PMCID: PMC3291619

682. Tramacere I, Pelucchi C, Bonifazi M, Bagnardi V, Rota M, Bellocco R, Scotti L, Islami F, Corrao G, **Boffetta P**, La Vecchia C, Negri E. Alcohol drinking and non-Hodgkin lymphoma risk: a systematic review and a meta-analysis. Ann Oncol 2012;23:2791-8. PMID: 22357444

683. 't Mannetje A, Brennan P, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabiánová E, Cassidy A, Mates D, Bencko V, Foretova L, Janout V, Fevotte J, Fletcher T, **Boffetta P**. Welding and lung cancer in Central and Eastern Europe and the United Kingdom. Am J Epidemiol. 2012;175:706-14. PMID: 22343633.

684. Zatoński WA; **HEM project team**. Epidemiological analysis of health situation development in Europe and its causes until 1990. Ann Agric Environ Med 2011;18:194-202. PMID: 22324071.

685. Sisti J, **Boffetta P**. What proportion of lung cancer in never-smokers can be attributed to known risk factors? Int J Cancer 2012;131:265-75. PMID: 22322343

686. La Vecchia C, **Boffetta P**. Role of stopping exposure and recent exposure to asbestos in the risk of mesothelioma. Eur J Cancer Prev 2012;21:227-30. PMID: 22314851 [Erratum in Eur J Cancer Prev 2015;24:68].

687. Haile RW, John EM, Levine AJ, Cortessis VK, Unger JB, Gonzales M, Ziv E, Thompson P, Spruijt-Metz D, Tucker KL, Bernstein JL, Rohan TE, Ho GY, Bondy ML, Martinez ME, Cook L, Stern MC, Correa MC, Wright J, Schwartz SJ, Baezconde-Garbanati L, Blinder V, Miranda P, Hayes R, Friedman-Jiménez G, Monroe KR, Haiman CA, Henderson BE, Thomas DC, **Boffetta P**. A review of cancer in U.S. Hispanic populations. Cancer Prev Res 2012;5:150-63. PMID: 22307564

688. Urayama KY, Jarrett RF, Hjalgrim H, Diepstra A, Kamatani Y, Chabrier A, Gaborieau V, Boland A, Nieters A, Becker N, Foretova L, Benavente Y, Maynadié M, Staines A, Shield L, Lake A, Montgomery D, Taylor M, Smedby KE, Amini RM, Adami HO, Glimelius B, Feenstra B, Nolte IM, Visser L, van Imhoff GW, Lightfoot T, Cocco P, Kiemeney L, Vermeulen SH, Holcatova I, Vatten L, Macfarlane GJ, Thomson P, Conway DI, Benhamou S, Agudo A, Healy CM, Overvad K, Tjønneland A, Melin B, Canzian F, Khaw KT, Travis RC, Peeters PH, González CA, Quirós

JR, Sánchez MJ, Huerta JM, Ardanaz E, Dorronsoro M, Clavel-Chapelon F, Bueno-de-Mesquita HB, Riboli E, Roman E, **Boffetta P**, de Sanjosé S, Zelenika D, Melbye M, van den Berg A, Lathrop M, Brennan P, McKay JD. Genome-wide association study of classical Hodgkin lymphoma and Epstein-Barr virus status-defined subgroups. J Natl Cancer Inst 2012;104:240-53. PMID: 22286212; PMCID: PMC3274508

689.  **Boffetta P**, Fryzek JP, Mandel JS. Occupational exposure to beryllium and cancer risk: a review of the epidemiologic evidence. Crit Rev Toxicol 2012;42:107-18. PMID: 22276590

690.  De Stefani E, Deneo-Pellegrini H, Ronco AL, **Boffetta P**, Correa P, Aune D, Mendilaharsu M, Acosta G, Silva C, Landó G, Luaces ME. Meat consumption, cooking methods, mutagens, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr Cancer 2012;64:294-9. PMID: 22242927

691.  McCormack V, Peto J, Byrnes G, Straif K, **Boffetta P**. Estimating the asbestos-related lung cancer burden from mesothelioma mortality. Br J Cancer 2012;106:575-84. PMID: 22233924. Erratum: Br J Cancer 2014;111:2381.

692.  Sitas F, Egger S, Urban MI, Taylor PR, Abnet CC, **Boffetta P**, O'Connell DL, Whiteman DC, Brennan P, Malekzadeh R, Pawlita M, Dawsey SM, Waterboer T; InterSCOPE Collaboration. InterSCOPE study: Associations between esophageal squamous cell carcinoma and human papillomavirus serological markers. J Natl Cancer Inst 2012;104:147- 58. PMID: 22228147; PMCID:PMC3260131.

693.  Scesnaite S, Jarmalaite S, Mutanen P, Anttila S, Nyberg F, Benhamou S, **Boffetta P**, Husgafvel-Pursiainen K. Similar DNA methylation pattern in lung tumours from smokers and never-smokers with second-hand tobacco smoke exposure. Mutagenesis 2012;27:423-9. PMID: 22217548

694.  Islami F, Mańczuk M, Vedanthan R, Vatten L, Polewczyk A, Fuster V, **Boffetta P**, Zatoński WA. A cross-sectional study of cardiovascular disease and associated factors. Ann Agric Environ Med 2011;18:255-9. PMID: 22216792

695.  Abedi-Ardekani B, Kamangar F, Sotoudeh M, Villar S, Islami F, Aghcheli K, Nasrollahzadeh D, Taghavi N, Dawsey SM, Abnet CC, Hewitt SM, Fahimi S, Saidi F, Brennan **P, Boffetta P**, Malekzadeh R, Hainaut P. Extremely high Tp53 mutation load in esophageal squamous cell carcinoma in Golestan Province, Iran. PLoS One 2011;6:e29488. PMID: 22216294

696.  Field JK, Smith RA, Aberle DR, Oudkerk M, Baldwin DR, Yankelevitz D, Pedersen JH, Swanson SJ, Travis WD, Wisbuba II, Noguchi M, Mulshine JL; **IASLC CT Screening Workshop 2011 Participants**. International Association for the Study of Lung Cancer Computed Tomography Screening Workshop 2011 report. J Thorac Oncol 2012;7:10-9. PMID: 22173661

697.  Rosenberger A, Bickeböller H, McCormack V, Brenner DR, Duell EJ, Tjønneland A, Friis S, Muscat JE, Yang P, Wichmann HE, Heinrich J, Szszenia-Dabrowska N, Lissowska J, Zaridze D, Rudnai P, Fabianova E, Janout V, Bencko V, Brennan P, Mates D, Schwartz AG, Cote ML, Zhang ZF, Morgenstern H, Oh SS, Field JK, Raji O, McLaughlin JR, Wiencke J, Lemarchand L, Neri M, Bonassi S, Andrew AS, Lan Q, Hu W, Orlow I, Park BJ, **Boffetta  P**, Hung RJ. Asthma and Lung Cancer Risk: A Systematic Investigation by the International Lung Cancer Consortium. Carcinogenesis 2012;33:587-97. PMID: 22198214; PMCID: PMC3291861

698.  Li Q, Chuang SC, Neto JE, Menezes A, Matos E, Koifman S, Wünsch-Filho V, Fernandez L, Daudt AW, Curado MP, Winn DM, Franceschi S, Herrero R, Castellsague X, Morgenstern H, Zhang ZF, Lazarus P, Muscat J, McClean M, Kelsey KT, Hayes RB, Purdue MP, Schwartz SM, Chen C, Benhamou S, Olshan AF, Yu G, Schantz S, Ferro G, Brennan P, **Boffetta P**, Hashibe M. Vitamin or mineral supplement intake and the risk of head and neck cancer: Pooled analysis in the INHANCE consortium. Int J Cancer 2012;131:1686-99. PMID: 22173631; PMCID: PMC3376697

699.  Bosetti C, Bertuccio P, Negri E, La Vecchia C, Zeegers MP, **Boffetta P**. Pancreatic cancer: Overview of descriptive epidemiology. Mol Carcinog 2012;51:3-13. PMID: 22162227

700.  **Boffetta P**, Hazelton WD, Chen Y, Sinha R, Inoue M, Gao YT, Koh WP, Shu XO, Grant EJ, Tsuji I, Nishino Y, You SL, Yoo KY, Yuan JM, Kim J, Tsugane S, Yang G, Wang R, Xiang YB, Ozasa K, Nagai M, Kakizaki M, Chen CJ, Park SK, Shin A, Ahsan H, Qu CX, Lee JE, Thornquist M, Rolland B, Feng Z, Zheng W, Potter JD. Body mass, tobacco smoking, alcohol drinking and risk of cancer of the small intestine--a pooled analysis of over 500 000 subjects in the Asia Cohort Consortium. Ann Oncol 2012:23:1894-8. PMID: 22147734; PMCID: PMC3493138

701. Stott-Miller M, Chen C, Chuang SC, Lee YC, Boccia S, Brenner H, Cadoni G, Dal Maso L, La Vecchia C, Lazarus P, Levi F, Matsuo K, Morgenstern H, Müller H, Muscat J, Olshan AF, Purdue MP, Serraino D, Vaughan TL, Zhang ZF, **Boffetta P**, Hashibe M, Schwartz SM. History of diabetes and risk of head and neck cancer: a pooled analysis from the International Head and Neck Cancer Epidemiology Consortium. Cancer Epidemiol Biomarkers Prev 2012;21:294-304. PMID: 22144496; PMCID: PMC3275674

702. Wang D, Zheng W, Wang SM, Liang H, Wang JB, Wei WQ, Qiao YL, **Boffetta P**. Estimation of Cancer Incidence and Mortality Attributable to Overweight, Obesity, and Physical Inactivity in China. Nutr Cancer 2012;64:48-56. PMID: 22136606

703. Ronco AL, Stefani ED, Correa P, Deneo-Pellegrini H, **Boffetta P**, Acosta G, Mendilaharsu M. Dietary benzo[a]pyrene, alcohol drinking, and risk of breast cancer: a case-control study in Uruguay. Asian Pac J Cancer Prev 2011;12:1463-7. PMID: 22126482

704. Edefonti V, Hashibe M, Ambrogi F, Parpinel M, Bravi F, Talamini R, Levi F, Yu G, Morgenstern H, Kelsey K, McClean M, Schantz S, Zhang Z, Chuang S, **Boffetta P**, La Vecchia C, Decarli A. Nutrient-based dietary patterns and the risk of head and neck cancer: a pooled analysis in the International Head and Neck Cancer Epidemiology consortium. Ann Oncol 2012;23:1869-80. PMID: 22123733; PMCID: PMC3387823

705. Costas L, Casabonne D, Benavente Y, Becker N, **Boffetta P**, Brennan P, Cocco P, Foretova L, Maynadié M, Staines A, Kane E, Nieters A, de Sanjosé S. Reproductive factors and lymphoid neoplasms in Europe: findings from the EpiLymph case-control study. Cancer Causes Control 2012;23:195-206. PMID: 22116538

706. Han SS, Yeager M, Moore LE, Wei MH, Pfeiffer R, Toure O, Purdue MP, Johansson M, Scelo G, Chung CC, Gaborieau V, Zaridze D, Schwartz K, Szeszenia-Dabrowska N, Davis F, Bencko V, Colt JS, Janout V, Matveev V, Foretova L, Mates D, Navratilova M, **Boffetta P**, Berg CD, Grubb RL 3rd, Stevens VL, Thun MJ, Diver WR, Gapstur SM, Albanes D, Weinstein SJ, Virtamo J, Burdett L, Brisuda A, McKay JD, Fraumeni JF Jr, Chatterjee N, Rosenberg PS, Rothman N, Brennan P, Chow WH, Tucker MA, Chanock SJ, Toro JR. The chromosome 2p21 region harbors a complex genetic architecture for association with risk for renal cell carcinoma. Hum Mol Genet 2012;21:1190-200. PMID: 22113997; PMCID: PMC3277315.

707. Bosetti C, Lucenteforte E, Silverman DT, Petersen G, Bracci PM, Ji BT, Negri E, Li D, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham E, Bamlet WR, Holly EA, Bertuccio P, Gao YT, Hassan M, Yu H, Kurtz RC, Cotterchio M, Su J, Maisonneuve P, Duell EJ, **Boffetta P**, La Vecchia C. Cigarette smoking and pancreatic cancer: an analysis from the International Pancreatic Cancer Case-Control Consortium (Panc4). Ann Oncol 2012;23:1880-8. PMID: 22104574; PMCID: PMC3387822

708. Rota M, Scotti L, Turati F, Tramacere I, Islami F, Bellocco R, Negri E, Corrao G, **Boffetta P**, La Vecchia C, Bagnardi V. Alcohol consumption and prostate cancer risk: a meta- analysis of the dose-risk relation. Eur J Cancer Prev 2012;21:350-9. PMID: 22095143

709. Peluso M, Munnia A, Piro S, Jedpiyawongse A, Sangrajrang S, Giese RW, Ceppi M, **Boffetta P**, Srivatanakul P. Fruit and vegetable and fried food consumption and 3-(2-deoxy- β-D-erythro-pentafuranosyl)pyrimido[1,2-α] purin-10(3H)-one deoxyguanosine adduct formation. Free Radic Res 2012;46:85-92. PMID: 22081860; PMCID: PMC3293701

710. Liao LM, Brennan P, van Bemmel DM, Zaridze D, Matveev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Rothman N, **Boffetta P**, Chow WH, Moore LE. LINE-1 methylation levels in leukocyte DNA and risk of renal cell cancer. PLoS One 2011;6:e27361. PMID: 22076155; PMCID: PMC3208631

711. **Boffetta P**. A framework for causal inference in occupational epidemiology. G Ital Med Lav Ergon 2011;33:314-6. PMID: 22073681

712. **Boffetta P**. Occupational cancer epidemiology. G Ital Med Lav Ergon 2011;33:290-3. PMID: 22073677

713. Olsson AC, Gustavsson P, Zaridze D, Mukeriya A, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Fevotte J, 't Mannetje A, Fletcher T, Brennan P, **Boffetta P**. Lung cancer risk attributable to occupational exposures in a multicenter case-control study in Central and Eastern Europe. J Occup Environ Med 2011;53:1262-7. PMID:

22068130

714.   Nasrollahzadeh D, Aghcheli K, Sotoudeh M, Shakeri R, Persson EC, Islami F, Kamangar F, Abnet CC, **Boffetta P**, Engstrand L, Dawsey SM, Malekzadeh R, Ye W. Accuracy and cut- off values of pepsinogens I, II and gastrin 17 for diagnosis of gastric fundic atrophy: influence of gastritis. PLoS One 2011;6:e26957. PMID: 22066020; PMCID: PMC3204997

715.   Golozar A, Khademi H, Kamangar F, Poutschi H, Islami F, Abnet CC, Freedman ND, Taylor PR, Pharoah P, **Boffetta P**, Brennan PJ, Dawsey SM, Malekzadeh R, Etemadi A. Diabetes mellitus and its correlates in an Iranian adult population. PLoS One 2011;6:e26725. PMID: 22053206; PMCID: PMC3203882

716.   Etemadi A, Golozar A, Kamangar F, Freedman ND, Shakeri R, Matthews C, Islami F, **Boffetta P**, Brennan P, Abnet CC, Malekzadeh R, Dawsey SM. Large body size and sedentary lifestyle during childhood and early adulthood and esophageal squamous cell carcinoma in a high-risk population. Ann Oncol 2012;23:1593-600. PMID: 22052987; PMCID: PMC3360548

717.   Pesch B, Kendzia B, Gustavsson P, Jöckel KH, Johnen G, Pohlabeln H, Olsson A, Ahrens W, Gross IM, Brüske I, Wichmann HE, Merletti F, Richiardi L, Simonato L, Fortes C, Siemiatycki J, Parent ME, Consonni D, Landi MT, Caporaso N, Zaridze D, Cassidy A, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Stücker I, Fabianova E, Dumitru RS, Bencko V, Foretova L, Janout V, Rudin CM, Brennan P, **Boffetta P**, Straif K, Brüning T. Cigarette smoking and lung cancer-relative risk estimates for the major histological types from a pooled analysis of case-control studies. Int J Cancer 2012;131:1210-9. PMID: 22052329; PMCID: PMC3296911

718.   Gibson TM, Brennan P, Han S, Karami S, Zaridze D, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Slamova A, Pfeiffer RM, Stolzenberg-Solomon RZ, Mayne ST, Yeager M, Chanock S, Rothman N, Chow WH, Rosenberg PS, **Boffetta P**, Moore LE. Comprehensive evaluation of one-carbon metabolism pathway gene variants and renal cell cancer risk. PLoS One 2011;6:e26165. PMID: 22039442; PMCID: PMC3198392

719.   Pelucchi C, Galeone C, Tramacere I, Bagnardi V, Negri E, Islami F, Scotti L, Bellocco R, Corrao G, **Boffetta P**, La Vecchia C. Alcohol drinking and bladder cancer risk: a meta- analysis. Ann Oncol 2012;23:1586-93. PMID: 22039083

720.   Chuang SC, Jenab M, Heck JE, Bosetti C, Talamini R, Matsuo K, Castellsague X, Franceschi S, Herrero R, Winn DM, La Vecchia C, Morgenstern H, Zhang ZF, Levi F, Maso LD, Kelsey K, McClean MD, Vaughan T, Lazarus P, Muscat J, Ramroth H, Chen C, Schwartz SM, Eluf-Neto J, Hayes RB, Purdue M, Boccia S, Cadoni G, Zaridze D, Koifman S, Curado MP, Ahrens W, Benhamou S, Matos E, Lagiou P, Szeszenia-Dabrowska N, Olshan AF, Fernandez L, Menezes A, Agudo A, Daudt AW, Merletti F, Macfarlane GJ, Kjaerheim K, Mates D, Holcatova I, Schantz S, Yu GP, Simonato L, Brener H, Mueller H, Conway DI, Thomson P, Fabianova E, Znaor A, Rudnai P, Healy CM, Ferro G, Brennan P, **Boffetta P**, Hashibe M. Diet and the risk of head and neck cancer: a pooled analysis in the INHANCE consortium. Cancer Causes Control 2012;23:69-88. PMID: 22037906; PMCID: PMC3684401

721.   Benavente Y, Mbisa G, Labo N, Casabonne D, Becker N, Maynadie M, Foretova L, Cocco PL, Nieters A, Staines A, **Boffetta P**, Brennan P, Whitby D, de Sanjosé S. Antibodies against lytic and latent Kaposi's sarcoma-associated herpes virus antigens and lymphoma in the European EpiLymph case-control study. Br J Cancer 2011;105:1768-71.

722.   Moore LE, Nickerson ML, Brennan P, Toro JR, Jaeger E, Rinsky J, Han SS, Zaridze D, Matveev V, Janout V, Kollarova H, Navratilova M, Szeszenia-Dabrowska N, Mates D, Schmidt LS, Lenz P, Karami S, Linehan WM, Merino M, Chanock S, **Boffetta P**, Chow WH, Waldman FM, Rothman N. Von Hippel-Lindau (VHL) Inactivation in Sporadic Clear Cell Renal Cancer: Associations with Germline VHL Polymorphisms and Etiologic Risk Factors. PLoS Genet 2011;7:e1002312. PMID: 22022277; PMCID: PMC3192834

723.   Trichopoulos D, Bamia C, Lagiou P, Fedirko V, Trepo E, Jenab M, Pischon T, Nöthlings U, Overved K, Tjønneland A, Outzen M, Clavel-Chapelon F, Kaaks R, Lukanova A, Boeing H, Aleksandrova K, Benetou V, Zylis D, Palli D, Pala V, Panico S, Tumino R, Sacerdote C, Bueno-De-Mesquita HB, Van Kranen HJ, Peeters PH, Lund E, Quirós JR, González CA, Sanchez Perez MJ, Navarro C, Dorronsoro M, Barricarte A, Lindkvist B, Regnér S, Werner M, Hallmans G, Khaw KT, Wareham N, Key T, Romieu I, Chuang SC, Murphy N, **Boffetta P**, Trichopoulou A, Riboli E. Hepatocellular Carcinoma Risk Factors and Disease Burden in a European Cohort: A

Nested Case-Control Study. J Natl Cancer Inst 2011;103:1686-95. PMID: 22021666; PMCID: PMC3216968

724.   Wu X, Scelo G, Purdue MP, Rothman N, Johansson M, Ye Y, Wang Z, Zelenika D, Moore LE, Wood CG, Prokhortchouk E, Gaborieau V, Jacobs KB, Chow WH, Toro JR, Zaridze D, Lin J, Lubinski J, Trubicka J, Szszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Mates D, Jinga V, Bencko V, Slamova A, Holcatova I, Navratilova M, Janout V, **Boffetta P**, Colt JS, Davis FG, Schwartz KL, Banks RE, Selby PJ, Harnden P, Berg CD, Hsing AW, Grubb RL 3rd, Boeing H, Vineis P, Clavel-Chapelon F, Palli D, Tumino R, Krogh V, Panico S, Duell EJ, Quirós JR, Sanchez MJ, Navarro C, Ardanaz E, Dorronsoro M, Khaw KT, Allen NE, Bueno-de-Mesquita HB, Peeters PH, Trichopoulos D, Linseisen J, Ljungberg B, Overvad K, Tjønneland A, Romieu I, Riboli E, Stevens VL, Thun MJ, Diver WR, Gapstur SM, Pharoah PD, Easton DF, Albanes D, Virtamo J, Vatten L, Hveem K, Fletcher T, Koppova K, Cussenot O, Cancel-Tassin G, Benhamou S, Hildebrandt MA, Pu X, Foglio M, Lechner D, Hutchinson A, Yeager M, Fraumeni JF Jr, Lathrop M, Skryabin KG, McKay JD, Gu J, Brennan P, Chanock SJ. A genome-wide association study identifies a novel susceptibility locus for renal cell carcinoma on 12p11.23. Hum Mol Genet 2012;21:456-62 PMID: 22010048; PMCID: PMC3276284

725.   McCormack VA, Hung RJ, Brenner DR, Bickeböller H, Rosenberger A, Muscat JE, Lazarus P, Tjønneland A, Friis S, Christiani DC, Chun EM, Le Marchand L, Rennert G, Rennert HS, Andrew AS, Orlow I, Park B, **Boffetta P**, Duell EJ. Aspirin and NSAID use and lung cancer risk: a pooled analysis in the International Lung Cancer Consortium (ILCCO). Cancer Causes Control 2011;22:1709-20. PMID: 21987079; PMCID: PMC3852431

726.   't Mannetje A, Bencko V, Brennan P, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabiánová E, Cassidy A, Mates D, Foretova L, Janout V, Fevotte J, Fletcher T, **Boffetta P**. Occupational exposure to metal compounds and lung cancer. Results from a multi-center case-control study in Central/Eastern Europe and UK. Cancer Causes Control 2011;22:1669-80. PMID: 21960145

727.   Campa D, Butterbach K, Slager SL, Skibola CF, de Sanjosé S, Benavente Y, Becker N, Foretova L, Maynadie M, Cocco P, Staines A, Kaaks R, **Boffetta P**, Brennan P, Conde L, Bracci PM, Caporaso NE, Strom SS, Camp NJ, Cerhan JR, Consortium Federico Canzian G, Nieters A. A comprehensive study of polymorphisms in the ABCB1, ABCC2, ABCG2, NR1I2 genes and lymphoma risk. Int J Cancer 2012;131:803-12. PMID: 21981980; PMCID: PMC3432449

728.   Chen D, McKay JD, Clifford G, Gaborieau V, Chabrier A, Waterboer T, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Bencko V, Janout V, Foretova L, Mates IN, Szeszenia- Dabrowska N, Curado MP, Koifman S, Menezes A, Wünsch-Filho V, Eluf-Neto J, Fernández Garrote L, Matos E, Zelenika D, Boland A, **Boffetta P**, Pawlita M, Lathrop M, Brennan P. Genome-wide association study of HPV seropositivity. Hum Mol Genet 2011;20:4714-23. PMID: 21896673

729.   Wisnivesky JP, Teitelbaum SL, Todd AC, **Boffetta P**, Crane M, Crowley L, de la Hoz RE, Dellenbaugh C, Harrison D, Herbert R, Kim H, Jeon Y, Kaplan J, Katz C, Levin S, Luft B, Markowitz S, Moline JM, Ozbay F, Pietrzak RH, Shapiro M, Sharma V, Skloot G, Southwick S, Stevenson LA, Udasin I, Wallenstein S, Landrigan PJ. Persistence of multiple illnesses in World Trade Center rescue and recovery workers: a cohort study. Lancet 2011;378:888-97. PMID: 21890053

730.   Pelucchi C, Tramacere I, **Boffetta P**, Negri E, Vecchia CL. Alcohol consumption and cancer risk. Nutr Cancer 2011;63:983-90. PMID: 21864055

731.   Peters S, Kromhout H, Olsson AC, Wichmann HE, Brüske I, Consonni D, Landi MT, Caporaso N, Siemiatycki J, Richiardi L, Mirabelli D, Simonato L, Gustavsson P, Plato N, Jöckel KH, Ahrens W, Pohlabeln H, **Boffetta P**, Brennan P, Zaridze D, Cassidy A, Lissowska J, Szeszenia-Dabrowska N, Rudnai P, Fabianova E, Forastiere F, Bencko V, Foretova L, Janout V, Stücker I, Dumitru RS, Benhamou S, Bueno-de-Mesquita B, Kendzia B, Pesch B, Straif K, Brüning T, Vermeulen R. Occupational exposure to organic dust increases lung cancer risk in the general population. Thorax 2012;67:111-6. PMID: 21856697

732.   López RV, Zago MA, Eluf-Neto J, Curado MP, Daudt AW, Silva-Junior WA, Zanette DL, Levi JE, Carvalho MB, Kowalski LP, Abrahão M, Góis-Filho JF, **Boffetta P**, Wünsch-Filho V. Education, tobacco smoking, alcohol consumption, and IL-2 and IL-6 gene polymorphisms in the survival of head and neck cancer. Braz J Med Biol Res 2011;44:1006- 12. PMID: 21845339

733. Nicolotti N, Chuang SC, Cadoni G, Arzani D, Petrelli L, Bosetti C, Brenner H, Hosono S, La Vecchia C, Matsuo K, Müller H, Muscat J, Paludetti G, Ricciardi G, **Boffetta P**, Hashibe M, Boccia S. Recreational physical activity and risk of head and neck cancer: a pooled analysis within the international head and neck cancer epidemiology (INHANCE) Consortium. Eur J Epidemiol 2011;26:619-28 PMID: 21842237. Erratum Eur J Epidemiol 2011;26:827.

734. **Boffetta P**, Kaihovaara P, Rudnai P, Znaor A, Lissowska J, Swiatkowska B, Mates D, Pandics T, Salaspuro M. Acetaldehyde level in spirits from Central European countries. Eur J Cancer Prev 2011;20:526-9. PMID: 21811156

735. van Bemmel DM, **Boffetta P**, Liao LM, Berndt SI, Menashe I, Yeager M, Chanock S, Karami S, Zaridze D, Matteev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Slamova A, Rothman N, Han SS, Rosenberg PS, Brennan P, Chow WH, Moore LE. Comprehensive Analysis of 5-aminolevulinic acid dehydrogenase (ALAD) variants and renal cell carcinoma risk among individuals exposed to lead. PLoS One 2011;6:e20432. PMID: 21799727; PMCID: PMC3140467

736. Saulnier A, Vaissière T, Yue J, Siouda M, Malfroy M, Accardi R, Creveaux M, Sebastian S, Shahzad N, Gheit T, Hussain I, Torrente M, Antonio Maffini F, Calabrese L, Chiesa F, Cuenin C, Shukla R, Fathallah I, Matos E, Daudt A, Koifman S, Wünsch-Filho V, Menezes AM, Curado MP, Zaridze D, **Boffetta P**, Brennan P, Tommasino M, Herceg Z, Sylla BS. Inactivation of the putative suppressor gene DOK1 by promoter hypermethylation in primary human cancers. Int J Cancer 2011;130:2484-94. PMID: 21796618; PMCID: PMC3422753

737. Stefani ED, Moore M, Aune D, Deneo-Pellegrini H, Ronco AL, **Boffetta P**, Correa P, Acosta G, Mendilaharsu M, Luaces ME, Silva C, Lando G. Mate consumption and risk of cancer: a multi-site case-control study in Uruguay. Asian Pac J Cancer Prev 2011;12:1089- 93. PMID: 21790257

738. Tewari P, Ryan AW, Hayden PJ, Catherwood M, Drain S, Staines A, Grant T, Nieters A, Becker N, de Sanjose S, Foretova L, Maynardie M, Cocco P, **Boffetta P**, Brennan P, Chanock S, Lawler M, Browne PV. Genetic variation at the 8q24 locus confers risk to multiple myeloma. Br J Haematol 2011;156:133-6. PMID: 21770920

739. Lubin JH, Muscat J, Gaudet MM, Olshan AF, Curado MP, Dal Maso L, Wünsch-Filho V, Sturgis EM, Szeszenia-Dabrowska N, Castellsague X, Zhang ZF, Smith E, Fernandez L, Matos E, Franceschi S, Fabianova E, Rudnai P, Purdue MP, Mates D, Wei Q, Herrero R, Kelsey K, Morgenstern H, Shangina O, Koifman S, Lissowska J, Levi F, Daudt AW, Neto JE, Chen C, Lazarus P, Winn DM, Schwartz SM, **Boffetta P**, Brennan P, Menezes A, La Vecchia C, McClean M, Talamini R, Rajkumar T, Hayes RB, Hashibe M. An examination of male and female odds ratios by BMI, cigarette smoking, and alcohol consumption for cancers of the oral cavity, pharynx, and larynx in pooled data from 15 case-control studies. Cancer Causes Control 2011;22:1217-31. PMID: 21744095; PMCID: PMC3304585

740. **Boffetta P**, McLerran D, Chen Y, Inoue M, Sinha R, He J, Gupta PC, Tsugane S, Irie F, Tamakoshi A, Gao YT, Shu XO, Wang R, Tsuji I, Kuriyama S, Matsuo K, Satoh H, Chen CJ, Yuan JM, Yoo KY, Ahsan H, Pan WH, Gu D, Pednekar MS, Sasazuki S, Sairenchi T, Yang G, Xiang YB, Nagai M, Tanaka H, Nishino Y, You SL, Koh WP, Park SK, Shen CY, Thornquist M, Kang D, Rolland B, Feng Z, Zheng W, Potter JD. Body mass index and diabetes in Asia: a cross-sectional pooled analysis of 900,000 individuals in the Asia cohort consortium. PLoS One 2011;6:e19930. PMID: 21731609; PMCID: PMC3120751

741. **Boffetta P**, Mundt KA, Adami HO, Cole P, Mandel JS. TCDD and cancer: A critical review of epidemiologic studies. Crit Rev Toxicol 2011;41:622-36. PMID: 21718216; PMCID: PMC3120751

742. Fortes C, **Boffetta P**. Nutritional epidemiological studies in cancer prevention: what went wrong, and how to move forwards. Eur J Cancer Prev 2011;20:518-25. PMID: 21705908

743. Xiang W, Shi JF, Li P, Wang JB, Xu LN, Wei WQ, Zhao FH, Qiao YL, **Boffetta P**. Estimation of cancer cases and deaths attributable to infection in China. Cancer Causes Control. 2011;22:1153-61 PMID: 21667067

744. De Stefani E, Ronco AL, Deneo-Pellegrini H, Correa P, **Boffetta P**, Acosta G, Mendilaharsu M. Dietary Patterns and Risk of Adenocarcinoma of the Lung in Males: A Factor Analysis in Uruguay. Nutr Cancer. 2011;63:699-705. PMID: 21660859

745. De Stefani E, Deneo-Pellegrini H, Ronco AL, Correa P, **Boffetta P**, Aune D, Acosta G,

83

Mendilaharsu M, Luaces ME, Lando G, Silva C. Dietary patterns and risk of colorectal cancer: a factor analysis in Uruguay. Asian Pac J Cancer Prev 2011;12:753-9. PMID: 21627378

746. Szymańska K, Hung RJ, Wünsch-Filho V, Eluf-Neto J, Curado MP, Koifman S, Matos E, Menezes A, Fernandez L, Daudt AW, **Boffetta P**, Brennan P. Alcohol and tobacco, and the risk of cancers of the upper aerodigestive tract in Latin America: a case-control study. Cancer Causes Control 2011;22:1037-46. PMID: 21607590

747. Krais AM, Hautefeuille A, Cros MP, Krutoskikh V, Tournier JM, Birembaut P, Thépot A, Paliwal A, Herceg Z, **Boffetta P**, Brennan P, Hainaut P. CHRNA5 as negative regulator of nicotine signalling in normal and cancer bronchial cells: effects on motility, migration and p63 expression. Carcinogenesis 2011;32:1388-95. PMID: 21586512; PMCID: PMC3165122

748. Tramacere I, Pelucchi C, Bagnardi V, Rota M, Scotti L, Islami F, Corrao G, **Boffetta P**, La Vecchia C, Negri E. A meta-analysis on alcohol drinking and esophageal and gastric cardia adenocarcinoma risk. Ann Oncol 2012;23:287-97. PMID: 21551004

749. Karami S, **Boffetta P**, Stewart PS, Brennan P, Zaridze D, Matveev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Gromiec J, Slamova A, Chow WH, Rothman N, Moore LE. Occupational exposure to dusts and risk of renal cell carcinoma. Br J Cancer 2011;104:1797-803. PMID: 21540858; PMCID: PMC3111161

750. Lucenteforte E, La Vecchia C, Silverman D, Petersen GM, Bracci PM, Ji BT, Bosetti C, Li D, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham E, Bamlet WR, Holly EA, Gao YT, Negri E, Hassan M, Cotterchio M, Su J, Maisonneuve P, **Boffetta P**, Duell EJ. Alcohol consumption and pancreatic cancer: a pooled analysis in the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol 2012;23:374-82. PMID: 21536662; PMCID: PMC3265544

751. Tramacere I, Negri E, Pelucchi C, Bagnardi V, Rota M, Scotti L, Islami F, Corrao G, La Vecchia C, **Boffetta P**. A meta-analysis on alcohol drinking and gastric cancer risk. Ann Oncol 2012;23:28-36. PMID: 21536659

752. Maule M, Scélo G, Pastore G, Brennan P, Hemminki K, Olsen JH, Tracey E, Pukkala E, Weiderpass E, Brewster DH, Tamaro S, Chia KS, Pompe-Kirn V, Kliewer EV, Tonita JM, Martos C, Jonasson JG, Merletti F, **Boffetta P**. Second malignancies after childhood non- central nervous system solid cancer: Results from 13 cancer registries. Int J Cancer. 2011;129:1940-52. PMID: 21520035

753. Schütze M, Boeing H, Pischon T, Rehm J, Kehoe T, Gmel G, Olsen A, Tjønneland AM, Dahm CC, Overvad K, Clavel-Chapelon F, Boutron-Ruault MC, Trichopoulou A, Benetou V, Zylis D, Kaaks R, Rohrmann S, Palli D, Berrino F, Tumino R, Vineis P, Rodríguez L, Agudo A, Sánchez MJ, Dorronsoro M, Chirlaque MD, Barricarte A, Peeters PH, van Gils CH, Khaw KT, Wareham N, Allen NE, Key TJ, **Boffetta P**, Slimani N, Jenab M, Romaguera D, Wark PA, Riboli E, Bergmann MM. Alcohol attributable burden of incidence of cancer in eight European countries based on results from prospective cohort study. BMJ 2011;342:d1584. PMID: 21474525; PMCID: PMC3072472

754. Couto E, **Boffetta P**, Lagiou P, Ferrari P, Buckland G, Overvad K, Dahm CC, Tjønneland A, Olsen A, Clavel-Chapelon F, Boutron-Ruault MC, Cottet V, Trichopoulos D, Naska A, Benetou V, Kaaks R, Rohrmann S, Boeing H, von Ruesten A, Panico S, Pala V, Vineis P, Palli D, Tumino R, May A, Peeters PH, Bueno-de-Mesquita HB, Büchner FL, Lund E, Skeie G, Engeset D, Gonzalez CA, Navarro C, Rodríguez L, Sánchez MJ, Amiano P, Barricarte A, Hallmans G, Johansson I, Manjer J, Wirfärt E, Allen NE, Crowe F, Khaw KT, Wareham N, Moskal A, Slimani N, Jenab M, Romaguera D, Mouw T, Norat T, Riboli E, Trichopoulou A. Mediterranean dietary pattern and cancer risk in the EPIC cohort. Br J Cancer 2011;104:1493-9. PMID: 21468044; PMCID: PMC3101925

755. Boyle P, Koechlin A, **Boffetta P**, Boniol M, Bolli G, Rosenstock J. Meta-analysis of insulin glargine and cancer risk. J Clin Oncol 2011;29(15_suppl):1584. PMID: 28023984

756. Fortes C, Mastroeni S, **Boffetta P**, Innocenzi L, Antonelli A, Giovinazzo R, Anzidei P, Melchi F, D' Atri S, Pasquini P, Venanzetti F. Polymorphisms of GSTM1 and GSTT1, Sun Exposure and the Risk of Melanoma: A Case-control Study. Acta Derm Venereol 2011;91:284-9. PMID: 21461548

757. McKay JD, Truong T, Gaborieau V, Chabrier A, Chuang SC, Byrnes G, Zaridze D, Shangina O, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Bucur A, Bencko V, Holcatova I,

Janout V, Foretova L, Lagiou P, Trichopoulos D, Benhamou S, Bouchardy C, Ahrens W, Merletti F, Richiardi L, Talamini R, Barzan L, Kjaerheim K, Macfarlane GJ, Macfarlane TV, Simonato L, Canova C, Agudo A, Castellsagué X, Lowry R, Conway DI, McKinney PA, Healy CM, Toner ME, Znaor A, Curado MP, Koifman S, Menezes A, Wünsch-Filho V, Neto JE, Garrote LF, Boccia S, Cadoni G, Arzani D, Olshan AF, Weissler MC, Funkhouser WK, Luo J, Lubiński J, Trubicka J, Lener M, Oszutowska D, Schwartz SM, Chen C, Fish S, Doody DR, Muscat JE, Lazarus P, Gallagher CJ, Chang SC, Zhang ZF, Wei Q, Sturgis EM, Wang LE, Franceschi S, Herrero R, Kelsey KT, McClean MD, Marsit CJ, Nelson HH, Romkes M, Buch S, Nukui T, Zhong S, Lacko M, Manni JJ, Peters WH, Hung RJ, McLaughlin J, Vatten L, Njølstad I, Goodman GE, Field JK, Liloglou T, Vineis P, Clavel-Chapelon F, Palli D, Tumino R, Krogh V, Panico S, González CA, Quirós JR, Martínez C, Navarro C, Ardanaz E, Larrañaga N, Khaw KT, Key T, Bueno-de-Mesquita HB, Peeters PH, Trichopoulou A, Linseisen J, Boeing H, Hallmans G, Overvad K, Tjønneland A, Kumle M, Riboli E, Välk K, Voodern T, Metspalu A, Zelenika D, Boland A, Delepine M, Foglio M, Lechner D, Blanché H, Gut IG, Galan P, Heath S, Hashibe M, Hayes RB, **Boffetta P**, Lathrop M, Brennan P. A genome-wide association study of upper aerodigestive tract cancers conducted within the INHANCE consortium. PLoS Genet 2011;7:e1001333. PMID: 21437268; PMCID: PMC3060072. [Erratum: PLoS Genet 2011;7. doi: 10.1371/annotation/9952526f-2f1f-47f3-af0f-1a7cf6f0abc1]

758. Bagnardi V, Rota M, Botteri E, Scotti L, Jenab M, Bellocco R, Tramacere I, Pelucchi C, Negri E, La Vecchia C, Corrao G, **Boffetta P**. Alcohol consumption and lung cancer risk in never smokers: a meta-analysis. Ann Oncol 2011;22:2631-9. PMID: 21427064

759. Janssens AC, Ioannidis JP, Bedrosian S, **Boffetta P**, Dolan SM, Dowling N, Fortier I, Freedman AN, Grimshaw JM, Gulcher J, Gwinn M, Hlatky MA, Janes H, Kraft P, Melillo S, O'Donnell CJ, Pencina MJ, Ransohoff D, Schully SD, Seminara D, Winn DM, Wright CF, van Duijn CM, Little J, Khoury MJ. Strengthening the reporting of genetic risk prediction studies (GRIPS): explanation and elaboration. Eur J Epidemiol 2011;26:313-37 PMID: 21424820. Also published in (i) Eur J Clin Invest 2011;41:1010-35. PMID: 21434890; (ii) PLoS Med 2011;8:e1000420. PMID: 21423587; (iii) J Clin Epidemiol 2011;64:e1-e22. PMID: 21414753; (iv) BMJ 2011;342:d631. PMID: 21411493; (v) Eur J Hum Genet 2011;19:476-93. PMID: 21407270; (vi) Ann Intern Med 2011;154:421-5. PMID: 21403077

760. Butterbach K, Beckmann L, de Sanjosé S, Benavente Y, Becker N, Foretova L, Maynadie M, Cocco P, Staines A, **Boffetta P**, Brennan P, Nieters A. Association of JAK-STAT pathway related genes with lymphoma risk: results of a European case-control study (EpiLymph). Br J Haematol 2011;153:318-333. PMID: 21418178

761. McCormack VA, **Boffetta P**. Today's lifestyles, tomorrow's cancers: trends in lifestyle risk factors for cancer in low- and middle-income countries. Ann Oncol 2011;22:2349-57. PMID: 21378201

762. Zheng W, McLerran DF, Rolland B, Zhang X, Inoue M, Matsuo K, He J, Gupta PC, Ramadas K, Tsugane S, Irie F, Tamakoshi A, Gao YT, Wang R, Shu XO, Tsuji I, Kuriyama S, Tanaka H, Satoh H, Chen CJ, Yuan JM, Yoo KY, Ahsan H, Pan WH, Gu D, Pednekar MS, Sauvaget C, Sasazuki S, Sairenchi T, Yang G, Xiang YB, Nagai M, Suzuki T, Nishino Y, You SL, Koh WP, Park SK, Chen Y, Shen CY, Thornquist M, Feng Z, Kang D, **Boffetta P**, Potter JD. Association between body-mass index and risk of death in more than 1 million Asians. N Engl J Med 2011;364:719-29. PMID: 21345101; PMCID: PMC4008249

763. De Stefani E, Ronco AL, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Meat consumption, meat cooking and risk of lung cancer among Uruguayan men. Asian Pac J Cancer Prev 2010;11:1713-7. PMID: 21338220

764. Chen D, Truong T, Gaborieau V, Byrnes GB, Chabrier A, Chuang SC, Olshan AF, Weissler MC, Luo J, Romkes M, Buch S, Nukui T, Franceschi S, Herrero R, Talamini R, Kelsey KT, Christensen BC, McClean MD, Lacko M, Manni JJ, Peters WH, Lubinski J, Trubicka J, Lener MR, Muscat JE, Lazarus P, Wei Q, Sturgis EM, Zhang ZF, Chang SC, Wang LE, Schwartz SM, Chen C, Benhamou S, Lagiou P, Holcatova I, Richiardi L, Kjaerheim K, Agudo A, Castellsague X, Macfarlane TV, Barzan L, Canova C, Thakker NS, Conway DI, Znaor A, Healy CM, Ahrens WH, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Fabianova E, Bucur A, Bencko V, Foretova L, Janout V, Curado MP, Koifman S, Menezes AM, Wunsch-Filho V, Eluf-Neto J, Fernandez L, Boccia SN, Hashibe M, Hayes RB, **Boffetta P**, Brennan P, McKay JD. A sex-

specific association between a 15q25 variant and upper aerodigestive tract cancers. Cancer Epidemiol Biomarkers Prev 2011;20:658-64. PMID: 21335511; PMCID: PMC3070066

765.   Fedirko V, Tramacere I, Bagnardi V, Rota M, Scotti L, Islami F, Negri E, Straif K, Romieu I, La Vecchia C, **Boffetta P**, Jenab M. Alcohol drinking and colorectal cancer risk: an overall and dose-response meta-analysis of published studies. Ann Oncol 2011;22:1958-72. PMID: 21307158

766.   Karami S, **Boffetta P**, Brennan P, Stewart PA, Zaridze D, Matveev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Gromiec JP, Sobotka R, Chow WH, Rothman N, Moore LE. Renal cancer risk and occupational exposure to polycyclic aromatic hydrocarbons and plastics. J Occup Environ Med 2011;53:218-223. PMID: 21270648; PMCID: PMC3065287

767.   Bertuccio P, La Vecchia C, Silverman DT, Petersen GM, Bracci PM, Negri E, Li D, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham ET, Bamlet WR, Holly EA, Lucenteforte E, Hassan M, Yu H, Kurtz RC, Cotterchio M, Su J, Maisonneuve P, Duell EJ, Bosetti C, **Boffetta P**. Cigar and pipe smoking, smokeless tobacco use and pancreatic cancer: an analysis from the International Pancreatic Cancer Case-Control Consortium (PanC4). Ann Oncol 2011 1420-6. PMID: 21245160; PMCID: PMC3139985

768.   Jakszyn PG, Gonzalez CA, Lujan Barroso L, Ros MM, Bueno-de-Mesquita HB, Roswall N, Tjonneland AM, Buchner FL, Egevad L, Overvad K, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud MS, Chang-Claude J, Allen NE, Kiemeney LA, Key TJ, Kaaks R, Boeing H, Weikert S, Trichopoulou A, Oikonomou E, Zylis D, Palli D, Berrino F, Vineis P, Tumino R, Mattiello A, Peeters PH, Parr CL, Gram IT, Skeie G, Sanchez MJ, Larranaga N, Ardanaz E, Navarro C, Rodriguez L, Ulmert D, Ehrnstrom R, Hallmans G, Ljungberg B, Roddam AW, Bingham SA, Khaw KT, Slimani N, **Boffetta P**, Jenab M, Mouw T, Michaud DS, Riboli E. Red meat, dietary nitrosamines and heme iron and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Epidemiol Biomarkers Prev 2011;20:555-9. PMID: 21239687

769.   Pelucchi C, La Vecchia C, Bosetti C, Boyle P, **Boffetta P**. Exposure to acrylamide and human cancer--a review and meta-analysis of epidemiologic studies. Ann Oncol 2011;22:1487-99. PMID: 21239401

770.   Ribeiro KB, Levi JE, Pawlita M, Koifman S, Matos E, Eluf-Neto J, Wunsch-Filho V, Curado MP, Shangina O, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Daudt A, Menezes A, Bencko V, Mates D, Fernandez L, Fabianova E, Gheit T, Tommasino M, **Boffetta P**, Brennan P, Waterboer T. Low human papillomavirus prevalence in head and neck cancer: results from two large case-control studies in high-incidence regions. Int J Epidemiol 2011;40:489-502. PMID: 21224273

771.   **Boffetta P**, Fontana L, Stewart P, Zaridze D, Szeszenia-Dabrowska N, Janout V, Bencko V, Foretova L, Jinga V, Matveev V, Kollarova H, Ferro G, Chow WH, Rothman N, van Bemmel D, Karami S, Brennan P, Moore LE. Occupational exposure to arsenic, cadmium, chromium, lead and nickel, and renal cell carcinoma: a case-control study from Central and Eastern Europe. Occup Environ Med 2011;68:723-8. PMID: 21217163

772.   **Boffetta P**, Colditz GA, Potter JD, Kolonel L, Robson PJ, Malekzadeh R, Seminara D, Goode EL, Yoo KY, Demers P, Gallagher R, Prentice R, Yasui Y, O'Doherty K, Petersen GM, Ulrich CM, Csizmadi I, Amankwah EK, Brockton NT, Kopciuk K, McGregor SE, Kelemen LE. Cohorts and consortia conference: a summary report (Banff, Canada, June 17- 19, 2009). Cancer Causes Control 2011;22:463-8. PMID: 21203821

773.   Ronco AL, Stefani ED, Deneo-Pellegrini H, **Boffetta P**, Aune D, Silva C, Landó G, Luaces ME, Acosta G, Mendilaharsu M. Dietary patterns and risk of ductal carcinoma of the breast: a factor analysis in Uruguay. Asian Pac J Cancer Prev 2010;11:1187-93. PMID: 21198261

774.   Islami F, Fedirko V, Tramacere I, Bagnardi V, Jenab M, Scotti L, Rota M, Corrao G, Garavello W, Schüz J, Straif K, Negri E, **Boffetta P**, La Vecchia C. Alcohol drinking and esophageal squamous cell carcinoma with focus on light-drinkers and never-smokers - A systematic review and meta-analysis. Int J Cancer 2011;129:2473-84. PMID: 21190191

775.   Henschke CI, **Boffetta P**, Gorlova O, Yip R, Delancey J, Foy M. Assessment of lung-cancer mortality reduction from CT screening. Lung Cancer 2010;71:328-32. PMID: 21168236

776.   van Veldhoven CM, Khan AE, Teucher B, Rohrmann S, Raaschou-Nielsen O, Tjønneland A,

Overvad K, Vigl M, Boeing H, Benetou V, Trichopoulou A, Trichopoulos D, Masala G, Mattiello A, Krogh V, Tumino R, Vermeulen R, Monninkhof E, May AM, Bueno-de- Mesquita B, Lund E, Ardanaz E, Huerta JM, Jakszyn P, Dorronsoro M, Argüelles M, Sánchez MJ, Hallmans G, Manjer J, Borgquist S, Allen NE, Travis RC, Khaw KT, Wareham N, **Boffetta P**, Vineis P, Riboli E. Physical activity and lymphoid neoplasms in the European Prospective Investigation into Cancer and nutrition (EPIC). Eur J Cancer 2010;47:748-60. PMID: 21159506

777. Purdue MP, Johansson M, Zelenika D, Toro JR, Scelo G, Moore LE, Prokhortchouk E, Wu X, Kiemeney LA, Gaborieau V, Jacobs KB, Chow WH, Zaridze D, Matveev V, Lubinski J, Trubicka J, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Bucur A, Bencko V, Foretova L, Janout V, **Boffetta P**, Colt JS, Davis FG, Schwartz KL, Banks RE, Selby PJ, Harnden P, Berg CD, Hsing AW, Grubb RL 3rd, Boeing H, Vineis P, Clavel-Chapelon F, Palli D, Tumino R, Krogh V, Panico S, Duell EJ, Quirós JR, Sanchez MJ, Navarro C, Ardanaz E, Dorronsoro M, Khaw KT, Allen NE, Bueno-de-Mesquita HB, Peeters PH, Trichopoulos D, Linseisen J, Ljungberg B, Overvad K, Tjønneland A, Romieu I, Riboli E, Mukeria A, Shangina O, Stevens VL, Thun MJ, Diver WR, Gapstur SM, Pharoah PD, Easton DF, Albanes D, Weinstein SJ, Virtamo J, Vatten L, Hveem K, Njølstad I, Tell GS, Stoltenberg C, Kumar R, Koppova K, Cussenot O, Benhamou S, Oosterwijk E, Vermeulen SH, Aben KK, van der Marel SL, Ye Y, Wood CG, Pu X, Mazur AM, Boulygina ES, Chekanov NN, Foglio M, Lechner D, Gut I, Heath S, Blanche H, Hutchinson A, Thomas G, Wang Z, Yeager M, Fraumeni JF Jr, Skryabin KG, McKay JD, Rothman N, Chanock SJ, Lathrop M, Brennan P. Genome-wide association study of renal cell carcinoma identifies two susceptibility loci on 2p21 and 11q13.3. Nat Genet 2011;43:60-5. PMID: 21131975; PMCID: PMC3049257

778. Liang H, Wang J, Xiao H, Wang D, Wei W, Qiao Y, **Boffetta P**. Estimation of cancer incidence and mortality attributable to alcohol drinking in China. BMC Public Health 2010;10:730. PMID: 21108783; PMCID: PMC3009646

779. **Boffetta P**, Jayaprakash V, Yang P, Asomaning K, Muscat JE, Schwartz AG, Zhang ZF, Le Marchand L, Cote ML, Stoddard SM, Morgenstern H, Hung RJ, Christiani DC. Tobacco smoking as a risk factor of bronchioloalveolar carcinoma of the lung: pooled analysis of seven case-control studies in the International Lung Cancer Consortium (ILCCO). Cancer Causes Control 2011;22:73-9. PMID: 21072579; PMCID: PMC3002160

780. Casabonne D, Reina O, Benavente Y, Becker N, Maynadie' M, Foretova L, Cocco P, Gonzalez-Neira A, Nieters A, **Boffetta P**, Middeldorp JM, de Sanjose S. Single nucleotide polymorphisms of matrix metalloproteinase 9 (MMP-9) and tumour protein 73 (TP73) interact with Epstein Barr virus in chronic lymphocytic leukemia: results from the European case-control study EpiLymph. Haematologica 2010;96:323-7. PMID: 21048031; PMCID: PMC3031703

781. Olsson AC, Gustavsson P, Kromhout H, Peters S, Vermeulen R, Brüske I, Pesch B, Siemiatycki J, Pintos J, Brüning T, Cassidy A, Wichmann HE, Consonni D, Landi MT, Caporaso N, Plato N, Merletti F, Mirabelli D, Richiardi L, Jöckel KH, Ahrens W, Pohlabeln H, Lissowska J, Szeszenia-Dabrowska N, Zaridze D, Stücker I, Benhamou S, Bencko V, Foretova L, Janout V, Rudnai P, Fabianova E, Stanescu Dumitru R, Gross IM, Kendzia B, Forastiere F, Bueno-de-Mesquita B, Brennan P, **Boffetta P**, Straif K. Exposure to diesel motor exhaust and lung cancer risk in a pooled analysis from case-control studies in Europe and Canada. Am J Respir Crit Care Med 2010;183:941-8. PMID: 21037020

782. Buckland G, Agudo A, Luján L, Jakszyn P, Bueno-de-Mesquita HB, Palli D, Boeing H, Carneiro F, Krogh V, Sacerdote C, Tumino R, Panico S, Nesi G, Manjer J, Regnér S, Johansson I, Stenling R, Sanchez MJ, Dorronsoro M, Barricarte A, Navarro C, Quirós JR, Allen NE, Key TJ, Bingham S, Kaaks R, Overvad K, Jensen M, Olsen A, Tjønneland A, Peeters PH, Numans ME, Ocké MC, Clavel-Chapelon F, Morois S, Boutron-Ruault MC, Trichopoulou A, Lagiou P, Trichopoulos D, Lund E, Couto E, **Boffetta P**, Jenab M, Riboli E, Romaguera D, Mouw T, González CA. Adherence to a Mediterranean diet and risk of gastric adenocarcinoma within the European Prospective Investigation into Cancer and Nutrition (EPIC) cohort study. Am J Clin Nutr 2010;91:381-90. PMID: 20007304

783. Büchner FL, Bueno-de-Mesquita HB, Linseisen J, Boshuizen HC, Kiemeney LA, Ros MM, Overvad K, Hansen L, Tjonneland A, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron- Ruault MC, Touillaud M, Kaaks R, Rohrmann S, Boeing H, Nöthlings U, Trichopoulou A, Zylis D, Dilis

V, Palli D, Sieri S, Vineis P, Tumino R, Panico S, Peeters PH, van Gils CH, Lund E, Gram IT, Braaten T, Martinez C, Agudo A, Arriola L, Ardanaz E, Navarro C, Rodríguez L, Manjer J, Wirfält E, Hallmans G, Rasmuson T, Key TJ, Roddam AW, Bingham S, Khaw KT, Slimani N, **Boffetta P**, Byrnes G, Norat T, Michaud D, Riboli E. Fruits and vegetables consumption and the risk of histological subtypes of lung cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Causes Control 2010;21:357-71. PMID: 19924549; PMCID: PMC2835631

784. Büchner FL, Bueno-de-Mesquita HB, Ros MM, Kampman E, Egevad L, Overvad K, Tjønneland A, Roswall N, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud M, Kaaks R, Chang-Claude J, Boeing H, Weikert S, Trichopoulou A, Naska A, Benetou V, Palli D, Sieri S, Vineis P, Tumino R, Panico S, van Duijnhoven FJ, Peeters PH, van Gils CH, Lund E, Gram IT, Sánchez MJ, Jakszyn P, Larrañaga N, Ardanaz E, Navarro C, Rodríguez L, Manjer J, Ehrnström R, Hallmans G, Ljungberg B, Key TJ, Allen NE, Khaw KT, Wareham N, Slimani N, Jenab M, **Boffetta P**, Kiemeney LA, Riboli E. Variety in vegetable and fruit consumption and risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition. Int J Cancer 2010;128:2971-9. PMID: 20979109

785. Shin A, Park S, Shin HR, Park EH, Park SK, Oh JK, Lim MK, Choi BY, Boniol M, **Boffetta P**. Population attributable fraction of infection-related cancers in Korea. Ann Oncol 2010; 1435-42. PMID: 20974652

786. Brennan P, Hainaut P, **Boffetta P**. Genetics of lung-cancer susceptibility. Lancet Oncol 2010;12:399-408. PMID: 20951091

787. Benetou V, Orfanos P, Zylis D, Sieri S, Contiero P, Tumino R, Giurdanella MC, Peeters PH, Linseisen J, Nieters A, Boeing H, Weikert C, Pettersson U, Johansson I, Bueno-de-Mesquita HB, Dorronsoro M, **Boffetta P**, Trichopoulou A. Diet and hip fractures among elderly Europeans in the EPIC cohort. Eur J Clin Nutr 2011;65:132-9. PMID: 20948558

788. Neasham D, Sifi A, Nielsen KR, Overvad K, Raaschou-Nielsen O, Tjønneland A, Barricarte A, González CA, Navarro C, Rodriguez Suarez L, Travis RC, Key T, Linseisen J, Kaaks R, Crosignani P, Berrino F, Rosso S, Mattiello A, Vermeulen RC, Bueno-de-Mesquita HB, Berglund G, Manjer J, Zackrisson S, Hallmans G, Malmer B, Bingham S, Khaw KT, Bergmann MM, Boeing H, Trichopoulou A, Masala G, Tumino R, Lund E, Slimani N, Ferrari P, **Boffetta P**, Vineis P, Riboli E. Occupation and risk of lymphoma: a multicentre prospective cohort study (EPIC). Occup Environ Med 2011;68:77-81. PMID: 20884795

789. Peters S, Vermeulen R, Cassidy A, Mannetje AT, van Tongeren M, **Boffetta P**, Straif K, Kromhout H; on behalf of the INCO Group. Comparison of exposure assessment methods for occupational carcinogens in a multi-centre lung cancer case-control study. Occup Environ Med 2010;68:148-53. PMID: 20871102

790. Benetou V, Orfanos P, Benetos IS, Pala V, Evangelista A, Frasca G, Giurdanella MC, Peeters PH, van der Schouw YT, Rohrmann S, Linseisen J, Boeing H, Weikert C, Pettersson U, Van Guelpen B, Bueno-de-Mesquita HB, Altzibar J, **Boffetta P**, Trichopoulou A. Anthropometry, physical activity and hip fractures in the elderly. Injury 2010;42:188-93. PMID: 20863492

791. Agostini M, Ferro G, Olsson A, Burstyn I, De Vocht F, Hansen J, Funch Lassen C, Johansen C, Kjaerheim K, Langard S, Stucker I, Ahrens W, Behrens T, Lindbohm ML, Heikkilä P, Heederik D, Portengen L, Shaham J, **Boffetta P**, Kromhout H. Exposure assessment for a nested case-control study of lung cancer among European asphalt workers. Ann Occup Hyg 2010;54:813-23. PMID: 20861450

792. Gallus S, Tramacere I, **Boffetta P**, Fernandez E, Rossi S, Zuccaro P, Colombo P, La Vecchia C. Temporal changes of under-reporting of cigarette consumption in population- based studies. Tob Control 2011;20:34-9. PMID: 20861005

793. Hosgood HD, **Boffetta P**, Greenland S, Lee YC, McLaughlin J, Seow A, Duell EJ, Andrew AS, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabiánová E, Mates D, Bencko V, Foretova L, Janout V, Morgenstern H, Rothmann N, Hung RJ, Brennan P, Lan Q. In-home coal and wood use and lung cancer risk: A pooled-analysis of the International Lung Cancer Consortium. Environ Health Perspect 2010;118:1743-7. PMID: 20846923; PMCID: PMC3002194

794. Ronco AL, Stefani ED, Aune D, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu MA Nutrient patterns and risk of breast cancer in Uruguay. Asian Pac J Cancer Prev 2010;11:519-24.

PMID: 20843144

795.  Islami F, Tramacere I, Rota M, Bagnardi V, Fedirko V, Scotti L, Garavello W, Jenab M, Corrao G, Straif K, Negri E, **Boffetta P**, La Vecchia C. Alcohol drinking and laryngeal cancer: Overall and dose-risk relation - A systematic review and meta-analysis. Oral Oncol 2010;46:802-10. PMID: 20833578

796.  Bosetti C, Scelo G, Chuang SC, Tonita JM, Tamaro S, Jonasson JG, Kliewer EV, Hemminki K, Weiderpass E, Pukkala E, Tracey E, Olsen JH, Pompe-Kirn V, Brewster DH, Martos C, Chia KS, Brennan P, Hashibe M, Levi F, La Vecchia C, **Boffetta P**. High constant incidence rates of second primary cancers of the head and neck: A pooled analysis of 13 cancer registries. Int J Cancer 2010;129:173-9. PMID: 20824702; PMCID: PMC3037425

797.  Eussen SJ, Vollset SE, Hustad S, Midttun Ø, Meyer K, Fredriksen A, Ueland PM, Jenab M, Slimani N, **Boffetta P**, Overvad K, Thorlacius-Ussing O, Tjønneland A, Olsen A, Clavel-Chapelon F, Boutron-Ruault MC, Morois S, Weikert C, Pischon T, Linseisen J, Kaaks R, Trichopoulou A, Zilis D, Katsoulis M, Palli D, Pala V, Vineis P, Tumino R, Panico S, Peeters PH, Bueno-de-Mesquita HB, van Duijnhoven FJ, Skeie G, Muñoz X, Martínez C, Dorronsoro M, Ardanaz E, Navarro C, Rodríguez L, VanGuelpen B, Palmqvist R, Manjer J, Ericson U, Bingham S, Khaw KT, Norat T, Riboli E. Plasma vitamins B2, B6, and B12, and related genetic variants as predictors of colorectal cancer risk. Cancer Epidemiol Biomarkers Prev 2010;19:2549-61. PMID: 20813848; PMCID: PMC3025315

798.  Kiran S, Cocco P, Mannetje A, Satta G, D'Andrea I, Becker N, de Sanjosé S, Foretova L, Staines A, Kleefeld S, Maynadié M, Nieters A, Brennan P, **Boffetta P**. Occupational exposure to ethylene oxide and risk of lymphoma. Epidemiol 2010;21:905-10. PMID: 20811284

799.  Rota M, Bellocco R, Scotti L, Tramacere I, Jenab M, Corrao G, La Vecchia C, **Boffetta P**, Bagnardi V. Random-effects meta-regression models for studying nonlinear dose-response relationship, with an application to alcohol and esophageal squamous cell carcinoma. Stat Med 2010;29:2679-87. PMID: 20809481

800.  Langevin SM, Ioannidis JP, Vineis P, Taioli E; **Genetic Susceptibility to Environmental Carcinogens group (GSEC)**. Assessment of cumulative evidence for the association between glutathione S-transferase polymorphisms and lung cancer: application of the Venice interim guidelines. Pharmacogenet Genomics 2010;20:586-97. PMID: 20729793; PMCID: PMC2940992

801.  Turati F, Garavello W, Tramacere I, Bagnardi V, Rota M, Scotti L, Islami F, Corrao G, **Boffetta P**, La Vecchia C, Negri E. A meta-analysis of alcohol drinking and oral and pharyngeal cancers. Part 2: results by subsites. Oral Oncol 2010;46:720-6. PMID: 20728401

802.  Boeing AF, Ferreira Antunes JL, de Carvalho MB, de Góis Filho JF, Kowalski LP, Michaluart P Jr; Head and Neck Genome Project/GENCAPO, Eluf-Neto J, **Boffetta P**, Wünsch-Filho V. How much do smoking and alcohol consumption explain socioeconomic inequalities in head and neck cancer risk? J Epidemiol Community Health 2011;65:709-14. PMID: 20724282

803.  Ros MM, Bas Bueno-de-Mesquita HB, Büchner FL, Aben KK, Kampman E, Egevad L, Overvad K, Tjønneland A, Roswall N, Clavel-Chapelon F, Kaaks R, Chang-Claude J, Boeing H, Weikert S, Trichopoulou A, Orfanos P, Stasinopoulou G, Saieva C, Krogh V, Vineis P, Tumino R, Mattiello A, Peeters PH, van Duijnhoven FJ, Lund E, Gram IT, Chirlaque MD, Barricarte A, Rodríguez L, Molina E, Gonzalez C, Dorronsoro M, Manjer J, Ehrnström R, Ljungberg B, Allen NE, Roddam AW, Khaw KT, Wareham N, **Boffetta P**, Slimani N, Michaud DS, Kiemeney LA, Riboli E. Fluid intake and the risk of urothelial cell carcinomas in the European Prospective Investigation into Cancer and Nutrition (EPIC). Int J Cancer 2010;128:2695-708. PMID: 20715171

804.  Hsiung CA, Lan Q, Hong YC, Chen CJ, Hosgood HD, Chang IS, Chatterjee N, Brennan P, Wu C, Zheng W, Chang GC, Wu T, Park JY, Hsiao CF, Kim YH, Shen H, Seow A, Yeager M, Tsai YH, Kim YT, Chow WH, Guo H, Wang WC, Sung SW, Hu Z, Chen KY, Kim JH, Chen Y, Huang L, Lee KM, Lo YL, Gao YT, Kim JH, Liu L, Huang MS, Jung TH, Jin G, Caporaso N, Yu D, Kim CH, Su WC, Shu XO, Xu P, Kim IS, Chen YM, Ma H, Shen M, Cha SI, Tan W, Chang CH, Sung JS, Zhang M, Yang TY, Park KH, Yuenger J, Wang CL, Ryu JS, Xiang Y, Deng Q, Hutchinson A, Kim JS, Cai Q, Landi MT, Yu CJ, Park JY, Tucker M, Hung JY, Lin CC, Perng RP, **Boffetta P**, Chen CY, Chen KC, Yang SY, Hu CY, Chang CK, Fraumeni JF, Chanock S, Yang PC, Rothman N, Lin D. The 5p15.33 locus is associated with risk of lung adenocarcinoma in never-smoking females in Asia. PLoS Genet 2010;6:e1001051. PMID: 20700438; PMCID:

PMC2916850

805. Chu A, Heck JE, Ribeiro KB, Brennan P, **Boffetta P**, Buffler P, Hung RJ. Wilms' tumour: a systematic review of risk factors and meta-analysis. Paediatr Perinat Epidemiol 2010;24:449-69. PMID: 20670226

806. Moore LE, **Boffetta P**, Karami S, Brennan P, Stewart PS, Hung R, Zaridze D, Matveev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Gromiec J, Holcatova I, Merino M, Chanock S, Chow WH, Rothman N. Occupational trichloroethylene exposure and renal carcinoma risk: evidence of genetic susceptibility by reductive metabolism gene variants. Cancer Res 2010;70:6527-36. PMID: 20663906; PMCID: PMC2922418

807. Aune D, Deneo-Pellegrini H, Ronco AL, **Boffetta P**, Acosta G, Mendilaharsu M, De Stefani E. Dietary folate intake and the risk of 11 types of cancer: a case-control study in Uruguay. Ann Oncol 2010;22:444-51. PMID: 20647222

808. Conde L, Halperin E, Akers NK, Brown KM, Smedby KE, Rothman N, Nieters A, Slager SL, Brooks-Wilson A, Agana L, Riby J, Liu J, Adami HO, Darabi H, Hjalgrim H, Low HQ, Humphreys K, Melbye M, Chang ET, Glimelius B, Cozen W, Davis S, Hartge P, Morton LM, Schenk M, Wang SS, Armstrong B, Kricker A, Milliken S, Purdue MP, Vajdic CM, Boyle P, Lan Q, Zahm SH, Zhang Y, Zheng T, Becker N, Benavente Y, **Boffetta P**, Brennan P, Butterbach K, Cocco P, Foretova L, Maynadié M, de Sanjosé S, Staines A, Spinelli JJ, Achenbach SJ, Call TG, Camp NJ, Glenn M, Caporaso NE, Cerhan JR, Cunningham JM, Goldin LR, Hanson CA, Kay NE, Lanasa MC, Leis JF, Marti GE, Rabe KG, Rassenti LZ, Spector LG, Strom SS, Vachon CM, Weinberg JB, Holly EA, Chanock S, Smith MT, Bracci PM, Skibola CF. Genome-wide association study of follicular lymphoma identifies a risk locus at 6p21.32. Nat Genet 2010;42:661-4. PMID: 20639881; PMCID: PMC2913472

809. Szymańska K, Matos E, Hung RJ, Wünsch-Filho V, Eluf-Neto J, Menezes A, Daudt AW, Brennan P, **Boffetta P**. Drinking of maté and the risk of cancers of the upper aerodigestive tract in Latin America: a case-control study. Cancer Causes Control 2010;21:1799-806 PMID: 20623173

810. Zatoński WA, Sulkowska U, Mańczuk M, Rehm J, **Boffetta P**, Lowenfels AB, La Vecchia C. Liver Cirrhosis mortality in Europe, with special attention to Central and Eastern Europe. Eur Addict Res 2010;16:193-201 PMID: 20606444

811. Abedi-Ardekani B, Kamangar F, Hewitt SM, Hainaut P, Sotoudeh M, Abnet CC, Taylor PR, **Boffetta P**, Malekzadeh R, Dawsey SM. Polycyclic aromatic hydrocarbon exposure in oesophageal tissue and risk of oesophageal squamous cell carcinoma in north-eastern Iran. Gut 2010;59:1178-83 PMID: 20584779; PMCID: PMC3505022

812. Galeone C, Tavani A, Pelucchi C, Turati F, Winn DM, Levi F, Yu GP, Morgenstern H, Kelsey K, Dal Maso L, Purdue MP, McClean M, Talamini R, Hayes RB, Franceschi S, Schantz S, Zhang ZF, Ferro G, Chuang SC, **Boffetta P**, La Vecchia C, Hashibe M. Coffee and tea intake and risk of head and neck cancer: pooled analysis in the international head and neck cancer epidemiology consortium. Cancer Epidemiol Biomarkers Prev 2010;19:1723-36. PMID: 20570908; PMCID: PMC3047460

813. Khademi H, Etemadi A, Kamangar F, Nouraie M, Shakeri R, Abaie B, Pourshams A, Bagheri M, Hooshyar A, Islami F, Abnet CC, Pharoah P, Brennan P, **Boffetta P**, Dawsey SM, Malekzadeh R. Verbal autopsy: reliability and validity estimates for causes of death in the Golestan Cohort Study in Iran. PLoS One 2010;5:e11183. PMID: 20567597; PMCID: PMC2887437

814. Johansson M, Relton C, Ueland PM, Vollset SE, Midttun Ø, Nygård O, Slimani N, **Boffetta P**, Jenab M, Clavel-Chapelon F, Boutron-Ruault MC, Fagherazzi G, Kaaks R, Rohrmann S, Boeing H, Weikert C, Bueno-de-Mesquita HB, Ros MM, van Gils CH, Peeters PH, Agudo A, Barricarte A, Navarro C, Rodríguez L, Sánchez MJ, Larrañaga N, Khaw KT, Wareham N, Allen NE, Crowe F, Gallo V, Norat T, Krogh V, Masala G, Panico S, Sacerdote C, Tumino R, Trichopoulou A, Lagiou P, Trichopoulos D, Rasmuson T, Hallmans G, Riboli E, Vineis P, Brennan P. Serum B vitamin levels and risk of lung cancer. JAMA 2010;303:2377-85. PMID: 20551408

815. Pira E, Piolatto G, Negri E, Romano C, **Boffetta P**, Lipworth L, McLaughlin JK, La Vecchia C. Bladder cancer mortality of workers exposed to aromatic amines: a 58-year follow-up. J Natl Cancer Inst 2010;102:1096-9. PMID: 20548022

816. Olsson A, Kromhout H, Agostini M, Hansen J, Funch Lassen C, Johansen C, Kjaerheim K, Langård S, Stücker I, Ahrens W, Behrens T, Lindbohm ML, Heikkilä P, Heederik D, Portengen L,

90

Shaham J, Ferro G, de Vocht F, Burstyn I, **Boffetta P**. A case-control study of lung cancer nested in a cohort of European asphalt workers. Environ Health Perspect 2010;118:1418-24. PMID: 20529766; PMCID: PMC2957922

817. Lubin JH, Gaudet MM, Olshan AF, Kelsey K, **Boffetta P**, Brennan P, Castellsague X, Chen C, Curado MP, Dal Maso L, Daudt AW, Fabianova E, Fernandez L, Wünsch-Filho V, Franceschi S, Herrero R, Koifman S, La Vecchia C, Lazarus P, Levi F, Lissowska J, Mates IN, Matos E, McClean M, Menezes A, Morgenstern H, Muscat J, Eluf Neto J, Purdue MP, Rudnai P, Schwartz SM, Shangina O, Sturgis EM, Szeszenia-Dabrowska N, Talamini R, Wei Q, Winn D, Zhang ZF, Hashibe M, Hayes RB. Body mass index, cigarette smoking, and alcohol consumption and cancers of the oral cavity, pharynx, and larynx: modeling odds ratios in pooled case-control data. Am J Epidemiol 2010;171:1250-61. PMID: 20494999; PMCID: PMC2915496

818. Nieters A, Bracci PM, de Sanjosé S, Becker N, Maynadié M, Benavente Y, Foretova L, Cocco P, Staines A, Holly EA, **Boffetta P**, Brennan P, Skibola CF. A functional TNFRSF5 polymorphism and risk of non-Hodgkin lymphoma, a pooled analysis. Int J Cancer 2010;128:1481-5. PMID: 20473910; PMCID: PMC3876741

819. Rohrmann S, Linseisen J, Jakobsen MU, Overvad K, Raaschou-Nielsen O, Tjonneland A, Boutron-Ruault MC, Kaaks R, Becker N, Bergmann M, Boeing H, Khaw KT, Wareham NJ, Key TJ, Travis R, Benetou V, Naska A, Trichopoulou A, Pala V, Tumino R, Masala G, Mattiello A, Brustad M, Lund E, Skeie G, Bueno-de-Mesquita HB, Peeters PH, Vermeulen RC, Jakszyn P, Dorronsoro M, Barricarte A, Tormo MJ, Molina E, Argüelles M, Melin B, Ericson U, Manjer J, Rinaldi S, Slimani N, **Boffetta P**, Vergnaud AC, Khan A, Norat T, Vineis P. Consumption of meat and dairy and lymphoma risk in the european prospective investigation into cancer and nutrition. Int J Cancer 2011;128;623-34. PMID: 20473877

820. Dey S, Soliman AS, Hablas A, Seifeldein IA, Ismail K, Ramadan M, El-Hamzawy H, Wilson ML, Banerjee M, **Boffetta P**, Harford J, Merajver SD. Urban-rural differences in breast cancer incidence in Egypt (1999-2006). Breast 2010;19:417-23 PMID: 20452771; PMCID: PMC3209663

821. Cocco P, t'Mannetje A, Fadda D, Melis M, Becker N, de Sanjosé S, Foretova L, Mareckova J, Staines A, Kleefeld S, Maynadié M, Nieters A, Brennan P, **Boffetta P**. Occupational exposure to solvents and risk of lymphoma subtypes: results from the Epilymph case-control study. Occup Environ Med 2010;67:341-7.

822. Timpson NJ, Brennan P, Gaborieau V, Moore L, Zaridze D, Matveev V, Szeszenia- Dabrowska N, Lissowska J, Mates D, Bencko V, Foretova L, Janout V, Chow WH, Rothman N, **Boffetta P**, Harbord RM, Smith GD. Can lactase persistence genotype be used to reassess the relationship between renal cell carcinoma and milk drinking? Potentials and problems in the application of Mendelian randomization. Cancer Epidemiol Biomarkers Prev 2010;19:1341-8. PMCID: PMC4141143

823. Eussen SJ, Vollset SE, Igland J, Meyer K, Fredriksen A, Ueland PM, Jenab M, Slimani N, **Boffetta P**, Overvad K, Tjønneland A, Olsen A, Clavel-Chapelon F, Boutron-Ruault MC, Morois S, Weikert C, Pischon T, Linseisen J, Kaaks R, Trichopoulou A, Zilis D, Katsoulis M, Palli D, Berrino F, Vineis P, Tumino R, Panico S, Peeters PH, Bueno-de-Mesquita HB, van Duijnhoven FJ, Gram IT, Skeie G, Lund E, González CA, Martínez C, Dorronsoro M, Ardanaz E, Navarro C, Rodríguez L, Van Guelpen B, Palmqvist R, Manjer J, Ericson U, Bingham S, Khaw KT, Norat T, Riboli E. Plasma folate, related genetic variants, and colorectal cancer risk in EPIC. Cancer Epidemiol Biomarkers Prev 2010;19:1328-40. PMCID: PMC2880712

824. Chuang SC, Lee YC, Hashibe M, Dai M, Zheng T, **Boffetta P**. Interaction between cigarette smoking and hepatitis B and C virus infection on the risk of liver cancer: a meta-analysis. Cancer Epidemiol Biomarkers Prev 2010;19:1261-8. PMCID: PMC4170071

825. Tramacere I, Negri E, Bagnardi V, Garavello W, Rota M, Scotti L, Islami F, Corrao G, **Boffetta P**, La Vecchia C. A meta-analysis of alcohol drinking and oral and pharyngeal cancers. Part 1: Overall results and dose-risk relation. Oral Oncol 2010;46:497-503.

826. Michaud DS, Vrieling A, Jiao L, Mendelsohn JB, Steplowski E, Lynch SM, Wactawski- Wende J, Arslan AA, Bas Bueno-de-Mesquita H, Fuchs CS, Gross M, Helzlsouer K, Jacobs EJ, Lacroix A, Petersen G, Zheng W, Allen N, Ammundadottir L, Bergmann MM, **Boffetta P**, Buring JE, Canzian F, Chanock SJ, Clavel-Chapelon F, Clipp S, Freiberg MS, Michael Gaziano J,

91

Giovannucci EL, Hankinson S, Hartge P, Hoover RN, Allan Hubbell F, Hunter DJ, Hutchinson A, Jacobs K, Kooperberg C, Kraft P, Manjer J, Navarro C, Peeters PH, Shu XO, Stevens V, Thomas G, Tjønneland A, Tobias GS, Trichopoulos D, Tumino R, Vineis P, Virtamo J, Wallace R, Wolpin BM, Yu K, Zeleniuch-Jacquotte A, Stolzenberg-Solomon RZ. Alcohol intake and pancreatic cancer: a pooled analysis from the pancreatic cancer cohort consortium (PanScan). Cancer Causes Control 2010;21:1213-25.

827.  **Boffetta P**, Couto E, Wichmann J, Ferrari P, Trichopoulos D, Bueno-de-Mesquita HB, van Duijnhoven FJ, Büchner FL, Key T, Boeing H, Nöthlings U, Linseisen J, Gonzalez CA, Overvad K, Nielsen MR, Tjønneland A, Olsen A, Clavel-Chapelon F, Boutron-Ruault MC, Morois S, Lagiou P, Naska A, Benetou V, Kaaks R, Rohrmann S, Panico S, Sieri S, Vineis P, Palli D, van Gils CH, Peeters PH, Lund E, Brustad M, Engeset D, Huerta JM, Rodríguez L, Sánchez MJ, Dorronsoro M, Barricarte A, Hallmans G, Johansson I, Manjer J, Sonestedt E, Allen NE, Bingham S, Khaw KT, Slimani N, Jenab M, Mouw T, Norat T, Riboli E, Trichopoulou A. Fruit and vegetable intake and overall cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC). J Natl Cancer Inst 2010;102:529-37.

828.  **Boffetta P**, Autier P, Boniol M, Boyle P, Hill C, Aurengo A, Masse R, Thé G, Valleron AJ, Monier R, Tubiana M. An estimate of cancers attributable to occupational exposures in France. J Occup Environ Med 2010;52:399-406.

829.  Chuang SC, Scélo G, Lee YC, Friis S, Pukkala E, Brewster DH, Hemminki K, Tracey E, Weiderpass E, Tamaro S, Pompe-Kirn V, Kliewer EV, Chia KS, Tonita JM, Martos C, Jonasson JG, **Boffetta P**, Brennan P, Hashibe M. Risks of second primary cancer among patients with major histological types of lung cancers in both men and women. Br J Cancer 2010;102:1190-5.

830.  Paliwal A, Vaissière T, Krais A, Cuenin C, Cros MP, Zaridze D, Moukeria A, **Boffetta P**, Hainaut P, Brennan P, Herceg Z. Aberrant DNA methylation links cancer susceptibility locus 15q25.1 to apoptotic regulation and lung cancer. Cancer Res 2010;70:2779-88.

831.  Lissowska J, Foretova L, Dąbek J, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Fabianova E, Cassidy A, Mates D, Bencko V, Janout V, Hung RJ, Brennan P, **Boffetta P**. Family history and lung cancer risk: international multicentre case-control study in Eastern and Central Europe and meta-analyses. Cancer Causes Control 2010;21:1091-104.

832.  Sankaranarayanan R, **Boffetta P**. Research on cancer prevention, detection and management in low- and medium-income countries. Ann Oncol. 2010;21:1935-43.

833.  Edefonti V, Bravi F, La Vecchia C, Randi G, Ferraroni M, Garavello W, Franceschi S, Talamini R, **Boffetta P**, Decarli A. Nutrient-based dietary patterns and the risk of oral and pharyngeal cancer. Oral Oncol 2010;46:343-8.

834.  Wang JB, Jiang Y, Wei WQ, Yang GH, Qiao YL, **Boffetta P**. Estimation of cancer incidence and mortality attributable to smoking in China. Cancer Causes Control. 2010;21:959-65.

835.  Karami S, **Boffetta P**, Stewart P, Rothman N, Hunting KL, Dosemeci M, Berndt SI, Brennan P, Chow WH, Moore LE. Occupational sunlight exposure and risk of renal cell carcinoma. Cancer. 2010;116:2001-10.

836.  Bamia C, Halkjær J, Lagiou P, Trichopoulos D, Tjønneland A, Berentzen TL, Overvad K, Clavel-Chapelon F, Boutron-Ruault MC, Rohrmann S, Linseisen J, Steffen A, Boeing H, May AM, Peeters PH, Bas Bueno-de-Mesquita H, van den Berg SW, Dorronsoro M, Barricarte A, Rodriguez Suarez L, Navarro C, González CA, **Boffetta P**, Pala V, Hallmans G, Trichopoulou A. Weight change in later life and risk of death amongst the elderly: the European Prospective Investigation into Cancer and Nutrition-Elderly Network on Ageing and Health study. J Intern Med 2010;268:133-44.

837.  De Stefani E, Ronco AL, Deneo-Pellegrini H, **Boffetta P**, Aune D, Acosta G, Brennan P, Ferro G, Mendilaharsu M. Dietary patterns and risk of advanced prostate cancer: a principal component analysis in Uruguay. Cancer Causes Control 2010;21:1009-16.

838.  McCormack V, Agudo A, Dahm C, Overvad K, Olsen A, Tjønneland A, Kaaks R, Boeing H, Manjer J, Almquist M, Hallmans G, Johansson I, Chirlaque M, Barricarte A, Dorronsoro M, Rodriguez L, Redondo M, Khaw K, Wareham N, Allen N, Key T, Riboli E, **Boffetta P**. Cigar and pipe smoking and cancer risk in the European prospective investigation into cancer and nutrition. Int J Cancer. 2010;127:2402-11.

839.  Szymańska K, Moore LE, Rothman N, Chow WH, Waldman F, Jaeger E, Waterboer T, Foretova

L, Navratilova M, Janout V, Kollarova H, Zaridze D, Matveev V, Mates D, Szesznia-Dabrowska N, Holcatova I, Bencko V, Le Calvez-Kelm F, Villar S, Pawlita M, **Boffetta P**, Hainaut P, Brennan P. TP53, EGFR, and KRAS mutations in relation to VHL inactivation and lifestyle risk factors in renal-cell carcinoma from central and eastern Europe. Cancer Lett 2010;293:92-8.

840.   Gaudet MM, Olshan AF, Chuang SC, Berthiller J, Zhang ZF, Lissowska J, Zaridze D, Winn DM, Wei Q, Talamini R, Szesznia-Dabrowska N, Sturgis EM, Schwartz SM, Rudnai P, Eluf-Neto J, Muscat J, Morgenstern H, Menezes A, Matos E, Bucur A, Levi F, Lazarus P, La Vecchia C, Koifman S, Kelsey K, Herrero R, Hayes RB, Franceschi S, Wunsch-Filho V, Fernandez L, Fabianova E, Daudt AW, Dal Maso L, Paula Curado M, Chen C, Castellsague X, Benhamou S, **Boffetta P**, Brennan P, Hashibe M. Body mass index and risk of head and neck cancer in a pooled analysis of case-control studies in the International Head and Neck Cancer Epidemiology (INHANCE) Consortium. Int J Epidemiol 2010;39:1091-102.

841.   Maisonneuve P, Lowenfels AB, Bueno-de-Mesquita HB, Ghadirian P, Baghurst PA, Zatonski WA, Miller AB, Duell EJ, **Boffetta P**, Boyle P. Past medical history and pancreatic cancer risk: Results from a multicenter case-control study. Ann Epidemiol 2010;20:92-98.

842.   Truong T, Sauter W, McKay JD, Hosgood HD 3rd, Gallagher C, Amos CI, Spitz M, Muscat J, Lazarus P, Illig T, Wichmann HE, Bickeböller H, Risch A, Dienemann H, Zhang ZF, Naeim BP, Yang P, Zienolddiny S, Haugen A, Le Marchand L, Hong YC, Kim JH, Duell EJ, Andrew AS, Kiyohara C, Shen H, Matsuo K, Suzuki T, Seow A, Ng DP, Lan Q, Zaridze D, Szesznia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Constantinescu V, Bencko V, Foretova L, Janout V, Caporaso NE, Albanes D, Thun M, Landi MT, Trubicka J, Lener M, Lubinski J, Epic-Lung, Wang Y, Chabrier A, **Boffetta P**, Brennan P, Hung RJ. International Lung Cancer Consortium: Coordinated association study of 10 potential lung cancer susceptibility variants. Carcinogenesis 2010;31:62-33.

843.   Aune D, De Stefani E, Ronco A, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Egg consumption and the risk of cancer: a multisite case-control study in Uruguay. Asian Pac J Cancer Prev 2009;10:869-76.

844.   De Stefani E, Aune D, **Boffetta P**, Deneo-Pellegrini H, Ronco AL, Acosta G, Brennan P, Ferro G, Mendilaharsu MA. Salted meat consumption and the risk of cancer: a multisite case-control study in Uruguay. Asian Pac J Cancer Prev 2009;10:853-7.

845.   Boyle P, **Boffetta P**. Alcohol consumption and breast cancer risk. Breast Cancer Res 2009;11 Suppl 3:S3.

846.   Gallo V, Neasham D, Airoldi L, Ferrari P, Jenab M, **Boffetta P**, Overvad K, Tjønneland A, Clavel-Chapelon F, Boeing H, Pala V, Palli D, Panico S, Tumino R, Arriola L, Lund E, Bueno-De-Mesquita B, Peeters PH, Melander O, Hallmans G, Riboli E, Saracci R, Vineis P. Second-hand Smoke, Cotinine Levels, and Risk of Circulatory Mortality in a Large Cohort Study of Never-Smokers. Epidemiol 2010;21:207-14.

847.   Edefonti V, Bravi F, Garavello W, La Vecchia C, Parpinel M, Franceschi S, Dal Maso L, Bosetti C, **Boffetta P**, Ferraroni M, Decarli A. Nutrient-based dietary patterns and laryngeal cancer: evidence from an exploratory factor analysis. Cancer Epidemiol Biomarkers Prev 2010;19:18-27.

848.   Peluso M, Srivatanakul P, Munnia A, Jedpiyawongse A, Ceppi M, Sangrajrang S, Piro S, **Boffetta P**. Malondialdehyde-deoxyguanosine adducts among workers of a Thai industrial estate and nearby residents. Environ Health Perspect 2010;118:55-9.

849.   Karami S, Brennan P, Navratilova M, Mates D, Zaridze D, Janout V, Kollarova H, Bencko V, Matveev V, Szesznia-Dabrowska N, Holcatova I, Yeager M, Chanock S, Rothman N, **Boffetta P**, Chow WH, Moore LE. Vitamin d pathway genes, diet, and risk of renal cell carcinoma. Int J Endocrinol 2010;2010:879362.

850.   Skibola CF, Bracci PM, Nieters A, Brooks-Wilson A, de Sanjosé S, Hughes AM, Cerhan JR, Skibola DR, Purdue M, Kane E, Lan Q, Foretova L, Schenk M, Spinelli JJ, Slager SL, De Roos AJ, Smith MT, Roman E, Cozen W, **Boffetta P**, Kricker A, Zheng T, Lightfoot T, Cocco P, Benavente Y, Zhang Y, Hartge P, Linet MS, Becker N, Brennan P, Zhang L, Armstrong B, Smith A, Shiao R, Novak AJ, Maynadie M, Chanock SJ, Staines A, Holford TR, Holly EA, Rothman N, Wang SS. Tumor necrosis factor (TNF) and lymphotoxin-alpha (LTA) polymorphisms and risk of non-Hodgkin lymphoma in the InterLymph Consortium. Am J Epidemiol 2010;171:267-76.

851.   Andreotti G, **Boffetta P**, Rosenberg PS, Berndt SI, Karami S, Menashe I, Yeager M, Chanock S,

Zaridze D, Matteev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Rothman N, Brennan P, Chow WH, Moore LE. Variants in blood pressure genes and the risk of renal cell carcinoma. Carcinogenesis 2010;31:614- 20.

852.   Hoeft B, Linseisen J, Beckman L, Müller-Decker K, Canzian F, Hüsing A, Kaaks R, Vogel U, Jakobsen MU, Overvad K, Hansen RD, Knüppel S, Boeing H, Trichopoulou A, Yvoni K, Trichopoulos D, Berrino F, Palli D, Panico S, Tumino R, Bueno-de-Mesquita HB, van Duijnhoven FJ, van Gils CH, Peeters PH, Dumeaux V, Lund E, Huerta Castaño JM, Muñoz X, Rodriguez L, Barricarte A, Manjer J, Jirström K, Van Guelpen B, Hallmans G, Spencer EA, Crowe FL, Khaw KT, Wareham N, Morois S, Boutron-Ruault MC, Clavel-Chapelon F, Chajes V, Jenab M, **Boffetta P**, Vineis P, Mouw T, Norat T, Riboli E, Nieters A. Polymorphisms in fatty acid metabolism-related genes are associated with colorectal cancer risk. Carcinogenesis 2010;31:466-72.

853.   Heck JE, Berthiller J, Vaccarella S, Winn DM, Smith EM, Shan'gina O, Schwartz SM, Purdue MP, Pilarska A, Eluf-Neto J, Menezes A, McClean MD, Matos E, Koifman S, Kelsey KT, Herrero R, Hayes RB, Franceschi S, Wünsch-Filho V, Fernández L, Daudt AW, Curado MP, Chen C, Castellsagué X, Ferro G, Brennan P, **Boffetta P**, Hashibe M. Sexual behaviours and the risk of head and neck cancers: a pooled analysis in the International Head and Neck Cancer Epidemiology (INHANCE) consortium. Int J Epidemiol 2010;39:166-81.

854.   Hrubá F, Fabiánová E, Bencko V, Cassidy A, Lissowska J, Mates D, Rudnai P, Zaridze D, Foretová L, Janout V, Szeszenia-Dabrowska N, Brennan P, **Boffetta P**. Socioeconomic indicators and risk of lung cancer in Central and Eastern Europe. Cent Eur J Public Health 2009;17:115-21.

855.   Dey S, Hablas A, Seifeldin IA, Ismail K, Ramadan M, El-Hamzawy H, Wilson ML, Banerjee M, **Boffetta P**, Harford J, Merajver SD, Soliman AS. Urban-rural differences of gynaecological malignancies in Egypt (1999-2002). BJOG 2010;117:348-55.

856.   Lenters V, Basinas I, Beane-Freeman L, **Boffetta P**, Checkoway H, Coggon D, Portengen L, Sim M, Wouters IM, Heederik D, Vermeulen R. Endotoxin exposure and lung cancer risk: a systematic review and meta-analysis of the published literature on agriculture and cotton textile workers. Cancer Causes Control 2010;21:523-55.

857.   Pelucchi C, Negri E, Gallus S, **Boffetta P**, Tramacere I, La Vecchia C. Long-term particulate matter exposure and mortality: a review of European epidemiological studies. BMC Public Health 2009;9:453.

858.   **Boffetta P**. Biomarkers in cancer epidemiology: an integrative approach. Carcinogenesis 2010;31:121-6.

859.   Szymanska K, Levi JE, Menezes A, Wünsch-Filho V, Eluf-Neto J, Koifman S, Matos E, Daudt AW, Curado MP, Villar S, Pawlita M, Waterboer T, **Boffetta P**, Hainaut P, Brennan P. TP53 and EGFR mutations in combination with lifestyle risk factors in tumours of the upper aerodigestive tract from South America. Carcinogenesis 2009;31:1054-9.

860.   Keshtkar AA, Semnani S, Pourshams A, Khademi H, Roshandel G, **Boffetta P**, Malekzadeh R. Pictogram use was validated for estimating individual's body mass index. J Clin Epidemiol 2010;63:655-9.

861.   **Boffetta P**, Adami HO, Cole P, Trichopoulos D, Mandel JS. Epidemiologic studies of styrene and cancer: a review of the literature. J Occup Environ Med 2009;51:1275-87.

862.   Islami F, Malekshah AF, Kimiagar M, Pourshams A, Wakefield J, Goglani G, Rakhshani N, Nasrollahzadeh D, Salahi R, Semnani S, Saadatian-Elahi M, Abnet CC, Kamangar F, Dawsey SM, Brennan P, **Boffetta P**, Malekzadeh R. Patterns of food and nutrient consumption in northern Iran, a high-risk area for esophageal cancer. Nutr Cancer 2009;61:475-83.

863.   Akbari MR, Malekzadeh R, Shakeri R, Nasrollahzadeh D, Foumani M, Sun Y, Pourshams A, Sadjadi A, Jafari E, Sotoudeh M, Kamangar F, **Boffetta P**, Dawsey SM, Ghadirian P, Narod SA. Candidate gene association study of esophageal squamous cell carcinoma in a high-risk region in Iran. Cancer Res 2009;69:7994-8000.

864.   Tramacere I, Scotti L, Jenab M, Bagnardi V, Bellocco R, Rota M, Corrao G, Bravi F, **Boffetta P**, La Vecchia C. Alcohol drinking and pancreatic cancer risk: A meta-analysis of the dose-risk relation. Int J Cancer 2010;126:1474-86.

865.   Menvielle G, Boshuizen H, Kunst AE, Vineis P, Dalton SO, Bergmann MM, Hermann S, Veglia F, Ferrari P, Overvad K, Raaschou-Nielsen O, Tjønneland A, Kaaks R, Linseisen J, Palli D, Krogh

V, Tumino R, Rodriguez L, Agudo A, Sánchez MJ, Arozena JM, Cirera L, Ardanaz E, Bingham S, Khaw KT, **Boffetta P**, Duell E, Slimani N, Gallo V, Riboli E, Bueno-de-Mesquita HB. Occupational exposures contribute to educational inequalities in lung cancer incidence among men. evidence from the EPIC prospective cohort study. Int J Cancer 2010;126:1928-35.

866. Rinaldi S, Cleveland R, Norat T, Biessy C, Rohrmann S, Linseisen J, Boeing H, Pischon T, Panico S, Agnoli C, Palli D, Tumino R, Vineis P, Peeters PH, van Gils CH, Bueno-de- Mesquita BH, Vrieling A, Allen NE, Roddam A, Bingham S, Khaw KT, Manjer J, Borgquist S, Dumeaux V, Gram IT, Lund E, Trichopoulou A, Makrygiannis G, Benetou V, Molina E, Suárez ID, Gurrea AB, Gonzalez CA, Tormo MJ, Altzibar JM, Olsen A, Tjonneland A, Grønbæk H, Overvad K, Clavel-Chapelon F, Boutron-Ruault MC, Morois S, Slimani N, **Boffetta P**, Jenab M, Riboli E, Kaaks R. Serum levels of IGF-I, IGFBP-3 and colorectal cancer risk: results from the EPIC cohort, plus a meta-analysis of prospective studies. Int J Cancer 2010;126:1702-15.

867. Moore LE, Brennan P, Karami S, Menashe I, Berndt SI, Dong LM, Meisner A, Yeager M, Chanock S, Colt J, Schwartz K, Davis F, Zaridze D, Mattveev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Holcatova I, **Boffetta P**, Chow WH, Rosenberg PS, Rothman N. Apolipoprotein E/C1 locus variants modify renal cell carcinoma risk. Cancer Res 2009;69:8001-8.

868. Islami F, Kamangar F, **Boffetta P**. Use of proton pump inhibitors and risk of progression of Barrett's esophagus to neoplastic lesions. Am J Gastroenterol 2009;104:2646-8.

869. Marron M, **Boffetta P**, Zhang ZF, Zaridze D, Wünsch-Filho V, Winn DM, Wei Q, Talamini R, Szeszenia-Dabrowska N, Sturgis EM, Smith E, Schwartz SM, Rudnai P, Purdue MP, Olshan AF, Eluf-Neto J, Muscat J, Morgenstern H, Menezes A, McClean M, Matos E, Mates IN, Lissowska J, Levi F, Lazarus P, Vecchia CL, Koifman S, Kelsey K, Herrero R, Hayes RB, Franceschi S, Fernandez L, Fabianova E, Daudt AW, Maso LD, Curado MP, Cadoni G, Chen C, Castellsague X, Boccia S, Benhamou S, Ferro G, Berthiller J, Brennan P, Møller H, Hashibe M. Cessation of alcohol drinking, tobacco smoking and the reversal of head and neck cancer risk. Int J Epidemiol 2010;39:182-96.

870. Islami F, Kamangar F, Nasrollahzadeh D, Møller H, **Boffetta P**, Malekzadeh R. Oesophageal cancer in Golestan Province, a high-incidence area in northern Iran - A review. Eur J Cancer 2009;45:3156-65.

871. Vrieling A, Bueno-de-Mesquita HB, Boshuizen HC, Michaud DS, Severinsen MT, Overvad K, Olsen A, Tjønneland A, Clavel-Chapelon F, Boutron-Ruault MC, Kaaks R, Rohrmann S, Boeing H, Nöthlings U, Trichopoulou A, Moutsiou E, Dilis V, Palli D, Krogh V, Panico S, Tumino R, Vineis P, van Gils CH, Peeters PH, Lund E, Gram IT, Rodríguez L, Agudo A, Larrañaga N, Sánchez MJ, Navarro C, Barricarte A, Manjer J, Lindkvist B, Sund M, Ye W, Bingham S, Khaw KT, Roddam A, Key T, **Boffetta P**, Duell EJ, Jenab M, Gallo V, Riboli E. Cigarette smoking, environmental tobacco smoke exposure and pancreatic cancer risk in the European prospective investigation into cancer and nutrition. Int J Cancer 2010;126:2394-403.

872. Lips EH, Gaborieau V, McKay JD, Chabrier A, Hung RJ, **Boffetta P**, Hashibe M, Zaridze D, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Field JK, Liloglou T, Xinarianos G, McLaughlin J, Liu G, Skorpen F, Elvestad MB, Hveem K, Vatten L, Study E, Benhamou S, Lagiou P, Holcátová I, Merletti F, Kjaerheim K, Agudo A, Castellsagué X, Macfarlane TV, Barzan L, Canova C, Lowry R, Conway DI, Znaor A, Healy C, Curado MP, Koifman S, Eluf-Neto J, Matos E, Menezes A, Fernandez L, Metspalu A, Heath S, Lathrop M, Brennan P. Association between a 15q25 gene variant, smoking quantity and tobacco-related cancers among 17 000 individuals. Int J Epidemiol 2010;39:563-77.

873. Olsson AC, Fevotte J, Fletcher T, Cassidy A, 't Mannetje A, Zaridze D, Szeszenia- Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Brennan P, **Boffetta P**. Occupational exposure to polycyclic aromatic hydrocarbons and lung cancer risk: a multicenter study in Europe. Occup Environ Med 2010;67:98-103.

874. Samet JM, Avila-Tang E, **Boffetta P**, Hannan LM, Olivo-Marston S, Thun MJ, Rudin CM. Lung cancer in never smokers: clinical epidemiology and environmental risk factors. Clin Cancer Res 2009;15:5626-45.

875. Karami S, Brennan P, Rosenberg PS, Navratilova M, Mates D, Zaridze D, Janout V, Kollarova H, Bencko V, Matveev V, Szeszenia-Dabrowska N, Holcatova I, Yeager M, Chanock S, Menashe I,

Rothman N, Chow WH, **Boffetta P**, Moore LE. Analysis of SNPs and haplotypes in vitamin D pathway genes and renal cancer risk. PLoS One 2009;4:e7013.

876. Lubin JH, Purdue M, Kelsey K, Zhang ZF, Winn D, Wei Q, Talamini R, Szesenia- Dabrowska N, Sturgis EM, Smith E, Shangina O, Schwartz SM, Rudnai P, Neto JE, Muscat J, Morgenstern H, Menezes A, Matos E, Mates IN, Lissowska J, Levi F, Lazarus P, La Vecchia C, Koifman S, Herrero R, Franceschi S, Wünsch-Filho V, Fernandez L, Fabianova E, Daudt AW, Maso LD, Curado MP, Chen C, Castellsague X, Brennan P, **Boffetta P**, Hashibe M, Hayes RB. Total exposure and exposure rate effects for alcohol and smoking and risk of head and neck cancer: a pooled analysis of case-control studies. Am J Epidemiol 2009;170:937-47.

877. Heck JE, Charbotel B, Moore LE, Karami S, Zaridze DG, Matveev V, Janout V, Kollárová H, Foretova L, Bencko V, Szeszenia-Dabrowska N, Lissowska J, Mates D, Ferro G, Chow WH, Rothman N, Stewart P, Brennan P, **Boffetta P**. Occupation and renal cell cancer in Central and Eastern Europe. Occup Environ Med 2010;67:47-53.

878. Jenab M, McKay J, Bueno-de-Mesquita HB, van Duijnhoven FJ, Ferrari P, Slimani N, Jansen EH, Pischon T, Rinaldi S, Tjønneland A, Olsen A, Overvad K, Boutron-Ruault MC, Clavel-Chapelon F, Engel P, Kaaks R, Linseisen J, Boeing H, Fisher E, Trichopoulou A, Dilis V, Oustoglou E, Berrino F, Vineis P, Mattiello A, Masala G, Tumino R, Vrieling A, van Gils CH, Peeters PH, Brustad M, Lund E, Chirlaque MD, Barricarte A, Suárez LR, Molina E, Dorronsoro M, Sala N, Hallmans G, Palmqvist R, Roddam A, Key TJ, Khaw KT, Bingham S, **Boffetta P**, Autier P, Byrnes G, Norat T, Riboli E. Vitamin D receptor and calcium sensing receptor polymorphisms and the risk of colorectal cancer in European Populations. Cancer Epidemiol Biomarkers Prev 2009;18:2485-91.

879. **Boffetta P**, Straif K. Use of smokeless tobacco and risk of myocardial infarction and stroke: systematic review with meta-analysis. BMJ 2009;339:b3060.

880. De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Ronco AL, Aune D, Acosta G, Brennan P, Mendilaharsu M, Ferro G. Meat intake, meat mutagens and risk of lung cancer in Uruguayan men. Cancer Causes Control 2009;20:1635-43.

881. Aune D, De Stefani E, Ronco A, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Legume intake and the risk of cancer: a multisite case-control study in Uruguay. Cancer Causes Control 2009;20:1605-15.

882. Duell EJ, Maisonneuve P, Baghurst PA, Bueno-de-Mesquita HB, Ghadirian P, Miller AB, Zatonski W, Vrieling A, **Boffetta P**, Boyle P. Menstrual and reproductive factors and pancreatic cancer in the SEARCH program of the IARC. Cancer Causes Control 2009;20:1757-62.

883. Aune D, De Stefani E, Ronco A, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Meat consumption and cancer risk: a case-control study in Uruguay. Asian Pac J Cancer Prev 2009;10:429-36.

884. Aune D, De Stefani E, Ronco A, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Fruits, vegetables and the risk of cancer: a multisite case-control study in Uruguay. Asian Pac J Cancer Prev 2009;10:419-28.

885. Büchner FL, Bueno-de-Mesquita HB, Ros MM, Kampman E, Egevad L, Overvad K, Raaschou-Nielsen O, Tjønneland A, Roswall N, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud M, Chang-Claude J, Kaaks R, Boeing H, Weikert S, Trichopoulou A, Lagiou P, Trichopoulos D, Palli D, Sieri S, Vineis P, Tumino R, Panico S, Vrieling A, Peeters PH, van Gils CH, Lund E, Gram IT, Engeset D, Martinez C, Gonzalez CA, Larrañaga N, Ardanaz E, Navarro C, Rodríguez L, Manjer J, Ehrnström RA, Hallmans G, Ljungberg B, Allen NE, Roddam AW, Bingham S, Khaw KT, Slimani N, **Boffetta P**, Jenab M, Mouw T, Michaud DS, Kiemeney LA, Riboli E. Consumption of vegetables and fruit and the risk of bladder cancer in the European Prospective Investigation into Cancer and Nutrition. Int J Cancer 2009;125:2643-51.

886. Dong LM, Brennan P, Karami S, Hung RJ, Menashe I, Berndt SI, Yeager M, Chanock S, Zaridze D, Matveev V, Janout V, Kollarova H, Bencko V, Schwartz K, Davis F, Navratilova M, Szeszenia-Dabrowska N, Mates D, Colt JS, Holcatova I, **Boffetta P**, Rothman N, Chow WH, Rosenberg PS, Moore LE. An analysis of growth, differentiation and apoptosis genes with risk of renal cancer. PLoS One 2009;4:e4895.

887. Mathew A, Gajalakshmi V, Rajan B, Kanimozhi VC, Brennan P, Binukumar BP, **Boffetta P**. Physical activity levels among urban and rural women in south India and the risk of breast cancer:

a case-control study. Eur J Cancer Prev 2009;18:368-76.

888. Hermann S, Rohrmann S, Linseisen J, Nieters A, Khan A, Gallo V, Overvad K, Tjønneland A, Raaschou-Nielsen O, Bergmann MM, Boeing H, Becker N, Kaaks R, Bas Bueno-de- Mesquita H, May AM, Vermeulen RC, Bingham S, Khaw KT, Key TJ, Travis RC, Trichopoulou A, Georgila C, Triantafylou D, Celentano E, Krogh V, Masala G, Tumino R, Agudo A, Altzibar JM, Ardanaz E, Martínez-García C, Suárez MV, Tormo MJ, Braaten T, Lund E, Manjer J, Zackrisson S, Hallmans G, Malmer B, **Boffetta P**, Brennan P, Slimani N, Vineis P, Riboli E. Level of education and the risk of lymphoma in the European prospective investigation into cancer and nutrition. J Cancer Res Clin Oncol 2010;136:71-7.

889. Steffen A, Schulze MB, Pischon T, Dietrich T, Molina E, Chirlaque MD, Barricarte A, Amiano P, Quirós JR, Tumino R, Mattiello A, Palli D, Vineis P, Agnoli C, Misirli G, **Boffetta P**, Kaaks R, Rohrmann S, Bueno-de-Mesquita HB, Peeters PH, May AM, Spencer EA, Allen NE, Bingham S, Tjønneland A, Halkjaer J, Overvad K, Stegger J, Manjer J, Lindkvist B, Hallmanns G, Stenling R, Lund E, Riboli E, Gonzalez CA, Boeing H. Anthropometry and esophageal cancer risk in the European prospective investigation into cancer and nutrition. Cancer Epidemiol Biomarkers Prev 2009 Jul;18:2079-89.

890. Nagel G, Linseisen J, van Gils CH, Peeters PH, Boutron-Ruault MC, Clavel-Chapelon F, Romieu I, Tjønneland A, Olsen A, Roswall N, Witt PM, Overvad K, Rohrmann S, Kaaks R, Drogan D, Boeing H, Trichopoulou A, Stratigakou V, Zylis D, Engeset D, Lund E, Skeie G, Berrino F, Grioni S, Mattiello A, Masala G, Tumino R, Zanetti R, Ros MM, Bueno-de- Mesquita HB, Ardanaz E, Sánchez MJ, Huerta JM, Amiano P, Rodríguez L, Manjer J, Wirfält E, Lenner P, Hallmans G, Spencer EA, Key TJ, Bingham S, Khaw KT, Rinaldi S, Slimani N, **Boffetta P**, Gallo V, Norat T, Riboli E. Dietary beta-carotene, vitamin C and E intake and breast cancer risk in the European Prospective Investigation into Cancer and Nutrition (EPIC). Breast Cancer Res Treat 2010;119:753-65.

891. Lynch SM, Vrieling A, Lubin JH, Kraft P, Mendelsohn JB, Hartge P, Canzian F, Steplowski E, Arslan AA, Gross M, Helzlsouer K, Jacobs EJ, Lacroix A, Petersen G, Zheng W, Albanes D, Amundadottir L, Bingham SA, **Boffetta P**, Boutron-Ruault MC, Chanock SJ, Clipp S, Hoover RN, Jacobs K, Johnson KC, Kooperberg C, Luo J, Messina C, Palli D, Patel AV, Riboli E, Shu XO, Rodriguez Suarez L, Thomas G, Tjønneland A, Tobias GS, Tong E, Trichopoulos D, Virtamo J, Ye W, Yu K, Zeleniuch-Jacquette A, Bueno-de-Mesquita HB, Stolzenberg-Solomon RZ. Cigarette smoking and pancreatic cancer: A pooled analysis From the Pancreatic Cancer Cohort Consortium. Am J Epidemiol 2009 170:403-13.

892. Zaridze D, Brennan P, Boreham J, Boroda A, Karpov R, Lazarev A, Konobeevskaya I, Igitov V, Terechova T, **Boffetta P**, Peto R. Alcohol and cause-specific mortality in Russia: a retrospective case-control study of 48 557 adult deaths. Lancet 2009;373:2201-14.

893. Dey S, Soliman AS, Hablas A, Seifeldin IA, Ismail K, Ramadan M, El-Hamzawy H, Wilson ML, Banerjee M, **Boffetta P**, Harford J, Merajver SD. Urban-rural differences in breast cancer incidence by hormone receptor status across 6 years in Egypt. Breast Cancer Res Treat 2010;120:149-60.

894. Khoury MJ, Bertram L, **Boffetta P**, Butterworth AS, Chanock SJ, Dolan SM, Fortier I, Garcia-Closas M, Gwinn M, Higgins JP, Janssens AC, Ostell J, Owen RP, Pagon RA, Rebbeck TR, Rothman N, Bernstein JL, Burton PR, Campbell H, Chockalingam A, Furberg H, Little J, O'Brien TR, Seminara D, Vineis P, Winn DM, Yu W, Ioannidis JP. Genome- Wide Association Studies, Field Synopses, and the Development of the Knowledge Base on Genetic Variation and Human Diseases. Am J Epidemiol 2009;170:269-79.

895. Dey S, **Boffetta P**, Mathews A, Brennan P, Soliman A, Mathew A. Risk factors according to estrogen receptor status of breast cancer patients in Trivandrum, South India. Int J Cancer 2009;125:1663-70.

896. Gajalakshmi V, Mathew A, Brennan P, Rajan B, Kanimozhi VC, Mathews A, Mathew BS, **Boffetta P**. Breastfeeding and breast cancer risk in India: A multicenter case-control study. Int J Cancer 2009;125:662-665.

897. Conway DI, Hashibe M, **Boffetta P;** INHANCE consortium, Wunsch-Filho V, Muscat J, Vecchia CL, Winn DM. Enhancing epidemiologic research on head and neck cancer: INHANCE - The international head and neck cancer epidemiology consortium. Oral Oncol 2009;45:743-6.

898.   Fortes C, Mastroeni S, **Boffetta P**, Salvatori V, Melo N, Bolli S, Pasquini P. Reliability of self-reported household pesticide use. Eur J Cancer Prev 2009;18:404-6.

899.   Berthiller J, Lee YC, **Boffetta P**, Wei Q, Sturgis EM, Greenland S, Morgenstern H, Zhang ZF, Lazarus P, Muscat J, Chen C, Schwartz SM, Eluf Neto J, Wünsch Filho V, Koifman S, Curado MP, Matos E, Fernandez L, Menezes A, Daudt AW, Ferro G, Brennan P, Hashibe M. Marijuana smoking and the risk of head and neck cancer: pooled analysis in the INHANCE Consortium. Cancer Epidemiol Biomarkers Prev 2009;18:1544-51.

900.   Islami F, Kamangar F, Nasrollahzadeh D, Aghcheli K, Sotoudeh M, Abedi-Ardekani B, Merat S, Nasseri-Moghaddam S, Semnani S, Sepehr A, Wakefield J, Møller H, Abnet CC, Dawsey SM, **Boffetta P**, Malekzadeh R. Socio-economic status and oesophageal cancer: results from a population-based case-control study in a high-risk area. Int J Epidemiol 2009;38:978-88.

901.   Allen NE, Roddam AW, Sieri S, Boeing H, Jakobsen MU, Overvad K, Tjønneland A, Halkjær J, Vineis P, Contiero P, Palli D, Tumino R, Mattiello A, Kaaks R, Rohrmann S, Trichopoulou A, Zilis D, Koumantaki Y, Peeters PH, Bueno-de-Mesquita HB, Barricarte A, Rodríguez L, Dorronsoro M, Sánchez MJ, Chirlaque MD, Esquius L, Manjer J, Wallström P, Ljungberg B, Hallmans G, Bingham S, Khaw KT, **Boffetta P**, Norat T, Mouw T, Riboli E. A prospective analysis of the association between macronutrient intake and renal cell carcinoma in the European Prospective Investigation into Cancer and Nutrition. Int J Cancer 2009;125:982-987.

902.   Johnsen NF, Tjønneland A, Thomsen BL, Christensen J, Loft S, Friedenreich C, Key TJ, Allen NE, Lahmann PH, Mejlvig L, Overvad K, Kaaks R, Rohrmann S, Boing H, Misirli G, Trichopoulou A, Zylis D, Tumino R, Pala V, Bueno-de-Mesquita HB, Kiemeney LA, Suárez LR, Gonzalez CA, Sánchez MJ, Huerta JM, Gurrea AB, Manjer J, Wirfält E, Khaw KT, Wareham N, **Boffetta P**, Egevad L, Rinaldi S, Riboli E. Physical activity and risk of prostate cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC) cohort. Int J Cancer 2009;125:902-908.

903.   Sangrajrang S, Sato Y, Sakamoto H, Ohnami S, Laird NM, Khuhaprema T, Brennan P, **Boffetta P**, Yoshida T. Genetic polymorphisms of estrogen metabolizing enzyme and breast cancer risk in Thai women. Int J Cancer 2009;125:837-843.

904.   Islami F, **Boffetta P**, Ren JS, Pedoeim L, Khatib D, Kamangar F. High-temperature beverages and foods and esophageal cancer risk-A systematic review. Int J Cancer 2009;125:491-524.

905.   Jablonska E, Gromadzinska J, Reszka E, Wasowicz W, Sobala W, Szeszenia-Dabrowska N, **Boffetta P**. Association between GPx1 Pro198Leu polymorphism, GPx1 activity and plasma selenium concentration in humans. Eur J Nutr 2009;48:383-6.

906.   van Duijnhoven FJ, Bueno-De-Mesquita HB, Ferrari P, Jenab M, Boshuizen HC, Ros MM, Casagrande C, Tjønneland A, Olsen A, Overvad K, Thorlacius-Ussing O, Clavel-Chapelon F, Boutron-Ruault MC, Morois S, Kaaks R, Linseisen J, Boeing H, Nöthlings U, Trichopoulou A, Trichopoulos D, Misirli G, Palli D, Sieri S, Panico S, Tumino R, Vineis P, Peeters PH, van Gils CH, Ocké MC, Lund E, Engeset D, Skeie G, Suárez LR, González CA, Sánchez MJ, Dorronsoro M, Navarro C, Barricarte A, Berglund G, Manjer J, Hallmans G, Palmqvist R, Bingham SA, Khaw KT, Key TJ, Allen NE, **Boffetta P**, Slimani N, Rinaldi S, Gallo V, Norat T, Riboli E. Fruit, vegetables, and colorectal cancer risk: the European Prospective Investigation into Cancer and Nutrition. Am J Clin Nutr 2009;89:1441-52.

907.   **Boffetta P**, Nordenvall C, Nyrén O, Ye W. A prospective study of gout and cancer. Eur J Cancer Prev 2009;18:127-32.

908.   Pourshams A, Khademi H, Malekshah AF, Islami F, Nouraei M, Sadjadi AR, Jafari E, Rakhshani N, Salahi R, Semnani S, Kamangar F, Abnet CC, Ponder B, Day N, Dawsey SM, **Boffetta P**, Malekzadeh R. Cohort Profile: The Golestan Cohort Study--a prospective study of oesophageal cancer in northern Iran. Int J Epidemiol 2010;39:52-9.

909.   Islami F, Pourshams A, Nasrollahzadeh D, Kamangar F, Fahimi S, Shakeri R, Abedi- Ardekani B, Merat S, Vahedi H, Semnani S, Abnet CC, Brennan P, Møller H, Saidi F, Dawsey SM, Malekzadeh R, **Boffetta P**. Tea drinking habits and oesophageal cancer in a high risk area in northern Iran: population based case-control study. BMJ 2009;338:b929.

910.   Menvielle G, Boshuizen H, Kunst AE, Dalton SO, Vineis P, Bergmann MM, Hermann S, Ferrari P, Raaschou-Nielsen O, Tjønneland A, Kaaks R, Linseisen J, Kosti M, Trichopoulou A, Dilis V, Palli D, Krogh V, Panico S, Tumino R, Büchner FL, van Gils CH, Peeters PH, Braaten T, Gram

IT, Lund E, Rodriguez L, Agudo A, Sánchez MJ, Tormo MJ, Ardanaz E, Manjer J, Wirfält E, Hallmans G, Rasmuson T, Bingham S, Khaw KT, Allen N, Key T, **Boffetta P**, Duell EJ, Slimani N, Gallo V, Riboli E, Bueno-de-Mesquita HB. The role of smoking and diet in explaining educational inequalities in lung cancer incidence. J Natl Cancer Inst 2009;101:321-30.

911.   **Boffetta P**, Rabkin CS, Gridley G. A cohort study of cancer among sarcoidosis patients. Int J Cancer 2009;124:2697-700.

912.   Pira E, Manzari M, Gallus S, Negri E, Bosetti C, Romano C, McLaughlin JK, **Boffetta P**, La Vecchia C. Cancer mortality in a cohort of continuous glass filament workers. J Occup Environ Med 2009;51:239-42.

913.   Becker N, Fortuny J, Alvaro T, Nieters A, Maynadié M, Foretova L, Staines A, Brennan P, **Boffetta P**, Cocco PL, de Sanjose S. Medical history and risk of lymphoma: results of a European case-control study (EPILYMPH). J Cancer Res Clin Oncol 2009;135:1099-107.

914.   Hashibe M, Brennan P, Chuang SC, Boccia S, Castellsague X, Chen C, Curado MP, Dal Maso L, Daudt AW, Fabianova E, Fernandez L, Wünsch-Filho V, Franceschi S, Hayes RB, Herrero R, Kelsey K, Koifman S, La Vecchia C, Lazarus P, Levi F, Lence JJ, Mates D, Matos E, Menezes A, McClean MD, Muscat J, Eluf-Neto J, Olshan AF, Purdue M, Rudnai P, Schwartz SM, Smith E, Sturgis EM, Szeszenia-Dabrowska N, Talamini R, Wei Q, Winn DM, Shangina O, Pilarska A, Zhang ZF, Ferro G, Berthiller J, **Boffetta P**. Interaction between tobacco and alcohol use and the risk of head and neck cancer: pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. Cancer Epidemiol Biomarkers Prev 2009;18:541-50.

915.   Tramacere I, Gallus S, Zuccaro P, Colombo P, Rossi S, **Boffetta P**, La Vecchia C. Socio-demographic variation in smoking habits Italy, 2008. Prev Med 2008;48:213-7.

916.   Heck JE, Ritz B, Hung RJ, Hashibe M, **Boffetta P**. The epidemiology of neuroblastoma: a review. Paediatr Perinat Epidemiol 2009;23:125-43.

917.   Rohrmann S, Linseisen J, Vrieling A, **Boffetta P**, Stolzenberg-Solomon RZ, Lowenfels AB, Jensen MK, Overvad K, Olsen A, Tjonneland A, Boutron-Ruault MC, Clavel-Chapelon F, Fagherazzi G, Misirli G, Lagiou P, Trichopoulou A, Kaaks R, Bergmann MM, Boeing H, Bingham S, Khaw KT, Allen N, Roddam A, Palli D, Pala V, Panico S, Tumino R, Vineis P, Peeters PH, Hjartåker A, Lund E, Cornejo ML, Agudo A, Arriola L, Sánchez MJ, Tormo MJ, Barricarte Gurrea A, Lindkvist B, Manjer J, Johansson I, Ye W, Slimani N, Duell EJ, Jenab M, Michaud DS, Mouw T, Riboli E, Bueno-de-Mesquita HB. Ethanol intake and the risk of pancreatic cancer in the European prospective investigation into cancer and nutrition (EPIC). Cancer Causes Control 2009;20:785-94.

918.   Jin G, Miao R, Hu Z, Xu L, Huang X, Chen Y, Tian T, Wei Q, **Boffetta P**, Shen H. Putative functional polymorphisms of MMP9 predict survival of NSCLC in a Chinese population. Int J Cancer 2009;124:2172-8.

919.   Boccia S, Hashibe M, Gallì P, De Feo E, Asakage T, Hashimoto T, Hiraki A, Katoh T, Nomura T, Yokoyama A, van Duijn CM, Ricciardi G, **Boffetta P**. Aldehyde dehydrogenase 2 and head and neck cancer: a meta-analysis implementing a Mendelian randomization approach. Cancer Epidemiol Biomarkers Prev 2009;18:248-54.

920.   Vaissière T, Hung RJ, Zaridze D, Moukeria A, Cuenin C, Fasolo V, Ferro G, Paliwal A, Hainaut P, Brennan P, Tost J, **Boffetta P**, Herceg Z. Quantitative analysis of DNA methylation profiles in lung cancer identifies aberrant DNA methylation of specific genes and its association with gender and cancer risk factors. Cancer Res 2009;69:243-52.

921.   Vrieling A, Verhage BA, van Duijnhoven FJ, Jenab M, Overvad K, Tjønneland A, Olsen A, Clavel-Chapelon F, Boutron-Ruault MC, Kaaks R, Rohrmann S, Boeing H, Nöthlings U, Trichopoulou A, John T, Dimosthenes Z, Palli D, Sieri S, Mattiello A, Tumino R, Vineis P, van Gils CH, Peeters PH, Engeset D, Lund E, Rodríguez Suárez L, Jakszyn P, Larrañaga N, Sánchez MJ, Chirlaque MD, Ardanaz E, Manjer J, Lindkvist B, Hallmans G, Ye W, Bingham S, Khaw KT, Roddam A, Key T, **Boffetta P**, Duell EJ, Michaud DS, Riboli E, Bueno-de-Mesquita HB. Fruit and vegetable consumption and pancreatic cancer risk in the European Prospective Investigation into Cancer and Nutrition. Int J Cancer 2009;124:1926- 34.

922.   Chuang SC, Vecchia CL, **Boffetta P**. Liver cancer: Descriptive epidemiology and risk factors other than HBV and HCV infection. Cancer Lett 2009;286:9-14.

923.   Purdue MP, Hashibe M, Berthiller J, La Vecchia C, Dal Maso L, Herrero R, Franceschi S,

Castellsague X, Wei Q, Sturgis EM, Morgenstern H, Zhang ZF, Levi F, Talamini R, Smith E, Muscat J, Lazarus P, Schwartz SM, Chen C, Neto JE, Wünsch-Filho V, Zaridze D, Koifman S, Curado MP, Benhamou S, Matos E, Szeszenia-Dabrowska N, Olshan AF, Lence J, Menezes A, Daudt AW, Mates IN, Pilarska A, Fabianova E, Rudnai P, Winn D, Ferro G, Brennan P, **Boffetta P**, Hayes RB. Type of alcoholic beverage and risk of head and neck cancer--a pooled analysis within the INHANCE Consortium. Am J Epidemiol 2009;169:132-42.

924.  Allen NE, Appleby PN, Roddam AW, Tjønneland A, Johnsen NF, Overvad K, Boeing H, Weikert S, Kaaks R, Linseisen J, Trichopoulou A, Misirli G, Trichopoulos D, Sacerdote C, Grioni S, Palli D, Tumino R, Bueno-de-Mesquita HB, Kiemeney LA, Barricarte A, Larrañaga N, Sánchez MJ, Agudo A, Tormo MJ, Rodriguez L, Stattin P, Hallmans G, Bingham S, Khaw KT, Slimani N, Rinaldi S, **Boffetta P**, Riboli E, Key TJ; European Prospective Investigation into Cancer and Nutrition. Plasma selenium concentration and prostate cancer risk: results from the European Prospective Investigation into Cancer and Nutrition (EPIC). Am J Clin Nutr 2008;88:1567-75.

925.  Zander T, Debey-Pascher S, Eggle D, Staratschek-Jox A, Stoelben E, Linseisen J, Nagel G, **Boffetta P**, Schultze J, Wolf J. Predictive value of transcriptional changes in peripheral blood for future clinical onset of lung cancer in asymptomatic smokers. J Clin Oncol 2008;26:1509.

926.  de Vocht F, Kromhout H, Ferro G, **Boffetta P**, Burstyn I. Bayesian modeling of lung cancer risk and bitumen fume exposure adjusted for unmeasured confounding by smoking. Occup Environ Med 2008;66:502-8.

927.  De Stefani E, Deneo-Pellegrini H, **Boffetta P**, Ronco AL, Aune D, Acosta G, Mendilaharsu M, Brennan P, Ferro G. Dietary patterns and risk of cancer: a factor analysis in Uruguay. Int J Cancer 2009;124:1391-7.

928.  **Boffetta P**. Tobacco smoking and risk of bladder cancer. Scand J Urol Nephrol Suppl 2008;218:45-54.

929.  Brennan P, van der Hel O, Moore LE, Zaridze D, Matveev V, Holcatova I, Janout V, Kollarova H, Foretova L, Szeszenia-Dabrowska N, Mates D, Rothman N, **Boffetta P**, Chow WH. Tobacco smoking, body mass index, hypertension, and kidney cancer risk in central and eastern Europe. Br J Cancer 2008;99:1912-5.

930.  Pischon T, Boeing H, Hoffmann K, Bergmann M, Schulze MB, Overvad K, van der Schouw YT, Spencer E, Moons KG, Tjønneland A, Halkjaer J, Jensen MK, Stegger J, Clavel- Chapelon F, Boutron-Ruault MC, Chajes V, Linseisen J, Kaaks R, Trichopoulou A, Trichopoulos D, Bamia C, Sieri S, Palli D, Tumino R, Vineis P, Panico S, Peeters PH, May AM, Bueno-de-Mesquita HB, van Duijnhoven FJ, Hallmans G, Weinehall L, Manjer J, Hedblad B, Lund E, Agudo A, Arriola L, Barricarte A, Navarro C, Martinez C, Quirós JR, Key T, Bingham S, Khaw KT, **Boffetta P**, Jenab M, Ferrari P, Riboli E. General and abdominal adiposity and risk of death in Europe. N Engl J Med 2008;359:2105-20.

931.  Hung RJ, Christiani DC, Risch A, Popanda O, Haugen A, Zienolddiny S, Benhamou S, Bouchardy C, Lan Q, Spitz MR, Wichmann HE, LeMarchand L, Vineis P, Matullo G, Kiyohara C, Zhang ZF, Pezeshki B, Harris C, Mechanic L, Seow A, Ng DP, Szeszenia- Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Caporaso N, Chen C, Duell EJ, Goodman G, Field JK, Houlston RS, Hong YC, Landi MT, Lazarus P, Muscat J, McLaughlin J, Schwartz AG, Shen H, Stucker I, Tajima K, Matsuo K, Thun M, Yang P, Wiencke J, Andrew AS, Monnier S, **Boffetta P**, Brennan P. International Lung Cancer Consortium: pooled analysis of sequence variants in DNA repair and cell cycle pathways. Cancer Epidemiol Biomarkers Prev 2008;17:3081-9.

932.  Abnet CC, Kamangar F, Islami F, Nasrollahzadeh D, Brennan P, Aghcheli K, Merat S, Pourshams A, Marjani HA, Ebadati A, Sotoudeh M, **Boffetta P**, Malekzadeh R, Dawsey SM. Tooth loss and lack of regular oral hygiene are associated with higher risk of esophageal squamous cell carcinoma. Cancer Epidemiol Biomarkers Prev 2008;17:3062-8.

933.  Balbo S, Hashibe M, Gundy S, Brennan P, Canova C, Simonato L, Merletti F, Richiardi L, Agudo A, Castellsagué X, Znaor A, Talamini R, Bencko V, Holcátová I, Wang M, Hecht SS, **Boffetta P**. N2-ethyldeoxyguanosine as a potential biomarker for assessing effects of alcohol consumption on DNA. Cancer Epidemiol Biomarkers Prev 2008;17:3026-32.

934.  McKay JD, Hung RJ, Gaborieau V, **Boffetta P**, Chabrier A, Byrnes G, Zaridze D, Mukeria A, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Mates D, Bencko V, Foretova L,

Janout V, McLaughlin J, Shepherd F, Montpetit A, Narod S, Krokan HE, Skorpen F, Elvestad MB, Vatten L, Njølstad I, Axelsson T, Chen C, Goodman G, Barnett M, Loomis MM, Lubiński J, Matyjasik J, Lener M, Oszutowska D, Field J, Liloglou T, Xinarianos G, Cassidy A; EPIC Study, Vineis P, Clavel-Chapelon F, Palli D, Tumino R, Krogh V, Panico S, González CA, Ramón Quirós J, Martínez C, Navarro C, Ardanaz E, Larrañaga N, Kham KT, Key T, Bueno-de-Mesquita HB, Peeters PH, Trichopoulou A, Linseisen J, Boeing H, Hallmans G, Overvad K, Tjønneland A, Kumle M, Riboli E, Zelenika D, Boland A, Delepine M, Foglio M, Lechner D, Matsuda F, Blanche H, Gut I, Heath S, Lathrop M, Brennan P. Lung cancer susceptibility locus at 5p15.33. Nat Genet 2008;40:1404-6.

935.  de Vocht F, Burstyn I, Ferro G, Olsson A, Hashibe M, Kromhout H, **Boffetta P**. Sensitivity of the association between increased lung cancer risk and bitumen fume exposure to the assumptions in the assessment of exposure. Int Arch Occup Environ Health 2008;82:723-33.

936.  McLean D, Mannetje AT, Dryson E, Walls C, McKenzie F, Maule M, Cheng S, Cunningham C, Kromhout H, **Boffetta P**, Blair A, Pearce N. Leukaemia and occupation: a New Zealand Cancer Registry-based case-control Study. Int J Epidemiol 2008;38:594-606.

937.  Tavtigian SV, Greenblatt MS, Goldgar DE, **Boffetta P**; IARC Unclassified Genetic Variants Working Group. Assessing pathogenicity: overview of results from the IARC Unclassified Genetic Variants Working Group. Hum Mutat 2008;29:1261-4.

938.  Britton JA, Khan AE, Rohrmann S, Becker N, Linseisen J, Nieters A, Kaaks R, Tjønneland A, Halkjaer J, Severinsen MT, Overvad K, Pischon T, Boeing H, Trichopoulou A, Kalapothaki V, Trichopoulos D, Mattiello A, Tagliabue G, Sacerdote C, Peeters PH, Bueno- de-Mesquita HB, Ardanaz E, Navarro C, Jakszyn P, Altzibar JM, Hallmans G, Malmer B, Berglund G, Manjer J, Allen N, Key T, Bingham S, Besson H, Ferrari P, Jenab M, **Boffetta P**, Vineis P, Riboli E. Anthropometric characteristics and non-Hodgkin's lymphoma and multiple myeloma risk in the European Prospective Investigation into Cancer and Nutrition (EPIC). Haematologica 2008;93:1666-77.

939.  Negri E, **Boffetta P**, Berthiller J, Castellsague X, Curado MP, Maso LD, Daudt AW, Fabianova E, Fernandez L, Wünsch-Filho V, Franceschi S, Hayes RB, Herrero R, Koifman S, Lazarus P, Lence JJ, Levi F, Mates D, Matos E, Menezes A, Muscat J, Eluf-Neto J, Olshan AF, Rudnai P, Shangina O, Sturgis EM, Szeszenia-Dabrowska N, Talamini R, Wei Q, Winn DM, Zaridze D, Lissowska J, Zhang ZF, Ferro G, Brennan P, La Vecchia C, Hashibe M. Family history of cancer: Pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. Int J Cancer 2008;124:394-401.

940.  Boccia S, **Boffetta P**, Brennan P, Ricciardi G, Gianfagna F, Matsuo K, Duijn CM, Hung RJ. Meta-analyses of the methylenetetrahydrofolate reductase C677T and A1298C polymorphisms and risk of head and neck and lung cancer. Cancer Lett 2009;273:55-61.

941.  Thun MJ, Hannan LM, Adams-Campbell LL, **Boffetta P**, Buring JE, Feskanich D, Flanders WD, Jee SH, Katanoda K, Kolonel LN, Lee IM, Marugame T, Palmer JR, Riboli E, Sobue T, Avila-Tang E, Wilkens LR, Samet JM. Lung Cancer Occurrence in Never-Smokers: An Analysis of 13 Cohorts and 22 Cancer Registry Studies. PLoS Med 2008;5:e185.

942.  Zaridze D, Maximovitch D, Lazarev A, Igitov V, Boroda A, Boreham J, Boyle P, Peto R, **Boffetta P** Alcohol poisoning is a main determinant of recent mortality trends in Russia: evidence from a detailed analysis of mortality statistics and autopsies.. Int J Epidemiol 2009;38:143-53.

943.  **Boffetta P**, Tubiana M, Hill C, Boniol M, Aurengo A, Masse R, Valleron AJ, Monier R, de Thé G, Boyle P, Autier P. The causes of cancer in France. Ann Oncol 2009;20:550-5.

944.  De Stefani E, **Boffetta P**, Fagundes RB, Deneo-Pellegrini H, Ronco AL, Acosta G, Mendilaharsu M. Nutrient patterns and risk of squamous cell carcinoma of the esophagus: a factor analysis in uruguay. Anticancer Res 2008;28:2499-506.

945.  Chuang SC, Scelo G, Tonita JM, Tamaro S, Jonasson JG, Kliewer EV, Hemminki K, Weiderpass E, Pukkala E, Tracey E, Friis S, Pompe-Kirn V, Brewster DH, Martos C, Chia KS, **Boffetta P**, Brennan P, Hashibe M. Risk of second primary cancer among patients with head and neck cancers: A pooled analysis of 13 cancer registries. Int J Cancer 2008;123:2390-6.

946.  Smith JS, Kumlin U, Nyberg F, Fortes C, Zaridze D, Ahrens W, Bruske-Hohlfeld I, Constantinescu V, Ting J, Benhamou S, Simonato L, Boman J, Gaborieau V, **Boffetta P**. Lack of association between serum antibodies of Chlamydia pneumoniae infection and the risk of lung

cancer. Int J Cancer 2008;123:2469-71.

947. Levi F, **Boffetta P**, La Vecchia C. High constant incidence rates of second primary neoplasms. Eur J Cancer Prev 2008;17:385-8.

948. Lee YC, **Boffetta P**, Sturgis EM, Wei Q, Zhang ZF, Muscat J, Lazarus P, Matos E, Hayes RB, Winn DM, Zaridze D, Wünsch-Filho V, Eluf-Neto J, Koifman S, Mates D, Curado MP, Menezes A, Fernandez L, Daudt AW, Szeszenia-Dabrowska N, Fabianova E, Rudnai P, Ferro G, Berthiller J, Brennan P, Hashibe M. Involuntary smoking and head and neck cancer risk: pooled analysis in the international head and neck cancer epidemiology consortium. Cancer Epidemiol Biomarkers Prev 2008;17:1974-81.

949. Heck JE, Sapkota A, Vendhan G, Roychowdhury S, Dikshit RP, Jetly DH, Brennan P, **Boffetta P**, Hashibe M. Dietary risk factors for hypopharyngeal cancer in India. Cancer Causes Control 2008;19:1329-37.

950. Nickerson ML, Jaeger E, Shi Y, Durocher JA, Mahurkar S, Zaridze D, Matveev V, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Mukeria A, Holcatova I, Schmidt LS, Toro JR, Karami S, Hung R, Gerard GF, Linehan WM, Merino M, Zbar B, **Boffetta P**, Brennan P, Rothman N, Chow WH, Waldman FM, Moore LE. Improved identification of von Hippel-Lindau gene alterations in clear cell renal tumors. Clin Cancer Res 2008;14:4726-34.

951. Gallus S, Tramacere I, Zuccaro P, Colombo P, **Boffetta P**, La Vecchia C. Attitudes and perceptions towards increasing cigarette price: A population-based survey in Italy. Prev Med 2008;47:454-5.

952. **Boffetta P**, McLaughlin JK, La Vecchia C, Tarone RE, Lipworth L, Blot WJ. False-positive results in cancer epidemiology: a plea for epistemological modesty. J Natl Cancer Inst 2008;100:988-95.

953. **Boffetta P**, Hecht S, Gray N, Gupta P, Straif K. Smokeless tobacco and cancer. Lancet Oncol 2008;9:667-75.

954. Benetou V, Trichopoulou A, Orfanos P, Naska A, Lagiou P, **Boffetta P**, Trichopoulos D; Greek EPIC cohort. Conformity to traditional Mediterranean diet and cancer incidence: the Greek EPIC cohort. Br J Cancer 2008;99:191-5.

955. De Stefani E, **Boffetta P**, Ronco AL, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Dietary patterns and risk of bladder cancer: a factor analysis in Uruguay. Cancer Causes Control 2008;19:1243-9.

956. Karami S, **Boffetta P**, Rothman N, Hung R, Stewart T, Zaridze D, Navritalova M, Mates D, Janout V, Kollarova H, Bencko V, Szeszenia-Dabrowska N, Holcatova I, Mukeria A, Gromiec J, Chanock S, Brennan P, Chow WH, Moore L. Renal cell carcinoma, occupational pesticide exposure, and modification by glutathione S-transferase polymorphisms. Carcinogenesis 2008;29:1567-71.

957. Chuang SC, Hashibe M, Scelo G, Brewster DH, Pukkala E, Friis S, Tracey E, Weiderpass E, Hemminki K, Tamaro S, Chia KS, Pompe-Kirn V, Kliewer EV, Tonita JM, Martos C, Jonasson JG, Dresler CM, **Boffetta P**, Brennan P. Risk of second primary cancer among esophageal cancer patients: a pooled analysis of 13 cancer registries. Cancer Epidemiol Biomarkers Prev 2008;17:1543-9.

958. Mathew A, Gajalakshmi V, Rajan B, Kanimozhi V, Brennan P, Mathew BS, **Boffetta P**. Anthropometric factors and breast cancer risk among urban and rural women in South India: a multicentric case-control study. Br J Cancer 2008;99:207-13.

959. Bosetti C, Levi F, **Boffetta P**, Lucchini F, Negri E, La Vecchia C. Trends in mortality from hepatocellular carcinoma in Europe, 1980-2004. Hepatol 2008;48:137-145.

960. Sapkota A, Hsu CC, Zaridze D, Shangina O, Szeszenia-Dabrowska N, Mates D, Fabiánová E, Rudnai P, Janout V, Holcatova I, Brennan P, **Boffetta P**, Hashibe M. Dietary risk factors for squamous cell carcinoma of the upper aerodigestive tract in central and eastern Europe. Cancer Causes Control 2008;19:1161-70.

961. **Boffetta P**, Hel OV, Kricker A, Nieters A, Sanjosé SD, Maynadié M, Cocco PL, Staines A, Becker N, Font R, Mannetje AT, Goumas C, Brennan P. Exposure to ultraviolet radiation and risk of malignant lymphoma and multiple myeloma--a multicentre European case- control study. Int J Epidemiol 2008;37:1080-91.

962.  Hashibe M, McKay JD, Curado MP, Oliveira JC, Koifman S, Koifman R, Zaridze D, Shangina O, Wünsch-Filho V, Eluf-Neto J, Levi JE, Matos E, Lagiou P, Lagiou A, Benhamou S, Bouchardy C, Szeszenia-Dabrowska N, Menezes A, Dall'Agnol MM, Merletti F, Richiardi L, Fernandez L, Lence J, Talamini R, Barzan L, Mates D, Mates IN, Kjaerheim K, Macfarlane GJ, Macfarlane TV, Simonato L, Canova C, Holcátová I, Agudo A, Castellsagué X, Lowry R, Janout V, Kollarova H, Conway DI, McKinney PA, Znaor A, Fabianova E, Bencko V, Lissowska J, Chabrier A, Hung RJ, Gaborieau V, **Boffetta P**, Brennan P. Multiple ADH genes are associated with upper aerodigestive cancers. Nat Genet 2008;40:707-9.

963.  Nasrollahzadeh D, Kamangar F, Aghcheli K, Sotoudeh M, Islami F, Abnet CC, Shakeri R, Pourshams A, Marjani HA, Nouraie M, Khatibian M, Semnani S, Ye W, **Boffetta P**, Dawsey SM, Malekzadeh R. Opium, tobacco, and alcohol use in relation to oesophageal squamous cell carcinoma in a high-risk area of Iran. Br J Cancer 2008;98:1857-63.

964.  Hakami R, Mohtadinia J, Etemadi A, Kamangar F, Nemati M, Pourshams A, Islami F, Nasrollahzadeh D, Saberi-Firoozi M, Birkett N, **Boffetta P**, Malekzadeh R. Dietary intake of benzo(a)pyrene and risk of esophageal cancer in North of Iran. Nutr Cancer 2008;60:216- 21.

965.  De Stefani E, **Boffetta P**, Ronco AL, Deneo-Pellegrini H, Correa P, Acosta G, Mendilaharsu M. Exploratory factor analysis of squamous cell carcinoma of the esophagus in Uruguay. Nutr Cancer 2008;60:188-95.

966.  Khan AE, Gallo V, Linseisen J, Kaaks R, Rohrmann S, Raaschou-Nielsen O, Tjønneland A, Johnsen HE, Overvad K, Bergmann MM, Boeing H, Benetou V, Psaltopoulou T, Trichopoulou A, Masala G, Mattiello A, Grioni S, Tumino R, Vermeulen RC, Peeters PH, Bueno-de-Mesquita HB, Ros MM, Lund E, Ardanaz E, Chirlaque MD, Jakszyn P, Larrañaga N, Losada A, Becker N, Nieters A, Martínez-García C, Agren A, Hallmans G, Berglund G, Manjer J, Allen NE, Key TJ, Bingham S, Khaw KT, Slimani N, Ferrari P, **Boffetta P**, Norat T, Vineis P, Riboli E; EPIC Group. Diabetes and the risk of non-Hodgkin's lymphoma and multiple myeloma in the European Prospective Investigation into Cancer and Nutrition. Haematologica 2008;93:842-50.

967.  Gallus S, Negri E, **Boffetta P**, McLaughlin JK, Bosetti C, La Vecchia C. European studies on long-term exposure to ambient particulate matter and lung cancer. Eur J Cancer Prev 2008;17:191- 4.

968.  Zhang Y, Sanjose SD, Bracci PM, Morton LM, Wang R, Brennan P, Hartge P, **Boffetta P**, Becker N, Maynadie M, Foretova L, Cocco P, Staines A, Holford T, Holly EA, Nieters A, Benavente Y, Bernstein L, Zahm SH, Zheng T. Personal use of hair dye and the risk of certain subtypes of non-Hodgkin lymphoma. Am J Epidemiol 2008;167:1321-31.

969.  de Sanjose S, Benavente Y, Vajdic CM, Engels EA, Morton LM, Bracci PM, Spinelli JJ, Zheng T, Zhang Y, Franceschi S, Talamini R, Holly EA, Grulich AE, Cerhan JR, Hartge P, Cozen W, **Boffetta P**, Brennan P, Maynadié M, Cocco P, Bosch R, Foretova L, Staines A, Becker N, Nieters A. Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. Clin Gastroenterol Hepatol 2008;6:451-8.

970.  Hung RJ, McKay JD, Gaborieau V, **Boffetta P**, Hashibe M, Zaridze D, Mukeria A, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Chen C, Goodman G, Field JK, Liloglou T, Xinarianos G, Cassidy A, McLaughlin J, Liu G, Narod S, Krokan HE, Skorpen F, Elvestad MB, Hveem K, Vatten L, Linseisen J, Clavel-Chapelon F, Vineis P, Bueno-de-Mesquita HB, Lund E, Martinez C, Bingham S, Rasmuson T, Hainaut P, Riboli E, Ahrens W, Benhamou S, Lagiou P, Trichopoulos D, Holcátová I, Merletti F, Kjaerheim K, Agudo A, Macfarlane G, Talamini R, Simonato L, Lowry R, Conway DI, Znaor A, Healy C, Zelenika D, Boland A, Delepine M, Foglio M, Lechner D, Matsuda F, Blanche H, Gut I, Heath S, Lathrop M, Brennan P. A susceptibility locus for lung cancer maps to nicotinic acetylcholine receptor subunit genes on 15q25. Nature 2008;452:633-7.

971.  Bahmanyar S, Lambe M, Zendehdel K, Nyrén O, **Boffetta P**, Ye W. Parity and risk of stomach cancer by sub-site: a national Swedish study. Br J Cancer 2008;98:1295-300.

972.  Nöthlings U, Schulze MB, Weikert C, Boeing H, van der Schouw YT, Bamia C, Benetou V, Lagiou P, Krogh V, Beulens JW, Peeters PH, Halkjaer J, Tjønneland A, Tumino R, Panico S, Masala G, Clavel-Chapelon F, de Lauzon B, Boutron-Ruault MC, Vercambre MN, Kaaks R, Linseisen J, Overvad K, Arriola L, Ardanaz E, Gonzalez CA, Tormo MJ, Bingham S, Khaw KT, Key TJ, Vineis P, Riboli E, Ferrari P, **Boffetta P**, Bueno-de-Mesquita HB, van der A DL,

Berglund G, Wirfält E, Hallmans G, Johansson I, Lund E, Trichopoulo A. Intake of vegetables, legumes, and fruit, and risk for all-cause, cardiovascular, and cancer mortality in a European diabetic population. J Nutr 2008;138:775-81.

973.   Bonassi S, Norppa H, Ceppi M, Stromberg U, Vermeulen R, Znaor A, Cebulska- Wasilewska A, Fabianova E, Fucic A, Gundy S, Hansteen IL, Knudsen LE, Lazutka J, Rossner P, Sram RJ, **Boffetta P**. Chromosomal Aberration Frequency in Lymphocytes Predicts the Risk of Cancer: Results from a Pooled Cohort Study of 22,358 Subjects in 11 Countries. Carcinogenesis 2008;29:1178-83.

974.   Jenab M, McKay JD, Ferrari P, Biessy C, Laing S, Capella Munar GM, Sala N, Peña S, Crusius JB, Overvad K, Jensen MK, Olsen A, Tjonneland A, Clavel-Chapelon F, Boutron- Ruault MC, Kaaks R, Linseisen J, Boeing H, Bergmann MM, Trichopoulou A, Georgila C, Psaltopoulou T, Mattiello A, Vineis P, Pala V, Palli D, Tumino R, Numans ME, Peeters PH, Bueno-de-Mesquita HB, Lund E, Ardanaz E, Sánchez MJ, Dorronsoro M, Navarro Sanchez C, Quirós JR, Hallmans G, Stenling R, Manjer J, Régner S, Key T, Bingham S, Khaw KT, Slimani N, Rinaldi S, **Boffetta P**, Carneiro F, Riboli E, Gonzalez C. CDH1 gene polymorphisms, smoking, Helicobacter pylori infection and the risk of gastric cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST). Eur J Cancer 2008;44:774-80.

975.   Maule M, Scélo G, Pastore G, Brennan P, Hemminki K, Pukkala E, Weiderpass E, Olsen JH, Tracey E, McBride ML, Brewster DH, Pompe-Kirn V, Tonita JM, Kliewer EV, Chia KS, Jonasson JG, Martos C, Magnani C, **Boffetta P**. Risk of second malignant neoplasms after childhood central nervous system malignant tumours: An international study. Eur J Cancer 2008;44:830-9.

976.   Nieters A, Rohrmann S, Becker N, Linseisen J, Ruediger T, Overvad K, Tjønneland A, Olsen A, Allen NE, Travis RC, Bingham S, Khaw KT, Ardanaz E, Redondo ML, Basterrechea M, Martinez C, Tormo MJ, Rosso S, Tagliabue G, Masala G, Mattiello A, Tumino R, Boeing H, Bergmann M, Kaaks R, Trichopoulou A, Trichopoulos D, Peeters PH, Bueno-de-Mesquita B, **Boffetta P**, Brennan P, Ferrari P, Neasham D, Lund E, Berglund G, Manjer J, Hallmans G, Johansson I, Vineis P, Riboli E. Smoking and lymphoma risk in the European prospective investigation into cancer and nutrition. Am J Epidemiol 2008;167:1081-9.

977.   De Stefani E, **Boffetta P**, Ronco AL, Deneo-Pellegrini H, Acosta G, Gutiérrez LP, Mendilaharsu M. Nutrient patterns and risk of lung cancer: A factor analysis in Uruguayan men. Lung Cancer 2008;61:283-91.

978.   Roe OD, Creaney J, Lundgren S, Larsson E, Sandeck H, **Boffetta P**, Nilsen TI, Robinson B, Kjaerheim K. Mesothelin-related predictive and prognostic factors in malignant mesothelioma: A nested case-control study. Lung Cancer 2008;61:235-43.

979.   Benetou V, Orfanos P, Lagiou P, Trichopoulos D, **Boffetta P**, Trichopoulou A. Vegetables and fruits in relation to cancer risk: evidence from the Greek EPIC cohort study. Cancer Epidemiol Biomarkers Prev 2008;17:387-92.

980.   Lumbreras B, Garte S, Overvad K, Tjonneland A, Clavel-Chapelon F, Linseisen JP, Boeing H, Trichopoulou A, Palli D, Peluso M, Krogh V, Tumino R, Panico S, Bueno-De-Mesquita HB, Peeters PH, Lund E, Martinez C, Dorronsoro M, Barricarte A, Chirlaque MD, Quiros JR, Berglund G, Hallmans G, Day NE, Key TJ, Saracci R, Kaaks R, Malaveille C, Ferrari P, **Boffetta P**, Norat T, Riboli E, Gonzalez CA, Vineis P. Meat intake and bladder cancer in a prospective study: a role for heterocyclic aromatic amines? Cancer Causes Control 2008 19:649-56.

981.   Karami S, Brennan P, Hung RJ, **Boffetta P**, Toro R, Wilson RT, Zaridze D, Navratilova M, Chatterjee N, Mates D, Janout V, Kollarova H, Bencko V, Szeszenia-Dabrowska N, Holcatova I, Moukeria A, Welch R, Chanock S, Rothman N, Chow WH, Moore LE. Vitamin D receptor polymorphisms and renal cancer risk in Central and Eastern Europe. J Toxicol Environ Health A 2008;71:367-72.

982.   Sapkota A, Gajalakshmi V, Jetly DH, Roychowdhury S, Dikshit RP, Brennan P, Hashibe M, **Boffetta P**. Indoor air pollution from solid fuels and risk of hypopharyngeal/laryngeal and lung cancers: a multicentric case-control study from India. Int J Epidemiol 2008;37:321-8.

983.   McKay JD, Hashibe M, Hung RJ, Wakefield J, Gaborieau V, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Chabrier A, Hall J, **Boffetta P**, Canzian F, Brennan P. Sequence Variants of NAT1 and NAT2 and Other

104

Xenometabolic Genes and Risk of Lungand Aerodigestive Tract Cancers in Central Europe. Cancer Epidemiol Biomarkers Prev 2008;17:141-7.

984.   Willett EV, Morton LM, Hartge P, Becker N, Bernstein L, **Boffetta P**, Bracci P, Cerhan J, Chiu BC, Cocco P, Dal Maso L, Davis S, De Sanjose S, Smedby KE, Ennas MG, Foretova L, Holly EA, La Vecchia C, Matsuo K, Maynadie M, Melbye M, Negri E, Nieters A, Severson R, Slager SL, Spinelli JJ, Staines A, Talamini R, Vornanen M, Weisenburger DD, Roman E; for the Interlymph Consortium. Non-Hodgkin lymphoma and obesity: A pooled analysis from the InterLymph Consortium. Int J Cancer 2008;122:2062-70.

985.   Boccia S, Hung R, Ricciardi G, Gianfagna F, Ebert MP, Fang JY, Gao CM, Götze T, Graziano F, Lacasaña-Navarro M, Lin D, López-Carrillo L, Qiao YL, Shen H, Stolzenberg- Solomon R, Takezaki T, Weng YR, Zhang FF, van Duijn CM, **Boffetta P**, Taioli E. Meta- and Pooled Analyses of the Methylenetetrahydrofolate Reductase C677T and A1298C Polymorphisms and Gastric Cancer Risk: A Huge-GSEC Review. Am J Epidemiol 2008;167:505-16.

986.   Moore LE, Hung R, Karami S, **Boffetta P**, Berndt M, Hsu CC, Zaridze D, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Mukeria A, Holcatova I, Yeager M, Chanock S, Garcia-Closas M, Rothman N, Chow WH, Brennan P. Folate metabolism genes, vegetable intake and renal cancer risk in central Europe. Int J Cancer 2008;122:1710-5.

987.   Hung RJ, Baragatti M, Thomas D, McKay J, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Chabrier A, Moullan N, Canzian F, Hall J, **Boffetta P**, Brennan P. Inherited predisposition of lung cancer: a hierarchical modeling approach to DNA repair and cell cycle control pathways. Cancer Epidemiol Biomarkers Prev 2007;16:2736-44.

988.   Kricker A, Armstrong BK, Hughes AM, Goumas C, Smedby KE, Zheng T, Spinelli JJ, De Sanjosé S, Hartge P, Melbye M, Willett EV, Becker N, Chiu BC, Cerhan JR, Maynadié M, Staines A, Cocco P, **Boffetta P**; Interlymph Consortium. Personal sun exposure and risk of non Hodgkin lymphoma: a pooled analysis from the Interlymph Consortium. Int J Cancer 2008;122:144-54.

989.   't Mannetje AM, Dryson E, Walls C, McLean DJ, McKenzie F, Maule M, Cheng S, Cunningham C, Kromhout H, **Boffetta P**, Blair A, Pearce N. High risk occupations for Non- Hodgkin's Lymphoma in New Zealand: case-control study. Occup Environ Med 2008;65:354-63.

990.   Dryson E, 't Mannetje A, Walls C, McLean D, McKenzie F, Maule M, Cheng S, Cunningham C, Kromhout H, **Boffetta P**, Blair A, Pearce N. Case-control study of high risk occupations for bladder cancer in New Zealand. Int J Cancer 2007;122:1340-1346.

991.   Zendehdel K, Nyrén O, Luo J, Dickman PW, **Boffetta P**, Englund A, Ye W. Risk of gastroesophageal cancer among smokers and users of Scandinavian moist snuff. Int J Cancer 2008;122:1095-9.

992.   Peluso M, Srivatanakul P, Munnia A, Jedpiyawongse A, Meunier A, Sangrajrang S, Piro S, Ceppi M, **Boffetta P**. DNA adduct formation among workers in a Thai industrial estate and nearby residents. Sci Total Environ 2008;389:283-8.

993.   Trichopoulou A, Bamia C, Norat T, Overvad K, Schmidt EB, Tjønneland A, Halkjær J, Clavel-Chapelon F, Vercambre MN, Boutron-Ruault MC, Linseisen J, Rohrmann S, Boeing H, Weikert C, Benetou V, Psaltopoulou T, Orfanos P, **Boffetta P**, Masala G, Pala V, Panico S, Tumino R, Sacerdote C, Bueno-de-Mesquita HB, Ocke MC, Peeters PH, Van der Schouw YT, González C, Sanchez MJ, Chirlaque MD, Moreno C, Larrañaga N, Van Guelpen B, Jansson JH, Bingham S, Khaw KT, Spencer EA, Key T, Riboli E, Trichopoulos D. Modified Mediterranean diet and survival after myocardial infarction: the EPIC-Elderly study. Eur J Epidemiol 2007;22:871-81.

994.   Sangrajrang S, Schmezer P, Burkholder I, Waas P, **Boffetta P**, Brennan P, Bartsch H, Wiangnon S, Popanda O. Polymorphisms in three base excision repair genes and breast cancer risk in Thai women. Breast Cancer Res Treat 2007;111:279-88.

995.   Hayden PJ, Tewari P, Morris DW, Staines A, Crowley D, Nieters A, Becker N, de Sanjosé S, Foretova L, Maynadié M, Cocco PL, **Boffetta P**, Brennan P, Chanock SJ, Browne PV, Lawler M. Variation in DNA repair genes XRCC3, XRCC4, XRCC5 and susceptibility to myeloma. Hum Mol Genet 2007;16:3117-27.

996.   Ioannidis JP, **Boffetta P**, Little J, O'brien TR, Uitterlinden AG, Vineis P, Balding DJ, Chokkalingam A, Dolan SM, Flanders WD, Higgins JP, McCarthy MI, McDermott DH, Page GP,

Rebbeck TR, Seminara D, Khoury MJ. Assessment of cumulative evidence on genetic associations: interim guidelines. Int J Epidemiol 2008;120-32.

997. Dikshit RP, Gillio-Tos A, Brennan P, De Marco L, Fiano V, Martinez-Peñuela JM, **Boffetta P**, Merletti F. Hypermethylation, risk factors, clinical characteristics, and survival in 235 patients with laryngeal and hypopharyngeal cancers. Cancer 2007;110:1745-51.

998. Guha N, **Boffetta P**, Wünsch Filho V, Eluf Neto J, Shangina O, Zaridze D, Curado MP, Koifman S, Matos E, Menezes A, Szeszenia-Dabrowska N, Fernandez L, Mates D, Daudt AW, Lissowska J, Dikshit R, Brennan P. Oral health and risk of squamous cell carcinoma of the head and neck and esophagus: results of two multicentric case-control studies. Am J Epidemiol 2007;166:1159-73.

999. Akbari MR, Malekzadeh R, Nasrollahzadeh D, Amanian D, Islami F, Li S, Zandvakili I, Shakeri R, Sotoudeh M, Aghcheli K, Salahi R, Pourshams A, Semnani S, **Boffetta P**, Dawsey SM, Ghadirian P, Narod SA. Germline BRCA2 mutations and the risk of esophageal squamous cell carcinoma. Oncogene 2008;27:1290-6.

1000. Sangrajrang S, Schmezer P, Burkholder I, **Boffetta P**, Brennan P, Woelfelschneider A, Bartsch H, Wiangnon S, Cheisilpa A, Popanda O. The XRCC3 Thr241Met polymorphism and breast cancer risk: a case-control study in a Thai population. Biomarkers 2007;12:523- 32.

1001. Cocco P, Brennan P, Ibba A, de Sanjosé Llongueras S, Maynadié M, Nieters A, Becker N, Ennas MG, Tocco MG, **Boffetta P**. Plasma polychlorobiphenyl and organochlorine pesticide level and risk of major lymphoma subtypes. Occup Environ Med 2008;65:132-40.

1002. Moore T, Brennan P, Becker N, de Sanjosé S, Maynadié M, Foretova L, Cocco P, Staines A, Nieters A, Font R, Mannetje A, Benhaim-Luzon V, **Boffetta P**. Occupational exposure to meat and risk of lymphoma: a multicenter case-control study from Europe. Int J Cancer 2007;121:2761-6.

1003. Fucić A, Znaor A, Strnad M, van der Hel O, Aleksandrov A, Miskov S, Grah J, Sedlar M, Jazbec AM, Ceppi M, Vermeulen R, **Boffetta P**, Norppa H, Bonassi S. Chromosome damage and cancer risk in the workplace: the example of cytogenetic surveillance in Croatia. Toxicol Lett 2007;172:4-11.

1004. Ferrari P, Jenab M, Norat T, Moskal A, Slimani N, Olsen A, Tjønneland A, Overvad K, Jensen MK, Boutron-Ruault MC, Clavel-Chapelon F, Morois S, Rohrmann S, Linseisen J, Boeing H, Bergmann M, Kontopoulou D, Trichopoulou A, Kassapa C, Masala G, Krogh V, Vineis P, Panico S, Tumino R, van Gils CH, Peeters P, Bueno-de-Mesquita HB, Ocké MC, Skeie G, Lund E, Agudo A, Ardanaz E, López DC, Sanchez MJ, Quirós JR, Amiano P, Berglund G, Manjer J, Palmqvist R, Van Guelpen B, Allen N, Key T, Bingham S, Mazuir M, **Boffetta P**, Kaaks R, Riboli E. Lifetime and baseline alcohol intake and risk of colon and rectal cancers in the European prospective investigation into cancer and nutrition (EPIC). Int J Cancer 2007;121:2065-72.

1005. Moore LE, Brennan P, Karami S, Hung RJ, Hsu C, **Boffetta P**, Toro J, Zaridze D, Janout V, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Mukeria A, Holcatova I, Welch R, Chanock S, Rothman N, Chow WH. Glutathione S-transferase polymorphisms, cruciferous vegetable intake and cancer risk in the Central and Eastern European Kidney Cancer Study. Carcinogenesis 2007;28:1960-4.

1006. Sapkota A, Gajalakshmi V, Jetly DH, Roychowdhury S, Dikshit RP, Brennan P, Hashibe M, **Boffetta P**. Smokeless tobacco and increased risk of hypopharyngeal and laryngeal cancers: a multicentric case-control study from India. Int J Cancer 2007;121:1793- 8.

1007. Fernberg P, Odenbro A, Bellocco R, **Boffetta P**, Pawitan Y, Zendehdel K, Adami J. Tobacco use, body mass index, and the risk of leukemia and multiple myeloma: a nationwide cohort study in Sweden. Cancer Res 2007;67:5983-6.

1008. Mounawar M, Mukeria A, Le Calvez F, Hung RJ, Renard H, Cortot A, Bollart C, Zaridze D, Brennan P, **Boffetta P**, Brambilla E, Hainaut P. Patterns of EGFR, HER2, TP53, and KRAS mutations of p14arf expression in non-small cell lung cancers in relation to smoking history. Cancer Res 2007;67:5667-72.

1009. Gillio-Tos A, De Marco L, Fiano V, Garcia-Bragado F, Dikshit R, **Boffetta P**, Merletti F. Efficient DNA extraction from 25-year-old paraffin-embedded tissues: study of 365 samples. Pathol 2007;39:345-8.

1010. de Sanjosé S, Bosch R, Schouten T, Verkuijlen S, Nieters A, Foretova L, Maynadié M, Cocco PL, Staines A, Becker N, Brennan P, Benavente Y, **Boffetta P**, Meijer CJ, Middeldorp JM. Epstein-

Barr virus infection and risk of lymphoma: immunoblot analysis of antibody responses against EBV-related proteins in a large series of lymphoma subjects and matched controls. Int J Cancer 2007;121:1806-12.

1011. Hung RJ, Moore L, **Boffetta P**, Feng BJ, Toro JR, Rothman N, Zaridze D, Navratilova M, Bencko V, Janout V, Kollarova H, Szeszenia-Dabrowska N, Mates D, Chow WH, Brennan P. Family history and the risk of kidney cancer: a multicenter case-control study in Central Europe. Cancer Epidemiol Biomarkers Prev 2007;16:1287-90.

1012. Tuohimaa P, Pukkala E, Scélo G, Olsen JH, Brewster DH, Hemminki K, Tracey E, Weiderpass E, Kliewer EV, Pompe-Kirn V, McBride ML, Martos C, Chia KS, Tonita JM, Jonasson JG, **Boffetta P**, Brennan P. Does solar exposure, as indicated by the non- melanoma skin cancers, protect from solid cancers: vitamin D as a possible explanation. Eur J Cancer 2007;43:1701-12.

1013. Bardin-Mikolajczak A, Lissowska J, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Fabianova E, Mates D, Navratilova M, Bencko V, Janout V, Fevotte J, Fletcher T, 't Mannetje A, Brennan P, **Boffetta P**. Occupation and risk of lung cancer in Central and Eastern Europe: the IARC multi-center case-control study. Cancer Causes Control 2007;18:645-54.

1014. Brennan P, McKay J, Moore L, Zaridze D, Mukeria A, Szeszenia-Dabrowska N, Lissowska J, Rudnai P, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Chow WH, Rothman N, Chabrier A, Gaborieau V, Odefrey F, Southey M, Hashibe M, Hall J, **Boffetta P**, Peto J, Peto R, Hung RJ. Uncommon CHEK2 mis-sense variant and reduced risk of tobacco-related cancers: case control study. Hum Mol Genet 2007;16:1794-801.

1015. Maule M, Scélo G, Pastore G, Brennan P, Hemminki K, Tracey E, Sankila R, Weiderpass E, Olsen JH, McBride ML, Brewster DH, Pompe-Kirn V, Kliewer EV, Chia KS, Tonita JM, Martos C, Jonasson JG, Merletti F, **Boffetta P**. Risk of second malignant neoplasms after childhood leukemia and lymphoma: an international study. J Natl Cancer Inst 2007;99:790-800.

1016. Hashibe M, Brennan P, Benhamou S, Castellsague X, Chen C, Curado MP, Dal Maso L, Daudt AW, Fabianova E, Wünsch-Filho V, Franceschi S, Hayes RB, Herrero R, Koifman S, La Vecchia C, Lazarus P, Levi F, Mates D, Matos E, Menezes A, Muscat J, Eluf-Neto J, Olshan AF, Rudnai P, Schwartz SM, Smith E, Sturgis EM, Szeszenia-Dabrowska N, Talamini R, Wei Q, Winn DM, Zaridze D, Zatonski W, Zhang ZF, Berthiller J, **Boffetta P**. Alcohol drinking in never users of tobacco, cigarette smoking in never drinkers, and the risk of head and neck cancer: pooled analysis in the International Head and Neck Cancer Epidemiology Consortium. J Natl Cancer Inst 2007;99:777-89.

1017. Luo J, Ye W, Zendehdel K, Adami J, Adami HO, **Boffetta P**, Nyrén O. Oral use of Swedish moist snuff (snus) and risk for cancer of the mouth, lung, and pancreas in male construction workers: a retrospective cohort study. Lancet 2007;369:2015-20.

1018. Linseisen J, Rohrmann S, Miller AB, Bueno-de-Mesquita HB, Büchner FL, Vineis P, Agudo A, Gram IT, Janson L, Krogh V, Overvad K, Rasmuson T, Schulz M, Pischon T, Kaaks R, Nieters A, Allen NE, Key TJ, Bingham S, Khaw KT, Amiano P, Barricarte A, Martinez C, Navarro C, Quirós R, Clavel-Chapelon F, Boutron-Ruault MC, Touvier M, Peeters PH, Berglund G, Hallmans G, Lund E, Palli D, Panico S, Tumino R, Tjønneland A, Olsen A, Trichopoulou A, Trichopoulos D, Autier P, **Boffetta P**, Slimani N, Riboli E. Fruit and vegetable consumption and lung cancer risk: updated information from the European Prospective Investigation into Cancer and Nutrition (EPIC). Int J Cancer 2007;121:1103-14.

1019. Becker N, de Sanjose S, Nieters A, Maynadié M, Foretova L, Cocco PL, Staines A, Alvaro T, Vornanen M, Brennan P, **Boffetta P**. Birth order, allergies and lymphoma risk: results of the European collaborative research project Epilymph. Leuk Res 2007;31:1365-72.

1020. De Stefani E, Ronco AL, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Correa P, Mendilaharsu M. Nutrient intake and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr Cancer 2006;56:149-57.

1021. Hsu CC, Chow WH, **Boffetta P**, Moore L, Zaridze D, Moukeria A, Janout V, Kollarova H, Bencko V, Navratilova M, Szeszenia-Dabrowska N, Mates D, Brennan P. Dietary risk factors for kidney cancer in Eastern and Central Europe. Am J Epidemiol 2007;166:62-70.

1022. Rohrmann S, Becker N, Linseisen J, Nieters A, Rüdiger T, Raaschou-Nielsen O, Tjønneland A, Johnsen HE, Overvad K, Kaaks R, Bergmann MM, Boeing H, Benetou V, Psaltopoulou T, Trichopoulou A, Masala G, Mattiello A, Krogh V, Tumino R, van Gils CH, Peeters PH, Bueno-

de-Mesquita HB, Ros MM, Lund E, Ardanaz E, Chirlaque MD, Jakszyn P, Larrañaga N, Losada A, Martínez-García C, Agren A, Hallmans G, Berglund G, Manjer J, Allen NE, Key TJ, Bingham S, Khaw KT, Slimani N, Ferrari P, **Boffetta P**, Norat T, Vineis P, Riboli E. Fruit and vegetable consumption and lymphoma risk in the European Prospective Investigation into Cancer and Nutrition (EPIC). Cancer Causes Control 2007;18:537-49.

1023. De Stefani E, **Boffetta P**, Ronco AL, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Dietary patterns and risk of laryngeal cancer: an exploratory factor analysis in Uruguayan men. Int J Cancer 2007;121:1086-91.

1024. Hatagima A, Costa EC, Marques CF, Koifman RJ, **Boffetta P**, Koifman S. Glutathione S-transferase polymorphisms and oral cancer: A case-control study in Rio de Janeiro, Brazil. Oral Oncol 2008;44:200-7.

1025. De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Correa P, Ronco AL, Brennan P, Ferro G, Acosta G, Mendilaharsu M. Non-alcoholic beverages and risk of bladder cancer in Uruguay. BMC Cancer 2007;7:57.

1026. Hung RJ, Hashibe M, McKay J, Gaborieau V, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates I, Foretova L, Janout V, Bencko V, Chabrier A, Moullan N, Canzian F, Hall J, **Boffetta P**, Brennan P. Folate-related genes and the risk of tobacco-related cancers in Central Europe. Carcinogenesis 2007;28:1334-40.

1027. Bamia C, Trichopoulos D, Ferrari P, Overvad K, Bjerregaard L, Tjønneland A, Halkjaer J, Clavel-Chapelon F, Kesse E, Boutron-Ruault MC, **Boffetta P**, Nagel G, Linseisen J, Boeing H, Hoffmann K, Kasapa C, Orfanou A, Travezea C, Slimani N, Norat T, Palli D, Pala V, Panico S, Tumino R, Sacerdote C, Bueno-de-Mesquita HB, Waijers PM, Peeters PH, van der Schouw YT, Berenguer A, Martinez-Garcia C, Navarro C, Barricarte A, Dorronsoro M, Berglund G, Wirfält E, Johansson I, Johansson G, Bingham S, Khaw KT, Spencer EA, Key T, Riboli E, Trichopoulou A. Dietary patterns and survival of older Europeans: the EPIC-Elderly Study (European Prospective Investigation into Cancer and Nutrition). Public Health Nutr 2007;10:590-8.

1028. **Boffetta P**, de Vocht F. Occupation and the risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2007;16:369-72.

1029. **Boffetta P**, McLaughlin JK, la Vecchia C, Autier P, Boyle P. 'Environment' in cancer causation and etiological fraction: limitations and ambiguities. Carcinogenesis 2007;28:913- 5.

1030. Campa D, Hashibe M, Zaridze D, Szeszenia-Dabrowska N, Mates IN, Janout V, Holcatova I, Fabiánová E, Gaborieau V, Hung RJ, **Boffetta P**, Brennan P, Canzian F. Association of common polymorphisms in inflammatory genes with risk of developing cancers of the upper aerodigestive tract. Cancer Causes Control 2007;18:449-55.

1031. Burstyn I, Kromhout H, Johansen C, Langard S, Kauppinen T, Shaham J, Ferro G, **Boffetta P**. Bladder cancer incidence and exposure to polycyclic aromatic hydrocarbons among asphalt pavers. Occup Environ Med 2007;64:520-6.

1032. Kjaerheim K, Røe OD, Waterboer T, Sehr P, Rizk R, Dai HY, Sandeck H, Larsson E, Andersen A, **Boffetta P**, Pawlita M. Absence of SV40 antibodies or DNA fragments in prediagnostic mesothelioma serum samples. Int J Cancer 2007;120:2459-65.

1033. **Boffetta P**, Armstrong B, Linet M, Kasten C, Cozen W, Hartge P. Consortia in cancer epidemiology: lessons from InterLymph. Cancer Epidemiol Biomarkers Prev 2007;16:197- 9.

1034. Riska A, Pukkala E, Scélo G, Mellemkjaer L, Hemminki K, Weiderpass E, McBride ML, Pompe-Kirn V, Tracey E, Brewster DH, Kliewer EV, Tonita JM, Kee-Seng C, Jonasson JG, Martos C, **Boffetta P**, Brennan P. Second primary malignancies in females with primary fallopian tube cancer. Int J Cancer 2007;120:2047-51.

1035. Sjödahl K, Jansson C, Bergdahl IA, Adami J, **Boffetta P**, Lagergren J. Airborne exposures and risk of gastric cancer: a prospective cohort study. Int J Cancer 2007;120:2013-8.

1036. Gemignani F, Landi S, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Gaborieau V, Gioia-Patricola L, Bellini I, Barale R, Canzian F, Hall J, **Boffetta P**, Hung RJ, Brennan P. Development of lung cancer before the age of 50: the role of xenobiotic metabolizing genes. Carcinogenesis 2007;28:1287-93.

1037. Rehm J, Sulkowska U, Mańczuk M, **Boffetta P**, Powles J, Popova S, Zatoński W. Alcohol accounts for a high proportion of premature mortality in central and eastern Europe. Int J Epidemiol 2007;36:458-67.

1038. Hashibe M, **Boffetta P**, Zaridze D, Shangina O, Szeszenia-Dabrowska N, Mates D, Fabiánová E, Rudnai P, Brennan P. Contribution of tobacco and alcohol to the high rates of squamous cell carcinoma of the supraglottis and glottis in Central Europe. Am J Epidemiol 2007;165:814-20.

1039. Scélo G, **Boffetta P**, Corbex M, Chia KS, Hemminki K, Friis S, Pukkala E, Weiderpass E, McBride ML, Tracey E, Brewster DH, Pompe-Kirn V, Kliewer EV, Tonita JM, Martos C, Jonasson JG, Brennan P. Second primary cancers in patients with nasopharyngeal carcinoma: a pooled analysis of 13 cancer registries. Cancer Causes Control 2007;18:269- 78.

1040. García Gómez M, Caballero Klink JD, **Boffetta P**, Español S, Sällsten G, Gómez Quintana J. Exposure to mercury in the mine of Almadén. Occup Environ Med 2007;64:389-95.

1041. Hashibe M, **Boffetta P**, Janout V, Zaridze D, Shangina O, Mates D, Szeszenia-Dabrowska N, Bencko V, Brennan P.Esophageal cancer in Central and Eastern Europe: Tobacco and alcohol. Int J Cancer 2007;120:1518-22..

1042. Odenbro A, Gillgren P, Bellocco R, **Boffetta P**, Hakansson N, Adami J.The risk for cutaneous malignant melanoma, melanoma in situ and intraocular malignant melanoma in relation to tobacco use and body mass index. Br J Dermatol 2007;156:99-105.

1043. Wang SS, Slager SL, Brennan P, Holly EA, De Sanjose S, Bernstein , **Boffetta P**, Cerhan JR, Maynadie M, Spinelli JJ, Chiu BC, Cocco P, Mensah F, Zhang Y, Nieters A, Dal Maso L, Bracci PM, Costantini S, Vineis P, Severson RK, Roman E, Cozen W, Weisenburger D, Davis S, Franceschi S, La Vecchia C, Foretova L, Becker N, Staines A, Vornanen M, Zheng T, Hartge P. Family history of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10,211 cases and 11,905 controls from the InterLymph Consortium. Blood 2007;109:3479-88.

1044. Seminara D, Khoury MJ, O'brien TR, Manolio T, Gwinn ML, Little J, Higgins JP, Bernstein JL, **Boffetta P**, Bondy M, Bray MS, Brenchley PE, Buffler PA, Casas JP, Chokkalingam AP, Danesh J, Smith GD, Dolan S, Duncan R, Gruis NA, Hashibe M, Hunter D, Jarvelin MR, Malmer B, Maraganore DM, Newton-Bishop JA, Riboli E, Salanti G, Taioli E, Timpson N, Uitterlinden AG, Vineis P, Wareham N, Winn DM, Zimmern R, Ioannidis JP; for the Human Genome Epidemiology Network; the Network of Investigator Networks. The Emergence of Networks in Human Genome Epidemiology: Challenges and Opportunities. Epidemiol 2007;18:1-8.

1045. Cassidy A, Mannetje A, van Tongeren M, Field JK, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Fevotte J, Fletcher T, Brennan P, **Boffetta P**. Occupational Exposure to Crystalline Silica and Risk of Lung Cancer: A Multicenter Case-Control Study in Europe. Epidemiol 2007;18:36-43.

1046. Landi S, Gemignani F, Canzian F, Gaborieau V, Barale R, Landi D, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Gioia-Patricola L, Hall J, **Boffetta P**, Hung RJ, Brennan P. DNA repair and cell cycle control genes and the risk of young-onset lung cancer. Cancer Res 2006;66:11062-9.

1047. Richiardi L, Scelo G, **Boffetta P**, Hemminki K, Pukkala E, Olsen JH, Weiderpass E, Tracey E, Brewster DH, McBride ML, Kliewer EV, Tonita JM, Pompe-Kirn V, Kee-Seng C, Jonasson JG, Martos C, Brennan P. Second malignancies among survivors of germ-cell testicular cancer: A pooled analysis between 13 cancer registries. Int J Cancer 2007;120:623-31.

1048. Nieters A, Kallinowski B, Brennan P, Ott M, Maynadie M, Benavente Y, Foretova L, Cocco PL, Staines A, Vornanen M, Whitby DE, **Boffetta P**, Becker N, De Sanjose S. Hepatitis C and Risk of Lymphoma: Results of the European Multicenter Case-Control Study Epilymph. Gastroenterol 2006;131:1879-86.

1049. **Boffetta P**, van der Hel O, Norppa H, Fabianova E, Fucic A, Gundy S, Lazutka J, Cebulska-Wasilewska A, Puskailerova D, Znaor A, Kelecsenyi Z, Kurtinaitis J, Rachtan J, Forni A, Vermeulen R, Bonassi S. Chromosomal aberrations and cancer risk: results of a cohort study from Central Europe. Am J Epidemiol 2007;165:36-43.

1050. Zeka A, Mannetje A, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Navratilova M, Cassidy A, Janout V, Travier N, Fevotte J, Fletcher T, Brennan P, **Boffetta P**. Lung cancer and occupation in nonsmokers: a multicenter case-control study in Europe. Epidemiol 2006;17:615-23.

1051. Parent ME, Rousseau MC, **Boffetta P**, Cohen A, Siemiatycki J. Exposure to diesel and gasoline engine emissions and the risk of lung cancer. Am J Epidemiol 2007;165:53-62.

1052. Carel R, Olsson AC, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Cassidy A, Mates D, Bencko V, Foretova L, Janout V, Fevotte J, Fletcher T, Mannetje AT, Brennan P, **Boffetta P**. Occupational exposure to asbestos and man-made vitreous fibres and risk of lung cancer: a multicenter case-control study in Europe. Occup Environ Med 2007;64:502-8.

1053. Hall J, Hashibe M, **Boffetta P**, Gaborieau V, Moullan N, Chabrier A, Zaridze D, Shangina O, Szeszenia-Dabrowska N, Mates D, Janout V, Fabianova E, Holcatova I, Hung RJ, McKay J, Canzian F, Brennan P. The association of sequence variants in DNA repair and cell cycle genes with cancers of the upper aerodigestive tract. Carcinogenesis 2007;28:665- 71.

1054. Scelo G, **Boffetta P**, Autier P, Hemminki K, Pukkala E, Olsen JH, Weiderpass E, Tracey E, Brewster DH, McBride ML, Kliewer EV, Tonita JM, Pompe-Kirn V, Chia KS, Jonasson JG, Martos C, Giblin M, Brennan P. Associations between ocular melanoma and other primary cancers: An international population-based study. Int J Cancer 2007;120:152-9.

1055. Brennan P, Crispo A, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Fletcher T, **Boffetta P**. High cumulative risk of lung cancer death among smokers and nonsmokers in Central and Eastern Europe. Am J Epidemiol 2006;164:1233-41.

1056. **Boffetta P**. Epidemiology of peritoneal mesothelioma: a review. Ann Oncol 2007;18:985- 90.

1057. Raimondi S, Paracchini V, Autrup H, Barros-Dios J, Benhamou S, **Boffetta P**, Cote M, Dialyna Ia, Dolzan V, Filiberti R, Garte S, Hirvonen A, Husgafvel-Pursiainen K, Imyanitov E, Kalina I, Kang D, Kiyohara C, Kohno T, Kremers P, Lan Q, London S, Povey A, Rannug A, Reszka E, Risch A, Romkes M, Schneider J, Seow A, Shields P, Sobti R, Sorensen M, Spinola M, Spitz M, Strange R, Stucker I, Sugimura H, To-Figueras J, Tokudome S, Yang P, Yuan JM, Warholm M, Taioli E. Meta- and Pooled Analysis of GSTT1 and Lung Cancer: A HuGE-GSEC Review. Am J Epidemiol 2006;164:1027-42.

1058. Rohrmann S, Linseisen J, Boshuizen HC, Whittaker J, Agudo A, Vineis P, **Boffetta P**, Jensen MK, Olsen A, Overvad K, Tjonneland A, Boutron-Ruault MC, Clavel-Chapelon F, Bergmann MM, Boeing H, Allen N, Key T, Bingham S, Khaw KT, Kyriazi G, Soukara S, Trichopoulou A, Panico S, Palli D, Sieri S, Tumino R, Peeters PH, Bueno-de-Mesquita HB, Buchner FL, Gram IT, Lund E, Ardanaz E, Chirlaque MD, Dorronsoro M, Perez MJ, Quiros JR, Berglund G, Janzon L, Rasmuson T, Weinehall L, Ferrari P, Jenab M, Norat T, Riboli E. Ethanol Intake and Risk of Lung Cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). Am J Epidemiol 2006;164:1103-14.

1059. Richiardi L, Mirabelli D, Calisti R, Ottino A, Ferrando A, **Boffetta P**, Merletti F. Occupational exposure to diesel exhausts and risk for lung cancer in a population-based case-control study in Italy. Ann Oncol 2006;17:1842-7.

1060. Bosetti C, **Boffetta P**, La Vecchia C. Occupational exposures to polycyclic aromatic hydrocarbons, and respiratory and urinary tract cancers: a quantitative review to 2005. Ann Oncol 2007;18:431-46.

1061. Casey R, Brennan P, Becker N, **Boffetta P**, Cocco P, Domingo-Domenech E, Foretova L, Nieters A, de Sanjose S, Staines A, Vornanen M, Maynadie M. Influence of familial cancer history on lymphoid neoplasms risk validated in the large European case-control study Epilymph. Eur J Cancer 2006;42:2570-6.

1062. Hung RJ, **Boffetta P**, Canzian F, Moullan N, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Chabrier A, Landi S, Gemignani F, Hall J, Brennan P. Sequence Variants in Cell Cycle Control Pathway, X-ray Exposure, and Lung Cancer Risk: A Multicenter Case-Control Study in Central Europe. Cancer Res 2006;66:8280-6.

1063. **Boffetta P**. Human cancer from environmental pollutants: the epidemiological evidence. Mutat Res 2006;608:157-62.

1064. McLean D, Pearce N, Langseth H, Jappinen P, Szadkowska-Stanczyk I, Persson B, Wild P, Kishi R, Lynge E, Henneberger P, Sala M, Teschke K, Kauppinen T, Colin D, Kogevinas M, **Boffetta P**. Cancer mortality in workers exposed to organochlorine compounds in the pulp and paper industry: an international collaborative study. Environ Health Perspect 2006;114:1007-12.

1065. Besson H, Brennan P, Becker N, De Sanjose S, Nieters A, Font R, Maynadie M, Foretova L, Cocco PL, Staines A, Vornanen M, **Boffetta P**. Tobacco smoking, alcohol drinking and Hodgkin's

lymphoma: a European multi-centre case-control study (EPILYMPH). Br J Cancer 2006;95:378-84.

1066. Norppa H, Bonassi S, Hansteen IL, Hagmar L, Stromberg U, Rossner P, **Boffetta P**, Lindholm C, Gundy S, Lazutka J, Cebulska-Wasilewska A, Fabianova E, Sram RJ, Knudsen LE, Barale R, Fucic A. Chromosomal aberrations and SCEs as biomarkers of cancer risk. Mutat Res 2006;600:37-45.

1067. Shangina O, Brennan P, Szeszenia-Dabrowska N, Mates D, Fabianova E, Fletcher T, t'Mannetje A, **Boffetta P**, Zaridze D. Occupational exposure and laryngeal and hypopharyngeal cancer risk in Central and Eastern Europe. Am J Epidemiol 2006;164:367- 75.

1068. Bahrami H, Sadatsafavi M, Pourshams A, Kamangar F, Nouraei M, Semnani S, Brennan P, **Boffetta P**, Malekzadeh R. Obesity and hypertension in an Iranian cohort study; Iranian women experience higher rates of obesity and hypertension than American women. BMC Public Health 2006;6:158.

1069. **Boffetta P**, Clark S, Shen M, Gislefoss R, Peto R, Andersen A.  Serum cotinine level as predictor of lung cancer risk. Cancer Epidemiol Biomarkers Prev 2006;15:1184-8.

1070. de Sanjose S, Benavente Y, Nieters A, Foretova L, Maynadie M, Cocco PL, Staines A, Vornanen M, **Boffetta P**, Becker N, Alvaro T, Brennan P. Association between personal use of hair dyes and lymphoid neoplasms in Europe. Am J Epidemiol 2006;164:47-55.

1071. Ronco AL, De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Acosta G, Mendilaharsu M. Food patterns and risk of breast cancer: A factor analysis study in Uruguay. Int J Cancer 2006;119:1672-8.

1072. Chao C, Zhang ZF, Berthiller J, **Boffetta P**, Hashibe M. NAD(P)H:quinone oxidoreductase 1 (NQO1) Pro187Ser polymorphism and the risk of lung, bladder, and colorectal cancers: a meta-analysis. Cancer Epidemiol Biomarkers Prev 2006;15:979-87.

1073. Fortuny J, de Sanjose S, Becker N, Maynadie M, Cocco PL, Staines A, Foretova L, Vornanen M, Brennan P, Nieters A, Alvaro T, **Boffetta P**. Statin use and risk of lymphoid neoplasms: results from the European Case-Control Study EPILYMPH. Cancer Epidemiol Biomarkers Prev 2006;15:921-5.

1074. De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Ronco AL, Acosta G, Ferro G, Oreggia F, Leiva J. The effect of smoking and drinking in oral and pharyngeal cancers: A case-control study in Uruguay. Cancer Lett 2007;246:282-9.

1075. Hashibe M, **Boffetta P**, Zaridze D, Shangina O, Szeszenia-Dabrowska N, Mates D, Janout V, Fabianova E, Bencko V, Moullan N, Chabrier A, Hung R, Hall J, Canzian F, Brennan P. Evidence for an important role of alcohol- and aldehyde-metabolizing genes in cancers of the upper aerodigestive tract. Cancer Epidemiol Biomarkers Prev 2006;15:696-703.

1076. Hassan R, Alexander R, Antman K, **Boffetta P**, Churg A, Coit D, Hausner P, Kennedy R, Kindler H, Metintas M, Mutti L, Onda M, Pass H, Premkumar A, Roggli V, Sterman D, Sugarbaker P, Taub R, Verschraegen C. Current treatment options and biology of peritoneal mesothelioma: meeting summary of the first NIH peritoneal mesothelioma conference. Ann Oncol 2006;17:1615-9.

1077. **Boffetta P**, Hashibe M, La Vecchia C, Zatonski W, Rehm J. The burden of cancer attributable to alcohol drinking. Int J Cancer 2006;119:884-7.

1078. Akbari MR, Malekzadeh R, Nasrollahzadeh D, Amanian D, Sun P, Islami F, Sotoudeh M, Semnani S, **Boffetta P**, Dawsey SM, Ghadirian P, Narod SA. Familial risks of esophageal cancer among the Turkmen population of the Caspian littoral of Iran. Int J Cancer 2006;119:1047-51.

1079. Besson H, Brennan P, Becker N, Nieters A, De Sanjose S, Font R, Maynadie M, Foretova L, Cocco PL, Staines A, Vornanen M, **Boffetta P**. Tobacco smoking, alcohol drinking and non-Hodgkin's lymphoma: A European multicenter case-control study (Epilymph). Int J Cancer 2006;119:901-8.

1080. Besson H, Banks R, **Boffetta P**. Cancer mortality among butchers: a 24-state death certificate study. J Occup Environ Med 2006;48:289-93.

1081. Trichopoulos D, Psaltopoulou T, Orfanos P, Trichopoulou A, **Boffetta P**. Plasma C-reactive protein and risk of cancer: a prospective study from Greece. Cancer Epidemiol Biomarkers Prev 2006;15:381-4.

1082. Marques CF, Koifman S, Koifman RJ, **Boffetta P**, Brennan P, Hatagima A. Influence of CYP1A1, CYP2E1, GSTM3 and NAT2 genetic polymorphisms in oral cancer susceptibility: results from a case-control study in Rio de Janeiro. Oral Oncol 2006;42:632-7.

1083. Sandeep TC, Strachan MW, Reynolds RM, Brewster DH, Scelo G, Pukkala E, Hemminki K, Anderson A, Tracey E, Friis S, McBride ML, Kee-Seng C, Pompe-Kirn V, Kliewer EV, Tonita JM, Jonasson JG, Martos C, **Boffetta P**, Brennan P. Second primary cancers in thyroid cancer patients: a multinational record linkage study. J Clin Endocrinol Metab 2006;91:1819-25.

1084. Ioannidis JP, Gwinn M, Little J, Higgins JP, Bernstein JL, **Boffetta P**, Bondy M, Bray MS, Brenchley PE, Buffler PA, Casas JP, Chokkalingam A, Danesh J, Smith GD, Dolan S, Duncan R, Gruis NA, Hartge P, Hashibe M, Hunter DJ, Jarvelin MR, Malmer B, Maraganore DM, Newton-Bishop JA, O'Brien TR, Petersen G, Riboli E, Salanti G, Seminara D, Smeeth L, Taioli E, Timpson N, Uitterlinden AG, Vineis P, Wareham N, Winn DM, Zimmern R, Khoury MJ; Human Genome Epidemiology Network and the Network of Investigator Networks. A road map for efficient and reliable human genome epidemiology. Nat Genet 2006;38:3-5.

1085. Malekshah AF, Kimiagar M, Saadatian-Elahi M, Pourshams A, Nouraie M, Goglani G, Hoshiarrad A, Sadatsafavi M, Golestan B, Yoonesi A, Rakhshani N, Fahimi S, Nasrollahzadeh D, Salahi R, Ghafarpour A, Semnani S, Steghens JP, Abnet CC, Kamangar F, Dawsey SM, Brennan P, **Boffetta P**, Malekzadeh R. Validity and reliability of a new food frequency questionnaire compared to 24 h recalls and biochemical measurements: pilot phase of Golestan cohort study of esophageal cancer. Eur J Clin Nutr 2006;60:971-7.

1086. **Boffetta P**, Hashibe M. Alcohol and cancer. Lancet Oncol 2006;7:149-56.

1087. **Boffetta P**, Castaing M, Brennan P. A geographic correlation study of the incidence of pancreatic and other cancers in Whites. Eur J Epidemiol 2006;21:39-46.

1088. Shen M, **Boffetta P**, Olsen JH, Andersen A, Hemminki K, Pukkala E, Tracey E, Brewster DH, McBride ML, Pompe-Kirn V, Kliewer EV, Tonita JM, Chia KS, Martos C, Jonasson JG, Colin D, Scelo G, Brennan P. A pooled analysis of second primary pancreatic cancer. Am J Epidemiol 2006;163:502-11.

1089. Puente D, Hartge P, Greiser E, Cantor KP, King WD, Gonzalez CA, Cordier S, Vineis P, Lynge E, Chang-Claude J, Porru S, Tzonou A, Jockel KH, Serra C, Hours M, Lynch CF, Ranft U, Wahrendorf J, Silverman D, Fernandez F, **Boffetta P**, Kogevinas M. A pooled analysis of bladder cancer case-control studies evaluating smoking in men and women. Cancer Causes Control 2006;17:71-9.

1090. Rothman N, Skibola CF, Wang SS, Morgan G, Lan Q, Smith MT, Spinelli JJ, Willett E, De Sanjose S, Cocco P, Berndt SI, Brennan P, Brooks-Wilson A, Wacholder S, Becker N, Hartge P, Zheng T, Roman E, Holly EA, **Boffetta P**, Armstrong B, Cozen W, Linet M, Bosch FX, Ennas MG, Holford TR, Gallagher RP, Rollinson S, Bracci PM, Cerhan JR, Whitby D, Moore PS, Leaderer B, Lai A, Spink C, Davis S, Bosch R, Scarpa A, Zhang Y, Severson RK, Yeager M, Chanock S, Nieters A. Genetic variation in TNF and IL10 and risk of non-Hodgkin lymphoma: a report from the InterLymph Consortium. Lancet Oncol 2006;7:27-38.

1091. Soldan K, Pooley FD, Hansen J, Andersen A, Chang-Claude J, Ferro G, Ohgaki H, Skov BG, Cherrie JW, Saracci R, **Boffetta P**. Lung fibre burden in lung cancer cases employed in the rock and slag wool industry. Ann Occup Hyg 2006;50:241-8.

1092. Durusoy R, **Boffetta P**, Mannetje A, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Cassidy A, Mates D, Bencko V, Salajka F, Janout V, Fevotte J, Fletcher T, Brennan P. Lung cancer risk and occupational exposure to meat and live animals. Int J Cancer 2006;118:2543-7.

1093. Mellemkjaer L, Friis S, Olsen JH, Scelo G, Hemminki K, Tracey E, Andersen A, Brewster DH, Pukkala E, McBride ML, Kliewer EV, Tonita JM, Kee-Seng C, Pompe-Kirn V, Martos C, Jonasson JG, **Boffetta P**, Brennan P. Risk of second cancer among women with breast cancer. Int J Cancer 2006;118:2285-92.

1094. Fernberg P, Odenbro A, Bellocco R, **Boffetta P**, Pawitan Y, Adami J. Tobacco use, body mass index and the risk of malignant lymphomas--a nationwide cohort study in Sweden. Int J Cancer 2006;118:2298-302.

1095. Brennan P, Hsu CC, Moullan N, Szeszenia-Dabrowska N, Lissowska J, Zaridze D, Rudnai P, Fabianova E, Mates D, Bencko V, Foretova L, Janout V, Gemignani F, Chabrier A, Hall J, Hung

RJ, **Boffetta P**, Canzian F. Effect of cruciferous vegetables on lung cancer in patients stratified by genetic status: a mendelian randomisation approach. Lancet 2005;366:1558-60.

1096. Burstyn I, Kromhout H, Partanen T, Svane O, Langard S, Ahrens W, Kauppinen T, Stucker I, Shaham J, Heederik D, Ferro G, Heikkila P, Hooiveld M, Johansen C, Randem BG, **Boffetta P**. Polycyclic aromatic hydrocarbons and fatal ischemic heart disease. Epidemiol 2005;16:744-50.

1097. Hung RJ, Hall J, Brennan P, **Boffetta P**. Genetic polymorphisms in the base excision repair pathway and cancer risk: a HuGE review. Am J Epidemiol 2005;162:925-42.

1098. Campa D, Hung RJ, Mates D, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Bencko V, Foretova L, Janout V, **Boffetta P**, Brennan P, Canzian F. Lack of association between -251 T>A polymorphism of IL8 and lung cancer risk. Cancer Epidemiol Biomarkers Prev 2005;14:2457-8.

1099. Pianovski MA, Maluf EM, de Carvalho DS, Ribeiro RC, Rodriguez-Galindo C, **Boffetta P**, Zancanella P, Figueiredo BC. Mortality rate of adrenocortical tumors in children under 15 years of age in Curitiba, Brazil. Pediatr Blood Cancer 2006;47:56-60.

1100. **Boffetta P**. Molecular epidemiology: a tool for understanding mechanisms of disease. Eur J Surg Suppl 2002;587:62-9.

1101. De Stefani E, **Boffetta P**, Brennan P, Deneo-Pellegrini H, Ronco A, Gutierrez LP. Occupational exposures and risk of adenocarcinoma of the lung in Uruguay. Cancer Causes Control 2005;16:851-6.

1102. Bamia C, Orfanos P, Ferrari P, Overvad K, Hundborg HH, Tjonneland A, Olsen A, Kesse E, Boutron-Ruault MC, Clavel-Chapelon F, Nagel G, **Boffetta P**, Boeing H, Hoffmann K, Trichopoulos D, Baibas N, Psaltopoulou T, Norat T, Slimani N, Palli D, Krogh V, Panico S, Tumino R, Sacerdote C, Bueno-de-Mesquita HB, Ocke MC, Peeters PH, van Rossum CT, Quiros JR, Sanchez MJ, Navarro C, Barricarte A, Dorronsoro M, Berglund G, Wirfalt E, Hallmans G, Johansson I, Bingham S, Khaw KT, Spencer EA, Roddam AW, Riboli E, Trichopoulou A. Dietary patterns among older Europeans: the EPIC-Elderly study. Br J Nutr 2005;94:100-13.

1103. Castaing M, Youngson J, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Foretova L, Navratilova M, Janout V, Fletcher T, Brennan P, **Boffetta P**. Is the risk of lung cancer reduced among eczema patients? Am J Epidemiol 2005;162:542-7.

1104. Jansson C, Johansson AL, Bergdahl IA, Dickman PW, Plato N, Adami J, **Boffetta P**, Lagergren J. Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. Cancer Causes Control 2005;16:755-64.

1105. Figueiredo BC, Sandrini R, Zambetti GP, Pereira RM, Cheng C, Liu W, Lacerda L, Pianovski MA, Michalkiewicz E, Jenkins J, Rodriguez-Galindo C, Mastellaro MJ, Vianna S, Watanabe F, Sandrini F, Arram SB, **Boffetta P**, Ribeiro RC. Penetrance of adrenocortical tumours associated with the germline TP53 R337H mutation. J Med Genet 2006;43:91-6.

1106. Hung RJ, van der Hel O, Tavtigian SV, Brennan P, **Boffetta P**, Hashibe M. Perspectives on the molecular epidemiology of aerodigestive tract cancers. Mutat Res 2005;592:102-18.

1107. Ioannidis JP, Bernstein J, **Boffetta P**, Danesh J, Dolan S, Hartge P, Hunter D, Inskip P, Jarvelin MR, Little J, Maraganore DM, Bishop JA, O'Brien TR, Petersen G, Riboli E, Seminara D, Taioli E, Uitterlinden AG, Vineis P, Winn DM, Salanti G, Higgins JP, Khoury MJ. A network of investigator networks in human genome epidemiology. Am J Epidemiol 2005;162:302-4.

1108. Lissowska J, Bardin-Mikolajczak A, Fletcher T, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Fabianova E, Cassidy A, Mates D, Holcatova I, Vitova V, Janout V, Mannetje A, Brennan P, **Boffetta P**. Lung cancer and indoor pollution from heating and cooking with solid fuels: the IARC international multicentre case-control study in Eastern/Central Europe and the United Kingdom. Am J Epidemiol 2005;162:326-33.

1109. Nagel G, Altenburg HP, Nieters A, **Boffetta P**, Linseisen J. Reproductive and dietary determinants of the age at menopause in EPIC-Heidelberg. Maturitas 2005;52:337-47.

1110. Raimondi S, **Boffetta P**, Anttila S, Brockmoller J, Butkiewicz D, Cascorbi I, Clapper ML, Dragani TA, Garte S, Gsur A, Haidinger G, Hirvonen A, Ingelman-Sundberg M, Kalina I, Lan Q, Leoni VP, Le Marchand L, London SJ, Neri M, Povey AC, Rannug A, Reszka E, Ryberg D, Risch A, Romkes M, Ruano-Ravina A, Schoket B, Spinola M, Sugimura H, Wu X, Taioli E. Metabolic gene polymorphisms and lung cancer risk in non-smokers. An update of the GSEC study. Mutat Res 2005;592:45-57.

113

1111. Scelo G, **Boffetta P**, Hemminki K, Pukkala E, Olsen JH, Andersen A, Tracey E, Brewster DH, McBride ML, Kliewer EV, Tonita JM, Pompe-Kirn V, Chia KS, Jonasson JG, Martos C, Colin D, Brennan P. Associations between small intestine cancer and other primary cancers: an international population-based study. Int J Cancer 2006;118:189-96.

1112. Dikshit RP, **Boffetta P**, Bouchardy C, Merletti F, Crosignani P, Cuchi T, Ardanaz E, Brennan P. Lifestyle habits as prognostic factors in survival of laryngeal and hypopharyngeal cancer: a multicentric European study. Int J Cancer 2005;117:992-5.

1113. Hoffmann K, Boeing H, **Boffetta P**, Nagel G, Orfanos P, Ferrari P, Bamia C. Comparison of two statistical approaches to predict all-cause mortality by dietary patterns in German elderly subjects. Br J Nutr 2005;93:709-16.

1114. Brennan P, Scelo G, Hemminki K, Mellemkjaer L, Tracey E, Andersen A, Brewster DH, Pukkala E, McBride ML, Kliewer EV, Tonita JM, Seow A, Pompe-Kirn V, Martos C, Jonasson JG, Colin D, **Boffetta P**. Second primary cancers among 109 000 cases of non- Hodgkin's lymphoma. Br J Cancer 2005;93:159-66.

1115. Le Calvez F, Mukeria A, Hunt JD, Kelm O, Hung RJ, Taniere P, Brennan P, **Boffetta P**, Zaridze DG, Hainaut P. TP53 and KRAS mutation load and types in lung cancers in relation to tobacco smoke: distinct patterns in never, former, and current smokers. Cancer Res 2005;65:5076-83.

1116. Rossner P, **Boffetta P**, Ceppi M, Bonassi S, Smerhovsky Z, Landa K, Juzova D, Sram RJ. Chromosomal aberrations in lymphocytes of healthy subjects and risk of cancer. Environ Health Perspect 2005;113:517-20.

1117. De Stefani E, **Boffetta P**, Ronco AL, Correa P, Oreggia F, Deneo-Pellegrini H, Mendilaharsu M, Leiva J. Dietary patterns and risk of cancer of the oral cavity and pharynx in Uruguay. Nutr Cancer 2005;51:132-9.

1118. Dikshit RP, **Boffetta P**, Bouchardy C, Merletti F, Crosignani P, Cuchi T, Ardanaz E, Brennan P. Risk factors for the development of second primary tumors among men after laryngeal and hypopharyngeal carcinoma. Cancer 2005;103:2326-33.

1119. Hung RJ, Brennan P, Canzian F, Szeszenia-Dabrowska N, Zaridze D, Lissowska J, Rudnai P, Fabianova E, Mates D, Foretova L, Janout V, Bencko V, Chabrier A, Borel S, Hall J, **Boffetta P**. Large-scale investigation of base excision repair genetic polymorphisms and lung cancer risk in a multicenter study. J Natl Cancer Inst 2005;97:567-76.

1120. Trichopoulou A, Orfanos P, Norat T, Bueno-de-Mesquita B, Ocke MC, Peeters PH, van der Schouw YT, Boeing H, Hoffmann K, **Boffetta P**, Nagel G, Masala G, Krogh V, Panico S, Tumino R, Vineis P, Bamia C, Naska A, Benetou V, Ferrari P, Slimani N, Pera G, Martinez- Garcia C, Navarro C, Rodriguez-Barranco M, Dorronsoro M, Spencer EA, Key TJ, Bingham S, Khaw KT, Kesse E, Clavel-Chapelon F, Boutron-Ruault MC, Berglund G, Wirfalt E, Hallmans G, Johansson I, Tjonneland A, Olsen A, Overvad K, Hundborg HH, Riboli E, Trichopoulos D. Modified Mediterranean diet and survival: EPIC-elderly prospective cohort study. BMJ 2005;330:991.

1121. Kamangar F, Strickland PT, Pourshams A, Malekzadeh R, **Boffetta P**, Roth MJ, Abnet CC, Saadatian-Elahi M, Rakhshani N, Brennan P, Etemadi A, Dawsey SM. High exposure to polycyclic aromatic hydrocarbons may contribute to high risk of esophageal cancer in northeastern Iran. Anticancer Res 2005;25:425-8.

1122. Hemminki K, Scelo G, **Boffetta P**, Mellemkjaer L, Tracey E, Andersen A, Brewster DH, Pukkala E, McBride M, Kliewer EV, Chia KS, Pompe-Kirn V, Martos C, Jonasson JG, Li X, Brennan P. Second primary malignancies in patients with male breast cancer. Br J Cancer 2005;92:1288-92.

1123. Odenbro A, Bellocco R, **Boffetta P**, Lindelof B, Adami J. Tobacco smoking, snuff dipping and the risk of cutaneous squamous cell carcinoma: a nationwide cohort study in Sweden. Br J Cancer 2005;92:1326-8.

1124. De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Ronco AL, Correa P, Mendilaharsu M. The role of vegetable and fruit consumption in the aetiology of squamous cell carcinoma of the oesophagus: a case-control study in Uruguay. Int J Cancer 2005;116:130-5.

1125. Kvam BM, Romundstad PR, **Boffetta P**, Andersen A. Cancer in the Norwegian printing industry. Scand J Work Environ Health 2005;31:36-43.

1126. Campa D, Hung RJ, Mates D, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Bencko V, Foretova L, Janout V, **Boffetta P**, Brennan P, Canzian F. Lack of association between polymorphisms in inflammatory genes and lung cancer risk. Cancer

Epidemiol Biomarkers Prev 2005;14:538-9.

1127. **Boffetta P**, Mannetje A, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Mates D, Bencko V, Navratilova M, Janout V, Cardis E, Fevotte J, Fletcher T, Brennan P. Occupational X-ray examinations and lung cancer risk. Int J Cancer 2005;115:263-7.

1128. Richiardi L, Forastiere F, **Boffetta P**, Simonato L, Merletti F. Effect of different approaches to treatment of smoking as a potential confounder in a case-control study on occupational exposures. Occup Environ Med 2005;62:101-4.

1129. **Boffetta P**, Aagnes B, Weiderpass E, Andersen A. Smokeless tobacco use and risk of cancer of the pancreas and other organs. Int J Cancer 2005;114:992-5.

1130. De Stefani E, Correa P, **Boffetta P**, Deneo-Pellegrini H, Ronco AL, Mendilaharsu M. Dietary patterns and risk of gastric cancer: a case-control study in Uruguay. Gastric Cancer 2004;7:211-20.

1131. 't Mannetje A, McLean D, Cheng S, **Boffetta P**, Colin D, Pearce N. Mortality in New Zealand workers exposed to phenoxy herbicides and dioxins. Occup Environ Med 2005;62:34-40.

1132. De Stefani E, **Boffetta P**, Ronco AL, Brennan P, Correa P, Deneo-Pellegrini H, Gutierrez LP, Mendilaharsu M. Squamous and small cell carcinomas of the lung: similarities and differences concerning the role of tobacco smoking. Lung Cancer 2005;47:1-8.

1133. **Boffetta P**. Risk of acute myeloid leukemia after exposure to diesel exhaust: a review of the epidemiologic evidence. J Occup Environ Med 2004;46:1076-83.

1134. Pourshams A, Saadatian-Elahi M, Nouraie M, Malekshah AF, Rakhshani N, Salahi R, Yoonessi A, Semnani S, Islami F, Sotoudeh M, Fahimi S, Sadjadi AR, Nasrollahzadeh D, Aghcheli K, Kamangar F, Abnet CC, Saidi F, Sewram V, Strickland PT, Dawsey SM, Brennan P, **Boffetta P**, Malekzadeh R. Golestan cohort study of oesophageal cancer: feasibility and first results. Br J Cancer 2005;92:176-81.

1135. Siemiatycki J, Richardson L, Straif K, Latreille B, Lakhani R, Campbell S, Rousseau MC, **Boffetta P**. Listing occupational carcinogens. Environ Health Perspect 2004;112:1447-59 (Erratum in: Environ Health Perspect 2005;113:A89).

1136. Randem BG, Burstyn I, Langard S, Svane O, Jarvholm B, Kauppinen T, Bergdahl IA, Johansen C, Hansen J, Partanen T, Kromhout H, Ferro G, **Boffetta P**. Cancer incidence of Nordic asphalt workers. Scand J Work Environ Health 2004;30:350-5.

1137. Hunt JD, van der Hel OL, McMillan GP, **Boffetta P**, Brennan P. Renal cell carcinoma in relation to cigarette smoking: meta-analysis of 24 studies. Int J Cancer 2005;114:101-8.

1138. De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Brennan P, Correa P, Oreggia F, Ronco AL, Mendilaharsu M. Supraglottic and glottic carcinomas: epidemiologically distinct entities? Int J Cancer 2004;112:1065-71.

1139. Korhonen K, Liukkonen T, Ahrens W, Astrakianakis G, **Boffetta P**, Burdorf A, Heederik D, Kauppinen T, Kogevinas M, Osvoll P, Rix BA, Saalo A, Sunyer J, Szadkowska-Stanczyk I, Teschke K, Westberg H, Widerkiewicz K. Occupational exposure to chemical agents in the paper industry. Int Arch Occup Environ Health 2004;77:451-60.

1140. Vogl FD, Taioli E, Maugard C, Zheng W, Pinto LF, Ambrosone C, Parl FF, Nedelcheva-Kristensen V, Rebbeck TR, Brennan P, **Boffetta P**. Glutathione S-transferases M1, T1, and P1 and breast cancer: a pooled analysis. Cancer Epidemiol Biomarkers Prev 2004;13:1473- 9.

1141. **Boffetta P**. Epidemiology of environmental and occupational cancer. Oncogene 2004;23:6392-403.

1142. Crispo A, Brennan P, Jockel KH, Schaffrath-Rosario A, Wichmann HE, Nyberg F, Simonato L, Merletti F, Forastiere F, **Boffetta P**, Darby S. The cumulative risk of lung cancer among current, ex- and never-smokers in European men. Br J Cancer 2004;91:1280- 6.

1143. Scelo G, Constantinescu V, Csiki I, Zaridze D, Szeszenia-Dabrowska N, Rudnai P, Lissowska J, Fabianova E, Cassidy A, Slamova A, Foretova L, Janout V, Fevotte J, Fletcher T, Mannetje A, Brennan P, **Boffetta P**. Occupational exposure to vinyl chloride, acrylonitrile and styrene and lung cancer risk (Europe). Cancer Causes Control 2004;15:445- 52.

1144. **Boffetta P**, Soutar A, Cherrie JW, Granath F, Andersen A, Anttila A, Blettner M, Gaborieau V, Klug SJ, Langard S, Luce D, Merletti F, Miller B, Mirabelli D, Pukkala E, Adami HO, Weiderpass E. Mortality among workers employed in the titanium dioxide production industry in

Europe. Cancer Causes Control 2004;15:697-706.

1145. Gormally E, Hainaut P, Caboux E, Airoldi L, Autrup H, Malaveille C, Dunning A, Garte S, Matullo G, Overvad K, Tjonneland A, Clavel-Chapelon F, **Boffetta P**, Boeing H, Trichopoulou A, Palli D, Krogh V, Tumino R, Panico S, Bueno-de-Mesquita HB, Peeters PH, Lund E, Gonzalez CA, Martinez C, Dorronsoro M, Barricarte A, Tormo MJ, Quiros JR, Berglund G, Hallmans G, Day NE, Key TJ, Veglia F, Peluso M, Norat T, Saracci R, Kaaks R, Riboli E, Vineis P. Amount of DNA in plasma and cancer risk: a prospective study. Int J Cancer 2004;111:746-9 (Erratum in: Int J Cancer 2006;119:476).

1146. Abnet CC, Saadatian-Elahi M, Pourshams A, **Boffetta P**, Feizzadeh A, Brennan P, Taylor PR, Kamangar F, Dawsey SM, Malekzadeh R. Reliability and validity of opiate use self- report in a population at high risk for esophageal cancer in Golestan, Iran. Cancer Epidemiol Biomarkers Prev 2004;13:1068-70.

1147. Hung RJ, Brennan P, Malaveille C, Porru S, Donato F, **Boffetta P**, Witte JS. Using hierarchical modeling in genetic association studies with multiple markers: application to a case-control study of bladder cancer. Cancer Epidemiol Biomarkers Prev 2004;13:1013-21.

1148. De Stefani E, Deneo-Pellegrini H, **Boffetta P**, Brennan P, Ronco A, Gutierrez LP, Mendilaharsu M. Cigarette smoking and risk of large cell carcinoma of the lung: a case- control study in Uruguay. Lung Cancer 2004;43:267-74.

1149. Hung RJ, **Boffetta P**, Brennan P, Malaveille C, Hautefeuille A, Donato F, Gelatti U, Spaliviero M, Placidi D, Carta A, Scotto di Carlo A, Porru S. GST, NAT, SULT1A1, CYP1B1 genetic polymorphisms, interactions with environmental exposures and bladder cancer risk in a high-risk population. Int J Cancer 2004;110:598-604.

1150. Richiardi L, **Boffetta P**, Simonato L, Forastiere F, Zambon P, Fortes C, Gaborieau V, Merletti F. Occupational risk factors for lung cancer in men and women: a population-based case-control study in Italy. Cancer Causes Control 2004;15:285-94.

1151. Smits KM, Benhamou S, Garte S, Weijenberg MP, Alamanos Y, Ambrosone C, Autrup H, Autrup JL, Baranova H, Bathum L, **Boffetta P**, Bouchardy C, Brockmoller J, Butkiewicz D, Cascorbi I, Clapper ML, Coutelle C, Daly AK, Muzi G, Dolzan V, Duzhak TG, Farker K, Golka K, Haugen A, Hein DW, Hildesheim A, Hirvonen A, Hsieh LL, Ingelman-Sundberg M, Kalina I, Kang D, Katoh T, Kihara M, Ono-Kihara M, Kim H, Kiyohara C, Kremers P, Lazarus P, Le Marchand L, Lechner MC, London S, Manni JJ, Maugard CM, Morgan GJ, Morita S, Nazar-Stewart V, Kristensen VN, Oda Y, Parl FF, Peters WH, Rannug A, Rebbeck T, Pinto LF, Risch A, Romkes M, Salagovic J, Schoket B, Seidegard J, Shields PG, Sim E, Sinnett D, Strange RC, Stucker I, Sugimura H, To-Figueras J, Vineis P, Yu MC, Zheng W, Pedotti P, Taioli E. Association of metabolic gene polymorphisms with tobacco consumption in healthy controls. Int J Cancer 2004;110:266-70.

1152. Toraason M, Albertini R, Bayard S, Bigbee W, Blair A, **Boffetta P**, Bonassi S, Chanock S, Christiani D, Eastmond D, Hanash S, Henry C, Kadlubar F, Mirer F, Nebert D, Rapport S, Rest K, Rothman N, Ruder A, Savage R, Schulte P, Siemiatycki J, Shields P, Smith M, Tolbert P, Vermeulen R, Vineis P, Wacholder S, Ward E, Waters M, Weston A. Applying new biotechnologies to the study of occupational cancer--a workshop summary. Environ Health Perspect 2004;112:413-6.

1153. Haldorsen T, Andersen A, **Boffetta P**. Smoking-adjusted incidence of lung cancer by occupation among Norwegian men. Cancer Causes Control 2004;15:139-47.

1154. Cohet C, Borel S, Nyberg F, Mukeria A, Bruske-Hohlfeld I, Constantinescu V, Benhamou S, Brennan P, Hall J, **Boffetta P**. Exon 5 polymorphisms in the O6-alkylguanine DNA alkyltransferase gene and lung cancer risk in non-smokers exposed to second-hand smoke. Cancer Epidemiol Biomarkers Prev 2004;13:320-3.

1155. **Boffetta P**, Nyberg F. Contribution of environmental factors to cancer risk. Br Med Bull 2003;68:71-94.

1156. Kogevinas M, 't Mannetje A, Cordier S, Ranft U, Gonzalez CA, Vineis P, Chang-Claude J, Lynge E, Wahrendorf J, Tzonou A, Jockel KH, Serra C, Porru S, Hours M, Greiser E, **Boffetta P**. Occupation and bladder cancer among men in Western Europe. Cancer Causes Control 2003;14:907-14.

1157. Brennan P, Buffler PA, Reynolds P, Wu AH, Wichmann HE, Agudo A, Pershagen G, Jockel KH,

116

Benhamou S, Greenberg RS, Merletti F, Winck C, Fontham ET, Kreuzer M, Darby SC, Forastiere F, Simonato L, **Boffetta P**. Secondhand smoke exposure in adulthood and risk of lung cancer among never smokers: a pooled analysis of two large studies. Int J Cancer 2004;109:125-31.

1158. Hung RJ, **Boffetta P**, Brennan P, Malaveille C, Gelatti U, Placidi D, Carta A, Hautefeuille A, Porru S. Genetic polymorphisms of MPO, COMT, MnSOD, NQO1, interactions with environmental exposures and bladder cancer risk. Carcinogenesis 2004;25:973-8.

1159. Hashibe M, Brennan P, Strange RC, Bhisey R, Cascorbi I, Lazarus P, Oude Ophuis MB, Benhamou S, Foulkes WD, Katoh T, Coutelle C, Romkes M, Gaspari L, Taioli E, **Boffetta P.** Meta- and pooled analyses of GSTM1, GSTT1, GSTP1, and CYP1A1 genotypes and risk of head and neck cancer. Cancer Epidemiol Biomarkers Prev 2003;12:1509-17.

1160. Brennan P, Lewis S, Hashibe M, Bell DA, **Boffetta P**, Bouchardy C, Caporaso N, Chen C, Coutelle C, Diehl SR, Hayes RB, Olshan AF, Schwartz SM, Sturgis EM, Wei Q, Zavras AI, Benhamou S. Pooled analysis of alcohol dehydrogenase genotypes and head and neck cancer: a HuGE review. Am J Epidemiol 2004;159:1-16.

1161. Burstyn I, **Boffetta P**, Jarvholm B, Partanen T, Svane O, Langard S, Kauppinen T, Stucker I, Shaham J, Heederik D, Ahrens W, Bergdahl I, Cenee S, Hooiveld M, Randem BG, Johansen C, Ferro G, Kromhout H. Risk of fatal industrial accidents and death from other external causes among asphalt workers. Occup Environ Med 2004;61:86-8.

1162. Shen M, Hung RJ, Brennan P, Malaveille C, Donato F, Placidi D, Carta A, Hautefeuille A, **Boffetta P**, Porru S. Polymorphisms of the DNA repair genes XRCC1, XRCC3, XPD, interaction with environmental exposures, and bladder cancer risk in a case-control study in northern Italy. Cancer Epidemiol Biomarkers Prev 2003;12:1234-40.

1163. Men T, Brennan P, **Boffetta P**, Zaridze D. Russian mortality trends for 1991-2001: analysis by cause and region. BMJ 2003;327:964.

1164. De Stefani E, Deneo-Pellegrini H, Ronco AL, **Boffetta P**, Brennan P, Munoz N, Castellsague X, Correa P, Mendilaharsu M. Food groups and risk of squamous cell carcinoma of the oesophagus: a case-control study in Uruguay. Br J Cancer 2003;89:1209- 14.

1165. Gajalakshmi V, Hung RJ, Mathew A, Varghese C, Brennan P, **Boffetta P**. Tobacco smoking and chewing, alcohol drinking and lung cancer risk among men in southern India. Int J Cancer 2003;107:441-7.

1166. 't Mannetje A, Fevotte J, Fletcher T, Brennan P, Legoza J, Szeremi M, Paldy A, Brzeznicki S, Gromiec J, Ruxanda-Artenie C, Stanescu-Dumitru R, Ivanov N, Shterengorz R, Hettychova L, Krizanova D, Cassidy A, van Tongeren M, **Boffetta P**. Assessing exposure misclassification by expert assessment in multicenter occupational studies. Epidemiol 2003;14:585-92.

1167. Travier N, Gridley G, Blair A, Dosemeci M, **Boffetta P**. Cancer incidence among male Swedish veterinarians and other workers of the veterinary industry: a record-linkage study. Cancer Causes Control 2003;14:587-93.

1168. Burstyn I, **Boffetta P**, Heederik D, Partanen T, Kromhout H, Svane O, Langard S, Frentzel-Beyme R, Kauppinen T, Stucker I, Shaham J, Ahrens W, Cenee S, Ferro G, Heikkila P, Hooiveld M, Johansen C, Randem BG, Schill W. Mortality from obstructive lung diseases and exposure to polycyclic aromatic hydrocarbons among asphalt workers. Am J Epidemiol 2003;158:468-78.

1169. Soliman AS, Wang X, DiGiovanni J, Eissa S, Morad M, Vulimiri S, Mahgoub KG, Johnston DA, Do KA, Seifeldin IA, **Boffetta P**, Bondy ML. Serum organochlorine levels and history of lactation in Egypt. Environ Res 2003;92:110-7.

1170. Boyle P, Autier P, Bartelink H, Baselga J, **Boffetta P**, Burn J, Burns HJ, Christensen L, Denis L, Dicato M, Diehl V, Doll R, Franceschi S, Gillis CR, Gray N, Griciute L, Hackshaw A, Kasler M, Kogevinas M, Kvinnsland S, La Vecchia C, Levi F, McVie JG, Maisonneuve P, Martin-Moreno JM, Bishop JN, Oleari F, Perrin P, Quinn M, Richards M, Ringborg U, Scully C, Siracka E, Storm H, Tubiana M, Tursz T, Veronesi U, Wald N, Weber W, Zaridze DG, Zatonski W, zur Hausen H. European Code Against Cancer and scientific justification: third version (2003). Ann Oncol 2003;14:973-1005.

1171. **Boffetta P**, Matisane L, Mundt KA, Dell LD. Meta-analysis of studies of occupational exposure to vinyl chloride in relation to cancer mortality. Scand J Work Environ Health 2003;29:220-9.

1172. Sewram V, De Stefani E, Brennan P, **Boffetta P**. Mate consumption and the risk of squamous cell esophageal cancer in uruguay. Cancer Epidemiol Biomarkers Prev 2003;12:508-13.

117

1173. Berrino F, Richiardi L, **Boffetta P**, Esteve J, Belletti I, Raymond L, Troschel L, Pisani P, Zubiri L, Ascunce N, Guberan E, Tuyns A, Terracini B, Merletti F; Milan JEM Working Group. Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case-control study in France, Italy, Spain and Switzerland. Cancer Causes Control 2003;14:213-23.

1174. **Boffetta P**, Richiardi L, Berrino F, Esteve J, Pisani P, Crosignani P, Raymond L, Zubiri L, Del Moral A, Lehmann W, Donato F, Terracini B, Tuyns A, Merletti F. Occupation and larynx and hypopharynx cancer: an international case-control study in France, Italy, Spain, and Switzerland. Cancer Causes Control 2003;14:203-12.

1175. Hung RJ, **Boffetta P**, Brockmoller J, Butkiewicz D, Cascorbi I, Clapper ML, Garte S, Haugen A, Hirvonen A, Anttila S, Kalina I, Le Marchand L, London SJ, Rannug A, Romkes M, Salagovic J, Schoket B, Gaspari L, Taioli E. CYP1A1 and GSTM1 genetic polymorphisms and lung cancer risk in Caucasian non-smokers: a pooled analysis. Carcinogenesis 2003;24:875-82.

1176. Parikh S, Brennan P, **Boffetta P**. Meta-analysis of social inequality and the risk of cervical cancer. Int J Cancer 2003;105:687-91.

1177. Znaor A, Brennan P, Gajalakshmi V, Mathew A, Shanta V, Varghese C, **Boffetta P**. Independent and combined effects of tobacco smoking, chewing and alcohol drinking on the risk of oral, pharyngeal and esophageal cancers in Indian men. Int J Cancer 2003;105:681-6.

1178. Taioli E, Gaspari L, Benhamou S, **Boffetta P**, Brockmoller J, Butkiewicz D, Cascorbi I, Clapper ML, Dolzan V, Haugen A, Hirvonen A, Husgafvel-Pursiainen K, Kalina I, Kremers P, Le Marchand L, London SJ, Rannug A, Romkes M, Schoket B, Seidegard J, Strange RC, Stucker I, To-Figueras J, Garte S. Polymorphisms in CYP1A1, GSTM1, GSTT1 and lung cancer below the age of 45 years. Int J Epidemiol 2003;32:60-3.

1179. Shaham J, Knecht Y, Burstyn I, Kromhout H, Ferro G, Partanen T, **Boffetta P**. Epidemiologic study of cancer mortality among Israeli asphalt workers. Am J Ind Med 2003;43:69-78.

1180. Stucker I, Meguellati D, **Boffetta P**, Cenee S, Margelin D, Hemon D. Cohort mortality study among French asphalt workers. Am J Ind Med 2003;43:58-68.

1181. Kauppinen T, Heikkila P, Partanen T, Virtanen SV, Pukkala E, Ylostalo P, Burstyn I, Ferro G, **Boffetta P**. Mortality and cancer incidence of workers in Finnish road paving companies. Am J Ind Med 2003;43:49-57.

1182. Burstyn I, **Boffetta P**, Kauppinen T, Heikkila P, Svane O, Partanen T, Stucker I, Frentzel- Beyme R, Ahrens W, Merzenich H, Heederik D, Hooiveld M, Brunekreef B, Langard S, Randem BG, Jarvholm B, Bergdahl IA, Shaham J, Ferro G, Kromhout H. Performance of different exposure assessment approaches in a study of bitumen fume exposure and lung cancer mortality. Am J Ind Med 2003;43:40-8.

1183. **Boffetta P**, Burstyn I, Partanen T, Kromhout H, Svane O, Langard S, Jarvholm B, Frentzel- Beyme R, Kauppinen T, Stucker I, Shaham J, Heederik D, Ahrens W, Bergdahl IA, Cenee S, Ferro G, Heikkila P, Hooiveld M, Johansen C, Randem BG, Schill W. Cancer mortality among European asphalt workers: an international epidemiological study. II. Exposure to bitumen fume and other agents. Am J Ind Med 2003;43:28-39.

1184. **Boffetta P**, Burstyn I, Partanen T, Kromhout H, Svane O, Langard S, Jarvholm B, Frentzel- Beyme R, Kauppinen T, Stucker I, Shaham J, Heederik D, Ahrens W, Bergdahl IA, Cenee S, Ferro G, Heikkila P, Hooiveld M, Johansen C, Randem BG, Schill W. Cancer mortality among European asphalt workers: an international epidemiological study. I. Results of the analysis based on job titles. Am J Ind Med 2003;43:18-27.

1185. Burstyn I, **Boffetta P**, Kauppinen T, Heikkila P, Svane O, Partanen T, Stucker I, Frentzel- Beyme R, Ahrens W, Merzenich H, Heederik D, Hooiveld M, Langard S, Randem BG, Jarvholm B, Bergdahl I, Shaham J, Ribak J, Kromhout H. Estimating exposures in the asphalt industry for an international epidemiological cohort study of cancer risk. Am J Ind Med 2003;43:3-17.

1186. Richiardi L, **Boffetta P**, Merletti F. Analysis of nonresponse bias in a population-based case-control study on lung cancer. J Clin Epidemiol 2002;55:1033-40.

1187. Travier N, Gridley G, De Roos AJ, Plato N, Moradi T, **Boffetta P**. Cancer incidence of dry cleaning, laundry and ironing workers in Sweden. Scand J Work Environ Health 2002;28:341-8.

1188. 't Mannetje A, Steenland K, Attfield M, **Boffetta P**, Checkoway H, DeKlerk N, Koskela RS. Exposure-response analysis and risk assessment for silica and silicosis mortality in a pooled

analysis of six cohorts. Occup Environ Med 2002;59:723-8.

1189. De Stefani E, Correa P, Deneo-Pellegrini H, **Boffetta P**, Gutierrez LP, Ronco A, Brennan P, Mendilaharsu M. Alcohol intake and risk of adenocarcinoma of the lung. A case-control study in Uruguay. Lung Cancer 2002;38:9-14.

1190. De Stefani E, Brennan P, Ronco A, Fierro L, Correa P, **Boffetta P**, Deneo-Pellegrini H, Barrios E. Food groups and risk of lung cancer in Uruguay. Lung Cancer 2002;38:1-7.

1191. Lee WJ, Teschke K, Kauppinen T, Andersen A, Jappinen P, Szadkowska-Stanczyk I, Pearce N, Persson B, Bergeret A, Facchini LA, Kishi R, Kielkowski D, Rix BA, Henneberger P, Sunyer J, Colin D, Kogevinas M, **Boffetta P**. Mortality from lung cancer in workers exposed to sulfur dioxide in the pulp and paper industry. Environ Health Perspect 2002;110:991-5.

1192. Kuper H, **Boffetta P**, Adami HO. Tobacco use and cancer causation: association by tumour type. J Intern Med 2002;252:206-24.

1193. Burstyn I, **Boffetta P**, Burr GA, Cenni A, Knecht U, Sciarra G, Kromhout H. Validity of empirical models of exposure in asphalt paving. Occup Environ Med 2002;59:620-4.

1194. Partanen T, Johansson M, Ahrens W, Sala M, Wesseling C, **Boffetta P**, Brenes F, Font C, Frentzel-Beyme R, Garau I, Janer G, Kallas-Tarpila T, Kogevinas M, Loponen M, Ostergren L, Peltomaki P, Soler MD, Svanstrom L, Tempel J, Neuvonen K. Assessment of feasibility of workplace health promotion. Prev Med 2002;35:232-40.

1195. Deneo-Pellegrini H, **Boffetta P**, De Stefani E, Ronco A, Brennan P, Mendilaharsu M. Plant foods and differences between colon and rectal cancers. Eur J Cancer Prev 2002;11:369-75.

1196. Kauppinen T, Teschke K, Astrakianakis G, **Boffetta P**, Colin D, Keefe A, Korhonen K, Liukkonen T, Nicol AM, Pannett B, Westberg H. Assessment of exposure in an international study on cancer risks among pulp, paper, and paper product workers. AIHA J 2002;63:254-61.

1197. Benhamou S, Lee WJ, Alexandrie AK, **Boffetta P**, Bouchardy C, Butkiewicz D, Brockmoller J, Clapper ML, Daly A, Dolzan V, Ford J, Gaspari L, Haugen A, Hirvonen A, Husgafvel-Pursiainen K, Ingelman-Sundberg M, Kalina I, Kihara M, Kremers P, Le Marchand L, London SJ, Nazar-Stewart V, Onon-Kihara M, Rannug A, Romkes M, Ryberg D, Seidegard J, Shields P, Strange RC, Stucker I, To-Figueras J, Brennan P, Taioli E. Meta- and pooled analyses of the effects of glutathione S-transferase M1 polymorphisms and smoking on lung cancer risk. Carcinogenesis 2002;23:1343-50 (Erratum in: Carcinogenesis 2002;23:1771).

1198. Lee WJ, Brennan P, **Boffetta P**, London SJ, Benhamou S, Rannug A, To-Figueras J, Ingelman-Sundberg M, Shields P, Gaspari L, Taioli E. Microsomal epoxide hydrolase polymorphisms and lung cancer risk: a quantitative review. Biomarkers 2002;7:230-41.

1199. Wesseling C, Pukkala E, Neuvonen K, Kauppinen T, **Boffetta P**, Partanen T. Cancer of the brain and nervous system and occupational exposures in Finnish women. J Occup Environ Med 2002;44:663-8.

1200. Engel LS, Taioli E, Pfeiffer R, Garcia-Closas M, Marcus PM, Lan Q, **Boffetta P**, Vineis P, Autrup H, Bell DA, Branch RA, Brockmoller J, Daly AK, Heckbert SR, Kalina I, Kang D, Katoh T, Lafuente A, Lin HJ, Romkes M, Taylor JA, Rothman N. Pooled analysis and meta- analysis of glutathione S-transferase M1 and bladder cancer: a HuGE review. Am J Epidemiol 2002;156:95-109.

1201. Kjaerheim K, **Boffetta P**, Hansen J, Cherrie J, Chang-Claude J, Eilber U, Ferro G, Guldner K, Olsen JH, Plato N, Proud L, Saracci R, Westerholm P, Andersen A. Lung cancer among rock and slag wool production workers. Epidemiol 2002;13:445-53.

1202. Carel R, **Boffetta P**, Kauppinen T, Teschke K, Andersen A, Jappinen P, Pearce N, Rix BA, Bergeret A, Coggon D, Persson B, Szadkowska-Stanczyk I, Kielkowski D, Henneberger P, Kishi R, Facchini LA, Sala M, Colin D, Kogevinas M. Exposure to asbestos and lung and pleural cancer mortality among pulp and paper industry workers. J Occup Environ Med 2002;44:579-84.

1203. **Boffetta P**. Involuntary smoking and lung cancer. Scand J Work Environ Health 2002;28(Suppl 2):30-40.

1204. McLean D, Colin D, **Boffetta P**, Pearce N. Mortality and cancer incidence in New Zealand pulp and paper mill workers. N Z Med J 2002;115:186-90.

1205. Kuper H, Adami HO, **Boffetta P**. Tobacco use, cancer causation and public health impact. J Intern Med. 2002;251:455-66.

1206. Wunsch-Filho V, **Boffetta P**, Colin D, Moncau JE. Familial cancer aggregation and the risk of lung cancer. Sao Paulo Med J 2002;120:38-44.

1207. De Stefani E, Ronco A, Brennan P, **Boffetta P**. Meat consumption and risk of stomach cancer in Uruguay: a case-control study. Nutr Cancer 2001;40:103-7.

1208. Bhurgri Y, Decullier E, Bhurgri A, Nassar S, Usman A, Brennan P, **Boffetta P**. A case- control study of lung cancer in Karachi, Pakistan. Int J Cancer 2002;98:952-5.

1209. Luce D, Leclerc A, Begin D, Demers PA, Gerin M, Orlowski E, Kogevinas M, Belli S, Bugel I, Bolm-Audorff U, Brinton LA, Comba P, Hardell L, Hayes RB, Magnani C, Merler E, Preston-Martin S, Vaughan TL, Zheng W, **Boffetta P**. Sinonasal cancer and occupational exposures: a pooled analysis of 12 case-control studies. Cancer Causes Control 2002;13:147-57.

1210. **Boffetta P**, Nyberg F, Mukeria A, Benhamou S, Constantinescu V, Batura-Gabryel H, Bruske-Hohlfeld I, Schmid G, Simonato L, Pelkonen P, Hall J. O6-Alkylguanine-DNA- alkyltransferase activity in peripheral leukocytes, smoking and risk of lung cancer. Cancer Lett 2002;180:33-9.

1211. **Boffetta P**, Gridley G, Lindelof B. Cancer risk in a population-based cohort of patients hospitalized for psoriasis in Sweden. J Invest Dermatol 2001;117:1531-7.

1212. Korte JE, Brennan P, Henley SJ, **Boffetta P**. Dose-specific meta-analysis and sensitivity analysis of the relation between alcohol consumption and lung cancer risk. Am J Epidemiol 2002;155:496-506.

1213. Donato F, Tagger A, Gelatti U, Parrinello G, **Boffetta P**, Albertini A, Decarli A, Trevisi P, Ribero ML, Martelli C, Porru S, Nardi G. Alcohol and hepatocellular carcinoma: the effect of lifetime intake and hepatitis virus infections in men and women. Am J Epidemiol 2002;155:323-31.

1214. Stucker I, **Boffetta P**, Antilla S, Benhamou S, Hirvonen A, London S, Taioli E. Lack of interaction between asbestos exposure and glutathione S-transferase M1 and T1 genotypes in lung carcinogenesis. Cancer Epidemiol Biomarkers Prev 2001;10:1253-8.

1215. Garte S, Gaspari L, Alexandrie AK, Ambrosone C, Autrup H, Autrup JL, Baranova H, Bathum L, Benhamou S, **Boffetta P**, Bouchardy C, Breskvar K, Brockmoller J, Cascorbi I, Clapper ML, Coutelle C, Daly A, Dell'Omo M, Dolzan V, Dresler CM, Fryer A, Haugen A, Hein DW, Hildesheim A, Hirvonen A, Hsieh LL, Ingelman-Sundberg M, Kalina I, Kang D, Kihara M, Kiyohara C, Kremers P, Lazarus P, Le Marchand L, Lechner MC, van Lieshout EM, London S, Manni JJ, Maugard CM, Morita S, Nazar-Stewart V, Noda K, Oda Y, Parl FF, Pastorelli R, Persson I, Peters WH, Rannug A, Rebbeck T, Risch A, Roelandt L, Romkes M, Ryberg D, Salagovic J, Schoket B, Seidegard J, Shields PG, Sim E, Sinnet D, Strange RC, Stucker I, Sugimura H, To-Figueras J, Vineis P, Yu MC, Taioli E. Metabolic gene polymorphism frequencies in control populations. Cancer Epidemiol Biomarkers Prev 2001;10:1239-48.

1216. De Stefani E, Brennan P, **Boffetta P**, Mendilaharsu M, Deneo-Pellegrini H, Ronco A, Olivera L, Kasdorf H. Diet and adenocarcinoma of the lung: a case-control study in Uruguay. Lung Cancer 2002;35:43-51.

1217. Porru S, Placidi D, Carta A, Gelatti U, Ribero ML, Tagger A, **Boffetta P**, Donato F. Primary liver cancer and occupation in men: a case-control study in a high-incidence area in Northern Italy. Int J Cancer 2001;94:878-83.

1218. **Boffetta P**, Jarvholm B, Brennan P, Nyren O. Incidence of lung cancer in a large cohort of non-smoking men from Sweden. Int J Cancer 2001;94:591-3.

1219. Ye W, Chow WH, Lagergren J, **Boffetta P**, Boman G, Adami HO, Nyren O. Risk of adenocarcinomas of the oesophagus and gastric cardia in patients hospitalized for asthma. Br J Cancer 2001;85:1317-21.

1220. Bray I, Brennan P, **Boffetta P**. Recent trends and future projections of lymphoid neoplasms - a Bayesian age-period-cohort analysis. Cancer Causes Control 2001;12:813-20.

1221. Steenland K, Mannetje A, **Boffetta P**, Stayner L, Attfield M, Chen J, Dosemeci M, DeKlerk N, Hnizdo E, Koskela R, Checkoway H. Pooled exposure-response analyses and risk assessment for lung cancer in 10 cohorts of silica-exposed workers: an IARC multicentre study. Cancer Causes Control 2001;12:773-84 (Erratum in: Cancer Causes Control 2002;13:777).

1222. Balbi JC, Larrinaga MT, De Stefani E, Mendilaharsu M, Ronco AL, **Boffetta P**, Brennan P. Foods and risk of bladder cancer: a case-control study in Uruguay. Eur J Cancer Prev 2001;10:453-8.

1223. Ward E, **Boffetta P**, Andersen A, Colin D, Comba P, Deddens JA, De Santis M, Engholm G,

Hagmar L, Langard S, Lundberg I, McElvenny D, Pirastu R, Sali D, Simonato L. Update of the follow-up of mortality and cancer incidence among European workers employed in the vinyl chloride industry. Epidemiol 2001;12:710-8.

1224. Lewis S, Brennan P, Nyberg F, Ahrens W, Constantinescu V, Mukeria A, Benhamou S, Batura-Gabryel H, Bruske-Hohlfeld I, Simonato L, Menezes A, **Boffetta P**. Re: Spitz, M. R., Duphorne, C. M., Detry, M. A., Pillow, P. C., Amos, C. I., Lei, L., de Andrade, M., Gu, X., Hong, W. K., and Wu, X. Dietary intake of isothiocyanates: evidence of a joint effect with glutathione S-transferase polymorphisms in lung cancer risk (Cancer Epidemiol Biomark Prev 9:1017-1020, 2000). Cancer Epidemiol Biomarkers Prev 2001;10:1105-6.

1225. **Boffetta P**, Gaborieau V, Nadon L, Parent MF, Weiderpass E, Siemiatycki J. Exposure to titanium dioxide and risk of lung cancer in a population-based study from Montreal. Scand J Work Environ Health 2001;27:227-32.

1226. Gupta D, **Boffetta P**, Gaborieau V, Jindal SK. Risk factors of lung cancer in Chandigarh, India. Indian J Med Res 2001;113:142-50.

1227. Brennan P, Bogillot O, Greiser E, Chang-Claude J, Wahrendorf J, Cordier S, Jockel KH, Lopez-Abente G, Tzonou A, Vineis P, Donato F, Hours M, Serra C, Bolm-Audorff U, Schill W, Kogevinas M, **Boffetta P**. The contribution of cigarette smoking to bladder cancer in women (pooled European data). Cancer Causes Control 2001;12:411-7.

1228. De Stefani E, Correa P, **Boffetta P**, Ronco A, Brennan P, Deneo-Pellegrini H, Mendilaharsu M. Plant foods and risk of gastric cancer: a case-control study in Uruguay. Eur J Cancer Prev 2001;10:357-64.

1229. **Boffetta P**, Ye W, Adami HO, Mucci LA, Nyren O. Risk of cancers of the lung, head and neck in patients hospitalized for alcoholism in Sweden. Br J Cancer 2001;85:678-82.

1230. Pitard A, Brennan P, Clavel J, Greiser E, Lopez-Abente G, Chang-Claude J, Wahrendorf J, Serra C, Kogevinas M, **Boffetta P**. Cigar, pipe, and cigarette smoking and bladder cancer risk in European men. Cancer Causes Control 2001;12:551-6.

1231. **Boffetta P**, Dosemeci M, Gridley G, Bath H, Moradi T, Silverman D. Occupational exposure to diesel engine emissions and risk of cancer in Swedish men and women. Cancer Causes Control 2001;12:365-74.

1232. Nersesyan AK, **Boffetta P**, Sarkisyan TF, Zalinyan GG, Arutyunyan RM. Chromosome aberrations in lymphocytes of persons exposed to an earthquake in Armenia. Scand J Work Environ Health 2001;27:120-4.

1233. **Boffetta P**, Sallsten G, Garcia-Gomez M, Pompe-Kirn V, Zaridze D, Bulbulyan M, Caballero JD, Ceccarelli F, Kobal AB, Merler E. Mortality from cardiovascular diseases and exposure to inorganic mercury. Occup Environ Med 2001;58:461-6.

1234. Zaridze D, Bulbulyan M, Changuina O, Margaryan A, **Boffetta P**. Cohort studies of chloroprene-exposed workers in Russia. Chem Biol Interact 2001;135-136:487-503.

1235. Rice JM, **Boffetta P**. 1,3-Butadiene, isoprene and chloroprene: reviews by the IARC monographs programme, outstanding issues, and research priorities in epidemiology. Chem Biol Interact. 2001;135-136:11-26.

1236. Weiderpass E, Pukkala E, Vasama-Neuvonen K, Kauppinen T, Vainio H, Paakkulainen H, **Boffetta P**, Partanen T. Occupational exposures and cancers of the endometrium and cervix uteri in Finland. Am J Ind Med 2001;39:572-80.

1237. De Stefani E, Brennan P, **Boffetta P**, Ronco AL, Mendilaharsu M, Deneo-Pellegrini H. Vegetables, fruits, related dietary antioxidants, and risk of squamous cell carcinoma of the esophagus: a case-control study in Uruguay. Nutr Cancer 2000;38:23-9.

1238. Ojajarvi A, Partanen T, Ahlbom A, **Boffetta P**, Hakulinen T, Jourenkova N, Kauppinen T, Kogevinas M, Vainio H, Weiderpass E, Wesseling C. Risk of pancreatic cancer in workers exposed to chlorinated hydrocarbon solvents and related compounds: a meta-analysis. Am J Epidemiol 2001;153:841-50.

1239. Simonato L, Agudo A, Ahrens W, Benhamou E, Benhamou S, **Boffetta P**, Brennan P, Darby SC, Forastiere F, Fortes C, Gaborieau V, Gerken M, Gonzales CA, Jockel KH, Kreuzer M, Merletti F, Nyberg F, Pershagen G, Pohlabeln H, Rosch F, Whitley E, Wichmann HE, Zambon P. Lung cancer and cigarette smoking in Europe: an update of risk estimates and an assessment of inter-country heterogeneity. Int J Cancer 2001;91:876-87.

121

1240. **Boffetta P**, Kreuzer M, Benhamou S, Agudo A, Wichmann HE, Gaborieau V, Simonato L. Risk of lung cancer from tobacco smoking among young women from Europe. Int J Cancer 2001;91:745-6.

1241. Pignatelli B, Li CQ, **Boffetta P**, Chen Q, Ahrens W, Nyberg F, Mukeria A, Bruske-Hohlfeld I, Fortes C, Constantinescu V, Ischiropoulos H, Ohshima H. Nitrated and oxidized plasma proteins in smokers and lung cancer patients. Cancer Res 2001;61:778-84.

1242. Oreggia F, De Stefani E, **Boffetta P**, Brennan P, Deneo-Pellegrini H, Ronco AL. Meat, fat and risk of laryngeal cancer: a case-control study in Uruguay. Oral Oncol 2001;37:141-5.

1243. Brennan P, Coates M, Armstrong B, Colin D, **Boffetta P**. Second primary neoplasms following non-Hodgkin's lymphoma in New South Wales, Australia. Br J Cancer 2000;82:1344-7.

1244. **Boffetta P**. Molecular epidemiology.J Intern Med. 2000;248:447-54.

1245. Sala M, Cordier S, Chang-Claude J, Donato F, Escolar-Pujolar A, Fernandez F, Gonzalez CA, Greiser E, Jockel KH, Lynge E, Mannetje A, Pohlabeln H, Porru S, Serra C, Tzonou A, Vineis P, Wahrendorf J, **Boffetta P**, Kogevinas M. Coffee consumption and bladder cancer in nonsmokers: a pooled analysis of case-control studies in European countries. Cancer Causes Control 2000;11:925-31.

1246. De Stefani E, **Boffetta P**, Ronco AL, Brennan P, Deneo-Pellegrini H, Carzoglio JC, Mendilaharsu M. Plant sterols and risk of stomach cancer: a case-control study in Uruguay. Nutr Cancer 2000;37:140-4.

1247. **Boffetta P**, Silverman DT. A meta-analysis of bladder cancer and diesel exhaust exposure. Epidemiol 2001;12:125-30.

1248. De Stefani E, **Boffetta P**, Brennan P, Deneo-Pellegrini H, Carzoglio JC, Ronco A, Mendilaharsu M. Dietary carotenoids and risk of gastric cancer: a case-control study in Uruguay. Eur J Cancer Prev 2000;9:329-34.

1249. Agudo A, Ahrens W, Benhamou E, Benhamou S, **Boffetta P**, Darby SC, Forastiere F, Fortes C, Gaborieau V, Gonzalez CA, Jockel KH, Kreuzer M, Merletti F, Pohlabeln H, Richiardi L, Whitley E, Wichmann HE, Zambon P, Simonato L. Lung cancer and cigarette smoking in women: a multicenter case-control study in Europe. Int J Cancer 2000;88:820-7.

1250. Burstyn I, Kromhout H, **Boffetta P**. Literature review of levels and determinants of exposure to potential carcinogens and other agents in the road construction industry. AIHAJ 2000;61:715-26.

1251. Steenland K, Bray I, Greenland S, **Boffetta P**. Empirical Bayes adjustments for multiple results in hypothesis-generating or surveillance studies. Cancer Epidemiol Biomarkers Prev 2000;9:895-903.

1252. Bourdes V, **Boffetta P**, Pisani P. Environmental exposure to asbestos and risk of pleural mesothelioma: review and meta-analysis. Eur J Epidemiol 2000;16:411-7.

1253. **Boffetta P**, Gridley G, Gustavsson P, Brennan P, Blair A, Ekstrom AM, Fraumeni JF Jr. Employment as butcher and cancer risk in a record-linkage study from Sweden. Cancer Causes Control 2000;11:627-33.

1254. Pohlabeln H, **Boffetta P**, Ahrens W, Merletti F, Agudo A, Benhamou E, Benhamou S, Bruske-Hohlfeld I, Ferro G, Fortes C, Kreuzer M, Mendes A, Nyberg F, Pershagen G, Saracci R, Schmid G, Siemiatycki J, Simonato L, Whitley E, Wichmann HE, Winck C, Zambon P, Jockel KH. Occupational risks for lung cancer among nonsmokers. Epidemiol 2000;11:532-8.

1255. Malats N, Camus-Radon AM, Nyberg F, Ahrens W, Constantinescu V, Mukeria A, Benhamou S, Batura-Gabryel H, Bruske-Hohlfeld I, Simonato L, Menezes A, Lea S, Lang M, **Boffetta P**. Lung cancer risk in nonsmokers and GSTM1 and GSTT1 genetic polymorphism. Cancer Epidemiol Biomarkers Prev 2000;9:827-33.

1256. Steenland K, **Boffetta P**. Lead and cancer in humans: where are we now? Am J Ind Med 2000;38:295-9.

1257. Landrigan PJ, **Boffetta P**, Apostoli P. The reproductive toxicity and carcinogenicity of lead: a critical review. Am J Ind Med 2000;38:231-43.

1258. Iscovich J, Fischbein A, Fisher-Fischbein J, Freedman LS, Eng SM, **Boffetta P**, Vudovich A, Glasman C, Goldschmidt R, Livingston M, Heger-Maslansky B, Brennan P, Moore PS. Seroprevalence of Kaposi's sarcoma-associated herpesvirus in healthy adults in Israel. Anticancer Res 2000;20:2119-22.

1259. Vineis P, Kogevinas M, Simonato L, Brennan P, **Boffetta P**. Levelling-off of the risk of lung and bladder cancer in heavy smokers: an analysis based on multicentric case-control studies and a metabolic interpretation. Mutat Res 2000;463:103-10.

1260. De Stefani E, Oreggia F, **Boffetta P**, Deneo-Pellegrini H, Ronco A, Mendilaharsu M. Tomatoes, tomato-rich foods, lycopene and cancer of the upper aerodigestive tract: a case-control in Uruguay. Oral Oncol 2000;36:47-53.

1261. Matos EL, Vilensky M, Mirabelli D, **Boffetta P**. Occupational exposures and lung cancer in Buenos Aires, Argentina. J Occup Environ Med 2000;42:653-9.

1262. De Stefani E, **Boffetta P**, Oreggia F, Brennan P, Ronco A, Deneo-Pellegrini H, Mendilaharsu M. Plant foods and risk of laryngeal cancer: A case-control study in Uruguay. Int J Cancer 2000;87:129-32.

1263. Bray I, Brennan P, **Boffetta P**. Projections of alcohol- and tobacco-related cancer mortality in Central Europe. Int J Cancer 2000;87:122-8.

1264. Donato F, Monarca S, Marchionna G, Rossi A, Cicioni C, Chiesa R, Colin D, **Boffetta P**. Mortality from cancer and chronic respiratory diseases among workers who manufacture carbon electrodes. Occup Environ Med 2000;57:484-7.

1265. Husgafvel-Pursiainen K, **Boffetta P**, Kannio A, Nyberg F, Pershagen G, Mukeria A, Constantinescu V, Fortes C, Benhamou S. p53 mutations and exposure to environmental tobacco smoke in a multicenter study on lung cancer. Cancer Res 2000;60:2906-11.

1266. Ojajarvi IA, Partanen TJ, Ahlbom A, **Boffetta P**, Hakulinen T, Jourenkova N, Kauppinen TP, Kogevinas M, Porta M, Vainio HU, Weiderpass E, Wesseling CH. Occupational exposures and pancreatic cancer: a meta-analysis. Occup Environ Med 2000;57:316-24.

1267. De Stefani E, Deneo-Pellegrini H, **Boffetta P**, Ronco A, Mendilaharsu M. Alpha-linolenic acid and risk of prostate cancer: a case-control study in Uruguay. Cancer Epidemiol Biomarkers Prev 2000;9:335-8.

1268. Brennan P, Bogillot O, Cordier S, Greiser E, Schill W, Vineis P, Lopez-Abente G, Tzonou A, Chang-Claude J, Bolm-Audorff U, Jockel KH, Donato F, Serra C, Wahrendorf J, Hours M, T'Mannetje A, Kogevinas M, **Boffetta P**. Cigarette smoking and bladder cancer in men: a pooled analysis of 11 case-control studies. Int J Cancer 2000;86:289-94.

1269. Kauppinen T, Toikkanen J, Pedersen D, Young R, Ahrens W, **Boffetta P**, Hansen J, Kromhout H, Maqueda Blasco J, Mirabelli D, de la Orden-Rivera V, Pannett B, Plato N, Savela A, Vincent R, Kogevinas M. Occupational exposure to carcinogens in the European Union. Occup Environ Med 2000;57:10-8.

1270. Brennan P, Butler J, Agudo A, Benhamou S, Darby S, Fortes C, Jockel KH, Kreuzer M, Nyberg F, Pohlabeln H, Saracci R, Wichman HE, **Boffetta P**. Joint effect of diet and environmental tobacco smoke on risk of lung cancer among nonsmokers. J Natl Cancer Inst 2000;92:426-7.

1271. Ronco A, De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Mendilaharsu M, Leborgne F. Vegetables, fruits, and related nutrients and risk of breast cancer: a case-control study in Uruguay. Nutr Cancer 1999;35:111-9.

1272. Burstyn I, Kromhout H, Kauppinen T, Heikkila P, **Boffetta P**. Statistical modelling of the determinants of historical exposure to bitumen and polycyclic aromatic hydrocarbons among paving workers. Ann Occup Hyg 2000;44:43-56.

1273. Brennan P, Fortes C, Butler J, Agudo A, Benhamou S, Darby S, Gerken M, Jokel KH, Kreuzer M, Mallone S, Nyberg F, Pohlabeln H, Ferro G, **Boffetta P**. A multicenter case-control study of diet and lung cancer among non-smokers. Cancer Causes Control 2000;11:49-58.

1274. Sali D, **Boffetta P**. Kidney cancer and occupational exposure to asbestos: a meta-analysis of occupational cohort studies. Cancer Causes Control 2000;11:37-47.

1275. Iscovich J, **Boffetta P**, Franceschi S, Azizi E, Sarid R. Classic Kaposi sarcoma: epidemiology and risk factors. Cancer 2000;88:500-17.

1276. Deneo-Pellegrini H, De Stefani E, **Boffetta P**, Ronco A, Mendilaharsu M. Dietary iron and cancer of the rectum: a case-control study in Uruguay. Eur J Cancer Prev 1999;8:501-8.

1277. Kreuzer M, **Boffetta P**, Whitley E, Ahrens W, Gaborieau V, Heinrich J, Jockel KH, Kreienbrock L, Mallone S, Merletti F, Roesch F, Zambon P, Simonato L. Gender differences in lung cancer risk by smoking: a multicentre case-control study in Germany and Italy. Br J Cancer 2000;82:227-

123

33.

1278. **Boffetta P**, Tredaniel J, Greco A. Risk of childhood cancer and adult lung cancer after childhood exposure to passive smoke: A meta-analysis. Environ Health Perspect 2000;108:73-82.

1279. Sali D, **Boffetta P**, Andersen A, Cherrie JW, Claude JC, Hansen J, Olsen JH, Pesatori AC, Plato N, Teppo L, Westerholm P, Winter P, Saracci R. Non-neoplastic mortality of European workers who produce man made vitreous fibres. Occup Environ Med 1999;56:612-7.

1280. **Boffetta P**, Nyberg F, Agudo A, Benhamou E, Jockel KH, Kreuzer M, Merletti F, Pershagen G, Pohlabeln H, Simonato L, Wichmann HE, Saracci R. Risk of lung cancer from exposure to environmental tobacco smoke from cigars, cigarillos and pipes. Int J Cancer 1999;83:805- 6.

1281. Lea CS, Hertz-Picciotto I, Andersen A, Chang-Claude J, Olsen JH, Pesatori AC, Teppo L, Westerholm P, Winter PD, **Boffetta P**. Gender differences in the healthy worker effect among synthetic vitreous fiber workers. Am J Epidemiol 1999;150:1099-106.

1282. Donato F, Gelatti U, Chiesa R, Albertini A, Bucella E, **Boffetta P**, Tagger A, Ribero ML, Portera G, Fasola M, Nardi G. A case-control study on family history of liver cancer as a risk factor for hepatocellular carcinoma in North Italy. Brescia HCC Study. Cancer Causes Control 1999;10:417-21.

1283. **Boffetta P**, Ahrens W, Nyberg F, Mukeria A, Bruske-Hohlfeld I, Fortes C, Constantinescu V, Simonato L, Batura-Gabryel H, Lea S, Gaborieau V, Benhamou S. Exposure to environmental tobacco smoke and risk of adenocarcinoma of the lung. Int J Cancer 1999;83:635-9.

1284. 't Mannetje A, Kogevinas M, Chang-Claude J, Cordier S, Gonzalez CA, Hours M, Jockel KH, Bolm-Audorff U, Lynge E, Porru S, Donato F, Ranft U, Serra C, Tzonou A, Vineis P, Wahrendorf J, **Boffetta P**. Occupation and bladder cancer in European women. Cancer Causes Control 1999;10:209-17.

1285. Stefani ED, **Boffetta P**, Deneo-Pellegrini H, Mendilaharsu M, Carzoglio JC, Ronco A, Olivera L. Dietary antioxidants and lung cancer risk: a case-control study in Uruguay. Nutr Cancer 1999;34:100-10.

1286. **Boffetta P**, Andersen A, Hansen J, Olsen JH, Plato N, Teppo L, Westerholm P, Saracci R. Cancer incidence among European man-made vitreous fiber production workers. Scand J Work Environ Health 1999;25:222-6.

1287. Rapiti E, Jindal SK, Gupta D, **Boffetta P**. Passive smoking and lung cancer in Chandigarh, India. Lung Cancer 1999;23:183-9.

1288. De Stefani E, **Boffetta P**, Deneo-Pellegrini H, Mendilaharsu M, Carzoglio JC, Ronco A. Carbohydrates and risk of stomach cancer in Uruguay. Int J Cancer 1999;82:618-21.

1289. Settimi L, Comba P, Carrieri P, **Boffetta P**, Magnani C, Terracini B, Andrion A, Bosia S, Ciapini C, De Santis M, Desideri E, Fedi A, Luccoli L, Maiozzi P, Masina A, Perazzo PL, Axelson O. Cancer risk among female agricultural workers: a multi-center case-control study. Am J Ind Med 1999;36:135-41.

1290. 't Mannetje A, Kogevinas M, Luce D, Demers PA, Begin D, Bolm-Audorff U, Comba P, Gerin M, Hardell L, Hayes RB, Leclerc A, Magnani C, Merler E, Tobias A, **Boffetta P**. Sinonasal cancer, occupation, and tobacco smoking in European women and men. Am J Ind Med 1999;36:101-7.

1291. Vasama-Neuvonen K, Pukkala E, Paakkulainen H, Mutanen P, Weiderpass E, **Boffetta P**, Shen N, Kauppinen T, Vainio H, Partanen T. Ovarian cancer and occupational exposures in Finland. Am J Ind Med 1999;36:83-9.

1292. 't Mannetje A, Kogevinas M, Chang-Claude J, Cordier S, Gonzalez CA, Hours M, Jockel KH, Bolm-Audorff U, Lynge E, Porru S, Donato F, Ranft U, Serra C, Tzonou A, Vineis P, Wahrendorf J, **Boffetta P**. Smoking as a confounder in case-control studies of occupational bladder cancer in women. Am J Ind Med 1999;36:75-82.

1293. Weiderpass E, Pukkala E, Kauppinen T, Mutanen P, Paakkulainen H, Vasama-Neuvonen K, **Boffetta P**, Partanen T. Breast cancer and occupational exposures in women in Finland. Am J Ind Med 1999;36:48-53.

1294. Gunnarsdottir HK, Kjaerheim K, **Boffetta P**, Rafnsson V, Zahm SH. Women's Health: Occupation, Cancer, and Reproduction. A conference overview. Am J Ind Med 1999;36:1-5.

1295. De Stefani E, Deneo-Pellegrini H, **Boffetta P**, Mendilaharsu M. Meat intake and risk of squamous cell esophageal cancer: a case-control study in Uruguay. Int J Cancer 1999;82:33- 7.

1296. Bulbulyan MA, **Boffetta P**. Occupational cancer in the European part of the Commonwealth of Independent States. Environ Health Perspect 1999;107(Suppl 2):283-8.

1297. Fabianova E, Szeszenia-Dabrowska N, Kjaerheim K, **Boffetta P**. Occupational cancer in central European countries. Environ Health Perspect 1999;107(Suppl 2):279-82.

1298. **Boffetta P**, Kogevinas M. Introduction: Epidemiologic research and prevention of occupational cancer in Europe. Environ Health Perspect 1999;107(Suppl 2):229-31.

1299. Tagger A, Donato F, Ribero ML, Chiesa R, Portera G, Gelatti U, Albertini A, Fasola M, **Boffetta P**, Nardi G. Case-control study on hepatitis C virus (HCV) as a risk factor for hepatocellular carcinoma: the role of HCV genotypes and the synergism with hepatitis B virus and alcohol. Brescia HCC Study. Int J Cancer 1999;81:695-9.

1300. **Boffetta P**, Pershagen G, Jockel KH, Forastiere F, Gaborieau V, Heinrich J, Jahn I, Kreuzer M, Merletti F, Nyberg F, Rosch F, Simonato L. Cigar and pipe smoking and lung cancer risk: a multicenter study from Europe. J Natl Cancer Inst 1999;91:697-701.

1301. **Boffetta P**. Health effects of asbestos exposure in humans: a quantitative assessment. Med Lav 1998;89:471-80.

1302. **Boffetta P**, Garcia-Gomez M, Pompe-Kirn V, Zaridze D, Bellander T, Bulbulyan M, Caballero JD, Ceccarelli F, Colin D, Dizdarevic T, Espanol S, Kobal A, Petrova N, Sallsten G, Merler E. Cancer occurrence among European mercury miners. Cancer Causes Control 1998;9:591-9.

1303. Bruno G, Merletti F, **Boffetta P**, Cavallo-Perin P, Bargero G, Gallone G, Pagano G. Impact of glycaemic control, hypertension and insulin treatment on general and cause-specific mortality: an Italian population-based cohort of type II (non-insulin-dependent) diabetes mellitus. Diabetol 1999;42:297-301.

1304. Bulbulyan MA, Margaryan AG, Ilychova SA, Astashevsky SV, Uloyan SM, Cogan VY, Colin D, **Boffetta P**, Zaridze DG. Cancer incidence and mortality in a cohort of chloroprene workers from Armenia. Int J Cancer 1999;81:31-3.

1305. Teschke K, Ahrens W, Andersen A, **Boffetta P**, Fincham S, Finkelstein M, Henneberger P, Kauppinen T, Kogevinas M, Korhonen K, Liss G, Liukkonnen T, Osvoll P, Savela A, Szadkowska-Stanczyk I, Westberg H, Widerkiewicz K. Occupational exposure to chemical and biological agents in the nonproduction departments of pulp, paper, and paper product mills: an international study. Am Ind Hyg Assoc J 1999;60:73-83.

1306. Fortuny J, Kogevinas M, Chang-Claude J, Gonzalez CA, Hours M, Jockel KH, Bolm- Audorff U, Lynge E, 't Mannetje A, Porru S, Ranft U, Serra C, Tzonou A, Wahrendorf J, **Boffetta P**. Tobacco, occupation and non-transitional-cell carcinoma of the bladder: an international case-control study. Int J Cancer 1999;80:44-6.

1307. Iscovich J, **Boffetta P**, Winkelman R, Brennan P. Classic Kaposi's sarcoma as a second primary neoplasm. Int J Cancer 1999;80:178-82.

1308. Iscovich J, **Boffetta P**, Brennan P. Classic Kaposi's sarcoma as a first primary neoplasm. Int J Cancer 1999;80:173-7.

1309. **Boffetta P**, Sali D, Kolstad H, Coggon D, Olsen J, Andersen A, Spence A, Pesatori AC, Lynge E, Frentzel-Beyme R, Chang-Claude J, Lundberg I, Biocca M, Gennaro V, Teppo L, Partanen T, Welp E, Saracci R, Kogevinas M. Mortality of short-term workers in two international cohorts. J Occup Environ Med 1998;40:1120-6.

1310. De Stefani E, **Boffetta P**, Oreggia F, Mendilaharsu M, Deneo-Pellegrini H. Smoking patterns and cancer of the oral cavity and pharynx: a case-control study in Uruguay. Oral Oncol 1998;34:340-6.

1311. Matos E, Vilensky M, **Boffetta P**, Kogevinas M. Lung cancer and smoking: a case-control study in Buenos Aires, Argentina. Lung Cancer 1998;21:155-63.

1312. Matos E, Vilensky MV, **Boffetta P**. Environmental and occupational cancer in Argentina: a case-control lung cancer study. Cad Saude Publica 1998;14(Suppl 3):77-86.

1313. Iscovich J, **Boffetta P**, Winkelmann R, Brennan P, Azizi E. Classic Kaposi's sarcoma in Jews living in Israel, 1961-1989: a population-based incidence study. AIDS 1998;12:2067- 72.

1314. Consonni D, **Boffetta P**, Andersen A, Chang-Claude J, Cherrie JW, Ferro G, Frentzel- Beyme R, Hansen J, Olsen J, Plato N, Westerholm P, Saracci R. Lung cancer mortality among European rock/slag wool workers: exposure-response analysis. Cancer Causes Control 1998;9:411-6.

1315. Bulbulyan MA, Changuina OV, Zaridze DG, Astashevsky SV, Colin D, **Boffetta P**. Cancer

mortality among Moscow shoe workers exposed to chloroprene (Russia). Cancer Causes Control 1998;9:381-7.

1316. **Boffetta P**, Agudo A, Ahrens W, Benhamou E, Benhamou S, Darby SC, Ferro G, Fortes C, Gonzalez CA, Jockel KH, Krauss M, Kreienbrock L, Kreuzer M, Mendes A, Merletti F, Nyberg F, Pershagen G, Pohlabeln H, Riboli E, Schmid G, Simonato L, Tredaniel J, Whitley E, Wichmann HE, Winck C, Zambon P, Saracci R. Multicenter case-control study of exposure to environmental tobacco smoke and lung cancer in Europe. J Natl Cancer Inst 1998;90:1440-50.

1317. **Boffetta P**, Burdorf A, Goldberg M, Merler E, Siemiatycki J. Towards the coordination of European research on the carcinogenic effects of asbestos. Scand J Work Environ Health 1998;24:312-7.

1318. Atawodi SE, Lea S, Nyberg F, Mukeria A, Constantinescu V, Ahrens W, Brueske-Hohlfeld I, Fortes C, **Boffetta P**, Friesen MD. 4-Hydroxy-1-(3-pyridyl)-1-butanone-hemoglobin adducts as biomarkers of exposure to tobacco smoke: validation of a method to be used in multicenter studies. Cancer Epidemiol Biomarkers Prev 1998;7:817-21.

1319. Gordon I, **Boffetta P**, Demers PA. A case study comparing a meta-analysis and a pooled analysis of studies of sinonasal cancer among wood workers. Epidemiol 1998;9:518-24.

1320. Shen N, Weiderpass E, Antilla A, Goldberg MS, Vasama-Neuvonen KM, **Boffetta P**, Vainio HU, Partanen TJ. Epidemiology of occupational and environmental risk factors related to ovarian cancer. Scand J Work Environ Health 1998;24:175-82.

1321. Weiderpass E, Partanen T, Kaaks R, Vainio H, Porta M, Kauppinen T, Ojajarvi A, **Boffetta P**, Malats N. Occurrence, trends and environment etiology of pancreatic cancer. Scand J Work Environ Health 1998;24:165-74.

1322. Demers PA, Stellman SD, Colin D, **Boffetta P**. Nonmalignant respiratory disease mortality among woodworkers participating in the American Cancer Society Cancer Prevention Study-II (CPS-II). Am J Ind Med 1998;34:238-43.

1323. Stellman SD, Demers PA, Colin D, **Boffetta P**. Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). Am J Ind Med 1998;34:229-37.

1324. De Stefani E, **Boffetta P**, Carzoglio J, Mendilaharsu S, Deneo-Pellegrini H. Tobacco smoking and alcohol drinking as risk factors for stomach cancer: a case-control study in Uruguay. Cancer Causes Control 1998;9:321-9.

1325. De Stefani E, **Boffetta P**, Oreggia F, Fierro L, Mendilaharsu M. Hard liquor drinking is associated with higher risk of cancer of the oral cavity and pharynx than wine drinking. A case-control study in Uruguay. Oral Oncol 1998;34:99-104.

1326. Iscovich J, **Boffetta P**, Brennan B. Classic Kaposi's sarcoma in Arabs living in Israel, 1970- 1993: a population-based incidence study. Int J Cancer 1998;77:319-21.

1327. Donato F, **Boffetta P**, Fazioli R, Gelatti U, Porru S. Reliability of data on smoking habit and coffee drinking collected by personal interview in a hospital-based case-control study. Eur J Epidemiol 1998;14:259-67.

1328. Wunsch-Filho V, Moncau JE, Mirabelli D, **Boffetta P**. Occupational risk factors of lung cancer in Sao Paulo, Brazil. Scand J Work Environ Health 1998;24:118-24.

1329. Vena J, **Boffetta P**, Becher H, Benn T, Bueno-de-Mesquita HB, Coggon D, Colin D, Flesch-Janys D, Green L, Kauppinen T, Littorin M, Lynge E, Mathews JD, Neuberger M, Pearce N, Pesatori AC, Saracci R, Steenland K, Kogevinas M. Exposure to dioxin and nonneoplastic mortality in the expanded IARC international cohort study of phenoxy herbicide and chlorophenol production workers and sprayers. Environ Health Perspect 1998;106(Suppl 2):645-53.

1330. De Stefani E, **Boffetta P**, Mendilaharsu M, Carzoglio J, Deneo-Pellegrini H. Dietary nitrosamines, heterocyclic amines, and risk of gastric cancer: a case-control study in Uruguay. Nutr Cancer 1998;30:158-62.

1331. Hooiveld M, Heederik DJ, Kogevinas M, **Boffetta P**, Needham LL, Patterson DG Jr, Bueno-de-Mesquita HB. Second follow-up of a Dutch cohort occupationally exposed to phenoxy herbicides, chlorophenols, and contaminants. Am J Epidemiol 1998;147:891-901.

1332. De Stefani E, **Boffetta P**, Oreggia F, Ronco A, Kogevinas M, Mendilaharsu M. Occupation and the risk of laryngeal cancer in Uruguay. Am J Ind Med 1998;33:537-42.

126

1333. Nyberg F, Agudo A, **Boffetta P**, Fortes C, Gonzalez CA, Pershagen G. A European validation study of smoking and environmental tobacco smoke exposure in nonsmoking lung cancer cases and controls. Cancer Causes Control 1998;9:173-82.

1334. Bedwani R, Renganathan E, El Kwhsky F, Braga C, Abu Seif HH, Abul Azm T, Zaki A, Franceschi S, **Boffetta P**, La Vecchia C. Schistosomiasis and the risk of bladder cancer in Alexandria, Egypt. Br J Cancer 1998;77:1186-9.

1335. Welp EA, Weiderpass E, **Boffetta P**, Vainio H, Vasama-Neuvonen K, Petralia S, Partanen TJ. Environmental risk factors of breast cancer. Scand J Work Environ Health 1998;24:3-7.

1336. Bellander T, Merler E, Ceccarelli F, **Boffetta P**. Historical exposure to inorganic mercury at the smelter works of Abbadia San Salvatore, Italy. Ann Occup Hyg 1998;42:81-90.

1337. Kogevinas M, Sala M, **Boffetta P**, Kazerouni N, Kromhout H, Hoar-Zahm S. Cancer risk in the rubber industry: a review of the recent epidemiological evidence. Occup Environ Med 1998;55:1-12.

1338. **Boffetta P**, Fichtinger-Schepman AM, Weiderpass E, van Dijk-Knijnenburg HC, Stoter G, van Oosterom AT, Keizer HJ, Fossa SD, Kaldor J, Roy P. Cisplatin-DNA adducts and protein-bound platinum in blood of testicular cancer patients. Anticancer Drugs 1998;9:125- 9.

1339. Donato F, **Boffetta P**, Fazioli R, Aulenti V, Gelatti U, Porru S. Bladder cancer, tobacco smoking, coffee and alcohol drinking in Brescia, northern Italy. Eur J Epidemiol 1997;13:795-800.

1340. Donato F, **Boffetta P**, Puoti M. A meta-analysis of epidemiological studies on the combined effect of hepatitis B and C virus infections in causing hepatocellular carcinoma. Int J Cancer 1998;75:347-54.

1341. Zaridze D, Maximovitch D, Zemlyanaya G, Aitakov ZN, **Boffetta P**. Exposure to environmental tobacco smoke and risk of lung cancer in non-smoking women from Moscow, Russia. Int J Cancer 1998;75:335-8.

1342. Hansen J, **Boffetta P**, Andersen A, Cherrie JW, Chang-Claude J, Eilber U, Frentzel-Beyme R, Hemmingsson T, Olsen JH, Plato N, Saracci R, Skare GB, Westerholm P. Comparison of information on occupation and lifestyle habits obtained from European man-made vitreous fibre production workers and their relatives. Int J Epidemiol 1997;26:1009-16.

1343. Tredaniel J, **Boffetta P**, Saracci R, Hirsch A. Non-smoker lung cancer deaths attributable to exposure to spouse's environmental tobacco smoke. Int J Epidemiol 1997;26:939-44.

1344. Coggon D, Wield G, Pannett B, Campbell L, **Boffetta P**. Mortality in employees of a Scottish paper mill. Am J Ind Med 1997;32:535-9.

1345. Bedwani R, el-Khwsky F, Renganathan E, Braga C, Abu Seif HH, Abul Azm T, Zaki A, Franceschi S, **Boffetta P**, La Vecchia C. Epidemiology of bladder cancer in Alexandria, Egypt: tobacco smoking. Int J Cancer 1997;73:64-7.

1346. Donato F, Tagger A, Chiesa R, Ribero ML, Tomasoni V, Fasola M, Gelatti U, Portera G, **Boffetta P**, Nardi G. Hepatitis B and C virus infection, alcohol drinking, and hepatocellular carcinoma: a case-control study in Italy. Brescia HCC Study. Hepatol 1997;26:579-84.

1347. Tredaniel J, **Boffetta P**, Buiatti E, Saracci R, Hirsch A. Tobacco smoking and gastric cancer: review and meta-analysis. Int J Cancer 1997;72:565-73.

1348. **Boffetta P**, Merletti F, Faggiano F, Migliaretti G, Ferro G, Zanetti R, Terracini B. Prognostic factors and survival of laryngeal cancer patients from Turin, Italy. A population- based study. Am J Epidemiol 1997;145:1100-5.

1349. Kogevinas M, Becher H, Benn T, Bertazzi PA, **Boffetta P**, Bueno-de-Mesquita HB, Coggon D, Colin D, Flesch-Janys D, Fingerhut M, Green L, Kauppinen T, Littorin M, Lynge E, Mathews JD, Neuberger M, Pearce N, Saracci R. Cancer mortality in workers exposed to phenoxy herbicides, chlorophenols, and dioxins. An expanded and updated international cohort study. Am J Epidemiol 1997;145:1061-75.

1350. **Boffetta P**, Jourenkova N, Gustavsson P. Cancer risk from occupational and environmental exposure to polycyclic aromatic hydrocarbons. Cancer Causes Control 1997;8:444-72.

1351. **Boffetta P**, Saracci R, Andersen A, Bertazzi PA, Chang-Claude J, Cherrie J, Ferro G, Frentzel-Beyme R, Hansen J, Olsen J, Plato N, Teppo L, Westerholm P, Winter PD, Zocchetti C. Cancer mortality among man-made vitreous fiber production workers. Epidemiol 1997;8:259-68.

1352. Ferraris AM, Racchi O, Rapezzi D, Gaetani GF, **Boffetta P**. Familial Hodgkin's disease: a disease

of young adulthood? Ann Hematol 1997;74:131-4.

1353. Lynge E, Andersen A, Nilsson R, Barlow L, Pukkala E, Nordlinder R, **Boffetta P**, Grandjean P, Heikkila P, Horte LG, Jakobsson R, Lundberg I, Moen B, Partanen T, Riise T. Risk of cancer and exposure to gasoline vapors. Am J Epidemiol 1997;145:449-58.

1354. Cocco P, Hua F, **Boffetta P**, Carta P, Flore C, Flore V, Onnis A, Picchiri GF, Colin D. Mortality of Italian lead smelter workers. Scand J Work Environ Health 1997;23:15-23.

1355. Leclerc A, Luce D, Demers PA, **Boffetta P**, Kogevinas M, Belli S, Bolm-Audorff U, Brinton LA, Colin D, Comba P, Gerin M, Hardell L, Hayes RB, Magnani C, Merler E, Morcet JF, Preston-Martin S, Vaughan TL, Zheng W. Sinonasal cancer and occupation. Results from the reanalysis of twelve case-control studies. Am J Ind Med 1997;31:153-65.

1356. Kauppinen T, Teschke K, Savela A, Kogevinas M, **Boffetta P**. International data base of exposure measurements in the pulp, paper and paper product industries. Int Arch Occup Environ Health 1997;70:119-27.

1357. Szadkowska-Stanczyk I, **Boffetta P**, Wilczynska U, Szeszenia-Dabrowska N, Szymczak W. Cancer mortality among pulp and paper workers in Poland. A cohort study. Int J Occup Med Environ Health 1997;10:19-29.

1358. Tomatis L, Huff J, Hertz-Picciotto I, Sandler DP, Bucher J, **Boffetta P**, Axelson O, Blair A, Taylor J, Stayner L, Barrett JC. Avoided and avoidable risks of cancer. Carcinogenesis 1997;18:97-105.

1359. De Stefani E, Kogevinas M, **Boffetta P**, Ronco A, Mendilaharsu M. Occupation and the risk of lung cancer in Uruguay. Scand J Work Environ Health 1996;22:346-52.

1360. Welp E, Kogevinas M, Andersen A, Bellander T, Biocca M, Coggon D, Esteve J, Gennaro V, Kolstad H, Lundberg I, Lynge E, Partanen T, Spence A, **Boffetta P**, Ferro G, Saracci R. Exposure to styrene and mortality from nervous system diseases and mental disorders. Am J Epidemiol 1996;144:623-33.

1361. Welp E, Partanen T, Kogevinas M, Andersen A, Bellander T, Biocca M, Coggon D, Gennaro V, Kolstad H, Lundberg I, Lynge E, Spence A, Ferro G, Saracci R, **Boffetta P**. Exposure to styrene and mortality from nonmalignant respiratory diseases. Occup Environ Med 1996;53:499-501.

1362. Welp E, Partanen T, Kogevinas M, Andersen A, Bellander T, Biocca M, Coggon D, Fontana V, Kolstad H, Lundberg I, Lynge E, Spence A, Ferro G, **Boffetta P**, Saracci R. Exposure to styrene and mortality from nonmalignant diseases of the genitourinary system. Scand J Work Environ Health 1996;22:223-6.

1363. Fu H, Demers PA, Costantini AS, Winter P, Colin D, Kogevinas M, **Boffetta P**. Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. Occup Environ Med 1996;53:394-8.

1364. Bulbulyan MA, Jourenkova NJ, **Boffetta P**, Astashevsky SV, Mukeria AF, Zaridze DG. Mortality in a cohort of Russian fertilizer workers. Scand J Work Environ Health 1996;22:27-33.

1365. Simonato L, **Boffetta P**, Kogevinas M. Epidemiological aspects of cancer risk associated with exposure in the occupational environment. Med Lav 1996;87:5-15.

1366. Porru S, Aulenti V, Donato F, **Boffetta P**, Fazioli R, Cosciani Cunico S, Alessio L. Bladder cancer and occupation: a case-control study in northern Italy. Occup Environ Med 1996;53:6-10.

1367. Tredaniel J, **Boffetta P**, Chastang C, Hirsch A. Clinico-pathological features and survival of lung cancer patients in Paris, France. Eur J Cancer 1995;31A:2296-301.

1368. **Boffetta P**, Kogevinas M, Simonato L, Wilbourn J, Saracci R. Current Perspectives on Occupational Cancer Risks. Int J Occup Environ Health 1995;1:315-325.

1369. Wang QS, **Boffetta P**, Parkin DM, Kogevinas M. Occupational risk factors for lung cancer in Tianjin, China. Am J Ind Med 1995;28:353-62.

1370. Demers PA, Kogevinas M, **Boffetta P**, Leclerc A, Luce D, Gerin M, Battista G, Belli S, Bolm-Audorff U, Brinton LA, Colin D, Comba P, Hardell L, Hayes RB, Magnani C, Merler E, Morcet JF, Preston-Martin S, Matos E, Rodella S, Vaughan TL, Zheng W, Vainio H. Wood dust and sino-nasal cancer: pooled reanalysis of twelve case-control studies. Am J Ind Med 1995;28:151-66.

1371. Partanen TJ, **Boffetta P**, Heikkila PR, Frentzel-Beyme RR, Heederik D, Hours M, Jarvholm BG, Kauppinen TP, Kromhout H, Langard S, Svane OB, Barnstein M, Bertazzi PA, Kogevinas M, Neuberger MA, Pannett B, Sunyer J. Cancer risk for European asphalt workers. Scand J Work

Environ Health 1995;21:252-8.

1372. Demers PA, **Boffetta P**, Kogevinas M, Blair A, Miller BA, Robinson CF, Roscoe RJ, Winter PD, Colin D, Matos E, Vainio H. Pooled reanalysis of cancer mortality among five cohorts of workers in wood-related industries. Scand J Work Environ Health 1995;21:179- 90.

1373. **Boffetta P**. Sources of bias, effect of confounding in the application of biomarkers to epidemiological studies. Toxicol Lett 1995;77:235-8.

1374. Kogevinas M, **Boffetta P**. Occupational exposure to carcinogens and cancer occurrence in Europe. Med Lav 1995;86:236-42. PMID7565284

1375. Macfarlane GJ, Zheng T, Marshall JR, **Boffetta P**, Niu S, Brasure J, Merletti F, Boyle P. Alcohol, tobacco, diet and the risk of oral cancer: a pooled analysis of three case-control studies. Eur J Cancer B Oral Oncol 1995;31B:181-7.  PMID7549758

1376. Pearce N, de Sanjose S, **Boffetta P**, Kogevinas M, Saracci R, Savitz D. Limitations of biomarkers of exposure in cancer epidemiology. Epidemiol 1995;6:190-4.  PMID7742410

1377. Fu H, **Boffetta P**. Cancer and occupational exposure to inorganic lead compounds: a meta-analysis of published data. Occup Environ Med 1995;52:73-81.  PMID7757170

1378. Partanen T, **Boffetta P**. Cancer risk in asphalt workers and roofers: review and meta- analysis of epidemiologic studies. Am J Ind Med 1994;26:721-40.  PMID7892824

1379. Merler E, **Boffetta P**, Masala G, Monechi V, Bani F. A cohort study of workers compensated for mercury intoxication following employment in the fur hat industry. J Occup Med 1994;36:1260-4. PMID7861271

1380. Vizcaino AP, Parkin DM, **Boffetta P**, Skinner ME. Bladder cancer: epidemiology and risk factors in Bulawayo, Zimbabwe. Cancer Causes Control 1994;5:517-22.  PMID7827238

1381. **Boffetta P**, Merletti F, Magnani C, Terracini B. A population-based study of prognostic factors in oral and oropharyngeal cancer. Eur J Cancer B Oral Oncol 1994;30B:369-73.  PMID7719219

1382. **Boffetta P**. Biopersistence of respirable synthetic fibers and minerals: the point of view of the epidemiologist. Environ Health Perspect 1994;102(Suppl 5):11-3.  PMID7882913

1383. Tredaniel J, **Boffetta P**, Saracci R, Hirsch A. Exposure to environmental tobacco smoke and risk of lung cancer: the epidemiological evidence. Eur Respir J 1994;7:1877-88.  PMID7828699

1384. Pearce N, Matos E, **Boffetta P**, Kogevinas M, Vainio H. Occupational exposures to carcinogens in developing countries. Ann Acad Med Singapore 1994;23:684-9.  PMID10874659

1385. Vainio H, **Boffetta P**. Mechanisms of the combined effect of asbestos and smoking in the etiology of lung cancer. Scand J Work Environ Health 1994;20:235-42.  PMID7801068

1386. Tredaniel J, **Boffetta P**, Little J, Saracci R, Hirsch A. Exposure to passive smoking during pregnancy and childhood, and cancer risk: the epidemiological evidence. Paediatr Perinat Epidemiol 1994;8:233-55.  PMID7997400

1387. Gennaro V, Ceppi M, **Boffetta P**, Fontana V, Perrotta A. Pleural mesothelioma and asbestos exposure among Italian oil refinery workers. Scand J Work Environ Health 1994;20:213-5. PMID7973494

1388. **Boffetta P**, Parkin DM. Cancer in developing countries. CA Cancer J Clin 1994;44:81-90.

1389. Andrion A, **Boffetta P**. Diagnostic criteria and terminology in urinary cytology. Cytopathol 1994;5:62-3.  PMID8124607

1390. Tredaniel J, **Boffetta P**, Saracci R, Hirsch A. Exposure to environmental tobacco smoke and adult non-neoplastic respiratory diseases. Eur Respir J 1994;7:173-85.  PMID8173034

1391. **Boffetta P**, Andersen A, Lynge E, Barlow L, Pukkala E. Employment as hairdresser and risk of ovarian cancer and non-Hodgkin's lymphomas among women. J Occup Med 1994;36:61- 5. PMID8138850

1392. **Boffetta P**, Kaldor JM. Secondary malignancies following cancer chemotherapy. Acta Oncol 1994;33:591-8.  PMID7946433

1393. Kogevinas M, **Boffetta P**, Vainio H. Determining the hazards of work place chemicals. Epidemiol 1993;4:561-2.  PMID8268292

1394. Bedwani R, el-Khwsky F, La Vecchia C, **Boffetta P**, Levi F. Descriptive epidemiology of bladder cancer in Egypt. Int J Cancer 1993;55:351-2.  PMID8370629

1395. Mashberg A, **Boffetta P**, Winkelman R, Garfinkel L. Tobacco smoking, alcohol drinking, and cancer of the oral cavity and oropharynx among U.S. veterans. Cancer 1993;72:1369-75.

PMID8339227

1396. **Boffetta P**, Saracci R, Vainio H, Wilbourn J, Tomatis L. Are evaluations of carcinogenicity by various committees worth comparing? Med Lav 1993;84:332-3. PMID8255265

1397. **Boffetta P**, La Vecchia C, Levi F, Lucchini F. Mortality patterns and trends for lung cancer and other tobacco-related cancers in the Americas, 1955-1989. Int J Epidemiol 1993;22:377- 84. PMID8359951

1398. **Boffetta P**, Merletti F, Winkelmann R, Magnani C, Cappa AP, Terracini B. Survival of breast cancer patients from Piedmont, Italy. Cancer Causes Control 1993;4:209-15. PMID8318637

1399. Vainio H, Matos E, **Boffetta P**, Kogevinas M, Wilbourn J. Occupational cancer in developing and newly industrialized countries. Ann Acad Med Singapore 1993;22:170-81. PMID8363328

1400. **Boffetta P**, Merler E, Vainio H. Carcinogenicity of mercury and mercury compounds. Scand J Work Environ Health 1993;19:1-7. PMID8465166

1401. **Boffetta P**. Black (air-cured) and blond (flue-cured) tobacco and cancer risk. V: Oral cavity cancer. Eur J Cancer 1993;29A:1331-5. PMID8343281

1402. Tredaniel J, **Boffetta P**, Saracci R, Hirsch A. Environmental tobacco smoke and the risk of cancer in adults. Eur J Cancer 1993;29A:2058-68. PMID8280502

1403. **Boffetta P**. Carcinogenicity of trace elements with reference to evaluations made by the International Agency for Research on Cancer. Scand J Work Environ Health 1993;19(Suppl 1):67-70. PMID8159977

1404. Gerin M, Fletcher AC, Gray C, Winkelmann R, **Boffetta P**, Simonato L. Development and use of a welding process exposure matrix in a historical prospective study of lung cancer risk in European welders. Int J Epidemiol 1993;22(Suppl 2):S22-8. PMID8132388

1405. **Boffetta P**, Mashberg A, Winkelmann R, Garfinkel L. Carcinogenic effect of tobacco smoking and alcohol drinking on anatomic sites of the oral cavity and oropharynx. Int J Cancer 1992;52:530-3. PMID1399131

1406. Thun MJ, Calle EE, Namboodiri MM, Flanders WD, Coates RJ, Byers T, **Boffetta P**, Garfinkel L, Heath CW Jr. Risk factors for fatal colon cancer in a large prospective study. J Natl Cancer Inst 1992;84:1491-500. PMID1433333

1407. **Boffetta P**, Saracci R, Andersen A, Bertazzi PA, Chang-Claude J, Ferro G, Fletcher AC, Frentzel-Beyme R, Gardner MJ, Olsen JH, Simonato L, Teppo L, Westerholm P, Winter P, Zocchetti C. Lung cancer mortality among workers in the European production of man-made mineral fibers--a Poisson regression analysis. Scand J Work Environ Health 1992;18:279- 86. PMID1439653

1408. Vineis P, Saracci R, Kogevinas M, **Boffetta P**. Soft-tissue sarcoma. Cancer Causes Control 1992;3:493-4. PMID1525330

1409. Mayer JL, **Boffetta P**, Kuroda MM. Comparison of questionnaire-derived and tumour registry-derived smoking histories. Eur J Cancer 1992;28:116-7. PMID1567661

1410. Merletti F, **Boffetta P**, Ferro G, Pisani P, Terracini B. Occupation and cancer of the oral cavity or oropharynx in Turin, Italy. Scand J Work Environ Health 1991;17:248-54. PMID1925436

1411. Kogevinas M, **Boffetta P**. A cohort mortality study and a case-control study of workers potentially exposed to styrene in the reinforced plastics and composites industry. Br J Ind Med 1991;48:575-6. PMID1878316

1412. Rua S, Comino A, Fruttero A, Cera G, Semeria C, Lanzillotta L, **Boffetta P**. Relationship between histologic features, DNA flow cytometry, and clinical behavior of squamous cell carcinomas of the larynx. Cancer 1991;67:141-9. PMID1985711

1413. **Boffetta P**, Cardis E, Vainio H, Coleman MP, Kogevinas M, Nordberg G, Parkin DM, Partensky C, Shuker D, Tomatis L. Cancer risks related to electricity production. Eur J Cancer 1991;27:1504-19. PMID1835869

1414. Settimi L, **Boffetta P**, Comba P, Terracini B. Epidemiologic study for the evaluation of the cancerogenic risk associated with pesticides. Med Lav 1990;81:494-8. PMID2100764

1415. Merletti F, Faggiano F, **Boffetta P**, Lehmann W, Rombola A, Amasio E, Tabaro G, Giordano C, Terracini B. Topographic classification, clinical characteristics, and diagnostic delay of cancer of the larynx/hypopharynx in Torino, Italy. Cancer 1990;66:1711-6. PMID2208025

1416. **Boffetta P**, Garfinkel L. Alcohol drinking and mortality among men enrolled in an American Cancer Society prospective study. Epidemiol 1990;1:342-8. PMID2078609

1417.   Garfinkel L, **Boffetta P**. Association between smoking and leukemia in two American Cancer Society prospective studies. Cancer 1990;65:2356-60.  PMID2346921

1418.   **Boffetta P**, Barone J, Wynder EL. Leisure time physical activity in a hospital-based population. J Clin Epidemiol 1990;43:569-77.  PMID2348209

1419.   **Boffetta P**, Harris RE, Wynder EL. Case-control study on occupational exposure to diesel exhaust and lung cancer risk. Am J Ind Med 1990;17:577-91.  PMID1692445

1420.   Merletti F, **Boffetta P**, Ciccone G, Mashberg A, Terracini B. Role of tobacco and alcoholic beverages in the etiology of cancer of the oral cavity/oropharynx in Torino, Italy. Cancer Res 1989;49:4919-24.  PMID2758421

1421.   Mashberg A, Merletti F, **Boffetta P**, Gandolfo S, Ozzello F, Fracchia F, Terracini B. Appearance, site of occurrence, and physical and clinical characteristics of oral carcinoma in Torino, Italy. Cancer 1989;63:2522-7.  PMID2720601

1422.   **Boffetta P**, Stellman SD, Garfinkel L. A case-control study of multiple myeloma nested in the American Cancer Society prospective study. Int J Cancer 1989;43:554-9.  PMID2703267

1423.   Perera FP, **Boffetta P**, Nisbet IC. What are the major carcinogens in the etiology of human cancer? Industrial carcinogens. Important Adv Oncol 1989;:249-65.  PMID2651292

1424.   **Boffetta P**, Harris RE, Wynder EL. Diesel exhaust exposure and lung cancer risk. Exp Pathol 1989;37:32-8.  PMID2484030

1425.   Garfinkel L, **Boffetta P**, Stellman SD. Alcohol and breast cancer: a cohort study. Prev Med 1988;17:686-93.  PMID3244667

1426.   Perera F, **Boffetta P**. Perspectives of comparing risks of environmental carcinogens. J Natl Cancer Inst 1988;80:1282-93 (Erratum in: J Natl Cancer Inst 1989 Jun 7;81:880).  PMID3050138

1427.   Tuyns AJ, Esteve J, Raymond L, Berrino F, Benhamou E, Blanchet F, **Boffetta P**, Crosignani P, del Moral A, Lehmann W, Merletti F, Pequignot G, Riboli E, Sancho-Garnier H, Terracini B, Zubiri A, Zubiri L. Cancer of the larynx/hypopharynx, tobacco and alcohol: IARC international case-control study in Turin and Varese (Italy), Zaragoza and Navarra (Spain), Geneva (Switzerland) and Calvados (France). Int J Cancer 1988;41:483-91.  PMID3356483

1428.   Stellman SD, **Boffetta P**, Garfinkel L. Smoking habits of 800,000 American men and women in relation to their occupations. Am J Ind Med 1988;13:43-58.  PMID3257844

1429.   **Boffetta P**, Stellman SD, Garfinkel L. Diesel exhaust exposure and mortality among males in the American Cancer Society prospective study. Am J Ind Med 1988;14:403-15.  PMID3189356

1430.   Riboli E, Pequignot G, Repetto F, Axerio M, Raymond L, **Boffetta P**, Zubiri A, Del Moral A, Esteve J, Tuyns AJ. A comparative study of smoking, drinking and dietary habits in population samples in France, Italy, Spain and Switzerland. I. Study design and dietary habits. Rev Epidemiol Sante Publique 1988;36:151-65.  PMID3187142

1431.   Cappa AP, Bertiond G, Colombo A, Faggiano F, Gussio M, Merletti F, Terracini B, Toniolo P, **Boffetta P**. Incidence of breast cancer in Piedmont: 1979-1981. Tumori 1987;73:219-27. PMID3603716

Book chapters

1.   **Boffetta P**, La Vecchia C, Zhang ZF. Cancer epidemiology and prevention. In: Detels R, Gulliford M, Abdool Karim Q, Tan CC, Eds. Oxford Textbook of Global Public Health, 7th Ed. New York, NY, Oxford University Press, 2020.

2.   Hashim D, **Boffetta P**. Cancer of the oral cavity, pharynx and nasopharynx. In: Anttila S, Boffetta P, Eds. Occupational Cancers, 2nd Ed. Springer, London, 2020.

3.   **Boffetta P**, Donato F, Gouas DA, Nogueira da Costa A, Abedi-Ardekani B, Hainaut P. Cancers of the intestine, liver and biliary tract. In: Anttila S, Boffetta P, Eds. Occupational Cancers, 2nd Ed. Springer, London, 2020.

4.   **Boffetta P**, Donato F. Laryngeal Cancer. In: Anttila S, Boffetta P, Eds. Occupational Cancers, 2nd Ed. Springer, London, 2020.

5.   Malhotra J, **Boffetta P**. Lung cancer epidemiology. In: Anttila S, Boffetta P, Eds. Occupational Cancers, 2nd Ed. Springer, London, 2020.

6.   **Boffetta P**, Donato F. Malignant mesothelioma epidemiology. In: Anttila S, Boffetta P, Eds.

131

Occupational Cancers, 2nd Ed. Springer, London, 2020.

7.  Comandone A, Garzaro G, Pira E, **Boffetta P**. Bone and soft tissue sarcomas. In: Anttila S, Boffetta P, Eds. Occupational Cancers, 2nd Ed. Springer, London, 2020.

8.  Pira E, Garzaro G, Ciocan C, **Boffetta P**. Occupational cancer in the practice of occupational medicine. In: Anttila S, Boffetta P, Eds. Occupational Cancers, 2nd Ed. Springer, London, 2020.

9.  Zhang ZF, **Boffetta P**, Neugut AI, La Vecchia C. Cancer epidemiology and public health. In: Detels R, Gulliford M, Abdool Karim Q, Tan CC, Eds. Oxford Textbook of Global Public Health, 6th Ed. New York, NY, Oxford University Press, 2015.

10. Boccia S, La Vecchia C, **Boffetta P**. Epidemiology of cancer and principles of prevention. In: Boccia S, Villari P, Ricciardi W, Eds. A Systematic Review of Key Issues in Public Health. Springer, Heidelberg, 2015, p. 65-87.

11. **Boffetta P**, Gouas DA, Nogueira da Costa A, Abedi-Ardekani B, Hainaut P. Cancers of the intestine, liver and biliary tract. In Anttila S, Boffetta P. Occupational Cancers. Springer, London, 2014, p. 127-37.

12. **Boffetta P**. Laryngeal cancer. In Anttila S, Boffetta P. Occupational Cancers. Springer, London, 2014, p. 169-79.

13. Pavlisko EN, **Boffetta P**, Roggli VL. Lung cancer (exposure assessment, pathology and epidemiology). In Anttila S, Boffetta P. Occupational Cancers. Springer, London, 2014, p. 181-209.

14. **Boffetta P**. Malignant mesothelioma: Epidemiology. In Anttila S, Boffetta P. Occupational Cancers. Springer, London, 2014, p. 253-64.

15. **Boffetta P**. Classic epidemiology of lung cancer. In Pass HI, Ball D, Scagliotti GV. IASLC Multidisciplinary Approach to Thoracic Oncology. Aurora,CO: IASLCPublications, 2013.

16. Curado MP, **Boffetta P**, Schettenfeld D, Dangou JM, Ribeiro KB. Burden of cancer in low- and middle-income countries. In: Soliman A, Schottenfeld D, Boffetta P, eds. Cancer Epidemiology: Low- and Middle-Income Countries and Special Populations. Oxford University Press, New York, 2013, p. 3-24.

17. Islami F, **Boffetta P**. Methodological issues in international multicentric studies, including the role of consortia in international cancer epidemiology. In: Soliman A, Schottenfeld D, Boffetta P, eds. Cancer Epidemiology: Low- and Middle-Income Countries and Special Populations. Oxford University Press, New York, 2013, p. 174-200.

18. Soliman A, Schottenfeld D, **Boffetta P**. Emerging opportunities and challenges. In: Soliman A, Schottenfeld D, Boffetta P, eds. Cancer Epidemiology: Low- and Middle-Income Countries and Special Populations. Oxford University Press, New York, 2013, p. 399-406.

19. **Boffetta P**. Overview of study design. In: Zheng T, Boffetta P, Boyle P, eds. Epidemiology and Biostatistics. iPRI, Lyon, 2011, p. 271-7.

20. **Boffetta P**. Cohort studies. In: Zheng T, Boffetta P, Boyle P, eds. Epidemiology and Biostatistics. iPRI, Lyon, 2011, p. 299-310.

21. **Boffetta P**. Molecular epidemiology. In: Zheng T, Boffetta P, Boyle P, eds. Epidemiology and Biostatistics. iPRI, Lyon, 2011, p. 389-401.

22. Hashibe M, **Boffetta P**. Planning and conducting an epidemiological study. In: Zheng T, Boffetta P, Boyle P, eds. Epidemiology and Biostatistics. iPRI, Lyon, 2011, p. 497-509.

23. **Boffetta P**. Interpreting study results: Causal inference. In: Zheng T, Boffetta P, Boyle P, eds. Epidemiology and Biostatistics. iPRI, Lyon, 2011, p. 511-5.

24. van der Hel O, **Boffetta P**. Causes and prevention of lymphoma. In: Magrath IT, ed. The Lymphoid Neoplasms. Third Edition. Hodder Arnold, London, 2010, p. 59-75.

25. Herceg Z, **Boffetta P**. Epigenetic changes in cancer: role of environment. In: Roy D, Dorak MT, eds. Environmental Factors, Genes, and the Development of Human Cancers. Springer, New York, NY, 2010, p. 153-69.

26. **Boffetta P**. Laryngeal cancer. In: Boyle P, Gray N, Henningfield J, Seffrin J, Zatonski W, eds, Tobacco: Science, Policy and Public Health, 2nd ed.. Oxford University Press, New York, 2010, p 359-72.

27. **Boffetta P**, La Vecchia C. Neoplasms. In: Detels R, Beaglehole R, Lansang MA, Gulliford M. Oxford Textbook of Public Health. 5th Edition. New York, NY, Oxford University Press, 2009.

28. **Boffetta P**, Dolcetti R. Infectious etiopathogenesis of extranodal lymphomas. In: Cavalli F, Stein H,

Zucca E, eds, Extranodal Lymphomas – Pathology and Management. Informa Healthcare, London, 2008, p. 24-33.

29. **Boffetta P**, Trichopoulos D. Biomarkers in cancer epidemiology. In: Adami H-O, Hunter D, Trichopoulos D, eds, Textbook of Cancer Epidemiology, Second Edition. Oxford University Press, Oxford, 2007, p. 109-26.

30. **Boffetta P**, Trichopoulos D. Cancer of the lung, larynx, and pleura. In: Adami H-O, Hunter D, Trichopoulos D, eds, Textbook of Cancer Epidemiology, Second Edition. Oxford University Press, Oxford, 2007, p. 349-77.

31. **Boffetta P**, Stayner LT. Pleural and peritoneal neoplasms. In: Schottenfeld D, Fraumeni JF, eds. Cancer Epidemiology and Prevention. Third Edition. New York, Oxford University Press, 2006, pp. 659-73.

32. Stayner L, **Boffetta P**, Vainio H. Risk assessment of carcinogenetic hazards. In: Schottenfeld D, Fraumeni JF, eds. Cancer Epidemiology and Prevention. Third Edition. New York, Oxford University Press, 2006, pp. 65-9.

33. Siemiatycki J, Richardson L, **Boffetta P**. Occupation. In: Schottenfeld D, Fraumeni JF, eds. Cancer Epidemiology and Prevention. Third Edition. New York: Oxford University Press, 2006, p. 322-54.

34. **Boffetta P**. Cancer Epidemiology. In: Ahrens W, Pigeot I, Eds. Handbook of Epidemiology. Berlin, London: Springer-Verlag; 2005. p 1405-1442.

35. **Boffetta P**. Laryngeal cancer. In: Boyle P, Gray N, Henningfield J, Seffrin J, Zatonski W, eds, Tobacco: Science, Policy and Public Health. Oxford University Press; 2004. p 367-381.

36. **Boffetta P**. Professional risks and environmental factors. In: Sculier J-P, Fry WA, eds, Malignant Tumors of the Lung: Evidence-based Management. Springer-Verlag, Berlin, 2004, pp. 91-100.

37. Brennan P, **Boffetta P**. Mechanistic considerations in the molecular epidemiology of head and neck cancer. In: Buffler P, Rice J, Baan R, Bird M, Boffetta P, eds, Mechanisms of Carcinogenesis: Considerations of Molecular Epidemiology (IARC Scientific Publication No 157). IARC, Lyon, 2004, pp. 393-414.

38. Hemminki K, **Boffetta P**. Multiple primary cancers as clues to environmental and heritable causes of cancer and mechanisms of carcinogenesis. In: Buffler P, Rice J, Baan R, Bird M, Boffetta P, eds, Mechanisms of Carcinogenesis: Considerations of Molecular Epidemiology (IARC Scientific Publication No 157). IARC, Lyon, 2004, pp. 289-297.

39. Spitz MR, Santella RM, **Boffetta P**, Buffler P. Subgroup report: head and neck cancer. In: Buffler P, Rice J, Baan R, Bird M, Boffetta P, eds, Mechanisms of Carcinogenesis: Considerations of Molecular Epidemiology (IARC Scientific Publication No 157). IARC, Lyon, 2004, pp. 41-47.

40. **Boffetta P**, Brennan P, Saracci R. Neoplasms. In: Detels R, McEwen J, Beaglehole R, Tanaka H, eds, Oxford Textbook of Public Health, Vol. 3, The Practice of Public Health, 4th Edition. Oxford University Press, Oxford, 2002, pp. 1155-1192.

41. **Boffetta P**, Trichopoulos D. Biomarkers in cancer epidemiology. In: Adami H-O, Hunter D, Trichopoulos D, eds, Textbook of Cancer Epidemiology. Oxford University Press, Oxford, 2002, pp 73-86.

42. **Boffetta P**, Trichopoulos D. Cancer of the lung, larynx, and pleura. In: Adami H-O, Hunter D, Trichopoulos D, eds, Textbook of Cancer Epidemiology. Oxford University Press, Oxford, 2002, pp. 248-280.

43. Le Marchand L, **Boffetta P**. Lung, larynx, oral cavity, and pharynx. In: Bertino JR, ed, Encyclopedia of Cancer, 2nd Edition. Academic Press, San Diego, CA, 2002, pp. 51-58.

44. Vainio H, Fletcher T, **Boffetta P**. Occupational causes of cancer. In: Alison MR, ed, The Cancer Handbook, Volume 1. Nature Publishing Group, London, 2002, pp. 413-419.

45. **Boffetta P**, Rothman N. Biomarkers. In: Olsen J, Saracci R, Trichopoulos D, eds, Teaching Epidemiology: a guide for teachers in epidemiology, public health and clinical medicine, 2nd Edition. Oxford University Press, 2001, pp 77-88.

46. **Boffetta P**, Vainio H. Préface. In: Pairon J-C, Brochard P, Le Bourgeois J-P, Ruffié P, eds, Les Cancers Professionnels, Tome II. Editions Margaux Orange, Paris, 2001, pp V-VII.

47. **Boffetta P**. Man-made mineral fibres. In: McDonald JC, ed., Epidemiology of Work-Related Diseases, 2nd Edition. BMJ Books, London, 2000, pp 109-122.

48. Harrington JM, **Boffetta P**, Saracci R. Clinical and epidemiological aspects. In: Baxter P, Adams

PH, Aw T-C, Cockcroft A, Harrington JM, eds. Hunter's Diseases of Occupations, 9th Edition. Arnold, London, 2000, pp 791-820.

49. Armstrong B, **Boffetta P**. Measurement of exposure and outcome in epidemiological studies used for quantitative estimation and prediction of risk. In: Moolgavkar S, Krewski D, Zeise L, Cardis E, Møller H, eds. Quantitative Estimation and Prediction of Human Cancer Risks (IARC Scientific Publications No 131). IARC, Lyon, 1999, pp 75-102.

50. **Boffetta P**, Butler J, Maynadié M, Brennan P. Lymphomas. In: Neugut AI, Meadows AT, Robinson E, eds, Multiple Primary Cancers. Lippincott Williams & Wilkins, Philadelphia, 1999, pp 277-301.

51. **Boffetta P**, Kogevinas M. Introduction: epidemiologic research and prevention of occupational cancer in Europe. In: Boffetta P, Merler E, eds, Occupational Cancer in Europe. Environ Health Persp 107, Suppl 2: 229-231, 1999.

52. **Boffetta P**, Pearce N. Epidemiological studies on genetic polymorphism: study design issues and measures of occurrence and association. In: Vineis P, Malats N, Lang M, d'Errico A, Caporaso N, Cuzick J, Boffetta P, eds. Metabolic Polymorphisms and Susceptibility to Cancer (IARC Scientific Publications No 148). IARC, Lyon, 1999, pp 97-108. PMID10493252

53. D'Errico A, Malats N, Vineis P, **Boffetta P**. Review of studies of selected metabolic polymorphisms and cancer. In: Vineis P, Malats N, Lang M, d'Errico A, Caporaso N, Cuzick J, Boffetta P, eds. Metabolic Polymorphisms and Susceptibility to Cancer (IARC Scientific Publications No 148). IARC, Lyon, 1999, pp 323-393.  PMID10493265

54. Vineis P, d'Errico A, Malats N, **Boffetta P**. Overall evaluation and research perspectives. In: Vineis P, Malats N, Lang M, d'Errico A, Caporaso N, Cuzick J, Boffetta P, eds. Metabolic Polymorphisms and Susceptibility to Cancer (IARC Scientific Publications No 148). IARC, Lyon, 1999, pp 403-408.  PMID10493267

55. Vineis P, Malats N, **Boffetta P**. Why study metabolic susceptibility to cancer? In: Vineis P, Malats N, Lang M, d'Errico A, Caporaso N, Cuzick J, Boffetta P, eds. Metabolic Polymorphisms and Susceptibility to Cancer (IARC Scientific Publications No 148). IARC, Lyon, 1999, pp 1-3. PMID10493243

56. Armstrong BK, **Boffetta P**. Environmental cancer. In: Boffetta P, ed. Cancer chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 2.8-2.14.

57. **Boffetta P**. Exposure to man-made vitreous fibres and cancer risk: a review of epidemiological studies. In: Peters GA, Peters BJ, eds, Current Asbestos Issues (Sourcebook on Asbestos Diseases, Vol. 18). Lexis Publishing, Charlottesville, VA, 1998, pp 191-218.

58. **Boffetta P**, Saracci R, Kogevinas M, Wilbourn J, Vainio H. Occupational carcinogens. In: Boffetta P, ed. Cancer chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 2.4-2.8.

59. **Boffetta P**, Weiderpass E. Respiratory cancer. In: David A, Wagner GR, eds. Respiratory System chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 10.78-10.81.

60. Partanen T, **Boffetta P**, Weiderpass E. Leukaemia, malignant lymphomas and multiple myeloma. In: Goldstein BD, ed. Blood chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 1.3-1.5.

61. Partanen T, **Boffetta P**, Weiderpass E. Malignant melanoma. In: Durocher L-P, ed. Skin Diseases chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 12.8-12.9.

62. Partanen T, Kauppinen T, **Boffetta P**, Weiderpass E. Liver cancer. In: Savolainen H, ed. Digestive System chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 4.9.

63. Partanen T, Kauppinen T, **Boffetta P**, Weiderpass E. Pancreatic cancer. In: Savolainen H, ed. Digestive System chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 4.10-4.11.

64. Partanen T, Vainio H, **Boffetta P**, Weiderpass E. Renal-urinary cancers. In: Hemstreet GP, ed. Renal-Urinary System chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 8.10-8.13.

134

65. Pearce N, **Boffetta P**, Kogevinas M. Introduction. In: Boffetta P, ed. Cancer chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 2.2-2.4.

66. Weiderpass E, Partanen T, **Boffetta P**. Non-melanocytic skin cancer. In: Durocher L-P, ed. Skin Diseases chapter. In Encyclopaedia of Occupational Health and Safety, Vol I, 4th Edition. International Labour Office, Geneva, 1998, pp 12.6-12.8.

67. **Boffetta P**. Infection from Helicobacter pylori and parasites, social class and cancer. In: Kogevinas M, Pearce N, Susser M, Boffetta P, eds. Social Inequalities and Cancer (IARC Scientific Publications No 138). IARC, Lyon, 1997, pp 325-329. PMID9353673

68. **Boffetta P**, Kogevinas M, Westerholm P, Saracci R. Exposure to occupational carcinogens and social class differences in cancer occurrence. In: Kogevinas M, Pearce N, Susser M, Boffetta P, eds. Social Inequalities and Cancer (IARC Scientific Publications No 138). IARC, Lyon, 1997, pp 331-341. PMID9353674

69. Faggiano F, Partanen T, Kogevinas M, **Boffetta P**. Socioeconomic differences in cancer incidence and mortality. In: Kogevinas M, Pearce N, Susser M, Boffetta P, eds. Social Inequalities and Cancer (IARC Scientific Publications No 138). IARC, Lyon, 1997, pp 65- 176. PMID9353664

70. Pearce N, **Boffetta P**. General design of study design and analysis in the use of biomarkers in cancer epidemiology. In: Toniolo P, Boffetta P, Shuker DEG, Rothman N, Hulka B, Pearce N, eds. Application of Biomarkers in Cancer Epidemiology (IARC Scientific Publications No 142). IARC, Lyon, 1997, pp 47-57. PMID9354911

71. Woodward A, **Boffetta P**. Environmental exposure, social class, and cancer risk. In: Kogevinas M, Pearce N, Susser M, Boffetta P, eds. Social Inequalities and Cancer (IARC Scientific Publications No 138). IARC, Lyon, 1997, pp 361-367. PMID9353677

72. Vainio H, **Boffetta P**, Kogevinas M. Environmental factors of respiratory cancer. In: Cordasco EM, Demeter SL, Zenz C, eds. Environmental Respiratory Diseases. Van Nostrand Reinhold, New York, 1995, pp 445-478.

73. **Boffetta P**, Kogevinas M, Pearce N, Matos E. Cancer. In: Pearce N, Matos E, Vainio H, Boffetta P, Kogevinas M, eds. Occupational Cancer in Developing Countries (IARC Scientific Publications No 129). IARC, Lyon, 1994, pp 111-126.

74. Kogevinas M, **Boffetta P**, Pearce N. Occupational exposure to carcinogens in developing countries. In: Pearce N, Matos E, Vainio H, Boffetta P, Kogevinas M, eds. Occupational Cancer in Developing Countries (IARC Scientific Publications No 129). IARC, Lyon, 1994, pp 63-95. PMID7847748

75. Matos E, **Boffetta P**. Other diseases. In: Pearce N, Matos E, Vainio H, Boffetta P, Kogevinas M, eds. Occupational Cancer in Developing Countries (IARC Scientific Publications No 129). IARC, Lyon, 1994, pp 129-139.

76. Saracci R, **Boffetta P**. Interactions of tobacco smoking with other causes of lung cancer. In: Samet JM, ed. Epidemiology of Lung cancer. Marcel Dekker, New York, 1994, pp 465-493.

77. Trédaniel J, **Boffetta P**, Zalcman G. Passive smoking and lung cancer risk: a review. In: Indoor Air Quality and Respiratory Disease. Indoor Air International, Rothenfluh, Switzerland, 1994, pp 66-102.

78. **Boffetta P**, Saracci R. Occupational factors of lung cancer. In: Hirsch A, Goldberg M, Martin J-P, Masse R, eds. Prevention of Respiratory Diseases. Marcel Dekker, New York, 1993, pp 37-63.

79. **Boffetta P**. Methodological aspects of the epidemiological association between cadmium and cancer in humans. In: Nordberg GF, Herber RFM, Alessio L, eds. Cadmium in the Human Environment: Toxicity and Carcinogenicity (IARC Scientific Publications No 118). IARC, Lyon, 1992, pp 425-434. PMID1303970

80. Garfinkel L, **Boffetta P**. Smoking and oestrogen-related sites: data from American Cancer Society studies. In: Wald N, Baron J, eds. Smoking and Hormone Related Disorders. Oxford University Press, Oxford, 1990, pp 3-19.

81. Perera FP, **Boffetta P**, Nisbet ICT. What are the major carcinogens in the etiology of human cancer? Industrial carcinogens (chapter 14b). In: DeVita VT Jr, Hellman S, Rosenberg SA, eds, Important Advances in Oncology 1989. JB Lippincott Comp., Philadelphia, 1989, pp 249-265.

Letters to the editor

1. **Boffetta P**. Re: TenHarmsel et al., Mortality among Individuals Diagnosed with Chronic Beryllium Disease and Beryllium Sensitization; J Occup Environ Med 2023 (in press). J Occup Environ Med. 2024 Mar 19. Epub ahead of print. PMID: 38509655.

2. **Boffetta P**, Collatuzzo G, Cohen SM. Re: Yang et al., Arsenic exposures and prostate cancer risk: A multilevel meta-analysis [J. Trace Elem. Med. Biol. (2022) 72 126992]. J Trace Elem Med Biol. 2023;78:127191. PMID: 37163820.

3. Visci G, Zunarelli C, **Boffetta P**, Violante F. Re: Comment to "Relationship between exposure to ionizing radiation and mesothelioma risk: A systematic review of the scientific literature and meta-analysis": Cancer Med. 2022;11:778-789. Cancer Med. 2022;11(24):5035-5036. PMID: 35535521.

4. **Boffetta P**, Franco N, Gullino A, Pira E. Re: Dutheil et al. Prostate Cancer and Asbestos: A Systematic Review and Meta-Analysis. Perm J 2021 Jan;25. PMID: 33663690.

5. Collatuzzo G, **Boffetta P**. Memorial in honour of Andrea Farioli. Scand J Public Health. 2021;49:123. PMID: 33528312.

6. **Boffetta P**. Re: Exposure to asbestos and the risk of colorectal cancer mortality: a systematic review and meta-analysis by Kwak et al. Occup Environ Med 2020;77:655. PMID: 32709739.

7. Bertuccio P, Malvezzi M, Carioli G, Hashim D, **Boffetta P**, El-Serag HB, La Vecchia C, Negri E. Reply to: "Global trends in mortality from intrahepatic and extrahepatic cholangiocarcinoma". J Hepatol 2019;71:1262-3. PubMed PMID: 31564445.

8. Pira E, **Boffetta P**, Ciocan C. On the diagnosis of malignant pleural mesothelioma: A necropsy-based study of 171 cases (1997-2016). Tumori 2019;105:359-60. PubMed PMID: 31418338.

9. Malvezzi M, Carioli G, Bertuccio P, **Boffetta P**, Levi F, La Vecchia C, Negri E. Reply to the Letter to the Editor: "European cancer mortality predictions for the year 2019 with focus on breast cancer, by Malvezzi M et al." by J. Marsden, H. Hamoda, On behalf of the British Menopause Society Medical Advisory Council. Ann Oncol 2019;30:1394. PubMed PMID: 31070708.

10. Farioli A, **Boffetta P**, Curti S, Garzaro G, La Vecchia C, Mattioli S, Spatari G, Violante FS. Response to: 'Are children more vulnerable to mesothelioma than adults? A comparison of mesothelioma risk among children and adults exposed non-occupationally to blue asbestos at Wittenoom' by Reid et al. Occup Environ Med 2019;76:355. PubMed PMID: 30804167.

11. **Boffetta P**, Righi L, Ciocan C, Pelucchi C, La Vecchia C, Romano C, Papotti M, Pira E. Reply to Letters to the Editor by Brentisci et al. and Consonni & Mensi. Ann Oncol 2019;30:341. PubMed PMID: 30534997.

12. Mundt KA, Gallagher AE, Dell LD, Natelson EA, **Boffetta P**, Gentry PR. Response to Dr. Bernard D. Goldstein's Letter to the Editor. Crit Rev Toxicol 2018;48:341-3. PubMed PMID: 29460663.

13. Mundt KA, Gallagher AE, Dell LD, Natelson E, **Boffetta P**, Gentry PR. Formaldehyde, Hematotoxicity, and Chromosomal Changes-Letter. Cancer Epidemiol Biomarkers Prev 2018;27:119. PubMed PMID: 29311166.

14. Pira E, Coggiola M, Ciocan C, Romano C, La Vecchia C, Pelucchi C, **Boffetta P**. Response to Letter to the Editor on the Mortality of Talc Miners and Millers From Val Chisone, Northern Italy. J Occup Environ Med 2018;60:e73. PubMed PMID: 29303848.

15. Pira E, Coggiola M, Ciocan C, Romano C, La Vecchia C, Pelucchi C, **Boffetta P**. Response to Letter to the Editor On the Mortality of Talc Miners and Millers From Val Chisone, Northern Italy. J Occup Environ Med 2017;59:e195. PubMed PMID: 28991140.

16. Pira E, Romano C, Vecchia C, **Boffetta P**. Hematologic and cytogenetic biomarkers of leukemia risk from formaldehyde exposure. Carcinogenesis 2017;38:1251-2. PubMed PMID: 29112738.

17. Wyss AB, Hashibe M, Lee YA, Chuang SC, Muscat J, Chen C, Schwartz SM, Smith E, Zhang ZF, Morgenstern H, Wei Q, Li G, Kelsey KT, Winn DM, Gillison ML, Zevallos JP, **Boffetta P**, Olshan AF. The Authors reply. Am J Epidemiol 2017;186:625-626. PubMed PMID: 28911015.

18. **Boffetta P**, Pira E, Romano C, Violante FS, Farioli A, Zocchetti C, La Vecchia C. Response to: 'Dose-time-response association between occupational asbestos exposure and pleural mesothelioma' by Lacourt et al. Occup Environ Med 2017;75:160. PubMed PMID: 28823988.

19. **Boffetta P**, Zeig-Owens R, Wallenstein S, Li J, Brackbill RM, Cone J, Farfel M, Holden W, Lucchini R, Webber MP, Prezant D, Stellman SD, Hall CB. Response to Soskolne [2017]. Am J Ind

Med 2017;60:512. PubMed PMID: 28409859.

20. **Boffetta P**, La Vecchia C. Re: Asbestos and product defence science. Int J Epidemiol 2016;45:1690-1. PMID: 27892415.

21. **Boffetta P**. Re: Terracini et al. Comments on the causation of malignant mesothelioma: Rebutting the false concept that recent exposures to asbestos do not contribute to causation of mesothelioma. Am J Ind Med 2016;59:506-507. Am J Ind Med 2016;59:1177-9. PMID: 27870118.

22. **Boffetta P**, Scialli AR. TCDD and birth weight of Vietnamese infants. Environ Sci Pollut Res Int 2016;23:17857-8. PMID: 27344653.

23. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, **Boffetta P**, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Response to Kay Teschke. Re: Mesothelioma among motor vehicle mechanics: An updated review and meta-analysis. Ann Occup Hyg 2016;60:1036-7. PMID: 27328807.

24. **Boffetta P**. Commentary: Pleural mesothelioma, and occupational and non-occupational asbestos exposure: a case-control study with quantitative risk assessment. Occup Environ Med 2016;73:712. PMID: 27188278.

25. Swanton C, **Boffetta P**, Peston R, Soria JC. Reply to the letter to the editor 'Abandoning diesel because of health perspectives. Are there reasonable alternatives?' by Vreugdenhil & Mannaerts. Ann Oncol 2016;27:1361. PMID: 27117530.

26. Mundt KA, **Boffetta P**. Extended follow-up of lung cancer and non-malignant respiratory disease mortality among California diatomaceous earth workers. Occup Environ Med 2016;73:71-2. PMID: 26561505

27. Lamb JC 4th, **Boffetta P**, Foster WG, Goodman JE, Hentz KL, Rhomberg LR, Staveley J, Swaen G, Van Der Kraak G, Williams AL. Comments on the opinions published by Bergman et al. (2015) on critical comments on the WHO-UNEP State of the Science of Endocrine Disrupting Chemicals (Lamb et al. 2014). Regul Toxicol Pharmacol 2015;73:754-757. PMID: 26550933

28. Iqbal B, Shah IA, Bhat GA, Bhat AB, Rafiq R, Nabi S, Malekhzadeh R, Abnet CC, **Boffetta P**, Jenab M, Dar NA. Impediments in foreign collaboration and conducting a high throughput molecular epidemiology research in India, an assessment from a feasibility study. Springerplus 2015;4:287. PMID: 26120504

29. La Vecchia C, **Boffetta P**. A critique of a review on the relationship between asbestos exposure and the risk of mesothelioma: reply. Eur J Cancer Prev 2014;23:494-6. PMID: 25068809

30. McCormack V, Peto J, Byrnes G, Straif K, **Boffetta P**. Reply: Comment on 'Estimating the asbestos-related lung cancer burden from mesothelioma mortality'. Br J Cancer 2013;109:825-6. PMID: 23807162

31. Bagnardi V, Botteri E, Rota M, Pelucchi C, Corrao G, Rehm J, **Boffetta P**, La Vecchia C. Re: light drinking has positive public health consequences. Ann Oncol 2013;24:1421-2. PMID: 23493139.

32. Dar NA, Islami F, **Boffetta P**. Reply: False positive result in study on hookah smoking and cancer in Kashmir: measuring risk of poor hygiene is not the same as measuring risk of inhaling water-filtered tobacco smoke all over the world. Br J Cancer 2013;108:1391-2. PMID: 23470467.

33. Frullanti E, La Vecchia C, **Boffetta P**, Zocchetti C. Authors' reply: Comment to "Vinyl chloride exposure and cirrhosis: A systematic review and meta-analysis". Dig Liver Dis 2013;45:702. PMID: 23567495.

34. Checkoway H, **Boffetta P**, Mundt DJ, Mundt KA. Response letter to the Editor RE: Formaldehyde and leukemia: missing evidence! Cancer Causes Control 2013;24:205. PMID: 23192431

35. **Boffetta P**. Re: The Diesel Exhaust in Miners Study: A nested case-control study of lung cancer and diesel exhaust and a cohort mortality study with emphasis on lung cancer. J Natl Cancer Inst 2012;104:1842-3. PMID: 23087448.

36. Bertuccio P, La Vecchia C, Silverman DT, Petersen GM, Bracci PM, Negri E, Li D, Risch HA, Olson SH, Gallinger S, Miller AB, Bueno-de-Mesquita HB, Talamini R, Polesel J, Ghadirian P, Baghurst PA, Zatonski W, Fontham E, Bamlet WR, Holly EA, Lucenteforte E, Hassan M, Yu H, Kurtz RC, Cotterchio M, Su J, Maisonneuve P, Duell EJ, Bosetti C, **Boffetta P**. Reply to Are cohort data on smokeless tobacco use and pancreatic cancer confounded by alcohol use? Ann Oncol. 2011;22:1931-2.

37. Grimaldi-Bensouda L, Marty M, Pollak M, Cameron D, Riddle M, Charbonnel B, Barnett AH,

**Boffetta P**, Boivin JF, Evans M, Rossignol M, Benichou J, Abenhaim L; ISICA group. The international study of insulin and cancer. Lancet 2010;376:769-70. PMID: 20816540

38. **Boffetta P**, McLaughlin JK, La Vecchia C, Tarone RE, Lipworth L, Blot WJ. A further plea for adherence to the principles underlying science in general and the epidemiologic enterprise in particular. Int J Epidemiol 2009;38:678-9.

39. Bosetti C, Levi F, **Boffetta P**, Lucchini F, Negri E, La Vecchia C. Reply. Hepatol 2008;49:336-7.

40. **Boffetta P**, McLaughlin JK, La Vecchia C. Reply: 'environment' in cancer causation and etiological fraction: limitations and ambiguities (by Boffetta,P. et al. (2007) Carcinogenesis, 28, 913-915). Carcinogenesis 2008;29:1850.

41. **Boffetta P**, Tarone RE, Blot WJ. Survival in women after diagnosis of lung cancer. JAMA. 2007;297:153.

42. **Boffetta P**, Aagnes B, Weiderpass E, Andersen A. Response to comments by Drs. Rutqvist, Lewin, Nilsson, Ramstrom, Rodu and Cole further to the publication of the manuscript "smokeless tobacco use and risk of cancer of the pancreas and other organs". Int J Cancer 2006;118:1586-7.

43. **Boffetta P**, Mundt KA, Dell LD. Response to Swaen & Duijts on the epidemiologic evidence for the carcinogenicity of vinyl chloride monomer. Scand J Work Environ Health 2005;31:236.

44. **Boffetta P**, Kjaerheim K, Hansen J, Cherrie J, Chang-Claude J, Olsen JH, Saracci R, Westerholm P, Andersen A. Study of lung cancer in MMVF workers. Int J Occup Environ Health 2003;9:169-70.

45. **Boffetta P**, Brennan P. Proper controls for SNP studies? Carcinogenesis 2002;23:2139 (second letter).

46. Brennan P, **Boffetta P**. Proper controls for SNP studies? Carcinogenesis 2002;23:2135 (first letter).

47. Garte S, **Boffetta P**, Caporaso N, Vineis P. Metabolic gene allele nomenclature. Cancer Epidemiol Biomarkers Prev 2001;10:1305-6.

48. **Boffetta P**, Saracci R. Non-neoplastic mortality of European workers who produce man made mineral fibres - The authors reply. Occup Environ Med 2000 ;57:648.

49. **Boffetta P**, Nyberg F, on behalf of the IARC Study Group. Response to Denson re.: Multicenter case-control study of exposure to environmental tobacco smoke and lung cancer in Europe. J Natl Cancer Inst 1999;91:803-4.

50. **Boffetta P**, Nyberg F, Saracci R, on behalf of the IARC Study Group. Response to Lee and Forey re.: Multicenter case-control study of exposure to environmental tobacco smoke and lung cancer in Europe. J Natl Cancer Inst 1999;91:560-1.

51. **Boffetta P**, Saracci R, on behalf of the IARC Study Group. Reply re. 'Cancer mortality among man-made vitreous fiber production workers'. Epidemiol 1998;9:219-20.

52. Kogevinas M, **Boffetta P**. The authors reply re. "Cancer mortality in workers exposed to phenoxy herbicides, chlorophenols and dioxins: an expended and updated international cohort study". Am J Epidemiol 1998;147:1094-5.

53. Kogevinas M, Sala M, **Boffetta P**, Hoar-Zahm S, Kazerouni N, Kromhout H. Authors' reply re. "Cancer risk in the rubber industry: a review of recent epidemiological evidence". Occup Environ Med 1998 ;55:646-7.

54. Merler E, Balzi D, Buiatti E, **Boffetta P**. Asbestos-related mortality among Italian migrants to Western Australia. Epidemiol 1996;7:556-7. PMID8862994

55. **Boffetta P**, Vainio H, Saracci R. Epidemiology versus a smoke screen. Lancet 1996;348:410. PMID8709759

56. Gennaro V, Ceppi M, Fontana V, Perrotta A, Silvano S, **Boffetta P**. Pleural mesothelioma in oil refinery workers - Author's reply. Scand J Work Environ Hlth 1995;21:301-9. PMID7973494

57. Pearce N, de Sanjose S, **Boffetta P**, Saracci R, Kogevinas M, Savitz D. Biomarkers of exposure in cancer epidemiology. Epidemiol 1995;6:638. PMID7742410

58. Trédaniel J, **Boffetta P**, Saracci R, Hirsch A. Exposure to environmental tobacco smoke and risk of lung cancer: the epidemiological evidence - Reply. Eur Respir J 1995 ;8:1240-1. PMID7828699

59. Kogevinas M, **Boffetta P**, Vainio H. Determining the hazards of work place chemicals. Epidemiol 1993;4:561-2. PMID8268292

60. **Boffetta P**, Vainio H. PCBs in the environment. Science 1991;254:919-20.

<u>Other scientific publications</u>

138

1.  **Boffetta P**. Environment and cancer risk. Rev Prat 2013;63:1122-5 (French). PMID: 24298832
2.  **Boffetta P**. Internal and external validity of cohort studies. Ann Agric Environ Med 2011;18:283-4. PMID: 22216799
3.  Andersson L, Droller MJ, Adolfsson J, Mânsson W, Kirkali Z, **Boffetta P**, Montironi R, Malmstrom PU, Tribukait B, Grossman HB. Chairmen's summary. Scand J Urol Nephrol Suppl 2008;218:7-11.
4.  García Gómez M, **Boffetta P**, Caballero Klink JD, Español S, Gómez Quintana J. Cardiovascular mortality in mercury miners. Med Clin (Barc) 2007;128:766-71 (Spanish).  PMID17568503
5.  Gómez MG, **Boffetta P**, Klink JD, Español S, Quintana JG, Colin D. Cancer mortality in mercury miners. Gac Sanit 2007;21:210-7 (Spanish).  PMID17565895
6.  **Boffetta P**. Transparency in the relationship between IARC and the petroleum industry. Epidemiol Prev 2007;31:170 (Italian).  PMID1801195
7.  Sartor SG, Eluf-Neto J, Travier N, Wünsch Filho V, Arcuri AS, Kowalski LP, **Boffetta P**. Occupational risks for laryngeal cancer: a case-control study. Cad Saude Publ 2007;23:1473- 81 (Portuguese).  PMID17546338
8.  Garcia Gomez M, **Boffetta P**, Caballero Klink JD, Espanol S, Gomez Quintana J. Genitourinary diseases mortality in mercury miners. Actas Urol Esp 2006;30:913-20. (Spanish).  PMID17175931
9.  McLean D, **Boffetta P**, Berry R, Pearce N. Occupational cancer. Pearce N, McLean D, Berry R, eds, Priorities in Occupational Health and Safety. Proceedings of the Second Annual CPHR Symposium in Health Reearch and Policy, 4th September 2002. Centre for Public Health Research, Wellington, July 2003, pp. 33-49.
10.  Lewis S, Brennan P, Nyberg F, Ahrens W, Constantinescu V, Mukeria A, Benhamou S, Batura-Gabryel H, Bruske-Hohlfeld I, Simonato L, Menezes A, **Boffetta P**. Cruciferous vegetable intake, GSTM1 genotype and lung cancer risk in a non-smoking population (Extended abstract). In: Riboli E, Lambert R, eds. Nutrition and Lifestyle: Opportunities for Cancer Prevention (IARC Scientific Publications No 156). IARC, Lyon, 2002, pp 507-8.  PMID12484246
11.  Ohshima H, Pignatelli B, Li C-Q, Baflast S, Gilibert I, **Boffetta P**. Analysis of oxidized and nitrated proteins in plasma and tissues as biomarkers for exposure to reactive oxygen and nitrogen species (Extended abstract). In: Riboli E, Lambert R, eds. Nutrition and Lifestyle: Opportunities for Cancer Prevention (IARC Scientific Publications No 156). IARC, Lyon, 2002, pp 393-4.  PMID12484216
12.  Bartolucci GB, **Boffetta P**, Mantovani A, Chiesara E. Evaluation of the effects following low doses of inorganic mercury from environmental and occupational exposures. Med Lav 2002;93:290-8 (Italian).  PMID12197280
13.  Kogevinas M, **Boffetta P**. Inégalités sociales vis-à-vis du cancer : le poids des expositions professionnelles. Santé et Travail 2001 ;34:28-9 (French).
14.  **Boffetta P**. Evaluation du potentiel cancérogène d'une substance : la démarche du CIRC. In: Pairon J-C, Brochard P, Le Bourgeois J-P, Ruffié P, eds, Les Cancers Professionnels, Editions Margaux Orange, Paris, 2000, pp 131-40 (French).
15.  Pitard A, **Boffetta P**. Faisabilité d'une étude épidémiologique sur l'impact des émissions des moteurs diesel en Europe de l'est et en Europe centrale. Rev Méd Trav 2000 ;27 :180-5 (French).
16.  **Boffetta P**. Cancer hazard overview. In: Building a Research Strategy to Improve Risk Assessment (Proceedings of the Diesel Workshop of the Health Effects Institute, Stone Mountain, GA, 7-9 March 1999). HEI Communications 1999;7:18-40.
17.  **Boffetta P**. Epidemiology of 1,3-Butadiene. In: A Partnership to Examine Emerging Health Effects (Proceedings of the EC/HEI Workshop on 1,3-Butadiene, Brussels, 29-30 June 1999). HEI Communications 1999;6:85-101.
18.  Merletti F, Richiardi L, **Boffetta P**. (Proportion of lung tumors attributable to occupation). Epidemiol Prev 1999;23:327-32 (Italian).  PMID10730474
19.  **Boffetta P**. Cancer patterns, risk factors and prevention in the Balkans and Middle East, with a note on the use of cancer registries for investigating risk factors. In: Pavlidis N, Kardamakis D, Costa A, eds. Cancer Control in the European Mediterranean, Balkans and Middle East Countries. European School of Oncology, University of Ioannina, Greece, 1998, pp 23-38.
20.  Merletti F, Richiardi L, **Boffetta P**. (Health effects of passive smoking). Med Lav 1998;89:149-63 (Italian).  PMID9673105

21. **Boffetta P**. The role of the International Agency for Research on Cancer (IARC). In: Duffus JH, ed. Carcinogenicity of Inorganic Substances: Risks from Occupational Exposure. Royal Society of Chemistry, Cambridge, 1997, pp 211-2.

22. **Boffetta P**. Pollution de l'air: quels véritables dangers ? Comprendre et Agir (J Inst Curie) 1996 ;37: 6-9 (French).

23. Merler E, **Boffetta P**. All'origine dei tumori polmonari. Medicina dei Lavoratori: Rivista Trimestrale della CGIL e dell'INCA (Ediesse, Rome) 1996;40/41:83-4 (Italian).

24. Saracci R, **Boffetta P**. Introduction to 'Risk Management of Occupational Hazards' (Proceedings of the Conference on Retrospective Assessment of Occupational Exposures in Epidemiology, Lyon, 13-15 April 1994). Occupat Hyg 1993;3:1-3.

25. **Boffetta P**. Identification of carcinogenic substances. In: Responsible Use and Environmental Care (Proceedings of the 9th Biennial Conference of the Asbestos International Association, Montreal, 29-31 May 1995). AIA, Paris, 1995, pp 45-55.

26. **Boffetta P**, Kogevinas M. Cancerogenesi da stirene: risultati dello studio I.A.R.C. e valutazione complessiva. In: Cassina G, Seghizzi P, eds. La Lavorazione del Bottone: Tecnologia Rischi ed Interventi Preventivi (Atti del Convegno Nazionale, Bergamo, 30 June-1 July 1994). 1994, pp 109-14 (Italian).

27. **Boffetta P**, Pearce N. Occupational cancer in developing countries. In: Rantanen J, Lehtinen S, Kalimo R, Nordman H, Vainio H, Viikari-Juntura E, eds. New Epidemics in Occupational Health (Proceedings of the International Symposium, Helsinki, 16-19 May 1994). Finnish Institute of Occupational Health, Helsinki, 1994, pp 153-9.

28. Castegnaro M, **Boffetta P**, eds. Les Méthodes de Traitement des Eaux (Mémoire réalisé pour le Secrétariat Général de la Défense Nationale). IARC, Lyon, 1994, 56 pp. (French).

29. Porru S, Aulenti V, **Boffetta P**, Donato F, Fazioli R. Cosciani Cunico S, Alessio L. Cancro della vescica ed attività lavorativa: risultati preliminari di uno studio caso-controllo ospedaliero In: Atti del 56 Congresso Nazionale della Società Italiana di Medicina del Lavoro e Igiene Industriale, Venezia, 20-23 October 1993. 1994, pp 639-43 (Italian).

30. Trédaniel J, **Boffetta P**, Hirsch A. Should passive smoking be recognized as carcinogenic? Rev Mal Respir 1994;11:443-5 (French).

31. **Boffetta P**. Epidemiology of occupational lung cancer. In: Hurych J, Lesage M, David A, eds. Proceedings of the Eighth International Conference on Occupational Lung Diseases, Vol. I, Prague, 14-17 September 1992. Czech Medical Society, Prague, 1993, pp 137-63.

32. **Boffetta P**, Axelson O, Berlin M, Costa M, Elinder CG, Fowler B, Gerhardsson L, Grandjean P, Nordberg GH, Sunderman FW. Carcinogenicity of trace elements - Report of a panel discussion in Stockholm, 25 May 1992. Scand J Work Environ Health 1993 ;19 (Suppl 1): 110-1.

33. Trédaniel J, Zalcman G, **Boffetta P**, Hirsch A. Passive smoking. Effects on health. Rev Prat 1993;43:1230-4 (French).

34. **Boffetta P**, Kogevinas M, Matos E, Vainio H, Saracci R. Re-analysis of studies on the carcinogenic risk of exposures in the wood and leather industries. In: Aggiornamenti in Tema di Neoplasie di Origine Professionale (Atti del Seminario Internazionale, Siena, 19-21 November 1991). Editrice Universitaria Litografia Felici, Pisa, 1992, pp 183-95.

35. **Boffetta P**, Saracci R. Environmental tobacco smoke and lung cancer. Pollution Atmosphérique 1992 ;4-6 :63-6 (French).

36. Andrion A, Gaglio A, Zai G, Zanin A, **Boffetta P**. Tumor grading in urinary cytology. A study of the cytohistological relationship with evaluation of the kappa statistic for concordance. Pathologica 1991;83:111-7 (Italian).

37. **Boffetta P**. Aspetti epidemiologici degli inquinanti dell'aria di ambienti confinati. Riforma Med 1991;106: 43-52 (Italian).

38. **Boffetta P**, Cardis E, Vainio H, Coleman MP, Kogevinas M, Nordberg G, Parkin DM, Partensky C, Shuker D, Tomatis L. Cancer risks related to different energy sources. In: Electricity and the Environment (Proceedings of a Senior Expert Symposium on Electricity and the Environment, Helsinki, 13-17 May 1991). International Atomic Energy Agency, Vienna, 1991, pp 219-43 (Also reprinted as "Risques de cancer liés aux différentes sources d'énergie" in Energies-Santé 1991 ;2:385-401).

39.  Giordano L, Merletti F, **Boffetta P**, Terracini B. Influence of sociodemographic variables in the enrollment of subjects in a population case-control study. Epidemiol Prev 1990;12:7-12 (Italian).

40.  Kogevinas M, **Boffetta P**, Saracci R, Vainio H. Review of carcinogenic risks in the paper and pulp industry. In: Proceedings of the 10th International Meeting Dioxin 90 - Short papers, Vol 3. 1990; pp 255-8.

41.  Lagorio S, Vineis P, **Boffetta P**. Carcinogenic risk of automobile exhaust: a review. Epidemiol Prev 1990;12:38-55 (Italian).

42.  **Boffetta P**, Perera F. Evaluation of the relative potency of carcinogens: a critique of the HERP index. Med Lav 1989;80:458-66 (Italian).

43.  Merletti F, Terracini B, **Boffetta P**, Riboli E, Berrino F, Crosignani P. Cancro della laringe/ipofaringe, tabacco ed alcool: Lo studio dell'Agenzia Internazionale per le Ricerche sul Cancro. Epidemiol Prev 1988;35: 52-5 (Italian).

Scientific reports

1.  **Boffetta P**, Burstyn I, Partanen T, Kromhout H, Svane O, Langard S, Järvholm B, Frentzel-Beyme R, Kauppinen T, Stücker I, Shaham J, Heederik D, Ahrens W, Bergdahl I, Cenée S,  Ferro G, Heikkilä P, Hooiveld M, Johansen C, Randem B, Schill W. IARC Epidemiological  Study of Cancer Mortality among European Asphalt Workers (IARC Internal Report No  01/003). IARC, Lyon, 2001.

2.  **Boffetta P**, Kjaerheim K, Cherrie J, Chang-Claude J, Eilber U, Ferro G, Guldner K, Hansen  J, Olsen JH, Plato N, Proud L, Saracci R, Westerholm P, Andersen A. A case-control study  of lung cancer among European rock and slag wool production workers - Final report (IARC  Internal Report No 00/004). IARC, Lyon, 2000.

3.  Ward E, **Boffetta P**, Andersen A, Colin D, Comba P, Deddens J, De Santis M, Engholm G, Hagmar L, Langard S, Lundberg I, McElvenny D, Pirastu R, Sali D, Simonato L. Update of  the follow-up of mortality and cancer incidence among European workers employed in the  vinyl chloride industry (IARC Internal Report No 00/001). IARC, Lyon, 2000. PMID11679801

4.  **Boffetta P**, Garcia-Gómez M, Pompe-Kirn V, Merler E, Zaridze D, Bellander T, Bulbulyan  M, Caballero JD, Ceccarelli F, Colin D, Dizdarevic T, Español S, Kobal A, Petrova N,  Sällsten G. IARC multicentre study of cancer risk among workers of four European mercury  mines and mills (IARC Internal Report No 99/002). IARC, Lyon, 1999.

5.  **Boffetta P**, for the Study Group. Environmental Exposures and Lung Cancer in Non-Smokers - Final Report, 1 November 1994 - 31 October 1997. IARC, Lyon, 1998.

6.  Kogevinas M, Kauppinen T, **Boffetta P**, Saracci R. Estimation of the Burden of  Occupational Cancer in Europe - Final Report, March 1998. Municipal Institute of Medical  Investigation, Barcelona, 1998.

7.  Consonni D, **Boffetta P**, eds. IARC Historical Cohort Study of Workers Employed in the  Man-Made Vitreous Fibre Industry in Seven European Countries - Lung Cancer Mortality in  the Rock Wool/Slag Wool Subcohort - Analysis Based on Mathematical Model of MMVF  Exposure (IARC Internal Report 96/002). IARC, Lyon, 1997.

8.  **Boffetta P**, Saracci R, Ferro G, Andersen A, Bertazzi PA, Chang-Claude J, Cherrie J,  Frentzel-Beyme R, Hansen J, Hemmingson T, Olsen J, Plato N, Teppo L, Westerholm P,  Winter PD, Zocchetti C. IARC Historical Cohort Study of Man-Made Vitreous Fibre  Production Workers in Seven European Countries: Extension of the Mortality and Cancer  Incidence Follow-up until 1990 (IARC Internal Report No 95/003). IARC, Lyon, 1995.

9.  Partanen T, Heikkilä P, **Boffetta P**. Feasibility Phase of a Study on Cancer Risk among Workers in the European Asphalt Industry - Epidemiology - Final Report (IARC Internal Report 94/005). IARC, Lyon, 1995.

## Paolo Boffetta, MD MPH

List of depositions and trial testimony since 2016

<u>Trial testimony</u>
None.

<u>Depositions</u>

Coplin v. Doe Run Co. Missouri.  May 5th 2016.

Isenhour v. Norfolk Southern Railway Company. Alabama, July 29th 2016.

Kilty v. Weyerhaeuser Co., et al. Wisconsin. February 6th, 2018

Rosser v. Norfolk Southern Railway Company. North Carolina. February 8th, 2018.

Conley v. BNSF Railway Company. Missouri. April 29th, 2018.

Mason v. Canadian Pacific Railway. Vermont. April 4th, 2019.

Beemer v. Grand Trunk Western Railroad Company. Michigan. June 11th, 2019.

Thomas v. Akzo Nobel Coatings et al. California. June 12th and 14th, 2019.

Rhyne v. United States Steel Corporation et al. North Carolina. December 13th, 2019.

Wade, v. United States Steel Corporation et al. South Carolina. January 8th, 2020.

Thomas v. BNSF Railway Company. Texas. September 9th, 2020

Fleming v. National Railroad Passenger Corporation et al. Illinois. August 3rd, 2021.

Thomas v. Canadian Pacific Railway, et al. Minnesota. September 30, 2021

Hartman v. Illinois Central Railroad Company. Louisiana. April 25th, 2022; June 13th, 2022

Benjamin v. Illinois Central Railroad Company, et al. Illinois. April 27th, 2022

Peterson v. Grand Trunk Western Railroad Company. Illinois. July 5th, 2022

Smith v. Illinois Central Railroad Company. Louisiana, January 6th, 2023

Underwood, v. O'Reilly Auto Parts, Inc., et al., Nevada, August 30th, 2023

Stuckey v. Norfolk Southern Railway Company, Georgia, January 12th, 2024