1

**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)

2
David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)

3
4 Embarcadero Center, Suite 3500
San Francisco, California 94111

4
Telephone:   (415) 374-2300

5
Facsimile:    (415) 374-2499
trent.norris@hoganlovells.com

6

7
**DLA PIPER LLP**
Gregory G. Sperla (CA Bar No. 278062)

8
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933

9
Telephone:    415.836.2500
Facsimile:     415.836.2501

10
greg.sperla@dlapiper.com

11
Attorneys for Plaintiff

12
THE PERSONAL CARE PRODUCTS COUNCIL

13

14
**UNITED STATES DISTRICT COURT**

15
**EASTERN DISTRICT OF CALIFORNIA**

16

17
THE PERSONAL CARE PRODUCTS
COUNCIL,

18

Case No. 2:23-CV-01006-TLN-JDP

19
                    Plaintiff,

**DECLARATION OF DR. AMY MADL
IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT**

20
v.

21
ROB BONTA, in his official capacity as
Attorney General of the State of California,

Hearing Date:   November 14, 2024
Judge:             Hon. Troy L. Nunley
Action Filed:    May 26, 2023

22

23
                    Defendant.

24

25

26

27

28

**DECLARATION OF DR. AMY MADL**

I, Dr. Amy Madl, declare as follows in support of the Motion for Summary Judgment filed by Plaintiff the Personal Care Products Council ("PCPC") in the above captioned action:

I submit this declaration in support of Plaintiff's Motion for Summary Judgment. I have personal knowledge of the matters stated herein, and if called upon to do so, I could and would competently testify to each of the facts and opinions set forth below.

**Qualifications and Background**

1.      I am the President and Senior Principal Health Scientist of Valeo Sciences LLC. I submit this declaration in support of the Personal Care Products Council in the above-captioned case.

2.      I am a toxicologist with 25 years of experience in the sampling and analysis, toxicology, exposure, and human health risk assessment of airborne chemicals. Attached as **Exhibit A** is a true and accurate copy of my curriculum vitae that describes my education, training, professional experience, and publications.

3.      I am a board-certified toxicologist as a Diplomate of the American Board of Toxicology (DABT).

4.      I completed a Bachelor of Sciences (B.S.) in Biochemistry in 1993, Master of Science (M.S.) in Pharmacology and Toxicology in 1997, and a Doctor of Philosophy (Ph.D.) in Pharmacology and Toxicology in 2010, all from the University of California, Davis.

5.      I have held a research position with the University of California, Davis since 2011, where I have and continue to serve as a co-investigator on several research grants (funded by the National Institute of Health (NIH), National Institute of Environmental Health Sciences NIEHS), Tobacco-Related Disease Research Program (TRDRP), University of California Toxic Substances Research & Teaching Program) involving the respiratory effects of inhaled agents, including engineered nanoparticles and e-cigarette aerosols. I have also taught graduate level courses in inhalation toxicology and risk assessment at the University of California, Davis.

6.      I am a member of a number of professional societies including, Society of Toxicology (SOT), American Conference of Governmental Industrial Hygienists (ACGIH),

DECLARATION OF DR. AMY MADL

American Industrial Hygiene Associated (AIHA), International Society of Exposure Science (ISES), and Society of Risk Analysis (SRA). I have volunteered my time and served in several leadership positions within these professional organizations including, Elected Councilor of the Inhalation and Respiratory Specialty Section and Elected Secretary/Treasurer of the Nanoscience and Advanced Materials Specialty Section within SOT, as well as served as Liaison for Nanotechnology Working Group and Chair of the Toxicology Committee within the AIHA.

7.    I have also served as a peer reviewer on the NIH NIEHS workshop and report on "*A Science-Based Examination of the Mode of Action of Asbestos and Related Mineral Fibers*", as well as for Health Canada on the "*Guidance on the Assessment of Human Health Risks Posed by Substances Present in Indoor Dust and the Derivation of Dust Screening Concentrations in Residential Environments that may be Impacted by Contaminated Sites*". I am also a committee member of the Tobacco Products Science Advisory Committee for the Food and Drug Administration Center for Tobacco Products.

8.    I am an expert in inhalation toxicology and application of evaluating hazards, exposures, and human health risks of inhaled substances in occupational, environmental, consumer product, and medical settings. I have published over 100 abstracts, book chapters and peer-reviewed papers on various toxicology, exposure, and health risk-related topics. Pertinent to the issues related to this case, I have published numerous book chapters and articles on particle toxicology, including general principles, state-of-the-science, and toxicology of different airborne aerosols, particles, and fibers. The topics on which I have published include ambient particulate air pollution, engineered nanoparticles, mineral and synthetic fibers, metals, silica, e-cigarette aerosols, bioaerosols, and titanium dioxide.

9.    I have testified in areas of toxicology, exposure assessment, and human health risk assessment in state and federal courts across the United States, including California.

10.    I was retained by outside counsel for the Personal Care Products Council to provide an independent expert opinion regarding the toxicology of titanium dioxide and whether there is a potential for risk of cancer from exposures to respirable unbound titanium dioxide. My time is billed at a rate of $500 per hour.

2

1    11.    I have attached as **Exhibit B** a list of references that I have considered and/or

2    referenced in preparing this declaration.

3    <u>**Summary of Opinions**</u>

4    12.    All of the opinions in this declaration are stated to a reasonable degree of scientific

5    certainty and are summarized as follows:

6    •    The animal and human evidence does not support that titanium dioxide in any form is a

7    human carcinogen.

8    •    Tumors have been observed in rats following exposure to titanium dioxide, however these

9    effects are only shown in rats at particle overload dosing conditions and are not observed in

10   other rodent species (mice, hamsters), non-human primates (monkeys), or humans following

11   exposure to poorly soluble low toxicity particles (such as titanium dioxide).

12   •    The tumorigenic effects of titanium dioxide observed in experimental animal studies are

13   exclusive to rats and are not relevant for determining the lung cancer risks to humans.

14   Differences in particle translocation and clearance and cellular responses explain why

15   tumorigenic effects are observed in rats in overload dosing conditions and not in other

16   species, including humans.

17   •    Occupational epidemiology studies of titanium dioxide production workers support that

18   exposure to titanium dioxide does not present a risk of lung cancer.

19   •    Titanium dioxide production workers are not at an increased risk of lung cancer, and thus

20   any exposures to titanium dioxide from the use of powdered cosmetic products would also

21   not pose any increased risk of cancer.

22   <u>**Basis of Opinions**</u>

23   ***General Background***

24   13.    Titanium dioxide (sometimes abbreviated as $TiO_2$) is a naturally occurring metal

25   that exists primarily in three different crystal structures (anatase, rutile, and brookite). Titanium

26   dioxide has several unique properties (opacifier, pigment, and ultraviolet blocker) that makes it

27   important for many applications, including cosmetics and personal care products. Generally,

28   cosmetic powders are available as loose or compact (pressed) powders and contain ingredients such

as fillers, colors, preservatives, perfumes, and binding agents (Steiling et al. 2018). Mica-based ingredients with titanium dioxide and colors (referred to as pearls) are widely used in cosmetic powders for their coloring and visual effects properties (Steiling et al. 2018). Particle size of the final powder formulation is influenced by milling processes, binder content, compression, and agglomeration (Steiling et al. 2018).

14.     The California Office of Environmental Health Hazard Assessment (OEHHA) designates titanium dioxide under Proposition 65 (Prop 65) as a substance Known to the State of California to Cause Cancer if there is exposure to airborne, unbound titanium dioxide particles of respirable size (OEHHA 2011). The Prop 65 listing does not pertain to titanium dioxide that is bound in a product matrix (OEHHA 2011). OEHHA, however, does not provide any definitions or criteria for classification of 'unbound' versus 'bound' particles or 'respirable' versus 'non-respirable' particles. Prop 65 requires that certain substances identified by the International Agency for Research on Cancer (IARC) or other "authoritative bodies" be listed as known to cause cancer. In 2010, IARC designated titanium dioxide as Group 2B carcinogen, i.e., as *possibly carcinogenic to humans* based on sufficient evidence in experimental animals for the carcinogenicity of titanium dioxide (IARC 2010). At that time, IARC also concluded that there is *inadequate evidence* in humans for the carcinogenicity of titanium dioxide (IARC 2010). However, as described in detail below, a Prop 65 warning for titanium dioxide (airborne, unbound particles of respirable size) as a substance Known to the State of California to Cause Cancer is misleading because the underlying research (both animal and human evidence – including that which IARC relies upon) does <u>not</u> support that titanium dioxide in any form is a carcinogen.

### *General Principles of Particle Toxicology*

15.     Particle dose, dimension, and durability (the 3Ds of particle toxicology) are well accepted determinants of the toxicology and potential health effects of inhaled particles. These factors influence the location and extent to which particles are deposited in the lungs, as well as the rate and pathway of particle clearance from the lungs. These factors are also important when evaluating titanium dioxide.

16.     Where and how much particles are deposited in the respiratory tract is determined by

4

physical mechanisms of the particles and by the biology of the subject inhaling the particles (Madl et al. 2018). The five most significant mechanisms of particle deposition are sedimentation, impaction, diffusion, interception, and electrostatic precipitation. Deposition of airborne particles by sedimentation and impaction is a function of the inertial aerodynamic particle size characteristics, whereas diffusion is a function of the diffusional properties of the aerosol. Interception occurs when one of the edges of a particle touches the surface of the respiratory tract and is a major determinant of fiber deposition.

17.    Deposition of particles in the respiratory tract by electrostatic precipitation is usually negligible because suspended particles in air are generally at equilibrium charge distribution. Larger diameter particles (i.e., >2–3 micrometer (ℸm) diameter) act primarily by inertial mechanisms and will preferentially deposit in the upper respiratory tract, whereas smaller particles (i.e., <100 nanometer (nm) diameter) act by diffusion and will deposit both in the nasopharyngeal and tracheobronchial regions and in the alveolar or gas exchange region of the lungs (Madl et al. 2018). (A nanometer is $1/1000^{th}$ of a micrometer, which is $1/1,000,000^{th}$ of a meter). The biological characteristics of the individual inhaling the particles will also influence deposition; the two major characteristics are the volume of air inhaled, as determined by respiratory rate and tidal volume, and the dimensional characteristics of the respiratory tract. Agglomeration of individual particles can change the size and aerodynamic properties of inhaled particles; therefore, while subunits of airborne particles may have a specific size, agglomeration or aggregation may cause such airborne particles to act similarly to larger sized particles (Madl et al. 2018).

18.    The inhalable particle size fraction represents the mass fraction of total airborne particles, which is inhaled through the nose and mouth, reaches the thoracic region (including tracheobronchial and alveolar regions), and has a median mass aerodynamic diameter (MMAD) of 10 ℸm (ACGIH 2005, Brown et al. 2013, CEN 1993). (The term "MMAD" refers to the median distribution of airborne particle mass with respect to aerodynamic diameter and permits comparison of particles that are not uniformly shaped (e.g., spherical versus not spherical) based on their mass, aerodynamic properties, and density). The respirable particle size fraction reflects the mass fraction of inhaled particles penetrating the gas exchange or alveolar region of the lungs and has a MMAD

5

of 4 ㎛. The U.S. Environmental Protection Agency (EPA) revised the designation of particulate matter (PM) to fine particles (PM2.5, MMAD ≤2.5 μm) and thoracic coarse particles (PM10, MMAD ≤10 ㎛) to align with size-selective sampling, delineate atmospheric fine (combustion-derived, aggregates, acid condensates, secondary aerosols) and coarse (crustal, soil-derived) PM, and parallel with epidemiologic studies (Brown et al. 2013, EPA 1997). Thus, PM10 is considered to contain both inhalable and respirable particle size fractions.

19.     With respect to particle dynamics that influence patterns of clearance, one of the earliest studies on titanium dioxide acknowledged, "Lung clearance is an important defense mechanism in dust exposure. There are many important factors in determining the lung clearance rate of inhaled particulates: size, shape, cytotoxicity, chemical composition, retention site, exposure concentration, and duration. Each of these factors influences pulmonary reaction to inhaled particles. As long as lung clearance is not overwhelmed, most inhaled particles are eliminated and minimal amounts of particles are retained in the lung. There is an optimal level for clearance of dust particles and beyond this point the lung clearance mechanisms are overwhelmed. Consequently, large amounts of inhaled particles are sequestered in the respiratory region and provoke adverse lung reactions" (Lee et al. 1986, pg. 145).

20.     In general, solid particles are cleared from the lungs through a variety of mechanisms: (1) sneezing, coughing, and removing mucus from the nasopharyngeal region; (2) direct or macrophage-mediated transport along the mucociliary escalator of the bronchioles and subsequent elimination by the gastrointestinal tract; (3) direct or macrophage-mediated transport across the bronchiolar or alveolar epithelium and subsequent clearance by the systemic circulation or interstitial lymphatics; and (4) physicochemical processes, including dissolution, leaching, and physical breakdown of particles (Madl et al. 2018).

21.     When evaluating the effects of particles in animal toxicology studies, there are a number of key anatomical and physiological differences between rodents and humans that need to be considered. First, the anatomical features of the respiratory tract of a rat can limit, to some extent, the delivery, deposition, and clearance of particles in the lungs. Rats have highly convoluted nasal turbinates, are nose breathers, and have an asymmetrical airway branching pattern, which can

enhance particle interception deposition patterns in the nasal cavity and upper respiratory tract and limit particle deposition in the lower respiratory tract. Additionally, the surface area of the rat lung (0.41 square meters ($m^2$)) is significantly less than the surface area of the human lung (143 $m^2$) (Morfeld et al. 2015). The greater size and number of pulmonary macrophages in humans 7,000,000,000 alveolar macrophages in the lung, 2500 $\mu m^3$ average volume) versus rodents (26,000,000 alveolar macrophages in the lung, 1000 $\mu m^3$ average volume) also adds to the species differences in the capacity and rate of particle clearance from the lungs. This is important because deposited particles can be "spread out" over a greater surface area, and can be cleared by a greater number and larger sized pulmonary macrophages (e.g., greater capacity to engulf and clear particles) in the human lung compared to rodent lungs. Thus, humans do not have the propensity to experience particle overload dosing conditions (discussed further below) that can be easily achieved in rodent inhalation toxicology studies. In fact, the human lung is about seven times more resistant to attaining lung overload due to the larger size and greater number of pulmonary macrophages involved in the clearing process (Pauluhn 2014). Second, the rodent lifespan is 35-fold less than a human, and rats have a faster rate of aging and developing cancer than humans (Berry 1999). Third, rodents have the propensity to develop spontaneous tumors which can be influenced by strain, species, and age, and may not have relevance to human mode of action or disease outcomes (Lee et al. 1985, Solleveld et al. 1984). As a result, the tumor type, frequency, and mode of action in controls versus treatment groups need to be carefully considered. Fourth, the method and extent of particle exposures in animal toxicology studies may result in "overload" conditions, in which the lung's normal mechanisms of particle clearance are overwhelmed by the sheer volume of material and result in responses that may be an artifact of dose rather than physicochemical properties of the inhaled material. All of these factors add complexity to understanding the physicochemical dynamics of particle toxicology in evaluating effects in rodents and predicting responses in humans.

### Synthesis of Evidence for Causality and Hazard Classification

22.     Human health risk assessment is a methodological process to characterize the probability of risk of disease. Originally developed in 1983, risk assessment has been widely

7

accepted and used for decades by regulators and the scientific community to identify, characterize, and manage health risks of agents in a variety of exposure settings (NRC 1983, 1994). The risk assessment process involves four steps: 1) hazard identification, 2) dose-response, 3) exposure-assessment, and 4) risk characterization. Hazard identification involves an evaluation of whether the agent may cause ess or disease, which includes analysis of the nature and strength of the evidence of causation. Dose-response is the process to characterize the relation between the dose of an agent and the incidence of an adverse health effect in the exposed population. Exposure assessment is the estimation of the intensity, frequency, and duration of human exposures to an agent in the scenario of interest. Risk characterization ties together all previous steps in the risk assessment process to estimate the probability and incidence of a health effect under the human exposure scenario of interest (NRC 1983, 1994). This declaration focuses on the first step of the risk assessment process (hazard identification) in evaluating the available animal, human, and mechanistic evidence of whether exposure to titanium dioxide is causally associated lung cancer. Epidemiology is often considered the gold standard for evaluating hazard because it directly addresses the health risk experience in the human population. However, animal toxicology may be informative if there is sufficient evidence for a common mode of action between animals and humans. The strength, consistency, specificity, biological plausibility, and coherence of integrated evidence of animal toxicology, human epidemiology and mechanistic information informs on human hazard (Adami et al. 2011, IOM 2008). To be categorized as a lack of a causal relationship, there should be "human evidence from multiple studies covering the full range of exposures encountered by humans that are consistent in showing no causal association, or there is animal or mechanistic evidence supporting the lack of a causal relationship" (IOM 2008, pg. 192). As discussed further below, the integration of the toxicology, biological plausibility, and human epidemiology evidence inform on the causal inference of titanium dioxide, in that the overall evidence supports no causal relationship between exposure to titanium dioxide and lung cancer.

### Why is Particle Overload Important?

23.     The phenomenon that excessive particle doses to the lungs causes an "overload" scenario was first recognized in 1980s through a series of inhalation toxicology studies of different

particles. The hallmark of the particle-overloaded lung is impairment of pulmonary macrophage-mediated lung clearance that leads to accumulation of excessive particle lung burdens (Oberdörster 1995). Dusts, such as titanium dioxide, that were generally regarded as benign were observed to produce pathological effects (e.g., fibrosis) comparable to that induced by highly toxic dusts when excessive amounts of the benign dusts were persistently retained in the lungs (Lee et al. 1985, Morrow et al. 1992). The principal mechanism of particle overload is that retained particles in the lungs at excessive doses accumulates and overwhelms macrophage clearance; macrophages become engorged with particles which in turn inhibits macrophage phagocytosis, mobility, and translocation (and ultimately particle clearance from the lungs) (Morrow 1988). This phenomenon of particle overload was recognized with inhalation toxicology studies of titanium dioxide, but also other particles such as iron oxide, diesel exhaust, carbon black, and toner particles (Muhle et al. 1990). Particle overload specifically applies to poorly soluble particles of low cytotoxicity (Oberdörster 1995). Particle overload is also referred to as volumetric overload because macrophage phagocytosis of particles will comprise a certain volume of the macrophage before macrophage mobility and particle clearance is impaired (Morrow 1988).

