1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LAURA J. ZUCKERMAN, State Bar No. 161896
   Supervising Deputy Attorney General
3  MEGAN K. HEY, State Bar No. 232345
   RAFAEL J. HURTADO, State Bar No. 292694
4  Deputy Attorneys General
     300 South Spring Street
5    Los Angeles, CA 90013
     Telephone: (213) 269-3344
6    Fax:  (916) 731-2128
     E-mail:  Megan.Hey@doj.ca.gov
7  *Attorneys for Rob Bonta, in his Official Capacity as
   Attorney General of the State of California*
8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **THE PERSONAL CARE PRODUCTS COUNCIL,** | 2:23-CV-01006-TLN-JDP |
| Plaintiff, | |
| v. | **DECLARATION OF MEGAN K. HEY IN SUPPORT OF ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO THE PERSONAL CARE PRODUCTS COUNCIL'S MOTION FOR SUMMARY JUDGMENT** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California,** | |
| Defendant. | Date:       11/14/2024<br>Time:       2:00 p.m.<br>Dept:        Courtroom 2<br>Judge:      Hon. Troy L. Nunley<br>Trial Date: None Set<br>Action Filed: 5/26/2023 |

**DECLARATION OF MEGAN K. HEY**

I, Megan K. Hey, declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice, Attorney General's Office. I am a member of the State Bar of California and am admitted to practice in the Eastern District of California. I am counsel of record for the Attorney General Rob Bonta in this matter. I have personal knowledge of the matters set forth herein. If called and sworn as a witness, I could and would testify competently thereto. The exhibits described below are true and correct copies except for the addition of pagination pursuant to Judge Nunley's standing order.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt from the International Agency for Research on Cancer's Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 93 (2010), available at https://publications.iarc.fr/Book-And-Report-Series/Iarc-Monographs-On-The-Identification-Of-Carcinogenic-Hazards-To-Humans/Carbon-Black-Titanium-Dioxide-And-Talc-2010 [last visited September 22, 2024].

3. Attached hereto as Exhibit B is a true and correct copy of the study by Lee KP, Trochimowicz HJ, and Reinhardt CF (1985a), titled *Pulmonary response of rats exposed to titanium dioxide (TiO2) by inhalation for two years*, that appeared in *Toxicol Appl Pharmacol*, 79:179–192.

4. Attached hereto as Exhibit C is a true and correct copy of the study by Heinrich U, Fuhst R, and Rittinghausen R, et al. (1995), titled *Chronic inhalation exposure of Wistar rats and two different strains of mice to diesel engine exhaust, carbon black, and titanium dioxide*, that appeared in *Inhal Toxicol*, 7:533–556.

5. Attached hereto as Exhibit D is a true and correct copy of an English translation of a press release available online from the French government Ministère de la Transition écologique et de la Cohésion des territoires, et al., titled (in French) *La France continue de défendre la classification du dioxyde de titane comme cancérogène suspecté au niveau européen* (in English: *France continues to defend the classification of titanium dioxide as a suspected carcinogen at the European level*") (Feb. 13, 2023), available at https://www.ecologie.gouv.fr/presse/france-

1

continue-defendre-classification-du-dioxyde-titane-cancerogene-suspecte-niveau [last visited on September 22, 2024].

6. Attached hereto as Exhibit E is a true and correct copy of an excerpt from the International Agency for Research on Cancer's Monographs on Tumour Site Concordance and Mechanisms of Carcinogenesis, Vol. 165, available at https://publications.iarc.fr/578 [last visited on September 22, 2024].

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of a bulletin by the National Institute for Occupational Safety and Health (NIOSH), Nat'l Inst. of Health, Occupational Exposure to Titanium Dioxide, Current Intel. Bulletin 63 (April 2011), available at https://www.cdc.gov/niosh/docs/2011-160/pdfs/2011-160.pdf?id=10.26616/NIOSHPUB2011160 [last visited on September 22, 2024].

8. Attached hereto as Exhibit G is a true and correct copy of Japan National Institute of Technology and Evaluation, *Titanium Dioxide* (2017), available at https://www.chem-info.nite.go.jp/chem/english/ghs/m-nite-13463-67-7e.html [last visited September 22, 2024].

9. Attached hereto as Exhibit H is a true and correct copy of Canadian Center for Occupational Health and Safety, *Titanium Dioxide* (June 13, 2023), available at https://www.ccohs.ca/oshanswers/chemicals/chem_profiles/titanium_dioxide.html#section-4-hdr [last visited September 22, 2024].

10. Attached hereto as Exhibit I is a true and correct copy of a fact sheet published online by OEHHA, titled *Titanium Dioxide* (*Airborne Unbound Particles of Respirable Size*) (Nov. 2018), available at https://www.p65warnings.ca.gov/sites/default/files/downloads/factsheets/titanium_dioxide_fact_sheet.pdf [last visited September 22, 2024].

11. Attached hereto as Exhibit J is a true and correct copy of selected excerpts of the certified signed transcript of Dr. Charles W. Jameson's deposition held on August 9, 2024, in this matter.

12. Attached hereto as Exhibit K is a true and correct copy of selected excerpts of the certified signed transcript of Dr. Amy Madl's deposition held on August 7, 2024, in this matter.

2

Hey Decl. ISO Attorney General's Opposition to Motion for Summary Judgment (Case No. 2:23-CV-01006-TLN-JDP)

13. Attached hereto as <u>Exhibit L</u> is a true and correct copy of selected excerpts of the certified signed transcript of Dr. Paolo Boffetta's deposition held on July 30, 2024, in this matter.

14. Attached hereto as <u>Exhibit M</u> is a true and correct copy of selected excerpts of the certified signed transcript of Dr. Stephen Nowlis's deposition held on August 7, 2024, in this matter.

15. Attached hereto as <u>Exhibit N</u> are true and correct copies of information about California's population as of 2024 from the Public Policy Institute of California, available at https://www.ppic.org/blog/californias-lgbt-population/#:~:text=California%E2%80%99s%20LGBTQ%2B%20community%20includes%20a%20broad%20range%20of,as%20gay%20or%20lesbian%2C%20and%206%25%20as%20transgender and https://www.ppic.org/publication/californias-population/ [last visited September 23, 2024].

16. Attached here as <u>Exhibit O</u> are true and correct copies of safety data sheets for titanium dioxide powder available for purchase from, respectively, Fisher Scientific and Spectrum Chemical Mfg. Corp, both retailers of laboratory supplies and equipment including chemicals. The Fisher Scientific safety data sheet is titled *Titanium Dioxide Powder*, Safety Data Sheet (last updated March 19, 2015), and is available at https://tinyurl.com/2p9xc6vx [last visited September 24, 2024]. The Spectrum Chemical Mfg. Corp. safety sheet is titled *Titanium Dioxide USP*, Safety Data Sheet (May 17, 2022), and is available at: https://tinyurl.com/4hjsac7t [last visited September 24, 2024].

17. The Office of Environmental Health Hazard Assessment has initiated a rulemaking to create a "No Significant Risk Level" for Listed Titanium Dioxide. *See* https://oehha.ca.gov/proposition-65/crnr/proposed-rulemaking-title-27-california-code-regulations-section-25705-no.pdf [last visited September 24, 2024].

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of September 2024, in Los Angeles, California.

                    /s/ Megan K. Hey
                    Megan K. Hey

3

Hey Decl. ISO Attorney General's Opposition to Motion for Summary Judgment (Case No. 2:23-CV-01006-TLN-JDP)