# Exhibit B

TOXICOLOGY AND APPLIED PHARMACOLOGY **79**, 179–192 (1985)

# Pulmonary Response of Rats Exposed to Titanium Dioxide (TiO$_2$) by Inhalation for Two Years

K. P. LEE, H. J. TROCHIMOWICZ, AND C. F. REINHARDT

*Central Research & Development Department, E. I. duPont de Nemours & Company, Inc., Haskell Laboratory for Toxicology & Industrial Medicine, P.O. Box 50, Elkton Road, Newark, Delaware 19714*

*Received October 31, 1984; accepted January 22, 1985*

Pulmonary Response of Rats Exposed to Titanium Dioxide (TiO$_2$) by Inhalation for Two Years. LEE, K. P., TROCHIMOWICZ, H. J., AND REINHARDT, C. F. (1985). *Toxicol. Appl. Pharmacol.* **79**, 179–192. Rats were exposed to TiO$_2$ by inhalation exposure to concentrations of 0, 10, 50, and 250 mg/m$^3$ for 6 hr/day, 5 days/week for 2 years. There were no abnormal clinical signs, body weight changes, or excess mortality in any exposed group. Exposed groups showed slight increases in the incidence of pneumonia, tracheitis, and rhinitis with squamous metaplasia in the anterior nasal cavity. The pulmonary response at 10 mg/m$^3$ satisfied the biological criteria for a "nuisance dust." The lung reaction was characterized by dust-laden macrophage (dust cell) infiltration in the alveolar ducts and adjoining alveoli with hyperplasia of Type II pneumocytes. Rats at 50 and 250 mg/m$^3$ exposure concentrations revealed a dose-dependent dust cell accumulation, a foamy macrophage response, Type II pneumocyte hyperplasia, alveolar proteinosis, alveolar bronchiolarization, cholesterol granulomas, focal pleurisy, and dust deposition in the tracheobronchial lymph nodes. Minute collagenized fibrosis occurred in the alveolar walls enclosing large dust cell aggregates. The pulmonary lesions with massive dust accumulation appeared to be the result of an overwhelmed lung clearance mechanism at 250 mg/m$^3$ exposure. Bronchioloalveolar adenomas and cystic keratinizing squamous cell carcinomas occurred at 250 mg/m$^3$ exposure, while no compound-related lung tumors were found in rats exposed to either 10 or 50 mg/m$^3$. In addition to excessive dust loading in the lungs of rats exposed chronically at 250 mg/m$^3$, the lung tumors were different from common human lung cancers in terms of tumor type, anatomic location, tumorigenesis, and were devoid of tumor metastasis. Therefore, the biological relevance of these lung tumors and other pulmonary lesions for man is negligible. © 1985 Academic Press, Inc.

Titanium is one of the most abundant elements in the earth and forms about 46 different minerals by combining with other elements. It is most commonly found with the iron-forming mineral ilmenite (FeTiO$_3$) or in three different crystal lattices (rutile, anatase, or brookite). Its primary use is in the manufacture of white TiO$_2$ pigment. Additionally, small amounts of titanium are converted into titanium metal that is used in aircraft manufacture, desalination tubing, and condensers for heat exchangers. Anatase and rutile pigments have been produced commercially, and industrial use of titanium

dioxide (TiO$_2$) has increased markedly in recent years. White lead and zinc white have been replaced by TiO$_2$ pigment because of its low toxicity and high refractive index. Rutile is used for welding-rod-coating materials, as ceramic colorants, or as sources of titanium metal. Anatase TiO$_2$ is also used for welding-rod coatings, acid-resistant vitreous enamels, exterior white house paints, acetate rayon, white interior air-dry and baked enamels, and many other applications (Patty, 1981).

TiO$_2$ dust has generally been regarded as a "nuisance" dust in experimental animals

0041-008X/85 $3.00
Copyright © 1985 by Academic Press, Inc.
All rights of reproduction in any form reserved.

180                                    LEE, TROCHIMOWICZ, AND REINHARDT

(Christie et al., 1963; Shevtsova, 1968; Dale, 1973) and man (Uragoda and Pinto, 1972; Schmitz-Moorman et al., 1964; Daum et al., 1977; Rode et al., 1981; Ophus et al., 1979). However, two clinical studies described three patients exposed to high atmospheric concentrations of $TiO_2$ that had slight pulmonary fibrosis with a significant amount of dust deposition. The causal relationship between $TiO_2$ exposure and pulmonary fibrosis could not be established because lung biopsies revealed not only $TiO_2$ but also other dust particles used as $TiO_2$-coating materials (Määttä and Arstila, 1975; Elo et al., 1972). The adverse effects may have been due to these $TiO_2$-coating materials such as quartz or silicon compounds rather than to $TiO_2$ (Elo et al., 1972). Since the late 1960s, $TiO_2$ has been coated with other materials such as alumina and silica to improve its commercial use applications. The concentration of these coating materials on $TiO_2$ has been approximately 10% as calculated by weight (Elo et al., 1972). This study was undertaken to investigate potential adverse effects of $TiO_2$ in rats by chronic inhalation exposure.

