# Exhibit C



Inhalation Toxicology

International Forum for Respiratory Research

ISSN: 0895-8378 (Print) 1091-7691 (Online) Journal homepage: www.tandfonline.com/journals/iiht20

# Chronic Inhalation Exposure of Wistar Rats and two Different Strains of Mice to Diesel Engine Exhaust, Carbon Black, and Titanium Dioxide

**U. Heinrich, R. Fuhst, S. Rittinghausen, O. Creutzenberg, B. Bellmann, W. Koch & K. Levsen**

**To cite this article:** U. Heinrich, R. Fuhst, S. Rittinghausen, O. Creutzenberg, B. Bellmann, W. Koch & K. Levsen (1995) Chronic Inhalation Exposure of Wistar Rats and two Different Strains of Mice to Diesel Engine Exhaust, Carbon Black, and Titanium Dioxide, Inhalation Toxicology, 7:4, 533-556, DOI: 10.3109/08958379509015211

**To link to this article:** https://doi.org/10.3109/08958379509015211

Published online: 27 Sep 2008.

Submit your article to this journal

Article views: 530

View related articles

Citing articles: 36 View citing articles

Full Terms & Conditions of access and use can be found at
https://www.tandfonline.com/action/journalInformation?journalCode=iiht20

# CHRONIC INHALATION EXPOSURE OF WISTAR RATS AND TWO DIFFERENT STRAINS OF MICE TO DIESEL ENGINE EXHAUST, CARBON BLACK, AND TITANIUM DIOXIDE

**U. Heinrich, R. Fuhst, S. Rittinghausen, O. Creutzenberg, B. Bellmann, W. Koch, K. Levsen**

Fraunhofer-Institut für Toxikologie und Aerosolforschung, Hanover, Federal Republic of Germany

*Wistar rats were exposed for 2 yr to diesel engine exhaust, carbon black (Printex 90, Degussa, FRG), and ultrafine $TiO_2$ (P25, Degussa, FRG) and were subsequently kept in clean air for 6 mo. Particle exposure concentration was increased during the course of the experiment for carbon black and $TiO_2$ to reach particle lung loads similar to those found in the diesel soot-exposed rats. The average particle exposure concentrations for diesel soot, carbon black, and $TiO_2$ were 7, 11.6, and 10 mg/m$^3$, respectively. Lung tumor rates in these rats increased with increasing cumulative particle exposure (mg/m$^3$ × h) independent of the type of particle employed. The exposure to 2.5 mg/m$^3$ diesel soot also induced a significantly increased lung tumor rate, but 0.8 mg/m$^3$ diesel soot did not. With this study, it could be demonstrated that the carbon core of diesel soot is mainly responsible for the occurrence of diesel engine exhaust-related lung tumors; the role of diesel soot-attached polycyclic aromatic hydrocarbons (PAH) and $NO_2$-PAH is probably of minor importance in the rat lung. Agglomerates of ultrafine carbon and $TiO_2$ particles seem particularly suited to exert toxic effects primarily on alveolar macrophages and alveolar lung particle clearance. Although such lung toxic effects were also seen with the lowest diesel soot exposure concentration (0.8 mg/m$^3$) used, no increased lung tumor rate was detected in this group of rats. Whether this result implies a threshold for the particle-related lung tumor induction mechanism as already discussed by Vostal (1986) or whether the tumor effect was simply not observed because of statistical reasons needs further research on the possible mode of action of ultrafine insoluble particles in the lung. NMRI mice that were kept in the same exposure atmospheres (high diesel soot, carbon black, $TiO_2$) as the rats did not show an increased lung tumor rate. Furthermore, there was no treatment-related tumor response in NMRI nor in C57BL/6N mice exposed to diesel exhaust containing 4.5 mg/m$^3$ diesel soot or to the same exhaust dilution but devoid of soot particles. C57BL/6N mice were exposed for 24 mo and were subsequently kept in clean air for another 6 mo. Not only the average survival time but also the particle load per gram lung wet weight of the C57BL/6N mice was very similar to rats exposed to 7 mg/m$^3$ diesel soot.*

In 1986, the lung tumor-inducing activity of diesel engine exhaust in rats exposed to diesel soot concentrations of at least 2.2 mg/m$^3$ was observed by various laboratories (Brightwell et al., 1986; Heinrich et al., 1986a; Mauderly et al., 1986). In 1987, based on these results, diesel exhaust was classified in Germany as a carcinogenic working material. In

Received 14 April 1994; accepted 20 October 1994.

This research was supported by the Federal Ministry of Research and Technology and by the German Car Manufacturers (FAT).

Address correspondence to Uwe Heinrich, Fraunhofer-Institut für Toxikologie und Aerosolforschung, Nikolai-Fuchs-Str. 1, 30625 Hannover, Federal Republic of Germany.

**Inhalation Toxicology, 7:533–556, 1995**
**Copyright © 1995 Taylor & Francis**
**0895–8378/95 $10.00 + .00**

1989, the International Agency for Research on Cancer (IARC, Lyon) also classified diesel exhaust as a substance mixture probably carcinogenic to humans. Different hypotheses about the mode of action of the diesel particles in the rat lung and the relevance of the rat data for humans were discussed. The earlier results, which did not show lung tumors in diesel exhaust-exposed Syrian golden hamsters (Heinrich et al., 1982, 1989) nor clear-cut effects in this respect in mice, particularly need more clarification (Kawabata et al., 1986; Heinrich et al., 1986a). Furthermore, Lee et al. (1985, 1986) found lung tumors in rats after inhalation exposure to 250 $mg/m^3$ $TiO_2$ dust. This exposure condition resulted in an overloaded lung clearance mechanism and a particle lung load of 665 mg/lung. No lung tumors were observed in this study after exposure to 10 and 50 $mg/m^3$ $TiO_2$, and therefore a particle-related lung tumor was discussed to occur only under exaggerated exposure conditions in rats with questionable relevance to humans. Such a high-dose particle effect was also considered by Vostal (1986) to be responsible for the occurrence of lung tumors in rats after exposure to diesel engine exhaust, and Pott and Heinrich (1986/1987) mentioned the carbonaceous core of the diesel soot as a possible causative agent for the diesel soot-related lung tumors in rats, although the carcinogenic polycyclic aromatic hydrocarbons (PAH) and $NO_2$-PAH adsorbed to diesel soot cannot be ignored.

This study was conducted to further clarify the possible mechanism of diesel soot-related lung tumors and to answer the following questions:

Is there a major contribution of diesel soot attached PAH to the lung tumor response in rats exposed to diesel engine exhaust?

Is there a specific diesel soot effect in the lung, or do other particles like carbon black or titanium dioxide induce similar toxic and carcinogenic effects?

What are the diesel soot-related effects in two different strains of mice?

## MATERIALS AND METHODS

### Animals

The animals used in this study were 1780 female Wistar rats [Crl:(WI)BR], 1140 female NMRI mice (Crl:NMRI BR), and 585 female C57BL/6N mice (C57BL/6NCrlBR) from Charles River Wiga GmbH, Sulzfeld, Germany. All animals were 7 wk (±3 days) old when the exposure started.

### Housing and Maintenance

The animals were kept in wire mesh cages during the exposure period, and in Makrolon cages (18.7 × 21 × 15 cm) during the subsequent clean air period. Rats were housed 2 per cage, and mice in groups of 8–10 per cage. The animals received "1324 N spec. prepared" (Altromin, Lage, Germany)

as diet and drinking water ad libitum. Softwood bedding (H3/4, Hahn & Co, Kronsburg, Germany) was used for the waste trays and Makrolon cages. The environmental conditions in the exposure chambers were temperature and relative humidity 23–25°C and 50–70%, respectively, and lights on 12 h/day. The animals were observed once daily. Necropsies of dead or moribund animals were done 7 days/wk.

### Exposure Facilities and Operating Conditions

The diesel exhaust was generated by two 40-kW 1.6-L diesel engines (Volkswagen). One of them was operated according to the U.S. 72 cycle (*Federal Register*, 1972). The other was operated under constant load conditions (2500 U/min, 40 N). The first engine did not generate sufficient exhaust gas flow to supply all the inhalation chambers. This was particularly true for the idling periods of the driving cycle. The gap was filled by exhaust from the second engine. The diesel fuel used was a European reference fuel (RF-03-A-80/84, Haltermann, Germany; cetane number 52; total sulfur 0.25% m/m; flashpoint 66°C; aromatics 28.5% v/v). The exhaust was diluted with clean air (dilution 1 : 80, 1 : 27, 1 : 15, and 1 : 9) to attain the average diesel soot particle concentrations of 0.8, 2.5, 4.5, and 7 mg/m$^3$. For the particle-free diesel exhaust exposure, the exhaust was diluted 1 : 15 with clean air and the particles were removed by a heated filter system (~70°C, three filters class EU 6 + EU 7 and one filter class S). Aerosols of titanium dioxide (P25, CAS no. 13463-67-7, Degussa, Germany; ~80% anatase and ~20% rutile; primarily particle size 15–40 nm) and high-purity furnace carbon black (Printex 90, CAS no. 1333-86-4, Degussa, Germany, primarily particle size 14 nm) were generated by a dry dispersion technique using a screw feeder and a pressurized air dispersion nozzle. The mass median aerodynamic diameter (MMAD) of these aerosols was about 1.5 $\mu$m. In order to increase the deposition efficiency of the test aerosol in the deep lung and to bring it into a size range more similar to that of the diesel soot particles, the particle size distribution was shifted toward smaller particles in the submicrometer regime by removing the coarse particles using a cyclone (50% cut-off diameter $\approx$1 $\mu$m for a flow rate of 100 m$^3$/h). The MMAD and the geometric standard deviation ($\sigma_g$) of the particles in the exposure chambers measured every month ($n$ = 24) with a 10-stage Berner impactor (LPI 0.01525; range 15 nm to 16 $\mu$m) were 0.25 (2.93) $\mu$m for the diesel particles, 0.64 (2.06) $\mu$m for the Printex 90 particles, and 0.80 (1.80) $\mu$m for the $TiO_2$ particles. No shift was seen during the course of the study.

