# Exhibit D

GOVERNMEN

Ministry of Partnership with Territories and Decentralisation
Ministry of Ecological Transition, Energy, Climate and Risk Prevention
Ministry of Housing and Urban Renewal

Published on 13 February 2023

# France continues to defend the classification of titanium dioxide as a suspected carcinogen at the European level

News release

Olivier Dussopt and Christophe Béchu are committed to defending better consideration of the health of European citizens.

On Wednesday 8 February, the French government announced that it would appeal the judgment of 23 November 2022 of the General Court of the European Union (TEU) annulling the European Commission's delegated regulation on the classification and labelling of titanium dioxide as a suspected carcinogen (category 2) by inhalation for certain forms of powder.

Titanium dioxide (TiO2) is used in a wide variety of industrial applications, including paints, some plastics, food or medicines, to provide a white shine and color.

**France challenges the judgment of the General Court of the European Union**

France challenges the decision of the General Court of the European Union to annul the carcinogenic classification of titanium dioxide, considering that the General Court exceeded the limits of its judicial review by carrying out its own assessment and interpretation of the scientific data. This court decision is also a setback in terms of protecting the health of European citizens and workers who handle this substance.

This appeal responds to the need to reaffirm the hazardous properties of titanium dioxide. The lodging of an appeal has a suspensory effect on the judgment of the General Court, so the harmonised classification will continue to apply until the end of this new procedure.

**France, a pioneer in the regulation of titanium dioxide, reaffirms the dangers associated with it**

The French authorities are particularly vigilant about the dangerousness of titanium dioxide and have played a leading role in terms of scientific expertise and proposals for regulatory management. The French Agency for Food, Environmental and Occupational Health and Safety (ANSES) is at the origin of the project to classify titanium dioxide as a carcinogen (2016) which led to the adoption by the European Commission of a harmonised classification, contested by industry.

France also suspended, as of January 1, 2020, the placing on the market of foodstuffs containing TiO2 (called E171 when used as a food additive), before the European Commission announced the generalization of this ban to the entire European Union in October 2021 due to persistent doubts about the safety of this additive.

France had also intervened in support of the European Commission in the context of the action for annulment brought by the manufacturers against the classification of titanium dioxide as a suspected carcinogen.

# Follow all the news of the ministry with the news of ecology!

Subscribe

# Follow us on social media