# Exhibit E

# IARC SCIENTIFIC PUBLICATIONS

# TUMOUR SITE CONCORDANCE AND MECHANISMS OF CARCINOGENESIS

EDITED BY ROBERT A. BAAN,
BERNARD W. STEWART, AND KURT STRAIF

IARC SCIENTIFIC PUBLICATION NO. 165



International Agency for Research on Cancer

World Health Organization

Table 21.3. Information on animal and human tumours and tumour sites for Group 1 agents in the *IARC Monographs* (adapted from Annex 1, by Grosse et al.)

| Volume Agent number | Agent | Sites with *sufficient evidence* in humans | Site with *limited evidence* in humans | Agent tested in experimental animals | Species Site | Histology | Study/sex/strain/ exposure route | Comments |
|---|---|---|---|---|---|---|---|---|
| 100A 3 | Azathioprine | Non-Hodgkin lymphoma, skin (squamous cell carcinoma) | | Azathioprine | Mouse Lymphoid tissue | Lymphoma | Mitrou et al. (1979a) (Volume 26), F, New Zealand Black and New Zealand White, s.c.; Mitrou et al. (1979b) (Volume 26), F, New Zealand Black and New Zealand White, s.c.; Ito et al. (1989), F, B6C3F1, p.o.; Brambilla et al. (1971), MF, Swiss, i.p. | |
| 100B 25 | Epstein–Barr virus | Burkitt lymphoma, immunosuppression-related non-Hodg-kin lymphoma, extranodal NK/T-cell lymphoma (nasal type), Hodgkin lymphoma, nasopharyngeal carcinoma | Lymphoepithelioma-like carcinoma, gastric carcinoma | | | | | No data on animal studies listed; humans are the only natural hosts for Epstein–Barr virus |
| 100C 35 | Arsenic and inorganic arsenic compounds | Lung, bladder, skin | Kidney, liver, prostate | Dimethylarsinic acid [DMA(V)], Monomethylarsinous acid [MMA(III)], Sodium arsenite | Mouse Lung | Bronchiolo-alveolar carcinoma | DMA(V): Tokar et al. (2012a), M, CD1, d.w.; Sodium arsenite: Waalkes et al. (2003), F, C3H/HeNCr, in utero; Waalkes et al. (2006), M, CD1, in utero; Tokar et al. (2011), MF, CD1, in utero + p.o.; Tokar et al. (2012a), M, CD1, in utero; MMA(III): Tokar et al. (2012b), M, CD1, in utero | |

2

218

Table 21.3. Information on animal and human tumours and tumour sites for Group 1 agents in the *IARC Monographs* (adapted from Annex 1, by Grosse et al.) (continued)

| Volume Agent number | Agent | Sites with *sufficient* evidence in humans | Site with *limited* evidence in humans | Agent tested in experimental animals | Species Site | Histology | Study/sex/strain/ exposure route | Comments |
|---|---|---|---|---|---|---|---|---|
| 100D 45 | Fission products including strontium-90 | Solid cancers, leukaemia | | Strontium-90 | Mouse Bone | Osteosarcoma | Nilsson (1970, 1971), M, CBA, i.p.; Nilsson et al. (1980), F, CBA, i.p. | |
| 100E 68 | Coal, indoor emissions from household combustion of | Lung | | Coal smoke | Mouse Lung | Bronchiolo-alveolar carcinoma | Liang et al. (1988), MF, Kunming, inh.; Lin et al. (1995), MF, Kunming, inh. | |
| 100F 80 | Benzene | Acute myeloid leukaemia, acute non-lymphoblastic leukaemia | Acute lymphoblastic leukaemia, chronic lymphocytic leukaemia, multiple myeloma, non-Hodgkin lymphoma | Benzene | Mouse Thymus | Lymphoma | Snyder et al. (1980), M, C57Bl/6J, inh.; Cronkite et al. (1984), F, C57Bl/6 BNL, inh. | |
| 105 107 | Engine exhaust, diesel | Lung | Bladder | Whole diesel engine exhaust | Rat Lung | Bronchiolo-alveolar carcinoma | Ishinishi et al. (1986), MF, F344, inh.; Mauderly et al. (1986, 1987), MF F344, inh.; Iwai et al. (1986), F, F344, inh.; Heinrich et al. (1995), F, Wistar, inh.; Nikula et al. (1995), F, F344, inh.; Iwai et al. (2000), F, F344, inh. | |
| 106 108 | Trichloroethylene | Kidney | Non-Hodgkin lymphoma, liver | Trichloroethylene | Rat Kidney | Renal cell carcinoma | National Toxicology Program (1990), M, F344/N, g.; National Toxicology Program (1988), M, Osborne-Mendel, g.; National Toxicology Program (1988), F, ACI, g. | |

3

Table 21.3. Information on animal and human tumours and tumour sites for Group 1 agents in the *IARC Monographs* (adapted from Annex 1, by Grosse et al.) (continued)

| Volume Agent number | Agent | Sites with *sufficient* evidence in humans | Site with *limited* evidence in humans | Agent tested in experimental animals | Species Site | Histology | Study/sex/strain/ exposure route | Comments |
|---|---|---|---|---|---|---|---|---|
| 107 109 | Polychlorinated biphenyls | Skin (melanoma) | Non-Hodgkin lymphoma, breast | Aroclor 1260 | Rat Liver | Hepatocellular carcinoma | Mayes et al. (1998), F, Sprague-Dawley, p.o.; Norback and Weltman (1985), F, Sprague-Dawley, p.o.; Kimbrough et al. (1975), F, Sherman, p.o. | |
| 109 111 | Particulate matter in outdoor air pollution | Lung | | | | | | *Sufficient evidence* in experimental animals, but no organ sites identified due to the absence of two (or more) studies of adequate design and quality pointing at the same organ site (with a similar histological origin) in the same species |

F, female; d.w., drinking-water; g., gavage; inh., inhalation; i.p., intraperitoneally; M, male; MF, male and female; NK, natural killer; p.o., orally; s.c., subcutaneously.