# Exhibit G

# Latest GHS Classification Results by the Japanese Government (edited by NITE)

Japanese

## GENERAL INFORMATION

| Item | Information |
|------|-------------|
| CAS RN | 13463-67-7 |
| Chemical Name | Titanium dioxide (nanoparticle) |
| Substance ID | m-nite-13463-67-7a_v1 |
| Download of Excel format | Excel file |

## REFERENCE INFORMATION

| Item | Information |
|------|-------------|
| Guidance used for the classification (External link) | To Guidance List |
| UN GHS document (External link) | To UN GHS document |
| FAQ (GHS classification results by the Japanese Government) | To FAQ |
| List of Information Sources (Excel file) | List of Information Sources |
| List of Definitions/Abbreviations | Definitions/Abbreviations |
| Sample Label by MHLW (External link) | MHLW Website (in Japanese Only) |
| Sample SDS by MHLW (External link) | MHLW Website (in Japanese Only) |
| OECD/eChemPortal (External link) | To OECD/eChemPortal (External link) |

## PHYSICAL HAZARDS

| | Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|------|------|------|------|------|------|------|------|
| 1 | Explosives | Not classified (Not applicable) | -<br>- | - | - | There are no chemical groups associated with explosive properties present in the molecule. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| | | | | | | | | GHS |

| 2 | Flammable gases | Not classified (Not applicable) | - - | - | - | Solid (GHS definition). | FY2016 | Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
|---|---|---|---|---|---|---|---|---|
| 3 | Aerosols | Not classified (Not applicable) | - - | - | - | Not aerosol products. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 4 | Oxidizing gases | Not classified (Not applicable) | - - | - | - | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 5 | Gases under pressure | Not classified (Not applicable) | - - | - | - | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 6 | Flammable liquids | Not classified (Not applicable) | - - | - | - | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 7 | Flammable solids | Not classified | - - | - | - | It is not combustible (HSDB (Acess on May 2016)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 8 | Self-reactive substances and mixtures | Not classified (Not applicable) | - | - | - | There are no chemical groups present in the molecule associated with explosive or self-reactive properties. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 9 | Pyrophoric | Not classified (Not | | | - | Solid (GHS | FY2016 | GHS Classification Guidance for the Japanese |

2

| 9 | liquids | (Not applicable) | - | - | definition). | FY2016 | Government (FY2013 revised edition (Ver. 1.1)) |
|---|---|---|---|---|---|---|---|
| 10 | Pyrophoric solids | Not classified | - - | - | - | It is not combustible (HSDB (Acess on May 2016)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 11 | Self-heating substances and mixtures | Not classified | - - | - | - | It is not combustible (HSDB (Acess on May 2016)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 12 | Substances and mixtures which, in contact with water, emit flammable gases | Not classified | - - | - | - | It is estimated that it does not react vigorously with water due to the observation result of being insoluble in water (ICSC (2002)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 13 | Oxidizing liquids | Not classified (Not applicable) | - - | - | - | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 14 | Oxidizing solids | Classification not possible | - - | - | - | It is an inorganic compound containing oxygen, but the classification is not possible due to no data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 15 | Organic peroxides | Not classified (Not applicable) | - - | - | - | It is an inorganic compound. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 16 | Corrosive to metals | Classification not possible | - | - | - | Test methods applicable to solid substances | FY2016 | GHS Classification Guidance for the Japanese Government |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | metals | not possible | | | | are not available. | | Government (FY2013 revised edition (Ver. 1.1)) |
| 17 | Desensitized explosives | - | -<br>- | - | - | - | - | - |

**HEALTH HAZARDS**

| | Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|---|
| 1 | Acute toxicity (Oral) | Not classified | -<br>- | - | - | This classification was conducted for titanium dioxide particles in the range of 1 to 100 nm.<br><br>Based on the LD50 value of > 5,000 mg/kg (SIDS (2015)) for rats, it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Dermal) | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Inhalation: Gases) | Not classified (Not applicable) | -<br>- | - | - | Solid (GHS definition) | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Inhalation: Vapours) | Not classified (Not applicable) | -<br>- | - | - | Solid (GHS definition) | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Inhalation: Dusts and mists) | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | (Ver. 1.1)) |
| 2 | Skin corrosion/irritation | Not classified | - - | - | - | Based on a report that no clear skin irritation was observed in the volunteer tests using an emulsion containing titanium dioxide nanoparticles and on a description that no skin irritation was observed in animals (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013)), it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 3 | Serious eye damage/eye irritation | Not classified | - - | - | - | Based on a description that no eye irritation was observed in animals (OEL Documentations (Japan Society For Occupational Health (JDOH), 2013)), it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 4 | Respiratory sensitization | Classification not possible | - - | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 4 | Skin sensitization | Classification not possible | - - | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| | | | | | | As for in vivo, micronucleus tests in peripheral erythrocytes of | | |

