# Exhibit O

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date** : 12.29.2014     Page 1 of 7

## Titanium Dioxide Powder

### SECTION 1 : Identification of the substance/mixture and of the supplier

**Product name** :     Titanium Dioxide Powder
**Manufacturer/Supplier Trade name**:
**Manufacturer/Supplier Article number**: S25818
**Recommended uses of the product and uses restrictions on use**:
**Manufacturer Details**:

AquaPhoenix Scientific
9 Barnhart Drive, Hanover, PA 17331

**Supplier Details**:

Fisher Science Education
15 Jet View Drive, Rochester, NY 14624

**Emergency telephone number**:

Fisher Science Education    Emergency Telephone No.: 800-535-5053

### SECTION 2 : Hazards identification

**Classification of the substance or mixture**:



Health hazard
Carcinogenicity, category 2

Carcinogenicity, category 2
Hazards Not Otherwise Classified - Combustible Dust

**Signal word** :Warning

**Hazard statements**:
Suspected of causing cancer
**Precautionary statements**:
Obtain special instructions before use
Do not handle until all safety precautions have been read and understood
Use personal protective equipment as required
IF exposed or concerned: Get medical advice/attention
Store locked up
Dispose of contents/container to ...

**Combustible Dust Hazard: :**
May form combustible dust concentrations in air (during processing).

**Other Non-GHS Classification**:

WHMIS



D2A

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date** : 12.29.2014                                                                                                                                    Page 2 of 7

**Titanium Dioxide Powder**

NFPA/HMIS


NFPA SCALE (0-4)


HMIS RATINGS (0-4)

### SECTION 3 : Composition/information on ingredients

| Ingredients: | | |
|---|---|---|
| CAS 13463-67-7 | Titanium dioxide | 100 % |

Percentages are by weight

### SECTION 4 : First aid measures

**Description of first aid measures**

**After inhalation:** Move exposed individual to fresh air. Loosen clothing as necessary and position individual in a comfortable position.Seek medical advice if discomfort or irritation persists.If breathing difficult, give oxygen.

**After skin contact:** Wash affected area with soap and water. Rinse/flush exposed skin gently using water for 15-20 minutes. Seek medical advice if discomfort or irritation persists.

**After eye contact:** Protect unexposed eye. Rinse/flush exposed eye(s) gently using water for 15-20 minutes. Remove contact lens(es) if able to do so during rinsing. Seek medical attention if irritation persists or if concerned.

**After swallowing:** Rinse mouth thoroughly. Do not induce vomiting. Have exposed individual drink sips of water. Seek medical attention if irritation, discomfort or vomiting persists.

**Most important symptoms and effects, both acute and delayed:**

Irritation, Nausea,Headache, Shortness of breath.;

**Indication of any immediate medical attention and special treatment needed:**

If seeking medical attention, provide SDS document to physician.

### SECTION 5 : Firefighting measures

**Extinguishing media**

**Suitable extinguishing agents:** If in laboratory setting, follow laboratory fire suppression procedures. Use appropriate fire suppression agents for adjacent combustible materials or sources of ignition

**For safety reasons unsuitable extinguishing agents:**

**Special hazards arising from the substance or mixture:**

Combustion products may include carbon oxides or other toxic vapors.Thermal decomposition can lead to release of irritating gases and vapors.Avoid generating dust; fine dust dispersed in air in sufficient concentrations, and in the presence of an ignition source is a potential dust explosion hazard.

**Advice for firefighters:**

**Protective equipment:** Use NIOSH-approved respiratory protection/breathing apparatus.

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date** : 12.29.2014 Page 3 of 7

**Titanium Dioxide Powder**

**Additional information (precautions):** Move product containers away from fire or keep cool with water spray as a protective measure, where feasible.Use spark-proof tools and explosion-proof equipment.

