1  **HOGAN LOVELLS US LLP**
   Trenton H. Norris (CA Bar No. 164781)
2  David M. Barnes (CA Bar No. 318547)
   Four Embarcadero Center, 35th Floor
3  San Francisco, CA 94111-4024
   Telephone: 415.374.2300
4  Facsimile: 415.374.2499
   trent.norris@hoganlovells.com
5  david.barnes@hoganlovells.com

6
   **DLA PIPER LLP**
7  Gregory G. Sperla (CA Bar No. 278062)
   1415 L Street, Suite 270
8  Sacramento, CA 95814-3976
   Telephone: 916.930.3200
9  Facsimile: 916.930.3201
   greg.sperla@dlapiper.com
10

11 Attorneys for Plaintiff
   THE PERSONAL CARE PRODUCTS COUNCIL

12                      **UNITED STATES DISTRICT COURT**

13                      **EASTERN DISTRICT OF CALIFORNIA**

14

15

16 | THE PERSONAL CARE PRODUCTS COUNCIL, | Case No. 2:23-CV-01006-TLN-JDP |
|---|---|
17 |   | **DECLARATION OF TRENTON H. NORRIS IN SUPPORT OF MOTION FOR CIVIL CONTEMPT AGAINST ENVIRONMENTAL HEALTH ADVOCATES, INC. ("EHA") OR, IN THE ALTERNATIVE, TO ORDER EHA TO CEASE ITS EFFORTS TO FILE A SUPPLEMENTAL COMPLAINT** |
18 | Plaintiff, |
   | v. |
19 |   |
   | ROB BONTA, in his official capacity as Attorney General of the State of California, |
20 |   |
21 | Defendant. |
22 |   | Judge: Hon. Troy L. Nunley |
23 |   | Date:  May 1, 2025
                                         Time:  2:00 p.m. |
24

25

26

27

28

## **DECLARATION OF TRENTON H. NORRIS**

I, Trenton H. Norris, declare as follows in support of the Motion for Civil Contempt Against Environmental Health Advocates, Inc. ("EHA") or, in the Alternative, to Order EHA to Cease Its Efforts to File a Supplemental Complaint ("Motion"), filed by Plaintiff The Personal Care Products Council ("PCPC") in the above-captioned action.

1. I am an attorney, member of the State Bar of California, and admitted to practice before this Court. I am a partner in the law firm of Hogan Lovells US LLP and counsel to Plaintiff in the above-captioned matter. I have advised and defended hundreds of businesses in Proposition 65 matters for over 30 years. I have personal knowledge of the matters set forth herein. If called and sworn as a witness, I could and would testify competently thereto.

### **Meet and Confer**

2. On March 24, 2025, my colleague David Barnes and I met and conferred regarding the Motion via videoconference with counsel for EHA, Jake Schule and Janani Natarajan. During this discussion, counsel for EHA raised issues that PCPC addresses in the present motion, including, *inter alia*, the Anti-Injunction Act and whether a contempt order would be an advisory opinion. Despite the parties' good faith efforts to meet and confer, the parties were unable to resolve the issues presented to the Court in PCPC's Motion.

### **EHA's Supplemental Complaint & PCPC's Members**

3. On February 21, 2025, EHA filed a "Motion for Leave to File a Supplemental Complaint" in *EHA v. Lurella Cosmetics, Inc.*, Alameda Sup. Ct. Case No. 23CV027328 (filed Feb. 3, 2023) ("*Lurella*"). The Supplemental Complaint seeks to add claims regarding 16 new notices of violation of Proposition 65 and seeks to add new defendants to the *Lurella* suit, including members of PCPC.

### **PCPC's Reasonable Attorney Fees**

4. At paragraph 9 below is a chart showing the hours spent and attorney fees incurred by Plaintiff in preparing the Motion. The totals indicated below are calculated by multiplying the hourly rate of each attorney that is charged to our client by the number of hours spent by the attorney on the particular task.

5. I am a partner at Hogan Lovells US LLP and have more than 30 years of experience as a practicing attorney. I have more than 30 years of experience working on Proposition 65 matters and have defended and advised businesses in hundreds of these matters. My hourly rate charged to PCPC in 2025 is $1,850.

6. David Barnes is a senior associate at Hogan Lovells and has more than seven years of experience as a practicing attorney. Mr. Barnes has defended and advised businesses on hundreds of Proposition 65 matters. Mr. Barnes' hourly rate charged to PCPC in 2025 is $1,295.

7. Carolina Ferreira Alves is an associate at Hogan Lovells US LLP and has six months of experience as a practicing attorney in the United States and one year of experience practicing as an attorney in Brazil. Ms. Ferreira Alves has worked on more than a dozen Proposition 65 matters. Ms. Ferreira Alves' hourly rate charged to PCPC in 2025 is $760 per hour.

8. On information and belief based on my years of experience in working on consumer product and Proposition 65 litigation matters filed in California and elsewhere in the country, with similar complexity to this case, as well as my experience negotiating with clients on billing rates and budgets for these matters, I believe these rates to be consistent with rates charged for similar work by attorneys of comparable experience and skill in the urban centers of California, including San Francisco, where I and my colleagues working on this matter are based. In my experience, these hourly rates are within a range of reasonable rates charged by and judicially awarded to comparable attorneys for comparable work. *See Orthopaedic Hosp. v. Encore Med., L.P.*, No. 3:19-cv-00970, 2021 WL 5449041, at *14 (S.D. Cal. Nov. 19, 2021) (approving rates in 2021—four years ago—from $875 per hour for associates up to $1,260 per hour for partners based on attorney declaration documenting "experience, skill, and reputations").

9. The amount of time incurred by each attorney on this matter, broken down into task, is summarized in the table below. PCPC is seeking to recover these attorney fees from EHA. [*remainder of the page intentionally left blank*]

| Task | T. Norris (hrs. \| amount) | D. Barnes (hrs. \| amount) | C. Ferreira Alves (hrs. amount) | Total ($) |
|---|---|---|---|---|
| **Review and research:** reviewing EHA's state court motion; research; preparing arguments | 2.3<br><br>$4,255 | 4.2<br><br>$5,439 | 5.1<br><br>$3,876 | $13,570 |
| **Meet and confer:** drafting summary of argument for email in advance; meeting and conferring by teleconference | 0.7<br><br><br><br><br><br>$1,295 | 1.5<br><br><br><br><br><br>$1,942.50 | 0<br><br><br><br><br><br>$0 | $3,237.50 |
| **Motion:** drafting and revising motion and supporting papers | 3.1<br><br>$5,735 | 12.8<br><br>$16,576 | 2.0<br><br>$1,520 | $23,831 |
| **TOTAL** | | | | $40,638.50 |

I declare under penalty of perjury under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 27th day of March, 2025, at San Francisco, California.

*/s/ Trenton H. Norris*
TRENTON H. NORRIS