**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:     415.374.2499
trent.norris@hoganlovells.com
david.barnes@hoganlovells.com

**DLA PIPER LLP**
Gregory G. Sperla (CA Bar No. 278062)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone: 916.930.3200
Facsimile: 916.930.3201
greg.sperla@dlapiper.com

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendant. | Case No. 2:23-CV-01006-TLN-JDP<br><br>**PLAINTIFF THE PERSONAL CARE PRODUCT COUNCIL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR CIVIL CONTEMPT AGAINST ENVIRONMENTAL HEALTH ADVOCATES, INC. ("EHA") OR, IN THE ALTERNATIVE, TO ORDER EHA TO CEASE ITS EFFORTS TO FILE A SUPPLEMENTAL COMPLAINT**<br><br>Judge: Hon. Troy L. Nunley<br><br>Date:  May 1, 2025<br>Time:  2:00 p.m. |

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff The Personal Care Products Council ("PCPC") hereby requests that the Court take judicial notice of the following documents:

- **Exhibit A.**  A file-stamped copy of the Alameda County Superior Court's Order Granting the omnibus Motion for Judgment on the Pleadings filed in nonparty Environmental Health Advocates, Inc.'s ("EHA") coordinated Proposition 65 cases for alleged exposures to Listed Titanium Dioxide, in the lead case of *EHA v. Bareminerals US Holdco Inc., et al.*, Alameda Sup. Ct. Case No. 22CV008711 (filed January 28, 2025).

- **Exhibit B.**  A file-stamped copy of nonparty EHA's Memorandum of Points and Authorities in Support of Its Motion for Leave to File Supplemental Complaint in *EHA v. Lurella Cosmetics, Inc.*, Alameda Sup. Ct. Case No. 23CV027328 (filed February 24, 2025).

- **Exhibit C.**  A file-stamped copy of EHA's supporting Declaration, and accompanying exhibits, for its Motion for Leave to File Supplemental Complaint in *EHA v. Lurella Cosmetics, Inc.*, Alameda Sup. Ct. Case No. 23CV027328 (filed February 24, 2025).

<u>**Discussion**</u>

Federal Rule of Evidence 201(b) allows a court to take judicial notice of a fact that is not subject to a reasonable dispute if it is "generally known" in the jurisdiction or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  Pursuant to this rule, a court may take judicial notice of court filings and other matters of public record.  *Selane Products, Inc. v. Continental Casualty Co.*, 706 F. Supp. 3d 997, 1002 (C.D. Cal. 2020) (citing *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (noting that a court may take judicial notice of "undisputed matters of public record"); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (taking judicial notice of court orders, transcripts, and other court filings).

Here, **Exhibit A** is a file-stamped order issued by a California state court.  **Exhibits B** and **C** are file-stamped pleadings filed by EHA in a California state court matter.  The accuracy of

1    these documents is not reasonably subject to question.  PCPC respectfully requests that the Court

2    take judicial notice of these documents.

3

4    Dated:  March 27, 2025                    Respectfully submitted,

5                                             By: */s/ Trenton H. Norris*
                                              Trenton H. Norris (CA Bar No. 164781)
6                                             HOGAN LOVELLS US LLP
                                              Four Embarcadero Center, 35th Floor
7                                             San Francisco, CA 94111
                                              Tel: (415) 374-2300
8                                             trent.norris@hoganlovells.com

9
                                              Attorneys for Plaintiff
10                                            Personal Care Products Council

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR CIVIL CONTEMPT AGAINST EHA
CASE NO. 2:23-CV-01006-TLN-JDP