# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**THE PERSONAL CARE PRODUCTS COUNCIL ,**

v.

**ROB BONTA ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:23–CV–01006–TLN–JDP**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/12/2025 .**

ENTERED:  **August 12, 2025**          /s/  **Keith Holland**
                                                                Clerk of Court