EDCA Bill of Costs (Rev. 01/11)

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| The Personal Care Products Council | ) |
| | ) |
| v. | ) Case No.: 2:23-CV-01006-TLN-JDP |
| Rob Bonta, in his official capacity as | ) |
| Attorney General of the State of California | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/12/2025___ against ___Rob Bonta___ ,
the Clerk is requested to tax the following as costs:                                    *Date*

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 865.97 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 14,719.05 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 779.85 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 903.40 |
| | TOTAL   $ | 17,670.27 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Affidavit** |
|---|

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

| ☑ Electronic service | ☐ First class mail, postage prepaid |
|---|---|
| ☐ Other: | |

s/ Attorney:     /s/ Trenton H. Norris

Name of Attorney:  Trenton H. Norris

For: ____The Personal Care Products Council____     Date: ___08/26/2025___
          *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____          _____          _____
*Clerk of Court*                        *Deputy Clerk*                              *Date*

EDCA Bill of Costs  (Rev. 01/11)

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

*Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)*

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:     415.374.2499
trent.norris@hoganlovells.com
david.barnes@hoganlovells.com

**DLA PIPER LLP**
Gregory G. Sperla (CA Bar No. 278062)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone: 916.930.3200
Facsimile: 916.930.3201
greg.sperla@dlapiper.com

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No. 2:23-CV-01006-TLN-JDP <br><br> **PLAINTIFF THE PERSONAL CARE PRODUCTS COUNCIL'S COSTS INDEX** <br><br> Judge: Hon. Troy L. Nunley <br><br> Action Filed: May 26, 2023 |

| CATEGORY | CATEGORY TOTAL | EXHIBIT NO. | INVOICE DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| **DLA PIPER** | | | | | |
| Transcripts | $10,621.45 | A | 9/13/2024 | $2,189.70 | Vendor: STENO AGENCY INC Invoice#: 1130211 Date: 8/13/2024 Deposition transcript and exhibits of Amy K. Madl, Ph.D. taken August 7, 2024 |
| | | B | 9/13/2024 | $1,928.75 | Vendor: STENO AGENCY INC Invoice#: 1133625 Date: 8/14/2024 Deposition transcript of Paolo Boffetta, M.D., M.P.H taken on 7/30/2024 |
| | | C | 11/8/2024 | $6,503.00 | Vendor: VERITEXT LLC Invoice#: 7637419-B Date: 8/14/2024 Deposition Transcript Services for Depo of Charles W. Jameson, Ph.D. taken on 8/9/2024 |
| Printing | $767.25 | D | 8/15/2024 | $767.25 | Exhibits for the Jameson Deposition |
| Other | $184.30 | E | 10/13/2023 | $182.00 | Vendor: GREGORY SPERLA Invoice#: 010061580048 Date: 9/12/2023 09/11/2023 - Document retrieval. |
| | | F | 11/22/2023 | $1.10 | Vendor: PACER SERVICE CENTER Invoice#: 4429046-Q32023 Date: 10/4/2023 Pacer Qtr3rd- Usage7/01/2023- 9/30/2023 |
| | | G | 11/22/2023 | $0.20 | Vendor: PACER SERVICE CENTER Invoice#: 5914574-Q32023 Date: 10/4/2023 PacerPro Qtr3rd2023- Usage 7/01/2023 - 9/30/2023 |
| | | H | 11/8/2024 | $1.00 | Vendor: PACER SERVICE CENTER Invoice#: 4429046-Q32024 Date: 10/7/2024  - - Pacer Qtr3rd- Usage7/01/2024- 9/30/2024 |
| **DLA PIPER TOTAL:** | **$11,573.00** | | | | |

| CATEGORY | CATEGORY TOTAL | EXHIBIT NO. | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| **HOGAN LOVELLS** | | | | | |
| Fees of the Clerk | $402.00 | 1 | 6/7/2023 | $402.00 | Trent Norris - Trent Norris - Filing Fees, 05/26/23, Filing of Complaint for Declaratory and Injunctive Relief |
| Fees for Service | $865.97 | 2 | 6/29/2023 | $202.00 | ASAP LEGAL SOLUTION - ASAP LEGAL SOLUTION - Process service of Summons and Complaint |
| | | 3 | 6/29/2023 | $200.00 | ASAP LEGAL SOLUTION - ASAP LEGAL SOLUTION - Process Service re Consent to Magistrate |
| | | 4 | 5/1/2025 | $375.23 | ACE ATTORNEY SERVICE INC - Personal service of client documents to opposing counsel law offices. |
| | | 5 | 5/15/2025 | $88.74 | ACE ATTORNEY SERVICE INC - Entorno Law (San Diego) |
| Transcripts | $4,097.60 | 6 | 8/20/2024 | $4,097.60 | VERITEXT - Deposition transcript of Dr. Joseph L. Arvai, Volume 1 |
| Printing | $12.60 | No invoice available | 6/27/2023 | $7.80 | BW Copies/Printing - 5/26/2023 |
| | | No invoice available | 9/25/2023 | $4.80 | BW Copies/Printing - 8/28/2023 |
| Other | $719.10 | | | $31.32 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:398846168272/ OfficeCode#:SFCA/ ShippingDate:2023 May 26 |

| | | | | |
|---|---|---|---|---|
| | | | $31.32 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:398846356469/ OfficeCode#:SFCA/ ShippingDate:2023 May 26 |
| | 7 | 5/26/2023 | $31.32 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:398846030379/ OfficeCode#:SFCA/ ShippingDate:2023 May 26 |
| | | | $31.32 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:398846421732/ OfficeCode#:SFCA/ ShippingDate:2023 May 26 |
| | | | $31.32 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:398846239783/ OfficeCode#:SFCA/ ShippingDate:2023 May 26 |
| | | | $24.78 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:783032046827/ OfficeCode#:SFCA/ ShippingDate:2023 Aug 28 |
| | 8 | 8/28/2023 | $24.78 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:783031756030/ OfficeCode#:SFCA/ ShippingDate:2023 Aug 28 |
| | | | $24.78 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:783031851773/ OfficeCode#:SFCA/ ShippingDate:2023 Aug 28 |
| | 9 | 3/27/2024 | $27.46 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:272713745580/ OfficeCode#:SFCA/ ShippingDate:2024 Mar 27 |
| | 10 | 4/11/2024 | $26.47 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:273308382329/ OfficeCode#:SFCA/ ShippingDate:2024 Apr 11 |
| | | | $27.35 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:275847216579/ OfficeCode#:SFCA/ ShippingDate:2024 Jun 12 |
| | | | $27.35 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:275847264180/ OfficeCode#:SFCA/ ShippingDate:2024 Jun 12 |
| | 11 | 6/12/2024 | $27.35 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:275846781272/ OfficeCode#:SFCA/ ShippingDate:2024 Jun 12 |
| | | | $27.35 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:275846882834/ OfficeCode#:SFCA/ ShippingDate:2024 Jun 12 |
| | | | $27.35 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:275847139934/ OfficeCode#:SFCA/ ShippingDate:2024 Jun 12 |

