**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:    415.374.2499
trent.norris@hoganlovells.com
david.barnes@hoganlovells.com
alexander.tablan@hoganlovells.com

**DLA PIPER LLP**
Gregory G. Sperla (CA Bar No. 278062)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone: 916.930.3200
Facsimile: 916.930.3201
greg.sperla@dlapiper.com

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

*Counsel for other parties listed on signature page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | Case No. 2:23-CV-01006-TLN-JDP<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR PLAINTIFF PERSONAL CARE PRODUCTS COUNCIL TO FILE MOTION FOR ATTORNEY FEES AND NONTAXABLE COSTS; ORDER**<br><br>Judge: Hon. Troy L. Nunley |

# JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR MOTION FOR ATTORNEY FEES AND NONTAXABLE COSTS

Pursuant to Fed. R. Civ. P. 6 and Local Rule 144, Plaintiff The Personal Care Products Council ("PCPC") and Defendant Rob Bonta, in his Official Capacity as Attorney General of the State of California ("Attorney General") (collectively, "Parties"), respectfully request that this Court grant this Joint Stipulation to continue the briefing schedule for PCPC's motion for attorney fees and nontaxable costs.

1. On August 12, 2025, the Court granted PCPC's Motion for Summary Judgment. ECF No. 56. The Court entered judgment in favor of PCPC on the same day. ECF No. 57.

2. On August 26, 2025, PCPC filed a bill of costs. ECF No. 59. On August 29, 2025, the Attorney General filed objections to the bill of costs. ECF No. 60.

3. PCPC intends to seek to recover its fees and costs in this action, pursuant to 42 U.S.C. section 1988.

   a. PCPC's deadline to file its motion to recover fees and costs is September 9, 2025. *See* L.R. 230, 293.

4. Counsel for PCPC and the Attorney General have met and conferred regarding the timing of PCPC's anticipated motion. The Parties are considering negotiating a resolution of PCPC's claims for attorney fees and nontaxable costs, with the mutual goal of reducing the time and expense of litigation. To that end, the Parties stipulate that the deadline for PCPC to file its motion to recover attorney fees and nontaxable costs should be stayed to permit the parties to seek any necessary approvals to conduct settlement negotiations.

5. The Parties will file a joint status report no later than January 7, 2026, to apprise the Court of the status of any settlement discussions and of a new proposed schedule for briefing PCPC's motion for attorney fees and nontaxable costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 293 if they do not believe the dispute can be resolved.

6. There has been no other extension requested in this case. *See* L.R. 144(b).

7. This request is not made for the purpose of delay, but to allow time for the above-referenced discussions.

8. The Parties reserve all rights not specifically waived above.

**WHEREFORE**, the Parties stipulate that the briefing deadlines applicable to a motion for attorney fees and nontaxable costs by PCPC provided for in Fed. R. Civ. Proc. 54, and Local Rules 230 and 293 be STAYED pending completion of the Parties' settlement discussions.

Dated: September 8, 2025

Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris (CA Bar No. 164781)
David M. Barnes (CA Bar No. 318547)
Alexander Tablan (CA Bar No. 346309)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111
Tel: (415) 374-2300
trent.norris@hoganlovells.com
david.barnes@hoganlovells.com
alexander.tablan@hoganlovells.com

Gregory G. Sperla (CA Bar No. 278062)
DLA PIPER LLP
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone: 916.930.3200
Facsimile: 916.930.3201
greg.sperla@dlapiper.com

*Attorneys for Plaintiff*
*The Personal Care Products Council*

Rob Bonta
Attorney General of California
Laura J. Zuckerman
Supervising Deputy Attorney General

By: */s/ Megan K. Hey*
Megan K. Hey
Rafael J. Hurtado
Deputy Attorneys General

*Attorneys for Defendant*
*Rob Bonta, in His Official Capacity as*
*Attorney General of the State of California*

**IT IS SO ORDERED**.

Dated: September 8, 2025

_____
Troy L. Nunley
Chief United States District Judge