**HOGAN LOVELLS US LLP**
Trenton H. Norris (CA Bar No. 164781)
Alexander Tablan (CA Bar No. 346309)
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:    415.374.2499
trent.norris@hoganlovells.com
alexander.tablan@hoganlovells.com

**DLA PIPER LLP**
Greg Sperla (CA Bar No. 278062)
555 Mission Street, Suite 2400
San Francisco, CA  94105
Telephone:    415.836.2500
Facsimile:    415.836.2501
greg.sperla@us.dlapiper.com

Attorneys for Plaintiff
THE PERSONAL CARE PRODUCTS COUNCIL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>                    Defendant. | Case No. 2:23-cv-01006-TLN-JDP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL DAVID M. BARNES<br><br>Judge: Hon. Troy L. Nunley |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that David M. Barnes is no longer affiliated with the law firm of Hogan Lovells US LLP.  Accordingly, Plaintiff Personal Care Products Council ("PCPC" or "Plaintiff") respectfully requests that his name be removed from the Court's electronic mail notice list and counsels' service lists.  Hogan Lovells US LLP continues to serve as counsel for Plaintiff through attorneys Trenton H. Norris and Alexander Tablan who request that all future correspondence and papers in this action continue to be directed to them.

Dated:  March 13, 2026

Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris (CA Bar No. 164781)
Alexander Tablan (CA Bar No. 346309)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111
Tel: (415) 374-2300
trent.norris@hoganlovells.com
alexander.tablan@hoganlovells.com

Attorneys for Plaintiff
Personal Care Products Council