Trenton H. Norris (CA Bar No. 164781)
Alexander Tablan (CA Bar No. 346309)
HOGAN LOVELLS US LLP
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111-4024
Telephone:    415.374.2300
Facsimile:    415.374.2499
trent.norris@hoganlovells.com
alexander.tablan@hoganlovells.com

Gregory G. Sperla (CA Bar No. 278062)
DLA PIPER LLP
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Telephone:    916.930.3200
Facsimile:    916.930.3201
greg.sperla@dlapiper.com

*Attorneys for Plaintiff*
*The Personal Care Products Council*

(*additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PERSONAL CARE PRODUCTS COUNCIL,<br><br>                Plaintiff,<br><br>        v.<br><br>ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>                Defendant. | No.  2:23-CV-01006-TLN-JDP<br><br>**JOINT STATUS REPORT**<br><br>Judge:           Hon. Troy L. Nunley<br>Action Filed:  May 26, 2023 |

JOINT STATUS REPORT

## JOINT STATUS REPORT

On August 12, 2025, the Court entered judgment granting Plaintiff The Personal Care Products Council's ("PCPC") Motion for Summary Judgment against Defendant Rob Bonta, the Attorney General of California ("AG"). (ECF No. 57). No appeal was filed.

On September 9, 2025, the Court entered the Parties' Joint Stipulation to Continue Briefing Schedule for PCPC's Motion for Attorney Fees and Nontaxable Costs, and further ordered that the Parties file a Joint Status Report to apprise the Court of the status of any settlement discussions. (ECF Nos. 62, 63).

On April 8, 2026, counsel for PCPC and the AG appeared at a settlement conference before Magistrate Judge Jeremy D. Peterson of the Eastern District of California and reached a contingent agreement to resolve PCPC's demand for all fees and costs to which PCPC may be entitled in this action pursuant to 42 U.S.C. section 1988 ("Settlement Agreement"). The Parties are working to finalize the documentation of the Settlement Agreement.

Once executed, the payment contemplated by the Settlement Agreement will be contingent on approval by the California Department of Finance ("DOF") and the Legislature, as it is subject to a legislative appropriation of funds. The Parties have agreed that PCPC's deadline to file a motion for attorneys' fees, taxable costs, and nontaxable costs should be stayed during this period.

The Parties will file another joint status report on or before July 31, 2026.

Dated: May 1, 2026                    Respectfully submitted,

By: */s/ Trenton H. Norris*
Trenton H. Norris
*Attorneys for Plaintiff*
*Personal Care Products Council*

Dated: May 1, 2026                    Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA ZUCKERMAN
Supervising Deputy Attorney General

By: */s/ Rafael J. Hurtado*
Megan K. Hey
Rafael J. Hurtado
*Attorneys for Defendant California Attorney*
*General Rob Bonta*

1

JOINT STATUS REPORT