24. Generally, particle overload in rats is achieved at doses of 1-2 milligrams (mg) of dust per gram (g) of lung, which was derived from studies of unit density materials, such as coal, soot, and copolymer particles (Morrow 1988). However, because titanium dioxide has a greater density (4.3 compared to the [1] unit density materials), volumetric lung burdens of titanium dioxide requires four times the particulate mass burden to bring about the same volumetric loading of the macrophage, such as 4-8 mg titanium dioxide per g lung instead of 1-2 mg dust per g lung (Morrow 1988). Experimental evidence supports that particle overload is initiated at about 4 mg for titanium dioxide (equivalent to an average macrophage burden of 60 $\mu m^3$ per cell proposed by Morrow 1988) (Cullen 2000). However, to avoid the issue of different particle densities, particle overload expressed as a particle volume has been recommended. Morrow suggested that 6 percent of the alveolar macrophage (60 $\mu m^3$ per cell) is the beginning of macrophage overload which can be translated to a volumetric lung burden of <1 microliters (µL) of particles per g of lung (Morrow 1988, Oberdörster 1995). (A microliter is $1/1,000,000^{th}$ of a liter).

9

25.     While multiple species have been evaluated in chronic inhalation studies of poorly soluble low toxicity particles, the rat is the more sensitive species to show lung overload-associated chronic adverse effects (Oberdörster 1995). For example, rats are more sensitive than mice, which are more sensitive than hamsters. Under high particle exposure conditions in rats, the sequence of pulmonary effects from particle overload include macrophage activation ⁻* acute inflammation and impaired clearance ⁻* particle accumulation ⁻* chronic inflammation and focal fibrosis ⁻* epithelial cell proliferation ⁻* mutations ⁻* metaplasia ⁻* lung tumors (Oberdörster 1995). As discussed later, the adverse outcome pathway (AOP) for particle overload leading to tumorigenic responses, is species-specific and exclusive to the rat and is a result of particle retention patterns and cellular response differences between the rat and other species. In any case, there exists a particle lung burden threshold by which these effects occur in rats. As illustrated by Oberdörster (1995) (Figure 1), studies support that if the rate of deposition is less than the rate of clearance in rat inhalation studies then no tumors or fibrosis will occur, which support the particle burden thresholds noted above.

Figure 1. Pathological Lung Response when Particle Deposition Rate
is Faster than Particle Clearance and Particle Lung Burden Increases



***Lung Tumors from Titanium Dioxide are Exclusive to Rats Dosed at Particle Overload***

26.     In the field of inhalation toxicology, it is critically important to consider the dosing conditions in animal toxicology studies and the relevance (exposure-response mode of action) to

10

humans. Several inhalation toxicology studies have evaluated the potential for airborne titanium dioxide to cause cancer in animals. However, these studies consistently show that lung tumors in animals only occur in exposure conditions (particle overload, i.e., particle lung deposition exceeds lung clearance) that lack any relevance to humans from a mode-of-action and hazard prediction standpoint. Further, studies, which utilize non-overload dosing conditions (which are more applicable to predicting effects in humans), show titanium dioxide is not carcinogenic.

27.     Several animal studies evaluated potential carcinogenicity following chronic inhalation of respirable airborne titanium dioxide (Heinrich et al. 1995, Lee et al. 1985a, 1985b, 1986, Muhle et al. 1989, 1991, 1995, 1998), however, as discussed in greater detail below, several of these studies delivered titanium dioxide in overload dosing conditions which are not informative for evaluating the potential for carcinogenicity in humans. In its evaluation of titanium dioxide, IARC relied on two inhalation toxicology studies of rats reflected in the publications by Lee et al. (1985a, 1985b, 1986) and Heinrich et al. (1995) to conclude that "there was *sufficient evidence* that titanium dioxide is carcinogenic in experimental animals" (IARC 2010, pg 276).

28.     Lee and colleagues were one of the first to evaluate the effects from chronic inhalation exposure to titanium dioxide. In this toxicology study, male and female Crl:CD rats (100 per group) were exposed to respirable airborne titanium dioxide (MMAD 1.5-1.7 µm) at concentrations of 0, 10, 50, or 250 $mg/m^3$ for 6 hours per day, 5 days per week for 2 years. Animals were examined at different time points (3, 6, 12, and 24 months) throughout the duration of exposure. Following 24 months exposure to titanium dioxide, the authors noted dose-dependent non-malignant pulmonary responses (lung weight, alveolar proteinosis, inflammatory, dust-laden macrophages). Dose-dependent incidences of tumors were also observed: bronchiolalveolar adenomas (0 $mg/m^3$ – 2/79 males, 50 $mg/m^3$ – 1/75 males, 250 $mg/m^3$ – 12/77 males and 13/74 females), squamous cell carcinomas (250 $mg/m^3$ – 13/74). However, it is important note that all of the inhalation treatment groups were exposed to doses well beyond overload thresholds for retained particulate mass in the lungs. For example, after 24 months inhalation exposure, retained doses of titanium dioxide were 26.5 mg/lung at 10 $mg/m^3$, 124.2 mg/lung at 50 $mg/m^3$, and 665.3 mg/lung at 250 $mg/m^3$, all of which are in excess of the threshold of 4-8 mg/lung for overload conditions

11

for retained particulate matter (Morrow et al. 1988, Muhle et al. 1990).

29.     Despite the overload conditions delivered in the Lee et al. study (1985a), significant tumor incidence was only observed at 250 mg/m$^3$. In fact, Lee and colleagues acknowledged the overloading conditions and their lack of relevance to humans: "The pulmonary lesions and lung tumors appear to be nonspecific and commonly develop in the lungs when a large quantity of inhaled dust particles is retained in the lungs for a long period of time....there is no evidence suggesting that TiO₂ exposure causes lung cancer in TiO₂ workers (Uragoda and Pinto, 1972). Therefore, the relevancy of these lung tumors and other TiO₂-induced lesions under excessive exposure conditions is questionable relative to the human-use situation" (Lee et al. 1986, pg. 164) and "based on the excessive dust loading and overwhelmed clearance mechanisms in the lungs of rats exposed chronically at 250 mg/m$^3$, the biological relevance of lung tumors to man appears to be negligible" (Lee et al. 1985a, pg. 190). The excessive accumulation of titanium dioxide particles as a result impaired particle clearance from overload dosing conditions can be clearly visualized in the images of rat lung cross-sections (Figure 2) and cumulative retention of titanium dioxide particles measured analytically (Figure 3) (Lee et al. 1986).

Figure 2. Lung Cross-Sections with Increasing TiO2 Exposures of 10 mg/m3 for 1 year (A), 50 mg/m3 for 1 year (B), and 250 mg/m3 for 1 year (C). White foci of TiO2 particle accumulations are observed.



FIG. 6.  (A) Cut surface of the lung shows sparsely scattered white foci (arrows). 10 mg/m³, 1 year of exposure,  ×1.8. (B) Aggregated white foci (arrows) in the cut surface of the lung are increased in number and size when compared to those shown in (A). 50 mg/m³, 1 year of exposure,  ×1.8. (C) Cut-surface of the lung is uniformly white, granular, and has a "paint-brushed" appearance. 250 mg/m³, 1 year of exposure,  ×1.8.

Figure 3. Retention of TiO2 Particles Increase and Accumulate Over Time and Over Increasing Concentrations (10, 50, 250 mg/m$^3$).

12



FIG. 12. Percentage $TiO_2$ retention in the lungs at 10, 50, and 250 $mg/m^3$ versus different exposure intervals. $TiO_2$ retention is related to dose and duration of exposure. Note marked progressive increase in $TiO_2$ retention at 250 $mg/m^3$ throughout 2 years exposure.

30.     It is noteworthy that at the lowest dose (10 $mg/m^3$ for 2 years – which exceeds the particle overload threshold) in the Lee et al. study (1985a), pulmonary responses were minimal, transient, or not distinguishable from the controls. Further, there were no tumors observed in rats exposed to 10 $mg/m^3$ titanium dioxide for 2 years. As such, the authors concluded that the "pulmonary response to $TiO_2$ at 10 $mg/m^3$ essentially satisfied these criteria for a nuisance dust. Nuisance dust has been called biologically 'inert' dust but in a strict sense there is no dust which does not provoke some type of tissue reaction when a sufficient amount is deposited in the lung and overwhelm the lung clearance mechanism" (e.g., overload conditions) (Lee et al. 1985, pg. 188).

31.     The second primary toxicology study of titanium dioxide upon which IARC relied for its determination of carcinogenicity in experimental animals was conducted by Heinrich et al. (1995). In this study, Wistar female rats were exposed to respirable ultrafine titanium dioxide (MMAD 0.8 µm) at airborne concentrations of 10 $mg/m^3$ for 18 hours per day, 5 days per week for up to 2 years. NMRI/C7BL mice were also exposed to the same conditions up to 13.5 months. Following exposure to titanium dioxide for 2 years, retained lung burden of titanium dioxide in rats was 39 mg per lung. Lung clearance was monitored at 3, 12, and 18 months which demonstrated

13

that clearance of titanium dioxide particles was significantly impaired in rats following exposure to 10 mg/m$^3$. At 24 months exposure, lung tumor incidence was 32 percent in rats exposed to 10 mg/m$^3$ titanium dioxide which was statistically significantly different from air controls, whereas in mice the incidence of lung tumors was not significantly different from control animals (Heinrich et al. 1995). In the same study, diesel soot and carbon black were delivered by inhalation to Wistar rats and NMRI/C7BL mice for 13 or 24 months. In rats, lung clearance of diesel soot and carbon black was significantly impaired and lung tumor rates were significantly increased (22 and 39 percent, respectively) following 24 months exposure compared to controls. In contrast, lung tumor rates in mice exposed to diesel soot and carbon black were not significantly different from controls. Heinrich et al. (1995) showed that the tumorigenic effects of poorly soluble low toxicity particles (including titanium dioxide) in overload dosing conditions was observed rats but not in mice.

32.    Both Lee et al. (1985a, 1985b, 1986) and Heinrich et al. (1995) studies delivered inhalation doses of titanium dioxide to such an excessive extent that it overwhelmed the particle clearance mechanisms in the lungs, and produced pulmonary responses and ultimately tumors. However, numerous research studies have demonstrated that the tumorigenic responses from lung overload conditions is a generic, nonspecific response from the sheer volume of particulate dose and significant impairment of particle clearance. As a result, exposures in particle overload conditions are not reflective of the intrinsic hazard or nature of the particles to induce tumors and has negligible relevance to human exposure conditions (Bevan et al. 2018, Warheit et al. 2016). Further, as discussed in the next sections, the tumorigenic responses from particle overload conditions appear to only be specific to the rat and do not occur in other rodents (mice, hamsters), non-human primates (monkeys), or humans (Bevan et al. 2018, Warheit et al. 2016). Because the Lee et al. (1985a, 1985b, 1986) and Heinrich et al. (1995) studies involve lung overload conditions, these studies are scientifically unreliable for informing the potential carcinogenic nature of titanium dioxide of any form and predicting effects in humans in non-overload conditions. Researchers, international inhalation toxicology experts, European Chemicals Agency (ECHA) Committee for Risk Assessment (RAC), and the Court of Justice of the European Union have come to the same conclusion (Bevan et al. 2018, Driscoll and Borm 2020, Driscoll 2022, ECHA RAC 2017, General

Court 2022, Warheit et al. 2016).

***Inhalation Toxicology Studies of Other Species Shows that Titanium Dioxide is Not Tumorigenic***

33.     Muhle et al. (1989, 1995, 1998) conducted a series of studies evaluating the pulmonary effects from chronic inhalation exposures to different poorly soluble low toxicity particles, including titanium dioxide. These studies are informative because lower doses (non-overload conditions) were delivered to rats and demonstrated that tumor incidence for titanium dioxide was comparable to controls, meaning that titanium dioxide is not tumorigenic. Muhle et al. (1989) exposed SPF F-344 rats by inhalation to respirable titanium dioxide (MMAD 1.1 µm) at a concentration of 5 mg/m$^3$ titanium dioxide for 6 hours per day, 5 days per week for 2 years. Retained titanium dioxide mass in the lungs of rats was 2.72 mg per lung following exposure for 2 years. The authors noted that the incidence of lung tumors in the controls and titanium dioxide groups were "comparable and in accordance with published spontaneous tumor frequency rates in this strain, age, and sex" of rats (Muhle et al. 1989, pg. 240). Similar findings were reported in Muhle et al. (1995). Additionally, Muhle et al. (1998) conducted a chronic inhalation toxicology study of different particles, including titanium dioxide. Syrian golden hamsters were exposed to respirable titanium dioxide (MMAD 1.1 µm) at a concentration of 40 mg/m$^3$ titanium dioxide for 6 hours per day, 5 days per week for 18 months. Retained titanium dioxide mass in the lungs of hamsters were 19.63 µg per lung following 18 months exposure. Authors reported that there was "no evidence of particle-related tumorigenic effects" and, although there was a single bronchioalveolar adenoma observed in the titanium dioxide group, it was not statistically significant compared to controls (Muhle et al. 1995).

34.     Overall, the Muhle et al. (1989) study demonstrates that inhalation doses delivered in non-overload conditions are informative on the intrinsic hazard properties of titanium dioxide rather than the generic non-specific responses observed in overload dosing conditions. Muhle et al. (1989) showed that respirable titanium dioxide is not carcinogenic in rats exposed to non-overload inhalation doses for 2 years. Further, Muhle et al. (1995) and Heinrich et al. (1995) studies showed that particle overload did not result in tumors in hamsters or mice, further supporting that the

tumorigenic effects from particle overload of titanium dioxide are specific to rats and are not observed in other rodent species. These findings were corroborated for other poorly soluble low toxicity particles (Mauderly et al. 1987, 1996).

### *Rats have a Different Adverse Outcome Pathway than Other Species (Including Humans)*

35. Adverse outcome pathway (AOP) is defined by the Organization for Economic Cooperation and Development (OECD) as a sequential progression of events in an organism from the first contact of a toxicant at a molecular level to a final adverse outcome at the individual or population level (ECETOC 2013). Through the studies of particle overload, including that of titanium dioxide, it is evident that tumorigenic responses from overload dosing conditions of poorly soluble low toxicity particles are specific to rats and have questionable relevance for predicting the carcinogenicity potential in humans. As noted by Oberdörster (1995, pg. 132), "any highly insoluble particle of low cytotoxicity (e.g., $TiO_2$, carbon black, diesel soot) will cause lung tumors in rats if accumulating chronically at high enough doses in the lung due to an overload response, i.e., such particles have the potential to cause lung tumors in rats as a secondary response...the existence of a carcinogenic *potential* of inhaled particles in rats is not synonymous with their carcinogenicity *potency*." There has been considerable debate over the last three decades about the relevance of particle-overload related lung tumors in rats following chronic inhalation exposures to poorly soluble low toxicity particles for human risk assessment (Warheit et al. 2016). As discussed later, the human epidemiology studies of titanium dioxide manufacturing workers support that titanium dioxide is not a human carcinogen. Based on these observations and that there are key differences between rats and other species on the AOP (e.g., particle clearance and translation, inflammatory and fibrotic responses), the chronic-overload inhalation studies of titanium dioxide in rats have no relevance for determining the lung cancer risks in humans exposed for a lifetime to titanium dioxide in any form.

36. There are four central reasons why the rat lung model (tumorigenic responses in rats from particle overload conditions to titanium dioxide) is not a reliable for predicting human lung cancer risk and is unique among all species in developing lung tumors under chronic inhalation

DECLARATION OF DR. AMY MADL

overload exposure conditions to poorly soluble low toxicity particles (Bevan et al. 2018, Driscoll and Borm 2020, Driscoll 2022, Morfeld et al. 2015, Warheit et al. 2016). These reasons include (each of which are addressed further below):

- Particle clearance and translocation pathway differences in rats compared to other rodent and non-rodent species

- Lung response differences (different AOP) in rats compared to other rodent and non-rodent species

- Tumor types or lesions observed in rats following particle overload of titanium dioxide have not been observed in humans

- Human epidemiology of titanium dioxide, and other poorly soluble low toxicity particles, do not show a risk of lung cancer

37.     Once deposited in the lungs, poorly soluble low toxicity particles are cleared from the lungs differently in rats compared to other species. Comparative studies show that the particle deposition, distribution, and clearance pattern of deposited particles are very different in rats compared to non-human primates and humans. In rats, inhaled poorly soluble low toxicity particles are retained within the alveolar ducts, whereas in monkeys and humans, inhaled particles preferentially translocate across epithelial cells and are retained/sequestered in the interstitium (Mauderly et al. 1987, Nikula et al. 1997, 2001, Warheit et al. 2016). In rats, about 15-18 percent of particles translocate to the interstitium, whereas in humans over 70 percent (on average) of particles translocate to the interstitium (Nikula et al. 1997, 2001, Warheit et al. 2016).

38.     Further, rats exposed to diesel soot by inhalation show that more than 82 percent of retained particles are within pulmonary macrophages in the alveoli (Nikula et al. 2001). However, humans show a different pattern. Lung pathology sections of nonsmoking human subjects with no work history in coal mines or up to 50 years coal mining experience demonstrated that between 57 to 91 percent of retained particles were within interstitial regions. Monkeys exposed to diesel exhaust and coal dust showed similar particle retention patterns in the interstitium as observed in humans (Nikula et al. 1997).

39.     The retention of particles in the alveolar lumen (opposed to translocation to the

17

interstitium) in rats is an initiating sequence in the AOP that ultimately leads to inflammation, fibrosis, and tumor formation following particle overload conditions. Particle overload conditions and impairment of pulmonary particle clearance triggers recruitment of persistent neutrophilic pulmonary inflammation, apoptosis (programmed cell death), generation of reactive oxygen and nitrogen species (ROS/RNS), and increased cell proliferation. With continued progression of these intermediate steps, the final adverse outcome in rats is lung tumor formation. However, in other species, the final outcome is non-neoplastic changes including fibrosis, but not tumors. It is thought that a combination of the lack of particle sequestration to the interstitium and the enhanced and differential inflammatory response influence the AOP in rats compared to other species (Bevan et al. 2018, Warheit et al. 2016). The lack of evidence of lung tumors in coal miners chronically exposed to high levels of dust additionally support that the rat model dosed in particle overload conditions is not appropriate for predicting risk in humans (Greim et al. 2001).

40.    In the first chronic study of titanium dioxide, Lee et al. (1985) classified the rat tumors as cystic keratinizing squamous cell carcinomas developed from metaplastic squamous epithelium in the alveoli. However, the authors acknowledged the extreme difficulty in differentiating lung tumors from squamous metaplasia, and noted, "this lung cancer is a unique experimentally induced tumor in rats and has not usually been seen as a spontaneous lung tumor in man or animals" (Lee et al. 1985, pg. 163). A subsequent evaluation of the tumors in the Lee et al. (1985) study by experts in two international pathology workshops concluded that the "cystic keratinizing squamous cell carcinomas" were reclassified by consensus as non-tumorous "proliferative keratin cysts", which is a species-specific lesion that is unique to the rat lung under particle overload exposure conditions (Warheit and Frame 2006, Warheit et al. 2016).

41.    In summary, the available toxicology demonstrates that the tumorigenic responses in rats from exposure to titanium dioxide in particle overload dosing conditions is unique to this species. AOP differences in the rats compared to other rodent species, non-human primates, and humans demonstrate that the rat model dosed in particle overload conditions is not appropriate for supporting causal inference between exposure to titanium dioxide and lung cancer.