## METHODS

*Dust generation system.* The test material was titanium dioxide particles with a spherical configuration and a 1.5- to 1.7-$\mu$m aerodynamic mass median diameter (MMD). Approximately 84% of the dust particles were of respirable size (<13 $\mu$m MMD). Atmospheres of $TiO_2$ were generated by metering the dust into an apparatus containing a vertical elutriator (an inverted Plexiglas U-shaped tube) connected in series to a settling chamber. An Accu-Rate, variable-speed screw-feeder was used to meter $TiO_2$ into a plexiglas sample-feed tube attached perpendicularly to the vertical axis of the elutriator. Dust was dispersed by an air-jet directed along the sample feed tube axis and passing into the elutriator. Initial settling of the heavier, nonrespirable dust fractions took place in the elutriator; the lighter fraction passed into the final settling chamber (a 50-liter battery jar) from which the respirable fraction was diverted into the exposure chamber. Chamber concentrations were maintained by controlling the dust-feed rate into the generation apparatus and by diluting the dust stream as it entered the chamber. Chamber concentrations were determined gravimetrically.

*Animal exposure.* A total of 400 male and female CD rats (Charles River Breeding Laboratories, Wilmington, Mass.) was divided into four groups of 100 males and 100 females each. They were housed at 23 ± 2°C; 50 ± 10% relative humidity on a 12-hr light cycle and were fed Purina Rodent Chow and water *ad libitum.* Three groups were exposed to $TiO_2$ by inhalation at nominal concentrations of either 10, 50, or 250 mg/m$^3$ (6 hr/day, 5 days/week) for 24 months. The remaining group was exposed to air and served as a negative control. Five males and five females from each group were killed at 3 and 6 months of exposure, and subsequently, 10 males and 10 females were killed after one year of exposure. All rats killed by design, found dead, or killed *in extremis* were subjected to gross and microscopic evaluation. All surviving rats were killed at the end of two years of exposure.

*Tissue preparation.* Lung tissue was fixed with Bouin's solution by intratracheal instillation under low pressure for light microscopy. The trachea, thyroid, adrenal glands, testes, and kidneys were fixed in Bouin's solution; all other organs and tissues were fixed in 10% Formalin solution. Paraffin sections were prepared according to routine histologic techniques. Sections were stained by hematoxylin and eosin, modified trichrome, silver impregnation, and the periodic acid–Schiff (PAS) methods. For transmission electron microscopy, the excised lung samples were fixed in 3% glutaraldehyde for approximately 1 hr. Then they were rinsed in Millonig's phosphate buffer, postfixed for 2 hr at 4°C in 1% osmium tetroxide, dehydrated in alcohol, and embedded in Epon. One-micrometer sections were stained with toluidine blue and used to locate areas for electron microscopy. For scanning electron microscopy (SEM), lung samples were fixed overnight in 3% glutaraldehyde, rinsed in Millonig's phosphate buffer, and then postfixed in 1% osmic acid for 2 hr. The tissue samples were dehydrated in graded acetone solutions and dried in a critical-point dryer. Finally, the samples were mounted on aluminum stubs, placed on a rotary device in a vacuum evaporator, and coated evenly with approximately 200 Å of gold-palladium. The energy dispersive analysis of X ray (EDAX) was performed to identify the elemental composition of dust particles by a SCM, fitted with a Princeton Gamma Tech PGT-1000 EDS, system.

## RESULTS

### General Observations

There were no abnormal clinical signs, body weight changes, or excess mortality in any exposed group when compared to control groups. Grossly, in the lungs of rats exposed to 10 mg/m$^3$, white foci (<1 mm) were

scattered sparsely throughout the pleural sur-
face while a more dense accumulation of
white foci was seen in the periphery of the
lobes (Fig. 1A). These white foci increased
significantly in number and size (<2 mm) at
50 mg/m$^3$ (Fig. 1B). At 250 mg/m$^3$, the lungs
were voluminous, showed a white "paint-
brushed" appearance, contained rough pleural
surfaces, and failed to collapse (Fig. 1C). The
lung weights at 10 mg/m$^3$ were comparable
to those of the control group, but at 50 mg/
m$^3$, an increase in lung weights was statisti-
cally significant. The lung weights at 250 mg/
m$^3$ were more than twice the weight of
control lungs (Table 1). The tracheobronchial
lymph nodes were markedly enlarged in a
dose-related fashion and showed a white
"chalky mass" appearance.

### Light Microscopy

A significant increase in the incidence of
rhinitis, tracheitis, and pneumonia was found
in all groups of exposed rats (Table 2). The
severity of the lesions was dose dependent
and was minimal at 10 mg/m$^3$. The anterior
nasal cavity often revealed acute and chronic
inflammation with squamous cell metaplasia
while the incidence of inflammation in the
posterior nasal cavity was comparable to
control groups. The epithelium of the nasal
cavity and trachea was covered with mucus
containing dust-laden macrophages (dust
cells) and extracellular dust particulates, but
the epithelium showed no tissue reaction.

In the lungs of rats exposed to 10 mg/m$^3$,
the inhaled particulates were mostly phago-
cytosed by intraalveolar macrophages (dust
cells) in a few alveolar ducts and adjoining
the alveoli in an acinus (Fig. 2). The alveoli
showed slight hyperplasia of the cuboidal
lining cells.

At 50 mg/m$^3$, dust cell aggregates were
increased and were sharply confined to al-
veolar ducts and adjacent alveoli (Fig. 3).
Alveolar walls enclosing dust cells showed



FIG. 1. A. Tiny white foci (slender arrow) are scattered throughout the pleural surface of the lung, and
the tracheobronchial lymph node (arrow) is slightly enlarged with white discoloration (10 mg/m$^3$, 2 years
exposure). B. The white foci (slender arrow) in the pleural surface of the lung at 50 mg/m$^3$, 2 years of
exposure, are increased in number and size compared to those at 10 mg/m$^3$, 2 years of exposure in A.
An arrow indicates an enlarged white tracheobronchial lymph node. C. The lung is voluminous with a
white paint-brushed appearance and the tracheobronchial lymph node is markedly enlarged (arrow) at
250 mg/m$^3$, 2 years of exposure.