Some particle-associated and gaseous polycyclic aromatic hydrocarbons (PAH), as shown in Tables 1 and 2, were measured in the exposure chambers every 2 mo ($n$ = 12). Diesel soot was collected on glass fiber filters and extracted with heated toluene for 4 h; gaseous PAH were collected on XAD samplers and subsequently extracted with dichloromethane for 8 h (Grimmer et al., 1982). For example, the benzo[a]pyrene (BaP) concentration was 3.9 (± 1.7) ng/mg diesel soot, resulting in BaP exposure concentration of

**TABLE 1.** Concentrations of some Particle-Bound PAH Measured in the Exposure Chamber

| | Diesel soot (ng/mg) | |
|---|---|---|
| PAH | $\bar{X}$ | SD |
| Dibenzothiophene | 11.1 | 8.4 |
| Phenanthrene | 95.0 | 62.1 |
| Anthracene | 1.7 | 1.6 |
| 2-Methylphenanthrene | 16.7 | 6.3 |
| 1-Methylphenanthrene | 19.8 | 7.8 |
| Fluoranthene | 122.5 | 83.2 |
| Pyrene | 32.2 | 36.7 |
| Benzonaphthothiophene | 3.8 | 0.9 |
| Benz[a]anthracene | 6.6 | 4.2 |
| Chrysene | 19.8 | 7.2 |
| Benzofluoranthene | 19.2 | 6.7 |
| Benzo[e]pyrene | 9.2 | 3.1 |
| Benzo[a]pyrene | 3.9 | 1.7 |
| Indenopyrene | 5.6 | 2.2 |
| Benzoperylene | 7.8 | 2.9 |
| Coronene | 3.1 | 1.1 |
| Oxidized PAH | | |
| 2-Naphthaldehyde | 2.3 | 0.4 |
| 9-Fluorenone | 1.8 | 1.0 |
| Antrachinone | 19.1 | 9.2 |
| Phenanthrene 9-aldehyde | 7.7 | 4.5 |
| Benzanthrone | 5.8 | 2.9 |
| Benzanthrachinone | 3.0 | 1.4 |
| Nitro-PAH | | |
| 1-Nitropyrene | 19.1 | 6.1 |

27 (± 11.8) ng/m$^3$ in the high diesel soot exposure atmosphere. The 1-nitropyrene concentration in the same exposure atmosphere was 134 (+ 42.3) ng/m$^3$. The total extractable organic mass (EOM) of diesel soot was 40% using heated toluene for 4 h. In comparison, only 0.04% organic mass could be extracted with the same method from carbon black Printex 90. The concentration of each of the 14 different PAH between pyrene and coronene determined in the EOM of this carbon black was below 5 pg/mg carbon black; for example, the concentration of BaP was 0.6 pg/mg. The 1-nitropyrene content was <0.5 ng/mg. There was no obvious change in the organic composition during the study.

The specific surface area of the particles was determined ($n$ = 3) by the BET method ($N_2$ adsorption; Haul & Dümbgen, 1963), and was 18 (± 2.2) m$^2$/g for diesel particles and 107 (± 19.9) m$^2$/g (minimum 96 m$^2$/g, maximum 130 m$^2$/g) for toluene-extracted diesel particles, 227 (± 18.8) m$^2$/g for carbon black Printex 90, and 48 (± 2.0) m$^2$/g for $TiO_2$.

The animals were exposed 18 h/day, 5 days/wk for up to 24 mo (rats and C57BL/6N mice) in special whole-body exposure chambers (6 or 12 $m^3$) of the horizontal flow type (Heinrich et al., 1985). Following the exposure period, the rats and C57BL/6N mice were removed from the inhalation chambers and kept under clean air conditions for an additional 6 mo.

### Exposure Atmosphere

The particle concentrations in the exposure chambers were determined continuously, using aerosol photometers (Koch et al., 1986). For calibration of the photometers, the aerosol concentration in each exposure chamber was determined gravimetrically at weekly intervals. Some gaseous exhaust components were also measured continuously (Heinrich et al., 1986a). Table 3 gives the average concentrations of the various components measured.

The reason for changing the exposure concentrations of $TiO_2$ and carbon black, as outlined in the next paragraphs, was to obtain a similar particle lung load in rats exposed to the high diesel soot, $TiO_2$, and carbon black particle concentrations. Because of the high particle retention data in diesel soot-exposed rats, the aerosol concentrations of carbon black and titanium dioxide had to be increased (Creutzenberg et al., 1990).

The mean particle mass exposure concentrations for the rats and NMRI mice (in parentheses) kept in the same exposure chamber were:

**TABLE 2.** Concentrations of some Gaseous PAH Measured in the Exposure Chamber

| PAH | Diesel exhaust, 4.5 mg soot/$m^3$ (ng PAH/$m^3$) $\bar{x}$ | SD |
|---|---|---|
| Naphthalene | 5570 | 3385 |
| Methylnaphthalene | 5641 | 3172 |
| Biphenyl | 947 | 490 |
| $C_2$-Naphthalene | 5209 | 2890 |
| Acenaphthylene | 487 | 398 |
| Methylbiphenyl | 127 | 119 |
| Dibenzofurane | 468 | 446 |
| $C_3$-Naphthalene | 587 | 297 |
| Fluorene | 461 | 236 |
| Methyldibenzofurane | 561 | 390 |
| Methylfluorene | 202 | 223 |
| Dibenzothiophene | 182 | 119 |
| Phenanthrene | 653 | 348 |
| Anthracene[a] | 8 | |
| Fluoranthene[a] | 9 | |
| Pyrene[a] | 7 | |

[a]Mostly below detection limit.

**TABLE 3.** Mean Exposure Concentrations of some Exhaust Components and Two Test Compounds Measured in the Various Exposure Atmospheres

| Exposure atmosphere | Particles measured ($mg/m^3$) | $NO_2$ (ppm) | $NO_x$ (ppm) | CO (ppm) | $CO_2$ (%) | $SO_2$ (ppm) | $CH_4$ (ppm) | CnHm ($-CH_4$) (ppm) |
|---|---|---|---|---|---|---|---|---|
| Control | 0.01 (0.002) | 0.0 (0.1) | 0.1 (0.3) | 0.2 (0.5) | 0.09 (0.01) | 0.1 (0.0) | 1.9 (0.2) | 0.9 (0.2) |
| Carbon black | 11.63 (1.9) | 0.1 (0.2) | 0.5 (0.3) | 0.3 (0.5) | 0.08 (0.01) | 0.2 (0.0) | 1.9 (0.2) | 1.1 (0.2) |
| $TiO_2$ | 10.0 (2.9) | 0.0 (0.1) | 0.1 (0.1) | 0.3 (0.5) | 0.08 (0.01) | 0.1 (0.0) | 1.9 (0.2) | 0.9 (0.2) |
| Diesel soot 7.0 $mg/m^3$ | 6.98 (1.6) | 3.8 (0.6) | 33.1 (4.3) | 21.2 (3.0) | 0.7 (0.1) | 3.4 (0.5) | 2.0 (0.3) | 2.5 (0.4) |
| Diesel soot 2.5 $mg/m^3$ | 2.5 (1.0) | 1.2 (0.2) | 13.7 (2.4) | 8.3 (1.7) | 0.4 (0.1) | 1.1 (0.3) | 1.9 (0.2) | 1.6 (0.3) |
| Diesel soot 0.8 $mg/m^3$ | 0.84 (0.4) | 0.3 (0.1) | 4.7 (1.0) | 2.6 (0.7) | 0.2 (0.0) | 0.3 (0.1) | 1.9 (0.2) | 1.1 (0.2) |
| Diesel soot 4.5 $mg/m^3$ | 4.5 (1.4) | 2.3 (0.5) | 23.9 (4.1) | 14.2 (2.7) | 0.6 (0.1) | 2.8 (0.6) | 1.9 (0.2) | 2.2 (0.3) |
| Diesel particle-free | 0.01 (0.002) | 2.9 (0.5) | 23.9 (2.7) | 14.2 (2.1) | 0.6 (0.1) | 2.4 (0.4) | 1.9 (0.2) | 2.1 (0.3) |

*Note.* Standard deviation given in parentheses. CnHm = total hydrocarbons.