| | | | | | | mice using anatase (75%)/rutile (25%) was positive, DNA damage tests in peripheral erythrocytes and liver of mice using anatase (75%)/rutile (25%) were positive, a Comet assay using the lung of rats was negative (crystal type of used nanoparticles was unknown) (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013)), Risk Assessment Documents (National Institute of Advanced Industrial Science and Technology, 2011), DFGOT (2014), Environmental Risk Assessment for Chemical Substances vol. 8 (Ministry of the Environment, 2010), IARC 93 (2010)). In addition, a gene mutation test (gpt/liver, Pig-a/red blood cell), a micronucleus test (reticulocyte) and the comet assay (liver) by intravenous administration to transgenic mice using anatase (75%)/rutile (25%) were reported recently, and all |
| --- | --- | --- | --- | --- | --- | --- |

| 5 | Germ cell mutagenicity | Classification not possible | -<br>- | - | - | recently, the all tests results were negative (Mutation Research (2016)). As for in vitro, it was reported that in tests using anatase (100%), anatase (80%)/rutile (20%), rutile (100%), and anatase (70-85%)/rutile (30-15%), bacterial reverse mutation tests were negative, gene mutation tests using cultured mammalian cells such as primary cultured embryonic fibroblasts derived from gpt delta transgenic mice, micronucleus test of mammalian cultured cells and chromosome aberration test were positive or negative (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013)), Risk Assessment Documents (National Institute of Advanced Industrial Science and Technology, 2011), IARC 93 (2010), Environmental Risk Assessment for Chemical Substances vol. 8 (Ministry of the Environment, 2010), DFGOT (2014)). It is | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

concluded in Initial Risk Assessment Report (Ministry of Health, Labour and Welfare, 2013) that it was considered to be genotoxic from positive results in multiple in vitro micronucleus tests, in vivo micronucleus tests, etc., however, in genotoxicity of poorly soluble particles such as this substance, indirect (secondary) genotoxicity caused by free radicals was involved rather than direct action on the nucleus.

From the above, positive result in vivo could not be regarded as definite finding because there are contradictory findings to positive in vivo findings observed so far, and it is evaluated that indirect (secondary) genotoxicity caused by free radicals was involved rather than direct action by this substance. Therefore, it was classified as "Classification not possible."

In a study in which female

rats were exposed by inhalation to titanium dioxide nanoparticles (P25 (80% anatase/20% rutile, average primary particle size: 25 nm) at an average weight concentration of 10 mg/m3 for 2 years (18 hours/day, 5 days/week), the number of animals which developed lung tumors increased as 19/100 in the exposed group versus 1/217 in the non-exposed group. The breakdown of lung tumors was 3/100 for squamous cell carcinomas, 4/100 for adenomas, and 17/100 for adenocarcinomas (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013), IARC 93 (2010)). In a study in which male and female rats were exposed by inhalation to titanium dioxide (crystalline type unspecified), 99% of which had a primary particle size of 0.5 micrometer, at 15.95 mg/m3 for 12 weeks (6 hours/day, 5 days/week) and tumor incidences were checked after 140 weeks,

P308+P313
P201

GHS Classification Guidance for

9

| 6 | Carcinogenicity | Category 2 | 

Warning | H351 | P201
P202
P280
P405
P501 | mortality was high (male: 88%, female: 90%), but in surviving animals, adenoma and squamous cell papilloma of the respiratory tract were observed in each one male, and bronchiolar alveolar adenoma was observed in one female (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013), IARC 93 (2010)). Moreover, in a test using rats given two types of titanium oxide fine particles of P25 or AL23 (anatase, average particle diameter: 200 nm or less) by intratracheal administration at three or six times, high incidence of lung tumors was observed (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013)).