### SECTION 6 : Accidental release measures

**Personal precautions, protective equipment and emergency procedures:**

Wear protective equipment. Transfer to a disposal or recovery container.Use spark-proof tools and explosion-proof equipment.Use respiratory protective device against the effects of fumes/dust/aerosol. Keep unprotected persons away. Ensure adequate ventilation.Keep away from ignition sources. Protect from heat.Stop the spill, if possible. Contain spilled material by diking or using inert absorbent.

**Environmental precautions:**

Prevent from reaching drains, sewer or waterway. Collect contaminated soil for characterization per Section 13

**Methods and material for containment and cleaning up:**

If in a laboratory setting, follow Chemical Hygiene Plan procedures.Place into properly labeled containers for recovery or disposal. If necessary, use trained response staff/contractor.Dust deposits should not be allowed to accumulate on surfaces, as these may form an explosive mixture if they are released into the atmosphere in sufficient concentration. Avoid dispersal of dust in the air (i.e., clearing dust surfaces with compressed air). Collect solids in powder form using vacuum with (HEPA filter)

**Reference to other sections:**

### SECTION 7 : Handling and storage

**Precautions for safe handling:**

Minimize dust generation and accumulation. Wash hands after handling. Avoid dispersal of dust in the air (i.e., clearing dust surfaces with compressed air). Routine housekeeping should be instituted to ensure that dusts do not accumulate on surfaces. Dry powders can build static electricity charges when subjected to the friction of transfer and mixing operations. Follow good hygiene procedures when handling chemical materials. Do not eat, drink, smoke, or use personal products when handling chemical substances. If in a laboratory setting, follow Chemical Hygiene Plan.Use only in well ventilated areas.Avoid generation of dust or fine particulate.Avoid contact with eyes, skin, and clothing.

**Conditions for safe storage, including any incompatibilities:**

Store in a cool location. Provide ventilation for containers. Avoid storage near extreme heat, ignition sources or open flame. Store away from foodstuffs. Store away from oxidizing agents.Store in cool, dry conditions in well sealed containers. Keep container tightly sealed.Store with like hazards

### SECTION 8 : Exposure controls/personal protection

 

**Control Parameters:** 13463-67-7, Titanium dioxide, ACGIH TLV: 10, OSHA PEL: 10
, , OSHA PEL TWA (Total Dust) 15 mg/m3 (50 mppcf*)
, , ACGIH TLV TWA (inhalable particles) 10 mg/m3

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date** : 12.29.2014     Page 4 of 7

| **Titanium Dioxide Powder** |
|---|

| | |
|---|---|
| **Appropriate Engineering controls:** | Emergency eye wash fountains and safety showers should be available in the immediate vicinity of use/handling.Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapor or dusts (total/respirable) below the applicable workplace exposure limits (Occupational Exposure Limits-OELs) indicated above.Use under a fume hood. It is recommended that all dust control equipment such as local exhaust ventilation and material transport systems involved in handling of this product contain explosion relief vents or an explosion suppression system or an oxygen deficient environment.Ensure that dust-handling systems (such as exhaust ducts, dust collectors, vessels, and processing equipment) are designed in a manner to prevent the escape of dust into the work area (i.e., there is no leakage from the equipment). |
| **Respiratory protection:** | Not required under normal conditions of use. Use suitable respiratory protective device when high concentrations are present. Use suitable respiratory protective device when aerosol or mist is formed. For spills, respiratory protection may be advisable. |
| **Protection of skin:** | The glove material has to be impermeable and resistant to the product/ the substance/ the preparation being used/handled.Selection of the glove material on consideration of the penetration times, rates of diffusion and the degradation. |
| **Eye protection:** | Safety glasses with side shields or goggles. |
| **General hygienic measures:** | The usual precautionary measures are to be adhered to when handling chemicals. Keep away from food, beverages and feed sources. Immediately remove all soiled and contaminated clothing. Wash hands before breaks and at the end of work. Do not inhale gases/fumes/dust/mist/vapor/aerosols. Avoid contact with the eyes and skin. |