| | | | | $31.95 | FEDEX - Vendor:FEDEX / Cost Type:Air Freight / 064840.000008/Customer#:445967769/ Tracking#:275847064862/ OfficeCode#:SFCA/ ShippingDate:2024 Jun 12 |
|---|---|---|---|---|---|
| | | 12 | 8/13/2025 | $28.93 | FEDEX for Service of Notice of Ruling to Proposition 65 on Noam Glick (Glick Law Group) |
| | | | | $28.93 | FEDEX for Service of Notice of Ruling to Proposition 65 on Vineet Dubey (Custodio & Dubey LLP) |
| | | | | $33.95 | FEDEX for Service of Notice of Ruling to Proposition 65 on Elizabeth Kramer (Erickson Kramer Osborne LLP) |
| | | | | $28.93 | FEDEX for Service of Notice of Ruling to Proposition 65 on Daniel N. Greenbaum (Greenbaum Law Firm) |
| | | | | $28.93 | FEDEX for Service of Notice of Ruling to Proposition 65 on Elham Shabatian (Cliffwood Law Firm, PC) |
| | | | | $28.93 | FEDEX for Service of Notice of Ruling to Proposition 65 on M. Uma Gopalswami (Torch & Stone Law, APC) |
| | | 13 | 8/14/2025 | $28.93 | FEDEX for Service of Notice of Ruling to proposition 65 on agents for service of process for the plaintiffs represented by Elham Shabatian and Daniel Greenbaum |
| | | 14 | 4/9/2025 | $39.50 | David Barnes - Misc - Other, 03/27/25, Court Docs re 064840-000008 |
| | | 15 | 4/9/2025 | $6.00 | David Barnes - Misc - Other, 03/27/25, Court Docs re 064840-000008 |
| | | 16 | 4/9/2025 | $6.00 | David Barnes - Misc - Other, 03/27/25, Court Docs re 064840-000008 |
| | | 17 | 4/16/2025 | $6.50 | David Barnes - Misc - Other, 04/14/25, Court Records |
| **HOGAN LOVELLS TOTAL:** | **$6,097.27** | | | | |

| Totals per Category: | |
|---|---|
| Fees of the Clerk | $402.00 |
| Fees for Service | $865.97 |
| Transcripts | $14,719.05 |
| Printing | $779.85 |
| Other | $903.40 |
| **GRAND TOTAL:** | **$17,670.27** |

# EXHIBIT A



Steno
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

# Invoice 1130211
## Deposition - AMY K. MADL, Ph.D. (Aug 7, 2024)

## Bill to

ATTN: GREGORY G. SPERLA
DLA Piper, LLP
1415 L. Street
Suite 270
Sacramento, CA 95814

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** THE PERSONAL CARE PRODUCTS COUNCIL v ROB BONTA

**Case number:** 2:23-CV-01006-TLN-JDP

**Job Id:** 1087576

**Invoice date:** 8/13/2024

**Terms:** Net 30

**Due date:** 9/12/2024

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Copy Page Rate | | $4.10 | 217 | $889.70 |
| Exhibit Page Rate | | $0.65 | 1819 | $1,182.35 |
| Transcript Production & Processing | | $50.00 | 1 | $50.00 |
| Electronic Transcript Fee | | $50.00 | 1 | $50.00 |
| Exhibit Cap | | $-182.-35 | 1 | $-182.-35 |
| Expedited Transcript Delivery Fee | | $199.00 | 1 | $199.00 |
| | | | Total | $2,189.70 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $2,189.70 |

# EXHIBIT B



# Invoice 1133625

## Deposition - PAOLO BOFFETTA, M.D., M.P.H. (Jul 30, 2024)

## Bill to

ATTN: GREGORY G. SPERLA
DLA Piper, LLP
1415 L. Street
Suite 270
Sacramento, CA 95814

## Bill from

Steno Agency, Inc.
PO BOX 22637
Pasadena, CA 91185-2637
(888) 707-8366

**Case name:** THE PERSONAL CARE PRODUCTS COUNCIL v ROB BONTA

**Case number:** 2:23-CV-01006-TLN-JDP

**Job Id:** 1087575

**Invoice date:** 8/14/2024

**Terms:** Net 30

**Due date:** 9/13/2024

**Status:** OPEN

| Item | Description | Amount | Quantity | Total |
|------|-------------|--------|----------|-------|
| Rough Transcript Page Rate | | $2.50 | 182 | $455.00 |
| Copy Page Rate | | $4.10 | 216 | $885.60 |
| Exhibit Page Rate | | $0.65 | 751 | $488.15 |
| Transcript Production & Processing | | $50.00 | 1 | $50.00 |
| Electronic Transcript Fee | | $50.00 | 1 | $50.00 |
| | | | Total | $1,928.75 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $1,928.75 |

# EXHIBIT C

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gregory Sperla | | |
|---|---|---|---|
| | DLA Piper, LLP | **Invoice #:** | **7637419** |
| | 555 Mission Street | **Invoice Date:** | **8/14/2024** |
| | Suite 2400 | **Balance Due:** | **$6,503.00** |
| | San Francisco, CA, 94105 | | |

| Case: The Personal Care Products Council v. Bonta, Rob (2:23cv01006TLNJDP) | Proceeding Type: Depositions |
|---|---|

Job #: 6831015   |   Job Date: 8/9/2024   |   Delivery: Expedited

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Gregory Sperla |
| Scheduling Atty: | Gregory Sperla | DLA Piper, LLP |

| Witness: Charles W. Jameson , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 343.00 | $6.35 | $2,178.05 |
| Transcript Services - Priority Request | 343.00 | $5.75 | $1,972.25 |
| Rough Draft | 343.00 | $2.10 | $720.30 |
| Realtime Services | 343.00 | $2.30 | $788.90 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Attendance - Non-Standard Bus Hrs Surcharge | 0.75 | $135.00 | $101.25 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 1071.00 | $0.65 | $696.15 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

**Invoice #:**  **7637419**
**Invoice Date:**  **8/14/2024**
**Balance Due:**  **$6,503.00**

# EXHIBIT D



**Disbursement Report**

For Copier ('002','222','225') Disbursements

Dates From 08/01/2024 to 08/31/2024

Matter: TiO2 litigation (441684.000001)

| Currency | Date | Employee ID | Employee Name | Charge | Pages | Record ID | User ID | User |
|----------|------|-------------|---------------|--------|-------|-----------|---------|------|
| USD | 8/6/2024 12:00 AM | 09999 | Attorney, Firm | $767.25 | 5,115 | 404-70 | 35446 | Race-Moore, Kara |

# EXHIBIT E

**Hudnell, Carli**

| | |
|---|---|
| **From:** | Sperla, Greg |
| **Sent:** | Monday, September 11, 2023 12:14 PM |
| **To:** | Blum, Debbie |
| **Subject:** | FW: LASC Receipt for Online Services Transaction Case Document Images - BC435759 |

Expense to pcpc

Greg Sperla
DLA Piper LLP (US)
916-930-3244

---

**From:** onlineServices@lacourt.org <onlineServices@lacourt.org>
**Sent:** Monday, September 11, 2023 12:07 PM
**To:** Sperla, Greg <Greg.Sperla@us.dlapiper.com>
**Subject:** LASC Receipt for Online Services Transaction Case Document Images - BC435759

⚠ EXTERNAL MESSAGE

This is an automated email. Please do not reply. Replies will not be read.