42.    Epidemiology is often considered the gold standard for evaluating hazard because it

1    directly addresses the health risk experience in the human population. As discussed in the next

2    section, human epidemiology studies of titanium dioxide production workers do not support an

3    increased risk for lung cancer and thus further establish that the rat is not a reliable model for

4    predicting human lung cancer risk of titanium dioxide.

5                          ***Human Epidemiology of Titanium Dioxide***

6            43.    Human epidemiology studies of titanium dioxide show that respirable unbound

7    titanium dioxide – i.e., the form of titanium dioxide that is listed under Proposition 65 – is not a

8    human carcinogen. The body of epidemiological literature investigating the potential association

9    between occupational exposure to titanium dioxide and risk of lung cancer includes four cohort

10   studies among U.S. production and manufacturing workers, three cohort studies among European

11   workers, and three population-based case-control studies conducted in Montreal, Canada. One

12   meta-analysis (Le et al. 2018) and one systematic review (Thompson et al. 2016) have also been

13   published addressing the potential relationship between exposure and health risk.

14           44.    A total of seven cohort studies evaluated the potential carcinogenicity of respirable

15   titanium dioxide, including four cohort studies involving U.S. production and manufacturing

16   workers (Chen and Fayerweather 1988, Ellis et al. 2010, Ellis et al. 2013, Fyzek et al. 2003) and

17   three cohort studies of European production workers (Boffetta et al. 2004, Canu et al. 2020, Canu

18   et al. 2022). Among the U.S. production and manufacturing worker studies, Chen and Fayerweather

19   (1988) conducted the first retrospective cohort study among 1,576 employees in two Dupont

20   titanium dioxide producing plants to evaluate whether occupational exposures to titanium dioxide

21   increased the risk of lung cancer, chronic respiratory disease, pleural thickening, or pulmonary

22   fibrosis relative to referent populations. Workers did not show an increased risk of lung cancer

23   deaths compared to the referents (8 cases observed, 7.7 expected).

24           45.    Ellis et al. (2010) and Ellis et al. (2013) expanded the study from Chen and

25   Fayerweather (1988) to include workers employed at two additional Dupont titanium dioxide

26   production facilities from 1935 to 2006. Ellis et al. (2010) included 5,054 workers employed in

27   the process area for at least six months by 2005 and mortality was compared with the general

28   population of the U.S. There was a slight deficit in lung cancer mortality compared to U.S.

population reference rates (SMR 0.90, 95% CI 0.75-1.05) (Ellis et al. 2010). Subsequently, Ellis et al. (2013) expanded the SMR analysis using DuPont company-wide mortality rates as the referent as well as evaluated the relationship between cumulative exposures of titanium dioxide and mortality. The SMR for lung cancer when compared to the general population was similar to Ellis et al. (2010). When mortality was compared to other DuPont workers, there was a slightly statistically significant increased SMR (SMR 1.35, 95% CI 1.07-1.66). However, in additional analyses, there were no significant associations for risk of lung cancer with increasing cumulative exposure to titanium dioxide. Overall, the results of the DuPont studies do not support an association between occupational exposure to titanium dioxide and risk of lung cancer (Chen and Fayerweather 1988; Ellis et al. 2010; Ellis et al. 2013).

46.     Fryzek et al. (2003) conducted a retrospective cohort study of 4,241 workers employed in one of four titanium dioxide manufacturing plants in the U.S. Notably, the plants in this current study were not included in the studies by Chen and Fayerweather (1988) and Ellis et al. (2010, 2013) on the DuPont plant (Ellis et al. 2010). There was not an increased risk of lung cancer for the entire cohort (SMR 1.0, 95% CI 0.8-1.3) or when workers were stratified by their duration of employment and time since hired (latency). Internal analyses were conducted where exposure variables representing average exposure per year, years exposed, and cumulative exposed were created and workers were categorized as having low, medium, and high exposures. When compared to workers classified as having low exposures, there was no increased risk of lung cancer mortality associated with medium (relative risk [RR] 0.9, 95% CI 0.5-1.8) or high (RR 0.6, 95% CI 0.3-1.4) levels of titanium dioxide exposure. (RR refers to the ratio of risk in the exposed group to risk in the unexposed group). The authors concluded, "workers at the United States plants have not experienced increased risks of lung cancer or other significant adverse health effects as a result of their occupational exposures to TiO$_2$" (Fryzek et al. 2003, pg. 409).

47.     Among the European production worker studies, Boffetta et al. (2004) conducted the largest epidemiological study of titanium dioxide workers to date, which included over 15,000 workers employed in 11 European factories located in Finland, France, Germany, Italy, Norway, and the United Kingdom. Follow-up for the cohort members occurred from the beginning of

20

production or when employment records were available or complete (ranging from 1927 to 1969) until 1995 to 2001. There was a small excess of lung cancer deaths among men (SMR 1.23, 95% CI 1.101.38) and a non-significant deficit among women (SMR 0.8, 95% CI 0.02-4.09). When lung cancer was evaluated by country, there were non-significant SMRs in Finland, Italy, and Norway (range: 0.76-0.97), non-significant increases in France and the UK (range: 1.09-1.42), and a significantly significant increased SMR in German (1.51, 95% CI 1.26-1.79). Due to the evidence of heterogeneity in the country-specific SMRs, an overall SMR for lung cancer was calculated based on a random effects model, which was no longer significant (SMR 1.19, 95% CI: 0.96-1.48). Moreover, internal comparisons of lung cancer mortality did not demonstrate any evidence of an exposure-response relationship. The authors concluded, "this is the largest available study of the effects of exposure to TiO2 dust on mortality in humans. The results do not suggest a carcinogenic effect of TiO2 dust on the human lung" (Boffetta et al. 2004, pg. 705).

48.    Utilizing the data on French male titanium dioxide workers (n = 2,255) from Boffetta et al. (2004), Canu et al. (2020) reanalyzed a subset of the data on 833 French titanium dioxide workers and used multiple imputation to complete smoking status. Smoking status was ascertained for 512 cases (Non-smokers = 317, 38%; Ex-smokers = 152, 18%; Smokers = 43, 5%), while there were 324 workers with unknown smoking status. Using existing data on smoking in the cohort along with a multinomial logistic regression imputation model, the study authors ran 1000 smoking status imputations for workers with missing data. When assessed as a binary variable (exposed vs. non-exposed), titanium dioxide exposed workers exhibited a statistically non-significant risk of lung cancer mortality (hazard rate, HR 3.75, 95% CI 0.79-17.9). When modeled as continuous annual average exposure (mg/m$^3$), an approximately two-fold increased risk of lung cancer mortality per increment of 1 mg/m$^3$ of respirable titanium dioxide exposure was reported. However, exposure duration was negatively related to lung cancer risk. Given the relatively small number of lung cancer deaths among French cohort members, confounding by smoking status cannot be confidently ruled out. The statistical methods used in the re-analysis by Canu et al. (2020) have been subject to criticism (Tomenson 2021), including the validity of the multiple imputation method for smoking data. Regarding smoking, Canu et al. (2020) reported that only 5% of workers

21

with known smoking status were current smokers, which is inconsistent with the 42% current smoking prevalence reported in the original cohort as well as the 41% current smoking prevalence in France (Tomenson 2021). As the missing data on smoking status was not random, multiple imputations could have biased results (Tomenson 2021).

49.     In a subsequent publication, Canu et al. (2022) conducted a re-analysis of the data reported on by Boffetta et al. (2004) on male workers employed in production facilities in Finland, France, the United Kingdom, and Italy. Specifically, Canu et al. (2022) analyzed the relationship between lung cancer and hypothetical occupational exposures of titanium dioxide of 2.4, 0.3, and 0 mg/m$^3$ for 25 and 35 years using the parametric g-formula. While Boffetta et al. (2004) included 9,195 male workers from Finland, France, the United Kingdom, and Italy, Canu et al. (2022) reanalysis only included 7,341 of these workers, although the authors reported using the same inclusion/exclusion criteria. In their hypothetical scenario, Canu et al. (2002) concluded that there was evidence of a healthy worker survival effect. Notably, the authors of the previous cohort studies acknowledged the potential of the healthy worker effect, and included both internal and external analyses to further examine this potential bias (Ellis et al. 2010; Fryzek et al. 2003; Boffetta et al. 2004). Additionally, healthy worker effect is not likely to have a substantial influence in assessing causal associations, especially for cancer (Fryzek et al. 2003).

50.     Three case-control studies were conducted in Montreal, Canada, including population-based cases and controls (Boffetta et al. 2001, Ramanakumar et al. 2008, Siemiatycki et al. 1991). Bofetta et al. (2001) recruited 857 histologically confirmed lung cancer cases from 1979 to 1985 among men aged 35 to 70 years. Equal proportions of cases (n = 33, 3.9%) and controls (n = 43, 4%) were classified as having ever been exposed to titanium dioxide (odds ratio [OR] 0.9, 95% CI 1.5). (OR represents the odds that an outcome will occur given a particular exposure, compared to the odds of the outcome occurring in the absence of the exposure). Moreover, there were no significantly increased odds of lung cancer by frequency, level, or duration of exposure to titanium dioxide.

51.     Ramanakumar et al. (2008) expanded the study population from the earlier population-based case-control studies (as analyzed in Siemiatycki et al. 1991 and Boffetta et al.

2001) to include both men and women. Odds of lung cancer was not statistically significantly associated with any titanium dioxide exposures for any of the four study populations (Study I and population controls; Study I and cancer controls; Study II and population controls; and Study II and cancer controls). When Study I and II were pooled, there was no statistically significant increased odds of lung cancer for any of the exposure metrics, including those classified as having substantial exposure to titanium dioxide (OR 1.2, 95% CI 0.4-3.6). The authors concluded that "the results of our two community-based studies indicate that workers in our study based with occupational exposure to …titanium dioxide… did not experience any excess risk of lung cancer" (Ramanakumar et al. 2008, pg. 187). It was further noted that the finding of no positive association between titanium dioxide exposure and risk of lung cancer was consistent with the IARC working group evaluations.

52.    Overall, integration of the toxicology, epidemiology and mechanistic evidence of titanium dioxide and other low solubility low toxicity particles support that tumorigenic effects of titanium dioxide observed in experimental animal studies are exclusive to rats and are not relevant for determining the lung cancer risks to humans. Further, epidemiology studies of over 20,000 titanium dioxide manufacturing and production workers in the United States and Europe show that exposure to titanium dioxide is not causally associated lung cancer.

***Occupational and Cosmetic Exposures to Titanium Dioxide Do Not Increase the Risk for Cancer***

53.    Occupational epidemiology studies of titanium dioxide manufacturing and production workers present the highest possible exposures to titanium dioxide (e.g., over 80 mg/m$^3$-year in Dupont production workers as reported by Ellis et al. 2013) and consistently show no increased risk of lung cancer. Consequently, lower exposures to titanium dioxide in non-manufacturing settings would not present a risk of lung cancer. There is no foreseeable scenario that any potential particulate exposures from the use of powdered cosmetic products containing titanium dioxide would present a risk of lung cancer.

54.    In conclusion, the available animal toxicology, human epidemiology, and mechanistic information support that titanium dioxide in any form is not a human carcinogen and,

1   thus, a Prop 65 warning for titanium dioxide (airborne, unbound particles of respirable size) as a

2   substance Known to the State of California to Cause Cancer would be false and misleading and not

3   reflective of the current and available scientific evidence.

4          I declare under penalty of perjury under the laws of the United States that the foregoing is

5   true and correct.

6

7          Dated: September 6, 2024                    Respectfully submitted,

8

9                                                      By: _____

10                                                     Amy K. Madl, Ph.D., DABT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DR. AMY MADL

# EXHIBIT  A





# Amy K. Madl, Ph.D., DABT

President, Senior Principal Health Scientist

## Summary of Experience

Dr. Amy Madl is a toxicologist with 25 years of experience in the sampling and analysis, toxicology, exposure, and risk assessment of airborne chemicals. She earned a BS in Biochemistry and a MS and Ph.D. in Pharmacology/Toxicology. She is board-certified in toxicology and has focused her academic and consulting experience in the field of inhalation toxicology. Dr. Madl also specializes in occupational toxicology, air pollution, quantitative exposure reconstruction, and historical state-of-the-science assessment. She has expertise in quantitative exposure and risk assessment of airborne compounds in occupational and residential settings, as well as in safety evaluation of contaminants associated with medical devices and consumer products. Her experience includes investigating the health effects of exposure to a variety of compounds, including diesel exhaust, PM2.5, beryllium and other metals, benzene, oxidant gases, petroleum products, and asbestos, as well as irritants and sensitizers. Notable contributions that Dr. Madl has made to the field of occupational toxicology includes research on the exposure-response relationship between airborne beryllium and the prevalence of beryllium sensitization and chronic beryllium disease among manufacturing workers, characterization of historical exposures to airborne asbestos during gasket, packing, and brake repair activities, and investigation of consumer and industrial exposures to benzene from engine exhaust and solvent handling tasks. In addition, Dr. Madl has evaluated human health risk associated with chemical exposure of various medical and consumer products, including orthopaedic implants, drug delivery devices, electronic nicotine delivery systems and household and personal care products. Her research interests have focused on the toxicological effects of inhaled nanoparticles (i.e., carbon nanotubes), in which the patterns of regional and local cellular injury, particle fate and transport, and expression of markers of oxidative stress are evaluated in the lungs of animals exposed to inhaled engineered nanoparticles with different chemical and size compositions. More recently, her research has involved methods for characterization of electronic nicotine delivery systems, including aerosol chemistry and toxicology, consumer exposures, toxicology and pharmacokinetic studies, and human health risk assessments. Dr. Madl has published over 95 abstracts, book chapters, and peer-reviewed papers on various occupational and environmental exposure, toxicology, and risk-related topics.

## Education

Bachelor of Sciences (B.S.), Biochemistry, 1993, University of California, Davis

Master of Science (M.S.), Pharmacology and Toxicology, 1997, University of California, Davis

Doctor of Philosophy (Ph.D.), Pharmacology and Toxicology, 2010, University of California, Davis

## Project Experience

### Quantitative Exposure Reconstruction

Managed and designed several exposure simulation studies to measure and characterize worker, bystander, and potential take-home exposures to airborne asbestos associated with the handling and/or replacement of asbestos-containing products, such as industrial gasket and packing materials, heavy equipment brakes, and vehicle brakes and clutches. These studies resulted in nine different peer-reviewed publications in scientific journals.

Conducted a quantitative exposure assessment of beryllium metal machining workers identified as being beryllium sensitized or diagnosed with chronic beryllium disease to understand the dose-response patterns associated with these health outcomes and the influence that different exposure metrics have in estimating upper bound exposures and identifying a threshold.

Managed an assessment of historical industrial hygiene data of background airborne asbestos concentrations onboard merchant vessels to better understand worker exposures to background asbestos when asbestos insulation installation or removal activities are not being performed.

Conducted a quantitative exposure analysis using Monte Carlo methods to estimate the range of exposures to benzene experienced by a worker, who was responsible for loading and unloading chemical cargo onboard chemical tankers, as well as preparing holding tanks for chemical product storage.

Managed and designed an industrial hygiene sampling study to understand benzene exposures to workers performing brush control activities with hand-held gasoline powered equipment.

Managed and designed an exposure simulation study to quantitate historical benzene exposures to railroad workers as a result of conducting repair activities in a roundhouse where diesel locomotive exhaust had accumulated.

Contributed to the design and implementation of a simulation study that evaluated airborne benzene exposures to workers using a degreasing agent, which historically contained varying concentrations of benzene.

Managed and designed an exposure simulation study evaluating the airborne concentrations associated with the use of mineral spirits to degrease locomotive engine components.

### Occupational Health

Conducted a toxicological assessment to establish an occupational exposure limit for indium and indium compounds. Evaluation involved a critical assessment of human and animal studies and consideration of non-cancer and cancer health endpoints, as well as several risk assessment approaches (single point of departure and benchmark dose modeling) to identify an occupational exposure limit protective of human health.

Conducted an exposure assessment of beryllium manufacturing workers to understand the association between aspects of exposure, such as particle size and operation type, and the prevalence of beryllium sensitization and chronic beryllium disease.

Evaluated the scientific basis for the ACGIH Notice of Intended Change for the Threshold Limit Value for arsine. Evaluation involved a comprehensive review of the toxicological and epidemiological literature on arsine, as well as an evaluation of the studies upon which ACGIH relied for the historical and proposed TLV.

Developed 1-hour acute air action levels for chemical emissions associated with remedial activities at a petroleum industrial site. Developed methodology for estimating 1-hour air action levels intended to protect workers and other receptors against health effects associated with chemical air emissions from remediation activities.

Provided technical expert peer-review of a proposed control banding strategy being developed for an electronic manufacturing company. The control banding approach involves categorization of chemicals of concern according to similar physical and chemical characteristics, intended processes/handling, and anticipated exposure scenarios (i.e., quantity of chemical used, route of exposure). Based on these factors, appropriate control strategies or "control bands" are determined for each of the chemical groupings. The control banding strategy was determined to be a useful preliminary tool to identify chemical/physical exposure hazards in the workplace and provide a means to identify control measures before specific exposure data are acquired.

**State-of-the-Science Analysis**

Conducted a state-of-the-science assessment of the potential health effects of nickel nanomaterials. Evaluation involved a critical review of in vitro and in vivo mammalian toxicity studies with respect to: 1) physicochemistry, 2) routes of exposure and target organ effects, 3) biodistribution, retention, and clearance, 4) appropriateness of model system and translation to potential human effects, and 5) quality of nanomaterial characterization in the defined delivery media.

Conducted a state-of-the-art assessment of the knowledge and recognition over the last century of the health hazards of crystalline silica. Assessment involved a review of the literature on the toxicology and epidemiology of silica, as well as the recommendations for occupational exposure limits and appropriate measures for respiratory protective equipment for abrasive blasting operations with silica sand.

Managed a state-of-the-art evaluation on occupational exposures to crystalline silica in foundries. Evaluation included a review of the literature regarding foundry operations and work tasks associated with the use of silica, historical use of ventilation controls in foundries, and historical occupational exposures to silica in foundries.

Conducted a state-of-the-art analysis of occupational exposures to airborne asbestos during the removal and installation of asbestos-containing gaskets and packing materials using a variety of techniques and tools.

Contributed to a state-of-the-science evaluation regarding the epidemiology and toxicology of chrysotile from friction products, as well as other industrial materials. Project involved a comprehensive review of human and animal studies in the historical and current scientific literature, including evaluating issues such as dose-response, risk of lung cancer, biomarkers of disease, and prevalence of asbestosis among various occupational cohorts.