TABLE 1

LUNG AND FINAL BODY WEIGHTS OF RATS EXPOSED TO TiO₂ AT 0, 10, 50, OR 250 mg/m³

| Exposure concentration | Final body weights | | Lung weight | | Lung/body weight ratio | |
|---|---|---|---|---|---|---|
| | Male | Female | Male | Female | Male | Female |
| Control | 780.0 | 557.1 | 3.25 | 2.35 | 0.44 (0.17)[a] | 0.43 (0.08) |
| 10 mg/m³ | 778.0 | 597.6 | 3.56 | 2.76 | 0.46 (0.18) | 0.47 (0.01) |
| 50 mg/m³ | 769.3 | 566.9 | 4.47* | 3.10* | 0.59 (0.09)* | 0.74 (0.18)* |
| 250 mg/m³ | 743.3 | 508.6 | 7.84* | 7.21* | 1.07 (0.16)* | 1.46 (0.39)* |

[a] Standard deviation.
* Significantly different ($p < 0.05$) from control group by Dunnett's test.

marked hyperplasia of the alveolar lining cells (Fig. 6) with minute collagen fiber deposition. Some alveoli adjacent to the terminal bronchioles were lined with ciliated columnar cells (bronchiolarization) and contained mucinous secretion (Fig. 7). The alveoli were filled with two different types of alveolar macrophages. Foamy macrophages contained only small amounts of dust particulates, while the dust cells were loaded with particulates and appeared as dense dust aggregates. The alveolar air spaces were obliterated by dust cells, foamy macrophages and hyperplastic lining cells. Some alveoli were filled with PAS-positive granular or amorphous material, and microscopic findings were compatible with alveolar proteinosis (Fig. 8). Cholesterol granulomas increased

markedly in numbers (Table 3). The cholesterol granulomas and alveolar proteinosis were associated with degenerative foamy macrophages, granular or fibrinous materials, cellular debris, disintegrated foamy macrophages, and cholesterol crystals (Figs. 9, 10A). The incidence of focal pleurisy was increased significantly (Table 3) and was often associated with subpleural cholesterol granulomas or dust cell infiltration (Fig. 10B). The pleura occasionally revealed numerous vesicles containing PAS-positive secretion and slightly proliferating mesothelial cells.

At 250 mg/m³, dust cells and foamy macrophages increased markedly in numbers and were distributed throughout the alveoli, with the heaviest concentration in the alveolar duct region (Fig. 4). Alveolar cell hyperplasia,

TABLE 2

INCIDENCE OF MAIN NONNEOPLASTIC LESIONS IN THE NASAL CAVITY AND TRACHEA

| | Control | | 10 mg/m³ | | 50 mg/m³ | | 250 mg/m³ | |
|---|---|---|---|---|---|---|---|---|
| | I (♂) | II (♀) | III (♂) | IV (♀) | V (♂) | VI (♀) | VII (♂) | VIII (♀) |
| Nasal cavity | (79)[a] | (76) | (71) | (74) | (73) | (74) | (76) | (73) |
| Rhinitis, anterior | 25 | 18 | 57 | 36 | 48 | 34 | 70 | 63 |
| Rhinitis, posterior | 13 | 3 | 13 | 10 | 3 | 1 | 14 | 18 |
| Sq. metaplasia, anterior | 8 | 7 | 26 | 14 | 20 | 21 | 44 | 40 |
| Sq. metaplasia, posterior | — | 1 | — | — | — | 1 | 1 | 2 |
| Trachea | (79) | (77) | (68) | (74) | (74) | (69) | (77) | (65) |
| Tracheitis | 2 | 1 | 52 | 34 | 53 | 37 | 61 | 28 |

[a] In parentheses is the number of rats examined.

TiO₂ INHALATION EXPOSURE                183



FIG. 2. Small aggregates of dust cells are sharply confined to the alveolar ducts (AD) and adjoining alveoli, and remaining alveoli are intact (10 mg/m³, trichrome stain, ×50).

FIG. 3. Dense dust cell aggregates are circumscribed to alveolar duct (AD) and adjoining alveoli show thickened alveolar walls (50 mg/m³, trichrome stain, ×50).

FIG. 4. Dust cell aggregates are scattered throughout alveoli showing thickened alveolar walls. Alveolar duct (AD) (250 mg/m³, trichrome stain, ×50).

FIG. 5. Alveoli adjacent to the alveolar duct (AD) show minute collagen fiber deposition (arrows) in the alveolar walls (250 mg/m³, silver stain, ×100).

184                          LEE, TROCHIMOWICZ, AND REINHARDT



FIG. 6. The alveolar air spaces are filled with dust cells (arrows), foamy dust cells (F), disintegrating foamy dust cells (asterisks), and liberated dust particles. The alveolar walls enclosing dust cell aggregates are lined with hyperplastic Type II pneumocytes (P) (50 mg/m³, HE stain, ×250).

FIG. 7. Alveoli (A) adjacent to the terminal bronchiole (TB) are lined with ciliated columnar epithelium (arrows) and contain dust cells, foamy macrophages, and numerous free particles (50 mg/m³, trichrome stain, ×250).