Diesel particles: 6.98, 2.5, and 0.84 $mg/m^3$ for 24 (13.5) months [shortened exposure time for mice due to increased mortality in the $TiO_2$ group (13.5) and in the other NMRI groups at 23 mo]
$TiO_2$: 7.2 $mg/m^3$ for the first 4 mo, followed by 14.8 $mg/m^3$ for 4 mo and 9.4 $mg/m^3$ for 16 (5.5) mo
Carbon black: 7.4 $mg/m^3$ for 4 mo, followed by 12.2 $mg/m^3$ for 20 (9.5) mo

The mean particle mass exposure concentrations for NMRI and C57BL/6N mice were:

Diesel particles: 4.5 $mg/m^3$ for 23 mo (NMRI mice), or 4.5 $mg/m^3$ for 24 mo + 6 mo clean air (C57BL/6N mice)
Particle-free diesel exhaust: 23 mo (NMRI mice), or 24 mo + 6 mo clean air (C57BL/6N mice)

To compare the different exposure concentrations, the cumulative particle exposure ($g/m^3 \times h$) was calculated by multiplying the mean particle mass exposure concentration by the actual exposure time per day and subsequently summarizing for the whole exposure period (Table 4).

**TABLE 4.** Cumulative Particle Exposure for the Various Exposure Groups ($g/m^3 \times h$)

| | Animal species (exposure time) | | |
|---|---|---|---|
| Exposure | Wistar rats (24 mo) | NMRI/C57BL mice (23/24 mo) | NMRI mice (13.5 mo) |
| Diesel soot 7.0 $mg/m^3$ | 61.7 | — | 35.5 |
| Diesel soot 2.5 $mg/m^3$ | 21.8 | — | — |
| Diesel soot 0.8 $mg/m^3$ | 7.4 | — | — |
| Carbon black | 102.2 | — | 55.4 |
| $TiO_2$ | 88.1 | — | 51.5 |
| Diesel soot 4.5 $mg/m^3$ | — | 38.3/39.9 | — |

### Investigations

Tables 5–7 show the numbers of animals used for the different biological tests performed in this study.

The body weight of the rats and mice was determined every 4 wk. The lung wet weight and lung retention of inhaled particles were determined at different time points during the study. For quantification of the diesel particle mass and carbon black in the lungs and lymph nodes, these organs were dissolved by alkaline and acid hydrolysis and the particle mass was determined by the turbidity of soot particles suspended in 0.01 *N* NaOH. Titanium dioxide samples were determined by atomic absorption spectroscopy after ashing the lungs. In the rats, alveolar lung clearance measurements by means of a $^{59}Fe$ tracer aerosol were also carried out. The

**TABLE 5.** Number of Rats Used for the Various Investigations Performed

| | Exposure atmospheres ($mg/m^3$) | | | | | |
|---|---|---|---|---|---|---|
| | Clean air control | Diesel soot | | | Carbon black | $TiO_2$ |
| Investigation | | 7.0 | 2.5 | 0.8 | 7.5[b] | 7.5[b] |
| Carcinogenicity | 220 | 100 | 200 | 200 | 100 | 100 |
| Histology (serial sacrifice) | 80 | 80 | — | — | 80 | 80 |
| DNA adducts (24 mo)[a] | 14 | 14 | — | — | 14 | 14 |
| Particle mass/lung (serial sacrifice) | 66 | 66 | 30 | 30 | 66 | 66 |
| Alveolar lung clearance | 28 | 28 | 24 | 24 | 28 | 28 |

[a]From Gallagher et al. (1994).
[b]Exposure concentrations at the start.

**TABLE 6.** Number of NMRI Mice Exposed Together with Rats (Table 5) and Investigations Performed

| | Exposure atmospheres | | | |
|---|---|---|---|---|
| Investigation | Clean air control | Diesel soot, 7.0 mg/m³ | Carbon black | $TiO_2$ |
| Carcinogenicity | 80 | 80 | 80 | 80 |
| Histology (serial sacrifice) | 40 | 40 | 40 | 40 |
| Particle mass/lung (serial sacrifice) | 40 | 40 | 40 | 40 |

activity in the thorax was measured externally twice a week over a 100-day period. The decay-corrected activity data of days 15–100 were analyzed for each animal. The methods used for these investigations and the detailed results were published by Creutzenberg et al. (1990) and Muhle et al. (1994). A biochemical and cytological examination of lung lavage fluid was also carried out for the rats. Bronchoalveolar lavagate was obtained by a twofold lavage with 4 ml saline. The lavagate was analyzed for cytological and biochemical parameters (lactate dehydrogenase, $\beta$-glucoronidase, total protein, hydroxyproline, total number of leukocytes, differential cell count). Methods were published by Muhle et al. (1991, 1994), and detailed results will be published in a separate article.

For the histopathological investigations, the organs of scheduled or moribund sacrifices were fixed in 10% neutral buffered formalin or Ito-Karnovsky fixative (Ito & Karnovsky, 1968). The tissues were embedded in Paramat-Wax, sectioned at 5 $\mu$m, and stained with hematoxylin and eosin

**TABLE 7.** Number of NMRI/C57BL/6N Mice Used for the Various Investigations Performed

| | Exposure atmospheres | | |
|---|---|---|---|
| | | Diesel engine exhaust | |
| Investigation | Clean air control | Soot, 4.5 mg/m³ | Without soot (filtered) |
| Carcinogenicity | 120/120 | 120/120 | 120/120 |
| Histology (serial sacrifice) | 48/48 | 48/48 | 48/48 |
| Particle mass/lung (serial sacrifice) | 40/40 | 40/40 | — |

(Lilly-Meyer). Histopathological investigations of the following organs were conducted for all animals: nasal and paranasal cavities (four sections; localization according to Popp & Monteiro-Riviere, 1985), larynx, trachea, and lung (five sections; localization: the left lobe, right caudal lobe, and right middle lobe were sectioned longitudinally, and the right cranial lobe and accessory lobe were sectioned transversely to the main bronchus). Graduation of the findings was done with four grades: very slight, slight, moderate, and high.

### Statistical Analyses

Differences between groups were considered casewise as statistically significant for $p < .05$. Body weight and data of lung clearance, lung weight, lung retention of particles, and lung lavage were analyzed using analysis of variance. If the group means differed significantly by the analysis of variance, the means of the treatment groups were compared with the means of the control group, using Dunnett's modification of the *t*-test. For comparison of histopathological data, Fisher's exact test was used.

Survival data of the animals of the carcinogenicity study were analyzed by the Kaplan-Meier method (Kaplan & Meier, 1958) using the Lifetest program (SAS Institute, Inc., 1985). For animals with significantly different survival times, the tumor rates were compared within three time periods (rats: days 400–700, 700–800, >800; NMRI mice exposed to high diesel, carbon black, and $TiO_2$: days 200–450, 450–600, >600) using the prevalence method of Hoel and Walburg (1972).

## RESULTS

### Rats

**Mortality** After 24 mo of exposure, the mortality found was 60% in the $TiO_2$, 56% in the carbon black, 47% in the high diesel, 52% in the medium diesel particle, and 45% in the low diesel groups compared to 42% in the clean air control group. At the end of the 130 wk experimental time (exposure time and clean air period), the mortality reached 90% ($TiO_2$), 92% (carbon black), 82% (diesel high), 89% (diesel medium), 86% (diesel low), and 85% (control group), respectively. Compared to the controls, the mean lifetime of the rats exposed to carbon black or $TiO_2$ was significantly shortened. The lifetime of the rats exposed to diesel exhaust was not significantly different from the lifetime of the control rats. The various exposure groups did not differ significantly in their mean lifetime among themselves (Kaplan-Meier method using Lifetest program).

**Body Weight** The body weight of the exposed animals was significantly lower from day 200 (high diesel soot), day 300 (carbon black), day 400 ($TiO_2$), and day 440 (diesel 2.5) compared to the controls. At the end of the 2-yr exposure, the body weight (BW) of the animals exposed to $TiO_2$ (BW

  365 g), carbon black (BW 325 g), high diesel soot (BW 345 g), and medium diesel soot (BW 392 g) was significantly lower compared to the control rats (BW 417 g). The body weight of the low diesel group was similar to the controls throughout the experiment.

**Lung Wet Weight** The lung wet weight was determined 3, 6, 12, 18, 22, and 24 mo after starting the exposure. The low diesel soot-exposed rats showed no difference to the clean air control group. The medium diesel soot exposure concentration caused an increase in the lung weight only after 22 and 24 mo. The exposure to high diesel soot concentration, carbon black, and $TiO_2$ led to a substantial increase in lung wet weight, progressing with study duration. The most severe increase in lung wet weight (five-fold compared to the controls) was found in the carbon black group after 18 mo of exposure (Figure 1) (Muhle et al., 1994).