  As described above, there were the evidences that titanium oxide nanoparticles showed carcinogenicity in experimental animals, and part of them was the evidence data based on which IARC classified titanium oxide in Group 2B. Therefore, the | FY2016 | Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | substance was classified in Category 2 for this hazard class. | | |
| 7 | Reproductive toxicity | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 8 | Specific target organ toxicity - Single exposure | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| | | | | | | There is no information on humans.<br>As for experimental animals, in studies in which rats, mice and hamsters were exposed by inhalation to titanium dioxide nanoparticles (particle size 21 nm, anatase 80%/rutile 20%) for 13 weeks (6 hours/day, 5 days/week) and pulmonary responses were measured at 4, 13, 26 and 52 weeks (49 weeks for hamsters) after the end of exposure, significant increases in total number of cells in bronchoalveolar lavage fluid (BALF), neutrophil count, macrophage count, and lymphocyte count as the | | |

| 9 | Specific target organ toxicity - Repeated exposure | Category 1 (respiratory organs) |  Danger | H372 | P260 P264 P270 P314 P501 | fraction of BALF, LDH, protein concentration was observed at 10 mg/m3 (0.007 mg/L), which is equivalent to Category 1, and in rats and mice, pulmonary clearance was delayed, indicating that overload of titanium dioxide occurred (OEL Documentations (Japan Society For Occupational Health (JSOH), 2013), Environmental Risk Assessment for Chemical Substances vol. 8 (Ministry of the Environment, 2010), Risk Assessment Documents (National Institute of Advanced Industrial Science and Technology, 2011)). In addition, it was reported that in a 12-week (6 hours/day, 5 days/week) toxicity study using rats exposed by inhalation to 23 mg/m3 of titanium dioxide fine particles (particle diameter 250 nm, anatase type) or titanium dioxide nanoparticles (particle diameter 21 nm, anatase type), pulmonary inflammatory | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

12

inflammatory response appeared more strongly in the nanoparticle group, but after 64 weeks, it became almost the same as in the control group and exhibited reversibility at 23 mg/m3 (converted guidance value: 0.015mg/L), which is equivalent to Category 1 (Environmental Risk Assessment for Chemical Substances vol. 8 (Ministry of the Environment, 2010), Ferin, J. et al, Am J Respir Cell MoI Biol., 6, 535-542, (1992)).
    Therefore, it was classified in Category 1 (respiratory organ).

| | Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|---|
| 10 | Aspiration hazard | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

**ENVIRONMENTAL HAZARDS**

| | Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|---|
| 11 | Hazardous to the aquatic environment Short term (Acute) | Classification not possible | -<br>- | - | - | Because evaluation of the reliability of an ecological toxicity test using nanoparticles is not possible, it was classified as | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition |

| | | | | | | Rationale | FY | Source |
|---|---|---|---|---|---|---|---|---|
| | | | | | | was classified as "Classification not possible." | | (Ver. 1.1)) |
| 11 | Hazardous to the aquatic environment Long term (Chronic) | Classification not possible | - - | - | - | Because evaluation of the reliability of an ecological toxicity test using nanoparticles is not possible, it was classified as "Classification not possible." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 12 | Hazardous to the ozone layer | Classification not possible | - - | - | - | No data available. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

**NOTE:**

- **GHS Classification Result by the Japanese Government is intended to provide a reference for preparing a GHS label or SDS for users. To include the same classification result in a label or SDS for Japan is NOT mandatory.**
- Users can cite or copy this classification result when preparing a GHS label or SDS. Please be aware, however, that the responsibility for a label or SDS prepared by citing or copying this classification result lies with users.
- This GHS classification was conducted based on the information sources and the guidance for classification and judgement which are described in the GHS Classification Guidance for the Japanese Government etc. Using other literature, test results etc. as evidence and including different content from this classification result in a label or SDS are allowed.
- Hazard statement and precautionary statement will show by hovering the mouse cursor over a code in the column of "Hazard statement" and "Precautionary statement," respectively. In the excel file, both the codes and statements are provided.
- A blank or "-" in the column of "Classification" denotes that a classification for the hazard class was not conducted in the year.
- An asterisk "*" in the column of "Classification" denotes that "Not classified (or No applicable)" and/or "Classification not possible" is applicable. Details are described in the column of "Rationale for the classification". If no English translation is available for "Rationale for the classification," please refer to the Japanese version of the results.