### SECTION 9 : Physical and chemical properties

| | | | |
|---|---|---|---|
| **Appearance (physical state,color):** | White solid | **Explosion limit lower:** <br> **Explosion limit upper:** | Not Determined <br> Not Determined |
| **Odor:** | Odorless | **Vapor pressure:** | Not Determined |
| **Odor threshold:** | Not Determined | **Vapor density:** | Not Determined |
| **pH-value:** | Not Determined | **Relative density:** | 3. 84 – 4.26 |
| **Melting/Freezing point:** | 1855 C | **Solubilities:** | ND = Not Determined. N/A = Not Applicable. Insoluble in water. |
| **Boiling point/Boiling range:** | 2900C | **Partition coefficient (n-octanol/water):** | Not Determined |
| **Flash point (closed cup):** | Not Determined | **Auto/Self-ignition temperature:** | Not Determined |
| **Evaporation rate:** | Not Determined | **Decomposition temperature:** | Not Determined |
| **Flammability (solid,gaseous):** | Not Determined | **Viscosity:** | a. Kinematic:Not Determined <br> b. Dynamic: Not Determined |
| **Density**: Not Determined | | | |

### SECTION 10 : Stability and reactivity

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date** : 12.29.2014 Page 5 of 7

| Titanium Dioxide Powder |
|---|

**Reactivity:**
**Chemical stability:** No decomposition if used and stored according to specifications.
**Possible hazardous reactions:**
**Conditions to avoid:** Store away from oxidizing agents, strong acids or bases. Excess heat.
**Incompatible materials:** Strong acids. Strong bases. Metals.
**Hazardous decomposition products:** Carbon oxides (CO, CO2).

| SECTION 11 : Toxicological information |
|---|

| Acute Toxicity: | | |
|---|---|---|
| **Oral**: | >10,000 mg/kg | LD50 Rat |
| **Dermal**: | >10,000 mg/kg | LD50 Rabbit |
| **Chronic Toxicity**: No additional information. | | |
| **Corrosion Irritation**: No additional information. | | |
| **Sensitization**: | | Will not occur |
| **Single Target Organ (STOT)**: | | No additional information. |
| **Numerical Measures**: | | No additional information. |
| **Carcinogenicity**: | | IARC:: group 2B - Possibly carcinogenic to humans |
| **Mutagenicity**: | | Hamster Lungs DNA inhibition. Hamster ovary Sister chromatid exchange |
| **Reproductive Toxicity**: | | No additional information. |

| SECTION 12 : Ecological information |
|---|

**Ecotoxicity**
   **Fish**: LC50 - other fish - > 1,000 mg/l - 96 h
   **Invertebrates**: EC50 - Daphnia magna (Water flea) - > 1,000 mg/l - 48 h
**Persistence and degradability**: Readily degradable in the environment.
**Bioaccumulative potential**:
**Mobility in soil**:
**Other adverse effects**:

| SECTION 13 : Disposal considerations |
|---|

**Waste disposal recommendations**:
   Product/containers must not be disposed together with household garbage. Do not allow product to reach sewage system or open water. It is the responsibility of the waste generator to properly characterize all waste materials according to applicable regulatory entities (US 40CFR262.11). Consult federal state/ provincial and local regulations regarding the proper disposal of waste material that may incorporate some amount of this product.

| SECTION 14 : Transport information |
|---|

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date :** 12.29.2014                                                                                                                               Page 6 of 7

| **Titanium Dioxide Powder** |
|---|

**UN-Number**
  Not Dangerous Goods
**UN proper shipping name**
  Not Dangerous Goods
**Transport hazard class(es)**
**Packing group:** Not Dangerous Goods
**Environmental hazard:**
**Transport in bulk:**
**Special precautions for user:**

| **SECTION 15 : Regulatory information** |
|---|

**United States (USA)**
  **SARA Section 311/312 (Specific toxic chemical listings):**
    Acute, Chronic
  **SARA Section 313 (Specific toxic chemical listings):**
    None of the ingredients is listed
  **RCRA (hazardous waste code):**
    None of the ingredients is listed
  **TSCA (Toxic Substances Control Act):**
    All ingredients are listed.
  **CERCLA (Comprehensive Environmental Response, Compensation, and Liability Act):**
    None of the ingredients is listed