Your credit card statement will reflect a charge from L.A. Superior Court.

Your receipt number is 1230911J0371
The actual amount charged is indicated below.
Transaction Date: 09/11/2023 12:07:11
Credit Card Number: ..
Credit Card Type: Visa

Bill to:
Sperla, sw
5322 Jerome Way
Sacramento
Sacramento, CA 95819

Case Number: BC435759
Case Name: COUNCIL FOR EDUCATION AND RESEARCH ON TOXICS VS STARBUCK COR
Case Type: CIVIL

Purchased Documents:
8/14/2018 - Objection - PLAINTIFF CERT'S OBJECTIONS TO DECLARATION OF PROFESSOR PAOLO BOFFETTA IN SUPPORT
OF DEFENDANTS' MOTION TO RENEW/REOPEN FIRST AMENDMENT DEFENSE 1-9 (9 pages total) $6.60
8/14/2018 - Declaration - DECLARATION OF ABRAHAM PARISER REGARDING PRIOR TESTIMONY OF DR. PAOLO
BOFFETTA IN THIS ACTION FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO
RENEW/REOPEN FIRST AMENDMENT DEFENSE 1-204 (204 pages total) $40.00

7/9/2018 - Declaration - DECLARATION OF PROFESSOR PAOLO BOFFETTA IN SUPPORT OF DEFENDANTS CROSS-MOTION PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1008(B) TO RENEW/ REOPEN FIRST AMENDMENT DEFENSE AND IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF S MOTION FOR PERMANENT INJUNCTI 1-31 (31 pages total) $15.40
7/9/2018 - Declaration - EXHIBITS TO THE DECLARATION OF PROFESSOR PAOLO BOFFETTA IN SUPPORT OF DEFENDANTS CROSS-MOTION PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1008(B) TO RENEW/ REOPEN FIRST AMENDMENT DEFENSE AND IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF S MOTION FOR PE 1-627 (627 pages total) $40.00
7/9/2018 - Exhibit List - BC435759 EXHIBITS TO THE DECLARATION OF PROFESSOR PAOLO BOFFETTA IN SUPPORT OF DEFENDANTS' CROSS-MOTION PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 1008(B) TO RENEW/ REOPEN FIRST AMENDMENT DEFENSE AND IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOT 1-478 (478 pages total) $40.00
9/22/2016 - Objection - PLAINTIFF CERT'S OBJECTIONS TO DECLARATION OF PROFESSOR PAOLO BOFFETTA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF RAPHAEL METZGER 1-192 (192 pages total) $40.00

Total: $182.00

Transaction Remarks: 441684.000001

You may use the following link to retrieve the document purchased on this transaction
This link is valid for 30 days from the date of this receipt

https://www.lacourt.org/documentimages/reports/docslink.aspx?index=15090371!1230911J0371!gsperla

# EXHIBIT F

# PACER

Public Access to Court Electronic Records

**Account Summary**

*Invoice*

Invoice Date:  10/04/2023

Usage From:  07/01/2023    to:  09/30/2023

441684.000001                                                    1.1

# EXHIBIT G

# PACER

Public Access to Court Electronic Records

### *Invoice*

Invoice Date: 10/04/2023

Usage From: 07/01/2023    to: 09/30/2023

Account Summary

441684.000001                                    0.2

# EXHIBIT H

# PACER

Public Access to Court Electronic Records

## Account Summary

***Invoice***

Invoice Date:  10/07/2024

Usage From:  07/01/2024     to:  09/30/2024

441684.000001

1

# EXHIBIT 1

**Soza, Del**

| | |
|---|---|
| **From:** | Norris, Trent |
| **Sent:** | Friday, May 26, 2023 4:14 PM |
| **To:** | Soza, Del |
| **Subject:** | FW: Pay.gov Payment Confirmation: CALIFORNIA EASTERN DISTRICT COURT |

Trenton H. Norris
Partner

Hogan Lovells US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111

Direct:
+1 415 374 2365
Mobile:
+1 415 640 5765

Email:
trent.norris@hoganlovells.com

www.hoganlovells.com

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Friday, May 26, 2023 4:13 PM
To: Norris, Trent <trent.norris@hoganlovells.com>
Subject: Pay.gov Payment Confirmation: CALIFORNIA EASTERN DISTRICT COURT

[EXTERNAL]

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at 916-930-4866.

Account Number: 4492968
Court: CALIFORNIA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ACAEDC-10882011
Approval Code: 119327
Card Number: ************4023
Date/Time: 05/26/2023 07:13:07 ET

NOTE: This is an automated message. Please do not reply

1

# EXHIBIT 2



**ASAP Legal**
1607 James M. Wood Blvd, Los Angeles, CA 90015
T (213) 252-2000
www.asaplegal.com

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34042 | June 13, 2023 | SF34014913 |



Bill To:
**HOGAN LOVELLS**
**4 Embarcadero Center, Ste. 3500**
**San Francisco, CA 94111**

**Ariana Murtagh**

**REF: 064840.000008**
**Case No: 2:23-at-00499**
**POD Date: 5/30/2023**

| | |
|---|---|
| Servee: | **Rob Bonta, in his Official Capacity as Attorney General of the State of California C/O Office of the** |
| Court: | **None** |
| Case: | **The Personal Care Products Council vs. Rob Bonta, in his Official Capacity as Attorney Ge** |
| Documents: | **Summons and Complaint** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process Service** | **1.00** | **5.00** | **200.00** |
| **PDF Page Count (first 25 pages free)** | | | **2.00** |

| | | |
|---|---|---|
| **SCOPE OF PROJECT** | | |
| **Servee: Rob Bonta, in his Official Capacity as Attorney General of the State of California C/O Office of the Attorney General** | | |
| **Address: 1300 I Street, #  Sacramento, CA 95814** | | |
| **Result: Personally Served** | | |
| **Completed on 5/30/2023 at 3:55 PM** | **TOTAL DUE** | **$ 202.00** |

Thank you for choosing ASAP Legal!
For billing inquiries, please contact our Accounting Department at (213) 252-2000.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34042 | June 13, 2023 | SF34014913 |

Remit To:

**ASAP Legal**
**1607 James M. Wood**
**Los Angeles, CA 90015**

**TOTAL DUE:     $  202.00**

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO  **ASAP Legal**

**Service Type: 030 - SPECIAL PROCESS ( IMMEDIATELY)**     Order#:SF34014913-01/INVOICEPa

# EXHIBIT 3

**ASAP Legal**
1607 James M. Wood, Los Angeles, CA 90015
T (213) 252-2000
www.asaplegal.com



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34042 | June 13, 2023 | SF34015117 |

**Ariana Murtagh**



Bill To:
**HOGAN LOVELLS**
**4 Embarcadero Center, Ste. 3500**
**San Francisco, CA 94111**