Managed a state-of-the-science analysis involving the hazards of beryllium and risk of chronic beryllium disease. Project involved a comprehensive review of the scientific literature on beryllium, as well as a review of the internal documents for the government and the beryllium manufacturer to understand the historical state-of-the-knowledge.

Provided support for a safety evaluation of a medical device, silicone breast implants, which involved a comprehensive review of the scientific literature related to the toxicology, pharmacokinetics, immunotoxicology, and medical applications of medical devices.

**Medical Device and Consumer Product Safety**

Led and contributed to multi-interdisciplinary research teams to evaluate electronic nicotine delivery systems (ENDS), including product/aerosol physicochemistry and toxicology, consumer exposures, toxicology and pharmacokinetic studies, and human health risk assessments, which have been subject to multiple premarket tobacco applications (PMTA) of open- and closed system devices, e-liquids, and oral nicotine products for the FDA Center of Tobacco Products. Led and contributed to research on how ENDS aerosol physicochemistry may be influenced by device operational parameters, e-liquid ingredient formulations, puff topography, and consumer behaviors. This research has been used to characterize the plausible range of consumer exposures to nicotine and harmful potentially harmful constituents (HPHCs) and assess the non-cancer and cancer health risks in comparison to combustible cigarettes and other ENDS products.

Managed an indoor air quality assessment of residential air filters. Designed a testing protocol to measure particles released from an air filter for varying consumer use conditions, used indoor air modelling to predict room and house concentrations for different ventilation conditions, and evaluated the potential for human health risk.

Conducted a state-of-the-science evaluation in regards to exposure and potential health effects associated with wear particles of metal-on-metal (MoM) hip implants. In a two part analysis, relevant physicochemical characteristics of wear particles was identified from cobalt-chromium alloy (CoCr) metal-on-metal hip implant patients and simulator systems and animal and in vitro toxicology studies of CoCr particles were evaluated with respect to their physicochemistry and dose relevance to MoM implant patients.

Conducted a critical state-of-the-science evaluation of e-cigarettes or electronic nicotine delivery systems (ENDS) with respect to chemical constituents in e-cigarette liquid and aerosol, topography parameters of e-cigarette users, and device parameters leading to variances in aerosol chemical constituents.

Conducted an evaluation of exposure to released chemical constituents during the use of powdered and sprayed cosmetics.

Managed human health risk assessment to quantify the theoretical human health risks associated with exposure to a sealant contained within non-flushing waterfree urinals. Evaluated potential sealant exposures to adults and children wading and/or swimming in the ocean and the Los Angeles River, in which wastewater effluent is discharged, and evaluated potential exposures to adults and children, users of the waterfree urinal, and to maintenance workers.

Managed a safety assessment project involving evaluation of the potential adverse health effects associated with inhalation or ingestion of palladium and nickel metal particles from use of a prototype drug delivery nebulizer.

Performed a feasibility study on the safety and benefit of using triclosan, an antimicrobial agent, in water dispensers. The study included a comprehensive review of the human and animal toxicological literature on triclosan and addressing the potential of producing resistant bacterial strains.

Performed a safety evaluation intended for consideration by FDA for approval of Phase III clinical trials for an injection free drug delivery device. Evaluated the potential risk of adverse health effects of aluminum, polycarbonate, and bisphenol A associated with the use of the device.

Managed evaluation of residential exposure to quaternary ammonium compounds following treatment of a home for sewage contamination. Conducted a review of the toxicological literature for quaternary ammonium and related compounds and a comparison of concentrations of these chemicals in consumer products.

**Environmental Risk Assessment**

Conducted a human health and ecological risk assessment associated with halogenated and other chemical byproducts from the consumer use and disposal of liquid bleach in drains connected to wastewater treatment systems. A total of 23 halogenated organic and two inorganic (chlorate, perchlorate) compounds were considered, conservative models and input parameters were applied in the risk assessment.

Managed a study to evaluate diesel particulate emissions from two sand and gravel operations in Sonoma County using air dispersion modeling. The purpose of this study was to evaluate the potential human health impact associated with diesel particulate emissions from sand and gravel mining and processing operations under the context of the California Environmental Quality Act for a permit application.

Managed project related to potential pesticide contamination among residences surrounding a historical pesticide formulation and storage facility. Evaluated historical assessments associated with the site, including historical air dispersion modeling, risk assessments, community epidemiologic studies, and biological monitoring.

Provided support for project involving alleged acute and chronic health effects associated with an environmental release of sulfur-containing and volatile organic compounds. Evaluated the acute and chronic adverse health effects associated with a short-term exposure to airborne sulfides, thiophenes, mercaptans, and volatile organic compounds released from a nearby oil refinery. A literature review and environmental sampling and analysis of naturally occurring sulfur emissions were incorporated in the evaluation.

**Epidemiology**

To address concerns of a potential breast cancer cluster in a relatively large office building, historical building data collected as a part of a healthy buildings assessment were analyzed. In addition, an assessment of breast cancer incidence rates were conducted and compared to local rates of breast cancer accounting for age, race, sex, socioeconomic status, and other confounding factors associated with breast cancer.

Developed and prepared an experimental design of an epidemiologic study to evaluate the potential relationship between thyroid function indicators (neonatal hypothyroidism and levels of thyroid stimulating hormone) and exposure to perchlorate in drinking water.

**Proposition 65 Risk Assessments**

Evaluated consumer exposures and potential health risk associated with wood dust contained within a pet product.

Conducted an exposure assessment of released chemical constituents during the use of powdered cosmetics.

Evaluated the need for warning under Proposition 65 requirements related to emissions from indoor floor cracks originating from groundwater contamination. Calculated estimated indoor

air PCE and TCE concentrations from indoor floor crack flux measurements using indoor air modeling techniques.

Performed an evaluation of toxicity and medical data for a mixture of chemicals present in a hair care product that was the focus of Proposition 65 litigation. Evaluated the scientific literature and critiqued the toxicological basis and exposure potential of a certain ingredient in this product. The assessment involved collection of several representative products for chemical testing and experimental evaluation of bioavailability.

**Regulatory Interaction**

Conducted a critical toxicological assessment of the carcinogenic potential of biodiesel compared to diesel fuel based on a review of animal and in vitro toxicology studies involving exhaust or extract of particulate matter and/or condensate from exhaust of either biodiesel or diesel fuel exhaust.

Conducted a hazard assessment on behalf of Health Canada to identify key health effects (e.g., cardiovascular, pulmonary, hematopoietic, reproductive, etc.) associated with exposure to air pollutants from combustion and evaporative fuel emissions, as well as physiologic mechanisms relating to the development of each health effect. The intent of this assessment was also to identify biological assays to measure key health effects in a potential toxicity screening approach. The toxicity produced by fuels and fuel additive emissions was assessed for the following categories of air pollutants: total emissions, criteria pollutants (particulate matter (<PM10), carbon monoxide, nitrogen oxides (NOx), ozone, sulfur oxides (SOx), selected metals, and volatile organic compounds (VOCs). The VOCs considered in this assessment due to their relative concentrations in evaporative and combustion emissions as well as their relative toxicity included: formaldehyde, acetaldehyde, acrolein, benzene, 1,3-butadiene, PAHs/nPAHs (specifically including benzo(a)pyrene, phenanthrenes, and naphthalene), toluene, and xylenes. Based on the same criteria (relative content and toxicity) the following metals were considered in this assessment: barium, chromium, copper, iron, lead, and nickel.

Prepared technical comments on the draft document entitled Public Health Goal for Perchlorate In Drinking Water prepared by the Office of Environmental Health Hazard Assessment of the California Environmental Protection Agency. Addressed specifically the use of a 10-fold uncertainty factor to account for sensitive subpopulations, such as fetuses, infants, and pregnant women, to the effects of perchlorate. Evaluated several issues related to this topic: 1) iodide deficiency and dietary iodide intake in the U.S., 2) potential adverse health effects associated with iodide deficiency, 3) epidemiologic studies on thyroid function of infants or children exposed to perchlorate in drinking water, and 4) treatment of infants with congenital hypothyroidism or insufficient thyroid hormone levels.

Prepared comments on the EPA health risk reassessment of dioxin regarding the scientific basis for incorporating endodioxins in estimating total background dioxin toxic equivalence. Evaluation included a comprehensive review and summary of the scientific literature and the toxicological significance of endodioxins as natural dioxin-like compounds.

Managed scientific evaluation of the California EPA draft documents The Determination of Chronic Reference Exposure Levels for Airborne Toxicants and The Determination of Acute Reference Exposure Levels for Airborne Toxicants as an independent evaluation for the petroleum industry. Reviewed the scientific methodology proposed for developing chronic reference exposure levels (RELs) intended to protect the community.

**Other Research**

Evaluated the toxicological, physiological, and pharmacokinetic basis for the 0.75 power of body weight scaling factor for interspecies extrapolation from animals to humans intended to support an agency criteria document. Conducted an extensive review of the scientific literature and agency documents to evaluate the empirical, allometric, and pharmacokinetic approaches used by different researchers to extrapolate dose between animals and humans.

Served as project leader for determining potential mechanisms of susceptibility to particle exposure in rats with monocrotaline-induced pulmonary hypertension. Coordinated efforts involving the Institute of Toxicology and Environmental Health, the California Primate Research Center, and the University of California Davis, School of Veterinary Medicine. Developed an aerosol nose-only exposure system for exposing animals to airborne particles with a staff aerosol engineer. Instituted the use of new inflammatory cell function and cytoskeletal assays at the laboratory.

## Professional Experience

**President, Senior Principal Health Scientist, Valeo Sciences LLC, June 2023 – present**

Evaluate the toxicology, health and safety of chemical, physical, and biological hazards in a range of human exposure settings, including occupational, consumer, environmental, and medical. Serves as a Principal Investigator on several multi-disciplinary research teams involving chemistry, toxicology, exposure science, behavioral science, and risk assessment to address complex questions about human health and safety.

**Senior Principal Health Scientist, Stantec (ChemRisk) (Formerly Cardno ChemRisk and ChemRisk), Sept 2003 – June 2023.**

Specialize in areas of general toxicology, nanotoxicology, inhalation toxicology, quantitative exposure assessment, simulation exposure studies, human health risk assessments, state-of-the-art analyses involving occupational, residential and consumer product settings.

**Research Associate, Center for Health and the Environment, University of California, Davis, Apr 2018-present.**

Research the inhalation effects of electronic nicotine delivery systems by characterizing the particle and chemical composition of e-cigarette aerosol, as well as characterize the site-specific effects on the respiratory system.

**Research Associate, Center for Health and the Environment, University of California, Davis, Jan 2011 – Apr 2018.**

Research the effects of inhaled nanoparticles, such as carbon nanotubes, and the mechanisms by which nanomaterial physicochemistry influences regional and local cellular injury, particle fate and transport, and expression of markers of oxidative stress in the lungs and extrapulmonary organs.

**Graduate Research Assistant, Pharmacology/Toxicology Graduate Group, University of California, Davis, Sept 2006 – Dec 2010.**

Research the toxicological effects of inhaled nanoparticles, such as carbon nanotubes, and the mechanisms by which these particles cause cell injury in the respiratory tract. Characterize and compare patterns of regional and local cellular injury, particle fate and transport, and expression of markers of oxidative stress in the lungs of animals exposed to inhaled engineered nanoparticles with different chemical and size compositions.

**Managing Health Scientist, Exponent, April 1999 – Sept 2003.**

Provided consulting services specializing in occupational toxicology, air pollution, quantitative exposure reconstruction, and historical state-of-the-art assessment involving issues associated with the health effects of exposure to a variety of compounds, including diesel exhaust, PM2.5, beryllium and other metals, benzene, oxidant gases, petroleum products, and asbestos, as well as irritants and sensitizers.

**Associate Health Scientist, McLaren Hart Engineering, ChemRisk Division, April 1998 – March 1999.**

Provided consulting services involving human health risk assessment and toxicology issues associated with the safety and state-of-the-science of medical devices.

**Graduate Research Assistant, Institute of Toxicology & Environmental Health, University of California, Davis, Oct 1994 – April 1998.**

Conducted research to understand the potential mechanisms of susceptibility involved with particle exposure to cardiopulmonary-compromised animals. Contributed to the design of an aerosol delivery system and developed methods to understand particle deposition and clearance, as well as macrophage phagocytic and chemotactic capabilities in the lung.

**Postgraduate Researcher, Institute of Toxicology & Environmental Health, University of California, Davis, June 1993 – Sept 1994.**

Served as manager of a molecular biology laboratory, which focused on using molecular techniques to assess the effects of exposure to ambient air pollutants, including the oxidant gases ozone and nitrogen dioxide, on RNA expression levels for collagen proteins. Results from in situ hybridization studies were combined with immunohistochemistry, morphometry, and pathology investigations to understand the relation between exposure and disease.

**Research Assistant III, Institute of Environmental Health Research, University of California, Davis, May 1991 – May 1993.**

Contributed to morphometry studies to evaluate the effects of surfactant treatment on the pulmonary structure of pre-term lambs, which was used as basis to better understand the effects of surfactant treatment on premature human infants.

## Certifications

- Diplomate of the American Board of Toxicology, 2007; recertified in 2013
- Asbestos Fiber Counting (NIOSH 582), 2011

## Professional Membership and Service

- Society of Toxicology (SOT)
  - Member of Risk Assessment, Inhalation and Respiratory, and Nanotoxicology Specialty Sections
  - Elected Councilor of Inhalation and Respiratory Specialty Section, 2009 – 2011
  - Elected Secretary/Treasurer of the Nanoscience and Advanced Materials Specialty Section (2020-2021)
- American Conference of Governmental Industrial Hygienists (ACGIH)
- American Industrial Hygiene Association (AIHA)

- Liaison for Nanotechnology Working Group, 2007 - present
- Chair of Toxicology Committee, 2009
- International Society of Exposure Science (ISES)
- Society of Risk Analysis (SRA)

## Peer-Reviewed Publications

Tran, L.N., E.Y. Chiu, H.C. Hunsaker, K. Wu, B. Poulin, A.K. Madl, K.E. Pinkerton, and T.B. Nguyen. 2023. Carbonyls and aerosol mass generation from vaping nicotine salt solutions using fourth- and third-generation e-cigarette devices: Effects of coil resistance, coil age, and coil metal material. Chem Res Toxicol https://doi.org/10.1021/acs.chemrestox.3c00172.

Madl, A.K. and H.C. O'Neill. 2023. Fiber biodurability and biopersistence: historical toxicological perspective of synthetic vitreous fibers (SVFs), the long fiber paradigm, and implications for advanced materials. Crit Rev Toxicol DOI: 10.1080/10408444.2022.2154636.

Li, Y., A.E. Burns, L.N. Tran, K.A. Abellar, M. Poindexter, X. Li, A.K. Madl, K.E. Pinkerton, and T.B. Nguyen. 2021. Impact of e-liquid composition, coil temperature, and puff topography on the aerosol chemistry of electronic cigarettes. Chem Research Toxicol 34(6):1640-1654.

More, S.L., M. Kovochich, T. Lyons-Darden, M. Taylor, A.M. Schulte, and A.K. Madl. 2021. Review and evaluation of the potential health effects of oxidic nickel nanoparticles. Nanomat. 11(3):642.

Li Y., A.E. Burns, G.J.P. Burke, M.E. Poindexter, A.K. Madl, K.E. Pinkerton, and T.B. Nguyen. Application of high-resolution mass spectrometry and a theoretical model to the quantification of multifunctional carbonyls and organic acids in e-cigarette Aerosol. Environ Sci Technol. 2020 54(9):5640-5650.

More, S.L., S.A. Thornton, J.R. Maskrey, A. Sharma, E. de Gandiaga, T.J. Cheng, E.S. Fung, A.J. Bernal, and A.K. Madl. 2020. PBPK modeling characterization of potential acute impairment effects from inhalation of ethanol during e-cigarette use. Inhal Tox. 32(1):14-23.

Mack, S.M., A.K. Madl, and K.E. Pinkerton. 2019. Respiratory health effects of exposure to ambient particulate matter and bioaerosols. Comprehensive Physiology. 10(1):1-20.

Kovochich, M., C.D. Fung, R. Avanasi, and A.K. Madl. 2018. Review of techniques and studies characterizing the release of carbon nanotubes from nanocomposites: Implications for exposure and human health risk assessment. J Exp Sci Env Epidemiol. 28(3):203-215.

Chapman, A.M., K.Y. Sun, P. Ruestow, D.M. Cowan, and A.K. Madl. 2016. Lung cancer mutation profile of EGFR, ALK, KRAS: Meta-analysis and comparison of never and ever smokers. Lung Cancer. 102:122-134.

Sahmel, J., C.A. Barlow, S. Gaffney, H.J. Avens, A.K. Madl, J. Henshaw, K. Unice, D. Galbraith, G. DeRose, R.J. Lee, D. Van Orden, M. Sanchez, M. Zock, and D.J. Paustenbach. 2016. Airborne asbestos take-home exposures during handling of chrysotile-contaminated clothing following simulated full shift workplace exposures. J Exp Sci Environ Epidemiol 26(1):48-62.

Sahmel, J., H.J. Avens, P.K. Scott, K. Unice, A. Burns, C.A. Barlow, A.K. Madl, J. Henshaw, and D.J. Paustenbach. 2015. Measured removal rates of chrysotile asbestos fibers from air and comparison based on theoretical estimates based on gravitational settling and dilution ventilation. Inhal Tox 27(14):787-801.

Cowan, D.M., T.J. Cheng, M. Ground, J. Sahmel, A. Varughese, A.K. Madl. 2015. Analysis of workplace compliance measurements of asbestos by the U.S. Occupational Safety and Health Administration (1984-2011). Reg Tox Pharmacol 72(3):615-629.

Madl, A.K., M. Liong, M. Kovochich, B.L. Finley, D.J. Paustenbach, and G. Oberdörster. 2015. Toxicology of wear particles of cobalt-chromium alloy metal-on-metal hip implants Part I: Physicochemical properties in patient studies and simulators. Nanomedicine: Nanotechnology, Biology, and Medicine 11(5):1201–1215.

Madl, A.K., M. Liong, M. Kovochich, B.L. Finley, D.J. Paustenbach, and G. Oberdörster. 2015. Toxicology of wear particles of cobalt-chromium alloy metal-on-metal hip implants Part II: Importance of physicochemical properties and dose in animal and in vitro studies as a basis for risk assessment. Nanomedicine: Nanotechnology, Biology, and Medicine 11(5):1285–1298.

Madl, A.K., K.D. Devlin, A.L. Perez, D.M. Hollins, D.M. Cowan, P.K. Scott, K. White, T.J. Cheng, and J.L. Henshaw. 2015. Airborne asbestos exposures associated with gasket and packing replacement: A simulation study of flange and valve repair work and an assessment of exposure variables. Reg Tox Pharmacol 71(1):35-51.

Madl, A.K., D.M. Hollins, K.D. Devlin, E.P. Donovan, P.J. Dopart, P.K. Scott, and A.L. Perez. 2014. Airborne asbestos exposures associated with gasket and packing replacement: A simulation study and meta-analysis. Reg Tox Pharmacol 69(3):304-319.