FIG. 8. Alveolar air spaces are filled with PAS-positive amorphous material (arrows) with dust particles and cholesterol crystal clefts (C). Some alveoli contain disintegrated foamy cells (F) and liberated dust particles (50 mg/m³, PAS method, ×250).

TiO$_2$ INHALATION EXPOSURE                                    185

TABLE 3

INCIDENCE OF MAIN NEOPLASTIC AND NONNEOPLASTIC LESIONS IN THE LUNG

| | Control | | 10 mg/m³ | | 50 mg/m³ | | 250 mg/m³ | |
|---|---|---|---|---|---|---|---|---|
| | I (δ) | II (♀) | III (δ) | IV (♀) | V (δ) | VI (♀) | VII (δ) | VIII (♀) |
| Lung | (79)ᵃ | (77) | (71) | (75) | (75) | (74) | (77) | (74) |
| Aggregates, foamy alveolar macrophage | 14 | 8 | 19 | 15 | 53 | 70 | 76 | 74 |
| Alveolar cell hyperplasia, TiO$_2$ deposition | — | — | 67 | 72 | 75 | 74 | 77 | 74 |
| Alveolar proteinosis | — | — | — | — | 38 | 45 | 75 | 71 |
| Bronchiolarization, alveoli | 1 | 1 | — | 3 | 24 | 57 | 63 | 73 |
| Broncho/bronchiolar pneumonia | 1 | 1 | 7 | 11 | 8 | 10 | 7 | 5 |
| Cholesterol granuloma | 7 | 2 | 9 | 6 | 56 | 53 | 75 | 71 |
| Collagenized fibrosis | 11 | 3 | 7 | 4 | 49 | 41 | 76 | 73 |
| Pleurisy | 4 | 2 | 7 | 7 | 28 | 26 | 53 | 66 |
| Anaplastic carcinoma, large cell | — | — | 1 | — | — | — | — | — |
| Bronchioloalveolar adenoma | 2 | — | 1 | — | 1 | — | 12 | 13 |
| Squamous cell carcinoma | — | — | — | 1 | — | — | 1 | 13 |

In parentheses is the number of rats examined.

cholesterol granulomas, alveolar proteinosis, bronchiolarization, and focal pleurisy were markedly pronounced (Table 3). A significant collagen fiber deposition occurred often within these cholesterol granulomas, while the alveolar walls enclosing dust cells revealed only minute, linear, collagenized fibrosis (Fig. 5). The tracheobronchial lymph nodes were also loaded with dust particulates, displacing lymphoid tissue, but no tissue reaction was observed. The alveolar cell hyperplasia and bronchiolarization were so marked that the areas were adenoma-like in appearance. The alveoli lined with ciliated columnar cells were dilated and coalesced to form large multiple cystic spaces with mucinous secretion and dust cells.

Bronchioloalveolar adenomas were found in 12 of 77 males and 3 of 74 females, while the incidence of squamous cell carcinomas was sex dominant, 1 in males and 13 in females (Table 3). Of 13 females, 3 had both types of lung tumors. The bronchioloalveolar adenomas (Fig. 11) occurred in the alveoli that showed marked hyperplasia of the cuboidal or columnar alveolar lining cells. The squamous cell carcinomas were characterized by a dermoid, cyst-like appearance with the cystic space filled with laminated keratin material (Fig. 13). The cystic wall consisted of well-differentiated squamous cells and showed microinvasion to adjacent tissue in some cases. There was no tumor metastasis to regional lymph nodes or other organs. The

FIG. 9. Cholesterol granuloma (CG) shows numerous needle-shaped, cholesterol crystal clefts. Note cholesterol crystal cleft (C) formation in the granular material and aggregates of foamy dust cells (50 mg/m³, trichrome stain, ×250).



FIG. 10. A. Cholesterol granuloma of a control rat shows numerous cholesterol crystal clefts (C) surrounded by foreign-body giant cells (arrows) and collagenized connective tissue (control, HE stain, ×450). B. Pleura is thickened with vesicles (v) and migrating dust cells (arrows) from adjacent subpleural alveoli (50 mg/m³, trichrome stain, ×100).

FIG. 11. Alveolar air spaces are filled with dust cells and bronchiolalveolar adenoma cells showing irregular arrangement of cuboidal or columnar cells (250 mg/m³, HE stain, ×250).

FIG. 12. Alveolar wall is lined with ciliated columnar cells showing squamous cell metaplasia (S) with massive keratin formation (K). The dilated air space is filled with mucinous secretion and dust cells (arrows) (250 mg/m³, HE stain, ×450).

cystic keratinizing squamous cell carcinomas occurred in multiple cystic alevoli lined with ciliated columnar cells adjacent to the alveolar duct region and were associated with squamous cell metaplasia of the columnar epithelium (Fig. 12).

*Electron Microscopy*

Scanning electron microscopy revealed mucus droplets and aggregated dust particulates covering the surface of the tracheal epithelium without structural alterations in goblet cells or in ciliated or microvillous cells. The dust cell accumulation in the alevoli was dose related and showed patchy obliteration of the alevoli. Alveolar walls enclosing dust cells were intact with hyperplastic Type II pneumocytes at 10 and 50 mg/m³. Some alveolar air spaces were packed with macrophages and alveolar walls contained hyperplastic Type II pneumocytes (Figs. 14A, B) at 250 mg/m³. To confirm whether the dust cells (Fig. 14A) contained TiO₂ particles, they were subjected to EDAS analysis. A distinct X-ray dispersion pattern of the Ti peak was found in the dust cells (Fig. 14D). The architecture of alveoli within cholesterol granulomas was obliterated and replaced with densely packed foamy macrophages and cholesterol crystals (Fig. 14C).