**Particle Lung Burden** For the first 12 mo after the start of exposure, the particle lung load of the $TiO_2$, carbon black, and high diesel soot exposure groups could be kept very similar, due to the increase of the $TiO_2$ and carbon black exposure concentrations. From then on, the addition of the particle lung load of the $TiO_2$- and carbon black-exposed rats was clearly lower compared to the high diesel soot exposure group. During the second year of exposure, the particle lung load of the $TiO_2$ and carbon black-exposed animals increased by only 13% and 15%, respectively, whereas the high diesel group showed an 80% increase in the particle lung load. The retained particle mass in the lung-associated lymph nodes (LALN) of the $TiO_2$- and carbon black-exposed rats after 22 mo and of the high diesel-

**FIGURE 1.** Lung wet weights of rats at serial sacrifices.

**TABLE 8.** Retained Masses of Test Material in Lungs and Lung-Associated Lymph Nodes (LALN) of the Rats

| | Retained material for exposure | | | | | | |
|---|---|---|---|---|---|---|---|
| Exposure atmosphere | 3 mo | 6 mo | 12 mo | 18 mo | 22 mo | 24 mo | LALN, 24 mo ($\mu$g/animal) |
| Diesel soot, 0.8 mg/m$^3$ | | | | | | | |
| Mean | 630 | 1270 | 2834 | n.d. | 7257 | 6289 | 1771 |
| SD | 141 | 353 | 553 | | 965 | 1694 | |
| Diesel soot, 2.5 mg/m$^3$ | | | | | | | |
| Mean | 2480 | 6860 | 10656 | 12245 | 19511 | 23652 | 5549 |
| SD | 832 | 1538 | 3067 | 2870 | 3250 | 3373 | |
| Diesel soot, 7.0 mg/m$^3$ | | | | | | | |
| Mean | 8186 | 20587 | 35681 | 58755 | 47719 | 63878 | 8351 |
| SD | 2178 | 2430 | 1051 | 3376 | 7662 | 7111 | |
| Carbon black | | | | | | | |
| Mean | 7559 | 19915 | 38067 | 50184 | 45217 | 43854 | 6715[a] |
| SD | 2036 | 1930 | 5783 | 10854 | 4742 | 4249 | |
| $TiO_2$ | | | | | | | |
| Mean | 5202 | 23192 | 34849 | 40050 | 37773 | 39287 | n.d.[b] |
| SD | 544 | 3918 | 10200 | 3491 | 9898 | 7364 | |

[a]Determined after 22 mo.
[b]n.d., Not determined.

exposed rats after 24 mo amounted to about 13–15% of the corresponding particle lung burden (Muhle et al., 1994). Even the low diesel group (0.8 mg/m$^3$) showed a particle lung load of 0.63 mg/lung after only 3 mo of exposure (Table 8).

**Alveolar Lung Clearance** The measurement of the alveolar lung clearance was carried out with radioactively labeled test aerosols ($^{59}Fe_2O_3$, MMAD 0.35 $\mu$m) inhaled by the rats for about 30 min at 3, 12, and 18 mo after the start of the experiment. These investigations showed that the alveolar lung clearance rate was already significantly compromised after inhalation of high and medium diesel soot, carbon black, and $TiO_2$ after 3 months of exposure. Even 3 months of exposure to only 0.8 mg/m$^3$ diesel particles resulted in a significantly reduced lung clearance rate. Compared to $TiO_2$ and carbon black-exposed rats, high diesel soot-exposed animals showed the strongest effects on lung clearance. After 18 mo of exposure to the high diesel, carbon black, and $TiO_2$ and 3 mo of recovery time without particle exposure, no reversibility of the alveolar lung clearance damage could be detected (Table 9) (Creutzenberg et al., 1990; Muhle et al., 1994).

**Bronchoalveolar Lavage** The differential cell count and the concentration of lactate-dehydrogenase, $\beta$-glucuronidase, OH-proline, and total protein in bronchoalveolar lavage (BAL) showed clear exposure-related effects in all exposure groups except the lowest diesel soot group even after 24 mo of exposure. This is important to note because the alveolar lung clearance

Case 2:23-cv-01006-TLN-JDP Document 44-8 Filed 09/24/24 Page 14 of 26

**TABLE 9.** Half-Times of Pulmonary Tracer Clearance ($^{59}Fe$)

| Exposure | Half-time of alveolar clearance (days) | | | |
|---|---|---|---|---|
| | 3 mo | 12 mo | 18 mo | 18 mo Recovery |
| Control | 61 | 72 | 96 | 93 |
| Diesel soot, 0.8 mg/m³ | 94[a] | 121[a] | 221[a] | n.d.[b] |
| Diesel soot, 2.5 mg/m³ | 119[a] | 254[a] | 272[a] | n.d.[b] |
| Diesel soot, 7.0 mg/m³ | 330[a] | 541[a] | 687[a] | 1068[a] |
| Carbon black | 244[a] | 368[a] | 363[a] | 591[a] |
| $TiO_2$ | 208[a] | 403[a] | 357[a] | 368[a] |

[a]Significant at $p < .01$ (Dunnett's test).
[b]n.d., Not determined.

rate was already significantly deteriorated in this group after only 3 mo of exposure. At this time, the particle lung load of these animals was about 0.6 mg/lung or 0.5 mg/g lung wet weight.

**Histopathology** After 6 mo of exposure, slight bronchioloalveolar hyperplasia in the lung was found in serial sacrificed animals (20/20) of all groups exposed to high particle concentrations. Most of the exposed rats in the carcinogenicity study showed bronchioloalveolar hyperplasia in the lungs. The highest incidences were observed in the high diesel (98/100), carbon black (96/100), and $TiO_2$ (99/100) groups. In these groups the bronchioloalveolar hyperplasia was more severe (moderate to high grade) compared to the animals exposed to 0.8 mg/m³ (60/198) or 2.5 mg/m³ (178/200) diesel particles (very slight to moderate).

In serial sacrificed animals, very slight to slight interstitial fibrosis in the lungs was found after 6 mo of exposure. Slight to moderate interstitial fibrosis in the lungs was observed in all animals exposed for 2 yr. The intensity and frequency of this lung lesion increased with increasing particle exposure concentration. Differences between the high diesel group and the animals exposed to carbon black or $TiO_2$ could not be detected. However, this evaluation is not based on morphometric measurements. Particle-laden macrophages and particles in the alveolar region were also observed in the lungs of all exposed rats.

There were no lung tumors observed in high diesel, carbon black, and $TiO_2$ satellite groups of about 20 animals each after 6 and 12 mo of exposure. First, lung tumors were found in serial sacrificed animals after 18 mo of exposure to high diesel soot concentration or $TiO_2$ (Table 10). After an exposure time of 24 mo followed by 6 mo of clean air, lung tumor rates of 39, 32, and 22% were observed in rats exposed to carbon black, $TiO_2$, and high diesel soot concentrations. In these groups, 11 (carbon black), 8 ($TiO_2$), and 4 (high diesel soot) animals each showed 2 tumors in their lungs. The medium diesel particle concentration (2.5 mg/m³) led to a significantly increased lung tumor

rate of 5.5%, but no lung tumors were observed after exposure to 0.8 $mg/m^3$ diesel soot (Tables 11 and 12). Mostly benign keratinizing cystic squamous-cell tumors (Dungworth et al., 1992, 1994; Kittel et al., 1993) and some squamous-cell carcinomas were found. Bronchioloalveolar adenomas and adenocarcinomas were observed at a high frequency in $TiO_2$- and carbon black-exposed animals. Only 1 lung tumor (adenocarcinoma) was found in 217 control animals (Dungworth et al., 1994). The tumors were classified according to the International Classification of Rodent Tumours (IARC, 1992).

Because the exposure concentration was changed for carbon black and $TiO_2$ during the exposure time, it was not possible to compare the exposure to lung tumor response relationships between the various exposure groups on the basis of the exposure concentrations. Therefore, the cumulative particle exposure (mg or $g/m^3 \times h$) was calculated (particle exposure concentration multiplied by the actual total exposure time in hours). The comparison based on this normalized exposure showed that, independently of the type of particles used in this study, the lung tumor rate increased with increasing particle exposure concentration. In the low diesel particle group (0.8 $mg/m^3$) no lung tumors were found, and the control rats showed a lung tumor rate of 0.5%. The lung tumor incidences of the other exposed groups were all

**TABLE 10.** Lung Tumors in Serial Sacrifice Groups of Rats Exposed to Diesel Exhaust, Carbon Black, and $TiO_2$ for 6, 12, 18, and 24 mo

| | Exposure atmosphere | | | |
|---|---|---|---|---|
| Exposure period/type of tumor | Clean air control | Diesel (7.0 $mg/m^3$) | Carbon black | $TiO_2$ |
| 6 mo | 0/21 | 0/20 | 0/20 | 0/20 |
| 12 mo | 0/21 | 0/19 | 0/18 | 0/20 |
| 18 mo | | | | |
| Benign squamous-cell tumor[a] | 0/18 | 1/18 | 0/16 | 2/20 |
| Adenocarcinoma | 0/18 | 0/18 | 0/16 | 2/20 |
| Squamous-cell carcinoma[b] | 0/18 | 0/18 | 0/16 | 3/20 |
| Number of rats with tumor | 0/18 | 1/18 | 0/16 | 5/20[d] |
| 24 mo | | | | |
| Benign squamous-cell tumor | 0/10 | 2/10 | 1/9 | 2/9 |
| Adenocarcinoma | 0/10 | 1/10 | 0/9 | 1/9 |
| Squamous-cell carcinoma[c] | 0/10 | 0/10 | 0/9 | 2/9 |
| Number of rats with tumor | 0/10 | 3/10 | 1/9 | 4/9[d] |

[a]Benign keratinizing cystic squamous-cell tumor.
[b]Sometimes together with adenocarcinoma and benign squamous-cell tumor.
[c]Sometimes together with benign squamous-cell tumor.
[d]Significant at $p \leq .05$ (Fisher's exact test).