-----------------------------------------------------

To GHS General Information

(C) 2021– National Institute of Technology and Evaluation

## Latest GHS Classification Results by the Japanese Government (edited by NITE)

Japanese

### GENERAL INFORMATION

| Item | Information |
|---|---|
| CAS RN | 13463-67-7 |
| Chemical Name | Titanium dioxide (excluding nanoparticle) |
| Substance ID | m-nite-13463-67-7_v1 |
| Download of Excel format | Excel file |

### REFERENCE INFORMATION

| Item | Information |
|---|---|
| Guidance used for the classification (External link) | To Guidance List |
| UN GHS document (External link) | To UN GHS document |
| FAQ (GHS classification results by the Japanese Government) | To FAQ |
| List of Information Sources (Excel file) | List of Information Sources |
| List of Definitions/Abbreviations | Definitions/Abbreviations |
| Sample Label by MHLW (External link) | MHLW Website (in Japanese Only) |
| Sample SDS by MHLW (External link) | MHLW Website (in Japanese Only) |
| OECD/eChemPortal (External link) | To OECD/eChemPortal (External link) |

### PHYSICAL HAZARDS

| | Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|---|
| 1 | Explosives | Not classified (Not applicable) | - - | - | - | There are no chemical groups associated with explosive properties present in the molecule. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 2 | Flammable gases | Not classified (Not applicable) | - - | - | - | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | revised edition (Ver. 1.1)) |
| 3 | Aerosols | Not classified (Not applicable) | - - | - | - | | Not aerosol products. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 4 | Oxidizing gases | Not classified (Not applicable) | - - | - | - | | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 5 | Gases under pressure | Not classified (Not applicable) | - - | - | - | | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 6 | Flammable liquids | Not classified (Not applicable) | - - | - | - | | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 7 | Flammable solids | Not classified | - - | - | - | | It is not combustible (HSDB (Acess on May 2016)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 8 | Self-reactive substances and mixtures | Not classified (Not applicable) | - - | - | - | | There are no chemical groups present in the molecule associated with explosive or self-reactive properties. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 9 | Pyrophoric liquids | Not classified (Not applicable) | - - | - | - | | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 10 | Pyrophoric solids | Not classified | - - | - | - | | It is not combustible (HSDB (Acess on May 2016)). | FY2016 | GHS Classification Guidance for the Japanese Government |

| | Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (FY2013 revised edition (Ver. 1.1)) | | |
| 11 | Self-heating substances and mixtures | Not classified | -<br>-<br>- | - | - | It is not combustible (HSDB (Acess on May 2016)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 12 | Substances and mixtures which, in contact with water, emit flammable gases | Not classified | -<br>-<br>- | - | - | It is estimated that it does not react vigorously with water due to the observation result of being insoluble in water (ICSC (2002)). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 13 | Oxidizing liquids | Not classified (Not applicable) | -<br>-<br>- | - | - | Solid (GHS definition). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 14 | Oxidizing solids | Classification not possible | -<br>-<br>- | - | - | It is an inorganic compound containing oxygen, but the classification is not possible due to no data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 15 | Organic peroxides | Not classified (Not applicable) | -<br>-<br>- | - | - | It is an inorganic compound. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 16 | Corrosive to metals | Classification not possible | -<br>-<br>- | - | - | Test methods applicable to solid substances are not available. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 17 | Desensitized explosives | - | -<br>-<br>- | - | - | - | - | - |

## HEALTH HAZARDS

| Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|
| | | | | | For this classification, classification was done using titanium oxide | | |

using titanium oxide information excluding data specified as nanoparticles.