**Proposition 65 (California):**

  **Chemicals known to cause cancer:**
    None of the ingredients is listed
  **Chemicals known to cause reproductive toxicity for females:**
    None of the ingredients is listed
  **Chemicals known to cause reproductive toxicity for males:**
    None of the ingredients is listed
  **Chemicals known to cause developmental toxicity:**
    None of the ingredients is listed

**Canada**

  **Canadian Domestic Substances List (DSL):**
    All ingredients are listed.
  **Canadian NPRI Ingredient Disclosure list (limit 0.1%):**
    None of the ingredients is listed
  **Canadian NPRI Ingredient Disclosure list (limit 1%):**
    None of the ingredients is listed

| **SECTION 16 : Other information** |
|---|

This product has been classified in accordance with hazard criteria of the Controlled Products Regulations and the

**Safety Data Sheet**
according to 29CFR1910/1200 and GHS Rev. 3

**Effective date** : 12.29.2014  Page 7 of 7

| Titanium Dioxide Powder |
|---|

SDS contains all the information required by the Controlled Products Regulations.Note:. The responsibility to provide a safe workplace remains with the user.The user should consider the health hazards and safety information contained herein as a guide and should take those precautions required in an individual operation to instruct employees and develop work practice procedures for a safe work environment.The information contained herein is, to the best of our knowledge and belief, accurate.However, since the conditions of handling and use are beyond our control, we make no guarantee of results, and assume no liability for damages incurred by the use of this material.It is the responsibility of the user to comply with all applicable laws and regulations applicable to this material.
**GHS Full Text Phrases**:

**Abbreviations and acronyms**:
IMDG: International Maritime Code for Dangerous Goods
PNEC: Predicted No-Effect Concentration (REACH)
CFR: Code of Federal Regulations (USA)
SARA: Superfund Amendments and Reauthorization Act (USA)
RCRA: Resource Conservation and Recovery Act (USA)
TSCA: Toxic Substances Control Act (USA)
NPRI: National Pollutant Release Inventory (Canada)
DOT: US Department of Transportation
IATA: International Air Transport Association
GHS: Globally Harmonized System of Classification and Labelling of Chemicals
ACGIH: American Conference of Governmental Industrial Hygienists
CAS: Chemical Abstracts Service (division of the American Chemical Society)
NFPA: National Fire Protection Association (USA)
HMIS: Hazardous Materials Identification System (USA)
WHMIS: Workplace Hazardous Materials Information System (Canada)
DNEL: Derived No-Effect Level (REACH)

**Effective date** : 12.29.2014
**Last updated** : 03.19.2015

# SAFETY DATA SHEET





Revision date   17-May-2022                                                                                                Revision Number   2

## 1. Identification

**Product identifier**

**Product Name**               TITANIUM DIOXIDE, USP

**Other means of identification**

**Product Code(s)**             TI140

**Synonyms**                    None

**Recommended use of the chemical and restrictions on use**

**Recommended use**             No information available

**Restrictions on use**         No information available

**Details of the supplier of the safety data sheet**

**Supplier Address**
Spectrum Chemical Mfg. Corp.
14422 South San Pedro St.
Gardena, CA  90248
(310) 516-8000

**Emergency telephone number**

**Emergency Telephone**         Chemtrec 1-800-424-9300


## 2. Hazard(s) identification

**Classification**

| Carcinogenicity | Category 2 |
|---|---|

**Hazards not otherwise classified (HNOC)**
Not applicable

**Label elements**
**Warning**

**Hazard statements**
Suspected of causing cancer



| **Appearance** Powder | **Physical state** Solid | **Odor** No information available |

**Precautionary Statements - Prevention**
Obtain special instructions before use
Do not handle until all safety precautions have been read and understood
Wear protective gloves/protective clothing/eye protection/face protection

**Precautionary Statements - Response**
IF exposed or concerned: Get medical advice/attention

**Precautionary Statements - Storage**
Store locked up.

**Precautionary Statements - Disposal**
Dispose of contents/container to an approved waste disposal plant

**Other information**
No information available.

## 3. Composition/information on ingredients

**Substance**

| Chemical name | CAS No | Weight-% | Trade secret |
|---|---|---|---|
| Titanium Dioxide | 13463-67-7 | 100 | * |

*The exact percentage (concentration) of composition has been withheld as a trade secret.