**REF: 064840.000008**
**Case No: 2:23-cv-01006-JDP**
**POD Date: 6/2/2023**

| | |
|---|---|
| Servee: | **Office of the Attorney General** |
| Court: | **UNITED STATES DISTRICT COURT** |
| Case: | **The Personal Care Products Council vs. Rob Bonta, Attorney General of California** |
| Documents: | **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE; ORDER REQUIRING (1) SERVICE OFPROCESS AND (2) SUBMISSION OF THECONSENT OR REQUEST FORREASSIGNMENT FORM; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGETO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; Magistrate Judge Consent in Civil Cases: Know Your Rights!** |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process Service** | **1.00** | **5.00** | **200.00** |

**SCOPE OF PROJECT**
    **Left With: Officer S. Lee - Badge #31**
    **Address: 1300 I Street, #  Sacramento, CA 95814**
    **Result: Substituted Service**
    **Completed on 6/2/2023 at 3:15 PM**

| | |
|---|---|
| **TOTAL DUE** | **$ 200.00** |

Thank you for choosing ASAP Legal!
For billing inquiries, please contact our Accounting Department at (213) 252-2000.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| 34042 | June 13, 2023 | SF34015117 |

Remit To:

**ASAP Legal**
**1607 James M. Wood**
**Los Angeles, CA 90015**

**TOTAL DUE:**      **$  200.00**

**1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.**

**2. MAKE CHECKS PAYABLE TO  ASAP Legal**

**Service Type: 030 - SPECIAL PROCESS ( IMMEDIATELY)**    Order#:SF34015117-01/INVOICEPa

# EXHIBIT 4

# ACE ATTORNEY SERVICE

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 676674 | 11346 |
| Invc Date | Total Due |
| 4/22/25 | 375.23 |
| Current | Over 30 Days |
| 375.23 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

HOGAN LOVELLS US LLP - SF
4 EMBARCADERO CENTER
3500
SAN FRANCISCO, CA 94111

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11346 | 676674 | 4/15/25 | 375.23 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/11/25 | 2435785 | PAP | Caller:  RICH CHUAKAY     Ref No.:  064840-8 | BASE    :   123.00 | | |
| PDF MESSENGER PRIORITY | | | HOGAN LOVELLS US LLP - SF    Entorno Law, LLP | PDF PAGES :   240.00 | | |
| | | | 4 EMBARCADERO CENTER        225 Broadway, Ste. 1900 | MISC.   :     3.00 | | |
| | | | SAN FRANCISCO               SAN DIEGO | FUEL CHRG :     9.23 | | 375.23 |
| | | | 2:23-CV-01006               MISC=XLG ENVELOPE | | | |
| | | | Personal Care v. Bon | | | |
| | | | NTC OF MTN | | | |
| | | | DRP SERVICE | | | |
| | | | | | Total | 375.23 |

# INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT 5

# ACE ATTORNEY SERVICE

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 680442 | 11346 |
| Invc Date | Total Due |
| 5/08/25 | 88.74 |
| Current | Over 30 Days |
| 88.74 | .00 |
| Over 60 Days | Over 90 Days |
| .00 | .00 |

HOGAN LOVELLS US LLP - SF
4 EMBARCADERO CENTER
3500
SAN FRANCISCO, CA 94111

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 11346 | 680442 | 4/30/25 | 88.74 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/22/25 | 2438953 | PRH | Caller: RICH CHUAKAY   Ref No.: 064840-8   BASE : 73.25 | | |
| PDF MESSENGER RUSH | | | HOGAN LOVELLS US LLP - SF   Entorno Law, LLLP   PDF PAGES : 10.00 | | |
| | | | 4 EMBARCADERO CENTER   225 Broadway, Ste. 1900   FUEL CHRG : 5.49 | | 88.74 |
| | | | SAN FRANCISCO   SAN DIEGO | | |
| | | | 2:23-cv-01006 | | |
| | | | Personal Care v. Bon | | |
| | | | Reply; Dec | | |

| | Total | 88.74 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT 6

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Trent Norris | Invoice #: | 7631611 |
|---|---|---|---|
| | Hogan Lovells, LLP | Invoice Date: | 8/13/2024 |
| | 4 Embarcadero Center, Suite 3500 | Balance Due: | $4,097.60 |
| | San Francisco, CA, 94111 | | |

| Case: The Personal Care Products Council v. Bont, Rob (2:23CV01006TLNJDP) | Proceeding Type: Depositions |
|---|---|

Job #: 6809395  |  Job Date: 8/9/2024  |  Delivery: Daily                 Case #: 2:23-CV-01006-TLN-JDP

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Trent Norris |
| Scheduling Atty: | Trent Norris | Hogan Lovells, LLP |

| Witness: Dr. Joseph L. Arvai, Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 235.00 | $6.35 | $1,492.25 |
| Transcript Services - Priority Request | 235.00 | $7.00 | $1,645.00 |
| Attendance - Full Day | 1.00 | $370.00 | $370.00 |
| Exhibits | 39.00 | $0.65 | $25.35 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

| Notes: | Invoice Total: | $4,097.60 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $4,097.60 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

| Invoice #: | 7631611 |
|---|---|
| Invoice Date: | 8/13/2024 |
| Balance Due: | $4,097.60 |

Pay by Credit Card: www.veritext.com

# EXHIBIT 7

Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
david.barnes@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:     415.374.2499

GREGORY G. SPERLA (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone:    916.930.3200
Facsimile:     916.930.3201

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Defendant. | **CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS** |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I caused the Notice of Pending Action to Proposition 65 Private Enforcers, attached as Exhibit A, to be served via FedEx, priority overnight, on the following counsel that represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic products. This notice does not include counsel for claims noticed more than five years ago and on which there is no current litigation pending. I further certify that I am not aware of any additional counsel that currently represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic products, but will promptly serve such individuals, to the extent they exist, with the attached Notice as I become aware of them.

Vineet Dubey
Custodio & Dubey LLP
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
*Counsel for Private Enforcer Ecological Alliance, LLC*

Noam Glick
Glick Law Group
225 Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Private Enforcer Environmental Health Advocates, Inc.*

Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
*Counsel for Private Enforcer Piyush Yadav*

Evan J. Smith
Brodsky & Smith LLC
9595 Wilshire Blvd, Suite 900
Beverly Hills, CA 90212
*Counsel for Private Enforcer Esther Espinoza*

CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS

1         I further certify that on the same date, I caused this Certificate of Service and Exhibit A to be

2    served via FedEx, priority overnight, on the party below:

3
       Rob Bonta
4           Attorney General of the State of California
       1300 I Street
5           Sacramento, CA 95814-2929

6

7

8    Dated: May 26, 2023               Respectfully submitted,

9                       By: */s/ Trenton H. Norris*
                   Trenton H. Norris (CA Bar No. 164781)
10                      David M. Barnes (CA Bar No. 318547)
                   Alexander Tablan (CA Bar No. 346309)
11                      HOGAN LOVELLS US LLP
                   Four Embarcadero Center, 35th Floor
12                      San Francisco, CA 94111
                   Tel:  (415) 374-2300
13                      trent.norris@hoganlovells.com

14                      *Attorneys for Plaintiff*
                   *Personal Care Products Council*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS

**Hogan Lovells US LLP**

 

**Report**

| | |
|---|---|
| Vendor: | **FedEx** |
| Account: | **445967769** |
| Invoice: | **815103315** |
| Invoice Date: | **Fri, Jun 02 2023** |
| Items: | **5** |
| Charges Total: | **148.75** |
| Other Charges Total: | **7.85** |
| Total: | **$156.60** |

---

Transaction ID: **398846030379**        Invoice Number: **815103315**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Del Soza (1094872)**
Reference: **064840.000008-1094872**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Fri, May 26 2023** | **Del Soza** | **Vineet Dubey** |
| Delivered: **Tue, May 30 2023 09:30 AM** | **Hogan Lovells US LLP** | **Custodio & Dubey LLP** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **445 S FIGUEROA ST STE 2520** |
| | **SAN FRANCISCO, CA 94111 US** | **LOS ANGELES, CA 90071 US** |

$ Charges: 29.75  +  Other Charges: $ 1.57  =  Total Charges **$ 31.32**

---

Transaction ID: **398846168272**        Invoice Number: **815103315**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Del Soza (1094872)**
Reference: **064840.000008-1094872**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Fri, May 26 2023** | **Del Soza** | **Noam Glick** |
| Delivered: **Tue, May 30 2023 10:02 AM** | **Hogan Lovells US LLP** | **Glick Law Group** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **225 BROADWAY STE 1900** |
| | **SAN FRANCISCO, CA 94111 US** | **SAN DIEGO, CA 92101 US** |

$ Charges: 29.75  +  Other Charges: $ 1.57  =  Total Charges **$ 31.32**

---

Transaction ID: **398846239783**        Invoice Number: **815103315**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Del Soza (1094872)**
Reference: **064840.000008-1094872**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Fri, May 26 2023** | **Del Soza** | **Elizabeth Kramer** |
| Delivered: **Tue, May 30 2023 09:41 AM** | **Hogan Lovells US LLP** | **Erickson Kramer Osborne LLP** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **44 TEHAMA ST** |
| | **SAN FRANCISCO, CA 94111 US** | **SAN FRANCISCO, CA 94105 US** |

$ Charges: 29.75  +  Other Charges: $ 1.57  =  Total Charges **$ 31.32**

Transaction ID: **398846356469**                    Invoice Number: **815103315**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Del Soza (1094872)**
Reference: **064840.000008-1094872**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Fri, May 26 2023** | **Del Soza** | **Evan Smith** |
| Delivered: **Tue, May 30 2023 04:00 PM** | **Hogan Lovells US LLP** | **Brodsky & Smith LLC** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **9595 WILSHIRE BLVD STE 900** |
| | **SAN FRANCISCO, CA 94111 US** | **BEVERLY HILLS, CA 90212 US** |

$ Charges: 29.75  +  Other Charges: $ 1.57  =  Total Charges **$ 31.32**

Transaction ID: **398846421732**                    Invoice Number: **815103315**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Del Soza (1094872)**
Reference: **064840.000008-1094872**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Fri, May 26 2023** | **Del Soza** | **Rob Bonta** |
| Delivered: **Tue, May 30 2023 09:25 AM** | **Hogan Lovells US LLP** | **Attorney General of the State** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **1300 I ST** |
| | **SAN FRANCISCO, CA 94111 US** | **SACRAMENTO, CA 95814 US** |

$ Charges: 29.75  +  Other Charges: $ 1.57  =  Total Charges **$ 31.32**

# EXHIBIT 8

**Murtagh, Ariana**

| | |
|---|---|
| **From:** | Murtagh, Ariana |
| **Sent:** | Monday, August 28, 2023 12:22 PM |
| **To:** | Dondoyano, Alvin G. |
| **Subject:** | FedEx Today - The Personal Care Products Council v. Rob Bonta - Rule 26(a)(1) Initial Disclosures |
| **Attachments:** | 2023.08.28 PCPC Initial Disclosures.pdf; 2023.08.28 PCPC Initial Disclosures - Hurtado.pdf; 2023.08.28 PCPC Initial Disclosures - Zuckerman.pdf; 2023.08.28 PCPC Initial Disclosures - Hey.pdf |

Hi Alvin,

I hope you had a nice weekend. Please print 3 copies (black and white, single sided, and staple) of the attached Initial Disclosures and FedEx to the following 3 addresses. The FedEx Labels are attached as well. C/M is (064840.000008).

| | |
|---|---|
| 1. | Megan Hey<br>megan.hey@doj.ca.gov<br>Deputy Attorney General<br>State of California Department of Justice Attorney General's Office<br>300 S. Spring Street<br>Los Angeles, CA 90013 |
| 2. | Rafael Hurtado<br>rafael.hurtado@doj.ca.gov<br>Deputy Attorney General<br>State of California Department of Justice Attorney General's Office<br>300 S. Spring Street<br>Los Angeles, CA 90013 |
| 3. | Laura Zuckerman<br>laura.zuckerman@doj.ca.gov<br>Deputy Attorney General<br>State of California Department of Justice Attorney General's Office<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612 |

Please let me know if you have any questions.

Thanks,
Ariana

**Ariana Murtagh**
Assistant

**Hogan Lovells US LLP**
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
Tel:     +1 415 374 2300
Direct:  +1 415 374 2345
Fax:     +1 415 374 2499
Email:   ariana.murtagh@hoganlovells.com
         www.hoganlovells.com

Hogan Lovells US LLP

 

## Report

| | |
|---|---|
| Vendor: | **FedEx** |
| Account: | **445967769** |
| Invoice: | **824231296** |
| Invoice Date: | **Fri, Sep 01 2023** |
| Items: | **3** |
| Charges Total: | **69.63** |
| Other Charges Total: | **4.71** |
| Total: | **$ 74.34** |

---

Transaction ID: **783031756030**                    Invoice Number: **824231296**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Mon, Aug 28 2023** | **Ariana Sandoval Murtagh** | **Megan  Hey** |
| Delivered: **Tue, Aug 29 2023 11:47 AM** | **Hogan Lovells US LLP** | **CA DOJ - Attorney General's Of** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **300 S SPRING ST** |
| | **SAN FRANCISCO, CA 94111 US** | **LOS ANGELES, CA 90013 US** |

$ Charges: 23.21  +  Other Charges: $ 1.57  =  Total Charges **$ 24.78**

---

Transaction ID: **783031851773**                    Invoice Number: **824231296**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Mon, Aug 28 2023** | **Ariana Sandoval Murtagh** | **Rafael  Hurtado** |
| Delivered: **Tue, Aug 29 2023 11:47 AM** | **Hogan Lovells US LLP** | **CA DOJ - Attorney General's Of** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **300 S SPRING ST** |
| | **SAN FRANCISCO, CA 94111 US** | **LOS ANGELES, CA 90013 US** |

$ Charges: 23.21  +  Other Charges: $ 1.57  =  Total Charges **$ 24.78**

---

Transaction ID: **783032046827**                    Invoice Number: **824231296**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Mon, Aug 28 2023** | **Ariana Sandoval Murtagh** | **Laura Zuckerman** |
| Delivered: **Tue, Aug 29 2023 09:58 AM** | **Hogan Lovells US LLP** | **CA DOJ - Attorney General's Of** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **1515 CLAY ST, 20th Floor** |
| | **SAN FRANCISCO, CA 94111 US** | **OAKLAND, CA 94612 US** |