Sahmel, J., C.A. Barlow, B. Simmons, S.H. Gaffney, H.J. Avens, A.K. Madl, J. Henshaw, R.J. Lee, D. Van Orden, M. Sanchez, M. Zock, and D.J. Paustenbach. 2014. Evaluation of take-home exposure and risk associated with the handling of clothing contaminated with chrysotile asbestos. Risk Anal 34(8):1448-68.

Madl, A.K., L.E. Plummer, C. Carosino, and K.E. Pinkerton. 2014. Nanoparticles, lung injury, and the role of oxidant stress. Physiol Rev 76:15.1–15.19.

Cowan, D.M., T. Kingsbury, A. Perez, T.A. Woods, M. Kovochich, D. Hill, A.K. Madl, and D.J. Paustenbach. 2014. Evaluation of the California Safer Consumer Products Regulation and the impact on consumers and product manufacturers. Reg Tox Pharm 68:23-40.

Shay, E., E. De Gandiaga, and A.K. Madl. 2013. Considerations for the development of health-based surface dust cleanup criteria for beryllium. Crit Rev Toxicol 43(3):220-243.

Hollins, D.M., B.D. Kerger, K.M. Unice, J.S. Knutsen, A.K. Madl, J.E. Sahmel and D.J. Paustenbach. 2012. Airborne benzene exposures from cleaning metal surfaces with small volumes of petroleum solvents. Intl J Hyg Environ Health 216(3):324-332.

Madl, A.K., S.V. Teague, Y. Qu, D. Masiel, J.E. Evans, T. Guo, and K.E. Pinkerton. 2011. Aerosolization system for experimental inhalation studies of carbon-based nanomaterials. J Aerosol Sci Technol 46(1):94-107.

Paustenbach, D.J., J.S. Knutsen, D.M. Hollins, J.E. Sahmel, and A.K. Madl. 2010. Comparison of modeled and measured concentrations of airborne benzene from the use of petroleum-based solvents spiked with low levels of benzene. Chemico-Biological Interactions 184:296-298.

Madl, A.K., S.H. Gaffney, J.L. Balzer, and D.J. Paustenbach. 2009. Airborne Asbestos concentrations associated with heavy equipment brake removal. Annal Occup Hyg 53(8):839-857.

Madl, A.K. and K.E. Pinkerton. 2009. Health effects of inhaled engineered and incidental nanoparticles. Crit Rev Tox 39(8):639-658.

Hollins, D.M., M.A. McKinley, C. Williams, A. Wiman, D. Fillos, P.S. Chapman, and A.K. Madl. 2009. Beryllium and lung cancer: A weight of evidence evaluation of the toxicological and epidemiological literature. Crit Rev Tox 39(S1):1-32.

Madl, A.K., L.L. Scott, D.M. Murbach, K.A. Fehling, B.L. Finley, and D.J. Paustenbach. 2008. Exposure to chrysotile asbestos associated with unpacking and repacking boxes of automobile brake pads and shoes. Annal Occup Hyg 52(6):463-479.

Murbach, D.M., A.K. Madl, K.M. Unice, J.S. Knutsen, P.S. Chapman, J.L. Brown, and D.J. Paustenbach. 2008. Airborne concentrations of asbestos onboard maritime shipping vessels (1978-1992). Annal Occup Hyg 52(4):267-79.

Jiang, G.C.-T., A.K. Madl, K.J. Ingmundson, D.M. Murbach, K.A. Fehling, D.J. Paustenbach, and B.L. Finley. 2008. Exposure to chrysotile asbestos associated with handling, unpacking, and repacking boxes of automobile clutch discs. Regul Toxicol Pharmacol 51(1):87-97.

Madl, A.K., E.P. Donovan, S.H. Gaffney, M.A. McKinley, E.C. Moody, J.L. Henshaw, and D.J. Paustenbach. 2008. Historical state-of-the-science review of the occupational health hazards of crystalline silica in abrasive blasting operations and related requirements for respiratory protection. J Toxicol Environ Health, Part B Crit Rev 11(7):548-608.

Gaffney, S.H., E.C. Moody, M.A. McKinley, J.S. Knutsen, A.K. Madl, and D.J. Paustenbach. 2008. Worker exposure to methanol vapors during cleaning of semiconductor wafers in a manufacturing setting. J Occup Environ Hyg 5:313-324.

Wambach, P.F., A.K. Madl, K.M. Unice, J.L. Brown, M.E. Kolanz, and M.S. Kent. 2007. Letters to the Editor. J Occup Environ Hyg 4(10):D103-D108.

Henshaw, J.L., S.H. Gaffney, A.K. Madl, and D.J. Paustenbach. 2007. The employer's responsibility to maintain a safe and healthful work environment: An historical review of societal expectations and industrial practices. Employ Respons Rights J 19:173-192.

Madl, A.K., K. Clark, and D.J. Paustenbach. 2007. Exposure to airborne asbestos during removal and installation of gaskets and packings: A review of published and unpublished studies. J Toxicol Environ Health, Part B Crit Rev 10(4):259-286.

Williams, P.R.D., J.S. Knutsen, C. Atkinson, A.K. Madl, and D.J. Paustenbach. 2007. Airborne concentrations of benzene associated with the historical use of Liquid Wrench®. J Occup Environ Hyg 4(8):547-561.

Madl, A.K., K. Unice, J. Brown, M.E. Kolanz, and M.S. Kent. 2007. Exposure-response analysis of beryllium sensitized and chronic beryllium disease workers in a beryllium metal machining plant. J Occup Environ Hyg 4(6):448-466.

Mangold, C., K. Clark, A.K. Madl, and D.J. Paustenbach. 2006. An exposure study of bystanders and workers during the installation and removal of asbestos gaskets and packings. J Occup Environ Hyg 3(2):87-98.

Paustenbach, D.J., A.K. Madl, E. Donovan, K. Clark, K. Fehling, and T. Lee. 2006. Chrysotile asbestos exposure associated with removal of automobile exhaust systems (ca. 1945-1975) by mechanics: Results of a simulation study. J Expos Sci Environ Epidemiol 16(2):156-171.

Kelsh, M.A., P.A. Buffler, J.J. Daaboul, G.W. Rutherford, E.C. Lau, J.C. Barnard, A.K. Exuzides, A.K. Madl, L.G. Palmer, and F.W. Lorey. 2003. Primary congenital hypothyroidism, newborn thyroid function and environmental perchlorate exposure among residents of a Southern California community. J Occup Environ Med 45(10):1116-1127.

Madl, A.K. and D.J. Paustenbach. 2002. Airborne concentration of benzene due to diesel locomotive exhaust in a roundhouse. J Toxicol Environ Health, Part A 65:1945-1964.

Madl, A.K. and D.J. Paustenbach. 2002. Airborne concentrations of benzene and mineral spirits during cleaning of a locomotive generator and traction motor. J Toxicol Environ Health, Part A 65:1965-1979.

Kolanz, M.E., A.K. Madl, M.A. Kelsh, M.S. Kent, R.M. Kalmes, and D.J. Paustenbach. 2001. A comparison and critique of historical and current exposure assessment methods for beryllium: Implications for evaluating risk of chronic beryllium disease. Appl Occup Environ Hyg 16(5):593-614.

Kent, M.S., T.G. Robins, and A.K. Madl. 2001. Is total mass or mass of alveolar-deposited airborne particles of beryllium a better predictor of the prevalence of disease? A preliminary study of a beryllium processing facility. Appl Occup Environ Hyg 16(5):539-558.

Paustenbach, D.J. A.K. Madl, and J. Greene. 2001. Identifying an appropriate occupational exposure limit (OEL) for beryllium: Data gaps and current research initiatives. Appl Occup Environ Hyg 16(5):527-538.

Madl, A.K., D.W. Wilson, H.J. Segall, and K.E. Pinkerton. 1998. Alteration in lung particle translocation, macrophage function, and microfilament arrangement in monocrotaline-treated rats. Toxicol Appl Pharmacol 153(1):28–38.

Pinkerton, K.E., J.F. Lewis, E.D. Rider, J. Peake, W. Chen, A.K. Madl, R.H. Luu, M. Ikegami, and A. Jobe. 1994. Lung parenchyma and Type II cell morphometrics: Effects of surfactant treatment on preterm ventilated lamb lungs. J Appl Physiol 77(4):1953–1960.

## Book Chapters

Paustenbach, D.J., A.K. Madl, and A. Massarsky. 2024. Exposure assessment. In: Patty's Toxicology, 6 Volume Set, 7th Edition, Editors, D.J. Paustenbach, W.H. Farland, J. Klaunig, L. Levy, and H. Greim. Wiley, Hoboken, New Jersey.

A.K. Madl, X. Sun, R.M. Silva, T. Kadir, and K.E. Pinkerton. 2018. Particle toxicities. Chapter 15.15 In: Comprehensive Toxicology, 3rd Edition, edited by Charlene A. McQueen, Elsevier, Oxford. pp 263–301.

Madl, A.K., T. Kadir, and K.E. Pinkerton. 2015. Particle toxicities. Reference Module in Biomedical Sciences. Elsevier. 4-May-15 doi: 10.1016/B978-0-12-801238-3.02084-5.

Paustenbach, D.J. and A.K. Madl. 2014. The practice of exposure assessment. In: Principles and Methods of Toxicology, Sixth Edition. Editor, A.W. Hayes. CRC Press, Taylor and Francis Group, Boca Raton, FL.

Plummer, L.E., K.E. Pinkerton, A.K. Madl, and D.W. Wilson. 2011. Effects of nanoparticles on the pulmonary vasculature. In: Cardiovascular effects of inhaled fine and nano-sized particles. Editors, F.R. Cassee, N.L. Mills and D.E. Newby.

Madl, A.K., C. Carosino, and K.E. Pinkerton. 2010. Particle toxicities. Chapter 8.2 In: Comprehensive Toxicology: Respiratory Toxicology, Vol. 8. Second Edition. G. Yost, Ed. Elsevier, New York, NY. pp. 421-451.

Madl, A.K., C. Carosino, and K.E. Pinkerton. 2009. Airborne particles and structural remodeling of the lung. In: Particle-Lung Interactions, Second Edition. Editors, P. Gehr, C. Muhlfield, B. Rothen-Rutishauser, F. Blank. C. Lenfant, Executive Editor, Lung Biology in Health and Disease, Vol 241. Informa Healthcare USA, Inc. NY, NY.

Madl, A.K. and K.E. Pinkerton. 2008. Health effects of inhaled engineered nanoscale materials. In: Nanoscience and Nanotechnology: Environmental and Health Impacts, Editor, V.H. Grassian. John Wiley & Sons, Hoboken, NJ.

Paustenbach, D.J. and A.K. Madl. 2008. The practice of exposure assessment. Chapter 10. In: Principles and Methods of Toxicology, Fifth Edition. Editor, A.W. Hayes. CRC Press, Taylor and Francis Group, Boca Raton, FL.

## Published Abstracts

Donnell, M.T., K.A. Keeton, L. Covell, and A.K. Madl.  2024. Oral Exposure to Titanium Dioxide (TiO2): Comparison of Adverse Outcome Pathway (AOP) Key Event (KE) Effect Levels to Human Daily Dietary Exposures. Poster presentation P190 at the Society of Toxicology (SOT) Annual Meeting & ToxExpo, Salt Lake City, UT; March 10-14, 2024. *Toxicologist* 198(S1):130. Abstract 3087.

Salazar, M.R., N.E. Robertson, K.E. Pinkerton, A.K. Madl, T.B. Nguyen, and B.A. Poulin.  2024.  Metal Emissions from Disposable Electronic Cigarettes: Exposure and Risk Implications. Poster presentation P653 at the Society of Toxicology (SOT) Annual Meeting & ToxExpo, Salt Lake City, UT; March 10-14, 2024. *Toxicologist* 198(S1):441. Abstract 4119.

Madl, A.K., M.T. Donnell, and L. Covell.  2024.  Synthetic Vitreous Fibers (SVFs): Adverse Outcome Pathways (AOPs) and Considerations for New Generation New Approach Methods (NAMs). Poster presentation P863 at the Society of Toxicology (SOT) Annual Meeting & ToxExpo, Salt Lake City, UT; March 10-14, 2024. *Toxicologist* 198(S1):492. Abstract 4288.

Keeton, K.A., L Covell, M.T. Donnell, and A.K. Madl.  2024.  Comparison of In Vitro Nicotine Dissolution Profiles Across a Range of Oral Nicotine Products. Poster presentation P655 at the Society of Toxicology (SOT) Annual Meeting & ToxExpo, Salt Lake City, UT; March 10-14, 2024. *Toxicologist* 198(S1):441-442. Abstract 4121.

Covell, L.T., M.T. Donnell, K.A. Keeton, and A.K. Madl.  2024.  Human Health Risk Assessment of Per- and Polyfluoroalkyl Substances (PFAS) in Facial Cosmetics. Poster presentation P342 at the Society of Toxicology (SOT) Annual Meeting & ToxExpo, Salt Lake City, UT; March 10-14, 2024. *Toxicologist* 198(Late-Breaking S1):233-234. Abstract 5240.

O'Neill, H.C., D.R. Cheatham, N.K. Mandava, E.J. de Gandiaga, A.M. Powell, M.A. Maddaloni, and A.K. Madl. 2022. Inhalation risk of terpenes in cannabis vape products. Poster presentation P199 at the Society of Toxicology (SOT) Annual Meeting & ToxExpo, San Diego, CA; March 27-31, 2022. *Toxicologist* 186(S1):492. Abstract 4267.

de Gandiaga, E., A. Hazell, A. Sharma, M. Donnell, A. Massarsky, A. Schulte, A. Bernal, and A.K. Madl. 2021. Exposure and human health risk of metals from electronic nicotine delivery systems. Abstract #2608. Virtual Poster Presentation at the 2021 Society of Toxicology (SOT) Annual Meeting. March 12-26.

O'Neill, H.C., M.J. Vincent, A.A. Han, S.E. Brown, A.M. Hazell, M.L. Kreider, and A.K. Madl. Hazard and risk banding framework for prioritization and bridging of e-liquids for toxicity testing. Abstract #2609. Virtual Poster Presentation at the 2021 Society of Toxicology (SOT) Annual Meeting. March 12-26.

More, S.L., M. Kovochich, T. Lyons-Darden, M. Taylor, A.M. Schulte, and A.K. Madl. 2020. Critical evaluation of potential nickel-containing nanoparticles toxicity. Accepted abstract for Society of Toxicology 59th Annual Meeting; March 15-19, Anaheim, California (conference cancelled due to COVID).

Gloekler, L., L.G. Liang, S.L. More, N. Binczewski, M.T. Hoang, and A.K. Madl. 2020. Volatile organic compounds measured in US indoor residential air from smoking and non-smoking homes and implications for public health. Accepted abstract for Society of Toxicology 59th Annual Meeting; March 15-19, Anaheim, California (conference cancelled due to COVID).

Sharlee L.M, S.A. Thornton, A. Sharma, J.R. Maskrey, E.S. Fung, E.J. de Gandiaga, T.J. Cheng, A.K. Madl, A.J. Bernal. 2019.  Characterization of acute impairment effects from inhalation of ethanol during e-cigarette use.  Abstract #3125. Poster Presentation at Society of Toxicology Annual Meeting. March 10-14, 2019. Baltimore, MD.

Madl, A.K., K.M. Unice, J.R. Maskrey and A. Bernal.  2018.  Application of a pharmacokinetic model to predict nicotine profile across a range of e-cigarette user conditions.  Abstract #3562. Poster Presentation at Society of Toxicology Annual Meeting. March 12-15, 2018. San Antonio, TX.

Unice, K.M., A. Burdick, B. Brooks, A.K. Madl, J. Dimitri, W. Davis, J. Mason, R. Sinor, D. Huet, M. Zarick and B. Tvermoes.  2018.  An inhalation risk assessment of indium and indium compounds for derivation of an occupational exposure limit. Abstract #2836. Poster Presentation at Society of Toxicology Annual Meeting. March 12-15, 2018. San Antonio, TX.

Bernal, A., E. De Gandiaga, T. Cheng and A.K. Madl.  2016.  Electronic cigarette puff topography: Analysis of monitoring method among naïve and experienced users.  Abstract #3656.  Poster Presentation at Society of Toxicology Annual Meeting. March 13-17, 2016. New Orleans, LA.

Chapman, A.M., K.Y. Sun, P.S. Ruestow, D.M. Cowan and A.K. Madl.  2016.  Lung cancer mutation profile:  Meta-analysis and comparison of never and ever smokers.  Abstract #2978.  Poster Presentation at Society of Toxicology Annual Meeting. March 13-17, 2016. New Orleans, LA.

De Gandiaga, E., A. Bernal, T. Cheng and A.K. Madl.  2016.  Formaldehyde and acetaldehyde generated by electronic cigarettes:  Meta-analysis of aerosol concentrations and comparison to tobacco cigarette smoke.  Abstract #3624.  Poster Presentation at Society of Toxicology Annual Meeting. March 13-17, 2016. New Orleans, LA.

Fung, E.S., M. Kovochich, D.M. Cowan and A.K. Madl.  2016.  Threshold for the interactive effects of cigarette smoke and asbestos exposure for the risk of lung cancer.  Abstract #1310.  Poster Presentation at Society of Toxicology Annual Meeting. March 13-17, 2016. New Orleans, LA.

Madl, A.K., A. Bernal, D.M. Cowan, M. Liong, N. Boulos, C. Poteete and M. Kovochich.  2016.  Analysis of the indirect genotoxic effects of asbestos: implications for dose response models. Abstract #2695.  Poster Presentation at Society of Toxicology Annual Meeting. March 13-17, 2016. New Orleans, LA.

Madl, A.K., K. Devlin, C. Poteete, and D. Cowan. 2015. A meta-analysis of paraoccupational asbestos exposures from occupational simulation studies of asbestos-containing encapsulated products.  Abstract #2615. Poster presentation at the 54th Annual Meeting of the Society of Toxicology, March 22-26, 2015. San Diego, CA. *Toxicologist* Late Breaking Abstracts: 78.

Kreider, M., K. Unice, and A. Madl. 2014. Exposure evaluation of airborne titanium dioxide from use in spray sunscreens.  TechConnect World Conference, June 15-18, 2014.  Washington DC. ISBN 978-1-4822-5830-1 Vol 3:91-93.

Liong, M., M. Kovochich, B.L. Finley, D.J. Paustenbach, and A. Madl. 2014. Nanoparticles from the wear of cobalt-chromium alloy metal-on-metal hip implants: Physiochemical and dose analysis of patient and toxicology studies. Abstract #603j. Poster presentation at the 53rd Annual Meeting of the Society of Toxicology, March 23-27, 2014. Phoenix, AZ. Toxicologist 138:161.