Transmission electron microscopy showed that TiO₂ particulates were extremely electron dense with round or ovoid configurations. Dust particulates were mostly phagocytized by intraalveolar macrophages, and a few dust-laden macrophages infiltrated the interstitium of the alveolar septum. Some free dust particulates were retained in the alveoli along with myelin figures, lamellar structures, and cellular debris. A few free particulates were lodged in the cytoplasm of Type I pneumocytes but they had little structural effect and there were no alterations in the Type I pneu-

mocytes. The alveolar walls enclosing the dust cells showed a marked proliferation of Type II pneumocytes and minute collagen fiber deposition in the interstitium of the alveolar septum at 50 and 250 mg/m³. The dust cells seen under light microscopy were easily identified by an irregular shape, long curved cytoplasmic processes, numerous lysosomes, vacuoles, lamellar inclusions, lipid droplets, and membrane-bound granular material. The dust particulates were retained either in the cytoplasm or within the phagosomes. Foamy macrophages were readily recognized by a low electron-dense cytoplasm packed with numerous myelin inclusions and scanty lysosomes in comparison to the dust cells. The cytoplasm of overloaded dust cells was densely packed with large phagosomes, myelin figures, and dust particles. Some phagosomes were markedly dilated and filled with homogeneous, electron-dense material containing needle-like crystals. TiO₂ particulates preserved their original configuration, size, and electron density. The intracellular particulates were approximately 0.1 to 0.4 μm in diameter. The particulates were easily distinguished from lysosomal matrix because of their round shape and uniformly high electron density. The PAS-positive granular or homogeneous materials under light microscopy consisted of numerous myelin figures, lamellar structure, dust particles, cholesterol crystal clefts, degenerative foamy cells, and cellular debris.

DISCUSSION

The biological criteria for a nuisance dust are (1) reversibility of pulmonary lesions, (2) insignificant amount of collagen fiber formation, and (3) preservation of general architecture of alveoli. In practice, the pulmonary response to a nuisance dust is charac-

FIG. 13. Dermoid cyst-like squamous cell carcinoma shows massive keratin accumulation (K) in the cystic space and cystic wall consists of well-differentiated squamous cells with keratin pearls (P). Note microinvasion of squamous cells carcinoma in adjacent alveoli (arrow) (250 mg/m³, HE stain, ×100).

LEE, TROCHIMOWICZ, AND REINHARDT



FIG. 14. A. The alveolar air spaces are filled with foamy dust cells (D) showing honeycomb-like cut-surface. Note the thin alveolar wall is lined with Type II pneumocytes (arrows) (×1000). B. The alveolar wall is lined with hyperplastic Type II pneumocytes showing a granular or microvillous surface (×3000). C. The dust-laden cholesterol granuloma shows densely packed foamy cells with cholesterol crystal clefts (C). Alveolar air space (A) (×3000). D. Energy-dispersive analysis of X-ray (EDAX) pattern of Ti in the dust cells. The peak at 5.12 keV is characteristic for titanium. Peaks of palladium (PD) and gold (AU) are from the coating in sample preparation for scanning electron microscopy.

terized by few adverse effects over long periods of time when exposure concentrations are not excessive. The pulmonary response to $TiO_2$ at 10 mg/m$^3$ essentially satisfied these criteria for a nuisance dust. Nuisance dust has been called biologically "inert" dust but in a strict sense there is no dust which

does not provoke some type of tissue reaction when a sufficient amount is deposited in the lung and overwhelms the lung clearance mechanism.

The pulmonary response to $TiO_2$ at 10 mg/m$^3$ was characterized by a dust cell reaction with hyperplasia of Type II pneumo-

cytes. Hyperplasia of Type II pneumocytes has been known as a nonspecific reparative tissue response to damaged Type I pneumocytes following exposure to many forms of toxic lung injuries. Also, the hyperplasia of Type II pneumocytes occurs without injury to the Type I pneumocytes (Crapo et al., 1978; Gottschall et al., 1979). Type II pneumocytes gradually transform into Type I pneumocytes through a number of intermediate states (Adamson and Bowden, 1974; Evans et al., 1975).

The bronchiolarization is a nonspecific lesion induced by various agents and appears to be a reversible change. The pulmonary lesion was developed early in repair phase following influenza virus infection in the rats and hamsters (Baskerville et al., 1974). Focal bronchiolarization has been described as a part of a proliferative tissue response in rats exposed to coal dust (Busch et al., 1981), inhaled radionuclides (Gaven et al., 1977; Sanders, 1975), CaCrO₄ dust, and synthetic smog (Sanders, 1975). Some investigators have considered this to be a metaplasia of alveolar epithelium (Bell, 1943; Berkheiser, 1963). However, electron microscopic examination revealed that epithelial cells in the alveoli were morphologically identical with the secretory and ciliated cells of the adjacent bronchioles. The epithelium appeared to migrate through pores with subsequent colonization of alveolar walls (Nettesheim and Szakal, 1972). The bronchiolarization seems to be an adaptive change in a dusty microenvironment to protect alveoli and remove dust particulates.