**TABLE 11.** Lung Tumors in Rats After an Experimental Time of 30 mo

| | Cumulative particle exposure ($g/m^3 \times h$) | | | |
|---|---|---|---|---|
| Tumor type | Clean air control, — | Diesel soot, 61.7[a] | Carbon black, 102.2[b] | $TiO_2$, 88.1[c] |
| Benign squamous-cell tumor[d] | 0/217 | 14/100 | 20/100 | 20/100 |
| Squamous-cell carcinoma | 0/217 | 2/100 | 4/100 | 3/100 |
| Adenoma | 0/217 | 4/100 | 13/100[g] | 4/100 |
| Adenocarcinoma | 1/217 | 5/100 | 13/100[g] | 13/100[g] |
| Hemangioma | 0/217 | 1/100 | 0/100 | 0/100 |
| Number of rats with tumors[e] | 1/217 | 22/100 (9/100)[f] | 39/100[h] (28/100[i])[f] | 32/100 (19/100)[f] |

[a]7.0 $mg/m^3$ diesel soot for 24 mo.
[b]7.5 $mg/m^3$ carbon black for 4 mo followed by 12 $mg/m^3$ for 20 mo.
[c]7.5 $mg/m^3$ $TiO_2$ for 4 mo followed by 15 $mg/m^3$ for 4 mo and 10 $mg/m^3$ for 16 mo.
[d]Benign keratinizing cystic squamous-cell tumor.
[e]Some animals had two lung tumors.
[f]Count without benign keratinizing cystic squamous-cell tumors given in parentheses.
[g]Significant at $p < .05$ compared to the diesel soot group (Fisher's exact test).
[h]Significant at $p < .01$ compared to the diesel soot group (Fisher's exact test).
[i]Significant at $p < .001$ compared to the diesel soot group (Fisher's exact test).

**TABLE 12.** Lung Tumors in Rats Exposed to Diesel Exhaust After an Experimental Time of 30 mo

| | Cumulative particle exposure ($g/m^3 \times h$) | | | |
|---|---|---|---|---|
| | Clean air control, | Diesel soot[a] | | |
| Tumor type | — | 61.7 | 21.8 | 7.4 |
| Benign squamous-cell tumor[b] | 0/217 | 14/100[e] | 7/200[f] | 0/198 |
| Squamous-cell carcinoma | 0/217 | 2/100 | 0/200 | 0/198 |
| Adenoma | 0/217 | 4/100[f] | 2/200 | 0/198 |
| Adenocarcinoma | 1/217 | 5/100[g] | 1/200 | 0/198 |
| Bronchiolar papilloma | 0/217 | 0/100 | 1/200 | 0/198 |
| Hemangioma | 0/217 | 1/100 | 0/200 | 0/198 |
| Number of rats with tumors[c,d] | 1/217 | 22/100[e] (9/100[e]) | 11/200[f,h] (4/200) | 0/198 |

[a]Exposure for 24 mo to 7.0, 2.5, or 0.8 $mg/m^3$.
[b]Benign keratinizing cystic squamous-cell tumor.
[c]Some animals had two lung tumors.
[d]Count without benign keratinizing cystic squamous-cell tumors is in parentheses.
[e]Significant at $p \leq .001$ compared to clean air control.
[f]Significant at $p \leq .01$ compared to clean air control.
[g]Significant at $p \leq .05$ compared to clean air control.
[h]Significant at $p \leq .001$ compared to high exposure group (Fisher's exact test).

significantly increased compared to the control group. Comparing the tumor incidences of the high diesel, carbon black, and $TiO_2$ groups and taking into account the survival data, only the 39% tumor incidence of the carbon black group, but not the 32% of the $TiO_2$ group, was significantly different from the 22% tumor incidence of the diesel group (prevalence method according to Hoel & Walburg, 1972; Table 11).

### Mice

**NMRI Mice Kept in the Same High Diesel, Carbon Black, and $TiO_2$ Exposure Atmospheres as the Rats**   As with the rats, after 4 mo of exposure the carbon black and $TiO_2$ particle concentrations were increased from 7.0 $mg/m^3$ to 12 and 15 $mg/m^3$, respectively. Because of some signs of toxicity (individual loss of body weight, bad general condition) and an increased mortality in the $TiO_2$ exposure group, the particle concentration was reduced after 4 mo of exposure from 15 $mg/m^3$ to 10 $mg/m^3$. The NMRI mice were not exposed to 2.5 and 0.8 $mg/m^3$ diesel soot.

After a total exposure time of 13.5 mo, the exposure for all groups was stopped and the animals were kept in clean air for another 9.5 mo, at the most. The total experimental time for all groups was 23 mo.

After 6 mo of exposure in the diesel soot group, 8 mo in the $TiO_2$ group, and 11 mo in the carbon black group, up to 17 mo the body weight of the NMRI mice was significantly (5–7%) lower compared to the clean air control group. During the last months of exposure there was no significant difference in the body weight between the control and exposed groups.

The mortality rate was 33% in the $TiO_2$ group compared to 16% in the diesel soot, 20% in the carbon black, and 10% in the clean air control group 13.5 mo after the start of exposure. A mortality rate of 50% was reached after 17 mo from birth in the $TiO_2$, 19 mo in the diesel soot and carbon black, and 20 in the control group.

The lung wet weight was determined at 3, 6, 12, 18, and 21 mo after the start of exposure. The measurements after 3 and 12 mo of exposure to high diesel soot concentration (0.3 g, 0.6 g), carbon black (0.3 g, 1.0 g), and $TiO_2$ (0.3 g, 0.9 g) showed a substantial increase in lung wet weight compared to the controls (0.2 g, 0.2 g), progressing with study duration. The most severe increase in lung wet weight (fivefold compared to the controls) was found in the carbon black group after 12 mo of exposure. In the recovery phase, after 13.5 mo of exposure, a slight decrease in lung wet weight was found in the carbon black (0.8 g) and $TiO_2$ (0.7 g) exposed groups.

The particle lung burden of the NMRI mice found after 3, 6, and 12 mo of exposure was 1.7, 4.1, 7.0 (diesel soot), 0.8, 2.3, 7.4 (carbon black), and 0.8, 2.5, 5.2 ($TiO_2$) mg/lung. Expressed as milligrams particles per gram clean air control lung (wet weight of control lung 0.2 g), the particle lung loads after 1 yr of exposure to diesel soot, carbon black, and $TiO_2$ were 35, 37, and 26 mg, respectively. The rats that were kept in the same

exposure atmospheres as these mice for 1 yr had a particle lung burden per gram clean air control lung (wet weight of control lung 1.2 g) of 30, 32, and 29 mg, respectively.

The only types of lung tumor observed in mice were adenomas and adenocarcinomas. The percentages of adenomas/adenocarcinomas in the various groups were 21.8%/15.4% (diesel), 11.3%/10% (carbon black), 11.3%/2.5% ($TiO_2$), and 25%/15.4% (clean air). The lung tumor rates (adenomas and adenocarcinomas) of the diesel soot-exposed (32.1%), carbon black-exposed (20%), and $TiO_2$-exposed (13.8%) animals were not significantly different from the tumor rate of the control animals (30%). Because the mean lifetime of the exposed and control mice was significantly different, the tumor rates were compared using the prevalence method of Hoel and Walburg (1972). By means of this statistical approach, it was found that the lung tumor rate of the NMRI mice was not significantly influenced by the different types of exposure.

**NMRI Mice Exposed to Diesel Exhaust with 4.5 mg/m$^3$ Soot and Without Soot Particles** The body weight of these two exposure groups was significantly lower from 1 yr up to the end of the exposure compared to the controls. The exposure time of 23 mo in this study was identical with the total experimental time.

Starting with day 350 (from birth) the mortality of the diesel soot-exposed animals was slightly higher compared to the other groups. The 50% mortality rate was reached after 19 mo in the diesel soot group and after 20 mo in the other groups.

The lung wet weight was determined at 3, 6, 12, and 18 mo after the start of exposure. The data found (0.3, 0.4, 0.5, 0.7 g) showed that the lung wet weight of the diesel soot-exposed mice was doubled after 6 mo and was 3.5-fold higher after 18 mo compared to the control animals (0.2 g).

The retained particle mass found in the lung after 3, 6, and 12 mo of exposure to 4.5 mg/m$^3$ diesel soot was 0.9, 2.4, and 4.0 mg/lung. After 18 mo of exposure the retained particle mass in the lungs was 5.9 mg/lung or 29.5 mg/g lung wet weight of clean air control animals.

The lung tumor rate of the NMRI mice exposed to 4.5 mg/m$^3$ diesel soot and to the corresponding particle-free diesel exhaust was 23% and 46.7%, respectively. The control animals had a lung tumor rate of 30%. The difference in the tumor rate between controls and diesel gas-phase-exposed mice was not significant at the 95% probability level ($p = .053$). The percentages of adenomas/adenocarcinomas of the various groups were 18.3%/5% (total diesel exhaust), 31.7%/15% (diesel gas phase), and 25%/8.8% (clean air).

**C57BL/6N Mice Exposed to Diesel Exhaust with 4.5 mg/m$^3$ Soot and Without Soot Particles** The body weight development of all three experimental groups of C57BL/6N mice was very similar during the course of the study. From day 400 up to the end of the study the body weight of the 2 exposed groups was slightly lower than that of the controls, but the difference was rarely significant.