| 1 | Acute toxicity (Oral) | Not classified | -<br>- | - | - | Based on reports of LD50 values for rats of > 2,000 mg/kg, > 5,000 mg/kg (SIDS (2015)), > 10,000 mg/kg (HSDB (Access on May 2016), Environmental Risk Assessment for Chemical Substances Vol.8 (Ministry of the Environment, 2010)), > 12,000 mg/kg, > 20,000 mg/kg (Environmental Risk Assessment for Chemical Substances Vol. 8 (Ministry of the Environment, 2010)), it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Dermal) | Not classified | -<br>- | - | - | Based on reports of an LD50 value for hamsters of > 10,000 mg/kg (HSDB (Access on May 2016), Environmental Risk Assessment for Chemical Substances Vol. 8 (Ministry of the Environment, 2010)), it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Inhalation: Gases) | Not classified (Not applicable) | -<br>- | - | - | Solid (GHS definition) | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Inhalation: Vapours) | Not classified (Not applicable) | -<br>- | - | - | Solid (GHS definition) | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 1 | Acute toxicity (Inhalation: Dusts and mists) | Not classified | -<br>- | - | - | Based on a report of an LC50 value for rats of > 5.09 mg/L (SIDS (2015)), it was classified as "Not classified." There is also a report of > 3.43 mg/L (SIDS (2015)), however, because classification could not be judged, it was not adopted as data. New information was added and classification was changed. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 2 | Skin corrosion/irritation | Not classified | - | - | - | From descriptions (SIDS (2015)) of slight or no irritation in skin irritation tests using rabbits, it was | FY2016 | GHS Classification Guidance for the Japanese Government |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | corrosion/irritation | | - | | | classified as "Not classified" (Category 3 in UN GHS classification). | Government (FY2013 revised edition (Ver. 1.1)) |
| 3 | Serious eye damage/eye irritation | Classification not possible | - - | - | - | There is a report that in an eye irritation test (OECD TG 405) using rabbits, mild conjunctival redness was observed in 2 out of 3 animals 24 hours after the application, but disappeared within 48 hours, and there is a report that slight irritation was observed 24 hours after the application, but no irritation was observed after 48 and 72 hours (SIDS (2015)). The irritation observed in these tests may be thought to be due to physical stimulation, however, since the particle shape could not be confirmed, it was classified as "Classification not possible." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 4 | Respiratory sensitization | Classification not possible | - - | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 4 | Skin sensitization | Not classified | - - | - | - | Both a skin sensitization test using the guinea pigs (Buehler method, OECD TG 406) and a skin sensitization test using mice (LLNA method, OECD TG 429) were negative, and it was judged that this substance doesn't have skin sensitizing potential (SIDS (2015)). Therefore, it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| | | | | | | As for in vivo, it was reported that micronucleus tests using peripheral erythrocytes or bone marrow cells of mice were negative, an hprt gene mutation assay using alveolar cells of rats was positive, a chromosomal aberration test using mouse bone marrow cells and a DNA damage test in rat lungs were negative (SIDS (2015), National Institute of Advanced Industrial Science and Technology (2011), DFGOT (2014), Environmental Risk | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | Germ cell mutagenicity | Classification not possible | -<br>- | - | - | Assessment for Chemical Substances Vol. 8 (Ministry of the Environment, 2010), IARC 93 (2010)). As for in vitro, negative results were reported in all of bacterial reverse mutation tests, micronucleus tests, chromosome aberration tests, and mouse lymphoma assays using cultured mammalian cells (SIDS (2015), OEL Documentations (Japan Society For Occupational Health (JSOH), 2013), National Institute of Advanced Industrial Science and Technology (2011), IARC 93 (2010), Environmental Risk Assessment for Chemical Substances Vol. 8 (Ministry of the Environment, 2010), DFGOT (2014)). In addition, it is evaluated in SIDS (2015) that it is not possible to conclude on the genotoxicity of this substance because positive in vivo findings are not by standard tests. From the above, it was classified as "Classification not possible." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| | | | | | | In a large scale cohort study in Europe, a slightly increased risk of lung cancer in occupational exposure to this substance was indicated, however, dose–response relationship was not observed in the exposed group. In addition, in cohort studies and a case-control study in North America, an association between exposure of this substance and carcinogenesis was not shown, and it is concluded that the evidence in humans for the carcinogenicity is limited (IARC 93 (2010)). As for experimental animals, an increase in the incidences of lung adenomas and squamous cell carcinomas was seen in the high concentration group (250 mg/m3) in one study using rats exposed by inhalation for 2 years (IARC 93 (2010), SIDS (2015)). In addition, also in a study in which rats were exposed by inhalation to | | |

| 6 | Carcinogenicity | Category 2 |  Warning | H351 | P308+P313 P201 P202 P280 P405 P501 | ultrafine particles (P25) of this substance for 2 years, an increase in incidence of lung tumors (benign squamous cell tumors, squamous cell carcinomas, adenomas, and adenocarcinomas) in exposed group (32/100 vs control group 1/217) was observed, but no increase in tumor incidence was observed in a mice study (IARC 93 (2010)). Other than this, an increase in incidence of benign and malignant lung tumors was observed in a test using rats in which titanium oxide was administered by intratracheal instillation. On the other hand, no increase in tumor was observed in any of the tests using rats or mice dosed orally, subcutaneously, or intraperitoneally (IARC 93 (2010)). From the above, IARC classified it in Group 2 based on the sufficient evidence of carcinogenicity in experimental animals (IARC 93 (2010)). In addition, the Japan Society For Occupational Health (JSOH) classified it in Group 2B as a provisional classification (Recommendation of Occupational Exposure (2015)). Therefore, the substance was classified in Category 2 for this hazard class. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 7 | Reproductive toxicity | Classification not possible | - - | - | - | In a reproduction/developmental toxicity screening test (OECD TG 421) using rats, no adverse effects on fertility of parental animals, survival and development up to 4 days after delivery of offspring were observed even up to at a dose of 1,000 mg/kg/day administered by gavage (SIDS (2015)). However, because this test is a screening test, it was not possible to classify this substance as "Not classified" only from this result, and there is no other data available for classification. Therefore, the classification was not | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