## 4. First-aid measures

**Description of first aid measures**

| | |
|---|---|
| **General advice** | IF exposed or concerned: Get medical advice/attention. |
| **Inhalation** | Remove to fresh air. |
| **Eye contact** | Rinse thoroughly with plenty of water for at least 15 minutes, lifting lower and upper eyelids. Consult a physician. |
| **Skin contact** | Wash skin with soap and water. |
| **Ingestion** | Clean mouth with water and drink afterwards plenty of water. |

**Most important symptoms and effects, both acute and delayed**

| | |
|---|---|
| **Symptoms** | No information available. |

**Indication of any immediate medical attention and special treatment needed**

| | |
|---|---|
| **Note to physicians** | Treat symptomatically. |

## 5. Fire-fighting measures

| | |
|---|---|
| **Suitable Extinguishing Media** | Use extinguishing measures that are appropriate to local circumstances and the surrounding environment. |
|    **Large Fire** | CAUTION: Use of water spray when fighting fire may be inefficient. |
| **Unsuitable extinguishing media** | Do not scatter spilled material with high pressure water streams. |
| **Specific hazards arising from the chemical** | No information available. |

**Explosion data**
   **Sensitivity to mechanical impact**   none.

   **Sensitivity to static discharge**   none.

**Special protective equipment for fire-fighters**   Firefighters should wear self-contained breathing apparatus and full firefighting turnout gear. Use personal protection equipment.

## 6. Accidental release measures

**Personal precautions, protective equipment and emergency procedures**

| | |
|---|---|
| **Personal precautions** | Ensure adequate ventilation. |
| **Other information** | Refer to protective measures listed in Sections 7 and 8. |

**Methods and material for containment and cleaning up**

| | |
|---|---|
| **Methods for containment** | Prevent further leakage or spillage if safe to do so. |
| **Methods for cleaning up** | Pick up and transfer to properly labeled containers. |

## 7. Handling and storage

**Precautions for safe handling**

**Advice on safe handling**   Handle in accordance with good industrial hygiene and safety practice. Avoid contact with skin, eyes or clothing.

**Conditions for safe storage, including any incompatibilities**

**Storage Conditions**   Keep container tightly closed in a dry and well-ventilated place.

## 8. Exposure controls/personal protection

**Control parameters**

**Exposure Limits**   .

| Chemical name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---|---|---|---|
| Titanium Dioxide 13463-67-7 | No data available | 15 mg/m$^3$ TWA | - |

**Appropriate engineering controls**

**Engineering controls**   Showers
Eyewash stations

10

Ventilation systems.

**Individual protection measures, such as personal protective equipment**

| | |
|---|---|
| Eye/face protection | No special protective equipment required. |
| Hand protection | Wear suitable gloves. |
| Skin and body protection | Wear suitable protective clothing. |
| Respiratory protection | No protective equipment is needed under normal use conditions. If exposure limits are exceeded or irritation is experienced, ventilation and evacuation may be required. |
| General hygiene considerations | Do not eat, drink or smoke when using this product. Wash hands before breaks and immediately after handling the product. |