$ Charges: 23.21  +  Other Charges: $ 1.57  =  Total Charges **$ 24.78**

# EXHIBIT 9

Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
david.barnes@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:    415.374.2499

GREGORY G. SPERLA (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:    415.836.2500
Facsimile:    415.836.2501

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    Defendant. | Case No.  2:23-CV-01006-TLN-JDP<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS**<br><br>Action Filed:  May 26, 2023<br>Judge:        Hon. Troy L. Nunley |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2024, I caused the Notice of Pending Action to Proposition 65 Private Enforcers, attached as Exhibit A, to be served via FedEx, priority overnight, on the following counsel that represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic products. This notice does not include counsel for claims noticed more than five years ago and on which there is no current litigation pending, nor counsel already served with this notice (ECF No. 2). I further certify that I am not aware of any additional counsel that currently represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic products, but will promptly serve such individuals, to the extent they exist, with the attached Notice as I become aware of them.

> Daniel N. Greenbaum
> GREENBAUM LAW FIRM
> 7120 Hayvenhurst Ave., Ste. 320
> Van Nuys, CA 91406
> Phone: (818) 809-2199
> Fax: (424) 243-7689
> dgreenbaum@greenbaumlawfirm.com
> *Counsel for Mothers Oversight Network for*
> *Actionable Response to Contaminant Harm, LLC ("MONARCH")*

Dated: March 27, 2024                    Respectfully submitted,

                                         By: */s/ Trenton H. Norris*
                                         Trenton H. Norris
                                         *Attorneys for Plaintiff*
                                         *Personal Care Products Council*

**Hogan Lovells US LLP**

 

### Report

| | |
|---|---|
| Vendor: | **FedEx** |
| Account: | **445967769** |
| Invoice: | **846033266** |
| Invoice Date: | **Fri, Apr 05 2024** |
| Items: | **1** |
| Charges Total: | **25.89** |
| Other Charges Total: | **1.57** |
| Total: | **$ 27.46** |

Transaction ID: **272713745580**                    Invoice Number: **846033266**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Trent Norris (1094602)**
Reference: **064840.000008-1094602**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Mar 27 2024** | **Trent Norris** | **Daniel Greenbaum** |
| Delivered: **Thu, Mar 28 2024 09:17 AM** | **Hogan Lovells US LLP** | **GREENBAUM LAW FIRM** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **7120 HAYVENHURST AVE STE 320** |
| | **SAN FRANCISCO, CA 94111 US** | **VAN NUYS, CA 91406 US** |

$ Charges: 25.89  +  Other Charges: $ 1.57  =  Total Charges **$ 27.46**

*Report - Wed, April 17, 2024*

# EXHIBIT 10

Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
david.barnes@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:     415.374.2499

GREGORY G. SPERLA (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:     415.836.2500
Facsimile:     415.836.2501

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No.  2:23-CV-01006-TLN-JDP<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS**<br><br>Action Filed:  May 26, 2023<br>Judge:         Hon. Troy L. Nunley |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, I caused the Notice of Pending Action to Proposition 65 Private Enforcers, attached as Exhibit A, to be served via FedEx, priority overnight, on the following counsel that represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic products. This notice does not include counsel for claims noticed more than five years ago and on which there is no current litigation pending, nor counsel already served with this notice (ECF No. 2). I further certify that I am not aware of any additional counsel that currently represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic products, but will promptly serve such individuals, to the extent they exist, with the attached Notice as I become aware of them.

Elham Shabatian
Cliffwood Law Firm, PC
12100 Wilshire Blvd., Suite 800
Los Angeles, CA  90025
ellie@cliffwoodlaw.com
*Counsel for Clean Products Advocates, LLC*

Dated:  April 11, 2024

Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris
*Attorneys for Plaintiff*
*Personal Care Products Council*

- 1 -

CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS

**Hogan Lovells US LLP**

 

## Report

| | |
|---|---|
| Vendor: | **FedEx** |
| Account: | **445967769** |
| Invoice: | **847425900** |
| Invoice Date: | **Fri, Apr 19 2024** |
| Items: | **1** |
| Charges Total: | **24.90** |
| Other Charges Total: | **1.57** |
| Total: | **$ 26.47** |

Transaction ID: **273308382329**                         Invoice Number: **847425900**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Standard Overnight®**
Timekeeper: **Trent Norris (1094602)**
Reference: **064840.000008-1094602**

| Sender | Recipient |
|---|---|
| **Trent Norris** | **Elham Shabatian** |
| **Hogan Lovells US LLP** | **Cliffwood Law Firm, PC** |
| **4 Embarcadero Center, Suite 35** | **12100 WILSHIRE BLVD STE 800** |
| **SAN FRANCISCO, CA 94111 US** | **LOS ANGELES, CA 90025 US** |

Pickup: **Thu, Apr 11 2024**
Delivered: **Fri, Apr 12 2024 10:08 AM**
Weight: **1.00 Lbs**

$ Charges: 24.90   +   Other Charges: $ 1.57   =   Total Charges **$ 26.47**

*Report - Sun, April 28, 2024*

# EXHIBIT 11

Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
david.barnes@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:     415.374.2499

Gregory G. Sperla (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:     415.836.2500
Facsimile:     415.836.2501

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant. | Case No.  2:23-CV-01006-TLN-JDP <br><br> **CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS** <br><br> Action Filed:   May 26, 2023 <br> Judge:       Hon. Troy L. Nunley |

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I caused the Notice of Ruling to Proposition 65 Private Enforcers, attached as Exhibit A, to be served via FedEx, priority overnight, on the following counsel that represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic and personal care products. This notice does not include counsel for inactive claims that were settled, adjudicated, withdrawn, or for which no lawsuit was initiated within the past five years.  I further certify that I unaware of any other counsel that currently represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) in cosmetic and personal care products, but will promptly serve such individuals, to the extent they exist, with the attached Notice as I become aware of them.

Noam Glick
Glick Law Group
225 Broadway, Suite 1900
San Diego, CA 92101
noam@glicklawgroup.com
Counsel for Private Enforcer Environmental Health Advocates, Inc.