Grespin, M., E. Donovan, R. Ward, A. Madl, and B.L. Finley. 2014. Asbestos content of heavy equipment brake-wear debris and associated airborne exposures during brake work. Abstract #2235. Poster presentation at the 53rd Annual Meeting of the Society of Toxicology (SOT), March 23-27, 2014. Phoenix, AZ. Toxicologist 138:595-596.

Madl, A.K, K. Unice, M. Kreider, M. Kovochich, I.G. Bebenek and M.M. Abramson.  2013.  Risk ranking framework to assess the health hazard of nanomaterial containing products in an

industrial and consumer application setting. TechConnect World Conference, May 12-16, 2013.  Washington DC.  ISBN 978-1-4822-0586-2 Vol 3:485-488.

Kovochich, M., R. Avanasi, and A.K. Madl. 2013.  Analysis of factors associated with the releasability of carbon nanotubes (CNTs) from materials containing nanocomposites. TechConnect World Conference, May 12-16, 2013.  Washington DC. ISBN 978-1-4822-0586-2 Vol 3:477-480.

Bebenek, I.G., B.E. Tvermoes, A.M. Banducci, A.D. Monnot, K.D. Devlin and A.K. Madl. 2013.  Exposure and health risk assessment of metals in apple juice. Abstract #2621.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 10-14, 2013.  San Antonio, TX. Toxicologist Late Breaking Abstracts: 58.

Kovochich, M., R. Avanasi and A.K. Madl. 2013. Factors associated with the releasability of carbon nanotubes (CNTs) from nanocomposites in potential consumer or industrial applications. Abstract #450. Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 10-14, 2013. San Antonio, TX. *Toxicologist* 132:96.

Shay, E., E.J. de Gandiaga, and A.K. Madl.  2012.  Consideration for a health-based surface dust cleanup criterion for beryllium. Abstract #2817.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 11-15, 2012.  San Francisco, CA. Toxicologist Late Breaking Abstracts: 2817.

Madl, A.K., A. Tsumura, K. Johnson, V. Seshachellam, P.C. Edwards, S.V. Teague, T. Guo, L.S. Van Winkle, J.E. Evans, K.E. Pinkerton.  2011.  Respiratory effects of inhaled single-walled carbon nanotubes:  The role of iron and particle morphology.  Abstract #1196.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 6-10, 2011.  Washington DC. Toxicologist 120(Suppl 2):256.

Madl, A.K., K. Durinick, A. Lam, T. Guo, S.V. Teague, Y. Qu and K.E. Pinkerton.  2009.  Pulmonary effects from acute exposure to aerosolized single-walled carbon nanotubes.  Abstract #2204.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 15-19, 2009.  Baltimore, MD. Toxicologist 108(1):459.

Teague, S.V., A.K. Madl, T. Guo, Y. Qu and K.E. Pinkerton. 2009. Aerosolization delivery system of airborne nanoparticles for nose-only inhalation studies.  Abstract #2214.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 15-19, 2009.  Baltimore, MD. Toxicologist 108(1):461.

Sweet, L., A.K. Madl, E. Shay, and K. Unice.  2009.  Assessment of the potential human health and ecological risks associated with residential sodium hypochlorite (bleach) disposal into drains. Abstract #841.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting. March 15-19, 2009.  Baltimore, MD. Toxicologist 108(1):174.

Gaffney, S.H., A.K. Madl, J.L. Balzer, and D.J. Paustenbach. 2009.  Mechanic and bystander chrysotile exposures during heavy equipment brake removal.  Abstract #1196.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 15-19, 2009. Baltimore, MD. Toxicologist 108(1):249.

Madl, A.K., S.E. Serrano, T. Guo, S.V. Teague, J. Carter, Y. Qu, and K.E. Pinkerton.  2008.  Inhalation exposure to aerosolized carbon nanotubes.  Abstract #1505.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 17-20, 2008.  Seattle, WA. Toxicologist 102(1): 308.

Finley, B.L., A.K. Madl, D.M. Murbach, K.A. Fehling, D.J. Paustenbach, and G.C. Jiang.  2008.  A study of airborne chrysotile concentrations associated with handling, unpacking, and repacking boxes of automobile clutch discs (circa 1950-1980).  Abstract #1458.  Poster

presentation at the Society of Toxicology (SOT) Annual Meeting.  March 17-20, 2008.  Seattle, WA. Toxicologist 102(1):299.

Jiang, G.C., A.K. Madl, D.J. Paustenbach, and B.L. Finley.  2008.  Detailed asbestos fiber size and morphology analyses of automobile clutch discs, brake pads, and brake shoes.  Abstract #1468.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 17-20, 2008. Seattle, WA. Toxicologist 102(1):301.

Madl, A.K., J.A. Last, and K.E. Pinkerton.  2007.  Pulmonary macrophage phagocytosis and chemotaxis in animals exposed to oxidant air pollutants.  Poster presentation at the International Conference of the American Thoracic Society (ATS).  May 18-23, 2007.  San Francisco, CA.  Am J Respir Crit Care Med 175:A542.

Madl, A.K. and K.E. Pinkerton.  2007.  Method for evaluating pulmonary deposition and clearance of different sized fine-mode particles in a single animal.  Abstract #810.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 24-29, 2007. Charlotte, NC. Toxicologist 96(1):167.

Unice, K.M., A.K. Madl, J.L. Brown, M.E. Kolanz, and M.S. Kent.  2007.  Exposure-response analysis for beryllium sensitization and chronic beryllium disease among workers in a beryllium metal machining plant.  Abstract #1988.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 24-29, 2007.  Charlotte, NC. Toxicologist 96(1):410.

Madl, A.K., K.M Unice, J.L. Brown, M.E. Kolanz, and M.S. Kent.  2006.  Beryllium sensitization and chronic beryllium disease in a beryllium metal machining plant:  Analysis of beryllium exposure and implications for an occupational exposure limit.  Abstract #849.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 5-9, 2006.  San Diego, CA. Toxicologist 90(1):172.

Donovan, E.P., A.K. Madl, M.A. Kelsh, and D.J. Paustenbach.  2006.  Beryllium exposure and the prevalence of chronic beryllium disease and beryllium sensitization.  Abstract #848.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 5-9, 2006.  San Diego, CA. Toxicologist 90(1):172

Paustenbach, D.J., A.K. Madl, K. Clark, K.A. Fehling, and T. Lee.  2005.  Chrysotile asbestos exposure associated with removal of automobile exhaust systems (circa 1946-1970). Abstract #410.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting. March 5-10, 2005.  New Orleans, LA. Toxicologist 84(1):83.

Madl, A.K., K.M. Unice, P.K. Scott, K. Robinson, P. Scaramella, D.W. Pyatt, and D.J. Paustenbach. 2005.  Exposure reconstruction of historical airborne benzene concentrations:  Case study of a deck crewman on board crude oil and chemical tankers.  Abstract #411.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 5-10, 2005.  New Orleans, LA. Toxicologist 84(1):83.

Madl, A.K., H.W. Leung, D.M. Proctor, E. Goswami, S. Hays, and E. Cohen.  2004.  Derivation of a RfD for perchlorate:  Identifying a critical health endpoint and the most sensitive subpopulation.  Abstract #1755.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 21-25, 2004.  Baltimore, MD. Toxicologist 78(1):361.

Leung, H.W., D.M. Proctor, A.K. Madl, S. Hays, and E.H. Cohen.  2004.  Scientific rationale for the derivation of a Reference Dose (RfD) for perchlorate.  Abstract #1756.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 21-25, 2004.  Baltimore, MD. Awarded by the Risk Assessment Specialty Section as one of ten best risk assessment papers. Toxicologist 78(1):361.

Proctor, D.M., E.H. Cohen, H.W. Leung, S. Hays, L. Barraj, and A.K. Madl.  2004.  Exposure assessment for perchlorate in drinking water.  Abstract #1754.  Poster presentation at the

Society of Toxicology (SOT) Annual Meeting.  March 21-25, 2004.  Baltimore, MD. Toxicologist 78(1):361.

Madl, A.K., J. Warmerdam, B. Sun, B.L. Finley, and R. Richter.  2001.  Contribution of individual truck operations to ambient diesel particulate matter (DPM) concentrations: Implications for risk assessment and management.  Abstract #2063.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting. March 26-30, 2001.  San Francisco, CA. Toxicologist 60(1):433.

Madl, A.K., and D.J. Paustenbach.  2000.  Worst-case benzene exposure scenario from diesel locomotive exhaust in a roundhouse.  Abstract #500.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 20-23, 2000.  Philadelphia, PA. Toxicologist 54(1):106.

Kent, M., T. Robins, A.K. Madl, M. Goodman, and D.J. Paustenbach.  2000.  Is total mass or mass of alveolar-deposited airborne particles of beryllium a better predictor of the prevalence of disease? A preliminary study of a beryllium processing facility.  Abstract #82.  Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 20-23, 2000. Philadelphia, PA. Toxicologist 54(1):17.

Madl, A.K., R.M. Kalmes, and D.J. Paustenbach.  1999.  Comparison of acute inhalation exposure levels for chemical irritants among five agencies in the United States.  Abstract #372. Presented at the Society of Toxicology (SOT) Annual Meeting.  March 14–18, 1999.  New Orleans, LA. Toxicologist 48(1):80.

Madl, A.K., D.W. Taylor, D.W. Wilson, and K.E. Pinkerton.  1998.  Microfilaments as a marker of impaired macrophage function to mixed oxidant gases.  Abstract #338.  Presented at the Society of Toxicology (SOT) Annual Meeting. Seattle, WA. Toxicologist 42(1):68.

Madl, A.K., and K.E. Pinkerton.  1997.  Pulmonary clearance of different sized fine-mode particles. Presented at the International Conference, American Thoracic Society/ American Lung Association (ATS/ALA). San Francisco, CA

## Presentations

Vincent, M., O'Neil, H.C., Maier, A., Buerger, A.N. and Madl, A.K.  2022.  Analysis of toxicity assay options for data poor chemical inhalation limit setting: Flavors as a case study. 75th Tobacco Science Research Conference, September 12-14, 2022, New Orleans, LA.

More, S., Madl, A.K., Thornton, S. and Unice, K.  2022.  Application of pharmacokinetic modelling to predict nicotine blood profiles associated with varying e-liquid nicotine protonation. 75th Tobacco Science Research Conference, September 12-14, 2022, New Orleans, LA.

O'Neill, H.C., D.R. Cheatham, N. Mandava, E.J. de Gandiaga, A.M. Powell, M. Maddaloni, and A.K. Madl.  2022. Terpene inhalation in vaping products – What do we know about safety? Cannabis Science Conference, West, May 18-20, 2022, Long Beach, CA.

Massarsky, A., A. Bonin, Y. Atalay, N. Binczewski, A. Madl, A. Jones. 2021 Ecotoxicological screening assessment of e-liquid mixtures using ecological structure relationships (ECOSAR). Virtual poster presentation at the 2021 SETAC Annual Meeting, November 14-18 2021.

Parker, J., A.K. Madl, A.D.G Jones, D.J. Lauer, R.K. Brewster, and C. Boles.  2021.  Microorganisms and associated toxins in cigarettes, ENDS, and other tobacco-related products: Current state-of-the-science and applications for microbial risk assessment.  Tobacco Science Research Conference, August 29-31, 2021, Boston, MA.

Madl, A.K., K. Unice, J.R. Maskrey, and A. Bernal.  2019.  Nicotine profile across a range of e-cigarette user conditions: Validation of a pharmacokinetic model. Poster presented at the annual meeting of the Society for Research on Nicotine & Tobacco, February 20-23, 2019, San Francisco, CA.

Bernal, A., E. de Gandiaga, T. Cheng, A. Sharma, A. Schulte, and A.K. Madl. 2019.  E-cigarette topography: State-of-the-science analysis and considerations for human health risk assessment. Poster presented at the annual meeting of the Society for Research on Nicotine & Tobacco, February 20-23, 2019, San Francisco, CA.

de Gandiaga, E., A. Bernal, T. Cheng, A. Schulte, and A.K. Madl. 2019.  Aldehyde concentrations produced across different generations of electronic cigarettes meta-analysis and risk assessment of aerosol concentrations. Poster presented at the annual meeting of the Society for Research on Nicotine & Tobacco, February 20-23, 2019, San Francisco, CA.

Dimitri, J., B. Brooks, A. Burdick, B. Tvermoes, W.F. Davis, M. Alphonse, J. Mason, R. Sinor, D. Huet, M. Zarick, G. Morrison, R. Melville, E. Timlin, M. Mueller, K. Unice,  and A. Madl.  2017.  Derivation of an occupational exposure limit for indium and indium compounds.  Poster presentation at The American Industrial Hygiene Conference & Exposition (AIHce) in Seattle, WA. June 4-7, 2017.

Pinkerton, K.E. and A.K. Madl 2016.  Environmental and biological impact of nanoparticles and manufacturing.  Podium presentation within symposium, Indoor Air Pollution: New Risks and Health Effects at the American Academy of Allergy Asthma & Immunology Annual Meeting (AAAAI) in Los Angeles, CA. March 4-7, 2016.

Pinkerton, K.E., C.M. Carosino, L.E. Plummer, and A.K. Madl. 2014. Nanoparticles, respiratory-based injury and the role of oxidant stress. Podium presentation within symposium, Assessing the Risks of Engineered Nanomaterials: Lessons From Combustion Nanoparticles at the Society for Risk Analysis Annual Meeting (SRA) in Denver, CO. December 7-10, 2014.

Pinkerton, K.E. and Madl, A.K. 2014. The safety of nanomaterials from a human exposure perspective.  Podium presentation at the 24th Annual International Conference on Soil, Water, Energy, and Air for the Association for Environmental Health and Sciences (AEHS) Foundation in San Diego, CA. March 17-20, 2014.

Pinkerton, K.E., Madl, A.K., Silva, R.M., Anderson, D., Van Winkle, L.S. 2013. Pulmonary effects of nanoparticles. Podium presentation at the 15th International Conference of the Pacific Basin Consortium for Environment and Health, "Environmental Exposure in Indigenous Communities" in Honolulu, HI. September 24-27, 2013.

Sahmel, J., C.A. Barlow, A.M. Burns, P.K. Scott, A.K. Madl, J.L. Henshaw, and D.J. Paustenbach. 2013. Measurement of airborne asbestos fiber settling rates in a simulation study of clothes handling. Session: Exposure Assessment Strategies. Podium presentation at The American Industrial Hygiene Conference & Exposition (AIHce) in Montreal, Quebec, Canada. May 18-23, 2013.

Gaffney, S.H., B. Donovan, D.J. Paustenbach, J. Sahmel, C.A. Barlow, A.K. Madl, J.L. Henshaw, R.J. Lee, and D. Van Orden. 2013. Evaluation of potential para-occupational exposure to chrysotile asbestos during laundering activities through a simulation study. Session: Exposure Assessment Strategies. Podium presentation at The American Industrial Hygiene Conference & Exposition (AIHce) in Montreal, Quebec, Canada. May 18-23, 2013.

Barlow, C.A., J. Sahmel, A.K. Madl, B. Donovan, S. Gaffney, J. Henshaw, R.J. Lee, D. Van Orden, and D.J. Paustenbach. 2012. Evaluation of chrysotile fiber adherence to clothing exposed to known airborne asbestos concentrations before and after handling and shaking out of the clothing. Abstract W4-F.1.  Society for Risk Analysis, 2012 Annual Meeting, December 9-12, 2012. San Francisco, CA.

Sahmel, J., C.A. Barlow, B. Donovan, S. Gaffney, A.K. Madl, J. Henshaw, R.J. Lee, D. Van Orden, and D.J. Paustenbach. 2012. Evaluation of potential take home exposure during laundering activities: A simulation study of airborne chrysotile concentrations associated with handling clothing exposed to known levels of airborne asbestos. Abstract P.115. Society for Risk Analysis, 2012 Annual Meeting, December 9-12, 2012. San Francisco, CA.

Madl, A.K., I.G. Bebenek, M. Kovochich, K. Unice, M. Kreider, and M.M. Abramson.  2012.  Health risk ranking framework for the life cycle of nanomaterial-containing products: Comparison of industrial versus consumer application settings.  Poster presentation at the Annual Meeting of the American College of Toxicology, November 4-7, 2012.  Orlando, FL.

Sahmel, J., C.A. Barlow, B. Donovan, S. Gaffney, A.K. Madl, J. Henshaw, R.J. Lee, D. Van Orden, and D.J. Paustenbach.  2012.  Evaluation of potential take home exposure during laundering activities: A simulation study of airborne chrysotile concentrations associated with handling clothing exposed to known levels of airborne asbestos.  Poster presentation at the Annual International Society of Exposure Science Conference, October 28 - November 1, 2012. Seattle, WA.

Barlow, C.A., J. Sahmel, A.K. Madl, B. Donovan, S.H. Gaffney, J. Henshaw, R.J. Lee, D. Van Orden, and D.J. Paustenbach.  2012. Evaluation of chrysotile fiber adherence to clothing exposed to known airborne asbestos concentrations before and after handling and shaking out of the clothing.  Poster presentation at the Annual International Society of Exposure Science Conference, October 28 - November 1, 2012.  Seattle, WA.

Madl, A.K., K.M. Unice, M.L. Kreider, M. Kovochich, and I.G. Bebenek.  2012.  Health risk ranking framework for the life cycle of nanomaterial-containing products.  Poster presentation at the TechConnect World 2012 - Nanotech, Microtech, Biotech, Cleantech Joint 2012 Conferences, June 18 - 21, 2012.  Santa Clara, CA.

Madl, A.K.  2011.  Nanotoxicology and safety assessment.  Tennessee Valley Section, American Industrial Hygiene Association Local Section Workshop.  October 19, 2011, Knoxville, TN.

Madl, A.K.  2011.  Nanotoxicology and safety assessment: An imperative current view.  HBA Global Exposition and Conference. June 28-30, 2011. New York, NY.

Madl, A.K., K.D. Devlin, D. Hollins, E. Donovan, P. Dopart, and P. Scott.  2011.  Airborne asbestos concentrations associated with replacement of internal valve gaskets and packing. Platform presentation at the American Industrial Hygiene Conference & Exhibition (AIHce). May 14-19, 2011.  Portland, OR.

Perez, A.L., C.L. Chen, J.J. Keenan, W.D. Cyrs, B.L. Donovan, S.E. Serrano, L. Vishneyskaya, and A.K. Madl. 2010.  An analysis of the proposed benefits and risks of nanotechnology-enabled water treatment. Poster presentation at Society of Environmental Toxicology and Chemistry (SETAC) 31st Annual Meeting.  Abstract #WP212. November 7-11. Portland, OR.

Madl, A.K.  2010.  Considering physicochemical characteristics of nanomaterials under a risk assessment paradigm. New York Society of Cosmetic Chemists Spring Seminar,

Nanotechnology — The Good, The Frightful, and The Mysterious. April 21, 2010. West Orange, NJ.