Alveolar proteinosis is associated with various forms of dust particulates (Corrin and King, 1970; Heppleston and Young, 1971; Gross and deTreville, 1968; Lee et al., 1979), drugs (Lüllman-Rauch et al., 1972), and infectious agents (Reyes and Putong, 1980). Many hypotheses have been proposed to explain alveolar proteinosis, but no convincing etiology for the condition currently exists. Induction of alveolar proteinosis in animals (Corrin and King, 1970; Gross and deTreville,

1968; Heppleston and Young, 1971; Lee et al., 1979) or man (Buechner and Ansari, 1969; Hoffmann et al., 1973; Suratt et al., 1977; Wehner, et al., 1983; McEven and Abraham, 1977) is related to particle size (<2 μm) and excessive dust exposure. Inhaled particulates in the alveoli activate the output of alveolar macrophages and elicit marked hyperplasia of Type II pneumocytes with overproduction of surfactant as a result of a reparative tissue response to damaged Type I pneumocytes. Excess phospholipid overwhelms the macrophages already overloaded with dust particles compromising the lysosome of the macrophages. The myelin figures and cellular debris released from disintegrated foamy macrophages appear to play an important role in the development of alveolar proteinosis.

Accumulation of foamy macrophages is closely associated with alveolar proteinosis and cholesterol granuloma. Foamy macrophages associated with cholesterol granulomas have been described in the lungs of conventional rats (Yang et al., 1966) or germ-free rats but the origin of the foamy macrophages and pathogenesis of cholesterol granulomas is not known (Beaver et al., 1963). The foamy macrophages showed a tendency to subpleural accumulation, and contained free fatty acids, cholesterol, and phospholipids. The foam macrophage accumulation occurs in rats of various ages (Yang et al., 1966; Bullock et al., 1968), but more often in old rats (Flodh et al., 1974). Foamy macrophages may be involved in maintaining a steady state of lipid metabolism in the body. Cholesterol granulomas in rats exposed to TiO₂ are probably a tissue response to the disintegration products of foamy macrophages, phospholipids, cholesterol crystal clefts, and cellular debris. In rats exposed to shale dust at 30 mg/m³ for 2 years, the lung showed a dust cell response, foamy macrophages and cholesterol granulomas. However, monkeys exposed to the same concentration did not develop the cholesterol granuloma but only the dust cell response (Martin et al., 1977).

190                          LEE, TROCHIMOWICZ, AND REINHARDT

There have been no reports of cholesterol granulomas in the lungs of $TiO_2$ workers (Määttä and Arstila, 1975; Elo et al., 1972). It is difficult to assess the significance of an increased incidence of cholesterol granulomas in rats since the cholesterol granuloma is relatively rare in man, and described only in patients with pulmonary hypertension (Glanncy et al., 1968), on busulfan therapy (Kay et al., 1970), and with enteropathy (Lawler, 1977). At the present time the etiology is not known.

The incidence of spontaneous bronchopneumonia (chronic murine pneumonia) was relatively low in control rats (1 of 79 males, 1 of 77 females). The incidence in exposed rats was slightly increased but not in dose-related fashion (Table 3). $TiO_2$ exposure could possibly have exacerbated this lesion.

The squamous cell carcinomas induced by $TiO_2$ exposure were mostly dermoid cyst-like structures and, in most cases, they were extremely difficult to differentiate from keratinized squamous metaplasia. The lesions similar to squamous cell carcinoma described in this study were reported as keratinizing squamous metaplasia or dysplasia (Hirano et al., 1974; Stanton et al., 1972). However, we classified this pulmonary lesion as cystic keratinizing squamous cell carcinoma since the pulmonary lesion could not be distinguished clearly from early neoplasia. We are uncertain about the biological relevance of this particular lesion. The lung tumor type appears to be unique to experimental animals and not usually seen in animals or man. Squamous cell carcinomas in human lungs have generally been linked to cigarette smoking and are suspected to arise in the basal cells of the bronchial epithelium, progressing through dysplasia to in situ, and then to invasive cancer. In reviewing data on bronchogenic carcinomas, 75 to 95% of squamous cell carcinomas were found in these larger bronchi. Others arose in the periphery of the lung, an area where adenocarcinomas are more frequently observed (Carter and Eggleston, 1980). In contrast, cystic keratinizing squamous cell carcinomas seen in this experiment developed from the alveolar lining cells adjacent to the alveolar duct region after bronchiolarization, squamous metaplasia, and dysplasia.

In rats exposed to coal dust at 200 mg/m$^3$ for 2 years (Martin et al., 1977), the dust content per lung averaged 96.0 mg and the lung clearance mechanism was overwhelmed. The rats developed pulmonary lesions and lung tumors which were similar to those seen in $TiO_2$-exposed rats at 250 mg/m$^3$. Coal dust loading of 75 to 1000 mg per lung in rats was thought to be a threshold beyond which the lung clearance mechanism should be overwhelmed (Klasterkötter and Gono, 1971). It is noteworthy that there is no evidence of a causal relationship between coal dust pneumoconiosis and lung cancer in man (Rooke et al., 1979). Mortality due to lung tumors was lower in British and American coal miners than in nonminers of comparable age (Costello et al., 1974; Goldman, 1965; Liddell, 1973). The lower incidence of lung tumors in coal miners may be attributable to prohibition of smoking during mining work. Based on the excessive dust loading and overwhelmed clearance mechanism in the lungs of rats exposed chronically at 250 mg/m$^3$, the biological relevance of lung tumors to man appears to be negligible. Furthermore, no evidence exists to suggest that $TiO_2$ causes lung tumors in humans (Uragoda and Pinto, 1972).

## ACKNOWLEDGMENTS

Authors gratefully acknowledge Mr. M. L. VanKavelaar and Mr. J. M. Barr for the technical assistance for electron microscopy and Mrs. J. M. Yeager for typing the manuscript.