**TABLE 13.** Retained Particle Mass (mg Particles/g Clean Air Control Lung Wet Weight) in Lungs of Rats/C57BL Mice Exposed to 7.0/4.5 mg/m³ Diesel Soot

| | Exposure time (mo) | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 6 | 12 | 18 | 21 | 24 |
| Rat | 6.4 | 13.2 | 26.7 | 38.3 | — | 44.5 |
| Mouse | 5.6 | 15.2 | 25.0 | 28.9 | 31.6 | — |

After a 26-mo lifetime (24 mo of exposure), the mortality was 67% in the diesel soot group, 58% in the group exposed to filtered diesel exhaust, and 55% in the clean air control group. The 50% mortality rate was reached after 25 mo in the diesel soot group and 27 mo in the other two groups. At the end of the experimental time the mortality was about 90% in the exposed animals compared to 80% in the control group.

The lung wet weight was determined at 3, 6, 12, 18, and 21 mo after the start of exposure. The data found (0.2, 0.3, 0.35, 0.37, 0.4 g) showed that the lung wet weight of the diesel soot-exposed mice was doubled after 6 mo compared to the control animals (0.15 g).

The retained particle mass found in the lung after 3, 6, 12, and 18 mo of exposure to 4.5 mg/m³ diesel soot was 0.8, 2.3, 3.5, and 4.3 mg/lung. After 21 mo of exposure to 4.5 mg/m³ diesel soot, the particle mass retained in the lungs of mice was 5.5 mg/lung or 12.6 mg/g lung wet weight.

The mean and maximum lifetime of C57BL/6N mice exposed to 4.5 mg/m³ diesel soot and of rats exposed to 7 mg/m³ diesel soot was very similar. Also, the particle lung load given as milligrams per lung or milligrams per gram clean air control lung and the buildup rate of the particle lung load over time were not very different in these rats and mice (Tables 13 and 14). The finding that different exposure concentrations resulted in similar normalized particle lung loads can be explained by the higher deposition efficiency of particles as small as diesel soot in lungs of mice compared to lungs of rats (Raabe et al., 1988) and by the higher respiratory volume per gram body weight in mice than in rats.

The C57BL/6N mice exposed to 4.5 mg/m³ diesel particles and particle-

**TABLE 14.** Retained Particle Mass (mg Particles/g Lung Wet Weight) in Lungs of Rats/C57BL Mice Exposed to 7.0/4.5 mg/m³ Diesel Soot

| | Exposure time (mo) | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 6 | 12 | 18 | 21 | 24 |
| Rat | 4.1 | 7.3 | 8.2 | 11.2 | — | 10.8 |
| Mouse | 3.5 | 7.3 | 9.2 | 10.5 | 12.6 | — |

free diesel exhaust did not show an increase in the lung tumor rate after 24 mo of exposure and an additional 6 mo of clean air. The lung tumor rates for the diesel soot and diesel gas-phase-exposed mice were 8.5% and 3.5%, respectively. The controls had a lung tumor rate of 5.1%.

## DISCUSSION

Various hypotheses were generated to explain the mechanism by which diesel engine exhaust causes lung tumors in rats. As the exposure to filtered diesel exhaust devoid of soot particles did not show an increase in the lung tumor rate (Heinrich et al., 1986a; Brightwell et al., 1986), it became obvious that the soot particle is the exhaust component that is mainly responsible for the diesel exhaust-related tumor response. The diesel soot particle mainly consists of a carbon core and organic substances attached to the surface of this core. The organic material can represent 10–40% of the total particle mass and also contains, among other compounds, some carcinogenic polycyclic aromatic hydrocarbons (PAH) and $NO_2$-PAH. So, at first glance, the known carcinogens adsorbed to the diesel soot particle were the most obvious explanation for the exhaust-related development of lung tumors. But, as we know from inhalation studies with coal tar/pitch condensation aerosols that did not contain any carbon core, compared to diesel soot, a more than 1000 times higher concentration of PAH in tar/pitch aerosol is needed to induce similar lung tumor rates as in diesel soot-exposed rats (Heinrich et al., 1986b, 1991, 1994).

The hypothesis that the carbon core of diesel soot is the main causative agent for the diesel engine exhaust-related lung tumors in rats seems to be proven by the results of this study. Similar results were reported by Nikula et al. (1994). Not only diesel soot containing 40% extractable organic material (EOM) but also carbon black with only 0.04% EOM and $TiO_2$ completely devoid of any EOM caused similar lung tumor rates after 2 yr of exposure. Obviously, there seems to be a particle-specific carcinogenic effect in the rat lung. For all three types of particles used, the maximum tolerated particle dose was delivered to the animals because the body weight of the exposed animals was more than 10% lower compared to the controls, and the carbon black- and $TiO_2$-exposed animals even showed a somewhat higher mortality rate. Carbon black (Printex 90) and $TiO_2$ (P25) were chosen because these two dusts consist of agglomerates of ultrafine primary particles with large specific surface areas like diesel soot and the size (MMAD) of the inhaled dust particles was below 1 $\mu m$ for all three types of particle investigated. Although the particle exposure concentration of the carbon black and $TiO_2$ dust was increased during the course of the experiment to match the more rapid buildup of particle mass in the lung of diesel exhaust-exposed rats, this goal was achieved only during the first year of exposure. At the end of the second year, the lungs of the diesel soot-exposed rats contained about 30% more particle mass than the lungs

of the carbon black- and $TiO_2$-exposed rats. But the lung tumor rate of the diesel rats was lower compared to the carbon black and $TiO_2$ rats. Nikula et al. (1994) also reported a higher lung tumor rate of carbon black compared to diesel soot-exposed rats. The carbon black- and diesel-exposed animals of this study were exposed to the same particle exposure concentrations, but the diesel rats reached a clearly higher particle lung load than the carbon black rats.

The lung tumor rate in rats increased with increasing particle exposure concentration independent of the type of particle used, that is, diesel soot, carbon black (Printex 90), and $TiO_2$ (P25). A linear correlation between specific surface area of the particle masses retained in the lungs and the lung tumor rates caused by these particles, as proposed by Lehnert and Oberdörster (1993), was not seen in this study. Applying the surface area approach, it has to be considered that the gradual dissolution of the organic material from the diesel carbon core increases the specific surface area of the diesel particle deposited in the lung. Therefore, it is not clear whether the specific surface area of the native diesel soot (18 $m^2/g$), of a partially (e.g., 70 $m^2/g$), or of a totally (100–130 $m^2/g$) extracted diesel soot particle should be used for calculating the specific surface area of diesel soot retained in the lung for various time periods. Besides particle-specific surface activity, which may play a more important role for the effect of ultrafine $TiO_2$ because of the hydroxyl groups found on its surface (Boehm, 1968), with diesel soot the particle-bound EOM may add to the difference seen between the two carbon black particles, that is, diesel soot and carbon black. The higher lung tumor rate found after intratracheal instillation of native diesel soot compared to toluene-extracted diesel soot does suggest that the EOM may also add to the diesel particle effect (Heinrich, 1994). The levels of DNA adducts in the peripheral lungs of satellite groups exposed to the same concentrations of diesel soot, carbon black, and $TiO_2$ as the rats in the carcinogenicity study were not different among themselves. No significant elevation in PAH-derived adducts was observed in diesel exhaust-exposed rats. However, one DNA adduct, potentially resulting from exposure to nitro-PAH, was detected in diesel-exposed rats and was not detected in $TiO_2$- or carbon black-exposed rats (Gallagher et al., 1994). The potential role of this adduct for the diesel exhaust-related tumor incidence needs to be further elucidated.

The types of lung tumors found in the rats exposed to the three different particles were benign and malignant bronchioloalveolar tumors and benign keratinizing cystic and malignant squamous-cell tumors (Dungworth et al., 1994; Kittel et al., 1993). Comparing the relative distribution of these tumor types in diesel soot-, carbon black-, and $TiO_2$-exposed rats, it turned out that there is no great difference in the benign and malignant squamous-cell tumors. Combining the benign and malignant tumor types, there are more bronchioloalveolar tumors in carbon black- and $TiO_2$-exposed rats than in diesel-exposed rats, with carbon black exposure showing the highest rate.

Almost twice as many adenocarcinomas occurred in $TiO_2$- compared to diesel-exposed rats, with carbon black exposure lying between these two groups. In these groups, 11 (carbon black), 8 ($TiO_2$), and 4 (high diesel soot) animals each showed 2 tumors in their lungs.

Only for the diesel soot particle were three exposure concentrations used, with the two lower ones representing one-third and one-tenth of the highest dose group. No lung tumors were found in the lowest dose group, whereas the medium dose group, 2.5 mg/m$^3$ diesel soot, showed a low but, compared to the clean air control group, significantly increased lung tumor rate. Only one carcinoma (adenocarcinoma) was observed in this medium dose group. It has been demonstrated that a particle lung load of about 1 mg/g lung wet weight indicates that the alveolar lung clearance mechanism is starting to deteriorate, resulting in increased particle accumulation (Muhle et al., 1990; Morrow et al., 1991). We have to state that this situation was already reached in all particle exposure groups after an experimental time of 3 mo. Even after 3 mo of exposure to 0.8 mg/m$^3$ diesel soot, when the particle lung load amounted to 0.6 mg/lung or 0.5 mg/g lung with no signs of toxicity seen in cytological and biochemical investigations of bronchoalveolar lavage (BAL), the alveolar lung clearance rate was significantly compromised. Neither lactate dehydrogenase (LDH), $\beta$-glucuronidase and total protein, nor macrophages and granulocytes were significantly elevated in the low diesel dose group. Similar results were reported after inhalation exposure of rats to 0.35 mg/m$^3$ diesel soot, resulting in a particle lung load of 0.5 mg/g lung after 24 mo of exposure (Bice et al., 1985; Wolff et al., 1987; Henderson et al., 1988; Mauderly et al., 1988; Mauderly, 1994).