| | | | | | | possible due to lack of data. | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Specific target organ toxicity - Single exposure | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 9 | Specific target organ toxicity - Repeated exposure | Category 1 (respiratory organs) | <br>Danger | H372 | P260<br>P264<br>P270<br>P314<br>P501 | There is no information on humans.<br>    As for experimental animals, in a 2-year inhalation toxicity test using rats, increases in leukocyte and neutrophil counts, and increase in pneumonia, tracheitis, and rhinitis with squamous metaplasia in the anterior nasal cavity were observed at 10 mg/m3 which is in the range of Category 1, and in a 24-month inhalation toxicity study using rats, lung fibrosis, minor changes in cytologic pattern in bronchoalveolar lavage fluid (BALF), a slight increase in polymorphonuclear leukocyte count, increase in macrophage and hyperplasia of the lung-associated lymph nodes were observed at 5 mg/m3 (SIDS (2015)).<br>    Besides, as for oral route, no effects were observed even at doses corresponding to "Not classified" in 13-week or 103-week repeated dose toxicity tests using rats or mice dosed by feeding (Environmental Risk Assessment for Chemical Substances Vol. 8 (Ministry of the Environment, 2010)).<br>    Therefore, it was classified in Category 1 (respiratory organs). | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 10 | Aspiration hazard | Classification not possible | -<br>- | - | - | Classification not possible due to lack of data. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

**ENVIRONMENTAL HAZARDS**

| | | | | | | | GHS |
|---|---|---|---|---|---|---|---|

| Hazard class | Classification | Pictogram Signal word | Hazard statement (code) | Precautionary statement (code) | Rationale for the classification | Classification year (FY) | GHS Classification Guidance for the Japanese Government |
|---|---|---|---|---|---|---|---|
| 11 Hazardous to the aquatic environment Short term (Acute) | Not classified | - - | - | - | From 72-hour EL50 (growth rate) > 100 mg/L for algae (Pseudokirchneriella subcapitata), 48-hour EL50 > 100 mg/L for crustacea (Daphnia magna), and 96-hour LL50 > 100 mg/L for fish (Oryzias latipes) (all SIDS, 2015), it was classified as "Not classified." | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 11 Hazardous to the aquatic environment Long term (Chronic) | Category 4 | - - | H413 | P273 P501 | Reliable chronic toxicity data were not obtained. It is poorly water-soluble (insoluble in water, ICSC, 2002), and classified as "Not classified" for acute toxicity, but due to the unknown environmental behavior of the inorganic compound, it was classified in Category 4. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |
| 12 Hazardous to the ozone layer | Classification not possible | - - | - | - | No data available. | FY2016 | GHS Classification Guidance for the Japanese Government (FY2013 revised edition (Ver. 1.1)) |

**NOTE:**

- **GHS Classification Result by the Japanese Government is intended to provide a reference for preparing a GHS label or SDS for users. To include the same classification result in a label or SDS for Japan is NOT mandatory.**
- Users can cite or copy this classification result when preparing a GHS label or SDS. Please be aware, however, that the responsibility for a label or SDS prepared by citing or copying this classification result lies with users.
- This GHS classification was conducted based on the information sources and the guidance for classification and judgement which are described in the GHS Classification Guidance for the Japanese Government etc. Using other literature, test results etc. as evidence and including different content from this classification result in a label or SDS are allowed.
- Hazard statement and precautionary statement will show by hovering the mouse cursor over a code in the column of "Hazard statement" and "Precautionary statement," respectively. In the excel file, both the codes and statements are provided.
- A blank or "-" in the column of "Classification" denotes that a classification for the hazard class was not conducted in the year.
- An asterisk "*" in the column of "Classification" denotes that "Not classified (or No applicable)" and/or "Classification not possible" is applicable. Details are described in the column of "Rationale for the classification". If no English translation is available for "Rationale for the classification," please refer to the Japanese version of the results.

--------------------------------------------------------

To GHS General Information

(C) 2021– National Institute of Technology and Evaluation