## 9. Physical and chemical properties

**Information on basic physical and chemical properties**

| | |
|---|---|
| Physical state | Solid |
| Appearance | Powder |
| Color | White |
| Odor | No information available |
| Odor threshold | No information available |

| Property | Values | Remarks • Method |
|---|---|---|
| pH | no data available | None known |
| Melting point / freezing point | >1700 °C / °F | None known |
| Boiling point / boiling range | no data available | None known |
| Flash point | no data available | None known |
| Evaporation rate | no data available | None known |
| Flammability (solid, gas) | no data available | None known |
| Flammability Limit in Air | | None known |
|   Upper flammability or explosive limits | No data available | |
|   Lower flammability or explosive limits | No data available | |
| Vapor pressure | No data available | None known |
| Vapor density | no data available | None known |
| Relative density | 4.2 | None known |
| Water solubility | Insoluble in water | None known |
| Solubility(ies) | no data available | None known |
| Partition coefficient | No data available | None known |
| Autoignition temperature | no data available | None known |
| Decomposition temperature | | None known |
| Kinematic viscosity | no data available | None known |
| Dynamic viscosity | No data available | None known |

**Other information**

| | |
|---|---|
| Explosive properties | No information available |
| Oxidizing properties | No information available |
| Softening point | No information available |
| Molecular weight | No information available |
| VOC Content (%) | No information available |
| Liquid Density | No information available |
| Bulk density | No information available |

## 10. Stability and reactivity

| | |
|---|---|
| Reactivity | No information available. |
| Chemical stability | Stable under normal conditions. |

11

| | |
|---|---|
| **Possibility of hazardous reactions** | None under normal processing. |
| **Conditions to avoid** | None known based on information supplied. |
| **Incompatible materials** | None known based on information supplied. |
| **Hazardous decomposition products** | None known based on information supplied. |

## 11. Toxicological information

**Information on likely routes of exposure**

| | |
|---|---|
| **Product Information** | . |
| Inhalation | Specific test data for the substance or mixture is not available. |
| Eye contact | Specific test data for the substance or mixture is not available. |
| Skin contact | Specific test data for the substance or mixture is not available. |
| Ingestion | Specific test data for the substance or mixture is not available. |

**Symptoms related to the physical, chemical and toxicological characteristics**

| | |
|---|---|
| **Symptoms** | No information available. |

**Acute toxicity**

**Numerical measures of toxicity**

**Component Information**

| Chemical name | Oral LD50 | Dermal LD50 | Inhalation LC50 |
|---|---|---|---|
| Titanium Dioxide 13463-67-7 | > 10000 mg/kg  ( Rat ) | - | > 6820 mg/m$^3$ |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No information available. |
| **Serious eye damage/eye irritation** | No information available. |
| **Respiratory or skin sensitization** | No information available. |
| **Germ cell mutagenicity** | No information available. |
| **Carcinogenicity** | Contains a known or suspected carcinogen. Classification based on data available for ingredients. Suspected of causing cancer. |

The table below indicates whether each agency has listed any ingredient as a carcinogen.

| Chemical name | ACGIH | IARC | NTP | OSHA |
|---|---|---|---|---|
| Titanium Dioxide 13463-67-7 | - | Group 2B - Possibly Carcinogenic to Humans - Monograph 93 [2010] Monograph 47 [1989] | - | - |

**Legend**

| | |
|---|---|
| **Reproductive toxicity** | No information available. |
| **STOT - single exposure** | No information available. |
| **STOT - repeated exposure** | No information available. |
| **Target organ effects** | respiratory system, lungs. |
| **Aspiration hazard** | No information available. |
| **Other adverse effects** | No information available. |

12

| | |
|---|---|
| **Interactive effects** | No information available. |

## 12. Ecological information

| | |
|---|---|
| **Ecotoxicity** | The environmental impact of this product has not been fully investigated. |
| **Persistence and degradability** | No information available. |
| **Bioaccumulation** | Inherently biodegradable. |
| **Other adverse effects** | No information available. |

## 13. Disposal considerations

**Waste treatment methods**

| | |
|---|---|
| **Waste from residues/unused products** | Dispose of in accordance with local regulations. Dispose of waste in accordance with environmental legislation. |
| **Contaminated packaging** | Do not reuse empty containers. |

## 14. Transport information

| | |
|---|---|
| **DOT** | not regulated |
| **TDG** | not regulated |
| **MEX** | not regulated |
| **ICAO (air)** | not regulated |
| **IATA** | not regulated |
| **IMDG** | not regulated |
| **RID** | not regulated |
| **ADR** | not regulated |
| **ADN** | not regulated |