Vineet Dubey
Custodio & Dubey LLP
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
dubey@cd-lawyers.com
Counsel for Private Enforcer Ecological Alliance, LLC

Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
elizabeth@eko.law
Counsel for Private Enforcer Piyush Yadav

Daniel N. Greenbaum
Greenbaum Law Firm
7120 Hayvenhurst Ave., Ste. 320
Van Nuys, CA 91406
dgreenbaum@greenbaumlawfirm.com
Counsel for Private Enforcer Mothers Oversight Network for Actionable Response to Contaminant Harm, LLC ("MONARCH")

- 1 -

1  Elham Shabatian
   Cliffwood Law Firm, PC
2  12100 Wilshire Blvd., Suite 800
   Los Angeles, CA 90025
3  ellie@cliffwoodlaw.com
   Counsel for Private Enforcers Clean Products Advocates, LLC and
4  Initiative for Safer Cosmetics

5  M. Uma Gopalswami
   Torch & Stone Law, APC
6  4171 Ball Road, Suite 172
   Cypress, CA 90630
7  uma@torchstonelaw.com
   Counsel for Private Enforcer Pure.Clean.Healthy LLC

8

9

10 Dated:  June 12, 2024                    Respectfully submitted,

11
                                           By: /s/ Trenton H. Norris
12                                         Trenton H. Norris
                                           *Attorneys for Plaintiff*
13                                         *Personal Care Products Council*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE OF NOTICE OF PENDING ACTION TO PROPOSITION 65 PRIVATE ENFORCERS

**Hogan Lovells US LLP**

 

## Report

| | |
|---|---:|
| Vendor: | **FedEx** |
| Account: | **445967769** |
| Invoice: | **853816862** |
| Invoice Date: | **Fri, Jun 21 2024** |
| Items: | **6** |
| Charges Total: | **159.28** |
| Other Charges Total: | **9.42** |
| Total: | **$ 168.70** |

---

Transaction ID: **275846781272**                    Invoice Number: **853816862**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Jun 12 2024** | **Ariana Sandoval Murtagh** | **Noam  Glick** |
| Delivered: **Thu, Jun 13 2024 09:34 AM** | **Hogan Lovells US LLP** | **Glick Law Group** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **225 BROADWAY STE 1900** |
| | **SAN FRANCISCO, CA 94111 US** | **SAN DIEGO, CA 92101 US** |

$ Charges: 25.78  +  Other Charges: $ 1.57  =  Total Charges **$ 27.35**

---

Transaction ID: **275846882834**                    Invoice Number: **853816862**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Jun 12 2024** | **Ariana Sandoval Murtagh** | **Vineet  Dubey** |
| Delivered: **Thu, Jun 13 2024 09:54 AM** | **Hogan Lovells US LLP** | **Custodio & Dubey LLP** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **445 S FIGUEROA ST STE 2520** |
| | **SAN FRANCISCO, CA 94111 US** | **LOS ANGELES, CA 90071 US** |

$ Charges: 25.78  +  Other Charges: $ 1.57  =  Total Charges **$ 27.35**

---

Transaction ID: **275847064862**                    Invoice Number: **853816862**

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Jun 12 2024** | **Ariana Sandoval Murtagh** | **Elizabeth Kramer** |
| Delivered: **Thu, Jun 13 2024 09:16 AM** | **Hogan Lovells US LLP** | **Erickson Osborne LLP** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **44 TEHAMA ST** |
| | **SAN FRANCISCO, CA 94111 US** | **SAN FRANCISCO, CA 94105 US** |

$ Charges: 30.38  +  Other Charges: $ 1.57  =  Total Charges **$ 31.95**

**Hogan Lovells US LLP**

| Transaction ID: **275847139934** | Invoice Number: **853816862** |
|---|---|

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Jun 12 2024** | **Ariana Sandoval Murtagh** | **Daniel Greenbaum** |
| Delivered: **Thu, Jun 13 2024 09:22 AM** | **Hogan Lovells US LLP** | **Greenbaum Law Firm** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **7120 HAYVENHURST AVE STE 320** |
| | **SAN FRANCISCO, CA 94111 US** | **VAN NUYS, CA 91406 US** |

$ Charges: 25.78  +  Other Charges: $ 1.57  =  Total Charges **$ 27.35**

| Transaction ID: **275847216579** | Invoice Number: **853816862** |
|---|---|

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Jun 12 2024** | **Ariana Sandoval Murtagh** | **Elham Shabatian** |
| Delivered: **Thu, Jun 13 2024 09:54 AM** | **Hogan Lovells US LLP** | **Cliffwood Law Firm, PC** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **12100 WILSHIRE BLVD STE 800** |
| | **SAN FRANCISCO, CA 94111 US** | **LOS ANGELES, CA 90025 US** |

$ Charges: 25.78  +  Other Charges: $ 1.57  =  Total Charges **$ 27.35**

| Transaction ID: **275847264180** | Invoice Number: **853816862** |
|---|---|

Client: **Personal Care Products Council (064840)**
Matter: **Prop 65 titanium dioxide (000008)**
Service: **FedEx Priority Overnight®**
Timekeeper: **Ariana Sandoval Murtagh (1052057)**
Reference: **064840.000008-1052057**

| | Sender | Recipient |
|---|---|---|
| Pickup: **Wed, Jun 12 2024** | **Ariana Sandoval Murtagh** | **M. Uma Gopalswami** |
| Delivered: **Thu, Jun 13 2024 09:40 AM** | **Hogan Lovells US LLP** | **Torch & Stone Law, APC** |
| Weight: **1.00 Lbs** | **4 Embarcadero Center, Suite 35** | **4171 BALL RD** |
| | **SAN FRANCISCO, CA 94111 US** | **CYPRESS, CA 90630 US** |

$ Charges: 25.78  +  Other Charges: $ 1.57  =  Total Charges **$ 27.35**

# EXHIBIT 12

Trenton H. Norris (CA Bar No. 164781)
trent.norris@hoganlovells.com
David M. Barnes (CA Bar No. 318547)
david.barnes@hoganlovells.com
Alexander Tablan (CA Bar No. 346309)
alexander.tablan@hoganlovells.com
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:     415.374.2300
Facsimile:     415.374.2499

GREGORY G. SPERLA (CA Bar No. 278062)
greg.sperla@dlapiper.com
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone:     415.836.2500
Facsimile:     415.836.2501

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:23-CV-01006-TLN-JDP<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF RULING TO PROPOSITION 65 PRIVATE ENFORCERS**<br><br>Action Filed:  May 26, 2023<br>Judge:  Hon. Troy L. Nunley |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I caused the Notice of Ruling to Proposition 65 Private Enforcers, attached as Exhibit A, to be served via FedEx, priority overnight, on the following counsel that represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for titanium dioxide (airborne, unbound particles of respirable size) ("Listed TiO2") in cosmetic and personal care products. This notice does not include counsel for inactive claims that were settled, adjudicated, withdrawn, or for which no lawsuit was initiated within the past five years. I further certify that I unaware of any other counsel that currently represent Proposition 65 private enforcers in matters alleging failure to provide Proposition 65 warnings for Listed TiO2 in cosmetic and personal care products, but will promptly serve such individuals, to the extent they exist, with the attached Notice as I become aware of them.