Madl, A.K.  2010.  Considering nanomaterials in the risk assessment paradigm:  The role of nanoparticle physicochemistry.  Rubber Division, American Chemical Society, Spring 177th Technical Meeting.  April 26, 2010.  Akron, OH.

Madl, A.K. 2010.  Risk assessment of nanoparticles: Present challenges and future needs.  Invited platform presentation at the American Industrial Hygiene Association, Yuma Pacific-Southwest Section, 35th Annual Meeting.  January 13-15, 2010.  Irvine, CA.

Madl, A.K. 2009.  Nanomaterials: Health hazards or benefits?  The role of particle physicochemistry.  Platform presentation at the Northern California Chapter, Society of Toxicology. October 8, 2009.  Oakland, California.

Paustenbach, D.J., J.S. Knutsen, D.M Hollins, J.E. Sahmel and A.K. Madl.  2009.  Comparison of modeled and measured concentrations of airborne benzene from the use of petroleum-based solvents spiked with low levels of benzene.  Poster presentation at the 2009 Benzene Symposium on Health Effects and Mechanisms of Bone Marrow Toxicity Implications for t-AML and the Mode of Action Framework.  September 7-11, 2009.  Munich, Germany.

Madl, A.K. and K.E. Pinkerton.  2009.  Health effects of inhaled engineered and incidental nanoparticles.  Platform presentation at The Genetic and Environmental Toxicology Association of Northern California.  June 24, 2009.  Oakland, California.

Madl, A.K.  2009.  Simulation studies to assess historical exposure and health risk.  Platform presentation and session arranger for Roundtable (RT 202): Approaches of Quantitative Exposure Reconstruction: From Biomonitoring to Modeling at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 1-4, 2009.  Toronto, Canada.

Madl, A.K.  2009.  Physicochemical characteristics of nanoparticles that determine toxicity.  Platform presentation and session arranger for Roundtable (RT 228): Engineered Nanomaterials:  Translating Animal Studies to Safety in the Workplace at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 1-4, 2009.  Toronto, Canada.

Madl, A.K., S.V. Teague, T. Guo, Y. Qu and K.E. Pinkerton.  2009.  Novel system for delivering aerosolized nanoparticles in experimental inhalation studies.  Platform presentation for podium session (PO 128): Nanotechnology at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 1-4, 2009.  Toronto, Canada.

Hollins, D., A.K. Madl, D. Paustenbach, and J. Knutsen.  2009.  Evaluation of exposures to airborne asbestos from work on suspected ACMs on maritime shipping vessels (1978-1991).  Platform presentation for podium session (PO 135): Asbestos and Benzene Exposure Assessment at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 1-4, 2009.  Toronto, Canada.

Hollins, D., A.K. Madl, D. Paustenbach, J. Balzer, and K. Unice.  2009.  Bricklayer exposures to airborne asbestos in steel mills (1972-1982): An updated analysis.  Platform presentation for podium session (PO 135): Asbestos and Benzene Exposure Assessment at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 1-4, 2009.  Toronto, Canada.

Gaffney, S., A.K. Madl, D. Paustenbach, and J. Balzer.  2009.  Airborne asbestos concentrations associated with heavy equipment brake removal.  Platform presentation for podium session

(PO 135): Asbestos and Benzene Exposure Assessment at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 1-4, 2009.  Toronto, Canada.

Madl, A.K., K. Durinick, A. Lam, T. Guo, S.V. Teague, Y. Qu and K.E. Pinkerton.  2009.  Pulmonary effects from acute exposure to aerosolized single-walled carbon nanotubes.  Abstract #30. Poster presentation at the University of California Toxic Substances Research & Teaching Program (UC TSR&TP) Conference.  May 1-2, 2009, Berkeley, CA.

Madl, A.K. Teague, S.V., T. Guo, Y. Qu and K.E. Pinkerton. 2009. Aerosolization delivery system of airborne nanoparticles for nose-only inhalation studies.  Abstract #29.  Poster presentation at the University of California Toxic Substances Research & Teaching Program (UC TSR&TP) Conference.  May 1-2, 2009, Berkeley, CA.

Madl, A.K.  2009.  Understanding nanoparticles using a risk assessment paradigm.   Presentation for the Sacramento Local Section, American Industrial Hygiene Association (AIHA).  March 12, 2009, Sacramento, CA.

Madl, A.K.  2009.  Understanding nanoparticles using a risk assessment paradigm.  Webinar for the American Industrial Hygiene Association (AIHA).  January 27, 2009.

Madl, A.K. and Sweet, L.  2009.  Understanding nanoparticles using a risk assessment paradigm. In Webinar:  Nanotechnology: What the Life Sciences Industry Needs to Know About Managing Its Risks. Center for Business Intelligence, October 22, 2008.

Madl, A.K.  2008.  Toxicology of engineered nanoparticles.  25th Annual Utah Conference on Safety & Industrial Hygiene. October 16-17, 2008. Salt Lake City, UT.

Madl, A.K.  2008.  General overview of nanomaterials: What they are, how they are made, and what they are used for.  The Teratology Society Annual Meeting. June 28-July 2, 2008. Monterey, CA.

Madl, A.K.  2008.  Exposure to engineered nanoparticles and building a framework for assessing their health risk. Platform presentation and session arranger for Roundtable (RT 222) at the American Industrial Hygiene Conference & Exhibition (AIHce). May 31-June 5, 2008. Minneapolis, MN.

Knutsen, J.S., D. Murbach, D.J. Paustenbach, A.K. Madl.  2008.  Comparison of modeled and measured concentrations of airborne benzene from the use of petroleum-based solvents spiked with low levels of benzene. Platform presentation for podium session (PO 109) at the American Industrial Hygiene Conference & Exhibition (AIHce). May 31-Jun 5, 2008. Minneapolis, MN.

Gaffney, S.H., M.A. McKinley, A.K. Madl, D. Paustenbach.  2008.  Validation of two different exposure models using the results of a simulation study involving exposure to methanol vapors during the cleaning of semiconductor wafers.  Platform presentation for podium session (PO 109) at the American Industrial Hygiene Conference & Exhibition (AIHce). May 31-Jun 5, 2008. Minneapolis, MN.

Madl, A.K.  2007.  Panel discussion for nanotechnology update for IHs: Toxicology and exposure assessment.  CoPresenters/Panelists B. Kelman, C. Geraci, M. Hoover, V. Castranova. Teleweb online class by the American Industrial Hygiene Association (AIHA).  Jan 31, 2007.

Robinson, K.D., D.J. Paustenbach, A.D. Phelka, and A.K. Madl.  2007.  Factors influencing the development of warnings on regulated and non-regulated consumer products.  Platform

presentation at the International Society of Exposure Analysis (ISEA) Conference.  October 14-18, 2007.  Durham, NC.

Murbach, D.M., E.M. English, J.S. Knutsen, D.J. Paustenbach, and A.K. Madl.  2007.  Reconstruction of airborne benzene exposures associated with the use of commercial products containing solvents.  Poster presentation at the International Society of Exposure Analysis (ISEA) Conference.  October 14-18, 2007.  Durham, NC.

Gaffney, S.H., E.C. Moody, M.A. McKinley, J.S. Knutsen, A.K. Madl, and D.J. Paustenbach.  2007.  Worker exposure to methanol vapors during cleaning of semiconductor wafers in a manufacturing setting:  Results of a simulation study.  Platform presentation at the International Society of Exposure Analysis (ISEA) Conference.  October 14-18, 2007.  Durham, NC.

Jiang, G.C.T., A.K. Madl, D.M. Murbach, K.A. Fehling, B.L. Finley, and D.J. Paustenbach.  2007.  Exposure to chrysotile asbestos associated with handling, unpacking, and repacking boxes of automobile clutch discs.  Platform presentation at the International Society of Exposure Analysis (ISEA) Conference.  October 14-18, 2007.  Durham, NC.

Madl, A.K., K.M. Unice, J.L. Brown, M.E. Kolanz, and M.S. Kent.  2007.  Exposure-response analysis for beryllium sensitization and chronic beryllium disease among workers in a beryllium metal machining plant.  Platform presentation for Professional Development Course (PDC 603) and Roundtable (PO 106) at the American Industrial Hygiene Conference & Exhibition (AIHce).  June 2-7, 2007.  Philadelphia, PA.

Williams, P., J. Knutsen, C. Atkinson, A.K. Madl, and D. Paustenbach.  2006.  Airborne concentrations of benzene associated with the historical use of Liquid Wrench®.  Poster presentation at the International Society of Exposure Analysis (ISEA) and International Society of Environmental Epidemiology (ISEE) Conference.  September 2-6, 2006.  Paris, France.

Williams, P.R.D., J.S. Knutsen, C. Atkinson, A.K. Madl, and D. J. Paustenbach. 2006.  Reconstruction of benzene exposures during the simulated use of a penetrating and derusting agent. Poster presentation at the Society of Toxicology (SOT) Annual Meeting.  March 5–9, 2006.  San Diego, CA.

Murbach, D., P.S. Chapman, A.K. Madl, K.M. Unice, J.L. Brown, D.J. Paustenbach.  2006.  Evaluation of bricklayer exposures to airborne asbestos in steel mills (1972-1981).  Poster presentation at the International Society of Exposure Analysis (ISEA) and International Society of Environmental Epidemiology (ISEE) Conference.  September 2-6, 2006.  Paris, France.

Murbach, D., P.S. Chapman, A.K. Madl, and D.J. Paustenbach.  2006.  Evaluation of background exposures to airborne asbestos on maritime shipping vessels (1972-1992).  Poster presentation at the International Society of Exposure Analysis (ISEA) and International Society of Environmental Epidemiology (ISEE) Conference.  September 2-6, 2006.  Paris, France.

Williams, P.R.D., J.S. Knutsen, C. Atkinson, A.K. Madl, and D. J. Paustenbach. 2006.  Reconstruction of benzene exposures during the simulated use of a penetrating and de-rusting agent. American Industrial Hygiene Conference & Exhibition (AIHce).  May 15-18, 2006. Chicago, Illinois.

Madl, A.K., K.M. Unice, J.L. Brown, M.E. Kolanz, and M.S. Kent.  2006.  Analysis of beryllium exposure among beryllium sensitization and chronic beryllium disease workers in a beryllium metal machining plant:  Implications for an occupational exposure limit.  Poster presentation

at the American Industrial Hygiene Conference & Exhibition (AIHce).  May 14-18, 2006.  Chicago, IL.  Awarded "Best in Session".

Madl, A.K., E.P. Donovan, M.A. Kelsh, and D.J. Paustenbach.  2006.  Assessment of exposure-response patterns for beryllium sensitization and chronic beryllium disease.  Poster presentation at the American Industrial Hygiene Conference & Exhibition (AIHce).  May 14-18, 2006.  Chicago, IL.  Awarded "Best in Session".

Madl, A.K., M.A. Kelsh, and D.J. Paustenbach.  2005.  Exposure and the prevalence of chronic beryllium disease and beryllium sensitization.  Poster presentation at the International Society of Exposure Analysis (ISEA) Annual Meeting.  October 30-November 3, 2005.  Tucson, AZ.

Madl, A.K., K. Clark, and D.J. Paustenbach.  2005.  Airborne benzene exposure of mechanics and gasoline service station attendants.  Poster presentation at the International Society of Exposure Analysis (ISEA) Annual Meeting.  October 30-November 3, 2005. Tucson, AZ.

Paustenbach, D.J., T. Lee, A.K. Madl, K. Clark, and K.A. Fehling.  2004.  Chrysotile asbestos exposure associated with removal of automobile exhaust systems (circa 1950-1974):  Preliminary findings of a simulation study.  Platform presentation at the International Society of Exposure Analysis (ISEA) 14th Annual Conference.  Philadelphia, PA.

Mangold, C., K. Clark, A.K. Madl and D.J. Paustenbach.  2004.  An evaluation of historical exposure to airborne asbestos by bystanders and workers during the installation and removal of gaskets and packing (1982-1991).  Platform presentation at the International Society of Exposure Analysis (ISEA) 14th Annual Conference.  Philadelphia, PA.

Paustenbach, D.J., K. Clark, A.K. Madl, and C. Mangold.  2004.  Occupational exposure to airborne asbestos during installation and removal of asbestos-containing gaskets and packings:  A review and interpretation of published and unpublished studies.  Poster presentation at the International Society of Exposure Analysis (ISEA) 14th Annual Conference.  Philadelphia, PA.

Madl, A.K.  2002.  Estimating airborne concentrations of benzene due to diesel locomotive exhaust in a roundhouse. Society of Risk Analysis (SRA).  December 10, 2002.  New Orleans, Louisiana.

Madl, A.K., M.A. Kelsh, and D.J. Paustenbach.  2002.  Studies of beryllium-exposed workers:  Understanding the prevalence of chronic beryllium disease and beryllium sensitization.  Conference of the International Society of Exposure Analysis (ISEA) and Environmental Epidemiology (ISEE).  August 11-15, 2002.  Vancouver, B.C. Canada.

Kent, M., T. Robins, A.K. Madl, M. Goodman, and D.J. Paustenbach.  2000.  Alveolar-deposited airborne particles of beryllium as a predictor of the prevalence of disease in a beryllium processing facility.  Poster presentation at the American Industrial Hygiene Conference and Exposition (AIHce).  May 20-25, 2000.  Orlando, FL.

Bernhardt, T.C., A.K. Madl, K.A. Exuzides, and P.J. Sheehan.  1999.  Chemical fingerprinting for litigation support—A case study of effective environmental forensics.  Poster presentation at the Annual Meeting of the Society for Risk Analysis (SRA).  December 5-8, 1999.  Atlanta, GA.

Madl, A.K., R.M. Kalmes, and D.J. Paustenbach.  1999.  Community one-hour inhalation exposure limits for chemical irritants among five agencies in the United States.  Presented at the American Industrial Hygiene Conference and Exposition (AIHce).  June 7–9, 1999.  Toronto, Canada.

Madl, A.K., D.W. Wilson, and K.E. Pinkerton.  1996.  Components of particle clearance determined by using different colored fluorescent microspheres.  Presented at the Sixth International Conference of Fibrous and Non-Fibrous Particles.  Lake Placid, NY.

Ramsey, A.K. and G.J. Kost.  1992.  Glutathione peroxidase levels in the juvenile and adult rabbit heart before and during ischemia.  Presented at the California Affiliate, American Heart Association, Cardiovascular Young Investigator Conference.  Asilimar, CA.

## Professional and Academic Lectures and Courses

Madl, A.K.  Setting standards and basics of risk assessment. University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  March 6, 2024.

Madl, A.K.  Setting standards and basics of risk assessment. University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  March 4, 2022.

Madl, A.K.  Setting standards and basics of risk assessment. University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  February 22, 2020.

Madl, A.K.  Setting standards and basics of risk assessment. University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  February 26, 2018.

Madl, A.K.  Setting standards and basics of risk assessment. University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  March 11, 2016.

Madl, A.K.  Setting standards and basics of risk assessment. University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  March 14, 2014.

Madl, A.K.  Understanding the science of nanotechnology:  Implications of toxicology, exposure, and risks.  University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  March 12, 2014.

Madl, A.K.  Setting standards.  University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  March 16, 2012.

Madl, A.K.  2011.  The derivation of occupational exposure limits. Professional Development Course (PDC 115) for the American Industrial Hygiene Conference & Exhibition (AIHce).  May 14, 2011. Portland, OR.

Madl, A.K.  2010.  The FUN of Aerosols: Fine, ultrafine, and nano particles in workplace atmospheres.  Professional Development Course (PDC 429) for the American Industrial Hygiene Conference & Exhibition (AIHce).  May 22-27, 2010.  Denver, CO.

Madl, A.K.  2010.  The derivation of occupational exposure limits. Professional Development Course (PDC 116) for the American Industrial Hygiene Conference & Exhibition (AIHce).  May 22-27, 2010.  Denver, CO.

Madl, A.K.  Occupational toxicology.  University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  May 9, 2007 and February 17, 2010.

Madl, A.K.  Setting standards.  University of California, Davis, School of Veterinary Medicine, Department of Molecular Biosciences Course 254 – Toxicology of the Respiratory System. Instructor, K.E. Pinkerton.  June 1, 2007 and March 12, 2010.

Madl, A.K.  2002.  Dose reconstruction based on two railroad industry simulation studies. Workshop on Dose Reconstruction in the Occupational Setting. 17th Annual Professional Conference on Industrial Hygiene (PCIH).  American Industrial Hygiene Association (AIHA), Academy of Industrial Hygiene.  September 28- October 1, 2002.  Cincinnati, Ohio.

Paustenbach, D.J., J. Tsuji, Y. Lowney, and A.K. Madl.  2002.  Assessing children's health and exposure: A case involving chromated copper arsenate treated wood. Workshop on Recent Improvements in the Practice of Risk Assessment as Illustrated through Case Studies. 18th Annual International Conference on Contaminated Soils, Sediments, and Water.  October 22, 2002.  Amherst, Massachusetts.

Paustenbach, D.J., B.L. Finley, and A.K. Madl.  2002.  Quantitating dose and risk: A case involving chromium in groundwater.  Workshop on Recent Improvements in the Practice of Risk Assessment as Illustrated through Case Studies. 18th Annual International Conference on Contaminated Soils, Sediments, and Water.  October 22, 2002.  Amherst, Massachusetts.