## REFERENCES

ADAMSON, I. Y. R., AND BOWDEN, D. H. (1974). The Type 2 cell as progenitor of alveolar epithelial regeneration: A cytodynamic study in mice after exposure to oxygen. Lab. Invest. 30, 35–42.

BASKERVILLE, A., THOMAS, G., WOOD, M., AND HARRIS, W. J. (1974). Histology and ultrastructure of alveolar epithelium following infection of mice and hamsters with influenza virus. Brit. J. Exp. Pathol. 55, 130–137.

BEAVER, D. L., ASHBURN, L. L., AND MCDANIEL, E. G. (1963). Lipid deposits in the lungs of germ-free animals. *Arch. Pathol.* **76,** 565–570.

BELL, E. T. (1943). Hyperplasia of the pulmonary alveolar epithelium in disease. *Amer. J. Pathol.* **19,** 901.

BERKHEISER, S. W. (1963). Bronchiolar proliferation and metaplasia associated with thromboembolism: A pathological and experimental study. *Cancer* **16,** 205–211.

BUECHNER, H. A., AND ANSARI, A. (1969). Acute silico-proteinosis. *Dis. Chest* **55,** 274–284.

BULLOCK, B. C., BANKS, K. L., AND MANNING, P. J. (1968). Common lesions in the aged rat. In *The Laboratory Animal in Gerontological Research,* No. 1591, pp. 62–82. Natl. Acad. Sci. Washington, D.C.

BUSCH, R. H., FILIPY, R. E., KARAGIANES, M. T., AND PALMER, R. F. (1981). Pathologic changes associated with experimental exposure of rats to coal dust. *Environ. Res.* **24,** 63–60.

CARTER, D., AND EGGLESTON, J. C. (1980). Tumors of lower respiratory tract. In *Atlas of Tumor Pathology.* 2nd ed. *Fascicle 17,* Armed Forces Institute of Pathology, Washington, D.C.

CHRISTIE, H., MACKAY, R., AND FISHER, A. (1963). Pulmonary effects of inhalation of titanium dioxide by rats. *Amer. Ind. Hyg. Assoc. J.* **24,** 42–46.

CORRIN, B., AND KING, E. (1970). Pathogenesis of experimental pulmonary alveolar proteinosis. *Thorax* **25,** 230–236.

COSTELLO, J., ORTMEYER, C. E., AND MORGAN, W. K. C. (1974). Mortality from lung cancer in U.S. coal miners. *Amer. J. Publ. Health* **64,** 222–224.

CRAPO, J. D., PETERS-GOLDEN, M., MARSCH-SALIN, J., AND SHELBURNE, J. S. (1978). Pathologic changes in the lungs of oxygen-adapted rats: A morphometric analysis. *Lab. Invest.* **39,** 640–653.

DALE, K. (1973). Early effects of quartz and titanium dioxide dust on pulmonary function and tissue. *Scand. J. Respir. Dis.* **54,** 168–184.

DAUM, S., ANDERSON, H. A., AND LILIO, R. (1977). Pulmonary changes among titanium workers. *Proc. R. Soc. Med.* **70,** 31–32.

ELO, R., MÄÄTTÄ, K, UKSILA, E., AND ARSTILA. A. U. (1972). Pulmonary deposits of titanium dioxide in man. *Arch. Pathol.* **94,** 417–420.

EVANS, M. J., CABRAL, L. J., STEPHENS, R. J., AND FREEMAN, G. (1975). Transformation of alveolar Type 2 cells to Type 1 cells following exposure to NO₂. *Exp. Mol. Pathol.* **22,** 142–150.

FLODH, H., MAGNUSSON, G., AND MAGNUSSON, O. (1974). Pulmonary foam cells in rats of different ages. *Z. Versuchstierk.* **16,** 299–312.

GAVEN, J. C., PALMER, R. F., MCDONALD, K. W., LUND, J. E., AND STUART, B. O. (1977). Comparative toxicity in rats versus hamsters of inhaled radon daughters with and without uranium ore dust. In *Pacific Northwest Laboratory Annual Report for 1976 to the ERDA Assistant Administrator for Environment and Safety, Part 1, Biomedical Sciences,* pp. 56–60.

BNWL-2100 Pacific Northwest Laboratory, NTIS. Springfield, Va.

GLANNCY, D. L., FRAZIER, P. D., AND ROBERTS. W. C. (1968). Pulmonary parenchymal cholesterol-ester granulomas in patients with pulmonary hypertension. *Amer. J. Med.* **45,** 198–210.

GOLDMAN, K. P. (1965). Mortality of coal-miners from carcinoma of the lung. *Brit. J. Ind. Med.* **22,** 72–77.

GOTTSCHALL, L. J., WALZER, P. D., AND YONEDA, K. (1979). The morphologic changes of the rat type II pneumocytes induced by oxytetracycline. *Lab. Invest.* **41,** 5–12.

GROSS, P., AND DETREVILLE, R. T. P. (1968). Alveolar proteinosis. *Arch. Pathol.* **86,** 255–261.

HEPPLESTON, A. G., AND YOUNG, A. E. (1971). Alveolar lipo-proteinosis: An ultrastructural comparison of the experimental and human forms. *J. Pathol.* **107,** 107–117.

HIRANO, T., STANTON, M., AND LAYARD, M. (1974). Measurement of epidermoid carcinoma development induced in the lungs of rats by 3-methylcholanthrene-coating beewax pellets. *J. Natl. Cancer Inst.* **53,** 1209–1219.