These experimental groups with no overt signs of toxicity in the respiratory tract and no increased lung tumor rate after long-term diesel soot inhalation could indicate that lung tumors may only occur if the particle-related cytotoxic, irritative, and proliferative effects have reached a certain level for some length of time. But there are a lot of biologically very active polypeptides and lipids, toxic oxygen metabolites, and hydrolytic enzymes released by various lung cells under adverse conditions, and all of these parameters are considered to play an important role in the response of the lung to inhaled particles and possibly also to tumor development (Hext, 1994). These parameters have to be measured to know if and how their concentration and profiles differ between the different particle dose groups, if there is a particle threshold for the different target cells, and if and how these various particle-related effects are linked to the neoplastic response in the rat lung. The question of whether there is a threshold for the particle toxicity and possibly also for the particle toxicity-related tumor response cannot be answered by a carcinogenicity study, but only by exploring the possible mechanism of action of particles. In this respect it is also important to remember that diesel soot as well as carbon black and $TiO_2$ particles were found in epithelial lung cells of correspondingly exposed rats, and that such particles were proven to be able to transform lung cells in vitro (Riebe-Imre et al., 1994).

The second animal species included in this study was the mouse. Two different strains were used, the NMRI mouse, which has a high spontaneous lung tumor rate of 20–30% (historical control data of this institute; Rehm et al., 1985), and the C57BL/6N mouse, which has a low spontaneous lung tumor rate (Steinborn, 1989). Only the NMRI mice were exposed to the same exposure atmospheres of high diesel soot, carbon black, and $TiO_2$ as the rats. The exposure was stopped in all three exposure groups after 13.5 mo because of increasing mortality in the $TiO_2$ group, but the carbon black-exposed animals also showed a somewhat shorter mean survival time compared to controls at the end of the experiment after 23 mo. Although the particle lung load of these mice after 1 yr of exposure, expressed as particle mass per gram lung weight of clean air controls, was as high as or even a little higher than that of rats kept in the same exposure atmospheres, no significantly increased lung tumor rate was observed in any of the exposure groups.

Additional groups of NMRI mice were exposed either to diesel exhaust containing 4.5 mg/m$^3$ soot particles or to the same exhaust dilution but devoid of soot particles. After 24 mo of exposure, the experiment was terminated. This group of diesel soot-exposed animals, which had a particle lung load of 32 mg/g lung wet weight after 18 mo of exposure, also did not show an increased lung tumor rate. The exposure to filtered, soot particle-free diesel exhaust appeared to cause an increase in the lung tumor rate in these NMRI mice, but compared to the controls this increase was not statistically significant at the 95% probability level ($p$ = .053). Furthermore, no diesel exhaust exposure-related lung tumor response was observed in C57BL/6N mice kept in the same diesel exhaust exposure atmospheres with and without soot particles as the NMRI mice, although the total experimental time for the C57BL/6N mice lasted for 30 mo. The average survival time of the C57BL/6N mice was very similar to rats exposed to 7 mg/m$^3$ diesel soot particles, and the particle load per gram lung wet weight at different time points during the 2 yr of exposure was also very similar in these two animal species. The three to four times higher deposition efficiency of particles as small as diesel particles in the lungs of mice compared to rats (Raabe et al., 1988) may have been the main cause for the similarity of the particle lung load observed in these two species, despite the difference in the particle exposure concentrations used.

There are two carcinogenicity studies with diesel engine exhaust-exposed mice published in the literature. Takemoto et al. (1986) exposed ICR and C57BL/6N mice to 2–4 mg/m$^3$ diesel soot, starting the exposure at 24 h after birth. A statistically significant difference between exposed and control animals in respect of lung tumors was not reported by the authors themselves but by IARC (1989), at least for the C57BL/6N mice. In the other published experiment, NMRI mice were exposed to diesel exhaust containing 4.5 mg/m$^3$ diesel soot and to the same exhaust dilution but devoid of particles. Both exposure groups had a significantly higher lung tumor rate than the clean air controls (Heinrich et al., 1986a). However, as stated by

Case 2:23-cv-01006-TLN-JDP Document 44-8 Filed 09/24/24 Page 24 of 26

IARC (1989), the spontaneous lung tumor rate of the control groups of this study was also unusually low compared to historical controls from the same institute, and therefore the difference between exposed and control animals can possibly not be unequivocally related to the effect of diesel exhaust. In consideration of the results of this new study with NMRI and C57BL/6N mice, and taking also into account the concern about the low spontaneous tumor rate found in NMRI clean air controls of the Heinrich et al. (1986a) study, there is a great deal of evidence that, under the conditions tested, diesel soot does not seem to be able to significantly increase the lung tumor rate in NMRI and C57BL/6N mice.

## REFERENCES

Bice, D. E., Mauderly, J. L., Jones, R. K., and McClellan, R. O. 1985. Effect of inhaled diesel exhaust on immune responses after lung immunization. *Fundam. Appl. Toxicol.* 5:1075–1086.

Boehm, H. P. 1968. Die Chemie der Oberfläche fester Stoffe. *Kolloid-Z. Z. Polymere* 227(1–2):17–27.

Brightwell, J., Fouillet, X., Cassano-Zoppi, A. L., Gatz, R., and Duchosal, F. 1986. Neoplastic and functional changes in rodents after chronic inhalation of engine exhaust emissions. In *Carcinogenic and mutagenic effects of diesel engine exhaust*, eds. N. Ishinishi, A. Koizumi, R. O. McClellan, and W. Stöber, pp. 471–486. New York: Elsevier.

Creutzenberg, O., Bellmann, B., Heinrich, U., Fuhst, R., Koch, W., and Muhle, H. 1990. Clearance and retention of inhaled diesel exhaust particles, carbon black, and titanium dioxide in rats at lung overload conditions. *J. Aerosol Sci.* 21(1):455–458.

Dungworth, D. L., Hahn, F. F., Hayashi, Y., Keenan, K., Mohr, U., Rittinghausen, S., and Schwarz, L. 1992. Respiratory system. In *International classification of rodent tumours. Part I: The rat*, eds. U. Mohr, C. C. Capen, D. L. Dungworth, R. A. Griesemer, N. Ito, and V. S. Turusov, pp. 1–57. Sci. Publ. No. 122. Lyon: IARC.

Dungworth, D. L., Mohr, U., Heinrich, U., Ernst, H., and Kittel, B. 1994. Pathologic effects of inhaled particles in rat lungs: Associations between inflammatory and neoplastic processes. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 75–98. Washington, DC: ILSI Press.

*Federal Register*. 1972. Vol. 35, No. 219.

Gallagher, J., Heinrich, U., George, M., Hendee, L., Phillips, D. H., and Lewtas, J. 1994. Formation of DNA adducts in rat lung following chronic inhalation of diesel emissions, carbon black and titanium dioxide particles. *Carcinogenesis* 15(7):1291–1299.

Grimmer, G., Naujack, K. W., and Schneider, D. 1982. Profile analysis of polycyclic aromatic hydrocarbons by glass capillary gas chromatography in atmospheric suspended particulate matter in the nanogram range collecting 10 $m^3$ of air. *Fresenius Z. Anal. Chem.* 311:275–484.

Haul, R., and Dümbgen, D. 1963. Vereinfachte Methode zur Messung von Oberflächengrößen durch Gasabsorbtion. 2. Mitteilung. *Chem.-Ing.-Tech.* 35:586–589.

Heinrich, U. 1994. Carcinogenic effects of solid particles. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 57–73. Washington, DC: ILSI Press

Heinrich, U., Peters, L., Funcke, W., Pott, F., Mohr, W., and Stöber, W. 1982. Investigation of toxic and carcinogenic effects of diesel exhaust in long-term inhalation exposure of rodents. In *Toxicological effects of emissions from diesel engines*, ed. J. Lewtas, pp. 225–242. New York: Elsevier.

Heinrich, U., Muhle, H., Koch, W., and Mohr, U. 1985. Long-term inhalation studies with rodents. In *Safety evaluation and regulation of chemicals 2*, ed. F. Homburger, pp. 239–250. Basel: Karger.

Heinrich, U., Muhle, H., Takenaka, S., Ernst, H., Fuhst, R., Mohr, Z., Pott, F., and Stöber, W. 1986a. Chronic effects on the respiratory tract of hamsters, mice and rats after long-term inhalation of high concentrations of filtered and unfiltered diesel engine emissions. *J. Appl. Toxicol.* 6:383–395.

Heinrich, U., Pott, F., and Rittinghausen, S. 1986b. Comparison of chronic inhalation effects in rodents

after long-term exposure to either coal oven flue gas mixed with pyrolyzed pitch or diesel engine exhaust. In *Carcinogenic and mutagenic effects of diesel engine exhaust*, eds. N. Ishinishi, A. Koizumi, R. O. McClellan, and W. Stöber, pp. 441–457. New York: Elsevier.