## 15. Regulatory information

**International Inventories**

| | |
|---|---|
| **TSCA** | Complies |
| **DSL/NDSL** | Complies |
| **EINECS/ELINCS** | Complies |
| **ENCS** | This product complies with ENCS: |
| **IECSC** | This product complies with China: |
| **KECL** | Complies |
| **PICCS** | Complies |
| **AICS** | All the constituents of this material are listed on the Australian Inventory of Chemical Substances (AICS). |

13

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances

**US Federal Regulations**

**SARA 313**
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).   This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372.

**SARA 311/312 Hazard Categories**
Should this product meet EPCRA 311/312 Tier reporting criteria at 40 CFR 370,   refer to Section 2 of this SDS for appropriate classifications.

**CWA (Clean Water Act)**
This product does not contain any substances regulated as pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42).

**CERCLA**
This material, as supplied, does not contain any substances regulated as hazardous substances under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302) or the Superfund Amendments and Reauthorization Act (SARA) (40 CFR 355).   There may be specific reporting requirements at the local, regional, or state level pertaining to releases of this material.

**US State Regulations**

**California Proposition 65**
This product contains the following Proposition 65 chemicals:.

| Chemical name | California Proposition 65 |
| --- | --- |
| Titanium Dioxide - 13463-67-7 | carcinogen |

**U.S. State Right-to-Know Regulations**

| Chemical name | New Jersey | Massachusetts | Pennsylvania |
| --- | --- | --- | --- |
| Titanium Dioxide 13463-67-7 | 1861 | Present | Present |

**U.S. EPA Label Information**

**EPA Pesticide Registration Number**  Not applicable

## 16. Other information

**NFPA**
**Health hazards**   0
**Flammability**   0
**Instability**   0
**Physical and chemical properties**   -
**HMIS**
**Health hazards**   1*
**Flammability**   0
**Physical hazards**   0

**Personal protection**   X
*Chronic Hazard Star Legend*                                *= Chronic Health Hazard*

**Key or legend to abbreviations and acronyms used in the safety data sheet**
**Legend  Section 8: EXPOSURE CONTROLS/PERSONAL PROTECTION**
TWA           TWA (time-weighted average)          STEL          STEL (Short Term Exposure Limit)
Ceiling       Maximum limit value

**Key literature references and sources for data used to compile the SDS**
Agency for Toxic Substances and Disease Registry (ATSDR)
U.S. Environmental Protection Agency ChemView Database
European Food Safety Authority (EFSA)
EPA (Environmental Protection Agency)
Acute Exposure Guideline Level(s) (AEGL(s))
U.S. Environmental Protection Agency Federal Insecticide, Fungicide, and Rodenticide Act
U.S. Environmental Protection Agency High Production Volume Chemicals
Food Research Journal
Hazardous Substance Database
International Uniform Chemical Information Database (IUCLID)
Japan GHS Classification
Australia National Industrial Chemicals Notification and Assessment Scheme (NICNAS)
NIOSH (National Institute for Occupational Safety and Health)
National Library of Medicine's ChemID Plus (NLM CIP)
National Library of Medicine's PubMed database (NLM PUBMED)
National Toxicology Program (NTP)
New Zealand's Chemical Classification and Information Database (CCID)
Organization for Economic Co-operation and Development Environment, Health, and Safety Publications
Organization for Economic Co-operation and Development High Production Volume Chemicals Program
Organization for Economic Co-operation and Development Screening Information Data Set
World Health Organization

**Revision date**            17-May-2022
**Revision Note**            No information available.
**Disclaimer**
The information provided in this Safety Data Sheet is correct to the best of our knowledge, information and belief at the date of its publication. The information given is designed only as a guidance for safe handling, use, processing, storage, transportation, disposal and release and is not to be considered a warranty or quality specification. The information relates only to the specific material designated and may not be valid for such material used in combination with any other materials or in any process, unless specified in the text.

**End of Safety Data Sheet**