Noam Glick
Glick Law Group
225 Broadway, Suite 1900
San Diego, CA 92101
noam@glicklawgroup.com
*Counsel for Private Enforcer Environmental Health Advocates, Inc.*

Vineet Dubey
Custodio & Dubey LLP
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
dubey@cd-lawyers.com
*Counsel for Private Enforcer Ecological Alliance, LLC*

Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
elizabeth@eko.law
*Counsel for Private Enforcer Piyush Yadav*

Daniel N. Greenbaum
Greenbaum Law Firm
7120 Hayvenhurst Ave., Ste. 320
Van Nuys, CA 91406
dgreenbaum@greenbaumlawfirm.com
*Counsel for Private Enforcer Mothers Oversight Network for Actionable Response to Contaminant Harm, LLC ("MONARCH")*

- 1 -
CERTIFICATE OF SERVICE OF NOTICE OF RULING TO PROPOSITION 65 PRIVATE ENFORCERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Elham Shabatian
Cliffwood Law Firm, PC
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
ellie@cliffwoodlaw.com
*Counsel for Private Enforcers Clean Products Advocates, LLC and Initiative for Safer Cosmetics*

M. Uma Gopalswami
Torch & Stone Law, APC
4171 Ball Road, Suite 172
Cypress, CA 90630
uma@torchstonelaw.com
*Counsel for Private Enforcer Pure.Clean.Healthy LLC*

Dated: August 13, 2025                    Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111
Tel:  (415) 374-2300
trent.norris@hoganlovells.com

*Attorneys for Plaintiff*
*Personal Care Products Council*

- 2 -

CERTIFICATE OF SERVICE OF NOTICE OF RULING TO PROPOSITION 65 PRIVATE ENFORCERS

# EXHIBIT 13



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD on this line and place in shipping pouch with bar code and delivery address visible**

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



**package id**
0356362

**ship date**
Thu, Aug 14 2025

**to**
MONARCH c/o
THOMAS G ADAMS
760 LAS POSAS RD STE
A1
CAMARILLO, CA  93010-
2910
United States
4153742300

**residential address**
No

**return label**
No

**notification type**
Exception
Delivery
Tendered

**notification recipients**
jim.brossard@hoganlo...
bernardita.crisostom...

**from**
Jim  Brossard  (1051999)
Hogan Lovells US LLP
4 Embarcadero Center,
Suite 3500
San Francisco, CA  94111
US
+1 415-374-2376

**billing**
Personal Care
Produc...uncil.Prop 65
titanium dioxide
(064840.000008)

**operator**
Bernadette   Crisostomo
+1 415-374-2346
bernardita.crisostomo@hogar

**create time**
08/14/25, 12:53AM

**vendor**
FedEx

**tracking number**
392102552554

**service**
FedEx Priority Overnight®

**packaging**
FedEx® Envelope

**signature**
Deliver Without Signature

**courtesy quote**
28.93 USD

*Quote may not reflect all
accessory charges*

# EXHIBIT 14

**Murtagh, Ariana**

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Thursday, March 27, 2025 3:51 PM |
| **To:** | Barnes, David |
| **Subject:** | Transaction Receipt from ECOURT PAID RECORDS WEB for $39.50 (USD) |

**[EXTERNAL]**

| Order Information | |
|---|---|
| Description: | DOCUMENT_DOWNLOAD |
| Invoice Number | PR-PR8MHRNCBPHQ94P48 |

| **Billing Information** | **Shipping Information** |
|---|---|
| David Barnes | |
| 94133 | |
| david.barnes@hoganlovells.com | |

**Total:  $39.50 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 27-Mar-2025 15:50:47 PDT |
| Transaction ID: | 80961652381 |
| Payment Method: | Visa xxxx7838 |
| Transaction Type: | Purchase |
| Auth Code: | 01431D |

| Merchant Contact Information |
|---|
| ECOURT PAID RECORDS WEB |
| OAKLAND, CA 94612 |
| US |
| AskFinance@alameda.courts.ca.gov |

1

# EXHIBIT 15

**Murtagh, Ariana**

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Thursday, March 27, 2025 3:48 PM |
| **To:** | Barnes, David |
| **Subject:** | Transaction Receipt from ECOURT PAID RECORDS WEB for $6.00 (USD) |

**[EXTERNAL]**

| Order Information | |
|---|---|
| Description: | DOCUMENT_DOWNLOAD |
| Invoice Number | PR-KJ3XD8N7XSYW4FM5Y |

| **Billing Information** | **Shipping Information** |
|---|---|
| David Barnes | |
| 94133 | |
| david.barnes@hoganlovells.com | |

**Total:  $6.00 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 27-Mar-2025 15:48:22 PDT |
| Transaction ID: | 80961649183 |
| Payment Method: | Visa xxxx7838 |
| Transaction Type: | Purchase |
| Auth Code: | 04695D |

| Merchant Contact Information |
|---|
| ECOURT PAID RECORDS WEB |
| OAKLAND, CA 94612 |
| US |
| AskFinance@alameda.courts.ca.gov |

# EXHIBIT 16

**Murtagh, Ariana**

| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **Sent:** | Thursday, March 27, 2025 2:58 PM |
| **To:** | Barnes, David |
| **Subject:** | Transaction Receipt from ECOURT PAID RECORDS WEB for $6.00 (USD) |

**[EXTERNAL]**

| Order Information | |
|---|---|
| Description: | DOCUMENT_DOWNLOAD |
| Invoice Number | PR-WJMENDNFJBGFP2EFZ |

| **Billing Information** | **Shipping Information** |
|---|---|
| David Barnes | |
| 94133 | |
| david.barnes@hoganlovells.com | |

**Total:  $6.00 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 27-Mar-2025 14:58:15 PDT |
| Transaction ID: | 80961574766 |
| Payment Method: | Visa xxxx7838 |
| Transaction Type: | Purchase |
| Auth Code: | 04472D |

| Merchant Contact Information |
|---|
| ECOURT PAID RECORDS WEB |
| OAKLAND, CA 94612 |
| US |
| AskFinance@alameda.courts.ca.gov |

1

# EXHIBIT 17

## Murtagh, Ariana

| | |
|---|---|
| **From:** | Barnes, David |
| **Sent:** | Monday, April 14, 2025 11:22 AM |
| **To:** | Murtagh, Ariana |
| **Subject:** | RE: Transaction Receipt from ECOURT PAID RECORDS WEB for $6.50 (USD) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Ariana – can you please submit me a request for reimbursement, 064840-8. Thanks!

**David Barnes**
Senior Associate

**Hogan Lovells US LLP**
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
Tel:      +1 415 374 2300
Direct:  +1 415 374 2373
Fax:     +1 415 374 2499
Email:   david.barnes@hoganlovells.com
           www.hoganlovells.com

---

**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Monday, April 14, 2025 11:09 AM
**To:** Barnes, David <david.barnes@hoganlovells.com>
**Subject:** Transaction Receipt from ECOURT PAID RECORDS WEB for $6.50 (USD)

## [EXTERNAL]

| Order Information | |
|---|---|
| Description: | DOCUMENT_DOWNLOAD |
| Invoice Number | PR-MQ3PEMWEL4WDTZN83 |

| **Billing Information** | **Shipping Information** |
|---|---|
| David Barnes | |
| 94133 | |
| david.barnes@hoganlovells.com | |

**Total:  $6.50 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 14-Apr-2025 11:09:15 PDT |
| Transaction ID: | 80994951835 |
| Payment Method: | Visa xxxx7838 |
| Transaction Type: | Purchase |
| Auth Code: | 07471D |

**Merchant Contact Information**
ECOURT PAID RECORDS WEB
OAKLAND, CA 94612
US

1

AskFinance@alameda.courts.ca.gov