Finley, B.L., A.K. Madl, T. Widner, and P. Sheehan.  2000.  Applications of quantitative exposure in evaluating historical exposures.  Workshop at the 10th Annual Conference of International Society of Exposure Analysis (ISEA), Exposure Analysis in the 21st Century: Integrating Science, Policy, and Quality of Life.  October 24-27, 2000.  Monterey, CA

## Grants

T23IR4957 – Kent E. Pinkerton, Ph.D. and Tran Nguyen, Ph.D. (Principal Investigators)

*Tobacco Related-Disease Research Program (2022 – 2025)*

*Role:  Co-Investigator*

*Chemistry-Derived Toxicity of E-Cigarette Aerosols*

The purpose of this research is to investigate how vaping nicotine or nicotine salts and certain flavor additives at different device operation conditions (coil type, temperature, puffing) can impact respiratory health through their impact on the aerosol emissions. Short-term and longer-term exposure in cell culture and in mice to e-cigarette aerosols will be evaluated for inflammation, oxidative stress, and changes in cell/tissue function, which in turn will be linked to chemical composition of the e-cigarette aerosols. Human health risk assessment methods will be applied to understand how the findings from the chemistry, cell culture models, and mouse inhalation studies apply to human health and disease. Funding: $1,157,292

271R-0049 – Kent E. Pinkerton, Ph.D. (Principal Investigator)

*Tobacco Related-Disease Research Program; April 1, 2018 – March 31, 2022*

*Role:  Co-Investigator*

*E-cigarette Vaping, Chemical Composition and Lung Toxicity*

The purpose of this research is to characterize the chemical profile of e-cigarette "smoke" (defined here as a mixture of vapor and aerosol particles) and the implications for respiratory health effects. This research will assess how e-cigarette device and e-liquid (liquid used in e-cigarette devices) parameters influence e-cigarette smoke chemistry, specifically the production of hazardous thermal degradation products and particle size distribution.  Inhalation toxicology studies will evaluate how differences in e-cigarette vapor/aerosol characteristics

under varying e-cigarette device and e-liquid parameters influence effects in the respiratory tract. Funding: $910,493

1U01ES020127-01/5U01ES020127-02 – Kent E. Pinkerton, Ph.D. (Principal Investigator)

*NIEHS; Sept 27, 2010 – April 30, 2016*

*Role:  Co-Investigator*

*Engineered Nanomaterials:  Linking Physical and Chemical Properties to Biology*

The goal of this project is to research the health effects of engineered carbon-based nanomaterials, single- and multi-walled carbon nanotubes, and the mechanisms by which nanomaterial physicochemistry influences regional and local cellular injury, particle fate and transport, and expression of markers of oxidative stress in the lungs and extrapulmonary organs. Funding: $2,455,168

3RC1ES018232-01S1 – Kent E. Pinkerton, Ph.D. (Principal Investigator)

*NIEHS; Sept 25, 2009 – June 30, 2011*

*Role:  Co-Investigator*

*Novel Approaches to Evaluate Carbon Nanotube Health Impacts*

The goal of this project is to develop and utilize a novel inhalation delivery system to evaluate the respiratory effects of inhaled single-walled carbon nanotubes and investigate the role nanomaterial physicochemistry has in influencing regional and local cellular injury, biochemical homeostasis and cellular remodeling in the lungs. Funding:  $49,252

UCTSR&TP – Amy K. Madl (Principal Investigator)

*Role:  Principal Investigator; July 1, 2008 – June 30, 2010*

*Pulmonary and Extrapulmonary Health Effects of Inhaled Single-Walled Carbon Nanotubes:  Role of Particle Physicochemistry, Transport, Induced Oxidative Stress*

This research is focused on the health effects of single-walled carbon nanotubes delivered via inhalation and the influence of nanomaterial characteristics, such as presence of residual metal catalysts, as well as the particle structure, morphology, and surface reactivity on the fate and transport and biological responses in pulmonary and extrapulmonary organs.  Student Fellowship from the University of California Toxic Substances Research & Teaching Program to the University of California, Davis led by Amy K. Madl (Principal Investigator) and Kent E. Pinkerton, Ph.D. (Advisor). Funding: $57,822.96

**Deposition/Court Testimony of Amy Madl**
**As of May 10, 2024**

| | | |
|---|---|---|
| 13-May-21 | Darryll Taylor-Fifield v. Flint Group North America Corporation (deposition) | Northern District of Georgia, Newnan Division |
| 1-Jun-21 | James Mitchell, Individually, and as Personal Representative of the Estate of Robert William Mitchell, vs. John Crane Inc., et al. (trial) | Cleveland, OH |
| 27-Jul-21 | Edward Richards and Linda Richards vs. 3M Company, et al. (deposition) | Alameda County, CA |
| 30-Nov-21 | Edward Richards and Linda Richards vs. 3M Company, et al. (trial) | Alameda County, CA |
| 6-Dec-21 | Juul Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation (deposition) | Northern District of California (San Francisco Division) |
| 7-Jan-22 | Frasier McIntosh and Theresa McIntosh vs. Agco Corporation, et al. (deposition) | County of Los Angeles, CA |
| 24-Aug-22 | Andrew Sommer and Christine Sommer vs. A.O. Smith Corporation, et al. (deposition) | Woodbury County, IA |
| 17-Nov-22 | John F. Davis and Leisa Davis, Husband and wife, vs. Genuine Parts Company, et al. (deposition) | Berrien County, GA |
| 13-Jan-23 | Mark Gaborko, individually and as successor in interest to William Gaborko, deceased; and Mark Gaborko, an individual; Lora Rogers, an individual; and Cheryl Valencia, an individual, as legal heirs of William Gaborko, deceased, vs. 3M Company et al. (deposition) | Los Angeles, CA |
| 3-Apr-23 | Mark Gaborko, individually and as successor in interest to William Gaborko, deceased; and Mark Gaborko, an individual; Lora Rogers, an individual; and Cheryl Valencia, an individual, as legal heirs of William Gaborko, deceased, vs. 3M Company et al. (trial) | Los Angeles, CA |
| 17-May-23 | Cathie O. Martin and Melvin M. Martin vs. Avon Products, Inc., et al. (deposition) | Alameda County, CA |
| 1-Dec-23 | Dorothy J. Jackson vs. A.W. Chesterton Company, et al. (deposition) | Cook County, IL |
| 11-Jan-24 | David Weidner vs. A.W. Chesterton Company, et al. (deposition) | Cook County, IL |
| 8-Apr-24 | Certain Vaporizer Devices, Cartridges Used Therewith, and Components Thereof (deposition) | Washington, DC |
| 10-May-24 | Karol A. Matthews vs. Avon Products, Inc., et al. | Alameda County, CA |

1

**27**

# EXHIBIT  B

**EXHIBIT B**

**REFERENCES**

Adami, H.O., C.L. Berry, C.B. Breckenridge, L.L. Smith, J.A. Swenberg, D. Trichopoulos, N.S. Weiss, and T.P. Pastoor. 2011. Toxicology and epidemiology: Improving the science with a framework for combining toxicological and epidemiological evidence to establish causal inference. Toxicol Sci 122(2):223-234.

ACGIH. 1985. Particle size-selective sampling in the workplace. Report of the American Conference of Governmental Industrial Hygienists (ACGIH) Technical Committee on Air Sampling Procedures. Cincinnati, OH. ISBN 0-936712-57-0.

Bellmann, B., H. Muhle, O. Creutzenberg, C. Dasenbrock, R. Kilpper, J.C. MacKenzie, P. Morrow, R. Mermelstein. 1991. Lung clearance and retention of toner, utilizing a tracer technique, during chronic inhalation exposure in rats. Fund Appl Toxicol 17:300–313.

Berry G. 1999. Models for mesothelioma incidence following exposure to fibers in terms of timing and duration of exposure and the biopersistence of the fibers. Inhal Toxicol. 11(2):111–130.

Bevan, R.J., R. Kreiling, L.S. Levy, D.B. Warheit. 2018. Toxicity testing of poorly soluble particles, lung overload and lung cancer. Reg Toxicol Phamacol 100:80-91.

Boffetta, P., V. Gaborieau, L. Nadon, M.E. Parent, E. Weiderpass, and J. Siemiatycki. 2001. Scand J Work Environ Health 27(4) :227-232.

Boffetta, P., A. Soutar, J.W. Cherrie, F. Granath, A. Andersen, A. Anttila, M. Blettner, V. Gaborieau, S.J. Klug, S. Langard, D. Luce, F. Merletti, B. Miller, D. Mirabelli, E. Pukkala, H.O. Adami, and E. Weiderpass. 2004. Mortality among workers employed in the titanium dioxide production industry in Europe. Cancer Cases Control 15:697-706.

Brown, J.S., T. Gordon, O. Price, and B. Asgharian. 2013. Thoracic and respirable particle definitions for human health risk assessment. Part Fibre Toxicol 10:1-12.

Canu, I.G., A. Gaillen-Guedy, P. Wild, K. Straif, and D. Luce. 2020. Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights. Occup Environ Med 77:795-797.

Canu, I.G., A. Gaillen-Guedy, A. Antilla, S. Charles, S. Fraize-Frontier, D. Luce, D.M. McElvenny, F. Merletti, C. Michel, E. Pukkala, M.K. Schubauer-Berigan, K. Straif, P. Wild, and D.B. Richardson. 2022. Lung cancer mortality in the European cohort of titanium dioxide workers: a reanalysis of the exposure-response relationship. Occup Environ Med 79:637-640.

CEN. 1993. Workplace atmospheres-size fraction definitions for measurement of airborne particles. Report No. BS EN 481. London, England: European Committee for Standardization (CEN), British Standards Institute. ISBN 0-580-221407.

Chen, J.L. and W.E. Fayerweather. 1988. Epidemiologic study of workers exposed to titanium dioxide. JOEM 30(12):937-942.

Cullen, R.T., C.L. Tran, D. Buchanan, J.M.G. Davis, A. Searl, and A.D. Jones. 2000. Inhal Toxicol 12:1089-1111.

Driscoll, K.E. and P.J.A. Borm. 2020. Expert workshop on the hazards and risks of poorly soluble low toxicity particles. Inhal Toxicol 23(2): 53-62.

Driscoll, K.E. 2022. Review of lung particle overload, rat lung cancer, and the conclusions of the Edinburgh Expert Panel – It's time to revisit cancer hazard classifications for titanium dioxide and carbon black. Frontiers Public Health 10(907318):1-6.

ECETOC. 2013. European Centre for Ecotoxicology and Toxicology of Chemicals. Poorly Soluble Particles/Lung Overload. Technical Report No. 122.

ECHA RAC. 2017. Committee for Risk Assessment (RAC). Opinion proposing harmonized classification and labelling at EU level of Titanium Dioxide. CLH-O-0000001412-86-163/F, September 14, 2017, European Chemicals Agency (ECHA), Helsinki, Finland.

Ellis, E.D., J. Watkins, W. Tankersley, J. Phillips, and D. Girardi. 2010. Mortality among titanium dioxide workers at three DuPont plants. JOEM 52(3):303-309.

Ellis, E.D., J.P. Watkins, W.G. Tankersley, J.A. Phillips, and D.J. Girardi. 2013. Occupational exposure and mortality among workers at three titanium dioxide plants. Am J Ind Med 56:282-291.

EPA. 1997. National ambient air quality standards for particulate matter, final rule. U.S. Environmental Protection Agency (EPA). Fed Reg 62(July 18):38652-38752.

Fyzek, J.P., B. Chadda, D. Marano, K. White, S. Schweitzer, J.K. McLaughlin, and W.J. Blot. 2003. A cohort mortality study among titanium dioxide manufacturing workers in the United States. J Occup Environ Med 45:400-409.

General Court. 2022. Judgment of the General Court (Ninth Chamber, Extended Composition) regarding the Environment and protection of human health – Regulation (EC) No 1272/2008 – Classification, labelling and packaging of substances and mixtures – Delegated Regulation (EU) 2020/2017 – Classification of titanium dioxide in powder form containing 1% or more of particles of a diameter equal or below 10 μm. November 23, 2022.

Greim, H., P. Borm, R. Schins, K. Donaldson, K. Driscoll, A. Hartwig, E. Kuempel, G. Oberdörster, G. Speit. 2001. Toxicity of fibers and particles. Report of the workshop held in Munich, Germany, 26-27 October 2000. Inhal Toxicol 13(9):737-754.

Heinrich, U., R. Fuhst, S. Rittinghausen, O. Creutzenberg, B. Bellmann, W. Koch, and K. Levsen. 1995. Chronic inhalation exposure of Wistar rats and two different strains of mice to diesel engine exhaust, carbon black, and titanium dioxide. Inhal Toxicol 7:533-556.

IARC. 2010. Titanium dioxide. International Agency for Research on Cancer (IARC) Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol 93, Carbon black, titanium dioxide, and talc, pg 193-276, World Health Organization (WHO), Lyon, France.

IOM. 2008. Improving the presumptive disability decision-making process for veterans. Institute of Medicine (IOM). The National Academies Press, Washington, DC.

Le, H.Q., J.A. Tomenson, D.B. Warheit, J.P. Fryzek, A.P. Golden, E.D. Ellis. 2018. A review and meta-analysis of occupational titanium dioxide exposure and lung cancer mortality. J Occup Environ Med 60(7):e356-e367.

Lee, K.P., H.J. Trochimowicz, and C.F. Reinhardt. 1985a. Pulmonary response of rats exposed to titanium dioxide ($TiO_2$) by inhalation for two years. Toxicol Appl Pharmacol 79:179-192.

Lee, K.P., H.J. Trochimowicz, and C.F. Reinhardt. 1985b. Transmigration of titanium dioxide ($TiO_2$) particles in rats after inhalation exposure. Exp Mol Pathol 42:331-343.

Lee, K.P., N.W. Henry III, H.J. Trochimowicz, and C.F. Reinhardt. 1986. Pulmonary response to impaired lung clearance in rats following excessive $TiO_2$ dust deposition. Environ Res 41:144-167.

Madl AK, Sun RM, Silva T, Kadir, Pinkerton KE. 2018. Particle toxicities. Chapter 15. In: Charlene A. McQueen, editor. Comprehensive Toxicology. 3rd Edition. Oxford: Elsevier. p. 263–301.

Mauderly, J.L., R.K. Jones, W.C. Griffith, R.F. Henderson, and R.O. McClellan. 1987. Diesel exhaust is a pulmonary carcinogen in rats exposed chronically by inhalation. Fund Appl Toxicol 9:208-221.

Mauderly, J.L., D.A. Banas, W.C. Griffith, F.F Hahn, R.F. Henderson, R.O. McClellan. 1996. Diesel exhaust is not a pulmonary carcinogen in CD-1 mice exposed under conditions carcinogenic to F344 rats. Fund Appl Toxicol 30:233-242.

Morfeld, P., J. Bruch, L. Levy, Y. Ngiewih, I. Chaudhuri, H. Muranko, R. Myerson, and R. McCunney. 2015. Tranlational toxicology in setting occupational exposure limits for dusts and hazard classification – a critical evaluation of a recent approach to translate dust overload findings from rats to humans. Part Fibre Toxicol 12(3):1-34.

Morrow, P.E. 1988. Possible mechanisms to explain dust overloading of the lungs. Fund Appl Toxicol 10:369-384.

Morrow, P.E. 1992. Dust overloading of the lungs: Update and appraisal. Toxicol Appl Pharma 113:1-12.

Muhle, H., R. Mermelstein, C. Dasenbrock, S. Takenaka, U. Mohr, R. Kilpper, J. MacKenzie, and P. Morrow. 1989. Lung response to test toner upon 2-year inhalation exposure in rats. Exp. Pathol. 37:239-242.

Muhle, H., O. Creutzenberg, B. Bellmann, U. Heinrich, and R. Mermelstein. 1990. Dust overloading of lungs: Investigations of various materials, species differences, and irreversibility of effects. J Aerosol Med 3(Suppl 1): S-111-128.

Muhle, H., B. Bellmann, O. Creutzenberg, C. Dasenbrock, H. Ernst, R. Kilpper, J.C. MacKenzie, P. Morrow, U. Mohr, S. Takenaka, R. Mermelstein. 1991. Pulmonary response to toner upon chronic inhalation exposure in rats. Fund Appl Toxicol 17:280–299.

Muhle, H., B. Bellmann, and O. Creutzenberg. 1994. Toxicokinetics of solid particles in chronic rat studies using diesel soot, carbon black, toner, titanium dioxide, and quartz. In: Dungworth D.L., J.L. Mauderly, G. Oberdörster, eds. Toxic and carcinogenic effects of solid particles in the respiratory tract. ILSI Monographs. Washington, DC: International Life Sciences Institute/ILSI Press, pp. 29–41.

Muhle, H., B. Kittel, H. Ernest, U. Mohr, and R. Mermelstein. 1995. Neoplastic lung lesions in rat after chronic exposure to crystalline silica. Scand J Work Environ Health 21(Suppl 2):27-29.

Muhle, H., B. Bellmann, O. Creutzenberg, W. Koch, C. Dasenbrock, H. Ernst, and U. Mohr. 1998. Pulmonary response to toner, TiO2, and crystalline silica upon chronic inhalation exposure in Syrian golden hamsters. Inhalation Toxicol 10:699-729.

NRC. 1983. Risk assessment in the federal government. Managing the process. National Research Council (NRC). National Academy Press, Washington, DC.

NRC. 1994. Science and judgment in risk assessment. National Research Council (NRC). National Academy Press, Washington, DC.

Nikula, K.J., K.J. Avila, W.C. Griffith, and J.L. Mauderly. 1997. Lung tissue responses and sites of particle retention differ between rats and cynomolgus monkeys exposed chronically to diesel exhaust and coal dust. Fund Appl Toxicol 37(1):37-53.

Nikula, K.J. V. Vallyathan, F.H. Green, and F.F. Hahn. 2001. Influence of exposure concentrations or dose on the distribution of particular material in rat and human lungs. Environ Health Perspect 109:311-318.

Oberdörster, G. 1995. Lung particle overload: Implications for occupational exposures to particles. Reg Toxicol Pharmacol 27:123-135.

OEHHA. 2011. Titanium dioxide (airborne, unbound particles of respirable size). https://oehha.ca.gov/proposition-65/chemicals/titanium-dioxide-airborne-unbound-particles-respirable-size

Pauluhn, J. 2014. Derivation of occupational exposure levels (OELs) of low-toxicity isometric biopersistent particles: How can the kinetic lung overload paradigm be used to improve inhalation toxicity study design and OEL-derivation? Part Fibre Toxicol 11(72):1-14.

Ramanakumar, A.V., M.E. Parent, B. Latreille, and J. Siemiatycki. 2008. Risk of lung cancer following exposure to carbon black, titanium dioxide and talc : Results from two case-control studies in Montreal. Int J Cancer 122:183-189.

Siemiatycki, J., L. Nadon, R. Lakhani, D. Begin, and M. Gerin. 1991. Exposure assessment. In: Siemiatycki, J., editor. Risk factors for cancer in the workplace. Boca Raton: CRC Press. Chapter 4:29-44.

Solleveld, H.A., J.K. Haseman, and E.E. McConnell. 1984. Natural history of body weight gain, survival and neoplasms in the F-344 rat JNCI 72:929-940.

Steiling, W., J.F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G. Pappa, K. Rettinger, H. Rothe, and A.M. Bowden. 2018. Principles for the safety evaluation of cosmetic powders. Toxicol Lett 297:8-18.

Tomenson, J.A., 2021. Letter commentary on: Lung cancer mortality in the French cohort of titanium dioxide workers: some aetiological insights. *Occupational and Environmental Medicine*.

Thompson, C.M., M. Suh, L. Mittal, D.S. Wikoff, B. Welsh, and D.M. Proctor. 2016. Development of linear and threshold no significant risk levels for inhalation exposure to titanium dioxide using systematic review and mode of action considerations. Reg Toxicol Pharmacol 80:60-70.

Uragoda, C.G. and R.M.M. Pinto. 1972. An investigation into the health of workers in an ilmenite extracting plant. Med J Aust 59:167-169.

Warheit, D.B., and S.R. Frame. 2006. Characterization and reclassification of titanium dioxide-related pulmonary lesions. J Occup Environ Med 48:1308-1313.

Warheit, D.B., R. Kreiling, and L.S. Levy. 2016. Relevance of the rat tumor response to particle overload for human risk assessment – Update and interpretation of new data sine ILSI 2000. Toxicol 374:42-59.