HOFFMANN, E. O., LAMBERTY, J., PIZZOLATA, P., AND COOPER, J. (1973). The ultrastructure of acute silicosis. *Arch. Pathol.* **96,** 104–107.

KAY, J. M., HEARTH, D., HASLETON, P. S., AND LITTLER, W. A. (1970). Aetiology of pulmonary cholesterol-ester granulomas. *Brit. J. Dis. Chest* **64,** 55–57.

KLOSTERKÖTTER, W., AND GONO, F. (1971). Long-term storage migration and elimination of dust in the lungs of animals. In *Inhaled Particles III* (W. H. Walton, ed.), Vol. 1, pp. 273–280. Unwin Brothers, Old Woking.

LAWLER, W. (1977). Idiopathic cholesterol pneumonitis. *Histopathology* **1,** 385–395.

LEE, K. P., BARRAS, C. E., FRANK, F. D., AND WARITZ, R. S. (1979). Pulmonary response to glass fiber by inhalation exposure. *Lab. Invest.* **40,** 123–133.

LIDDELL, F. D. K. (1973). Mortality of British coal miners in 1961. *Brit. J. Ind. Med.* **30,** 15–24.

LÜLLMANN-RAUCH, R., REIL, G. H., ROSSEN, E., AND SEILER, K. U. (1972). The ultrastructure of rat lung changes induced by an anoretic drug (Chlorophentermine). *Virchows Arch. B.* **11,** 167–181.

MÄÄTTÄ, K., AND ARSTILA, A. U. (1975). Pulmonary deposits of titanium dioxide in cytologic and lung biopsy specimens, light and electron microscopic X-ray analysis. *Lab. Invest.* **33,** 342–346.

MARTIN, J. C., DANIEL, H., AND LEBOUFFANT, L. (1977). Short- and long-term experimental study of the toxicity of coal-mine dust and some of its constituents. In *Inhaled Particles IV* (W. H. Walton, ed.), Vol. 1, pp. 361–372. Pergamon, Oxford.

MCEVEN, D. D., AND ABRAHAM, J. L. (1977). Particulate concentration in pulmonary alveolar proteinosis (abstr.). *Amer. J. Pathol.* **86,** 63a.

NETTESHEIM, P., AND SZAKAL, A. K. (1972). Morphogenesis of alveolar bronchiolarization. *Lab. Invest.* **26,** 210–219.

192                                  LEE, TROCHIMOWICZ, AND REINHARDT

OPHUS, E. M., RODE, L., GYLSETH, B., NICHOLSON, D. G., AND SAEED, K. (1979). Analysis of titanium pigments in human tissue. *Scand. J. Work Environ. Health* 5, 290–296.

PATTY, F. A. (1981). *Patty's Industrial Hygiene and Toxicology*, 3rd ed., Vol. 2A. 1974–1975. Interscience, New York.

REYES, J. M., AND PUTONG, P. B. (1980). Association of pulmonary alveolar lipoproteinosis with mycobacterial infection. *Amer. J. Clin. Pathol.* 74, 478–485.

RODE, L. E., OPHUS, E. M., AND GYLSETH, B. (1981). Massive pulmonary deposition of rutile after titanium dioxide exposure: Light-microscopial and physicoanalytical methods in pigment identification. *Acta Pathol. Microbiol.* 89, 455–461.

ROOKE, G. B., WARD, F. G., DEMPSEY, A. N., DOWLER, J. B., AND WHITAKER, C. J. (1979). Carcinoma of the lung in Lancashire coal miners. *Thorax* 34, 229–233.

SANDERS, C. L. (1975). Toxicology of inhaled $^{238}PuO_2$ in rats: Progress report. In *Pacific Northwest Laboratory Annual Report for 1974 to the USAEC Division of Biomedical and Environmental Research, Part 1, Biomedical Sciences,* pp. 31–34. BNWL-1950, Pacific Northwest Laboratory. NTIS, Springfield, Va.

SCHMITZ-MOORMAN, H., HÖRLEIN, H., AND HANEFELD, F. (1964). Lungenveränderunger bei Titandioxydydstaubexposition. *Beitr. Silikose Forsch.* 80, 1–17.

SHEVTSOVA, V. M. (1968). Data on the effect of titanium and zirconium ore dust on workers and on animals in chronic experiments. *Gig. Tr. Prof. Zabol.* 12, 24–29.

STANTON, M. F., MILLER, E., WRENCH, C., AND BLACKWELL, R. (1972). Experimental induction of epidermoid carcinoma in the lungs of rats by cigarette smoke condensate. *J. Natl. Cancer Inst.* 49, 867–877.

SURATT, P. M., WINN, W. C., BODY, A. R., BOLTON, W. K., AND GILES, R. D. (1977). Acute silicosis in tombstone sandblasters. *Amer. Rev. Respir. Dis.* 115, 521–529.

URAGODA, C. G., AND PINTO, R. M. M. (1972). An investigation into the health of workers in an ilmenite extracting plant. *Med. J. Aust.* 59, 167–169.

WEHNER, A. P., DAGLE, G. E., AND CLARK, M. L. (1983). Lung changes in rats inhaling volcanic ash for one year. *Amer. Rev. Respir. Dis.* 128, 926–932.

YANG, Y. H., YANG, C. Y., AND GRICE, H. C. (1966). Multifocal histiocytosis in the lungs of rats. *J. Pathol. Bacteriol.* 92, 559–561.