Heinrich, U., Mohr, U., Fuhst, R., and Brockmeyer, C. 1989. Investigation of a Potential Cotumorigenic Effect of the Dioxides of Nitrogen and Sulfur, and of Diesel Engine Exhaust, in the Respiratory Tract of Syrian Golden Hamsters, pp. 1–27. Research Report No. 26. Cambridge, MA: Health Effects Institute.

Heinrich, U., Dungworth, D. L., Pott, F., et al. 1994. The carcinogenic effects of carbon black particles and tar/pitch condensation aerosol after inhalation exposure of rats. Seventh Int. Symp. Inhaled Particles, Edinburgh, 16–20 September 1991. *Ann. Occup. Hyg. Suppl.* 38:351–356.

Heinrich, U., Peters, L., Creutzenberg, O., Dasenbrock, C., and Hoymann, H.-G. 1994. Inhalation exposure of rats to tar/pitch condensation aerosol or carbon black alone or in combination with irritant gases. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 433–441. Washington, DC: ILSI Press.

Henderson, R. F., Pickrell, J. A., and Jones, R. K. 1988. Response of rodents to inhaled diluted diesel exhaust: Biochemical and cytological changes in bronchoalveolar lavage fluid and in lung tissue. *Fundam. Appl. Toxicol.* 11:546–567.

Hext, P. M. 1994. Current perspectives on particulate induced pulmonary tumours. *Hum. Exp. Toxicol.* 13: in press.

Hoel, D. G., and Walburg, H. E. 1972. Statistical analysis of survival experiments. *J. Natl. Cancer Inst.* 49:361–372.

IARC. 1989. Diesel and gasoline engine exhausts and some nitroarenes. *Monogr. Eval. Carcinogen. Risk Chem. Hum.* 46. Lyon: International Agency for Research on Cancer.

IARC. 1992. *International classification of rodent tumours. Part I: The rat.* IARC Sci. Publ. no. 122. Lyon: International Agency for Research on Cancer.

Ito, S., and Karnovsky, M. J. 1968. Formaldehyde-glutaraldehyde fixatives containing trinitro compounds. *J. Cell Biol.* 39:168a–169a.

Kaplan, E. L., and Meier, P. 1958. Nonparametric estimation from incomplete observations. *J. Am. Stat. Assoc.* 53:457–481.

Kawabata, Y., Iwai, K., Udagawa, T., Tukagoshi, K., and Higuchi, L. 1986. Effects of diesel soot on unscheduled DNA synthesis of tracheal epithelium and lung tumor formation. In *Carcinogenic and mutagenic effects of diesel engine exhaust*, eds. N. Ishinishi, A. Koizumi, R. O. McClellan, and W. Stöber, pp. 213–222. New York: Elsevier.

Kittel, B., Ernst, H., Dungworth, D. L., Rittinghausen, S., Nolte, T., Kamino, K., Stuart, B., Lake, S. L., Cardesa, A., Morawietz, G., and Mohr, U. 1993. Morphological comparison between benign keratinizing cystic squamous cell tumours of the lung and squamous lesions of the skin in rats. *Exp. Toxicol. Pathol.* 45:257–267.

Koch, W., Lödding, H., Oenning, G., and Muhle, H. 1986. The generation and measurement of dry aerosols in large scale inhalation experiments. *J. Aerosol Sci.* 19:1453–1457.

Lee, K. P., Trochimowicz, H. J., and Reinhardt, C. F. 1985. Pulmonary response of rats exposed to titanium dioxide $TiO_2$ by inhalation for two years. *Toxicol. Appl. Pharmacol.* 79:179–192.

Lee, K. P., Norman, W. H., III, Trochimowicz, H. J., and Reinhardt, C. F. 1986. Pulmonary response to impaired lung clearance in rats following excessive $TiO_2$ dust deposition. *Environ. Res.* 41:144–167.

Lehnert, B. E., and Oberdörster, G. 1993. Fate of fibers in the lower respiratory tract and fiber-induced lung diseases. In *Fiber toxicology*, ed. D. B. Warheit, pp. 349–394. San Diego: Academic Press.

Mauderly, J. L. 1994. Noncancer pulmonary effects of chronic inhalation exposure of animals to solid particles. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 43–55. Washington, DC: ILSI Press.

Mauderly, J. L., Jones, R. K., McClellan, R. O., Henderson, R. F., and Griffith, W. C. 1986. Carcinogenicity of diesel exhaust inhaled chronically by rats. In *Carcinogenic and mutagenic effects of diesel engine exhaust*, eds. N. Ishinishi, A. Koizumi, R. O. McClellan, and W. Stöber, pp. 397–409. New York: Elsevier.

Mauderly, J. L., Gillett, N. A., Henderson, R. F. 1988. Relationships of lung structural and functional changes to accumulation of diesel exhaust particles. *Ann. Occup. Hyg.* 32:659–669.

Morrow, P. E., Muhle, H., and Mermelstein, R. 1991. Chronic inhalation study findings as a basis for proposing a new occupational dust exposure limit. *J. Am. Coll. Toxicol.* 10:279–290.

Muhle, H., Creutzenberg, O., Bellmann, B., Heinrich, U., and Mermelstein, R. 1990. Dust overloading of lung: Investigations of various materials, species differences and irreversibility of effects. *J. Aerosol Med.* 3(1):111–128.

Muhle, H., Bellmann, B., Creutzenberg, O., Dasenbrock, C., Ernst, H., Kilpper, R., MacKenzie, J. C., Morrow, P., Mohr, U., Takenaka, S., and Mermelstein, R. 1991. Pulmonary response to toner upon chronic inhalation exposure in rats. *Fundam. Appl. Toxicol.* 17:280–299.

Muhle, H., Bellmann, B., and Creutzenberg, O. 1994. Toxicokinetics of solid particles in chronic rat studies using diesel soot, carbon black, toner, titanium dioxide, and quartz. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 29–41. Washington, DC: ILSI Press.

Nikula, K. J., Snipes, M. B., Barr, E. B., Griffith, W. C., Henderson, R. F., and Mauderly, J. L. 1994. Influence of particle-associated organic compounds on the carcinogenicity of diesel exhaust. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 565 568. Washington, DC: ILSI Press.

Popp, J. A., and Monteiro-Riviere, N. A. 1985. Macroscopic, microscopic, and ultrastructural anatomy of the nasal cavity, rat. In *ILSI monographs on pathology of laboratory animals. Respiratory system*, eds. T. C. Jones, U. Mohr, and R. D. Hunt, pp. 3–10. New York: Springer.

Pott, F., and Heinrich, U. 1986/1987. Dieselmotorabgas und Lungenkrebs—Experimentelle Daten und ihre Bewertung im Hinblick auf die Gefährdung des Menschen. In *Umwelthygiene*, Jahresbericht 1986/87, Vol. 19 No. 7, pp. 130–167. Düsseldorf: Gesellschaft zur Förderung der Lufthygiene und Silikoseforschung e.V.

Raabe, O. G., Al-Bayati, M. A., Teague, S. V., and Rasolt, A. 1988. Regional deposition of inhaled monodisperse coarse and fine aerosol particles in small laboratory animals. *Ann. Occup. Hyg.* 32:53–63 (suppl. 1).

Rehm, S., Rapp, K. G., and Deerberg, F. 1985. Influence of food restriction and body fat on life span and tumour incidence in female outbred Han:NMRI mice and two sublines. *Z. Versuchstierk.* 27:249–283.

Riebe-Imre, M., Aufderheide, M., Gärtner-Hübsch, S., Peraud, A., and Straub, M. 1994. Cytotoxic and genotoxic effects of insoluble particles in vitro. In *Toxic and carcinogenic effects of solid particles in the respiratory tract*, eds. U. Mohr, D. L. Dungworth, J. L. Mauderly, and G. Oberdörster, pp. 520–523. Washington, DC: ILSI Press.

SAS Institute, Inc. 1985. *SAS users guide: Statistics*, Version 5. Cary, NC: SAS Institute, Inc.

Steinborn, P. 1989. Stammdifferenzen des mittleren Lebensalters und der spontanen und induzierten Tumorhäufigkeit bei Mäuseinzuchtstämmen, p. 75. Dissertation for doctor of veterinary medicine. Hannover: Institut für Versuchstierkunde der Medizinischen Hochschule.

Takemoto, K., Yoshimura, H., and Katayama, H. 1986. Effects of chronic inhalation exposure to diesel exhaust on the development of lung tumors in di-isopropanol-nitrosamine-treated F344 rats and newborn C57BL and ICR mice. In *Carcinogenic and mutagenic effects of diesel engine exhaust*, eds. N. Ishinishi, A. Koizumi, R. O. McClellan, and W. Stöber, pp. 311–327. New York: Elsevier.

Vostal, J. J. 1986. Factors limiting the evidence for chemical carcinogenicity of diesel emissions in long-term inhalation experiments. In *Carcinogenic and mutagenic effects of diesel engine exhaust*, eds. N. Ishinishi, A. Koizumi, R. O. McClellan, and W. Stöber, pp. 381–396. New York: Elsevier.

Wolff, R. K., Henderson, R. F., Snipes, M. B., Griffith, W. C., Mauderly, J. L., Cuddihy, R. G., and McClellan, R. O. 1987. Alterations in particle accumulation and clearance in lungs of rats chronically exposed to diesel exhaust. *Fundam. Appl. Toxicol.* 9:154–166.